AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

PLAINTIFF
Hitachi Ltd.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

BorgWarner Inc., et al.

Case Number:   05-48  SLR

V. THIRD PARTY DEFENDANT

Unisia North America, Inc.
and  Hitachi Automotive Products (USA) Inc.

To: Name and address of Third Party Defendant

Unisia North America, Inc.
c/o Registered Agent  - The Corporation Trust Company
1209  Orange Street, Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Steven J. Balick<br>Ashby & Geddes<br>222 Delaware Ave., Suite 1701<br>Wilmington, DE  19801 | Richard K. Herrmann<br>Morris James Hitchens & Williams<br>222 Delaware Ave, 10th Floor<br>Wilmington, DE  19801 |

an answer to the third-party complaint which is served on you with this summons, within __twenty (20)__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE

FEB 2 5 2005

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/28/05 |
| NAME OF SERVER Anthony Sianni | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED UNISIA NORTH AMERICA INC BY SERVING THEIR REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE AT 8:30AM PERSON ACCEPTING SERVICE: BRIAN PENROD

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/28/05   [signature] Anthony Sianni

PARCELS INC
4 E 7TH ST
WILM DE 19801

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2005, I electronically filed the foregoing document, **THIRD PARTY SUMMONS WITH RETURN OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

                                          */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (#2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
llazarus@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Defendants