## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-048-SLR |
| ) | |
| BORGWARNER INC., ) | |
| BORG-WARNER AUTOMOTIVE, INC., ) | |
| BORGWARNER POWDERED METALS, INC., ) | |
| and BORGWARNER MORSE TEC INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| BORGWARNER INC., ) | |
| ) | |
| Counterclaimant and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HITACHI, LTD., ) | |
| ) | |
| Counterdefendant, ) | |
| ) | |
| and ) | |
| ) | |
| HITACHI AUTOMOTIVE PRODUCTS (USA), ) | |
| INC., and UNISIA NORTH AMERICA, INC., ) | |
| ) | |
| Third-Party Defendants. ) | |

### JOINT STIPULATION AND ORDER DISMISSING CERTAIN PARTIES

The Parties to this action hereby stipulate, through their respective undersigned counsel, that this action is **DISMISSED** without prejudice against Hitachi Automotive Products (USA) Inc.; BorgWarner Powdered Metals, Inc.; and, Borg-Warner Automotive, Inc.; including all claims and counterclaims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

The Parties to this action further stipulate that, based on their current understanding:

1. Neither Hitachi Automotive Products (USA), Inc. nor BorgWarner Powdered Metals, Inc., has had any involvement in the design, development, or sales of variable camshaft timing systems, including such systems relating to the technology of U.S. Patent No. 5,497,738 ("patent-in-suit");

2. BorgWarner Powdered Metals, Inc. does not have any rights, title or interest in the patent-in-suit;

3. Neither Hitachi Automotive Products (USA), Inc. nor BorgWarner Powdered Metals, Inc., is understood to have any documents or other discoverable information relevant to the litigation; and

4. Borg-Warner Automotive, Inc. is a former corporate name for BorgWarner Inc., and Borg-Warner Automotive, Inc. does not currently exist as a separate entity. All rights, title and interest in the patent-in-suit of the entity formerly known as Borg-Warner Automotive, Inc., and any documents or other discoverable information relevant to the litigation, are in the possession of the same entity, which is now known as BorgWarner Inc.

Additionally, the Parties further stipulate that, in the event that a Party learns that one or more of the dismissed parties has information relevant to the case, the Party may seek to reinstate the dismissed Party, and that dismissed Party may be re-added to the case for purposes of any claims or defenses as if the Party had remained a Party to the case from the time of the dismissal.

The parties propose that the case caption be modified to reflect the proposed dismissal of parties as follows:

**Proposed New Case Caption**

| | | |
|---|---|---|
| HITACHI, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-048-SLR |
| | ) | |
| BORGWARNER INC., and | ) | |
| BORGWARNER MORSE TEC INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BORGWARNER INC., | ) | |
| | ) | |
| Counterclaimant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HITACHI, LTD., | ) | |
| Counterdefendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNISIA NORTH AMERICA, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

///
///
///
///
///
///
///
///

Each Party will bear its own attorneys' fees and costs associated with this Joint Stipulation.

**THE PARTIES SO STIPULATE.**

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| /s/ Steven J. Balick | /s/ Richard K. Herrmann |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | |
| | |
| *Of Counsel:* | *Of Counsel:* |
| Michael D. Kaminski | Hugh A. Abrams |
| Pavan K. Agarwal | Marc A. Cavan |
| Liane M. Peterson | Hillary A. Mann |
| FOLEY & LARDNER LLP | SIDLEY AUSTIN BROWN & WOOD, LLP |
| Washington Harbour | 10 South Dearborn Street |
| 3000 K Street, N.W., Suite 500 | Chicago, Illinois 60603 |
| Washington, D.C. 20007-5143 | (312) 853-7000 |
| (202) 672-5300 | |
| *Attorneys for Hitachi, Ltd., Hitachi Automotive Products (USA), Inc., and Unisia North America, Inc.* | *Attorneys for BorgWarner Inc., Borg-Warner Automotive, Inc., BorgWarner Powdered Metals, Inc., and BorgWarner Morse Tec Inc.* |

        **SO ORDERED** this _____ day of March, 2005.

        _____
        Sue L. Robinson, J.