# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD.,                             )<br>                                            )<br>          Plaintiff,                       )<br>                                            )<br>     v.                                    )<br>                                            )<br>BORGWARNER INC., and                        )<br>BORGWARNER MORSE TEC INC.,                  )<br>                                            )<br>          Defendants.                      )<br>_____)<br>                                            )<br>BORGWARNER INC.,                            )<br>                                            )<br>          Counterclaimant and              )<br>          Third-Party Plaintiff,           )<br>                                            )<br>     v.                                    )<br>                                            )<br>HITACHI, LTD.,                              )<br>          Counterdefendant,                )<br>                                            )<br>     and                                   )<br>                                            )<br>UNISIA NORTH AMERICA, INC.,                 )<br>                                            )<br>          Third-Party Defendant.            )<br>_____) | Civil Action No. 05-048-SLR |

### JOINT STIPULATION AND ORDER ADDING UNISIA NORTH AMERICA, INC. AS A PLAINTIFF TO THIS ACTION AND DISMISSING UNISIA NORTH AMERICA, INC.'S THIRD PARTY COUNTERCLAIM

On March 17, 2005, Third-Party Defendant Unisia North America, Inc. ("UNAI") filed a counterclaim for declaratory judgment (D.I. 17 at ¶¶30-41). UNAI's counterclaim seeks essentially the same relief as plaintiff Hitachi, Ltd.'s Complaint, but is different in the scope of

1

the declaratory judgment allegations against the patent-in-suit.  UNAI is a wholly-owned subsidiary of plaintiff Hitachi, Ltd.  Accordingly, the parties have agreed: (a) to stipulate to add UNAI as a plaintiff to this action; (b) to dismiss (without prejudice) UNAI's counterclaim for declaratory judgment (D.I. 17 at ¶¶30-41); (c) to enter the First Amended Complaint, which is being concurrently filed herewith; and, (d) that BorgWarner's Answer and pending Motion to Strike the inequitable conduct allegations in Hitachi Ltd.'s Complaint will apply equally to the corresponding sections to the First Amended Complaint.  Notwithstanding the foregoing, UNAI is without prejudice to later seek dismissal from this action to the extent allowed under prevailing legal decisions.  Also, the previously-dismissed Parties (dismissed by stipulation) have been omitted from the First Amended Complaint.

The Parties to this action hereby stipulate, through their respective undersigned counsel, that Unisia North America, Inc., is **ADDED** as a plaintiff to this action, pursuant to Federal Rule of Civil Procedure 21.  The Parties further stipulate that Unisia North America, Inc.'s counterclaim (D.I 17 at ¶¶30-41) is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(c).  The Parties further stipulate that the First Amended Complaint is ENTERED, pursuant to Federal Rules of Civil Procedure 15 and 41.

The Parties propose that the case caption be modified to reflect the changes as follows:

**Proposed New Case Caption**

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-048-SLR |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) | |

|  |  |
|---|---|
| Defendants. | ) )  ) |
| BORGWARNER INC., | ) ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Counterdefendants. | ) ) ) |

Each Party will bear its own attorneys' fees and costs associated with this Joint Stipulation.

**THE PARTIES SO STIPULATE.**

| ASHBY & GEDDES | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| s/ *Steven J. Balick* | /s/ *Richard K. Herrmann* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | |

*Of Counsel:*                                           *Of Counsel:*

Michael D. Kaminski                              Hugh A. Abrams
Pavan K. Agarwal                                  Marc A. Cavan
Liane M. Peterson                                  Hillary A. Mann
FOLEY & LARDNER LLP                      Sidley Austin Brown & Wood, LLP
Washington Harbour                              10 South Dearborn Street
3000 K Street, N.W., Suite 500               Chicago, Illinois 60603
Washington, D.C. 20007-5143               (312) 853-7000
(202) 672-5300

*Attorneys for Hitachi, Ltd., and*            *Attorneys for BorgWarner Inc., and BorgWarner*
*Unisia North America, Inc.*                  *Morse Tec Inc.*

                    **SO ORDERED** this _____ day of April, 2005.

                                                _____
                                                Sue L. Robinson, J.