## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2005, the attached **FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899 | HAND DELIVERY |
| | |
| Hugh A. Abrams, Esq.<br>Marc A. Cavan, Esq.<br>Hillary A. Mann, Esq.<br>Sidley Austin Brown & Wood, LLP<br>10 South Dearborn Street<br>Chicago, IL  60603 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*
_____