IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>        Plaintiffs, <br><br>        v. <br><br>BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br>        Defendants. <br><br>BORGWARNER INC., <br><br>        Counterclaimant, <br><br>        v. <br><br>HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>        Counterdefendants. | C.A. No. 05-048-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of April, 2005, **PLAINTIFF HITACHI, LTD.'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS BORGWARNER INC. AND BORGWARNER MORSE TEC INC.** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                                                       **HAND DELIVERY**
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

Hugh A. Abrams, Esq.  
Marc A. Cavan, Esq.  
Hillary A. Mann, Esq.  
Sidley Austin Brown & Wood, LLP  
10 South Dearborn Street  
Chicago, IL  60603  

VIA ELECTRONIC MAIL  
and FEDERAL EXPRESS

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  

*Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski  
Pavan K. Agarwal  
FOLEY & LARDNER LLP  
3000 K Street, N.W., Suite 500  
Washington, D.C. 20007-5109  
(202) 672-5300  

Dated:  April 25, 2005  
154488.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899 | HAND DELIVERY |
| Hugh A. Abrams, Esq.<br>Marc A. Cavan, Esq.<br>Hillary A. Mann, Esq.<br>Sidley Austin Brown & Wood, LLP<br>10 South Dearborn Street<br>Chicago, IL  60603 | VIA ELECTRONIC MAIL<br>and FEDERAL EXPRESS |

      /s/ *John G. Day*
    John G. Day