**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br>         Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br>         Defendants. <br><br> BORGWARNER INC., <br><br>         Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and UNISIA NORTH AMERICA, INC. <br><br>         Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 05-048-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 25th day of April, 2005, copies of the following documents, **DEFENDANTS' FIRST SET OF INTERROGATORIES (NOS. 1-10) TO PLAINTIFFS HITACHI, LTD. AND UNISIA NORTH AMERICA, INC. and DEFENDANTS' FIRST SET OF DOCUMENTS REQUESTS (NOS. 1-25) TO PLAINTIFFS HITACHI, LTD. AND UNISIA NORTH AMERICA, INC.**, were served on counsel as indicated:

<u>**VIA EMAIL AND OVERNIGHT MAIL**</u>
Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

<u>**VIA EMAIL AND OVERNIGHT MAIL**</u>
Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com

| | |
|---|---|
| Dated: April 25, 2005 | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
| | |
| | _____/s/ Richard K. Herrmann_____ <br> Richard K. Herrmann (I.D. #405) <br> Lewis H. Lazarus (I.D. #2374) <br> 222 Delaware Avenue, 10th Floor <br> Wilmington, DE  19801 <br> (302) 888-6800 <br> rherrmann@morrisjames.com |
| | |
| | Attorneys for Defendants and Counterclaimant, <br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC. |
| OF COUNSEL: | |
| SIDLEY AUSTIN BROWN & WOOD, LLP <br> Hugh A. Abrams <br> Marc A. Cavan <br> Hillary A. Mann <br> 10 South Dearborn Street <br> Chicago, Illinois 60603 <br> (312) 853-7000 | |

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 25th day of April, 2005, the foregoing document was served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
pagarwal@foley.com

          /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Lewis H. Lazarus (I.D. #2374)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
llazarus@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.