IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and UNISIA NORTH AMERICA, INC.,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>BORGWARNER INC., and  )<br>BORGWARNER MORSE TEC INC.,  )<br>  )<br>Defendants.  )<br>_____)<br>  )<br>BORGWARNER INC.,  )<br>  )<br>Counterclaimant,  )<br>  )<br>v.  )<br>  )<br>HITACHI, LTD., and UNISIA NORTH  )<br>AMERICA, INC.,  )<br>  )<br>Counterdefendants.  ) | Civil Action No. 05-048-SLR |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 15(a), that plaintiffs are permitted to file a **second amended complaint** in the form attached hereto.

| ASHBY & GEDDES | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| */s/ Steven J. Balick* | /s/ *Richard K. Herrmann* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| 222 Delaware Avenue, 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

156410.2