IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and <br> UNISIA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 05-048-SLR |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael D. Kaminski, Pavan K. Agarwal, and Liane M. Peterson to represent Hitachi, Ltd. and Unisia North America, Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $75.00 is included to cover the annual fee for the attorneys listed above.

ASHBY & GEDDES

/s/ *Steven J. Balick*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs*

Dated: April 28, 2005
155739.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and<br>UNISIA NORTH AMERICA, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BORGWARNER INC., and<br>BORGWARNER MORSE TEC INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-048-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This _____ day of _____, 2005, the Court having considered the motion for the admission *pro hac vice* of Michael D. Kaminski, Pavan K. Agarwal, and Liane M. Peterson to represent Hitachi, Ltd. and Unisia North America, Inc. in the above action; now therefore,

    IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

                                                             _____
                                                                     Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Illinois and District of Columbia, United States Supreme Court, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the Sixth Circuit, United States District Court for the Northern District of Illinois, United States District Court for the Northern District of Texas, United States District Court for the District of Nebraska, and United States District Court for the District of Connecticut, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: April 8, 2005

_____
Michael D. Kaminski

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the Commonwealth of Virginia and District of Columbia, and the United States Court of Appeals for the Federal Circuit, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: April 8, 2005

_____
Pavan K. Agarwal

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: April 8, 2005

_____
Liane M. Peterson

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2005, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899 | <u>VIA ELECTRONIC MAIL<br>AND BY HAND</u> |
| Hugh A. Abrams, Esq.<br>Sidley Austin Brown & Wood, LLP<br>10 South Dearborn Street<br>Chicago, IL  60603 | <u>VIA ELECTRONIC MAIL<br>AND FEDERAL EXPRESS</u> |

/s/ *Steven J. Balick*
_____
Steven J. Balick