# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1751
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

May 18, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE 19801

    **Re:** *Hitachi Ltd. et al. v. BorgWarner, Inc. et al.,*
       *D. Del., C.A. No. 05-048-SLR*

Your Honor:

  Pursuant to the Court's April 19, 2005 Order for Scheduling Conference and in anticipation of Friday's teleconference, enclosed please find the parties' proposed Scheduling Order.

            Respectfully,

            */s/ Richard K. Herrmann*

            Richard K. Herrmann, I.D. No. 405
            rherrmann@morrisjames.com

cc: Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)
  Steven J. Balick, Esq. (via electronic filing)
  Michael D. Kaminski, Esq. (via email)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2005, I electronically filed the foregoing document, **LETTER TO THE HONORABLE SUE L. ROBINSON ENCLOSING THE PARTIES' PROPOSED SCHEDULING ORDER,** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 18th day of May, 2005, the foregoing document was served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com

    _/s/ Richard K. Herrmann_____
Richard K. Herrmann (#405)
Lewis H. Lazarus (I.D. #2374)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
llazarus@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.