IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-048-SLR |
| BORGWARNER INC., <br><br>　　　　Counterclaimant, <br><br>　　v. <br><br>HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>　　　　Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of May, 2005, **PLAINTIFFS HITACHI, LTD.'S AND UNISIA NORTH AMERICA, INC.'S RESPONSES TO DEFENDANTS' FIRST SET OF DOCUMENT REQUESTS (NOS. 1-25)** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esq.                                         <u>**HAND DELIVERY**</u>
Lewis H. Lazarus, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

Hugh A. Abrams, Esq.  <span style="float:right"><u>VIA FEDERAL EXPRESS</u></span>
Marc A. Cavan, Esq.
Hillary A. Mann, Esq.
Sidley Austin Brown & Wood, LLP
10 South Dearborn Street
Chicago, IL 60603

ASHBY & GEDDES

/s/ *John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated: May 25, 2005
154488.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Lewis H. Lazarus, Esq.<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Hugh A. Abrams, Esq.<br>Marc A. Cavan, Esq.<br>Hillary A. Mann, Esq.<br>Sidley Austin Brown & Wood, LLP<br>10 South Dearborn Street<br>Chicago, IL 60603 | **VIA FEDERAL EXPRESS** |

*/s/ John G. Day*
_____
John G. Day