**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD., and<br>UNISIA NORTH AMERICA, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BORGWARNER INC.,<br>and BORGWARNER MORSE TEC INC.,<br><br>        Defendants.<br>_____<br><br>BORGWARNER INC.,<br><br>        Counterclaimant,<br><br>        v.<br><br>HITACHI, LTD., and<br>UNISIA NORTH AMERICA, INC.<br><br>        Counterdefendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-048-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 8th day of April, 2005, copies of the following

document, **DEFENDANTS' RESPONSE TO PLAINTIFF HITACHI LTD.'S FIRST SET**

**OF INTERROGATORIES (NOS. 1-12)**, were served on counsel as indicated:

| **VIA EMAIL AND OVERNIGHT MAIL** | **VIA EMAIL AND OVERNIGHT MAIL** |
|---|---|
| Steven J. Balick, Esq. | Michael D. Kaminski, Esq. |
| John G. Day, Esq. | Paven K. Agarwal, Esq. |
| ASHBY & GEDDES | FOLEY & LARDNER LLP |
| 222 Delaware Avenue, 17th Floor | 3000 K Street, N.W., Suite 500 |
| Wilmington, DE 19801 | Washington, D.C. 20007-5109 |
| sbalick@ashby-geddes.com | mkaminski@foley.com |
| jday@ashby-geddes.com | pagarwal@foley.com |

Dated: June 9, 2005

MORRIS, JAMES, HITCHENS & WILLIAMS LLP


_____*/s/ Richard K. Herrmann*_____
Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801


Additionally, I hereby certify that on the 9th day of June, 2005, the foregoing document was served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
pagarwal@foley.com


                                    */s/ Richard K. Herrmann*
                                    Richard K. Herrmann (#405)
                                    Lewis H. Lazarus (I.D. #2374)
                                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                    222 Delaware Avenue, 10th Floor
                                    Wilmington, Delaware 19801
                                    302.888.6800
                                    rherrmann@morrisjames.com
                                    llazarus@morrisjames.com

                                    Attorneys for Defendants and Counterclaimant,
                                    BORGWARNER INC., and
                                    BORGWARNER MORSE TEC INC.