# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 13, 2005

The Honorable Sue L. Robinson  *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    *Hitachi, Ltd. v. BorgWarner Inc., et al.,*
           C.A. No. 05-48-SLR

Dear Chief Judge Robinson:

    The parties to the above action jointly submit a draft Protective Order, which contains one issue remaining to be resolved. The remaining issue relates generally to the scope and content of a so-called "prosecution ban" for those persons receiving confidential information belonging to the other party. The draft Protective Order is enclosed, with the parties' respective alternative language for inclusion to Paragraph 7(h), relating to the prosecution ban, set forth therein.

    The parties jointly ask for the Court's assistance in resolving the issue. The parties respectfully suggest that short briefing of the issue, even if in letter format of several pages, may be helpful to explain the parties' respective positions on the issue. This issue is very important to the parties and each party would like to provide the court with its position on the outstanding authority, prior to Your Honor's ruling on the matter. The parties also are available at the Court's convenience should Your Honor have any questions.

                        Respectfully,

                        /s/ *John G. Day*

                        John G. Day

JGD/nml
Enclosure
158406.1

cc:    Clerk of the Court (via ECF File and Serve; w/ enclosure)
        Richard K. Herrmann, Esquire (by hand; w/ enclosure)
        Michael D. Kaminski, Esquire (via Federal Express; w/ enclosure)
        Hugh A. Abrams, Esquire (via Federal Express; w/ enclosure)