IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 05-048-SLR ) |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) ) |
| Defendants. | ) ) ) |
| ————————————————— | ) |
| BORGWARNER INC., | ) ) ) |
| Counterclaimant, | ) ) ) |
| v. | ) ) |
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Counterdefendants. | ) ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 17th day of June, 2005, **PLAINTIFFS HITACHI, LTD.'S AND UNISIA NORTH AMERICA, INC.'S AMENDED RESPONSES TO DEFENDANTS' FIRST SET OF DOCUMENT REQUESTS (NOS. 1-25)** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esq.                                      <u>HAND DELIVERY</u>
Lewis H. Lazarus, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

Hugh A. Abrams, Esq.                                VIA FEDERAL EXPRESS
Marc A. Cavan, Esq.
Hillary A. Mann, Esq.
Sidley Austin Brown & Wood, LLP
10 South Dearborn Street
Chicago, IL  60603

                                ASHBY & GEDDES

                                /s/ *John G. Day*
                                _____
                                Steven J. Balick (I.D. #2114)
                                John G. Day (I.D. #2403)
                                222 Delaware Avenue, 17th Floor
                                P.O. Box 1150
                                Wilmington, DE 19899
                                (302) 654-1888
                                sbalick@ashby-geddes.com
                                jday@ashby-geddes.com

                                *Attorneys for Plaintiffs Hitachi, Ltd. and*
                                *Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated:  June 17, 2005
154488.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2005, the attached **NOTICE OF SERVICE**

was served upon the below-named counsel of record at the address and in the manner indicated:


Richard K. Herrmann, Esq.                                                    HAND DELIVERY
Lewis H. Lazarus, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899


Hugh A. Abrams, Esq.                                                    VIA FEDERAL EXPRESS
Marc A. Cavan, Esq.
Hillary A. Mann, Esq.
Sidley Austin Brown & Wood, LLP
10 South Dearborn Street
Chicago, IL  60603




/s/ John G. Day
_____
John G. Day