IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-048-SLR |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| BORGWARNER INC., | ) ) | |
| Counterclaimant, | ) ) ) | |
| v. | ) ) | |
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) ) | |
| Counterdefendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of June, 2005, **PLAINTIFF HITACHI, LTD.'S SECOND SET OF INTERROGATORIES TO DEFENDANTS BORGWARNER INC. AND BORGWARNER MORSE TEC INC.** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esq.                                      **HAND DELIVERY**
Lewis H. Lazarus, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

Hugh A. Abrams, Esq.  
Marc A. Cavan, Esq.  
Hillary A. Mann, Esq.  
Sidley Austin Brown & Wood, LLP  
10 South Dearborn Street  
Chicago, IL  60603

<u>VIA FEDERAL EXPRESS</u>

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski  
Pavan K. Agarwal  
Liane M. Peterson  
FOLEY & LARDNER LLP  
3000 K Street, N.W., Suite 500  
Washington, D.C. 20007-5109  
(202) 672-5300

Dated:  June 17, 2005  
154488.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Lewis H. Lazarus, Esq.<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899 | HAND DELIVERY |
| Hugh A. Abrams, Esq.<br>Marc A. Cavan, Esq.<br>Hillary A. Mann, Esq.<br>Sidley Austin Brown & Wood, LLP<br>10 South Dearborn Street<br>Chicago, IL 60603 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*
_____
John G. Day