**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD., and ) <br> UNISIA NORTH AMERICA, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BORGWARNER INC., ) <br> and BORGWARNER MORSE TEC INC., ) <br> ) <br> Defendants. ) <br> ) <br> BORGWARNER INC., ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> HITACHI, LTD., and ) <br> UNISIA NORTH AMERICA, INC. ) <br> ) <br> Counterdefendants. ) | Civil Action No. 05-048-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 24th day of June, 2005, copies of the following document, **DEFENDANTS' IDENTIFICATION OF PLAINTIFFS' CUSTODIANS TO BE SEARCHED FOR HIGHLY RELEVANT E-MAIL MATERIALS**, were served on counsel as indicated:

| **VIA EMAIL** | **VIA EMAIL AND OVERNIGHT MAIL** |
|---|---|
| Steven J. Balick, Esq. | Michael D. Kaminski, Esq. |
| John G. Day, Esq. | Paven K. Agarwal, Esq. |
| ASHBY & GEDDES | FOLEY & LARDNER LLP |
| 222 Delaware Avenue, 17th Floor | 3000 K Street, N.W., Suite 500 |
| Wilmington, DE 19801 | Washington, D.C. 20007-5109 |
| sbalick@ashby-geddes.com | mkaminski@foley.com |
| jday@ashby-geddes.com | pagarwal@foley.com |

| | |
|---|---|
| Dated: June 24, 2005 | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
| | |
| | _/s/ Richard K. Herrmann_ |
| | Richard K. Herrmann (I.D. #405) |
| | Lewis H. Lazarus (I.D. #2374) |
| | 222 Delaware Avenue, 10th Floor |
| | Wilmington, DE  19801 |
| | (302) 888-6800 |
| | rherrmann@morrisjames.com |
| | |
| | Attorneys for Defendants and Counterclaimant, BORGWARNER INC., and BORGWARNER MORSE TEC INC. |

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 24th day of June, 2005, the foregoing document was served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
pagarwal@foley.com

      /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Lewis H. Lazarus (I.D. #2374)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
llazarus@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.