IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-048-SLR |
| BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of July, 2005, a **NOTICE OF SUBPOENA DIRECTED TO BRINKS HOFER GILSON & LIONE** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esq.                                **HAND DELIVERY**
Lewis H. Lazarus, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801

Hugh A. Abrams, Esq.  
Marc A. Cavan, Esq.  
Hillary A. Mann, Esq.  
Sidley Austin Brown & Wood, LLP  
10 South Dearborn Street  
Chicago, IL 60603

<u>VIA FEDERAL EXPRESS</u>

ASHBY & GEDDES

/s/ *John G. Day*
_____

Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski  
Pavan K. Agarwal  
Liane M. Peterson  
FOLEY & LARDNER LLP  
3000 K Street, N.W., Suite 500  
Washington, D.C. 20007-5109  
(202) 672-5300

Dated: July 7, 2005  
154488.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esq.<br>Lewis H. Lazarus, Esq.<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Hugh A. Abrams, Esq.<br>Marc A. Cavan, Esq.<br>Hillary A. Mann, Esq.<br>Sidley Austin Brown & Wood, LLP<br>10 South Dearborn Street<br>Chicago, IL  60603 | **VIA FEDERAL EXPRESS** |

/s/ *John G. Day*
_____
John G. Day