# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., ) ) ) Plaintiffs, ) ) v. ) ) BORGWARNER INC., ) and BORGWARNER MORSE TEC INC., ) ) Defendants. ) ) | Civil Action No. 05-048-SLR<br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Lisa A. Schneider of the law firm of Sidley Austin Brown & Wood, LLP to represent BorgWarner Inc. and BorgWarner Morse TEC Inc. in this matter.

Dated: July 28, 2005

        /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. # 405)
Lewis H. Lazarus (I.D. #2374)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800

Attorneys for Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _/s/ Lisa A. Schneider_

Date: 7-28-05

Lisa A. Schneider
SIDLEY AUSTIN BROWN & WOOD, LLP
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

CH1 3295419v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July, 2005, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 28th day of July, 2005, the foregoing document was served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com

                                          */s/ Richard K. Herrmann*
                                          Richard K. Herrmann (#405)
                                          Lewis H. Lazarus (I.D. #2374)
                                          MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                          222 Delaware Avenue, 10th Floor
                                          Wilmington, Delaware 19801
                                          302.888.6800
                                          rherrmann@morrisjames.com
                                          llazarus@morrisjames.com

                                          Attorneys for Defendants BORGWARNER INC.
                                          and BORGWARNER MORSE TEC INC.