**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD. and ) | |
| UNISIA NORTH AMERICA, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-048-SLR |
| ) | |
| BORGWARNER INC. and ) | |
| BORGWARNER MORSE TEC INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| BORGWARNER INC., ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| HITACHI, LTD. and ) | |
| UNISIA NORTH AMERICA, INC., ) | |
| ) | |
| Counterdefendants. ) | |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Hillary Mann hereby withdraws her appearance on behalf of BorgWarner Inc. and BorgWarner Morse Tec Inc. The attorneys and law firms of Morris James Hitchens & Williams LLP and Sidley Austin Brown & Wood, LLP continue to represent the BorgWarner entities in this litigation.

| | |
|---|---|
| Dated: August 2, 2005 | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
| | |
| | _____/s/ Richard K. Herrmann_____ |
| | Richard K. Herrmann (I.D. #405) |
| | Lewis H. Lazarus (I.D. #2374) |
| | 222 Delaware Avenue, 10th Floor |
| | Wilmington, DE  19801 |
| | (302) 888-6800 |
| | rherrmann@morrisjames.com |
| | |
| | Attorneys for Defendants and Counterclaimant, |
| | BORGWARNER INC., and |
| | BORGWARNER MORSE TEC INC. |
| OF COUNSEL: | |
| | |
| SIDLEY AUSTIN BROWN & WOOD, LLP | |
| Hugh A. Abrams | |
| Marc A. Cavan | |
| Hillary A. Mann | |
| 10 South Dearborn Street | |
| Chicago, Illinois 60603 | |
| (312) 853-7000 | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2005, I electronically filed the foregoing document, **NOTICE OF WITHDRAWAL**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 2nd day of August, 2005, the foregoing document was served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com

                                              /s/ Richard K. Herrmann
                                        Richard K. Herrmann (#405)
                                        Lewis H. Lazarus (I.D. #2374)
                                        MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                        222 Delaware Avenue, 10th Floor
                                        Wilmington, Delaware 19801
                                        302.888.6800
                                        rherrmann@morrisjames.com
                                        llazarus@morrisjames.com

                                        Attorneys for Defendants and Counterclaimant,
                                        BORGWARNER INC., and
                                        BORGWARNER MORSE TEC INC.