IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI LTD. and UNISIA NORTH AMERICA, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 05-048-SLR<br>) |
| BORGWARNER INC. and BORGWARNER MORSE TEC INC., | )<br>)<br>) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 9th day of August, 2005, having reviewed the papers submitted in connection with the discovery dispute related to the protective order;

IT IS ORDERED that the protective order shall include Hitachi's proposed language for paragraph 7.h.

                                                                    _____
                                                        United States District Judge