**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., ) ) ) Plaintiffs, ) ) v. ) ) BORGWARNER INC., ) and BORGWARNER MORSE TEC INC., ) ) Defendants. ) ) | Civil Action No. 05-048-SLR  JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 29th day of August, 2005, copies of the following document, **DEFENDANTS' SECOND SET OF INTERROGATORIES (NOS. 11-13) TO PLAINTIFFS HITACHI, LTD. AND UNISIA NORTH AMERICA, INC.**, were served on counsel as indicated:

**VIA EMAIL AND OVERNIGHT MAIL**
Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

**VIA EMAIL AND OVERNIGHT MAIL**
Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
pagarwal@foley.com

| | |
|---|---|
| Dated: August 31, 2005 | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
| | |
| | _____/s/ Richard K. Herrmann_____ |
| | Richard K. Herrmann (I.D. #405) |
| | Lewis H. Lazarus (I.D. #2374) |
| | 222 Delaware Avenue, 10th Floor |
| | Wilmington, DE  19801 |
| | (302) 888-6800 |
| | rherrmann@morrisjames.com |
| | |
| | Attorneys for Defendants and Counterclaimant, BORGWARNER INC., and BORGWARNER MORSE TEC INC. |

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 31st day of August, 2005, the foregoing document was served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com

                                        /s/ Richard K. Herrmann
                                      Richard K. Herrmann (#405)
                                      Lewis H. Lazarus (I.D. #2374)
                                        MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                        222 Delaware Avenue, 10th Floor
                                        Wilmington, Delaware 19801
                                        302.888.6800
                                        rherrmann@morrisjames.com
                                        llazarus@morrisjames.com

                                        Attorneys for Defendants and Counterclaimant,
                                        BORGWARNER INC., and
                                        BORGWARNER MORSE TEC INC.