IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-048-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |
| BORGWARNER INC., <br><br>    Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>    Counterdefendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of September, 2005, **PLAINTIFF HITACHI, LTD.'S SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS BORGWARNER INC. AND BORGWARNER MORSE TEC INC.** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                               HAND DELIVERY
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801

Hugh A. Abrams, Esquire    VIA FEDERAL EXPRESS
Sidley Austin Brown & Wood, LLP
10 South Dearborn Street
Chicago, IL  60603

ASHBY & GEDDES

/s/ *Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated:  September 2, 2005
154488.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire             HAND DELIVERY
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801

Hugh A. Abrams, Esq.                     VIA FEDERAL EXPRESS
Sidley Austin Brown & Wood, LLP
10 South Dearborn Street
Chicago, IL  60603


                                         */s/ Steven J. Balick*
                                         _____
                                         Steven J. Balick