# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

September 13, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
 District of Delaware
844 King Street
Wilmington, DE  19801

>     Re:   *Hitachi Ltd. et al. v. BorgWarner, Inc. et al.*,
>           D. Del., C.A. No. 05-048-SLR

Your Honor:

   Enclosed for the Court's consideration, please find a Stipulation Concerning Scheduling which makes changes to the current Scheduling Order only as follows:

| DEADLINE | CURRENT DATE | PROPOSED REVISED DATE |
|---|---|---|
| Lists of claim terms to be exchanged | 9/14/2005 | 9/14/2005 |
| Proposed constructions to be exchanged | 9/14/2005 | 10/14/2005 |
| SJ motions & opening briefs | 4/13/2006 | 4/3/2006 |
| Opposition briefs | 5/1/2006 | 5/1/2006 |
| Reply briefs | 5/15/2006 | 5/15/2006 |
| Joint Claim Construction Statement | 4/3/2006 | 3/27/2006 |
| Opening claim construction briefs | 4/3/2006 | 3/27/2006 |
| Responsive claim construction briefs | 4/17/2006 | 4/17/2006 |
| SJ/Markman hearing | 6/15/2006 @ 3 pm | 6/15/2006 @ 3 pm |

September 13, 2005
Page 2

**MORRIS, JAMES, HITCHENS & WILLIAMS LLP**

  The parties are, of course, available should Your Honor have any questions concerning this matter.

            Respectfully,

            */s/ Richard K. Herrmann*

            Richard K. Herrmann, I.D. No. 405
            rherrmann@morrisjames.com

cc: Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)
   Steven J. Balick, Esq. (via electronic filing)
   Michael D. Kaminski, Esq. (via email)