**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC.,    )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>BORGWARNER INC.,    )<br>and BORGWARNER MORSE TEC INC.,    )<br>)<br>Defendants.    )<br>_____)<br>)<br>BORGWARNER INC.,    )<br>)<br>Counterclaimant,    )<br>)<br>v.    )<br>)<br>HITACHI, LTD., and UNISIA NORTH    )<br>AMERICA, INC.    )<br>)<br>Counterdefendants.    ) | Civil Action No. 05-048-SLR |

**STIPULATION CONCERNING SCHEDULING**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the Scheduling Order entered June 8, 2005 is amended as follows:

5. **Claim Construction Issue Identification:**  If the Court does not find that a limited earlier claim construction would be helpful in resolving the case, on September 14, 2005, the Parties shall exchange lists of those claim terms that they believe need construction. The Parties shall exchange their proposed claim construction of those terms on October 14, 2005. This initial construction shall consist of proposed meanings only and need not contain a citation of intrinsic or extrinsic evidence supporting the proposed constructions. These documents will

not be filed with the Court.  Subsequent to exchanging these documents, the Parties will meet and confer to prepare a Joint Claim Construction Statement to be submitted pursuant to paragraph 7 below.

      6.  **Summary Judgment Motions**:  All summary judgment motions shall be served and filed with an opening brief on or before April 3, 2006.  Response briefs in opposition to motions for summary judgment shall be filed no later than May 1, 2006.  Reply briefs in support of such motions for summary judgment shall be filed no later than May 15, 2006.  No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the Court.  Hitachi reserves the right to request an early summary judgment motion on a case dispositive issue.

      7.  **Claim Construction**:  The parties shall agree upon and file the Joint Claim Construction Statement on March 27, 2006, with the claim chart separately docketed.  The parties will file simultaneous opening claim construction briefs on March 27, 2006.  Simultaneous response briefs should be filed by April 17, 2006.  Issues of claim construction shall be considered by the court in conjunction with the summary judgment motion(s).  The hearing on the claim construction and motion(s) for summary judgment will be heard on June 15, 2006 at 3:00 p.m.

All other deadlines as set forth in the Court's June 8, 2005 Scheduling Order shall remain in full force and effect.

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| ___/s/ John G. Day_____ | ___/s/ Richard K. Herrmann_____ |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | rherrmann@morrisjames.com |
| jday@ashby-geddes.com | |
| | |
| *Of Counsel:* | *Of Counsel:* |
| | |
| Michael D. Kaminski (*pro hac vice*) | Hugh A. Abrams (*pro hac vice*) |
| Liane M. Peterson (*pro hac vice*) | Lisa A. Schneider (*pro hac vice*) |
| FOLEY & LARDNER LLP | Marc A. Cavan (*pro hac vice*) |
| Washington Harbour | Lara Hirshfeld (*pro hac vice*) |
| 3000 K Street, N.W., Suite 500 | Sidley Austin Brown & Wood, LLP |
| Washington, D.C. 20007-5143 | 10 South Dearborn Street |
| (202) 672-5300 | Chicago, Illinois 60603 |
| | (312) 853-7000 |
| *Attorneys for Hitachi, Ltd., and Unisia North America, Inc.* | *Attorneys for BorgWarner Inc., and BorgWarner Morse Tec Inc.* |

**SO ORDERED** this _____ day of September, 2005.

_____
Sue L. Robinson, J.

3