IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 05-048-SLR ) ) JURY TRIAL DEMANDED ) ) ) ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 14th day of September, 2005, copies of the following documents:

(1) Borgwarner's List of Proposed Terms for Construction; and

(2) Certificate of Service

were served on counsel as indicated:

**Via e-mail with confirmation copy by Hand Delivery**

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Phone: (302) 654-1888
Fax: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com

**Via e-mail with confirmation copy by Overnight Courier**

Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
Liane M. Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com
lpeterson@foley.com

/s/ Mary B. Matterer
_____
Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302-888-6800
rherrmann@morrisjames.com
llazarus@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for BorgWarner Inc. and
BorgWarner Morse Tec Inc.*

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
10 South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000

2