## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HITACHI, LTD., and UNISIA NORTH     )
AMERICA, INC.,                       )
                                     )
          Plaintiffs,                )
                                     )          Civil Action No. 05-048-SLR
     v.                              )
                                     )          JURY TRIAL DEMANDED
BORGWARNER INC.,                     )
and BORGWARNER MORSE TEC INC.,       )
                                     )
          Defendants.                )
_____)

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 16th day of September, 2005, copies of the following documents:

    (1)    **Defendants' Supplemental Response to Plaintiff Hibachi Ltd.'s First Set of Interrogatories (Nos. 1-12), and**

    (2)    **Defendants' Supplemental Response to Plaintiff Hibachi Ltd.'s Second Set of Interrogatories (Nos. 15-17)**

were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

**VIA EMAIL AND OVERNIGHT MAIL**
Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
Liane M. Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com
lpeterson@foley.com

Dated: September 16, 2005

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com
llazarus@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 16th day of September, 2005, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Pavan K. Agarwal, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
pagarwal@foley.com
lpeterson@foley.com

_____*/s/ Mary B. Matterer*_____
Richard K. Herrmann (#405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
llazarus@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.

1284990/1

3