IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-048-SLR |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| BORGWARNER INC., | ) ) ) | |
| Counterclaimant, | ) ) ) | |
| v. | ) ) | |
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) ) | |
| Counterdefendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 16th day of September, 2005, **PLAINTIFF HITACHI, LTD.'S FOURTH SET OF INTERROGATORIES TO DEFENDANTS BORGWARNER INC. AND BORGWARNER MORSE TEC INC.** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                                    **HAND DELIVERY**
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801

Hugh A. Abrams, Esquire
Sidley Austin Brown & Wood, LLP
10 South Dearborn Street
Chicago, IL  60603

<u>VIA FEDERAL EXPRESS</u>

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated:  September 16, 2005
154488.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| Hugh A. Abrams, Esq.<br>Sidley Austin Brown & Wood, LLP<br>10 South Dearborn Street<br>Chicago, IL  60603 | <u>VIA FEDERAL EXPRESS</u> |

/s/ *John G. Day*
_____
John G. Day