IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-48-SLR ) |
| BORGWARNER INC., BORG-WARNER AUTOMOTIVE, INC., BORGWARNER POWDERED METALS, INC., and BORGWARNER MORSE TEC INC., | ) ) ) ) ) ) |
|     Defendants. | ) |

O R D E R

At Wilmington this 29th day of September, 2005, having reviewed defendants' motion to strike plaintiff's allegations of inequitable conduct, and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 8) is denied. The allegations in the complaint related to inequitable conduct satisfy the pleading requirements of Fed. R. Civ. P. 9(b), as the complaint identifies the allegedly material prior art and the proceeding in which the prior art became known to defendants, and references the publicly-available documents that identify those involved in the prosecutions of both the Interference and the '738 patent. That is sufficient guidance for purposes of

discovery and pursuing a meaningful defense to the allegations.


_____
United States District Judge