**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>BORGWARNER INC., )<br>and BORGWARNER MORSE TEC INC., )<br><br>Defendants. ) | )<br>)<br>)<br>)<br>) Civil Action No. 05-048-SLR<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 10th day of October, 2005, copies of the following document, **DEFENDANTS' THIRD SET OF DOCUMENT REQUESTS (NOS. 28-29) TO PLAINTIFFS HITACHI, LTD. AND UNISIA NORTH AMERICA, INC.**, were served on counsel as indicated:

| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL AND OVERNIGHT MAIL** |
|---|---|
| Steven J. Balick, Esq. | Michael D. Kaminski, Esq. |
| John G. Day, Esq. | Liane M. Peterson, Esq. |
| ASHBY & GEDDES | FOLEY & LARDNER LLP |
| 222 Delaware Avenue, 17th Floor | 3000 K Street, N.W., Suite 500 |
| Wilmington, DE 19801 | Washington, D.C. 20007-5109 |
| sbalick@ashby-geddes.com | 202.672.5490 |
| jday@ashby-geddes.com | mkaminski@foley.com |
| | lpeterson@foley.com |

Dated: October 10, 2005  MORRIS, JAMES, HITCHENS & WILLIAMS LLP

    */s/ Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 10th day of October, 2005, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com

    */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.