**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Civil Action No. 05-048-SLR |
| v. | ) ) | JURY TRIAL DEMANDED |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 14th day of October, 2005, copies of the following

document, **BORGWARNER'S PRELIMINARY CLAIM CONSTRUCTION**, were served

on counsel as indicated:

| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL AND OVERNIGHT MAIL** |
|---|---|
| Steven J. Balick, Esq. | Michael D. Kaminski, Esq. |
| John G. Day, Esq. | Liane M. Peterson, Esq. |
| ASHBY & GEDDES | FOLEY & LARDNER LLP |
| 222 Delaware Avenue, 17th Floor | 3000 K Street, N.W., Suite 500 |
| Wilmington, DE  19801 | Washington, D.C.  20007-5109 |
| sbalick@ashby-geddes.com | 202.672.5490 |
| jday@ashby-geddes.com | mkaminski@foley.com |
| | lpeterson@foley.com |

2

Dated: October 14, 2005

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_/s/ Mary B. Matterer_
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2005, I electronically filed the

foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801


Additionally, I hereby certify that on the 14th day of October, 2005, the foregoing

document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
lpeterson@foley.com


                        /s/ Mary B. Matterer
                    Richard K. Herrmann (#405)
                    Mary B. Matterer (I.D. #2696)
                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                    222 Delaware Avenue, 10th Floor
                    Wilmington, Delaware 19801
                    302.888.6800
                    mmatterer@morrisjames.com

                    Attorneys for Defendants and Counterclaimant,
                    BORGWARNER INC., and
                    BORGWARNER MORSE TEC INC.