**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-048-SLR |
| v. | ) ) | JURY TRIAL DEMANDED |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 17th day of October, 2005, copies of the following document, **DEFENDANTS' RESPONSE TO PLAINTIFF HITACHI, LTD'S FOURTH SET OF INTERROGATORIES** were served on counsel as indicated:

<u>**VIA EMAIL AND HAND DELIVERY**</u>
Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

<u>**VIA EMAIL AND OVERNIGHT MAIL**</u>
Michael D. Kaminski, Esq.
Liane M. Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
202.672.5490
mkaminski@foley.com
lpeterson@foley.com

2

Dated: October 17, 2005  MORRIS, JAMES, HITCHENS & WILLIAMS LLP

    */s/ Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of October, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801


Additionally, I hereby certify that on the 17th day of October, 2005, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
lpeterson@foley.com


                                     */s/ Mary B. Matterer*
                                 Richard K. Herrmann (#405)
                                 Mary B. Matterer (I.D. #2696)
                                 MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                 222 Delaware Avenue, 10th Floor
                                 Wilmington, Delaware 19801
                                 302.888.6800
                                 mmatterer@morrisjames.com

                                 Attorneys for Defendants and Counterclaimant,
                                 BORGWARNER INC., and
                                 BORGWARNER MORSE TEC INC.