IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC.,<br>        Plaintiffs,<br><br>        v.<br><br>BORGWARNER INC., and<br>BORGWARNER MORSE TEC INC.,<br><br>        Defendants.<br><br>BORGWARNER INC.,<br><br>        Counterclaimant,<br><br>        v.<br><br>HITACHI, LTD., and UNISIA NORTH AMERICA, INC.,<br><br>        Counterdefendants. | Civil Action No. 05-048-SLR |

**COUNTERDEFENDANTS' REPLY TO FIRST AMENDED ANSWER AND
COUNTERCLAIM TO SECOND AMENDED COMPLAINT**

Plaintiffs Hitachi, Ltd. ("Hitachi") and Unisia North America, Inc. ("UNAI"), for their Reply to Defendants' First Amended Answer to Plaintiffs' Second Amended Complaint, Counterclaim and Demand for Jury Trial, state as follows:

**REPLY TO COUNTERCLAIM**

17. Denied, except that Hitachi and UNAI admit that the "Counterclaim" purports to state a cause of action seeking a claim that arises under the patent laws of the United States, Title 35, United States Code.

18.     Upon information and belief, Hitachi and UNAI admit the allegations in paragraph 18.

19.     Hitachi and UNAI admit the allegations in paragraph 19.

20.     Hitachi and UNAI admit the allegations in paragraph 20.

21.     Hitachi and UNAI admit the allegations in paragraph 21.

22.     Hitachi and UNAI admit the allegations in paragraph 22.

23.     In response to paragraph 23, Hitachi and UNAI repeat and re-allege paragraphs 17-22 above as if fully set forth herein.

24.     Hitachi and UNAI are without knowledge or information sufficient to form a conclusive belief as to the truth of the allegations regarding BorgWarner Inc.'s ownership of the '738 patent and its right to recover for past and future damages from infringement. Hitachi and UNAI deny that the '738 patent was properly issued. Hitachi and UNAI admit the remaining allegations of paragraph 24.

25.     Hitachi and UNAI deny the allegations in paragraph 25.

26.     Hitachi and UNAI deny the allegations in paragraph 26.

27.     Hitachi and UNAI deny the allegations in paragraph 27.

28.     Hitachi and UNAI deny the allegations in paragraph 28.

## **Prayer for Relief**

Hitachi and UNAI deny that BorgWarner Inc. is entitled to any relief as requested in its "Prayer for Relief."

                          ASHBY & GEDDES

                          /s/ *Steven J. Balick*
                          _____
                          Steven J. Balick (I.D. #2114)
                          John G. Day (I.D. #2403)
                          222 Delaware Avenue, 17th Floor
                          P.O. Box 1150
                          Wilmington, DE 19899
                          (302) 654-1888

                          *Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated: October 19, 2005
162519.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2005, the attached **COUNTERDEFENDANTS' REPLY TO FIRST AMENDED ANSWER AND COUNTERCLAIM TO SECOND AMENDED COMPLAINT** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Hugh A. Abrams, Esquire<br>Sidley Austin Brown & Wood, LLP<br>10 South Dearborn Street<br>Chicago, IL 60603 | <u>VIA FEDERAL EXPRESS</u> |

/s/ *Steven J. Balick*
_____
Steven J. Balick