**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-048-SLR |
| v. | ) ) | |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) | |
| Defendants. | ) | |
| ——————————————— | ) ) | |
| BORGWARNER INC., | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC. | ) ) ) | |
| Counterdefendants. | ) ) | |

**NOTICE OF SUBPOENA DIRECTED TO**
**NISSAN NORTH AMERICA INC.**

PLEASE TAKE NOTICE THAT Defendants BorgWarner Inc. and BorgWarner Morse Tec Inc. (collectively "BorgWarner"), pursuant to Rule 45 of the Federal Rules of Civil Procedure, will serve the attached subpoena upon Nissan North America Inc., Legal Department, 818501 S. Figueroa St., P.O. Box 191, Gardena, CA 90248-0191, commanding it to produce the documents designated in Schedule A to the Subpoena within fifteen days, or at a mutually agreeable time and place, for inspection and copying at Sidley Austin Brown & Wood LLP, 555 West Fifth Street, Los Angeles, California 90013.

Dated: October 31, 2005

*[signature]*

Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800
mmatterer@morrisjames.com

Hugh A. Abrams *(pro hac vice)*
Lisa A. Schneider *(pro hac vice)*
Marc A. Cavan *(pro hac vice)*
Lara V. Fleishman *(pro hac vice)*
Sidley Austin Brown & Wood, LLP
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for BorgWarner Inc., and
BorgWarner Morse Tec Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2005, I electronically filed the foregoing document, **NOTICE OF SUBPOENA DIRECTED TO NISSAN NORTH AMERICA INC.**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 31st day of October, 2005, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com

Richard K. Herrmann (#405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# United States District Court

### Central District of California

## SUBPOENA IN A CIVIL CASE

Hitachi, Ltd. and Unisia North America, Inc.
    Plaintiffs

        v.

BorgWarner Inc. and BorgWarner Morse Tec, Inc.
    Defendants

CASE NUMBER:   05-048 (SLR)
(District of Delaware)

TO:   Nissan North America Inc.
     c/o Legal Department
     18501 S. Figueroa Street
     Gardena, CA 90248-0191

   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

**X**   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Sidley Austin Brown & Wood LLP, 555 West Fifth Street, Los Angeles, California 90013 | To be determined. |

**X**   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Schedule A, attached hereto.**

| PLACE | DATE AND TIME |
|---|---|
| Sidley Austin Brown & Wood LLP, 555 West Fifth Street, Los Angeles, California 90013 | To be determined |

   YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
|---|---|
| Lara V. Fleishman (Attorney for Defendants) | |

Issuing Officer's Name, Address, and Phone Number
Lara V. Fleishman, Sidley Austin Brown & Wood LLP, 10 S. Dearborn St., Chicago, IL 60603    (312) 853-4156

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

## Rule 45, Federal Rules of Civil Procedure, Parts C & D

**(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**
(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.
(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) DUTIES IN RESPONDING TO SUBPOENA.**
(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## SCHEDULE A

## DEFINITIONS

In the document requests appearing below, the following definitions shall apply:

A.     "Nissan" as used herein shall mean Nissan Motor Co., Ltd. and Nissan North America Inc., and any parent or parents, subsidiaries, domestic or foreign, partners, officers, directors, successors, predecessors, assigns, and the employees, attorneys and agents of any and all of them.

B.     "Hitachi" as used herein shall mean plaintiff Hitachi, Ltd., any corporate affiliates, including plaintiff Unisia North America, Inc., and any parent or parents, subsidiaries, domestic or foreign, partners, officers, directors, successors, predecessors, assigns, and the employees, attorneys and agents of any and all of them.

C.     "Defendants" or "BorgWarner" as used herein shall mean BorgWarner Inc., and BorgWarner Morse TEC Inc.

D.     The term "patent-in-suit" or "the '738 patent" shall mean U.S. Patent No. 5,497,738.

E.     The term "variable camshaft timing components" as used herein shall include, without limitation, components used, or which can be used, in a system for controlling the timing of the opening and closing of an intake valve and/or exhaust valve (or for controlling the position of a camshaft relative to the position of a crankshaft or another camshaft) in an internal combustion engine, such components including without limitation (1) camshaft sprockets capable of being hydraulically adjusted (e.g., sprockets with body vanes), (2) camshaft

position sensors, (3) variable timing control solenoids and solenoid valves, (4) variable timing

control systems and related components, (5) camshaft phase adjustment systems, and (6)

electronic control units, and software and hardware contained therein; that have been, are, or are

currently planned to be made, used, prototyped, sold, offered or intended for sale in the United

States, or imported or exported by or on Hitachi's behalf, or imported into the United States as

part of an engine or vehicle system.  Such components are also referred to as valve timing

components or "VTC Components."

