IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI LTD. and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 05-048-SLR ) |
| BORGWARNER INC. and BORGWARNER MORSE TEC INC., | ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 3d day of November, 2005, having conferred with counsel;

IT IS ORDERED that the above captioned case is hereby referred to the Special Master Panel established by order of the Court dated September 15, 2004, for a Special Master to address outstanding discovery disputes. Upon selection of a Special Master by the Panel Chair, the court shall enter a further order appointing same.

_____
United States District Judge