IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-048-SLR |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| BORGWARNER INC., | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) ) | |
| Counterdefendants. | ) | |

**DEFENDANTS' MOTION FOR COMMISSION TO PERMIT TAKING OF DEPOSITIONS IN JAPAN PURSUANT TO RULE 28(b) (WITH CORRECTED ORDER)**

PURSUANT TO RULE 28(b), defendants BorgWarner Inc. and BorgWarner Morse Tec Inc. (collectively "BorgWarner") move this Court to grant Defendant's Motion for Commission to Permit Taking of Depositions in Japan.

As explained at the hearing on November 3, 2005, Borg Warner believes that it is necessary to take the deposition of certain employees of plaintiff. At the current time, BorgWarner has identified the following individuals: Tomio Hokari, Keiji Hisahara, Seiji Suga, Shinichi Uchida, Yoshihisa Matsushita, Toshikazu Yoshikawa, Kazuhiro Higashiyama, Toshihiro Inuzuka, Yoshinobu Moriyama, Yoshinori Ichinosawa and Toshiro Ichikawa.[1] It is believed that these witnesses will have relevant knowledge and information regarding the pending case. The witnesses reside and work in Japan. Because of their busy schedules, they cannot appear before the court, but they agreed to appear

---

[1] BorgWarner reserves the right to name additional witnesses at a later time and also reserves the right to assert that any future depositions be held in a location other than Osaka, Japan.

voluntarily for deposition in Osaka, Japan and accommodations have been made for those depositions to occur the week of November 28 and the Consulate in Osaka.[2] Plaintiffs have not raised any objections to the depositions of these witnesses in Osaka.

In order to take the depositions of these witnesses in Osaka at the Consulate, BorgWarner requires the issuance of a Commission to Permit Taking of Depositions in Japan. The Commission is required in order to obtain necessary visas.

Based on the foregoing, Borg Warner respectfully requests that this Court grant its Defendant's Motion for Commission to Permit Taking Depositions in Japan.

Dated: November 4, 2005

_____
Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800
mmatterer@morrisjames.com

Hugh A. Abrams *(pro hac vice)*
Lisa A. Schneider *(pro hac vice)*
Marc A. Cavan *(pro hac vice)*
Lara V. Fleishman *(pro hac vice)*
Sidley Austin Brown & Wood, LLP
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for BorgWarner Inc., and BorgWarner Morse Tec Inc.*

---

[2] BorgWarner reserves the right to schedule the depositions of any of these witnesses who are unavailable the week of November 28 at a later time and at a different location.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br> Plaintiffs, <br> v. <br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br> Defendants. | ) ) ) ) ) ) C.A. No. 05-048-SLR ) ) ) ) ) ) |
| BORGWARNER INC., <br> Counterclaimant, <br> v. <br> HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) |

**ORDER FOR ISSUANCE OF COMMISSION TO TAKE FOREIGN DEPOSITIONS**

TO: Any Consul or Vice Consul of the United States of America at Osaka-Kobe Japan:

Having reviewed the motion of defendants BORGWARNER INC. and BORGWARNER MORSE TEC INC. (collectively "BorgWarner") for the issuance of a commission to take the testimony of Tomio Hokari, Keiji Hisahara, Seiji Suga, Shinichi Uchida, Yoshihisa Matsushita, Toshikazu Yoshikawa, Kazuhiro Higashiyama, Toshihiro Inuzuka, Yoshinobu Moriyama, Yoshinori Ichinosawa and Toshiro Ichikawa, material witnesses for defendants Borg Warner, who are now in Japan and both parties being represented by counsel, it is the opinion of the Court that the motion should be granted, on the ground that the depositions of these witnesses are critical for the case, and it is

ORDERED that a commission issue in this cause out of this Court directed to 1) counsel for defendants Borg Warner and plaintiffs Hitachi, Ltd. and Unisia North America, Inc., and 2) the court reporter and videographer contracted to transcribe the depositions at the Consulate General of the United States Osaka, Japan authorizing 1) counsel for defendant Borg Warner and plaintiffs Hitachi, Ltd. and

Unisia North America, Inc. and 2) the court reporter and videographer contracted to transcribe the depositions to take the depositions of Tomio Hokari, Keiji Hisahara, Seiji Suga, Shinichi Uchida, Yoshihisa Matsushita, Toshikazu Yoshikawa, Kazuhiro Higashiyama, Toshihiro Inuzuka, Yoshinobu Moriyama, Yoshinori Ichinosawa and Toshiro Ichikawa, upon oral examination as requested in Defendant's motion.

    IT IS FURTHER ORDERED that the above depositions shall occur on or about November 28 through December 2.


Dated: November _____, 2005

                                        By: _____

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2005, I electronically filed the foregoing document, **DEFENDANTS' MOTION FOR COMMISSION TO PERMIT TAKING OF DEPOSITIONS OF JAPAN PURSUANT TO RULE 28(b) (WITH CORRECTED ORDER)**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 4th day of November, 2005, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com

/s/ Mary Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.