**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 05-048-SLR ) ) JURY TRIAL DEMANDED ) ) ) ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 4th day of November, 2005, copies of the following documents, **DEFENDANTS' FOURTH SET OF DOCUMENT REQUESTS (NOS. 30-56) TO PLAINTIFFS HITACHI, LTD. AND UNISIA NORTH AMERICA, INC. and DEFENDANTS' INTERROGATORIES (NOS. 14-16) TO PLAINTIFFS HITACHI, LTD. AND UNISIA NORTH AMERICA, INC.,** were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

**VIA EMAIL AND OVERNIGHT MAIL**
Michael D. Kaminski, Esq.
Liane M. Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
202.672.5490
mkaminski@foley.com
lpeterson@foley.com

| | |
|---|---|
| Dated: November 4, 2005 | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
| | |
| | */s/ Mary B. Matterer* |
| | Richard K. Herrmann (I.D. #405) |
| | Mary B. Matterer (I.D. #2696) |
| | 222 Delaware Avenue, 10th Floor |
| | Wilmington, DE  19801 |
| | (302) 888-6800 |
| | mmatterer@morrisjames.com |
| | |
| | Attorneys for Defendants and Counterclaimant, BORGWARNER INC., and BORGWARNER MORSE TEC INC. |

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 4th day of November, 2005, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
lpeterson@foley.com

                              */s/ Mary B. Matterer*
                              Richard K. Herrmann (#405)
                              Mary B. Matterer (I.D. #2696)
                              MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                              222 Delaware Avenue, 10th Floor
                              Wilmington, Delaware 19801
                              302.888.6800
                              mmatterer@morrisjames.com

                              Attorneys for Defendants and Counterclaimant,
                              BORGWARNER INC., and
                              BORGWARNER MORSE TEC INC.