IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HITACHI, LTD., and UNISIA NORTH    )
AMERICA, INC.,                     )
              Plaintiffs,       )
                      )
              v.            )    C.A. No. 05-048-SLR
                      )
BORGWARNER INC., and               )
BORGWARNER MORSE TEC INC.,          )
                      )
            Defendants.       )
                      )
BORGWARNER INC.,                   )
                      )
           Counterclaimant,      )
                      )
              v.            )
                      )
HITACHI, LTD., and UNISIA NORTH    )
AMERICA, INC.,                     )
                      )
           Counterdefendants.    )

## ORDER FOR ISSUANCE OF COMMISSION TO TAKE FOREIGN DEPOSITIONS

TO: Any Consul or Vice Consul of the United States of America at Osaka-Kobe Japan:

    Having reviewed the motion of defendants BORGWARNER INC. and BORGWARNER MORSE TEC INC. (collectively "BorgWarner") for the issuance of a commission to take the testimony of Tomio Hokari, Keiji Hisahara, Seiji Suga, Shinichi Uchida, Yoshihisa Matsushita, Toshikazu Yoshikawa, Kazuhiro Higashiyama, Toshihiro Inuzuka, Yoshinobu Moriyama, Yoshinori Ichinosawa and Toshiro Ichikawa, material witnesses for defendants Borg Warner, who are now in Japan and both parties being represented by counsel, it is the opinion of the Court that the motion should be granted, on the ground that the depositions of these witnesses are critical for the case, and it is

    ORDERED that a commission issue in this cause out of this Court directed to 1) counsel for defendants Borg Warner and plaintiffs Hitachi, Ltd. and Unisia North America, Inc., and 2) the court reporter and videographer contracted to transcribe the depositions at the Consulate General of the United States Osaka, Japan authorizing 1) counsel for defendant Borg Warner and plaintiffs Hitachi, Ltd. and

Unisia North America, Inc. and 2) the court reporter and videographer contracted to transcribe the depositions to take the depositions of Tomio Hokari, Keiji Hisahara, Seiji Suga, Shinichi Uchida, Yoshihisa Matsushita, Toshikazu Yoshikawa, Kazuhiro Higashiyama, Toshihiro Inuzuka, Yoshinobu Moriyama, Yoshinori Ichinosawa and Toshiro Ichikawa, upon oral examination as requested in Defendant's motion.

IT IS FURTHER ORDERED that the above depositions shall occur on or about November 28 through December 2.

Dated: November ___7___, 2005

By: _____