IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br>           Plaintiffs, <br><br>           v. <br><br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC., <br><br>           Defendants. <br><br> BORGWARNER INC., <br><br>           Counterclaimant, <br><br>           v. <br><br> HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>           Counterdefendants. | Civil Action No. 05-048-SLR |

## NOTICE OF DEPOSITION OF FRANK SMITH

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Hitachi, Ltd. and Unisia North America, Inc. will take the deposition upon oral examination of Frank Smith on November 15, 2005, at the Ramada Inn Airport and Conference Center, 2310 N. Triphammer Rd., Ithaca, NY 14850, beginning at 9:00 am. The deposition will be taken for the purposes of discovery, for use at trial or hearings, and for any other purpose allowed under the orders of the presiding Court and the Federal Rules of Civil Procedure, and will be taken before an officer, notary public or other person authorized to

administer oaths. Some or all of the deposition testimony may be recorded by stenographic, audio, audio visual, and/or real-time computer means.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated: November 11, 2005

163405.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of November, 2005, the attached **NOTICE OF DEPOSITION OF FRANK SMITH** was served upon the following counsel of record in the manner indicated:

Richard K. Herrmann, Esquire                         VIA E-MAIL & HAND DELIVERY
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899


Hugh A. Abrams, Esquire                              VIA E-MAIL & FEDERAL EXPRESS
Sidley Austin Brown & Wood, LLP
10 South Dearborn Street
Chicago, Illinois 60603


                                                                    */s/ Tiffany Geyer Lydon*
                                                                    _____
                                                                    Tiffany Geyer Lydon