**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., ) ) ) Plaintiffs, ) ) ) v. ) ) BORGWARNER INC., ) and BORGWARNER MORSE TEC INC., ) ) Defendants. ) ) | Civil Action No. 05-048-SLR<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 18th day of November, 2005, copies of the following document, **DEFENDANTS' THIRD SUPPLEMENTAL RESPONSE TO PLAINTIFF HITACHI, LTD.'S FIRST SET OF INTERROGATORIES (NOS. 1-12),** were served on counsel as indicated:

| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL AND OVERNIGHT MAIL** |
|---|---|
| Steven J. Balick, Esq. | Michael D. Kaminski, Esq. |
| John G. Day, Esq. | Liane M. Peterson, Esq. |
| ASHBY & GEDDES | FOLEY & LARDNER LLP |
| 222 Delaware Avenue, 17th Floor | 3000 K Street, N.W., Suite 500 |
| Wilmington, DE  19801 | Washington, D.C.  20007-5109 |
| sbalick@ashby-geddes.com | 202.672.5490 |
| jday@ashby-geddes.com | mkaminski@foley.com |
| | lpeterson@foley.com |

| | |
|---|---|
| Dated: November 18, 2005 | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
| | |
| |     */s/ Mary B. Matterer* |
| | Richard K. Herrmann (I.D. #405) |
| | Mary B. Matterer (I.D. #2696) |
| | 222 Delaware Avenue, 10th Floor |
| | Wilmington, DE 19801 |
| | (302) 888-6800 |
| | mmatterer@morrisjames.com |
| | |
| | Attorneys for Defendants and Counterclaimant, BORGWARNER INC., and BORGWARNER MORSE TEC INC. |
| OF COUNSEL: | |
| | |
| SIDLEY AUSTIN BROWN & WOOD, LLP | |
| Hugh A. Abrams | |
| Marc A. Cavan | |
| Hillary A. Mann | |
| 10 South Dearborn Street | |
| Chicago, Illinois 60603 | |
| (312) 853-7000 | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 18th day of November, 2005, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com

　　　　　　　　　　　　　　　　　　　 /s/ Mary B. Matterer
　　　　　　　　　　　　　　　　Richard K. Herrmann (#405)
　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. #2696)
　　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　302.888.6800
　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　Attorneys for Defendants and Counterclaimant,
　　　　　　　　　　　　　　　　BORGWARNER INC., and
　　　　　　　　　　　　　　　　BORGWARNER MORSE TEC INC.