IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>   Plaintiffs,<br><br>  v.<br><br>BORGWARNER INC., and <br>BORGWARNER MORSE TEC INC.,<br><br>   Defendants.<br>_____<br><br>BORGWARNER INC.,<br><br>   Counterclaimant,<br><br>  v.<br><br>HITACHI, LTD., and UNISIA NORTH AMERICA, INC.,<br><br>   Counterdefendants. | C.A. No. 05-048-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 18th day of November, 2005, **PLAINTIFFS HITACHI, LTD.'S AND UNISIA NORTH AMERICA, INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANTS' INTERROGATORIES NOS. 11-13** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                <u>HAND DELIVERY</u>
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Hugh A. Abrams, Esquire
Sidley Austin Brown & Wood, LLP
10 South Dearborn Street
Chicago, IL  60603

                                         VIA FEDERAL EXPRESS

                            ASHBY & GEDDES

                            /s/ *Tiffany Geyer Lydon*
                            _____
                            Steven J. Balick (I.D. #2114)
                            John G. Day (I.D. #2403)
                            Tiffany Geyer Lydon (I.D. #3950)
                            222 Delaware Avenue, 17th Floor
                            P.O. Box 1150
                            Wilmington, DE 19899
                            (302) 654-1888
                            sbalick@ashby-geddes.com
                            jday@ashby-geddes.com
                            tlydon@ashby-geddes.com

                            *Attorneys for Plaintiffs Hitachi, Ltd. and
                            Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated:  November 18, 2005
154488.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Hugh A. Abrams, Esquire<br>Sidley Austin Brown & Wood, LLP<br>10 South Dearborn Street<br>Chicago, IL  60603 | **VIA EMAIL & FEDERAL EXPRESS** |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon