IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br>          Plaintiffs, <br><br>          v. <br><br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC., <br><br>          Defendants. | Civil Action No. 05-048-SLR |
| BORGWARNER INC., <br><br>          Counterclaimant, <br><br>          v. <br><br> HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>          Counterdefendants. | |

**NOTICE OF DEPOSITION OF STANLEY QUINN**

      PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Hitachi, Ltd. and Unisia North America, Inc. will take the deposition upon oral examination of Stanley Quinn on December 1, 2005, at the law offices of Foley & Lardner LLP, 321 North Clark, Suite 2800, Chicago, IL 60610, beginning at 9:00 am.  The deposition will be taken for the purposes of discovery, for use at trial or hearings, and for any other purpose allowed under the orders of the presiding Court and the Federal Rules of Civil Procedure, and will be taken before an officer, notary public or other person authorized to administer oaths.

Some or all of the deposition testimony may be recorded by stenographic, audio, audio visual, and/or real-time computer means.

          ASHBY & GEDDES

          */s/ Tiffany Geyer Lydon*

          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          Tiffany Geyer Lydon (I.D. # 3950)
          222 Delaware Avenue, 17th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          (302) 654-1888
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          tlydon@ashby-geddes.com

          *Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated: November 23, 2005

163920.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2005, the attached **NOTICE OF DEPOSITION OF STANLEY QUINN** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19801 | <u>VIA EMAIL & HAND DELIVERY</u> |
| Hugh A. Abrams, Esquire<br>Sidley Austin Brown & Wood, LLP<br>10 South Dearborn Street<br>Chicago, IL  60603 | <u>VIA EMAIL & FEDERAL EXPRESS</u> |

*/s/ Tiffany Geyer Lydon*

_____

Tiffany Geyer Lydon