IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 05-048-SLR ) ) JURY TRIAL DEMANDED ) ) ) ) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 7th day of December, 2005, copies of the following documents, **DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF HITACHI, LTD.'S INTERROGATORIES (NOS. 13-14) and DEFENDANTS' FOURTH SUPPLEMENTAL RESPONSE TO PLAINTIFF HITACHI, LTD.'S FIRST SET OF INTERROGATORIES (NOS. 1-12),** were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

**VIA EMAIL AND OVERNIGHT MAIL**
Michael D. Kaminski, Esq.
Liane M. Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
202.672.5490
mkaminski@foley.com
lpeterson@foley.com

| | |
|---|---|
| Dated: December 7, 2005 | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
| | |
| | _/s/ Mary B. Matterer_ |
| | Richard K. Herrmann (I.D. #405) |
| | Mary B. Matterer (I.D. #2696) |
| | 222 Delaware Avenue, 10th Floor |
| | Wilmington, DE  19801 |
| | (302) 888-6800 |
| | mmatterer@morrisjames.com |
| | |
| | Attorneys for Defendants and Counterclaimant, BORGWARNER INC., and BORGWARNER MORSE TEC INC. |
| OF COUNSEL: | |
| | |
| SIDLEY AUSTIN BROWN & WOOD, LLP | |
| Hugh A. Abrams | |
| Marc A. Cavan | |
| Hillary A. Mann | |
| 10 South Dearborn Street | |
| Chicago, Illinois 60603 | |
| (312) 853-7000 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 7th day of December, 2005, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com

        /s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.