IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-048-SLR |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| BORGWARNER INC., | ) ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) ) | |
| Counterdefendants. | ) | |

**ORDER FOR ISSUANCE OF COMMISSION TO TAKE FOREIGN DEPOSITIONS**

TO: Any Consul or Vice Consul of the United States of America at Osaka-Kobe Japan:

Having reviewed the motion of defendants BORGWARNER INC. and BORGWARNER MORSE TEC INC. (collectively "BorgWarner") for the issuance of a commission to take the testimony of Tomio Hokari, Keiji Hisahara, Seiji Suga, Shinichi Uchida, Yoshihisa Matsushita, Toshikazu Yoshikawa, Kazuhiro Higashiyama, Toshihiro Inuzuka, Yoshinobu Moriyama, Yoshinori Ichinosawa, Toshiro Ichikawa, and Taro Kashima, material witnesses for defendants Borg Warner, who are now in Japan and both parties being represented by counsel, it is the opinion of the Court that the motion should be granted, on the ground that the depositions of these witnesses are critical for the case, and it is

ORDERED that a commission issue in this cause out of this Court directed to 1) counsel for defendants Borg Warner and plaintiffs Hitachi, Ltd. and Unisia North America, Inc., and 2) the court reporter, videographer and translator contracted to transcribe the depositions at the Consulate General of

the United States Osaka, Japan authorizing 1) counsel for defendant Borg Warner and plaintiffs Hitachi, Ltd. and Unisia North America, Inc. and 2) the court reporter, videographer and translator contracted to transcribe the depositions to take the depositions of Tomio Hokari, Keiji Hisahara, Seiji Suga, Shinichi Uchida, Yoshihisa Matsushita, Toshikazu Yoshikawa, Kazuhiro Higashiyama, Toshihiro Inuzuka, Yoshinobu Moriyama, Yoshinori Ichinosawa, Toshiro Ichikawa, Taro Kashima, upon oral examination as requested in Defendant's motion.

IT IS FURTHER ORDERED that the above depositions shall occur on or about December 19-22, 2005, December 27-30, 2005 and January 3-6, 2006. It is understood that the precise dates are subject to witness and counsel availability and multiple entries into Japan may be required to complete these depositions in light of the end-of-year holidays.


Dated: December  12 , 2005

By: _____