IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) C.A. No. 05-048-SLR |
| BORGWARNER, INC., and BORGWARNER MORSE TEC, INC., | ) ) ) ) |
| Defendants. | ) |

### FIRST AMENDED SCHEDULING ORDER

Upon the recommendation of the Special Master that more time is needed to complete discovery in an orderly fashion, and good cause having been shown, IT IS ORDERED that the June 8, 2005 Scheduling Order is amended as follows:

1. Paragraph 2(b) is amended as follows: All fact discovery shall be commenced in time to be completed by January 27, 2006.

2. Paragraph 2(c)(1) is amended as follows: Expert reports on issues for which the Parties have the burden of proof are due February 20, 2006. Rebuttal expert reports are due March 13, 2006.

3. All other provisions of the June 8, 2005 Scheduling Order shall remain as stated.

_____
Chief Judge Sue L. Robinson

Dated: 12/14/05