IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br>　　　　Defendants. <br>──────────────────────── <br>BORGWARNER INC., <br><br>　　　　Counterclaimant, <br><br>　　v. <br><br>HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>　　　　Counterdefendants. | C.A. No. 05-048-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 16th day of December, 2005, **PLAINTIFFS HITACHI, LTD.'S AND UNISIA NORTH AMERICA, INC.'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                                    HAND DELIVERY
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Hugh A. Abrams, Esquire  
Sidley Austin Brown & Wood, LLP  
One South Dearborn Street  
Chicago, IL  60603

<u>VIA FEDERAL EXPRESS</u>

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
Tiffany Geyer Lydon (I.D. #3950)  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski  
Pavan K. Agarwal  
Liane M. Peterson  
FOLEY & LARDNER LLP  
3000 K Street, N.W., Suite 500  
Washington, D.C. 20007-5109  
(202) 672-5300

Dated:  December 16, 2005  
154488.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of December, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Hugh A. Abrams, Esquire<br>Sidley Austin Brown & Wood, LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | **VIA EMAIL & FEDERAL EXPRESS** |

        */s/ Tiffany Geyer Lydon*
        _____
        Tiffany Geyer Lydon