IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>BORGWARNER INC.,<br>and BORGWARNER MORSE TEC INC.,<br><br>        Defendants. | Civil Action No. 05-048-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 16th day of December, 2005, copies of the following document, **DEFENDANTS' SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF HITACHI, LTD.'S INTERROGATORIES (NOS. 13-14)**, were served on counsel as indicated:

*VIA E-MAIL AND HAND DELIVERY*

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*VIA E-MAIL AND OVERNIGHT MAIL*

Michael D. Kaminski, Esq.
Liane M. Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
202.672.5490
mkaminski@foley.com
lpeterson@foley.com

Dated: December 16, 2005      MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                                               */s/ Mary B. Matterer*
                                      Richard K. Herrmann (I.D. #405)
                                      Mary B. Matterer (I.D. #2696)
                                      222 Delaware Avenue, 10th Floor
                                      Wilmington, DE 19801
                                      (302) 888-6800
                                      mmatterer@morrisjames.com

                                      Attorneys for Defendants and Counterclaimant,
                                      BORGWARNER INC., and
                                      BORGWARNER MORSE TEC INC.

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 16th day of December, 2005, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com

                                                         /s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.