IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BORGWARNER INC., and<br>BORGWARNER MORSE TEC INC.,<br><br>   Defendants. | C.A. No. 05-048-SLR |
| BORGWARNER INC.,<br><br>   Counterclaimant,<br><br>   v.<br><br>HITACHI, LTD., and UNISIA NORTH AMERICA, INC.,<br><br>   Counterdefendants. | |

**PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST NOTICE OF DEPOSITION OF PLAINTIFF UNISIA NORTH AMERICA, INC.**

Plaintiffs Hitachi, Ltd. and Unisia North America, Inc. ("Plaintiffs") hereby respond to Defendants' First Notice of Deposition of Plaintiff Unisia North America, Inc.

**GENERAL OBJECTIONS**

Plaintiffs hereby incorporate by reference in their entirety the General Objections set forth in "Plaintiffs' Responses to Defendants' First Notice of Deposition." Plaintiffs also object to any topic to the extent it is duplicative to an earlier topic for which BW already took, or had the opportunity to take, testimony.

Subject to those General Objections, and subject to the specific objections below, Plaintiffs answer as follows:

## RESPONSES TO SPECIFIC TOPICS

### TOPIC NO. 1

UNAI's knowledge of how any variable camshaft timing components supplied by UNAI to its customers, including, but not limited to Nissan, are used by its customers, including, but not limited to, how those variable camshaft timing components interact with other engine components.

### RESPONSE

Plaintiffs object to this Topic to the extent it is duplicative of previous 30(b)(6) topics that have already been covered in previous depositions, e.g., during the 30(b)(6) depositions of Yoshinori Ichinosawa and/or Toshiro Ichikawa. Plaintiffs object to this Topic as being unduly broad and overly burdensome in seeking information which is neither relevant nor reasonably calculated to lead to discovery of admissible evidence. Plaintiffs object to the breadth and vagueness of the terms "any variable camshaft timing components," "used by its customers," and "interact with other engine components." Plaintiffs further object to this Topic as covering information for "engines" not related to the matters at issue in this case. Plaintiffs further object to this Topic to the extent it requests information not in UNAI's possession, custody, or control, such as certain OEM information.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness generally knowledgeable about how Hitachi's VTC systems, that have been commercialized in the United States, are used in vehicle engines, and to the extent testimony has not already been provided.

## TOPIC NO. 2

All efforts made by UNAI to communicate information regarding variable camshaft timing components manufactured and/or sold by Hitachi to third parties, including but not limited to current and/or potential customers.

## RESPONSE

Plaintiffs object to this Topic to the extent it is duplicative of Topic No. 3 in this Notice. Plaintiffs further object to the phrase "efforts" as vague and ambiguous. In addition, Plaintiffs object to this Topic as overly broad and unduly burdensome to the extent it seeks information on "all efforts" and does not distinguish between technical, sales, marketing, or other forms of communicated information. Plaintiffs further object to this Topic as being unduly broad and overly burdensome in seeking information which is neither relevant nor reasonably calculated to lead to discovery of admissible evidence, including "any" communications with potential customers and other third parties, no matter whom. Further, Plaintiffs object to this Topic to the extent it seeks information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or immunity.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness generally knowledgeable about UNAI's communications with third parties regarding Hitachi's VTC systems that have been commercialized in the United States.

## TOPIC NO. 3

Any communications between UNAI and any third party concerning variable camshaft timing components manufactured and/or sold by Hitachi.

## RESPONSE

Plaintiffs object to this Topic to the extent it is duplicative of Topic No. 2 in this Notice. Plaintiffs object to this Topic as overly broad and unduly burdensome to the extent it seeks "any" communication, and does not distinguish between technical, sales, marketing, or other subject

3

matter of communication. Plaintiffs further object to this Topic as being unduly broad and overly burdensome in seeking information which is neither relevant nor reasonably calculated to lead to discovery of admissible evidence, including "any" communications with any third party, no matter whom. Further, Plaintiffs object to this Topic to the extent it seeks information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or immunity.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness generally knowledgeable about UNAI's communications with third parties regarding Hitachi's VTC systems that have been commercialized in the United States.

**TOPIC NO. 4**

UNAI's understanding of the Document entitled "Hitachi Feature and Production History for VTC" (UNAI0211-233) (also marked as Defendant's Exhibit 11).

**RESPONSE**

Plaintiffs object to this Topic to the extent it is duplicative of previous 30(b)(6) topics that have already been covered in previous depositions, and to the extent that the contents of the document are duplicative of that which has already been covered. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness generally knowledgeable about UNAI0211-233 to the extent known by UNAI and to the extent testimony has not already been provided.

