IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC.,<br><br>      Plaintiffs,<br><br>   v.<br><br>BORGWARNER INC., and BORGWARNER MORSE TEC INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-048-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 27th day of December, 2005, copies of the following document, **DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION**, were served on counsel as indicated:

*VIA E-MAIL AND HAND DELIVERY*

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*VIA E-MAIL AND OVERNIGHT MAIL*

Michael D. Kaminski, Esquire
Liane M. Peterson, Esquire
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5490
mkaminski@foley.com
lpeterson@foley.com

Dated: December 27, 2005                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP


                                            /s/ Mary B. Matterer
                                            Richard K. Herrmann (I.D. #405)
                                            Mary B. Matterer (I.D. #2696)
                                            222 Delaware Avenue, 10th Floor
                                            Wilmington, DE  19801
                                            (302) 888-6800
                                            mmatterer@morrisjames.com

                                            Attorneys for Defendants,
                                            BORGWARNER INC. and
                                            BORGWARNER MORSE TEC INC.


OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I, Mary B. Matterer, hereby certify that on the 27th day of December, 2005, I caused to be electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the Court, using CM/ECF which will send notification of such filing to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>ASHBY & GEDDES
>222 Delaware Avenue, 17th Floor
>Wilmington, DE  19801

Additionally, I hereby certify that on the 27th day of December, 2005, the foregoing document was served via e-mail and overnight mail on the following non-registered participants:

>Michael D. Kaminski, Esquire
>Liane Peterson, Esquire
>FOLEY & LARDNER LLP
>3000 K Street, N.W., Suite 500
>Washington, D.C.  20007-5109
>mkaminski@foley.com
>lpeterson@foley.com

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Mary B. Matterer
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendants,
BORGWARNER INC. and
BORGWARNER MORSE TEC INC.