IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 05-048-SLR |
| v. | ) ) | |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 27th day of December, 2005, copies of the

following document, **DEFENDANTS' SECOND SET OF REQUESTS FOR ADMISSION**,

were served on counsel as indicated:

*__VIA E-MAIL AND HAND DELIVERY__*

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*__VIA E-MAIL AND OVERNIGHT MAIL__*

Michael D. Kaminski, Esquire
Liane M. Peterson, Esquire
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
(202) 672-5490
mkaminski@foley.com
lpeterson@foley.com

2

Dated: December 27, 2005

MORRIS, JAMES, HITCHENS & WILLIAMS LLP


_____ */s/ Mary B. Matterer* _____
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendants,
BORGWARNER INC. and
BORGWARNER MORSE TEC INC.


OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I, Mary B. Matterer, hereby certify that on the 27th day of December, 2005, I caused to be electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the Court, using CM/ECF which will send notification of such filing to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

Additionally, I hereby certify that on the 27th day of December, 2005, the foregoing document was served via e-mail and overnight mail on the following non-registered participants:

> Michael D. Kaminski, Esquire
> Liane Peterson, Esquire
> FOLEY & LARDNER LLP
> 3000 K Street, N.W., Suite 500
> Washington, D.C. 20007-5109
> mkaminski@foley.com
> lpeterson@foley.com

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____/s/ Mary B. Matterer_____
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendants,
BORGWARNER INC. and
BORGWARNER MORSE TEC INC.