IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-048-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 27th day of December, 2005, copies of the following document, **DEFENDANTS' FIFTH SET OF INTERROGATORIES (NO. 21) TO PLAINTIFFS HITACHI, LTD. AND UNISIA NORTH AMERICA, INC.**, were served on counsel as indicated:

*VIA E-MAIL AND HAND DELIVERY*

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*VIA E-MAIL AND OVERNIGHT MAIL*

Michael D. Kaminski, Esquire
Liane M. Peterson, Esquire
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5490
mkaminski@foley.com
lpeterson@foley.com

Dated: December 27, 2005

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_/s/ Mary B. Matterer_
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendants,
BORGWARNER INC. and
BORGWARNER MORSE TEC INC.

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

**CERTIFICATE OF SERVICE**

I, Mary B. Matterer, hereby certify that on the 27th day of December, 2005, I caused to be electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of the Court, using CM/ECF which will send notification of such filing to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>ASHBY & GEDDES
>222 Delaware Avenue, 17th Floor
>Wilmington, DE  19801

Additionally, I hereby certify that on the 27th day of December, 2005, the foregoing document was served via e-mail and overnight mail on the following non-registered participants:

>Michael D. Kaminski, Esquire
>Liane Peterson, Esquire
>FOLEY & LARDNER LLP
>3000 K Street, N.W., Suite 500
>Washington, D.C.  20007-5109
>mkaminski@foley.com
>lpeterson@foley.com

>MORRIS, JAMES, HITCHENS & WILLIAMS LLP

>/s/ Mary B. Matterer
>Richard K. Herrmann (I.D. #405)
>Mary B. Matterer (I.D. #2696)
>222 Delaware Avenue, 10th Floor
>Wilmington, Delaware 19801
>302.888.6800
>mmatterer@morrisjames.com

>Attorneys for Defendants,
>BORGWARNER INC. and
>BORGWARNER MORSE TEC INC.