F.    The term "concerning" means comprising, relating to, referring to,

reflecting, describing, evidencing or constituting.

G.    "Documents" as used herein is employed in the broadest possible sense

and means without limitation any written, printed, typed, stored, photographed, recorded or

otherwise reproduced communication, compilation or reproduction including computer or

electronically generated or stored information or data whether assertedly privileged or not and

including all copies of drafts of any document which differs in any respect from the original.

H.    "Communications" includes, without limitation, every manner or means of

statement, utterance, notation, disclaimer, transfer or exchange of information of any nature

whatsoever, by or to whomever, whether oral or written, or whether face-to-face, by telephone,

mail, personal delivery or otherwise, including but not limited to, letters, correspondence,

conversations, memoranda, dialogue, discussions, meetings, interview, consultations, agreements

and other understandings.

I.    "Person" shall refer to any natural person, firm, association, partnership,

corporation, group, organization, or other form of legal business entity.

J.      "And" means "and/or." "Or" means "and/or." The plural of any word used herein includes the singular and the singular includes the plural. The masculine gender of any word used herein includes the feminine and the neuter. The past tense of a verb used herein includes the present tense and the present tense includes the past tense.

K.      "Any," "all," "each" or "every" means any and all, each and every.

## INSTRUCTIONS

Please comply with the following instructions:

A.      All documents that respond, in whole or in part, to any portion of the requests below are to be produced in their entirety, including all attachments and enclosures.

B.      All documents shall be produced either in the order and in the manner that they are kept in the usual course of business or shall be organized and labeled to correspond with the categories of this Request. The documents shall be produced in their original file folder, binder or other cover or container unless that is not possible. Whenever a document or group of documents is removed from a file folder, binder, file drawer, file box, notebook, or other cover or container, a copy of the label or other means of identification of such cover or other container shall be attached to the document.

C.      Any document called for herein that you claim to be privileged against discovery on any ground shall be identified on a privilege log.

D.      Notwithstanding any claim that a document is protected from disclosure, any document so withheld must be produced with the portion claimed to be protected excised.

E.     To the extent no responsive documents exist in response to a Request, and therefore no responsive documents will be produced in response to that Request, please so indicate in the response.

F.     Documents containing confidential information shall be marked "confidential" or "confidential attorneys eyes only" and their disclosure shall be limited in accordance with the Protective Order entered in Civil Action No. 05-048-SLR.

## REQUESTS

1.     Documents sufficient to identify any variable camshaft timing components, as defined in the Definitions herein, that have been supplied to Nissan by Hitachi, and all engine systems and/or vehicles using or intending to use those variable camshaft timing components as part of an engine or vehicle system for manufacture and/or sale in the United States.

2.     Documents sufficient to identify the following information about the Nissan vehicles identified as the Altima, Maxima, Sentra, Infiniti FX45, Infiniti M45, Infiniti Q45, Frontier, Infinity FX35, Infinity G Coupe, Infinity G Sedan, Infinity M35, Murano, Pathfinder, Quest, Z, and Xterra, that are manufactured and/or sold in the United States containing any variable camshaft timing components, as defined in the Definitions herein, that have been supplied by Nissan to Hitachi: (a) identification of the engine system using said variable camshaft timing components (e.g., QR engine, VK engine); (b) identification of years of production of vehicles having said variable camshaft timing components (e.g., 2000, 2001, etc.); (c) number of vehicles manufactured and/or sold for each of said years in (b) above; (d)

identification of size and configuration of said engine systems identified in (a) above (e.g., 3.0L
V-6, 1.5L I-4, etc.).

3.      All communications between Nissan and Hitachi concerning the design,
structure and operation of variable camshaft timing components for Nissan's engine systems
and/or vehicles for manufacture and/or sale in the United States.

4.      All documents concerning the idea and/or decision to switch from an "on-
off" valve timing components ("VTC") system to a continuous VTC system, including but not
limited to any communications between Nissan and Hitachi before January of 1998.