## TOPIC NO. 5

UNAI's understanding of the Document entitled "Function of Variable Valve Train System" (HIT1490-1492) (also marked as Defendant's Exhibit 12).

## RESPONSE

Plaintiffs object to this Topic as unduly burdensome and duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. In particular, Exhibit 12 has already been covered during 30(b)(6) testimony of Yoshinori Ichinosawa and/or Toshiro Ichikawa. Defendants have already taken extensive testimony regarding technical structure and operation of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness who will testify about HIT1490-1492 to the extent of their knowledge and to the extent testimony has not already been provided.

## TOPIC NO. 6

UNAI's understanding of the Document entitled "Variable Valve Train Systems" (HIT1590-1599) (also marked as Defendant's Exhibit 13).

## RESPONSE

Plaintiffs object to this Topic as unduly burdensome and duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. In particular, Exhibit 13 has already been covered during 30(b)(6) testimony of Yoshinori Ichinosawa and/or Toshiro Ichikawa. Defendants have already taken extensive testimony regarding technical structure and operation of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness who will testify about HIT1590-1599 to the extent of their knowledge and to the extent testimony has not already been provided.

**TOPIC NO. 7**

UNAI's understanding of the Document entitled "Technical Information for GM In-Line 4 and 6 Engine" (HIT 1387-1403) (also marked as Defendant's Exhibit 41).

**RESPONSE**

Plaintiffs object to this Topic as identical to Topic No. 10 and duplicative of Topic No. 11. Plaintiffs further object to this Topic to the extent that the contents of the document are duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. Defendants have already taken extensive testimony regarding technical structure and operation of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness who will testify about HIT1387-1403 to the extent of their knowledge and to the extent testimony has not already been provided.

**TOPIC NO. 8**

The cooperation agreement between Hitachi and BorgWarner, including any benefits and information received by Hitachi/UNAI under the cooperation agreement, as well as any meetings between Hitachi/UNAI and BorgWarner pursuant to the agreement.

**RESPONSE**

Plaintiffs object to this Topic as unduly broad and overly burdensome in seeking information which is neither relevant nor reasonably calculated to lead to discovery of admissible evidence. In addition, Plaintiffs object to this Topic to the extent that UNAI has little

6

to no relevant additional information. Further, BorgWarner is already going to depose a witness from Hitachi Automotive Products on this topic.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness who will testify generally about this topic to the extent of their knowledge and to the extent testimony has not already been provided.

**TOPIC NO. 9**

UNAI's understanding of the Documents entitled "C-VTC System, November 19, '98" (UNAI 678-745), "Variable Valve Actuation: In reply to the request from PSA" (UNAI1128-1139), and "Overseas Network" (UNAI 403-408).

**RESPONSE**

Plaintiffs object to this Topic as unduly burdensome to the extent the contents of the documents are duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. See, e.g., 30(b)(6) testimony of Yoshinori Ichinosawa and Toshiro Ichikawa. Defendants have already taken extensive testimony regarding technical structure and operation of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness generally knowledgeable about UNAI678-745, UNAI1128-1139 and UNAI403-408 and to the extent testimony has not already been provided.

**TOPIC NO. 10**

UNAI's understanding of the Document entitled "Jan. 8, 1997 Technical Information for GM In-line 4 and 6 Engine" (HIT1387-1403).

**RESPONSE**

Plaintiffs object to this Topic as identical to Topic No. 7 and duplicative of Topic No. 11. Plaintiffs further object to this Topic as unduly burdensome to the extent the contents of the document are duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. Defendants have already taken extensive testimony regarding technical structure and operation of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness who will testify about HIT1387-1403 to the extent of their knowledge and to the extent testimony has not already been provided.

**TOPIC NO. 11**

UNAI's understanding of the Document entitled DVP&R for VTC&SOL/V (HIT1379-1403).

**RESPONSE**

Plaintiffs object to this Topic as duplicative of Topic Nos. 7 and 10. In addition, Plaintiffs object to this Topic as unduly burdensome to the extent the contents of the document are duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. Defendants have already taken extensive testimony regarding technical structure and operation of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness generally who will testify about HIT1379-1403 to the extent of their knowledge and to the extent testimony has not already been provided.

## TOPIC NO. 12

UNAI's understanding of the Document entitled Nov. 19, 1998 C-VTC System (UNAI764-807).