5.      All documents concerning the idea and/or decision to switch from a
helical-type VTC device to a vane-type VTC device, including but not limited to any
communications between Nissan and Hitachi in 2000 discussing the VK and QR engines.

6.      Documents sufficient to identify all engines supplied to Nissan that use, or
are intending to use, variable camshaft timing components supplied by Hitachi, and identify all
such variable camshaft timing components including but not limited to the following engine
systems:  QR, QG, VK, and VQ engines, specifically the VK45DE, VK56DE, VQ35DE,
VQ40DE, QR25DE, QR20DE, QG18DE, SR20VET, SR20DET, and SR16VE engines.

7.      Documents sufficient to identify all vehicles made and/or sold by Nissan
in the United States that use, or are intending to use, variable camshaft timing components
supplied by Hitachi, and identify all such variable camshaft timing components including but not
limited to the following vehicle models: Altima, Maxima, Sentra, Infiniti FX45, Infiniti M45,

Infiniti Q45, Frontier, Infiniti FX35, Infiniti G Coupe, Infiniti G Sedan, Infiniti M35, Murano, Pathfinder, Quest, Z, and Xterra.

8.      All documents relating to any agreements and/or development plans for Nissan to use Hitachi manufactured variable camshaft timing components after 2005 in an engine system and/or vehicle.

9.      Documents sufficient to identify: (a) the method or mechanism for determination of the angle of the camshaft and/or the angle of the crankshaft including but not limited to the use of a camshaft or cam angle sensor and/or crankshaft or crank angle sensor, (b) whether electronic signals are sent to an engine control module with information relating to the camshaft angle and/or crankshaft angle, (c) the control strategy and/or engine condition parameters used by an engine control module to determine a desired camshaft and/or crankshaft angle based on the sensed camshaft angle and/or sensed crankshaft angle, (d) whether electronic signals are sent to a solenoid valve from the engine control module to cause the solenoid to adjust the position of a valve that controls the flow of fluid to a camshaft phaser or camshaft vane component, (e) the hydraulic system relating to the use of any variable camshaft timing components, including schematic diagrams (*see e.g.*, Exhibit 1 attached hereto for the VQ and QG engines in the Nissan Altima) showing the flow of fluid from an oil pump or oil source to a camshaft phaser or camshaft vane component and through various inlet and return lines, and (e) the performance specifications for any solenoid valves for use in conjunction with each variable camshaft timing system.

10.      Documents sufficient to identify the quantity sold and price of any components that were purchased (or received) from Hitachi for use in an engine system or

vehicle manufactured and/or sold in the United States having a variable camshaft timing system, including, without limitation, any sensors, solenoid valves, camshaft phasers or valve timing control devices, pumps (oil or water), sprockets, spool valves, and electronic components (including engine control modules or components thereof).

11.    The structure and operation of all variable camshaft timing components that have been made, used, prototyped, sold, offered for sale or intended to be sold in the United States by Nissan from Hitachi, or imported or exported by or on behalf of Nissan, or imported into the United States as part of a Nissan engine or vehicle system.

# EXHIBIT   1

# DTC P0011 IVT CONTROL

[QR]

## DTC P0011 IVT CONTROL

PFP:23796

### Description

#### SYSTEM DESCRIPTION

UBS002P9

| Sensor | Input signal to ECM | ECM function | Actuator |
|---|---|---|---|
| Crankshaft position sensor (POS) | Engine speed | Intake valve timing control | Intake valve timing control solenoid valve |
| Camshaft position sensor (PHASE) | | | |
| Engine coolant temperature sensor | Engine coolant temperature | | |
| Vehicle speed sensor* | Vehicle speed | | |

*: This signal is sent to ECM through CAN communication line.



Retard angle (Figure 1)

Advance angle (Figure 2)

Retension (Figure 3)

This mechanism hydraulically controls cam phases continuously with the fixed operating angle of the intake valve.

The ECM receives signals such as crankshaft position, camshaft position, engine speed, and engine coolant temperature. Then, the ECM sends ON/OFF pulse duty signals to the intake valve timing control solenoid valve depending on driving status. This makes it possible to control the shut/open timing of the intake valve to increase engine torque in low/mid speed range and output in high-speed range.