## RESPONSE

Plaintiffs object to this Topic as unduly burdensome to the extent the contents of the documents are duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. See, e.g., 30(b)(6) testimony of Yoshinori Ichinosawa and Toshiro Ichikawa. Defendants have already taken extensive testimony regarding technical structure and operation of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness generally knowledgeable about UNAI764-807 and to the extent testimony has not already been provided.

## TOPIC NO. 13

UNAI's understanding of the Document entitled Daimler Chrysler Oct. 4, 2000 (HIT1413-25).

## RESPONSE

Plaintiffs object to this Topic as unduly burdensome to the extent the contents of the documents are duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. See, e.g., 30(b)(6) testimony of Yoshinori Ichinosawa and Toshiro Ichikawa. Defendants have already taken extensive testimony regarding technical structure and operation

of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness who will testify about HIT1413-25 to the extent of their knowledge and to the extent testimony has not already been provided.

**TOPIC NO. 14**

UNAI's understanding of the Document entitled GM V6 OHV Engine, May 30, 2002 (HIT1468-1534).

**RESPONSE**

Plaintiffs object to this Topic as unduly burdensome to the extent the contents of the documents are duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. See, e.g., 30(b)(6) testimony of Yoshinori Ichinosawa and Toshiro Ichikawa. Defendants have already taken extensive testimony regarding technical structure and operation of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness who will testify about HIT1468-1534 to the extent of their knowledge and to the extent testimony has not already been provided.

**TOPIC NO. 15**

UNAI's understanding of the Document entitled Daimler Chrysler, Jan. 14, 2003 (HIT1535-1613).

**RESPONSE**

Plaintiffs object to this Topic as unduly burdensome to the extent the contents of the documents are duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. See, e.g., 30(b)(6) testimony of Yoshinori Ichinosawa and Toshiro Ichikawa. Defendants have already taken extensive testimony regarding technical structure and operation of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness who will testify about HIT1535-1613 to the extent of their knowledge and to the extent testimony has not already been provided.

**TOPIC NO. 16**

UNAI's understanding of the Document entitled GM/Fiat, June 10, 2003 (HIT 1689-1799).

**RESPONSE**

Plaintiffs object to this Topic as unduly burdensome to the extent the contents of the documents are duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. See, e.g., 30(b)(6) testimony of Yoshinori Ichinosawa and Toshiro Ichikawa. Defendants have already taken extensive testimony regarding technical structure and operation of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness who will testify about HIT1689-1799 to the extent of their knowledge and to the extent testimony has not already been provided.

## TOPIC NO. 17

UNAI's understanding of the Document entitled 4.6L UV8/LT8 Camshaft Phasing Review (HIT1800-50).

## RESPONSE

Plaintiffs object to this Topic as unduly burdensome to the extent the contents of the documents are duplicative of previous 30(b)(6) topics that have already been covered in previous depositions. See, e.g., 30(b)(6) testimony of Yoshinori Ichinosawa and Toshiro Ichikawa. Defendants have already taken extensive testimony regarding technical structure and operation of the Hitachi VTC devices, and this topic is an attempt to cover that same ground again. Plaintiffs also object to this Topic to the extent that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving its General Objections and specific objections, UNAI will produce a witness who will testify about HIT1800-50 to the extent of their knowledge and to the extent testimony has not already been provided.

## TOPIC NO. 18

Documents relating to the topics identified in the above paragraphs.

## RESPONSE

Plaintiffs object to this Topic as unduly broad and overly burdensome in seeking information which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. In addition, Plaintiffs object to this Topic to the extent it seeks an individual witness familiar with the content of documents covering a wide variety of topics

without identifying the specific documents at issue. Further, Plaintiffs object to this Topic to the extent it seeks information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or immunity.

Subject to and without waiving its General Objections and specific objections, UNAI's witness will generally respond to questions about specific documents that are placed in front of him.

                                      ASHBY & GEDDES

                                      /s/ *John G. Day*

                                      _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
C. Edward Polk, Jr.
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated: December 21, 2005
164885.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on 21st day of December 2005, the attached **PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST NOTICE OF DEPOSITION OF PLAINTIFF UNISIA NORTH AMERICA, INC.** was served upon the following counsel of record in the manner indicated:

Richard K. Herrmann, Esquire                    <u>VIA EMAIL & HAND DELIVERY</u>
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Hugh A. Abrams, Esquire                          <u>VIA EMAIL & FEDERAL EXPRESS</u>
Sidley Austin Brown & Wood, LLP
One South Dearborn Street
Chicago, Illinois 60603


/s/ *John G. Day*
_____
John G. Day (2403)