## CONSULT-II Reference Value in Data Monitor Mode

UBS002PA

Specification data are reference values.

| MONITOR ITEM | CONDITION | | SPECIFICATION |
|---|---|---|---|
| INT/V TIM (B1) | ● Engine: After warming up<br>● Shift lever: N<br>● Air conditioner switch: OFF<br>● No-load | Idle | −5° - 5°CA |
| | | 2,000 rpm | Approx. 0° - 20°CA |
| INT/V SOL (B1) | ● Engine: After warming up<br>● Shift lever: N<br>● Air conditioner switch: OFF<br>● No-load | Idle | 0% - 2% |
| | | 2,000 rpm | Approx. 25% - 60% |

# DTC P0011 IVT CONTROL

[QR]

## On Board Diagnosis Logic

UBS002PB

| DTC No. | Trouble diagnosis name | Detecting condition | Possible cause |
|---------|------------------------|---------------------|----------------|
| P0011 0011 | Intake valve timing control performance | There is a gap between angle of target and phase-control angle degree. | • Crankshaft position sensor (POS)<br>• Camshaft position sensor (PHASE)<br>• Accumulation of debris to the signal pick-up portion of the camshaft |

### FAIL-SAFE MODE

ECM enters fail-safe mode when the malfunction is detected.

| Detected items | Engine operating condition in fail-safe mode |
|----------------|---------------------------------------------|
| Intake valve timing control | The signal is not energized to the solenoid valve and the valve control does not function |

## DTC Confirmation Procedure

UBS002PC

**CAUTION:**
**Always drive at a safe speed.**

**NOTE:**
- **If DTC P0011 is displayed with DTC P1111, first perform trouble diagnosis for DTC P1111. See EC-352 .**
- If DTC Confirmation Procedure has been previously conducted, always turn ignition switch OFF and wait at least 10 seconds before conducting the next test.

**TESTING CONDITION:**
**Before performing the following procedure, confirm that battery voltage is between 10V and 16V at idle.**

Ⓟ **WITH CONSULT-II**
1. Turn ignition switch ON and select "DATA MONITOR" mode with CONSULT-II.
2. Start engine and warm it up to the normal operating temperature.
3. Maintain the following conditions for at least 10 consecutive seconds.
   Hold the accelerator pedal as steady as possible.

| ENG SPEED | 500 - 2,000 rpm (A constant rotation is maintained.) |
|-----------|------------------------------------------------------|
| COOLANT TEMPS | 70 - 120°C (158 - 248°F) |
| Selector lever | P or N position |

| DATA MONITOR | |
|--------------|--|
| MONITOR | NO DTC |
| ENG SPEED | XXX rpm |
| COOLANT TEMP/S | XXX °C |

SEF174Y

4. Let engine idle for 10 seconds.
5. If the 1st trip DTC is detected, go to EC-145, "Diagnostic Procedure" .
   If the 1st trip DTC is not detected, go to next step.
6. Maintain the following conditions for at least 20 consecutive seconds.

| ENG SPEED | 1,800 - 3,175 rpm (A constant rotation is maintained.) |
|-----------|--------------------------------------------------------|
| COOLANT TEMPS | 70 - 105°C (158 - 221°F) |
| Selector lever | 1st or 2nd position |
| Driving location uphill | Driving vehicle uphill<br>(Increased engine load will help maintain the driving conditions required for this test.) |

7. If the 1st trip DTC is detected, go to EC-145, "Diagnostic Procedure" .

Ⓖ **WITH GST**
Follow the procedure "WITH CONSULT-II" above.

**EC-144**

# DTC P0011 IVT CONTROL

[QR]

## Diagnostic Procedure

UBS002PD

### 1. CHECK CRANKSHAFT POSITION SENSOR (POS)

Refer to <u>EC-249, "Component Inspection"</u> .

<u>OK or NG</u>

OK    >> GO TO 2.
NG    >> Replace crankshaft position sensor (POS).

### 2. CHECK CAMSHAFT POSITION SENSOR (PHASE)

Refer to <u>EC-255, "Component Inspection"</u> .

<u>OK or NG</u>

OK    >> GO TO 3.
NG    >> Replace camshaft position sensor (PHASE).

### 3. CHECK CAMSHAFT (INTAKE)

Check the following.
- Accumulation of debris to the signal plate of camshaft rear end
- Chipping signal plate of camshaft rear end

<u>OK or NG</u>

OK    >> GO TO 4.
NG    >> Remove debris and clean the signal plate of camshaft
        rear end or replace camshaft.

Camshaft (Intake)

PBIB0565E

### 4. CHECK INTERMITTENT INCIDENT

Refer to <u>EC-130, "TROUBLE DIAGNOSIS FOR INTERMITTENT INCIDENT"</u> .
For wiring diagram refer to CKP sensor (POS) <u>EC-246</u>  and CMP sensor (PHASE) <u>EC-252</u> .

>> INSPECTION END

A
EC
C
D
E
F
G
H
I
J
K
L
M

# ENGINE CONTROL SYSTEM

[VQ]

## ENGINE CONTROL SYSTEM

PFP:23710

### System Diagram

UBS00362



PBIB1295E

# ENGINE CONTROL SYSTEM

[VQ]

## System Chart

UBS00354

| Input (Sensor) | ECM Function | Output (Actuator) |
|---|---|---|
| ● Camshaft position sensor (PHASE)<br>● Crankshaft position sensor (POS)<br>● Mass air flow sensor<br>● Engine coolant temperature sensor<br>● Heated oxygen sensor 1<br>● Throttle position sensor<br>● Accelerator pedal position sensor<br>● Park/neutral position (PNP) switch<br>● Intake air temperature sensor<br>● Power steering pressure sensor<br>● Ignition switch<br>● Battery voltage<br>● Knock sensor<br>● Refrigerant pressure sensor<br>● Stop lamp switch<br>● ASCD steering switch<br>● ASCD brake switch<br>● ASCD clutch switch<br>● Fuel level sensor[1]<br>● EVAP control system pressure sensor<br>● Fuel tank temperature sensor[1]<br>● Heated oxygen sensor 2[2]<br>● TCM (Transmission control module)[3]<br>● ABS actuator and electric unit (control unit)[3]<br>● Air conditioner switch[3]<br>● Wheel sensor[3]<br>● Electrical load signal[3] | Fuel injection & mixture ratio control | Fuel injector |
| | Electronic ignition system | Power transistor |
| | Fuel pump control | Fuel pump relay |
| | ASCD vehicle speed control | Electric throttle control actuator |
| | On board diagnostic system | MIL (On the Instrument panel) |
| | Power valve control | VIAS control solenoid valve |
| | Intake valve timing control | Intake valve timing control solenoid valve |
| | Engine mount control | Elictronic control engine mount |
| | Heated oxygen sensor 1 heater control | Heated oxygen sensor 1 heater |
| | Heated oxygen sensor 2 heater control | Heated oxygen sensor 2 heater |
| | EVAP canister purge flow control | EVAP canister purge volume control solenoid valve |
| | Air conditioning cut control | Air conditioner relay[4] |
| | Cooling fan control | Cooling fan relay[4] |
| | ON BOARD DIAGNOSIS for EVAP system | EVAP canister vent control valve |

[1]: This sensor is not used to control the engine system. They are used only for the on board diagnosis.
[2]: This sensor is not used to control the engine system under normal conditions.
[3]: This signal is sent to the ECM through CAN communication line.
[4]: This signal is sent from the ECM through CAN communication line.

# DTC P0011, P0021 IVT CONTROL

[VQ]

## DTC P0011, P0021 IVT CONTROL

PFP:23796

### Description
### SYSTEM DESCRIPTION

UBS0036C

| Sensor | Input signal to ECM | ECM function | Actuator |
|---|---|---|---|
| Crankshaft position sensor (POS) | Engine speed | Intake valve timing control | Intake valve timing control solenoid valve |
| Camshaft position sensor (PHASE) | | | |
| Engine coolant temperature sensor | Engine coolant temperature | | |
| Wheel sensor* | Vehicle speed | | |

*: This signal is sent to the ECM through CAN communication line.



This mechanism hydraulically controls cam phases continuously with the fixed operating angle of the intake valve.

The ECM receives signals such as crankshaft position, camshaft position, engine speed, and engine coolant temperature. Then, the ECM sends ON/OFF pulse duty signals to the intake valve timing control solenoid valve depending on driving status. This makes it possible to control the shut/open timing of the intake valve to increase engine torque in low/mid speed range and output in high-speed range.

### COMPONENT DESCRIPTION

Intake valve timing control solenoid valve is activated by ON/OFF pulse duty (ratio) signals from the ECM.

The intake valve timing control solenoid valve changes the oil amount and direction of flow through intake valve timing control unit or stops oil flow.

The longer pulse width advances valve angle.

The shorter pulse width retards valve angle.

When ON and OFF pulse widths become equal, the solenoid valve stops oil pressure flow to fix the intake valve angle at the control position.



## CONSULT-II Reference Value in Data Monitor Mode

UBS0036D

Specification data are reference values.

# DTC P0011, P0021 IVT CONTROL

[VQ]

| MONITOR ITEM | CONDITION | | SPECIFICATION |
|---|---|---|---|
| INT/V TIM (B1)<br>INT/V TIM (B2) | • Engine: After warming up<br>• Shift lever: N<br>• Air conditioner switch: OFF<br>• No-load | Idle | −5° - 5°CA |
| | | When revving engine up to 2,000 rpm quickly | Approx. 0° - 30°CA |
| INT/V SOL (B1)<br>INT/V SOL (B2) | • Engine: After warming up<br>• Shift lever: N<br>• Air conditioner switch: OFF<br>• No-load | Idle | 0% - 2% |
| | | When revving engine up to 2,000 rpm quickly | Approx. 25% - 50% |

## On Board Diagnosis Logic

UBS0033E

| DTC No. | Trouble diagnosis name | Detecting condition | Possible cause |
|---|---|---|---|
| P0011<br>0011<br>(Bank 1)<br><br>P0021<br>0021<br>(Bank 2) | Intake valve timing control performance | There is a gap between angle of target and phase-control angle degree. | • Harness or connectors<br>  (Intake valve timing control solenoid valve circuit is open or shorted.)<br>• Intake valve timing control solenoid valve<br>• Crankshaft position sensor (POS)<br>• Camshaft position sensor (PHASE)<br>• Accumulation of debris to the signal pick-up portion of the camshaft |

## FAIL-SAFE MODE

When the malfunction is detected, the ECM enters fail-safe mode.

| Detected items | Engine operating condition in fail-safe mode |
|---|---|
| Intake valve timing control | The signal is not energized to the solenoid valve and the valve control does not function |

## DTC Confirmation Procedure

UBS0033F

**CAUTION:**
**Always drive at a safe speed.**
**NOTE:**
If DTC Confirmation Procedure has been previously conducted, always turn ignition switch OFF and wait at least 10 seconds before conducting the next test.
**TESTING CONDITION:**
**Before performing the following procedure, confirm that battery voltage is between 10V and 16V at idle.**

ⓑ **WITH CONSULT-II**
1.  Turn ignition switch ON and select "DATA MONITOR" mode with CONSULT-II.
2.  Start engine and warm it up to the normal operating temperature.
3.  Maintain the following conditions for at least 6 consecutive seconds.
    Hold the accelerator pedal as steady as possible.

| DATA MONITOR | |
|---|---|
| MONITOR | NO DTC |
| ENG SPEED | XXX rpm |
| B/FUEL SCHDL | XXX msec |
| COOLANTEMP/S | XXX ˚C |
| VHCL SPEED SE | XXX km/h |
| INT/V TIM (B1) | XXX ˚CA |
| INT/V TIM (B2) | XXX ˚CA |
| INT/V SOL (B1) | XXX % |
| INT/V SOL (B2) | XXX % |

SEF353Z

| ENG SPEED | 1,200 - 2,000 rpm (A constant rotation is maintained.) |
|---|---|
| COOLANT TEMPS | 60 - 120°C (140 - 248°F) |
| Selector lever | P or N position |

4.  Let engine idle for 10 seconds.
5.  If the 1st trip DTC is detected, go to <u>EC-750, "Diagnostic Procedure"</u>.
    If the 1st trip DTC is not detected, go to next step.
6.  Maintain the following conditions for at least 20 consecutive seconds.

# DTC P0011, P0021 IVT CONTROL

[VQ]

| ENG SPEED | 1,700 - 3,175 rpm (A constant rotation is maintained.) |
|---|---|
| COOLANT TEMPS | 70 - 105°C (158 - 221°F) |
| Selector lever | 1st or 2nd position |
| Driving location uphill | Driving vehicle uphill<br>(Increased engine load will help maintain the driving conditions required for this test.) |

7.   If the 1st trip DTC is detected, go to EC-750, "Diagnostic Procedure" .

⊛ **WITH GST**

Follow the procedure "WITH CONSULT-II" above.