IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-048-SLR |
| BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and UNISIA NORTH AMERICA, INC. <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' SEVENTH NOTICE OF
<u>DEPOSITION OF PLAINTIFF HITACHI, LTD.</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and the Local Rules of this Court, commencing at a time and place to be mutually agreed upon by counsel, Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc. ("BorgWarner"), by and through its counsel, will take the deposition upon oral examination, of Plaintiff Hitachi, Ltd. and Unisia North America, Inc. ("Hitachi"), through one or more officers, directors, managing agents or other persons who consent to testify on Hitachi's behalf with regard to the deposition topics set forth in Schedule A (attached hereto).

The depositions will take place under oath and before a duly authorized notary public, or other person authorized by law to administer oaths. The depositions will be recorded by stenographic means by a court reporter and by audio and visual means by a videographer.

Dated: December 28, 2005                MORRIS JAMES HITCHENS & WILLIAMS LLP

                                        /s/ Mary Matterer
                                        Richard K. Herrmann (I.D. #405)
                                        Mary B. Matterer (I.D. #2696)
                                        222 Delaware Avenue, 10th Floor
                                        Wilmington, DE 19899
                                        (302) 888-6800

                                        Hugh A. Abrams *(pro hac vice)*
                                        Thomas D. Rein *(pro hac vice)*
                                        Marc A. Cavan *(pro hac vice)*
                                        Lara V. Fleishman *(pro hac vice)*
                                        Lisa A. Schneider *(pro hac vice)*
                                        Sidley Austin Brown & Wood, LLP
                                        10 South Dearborn Street
                                        Chicago, Illinois 60603
                                        (312) 853-7000

                                        *Attorneys for Defendants,*
                                        *BorgWarner Inc., and BorgWarner Morse Tec Inc.*

**SCHEDULE A**

**DEFINITIONS AND GENERAL INSTRUCTIONS**

Defendants incorporate by reference the Definitions and General Instructions found in Defendants' Fifth Notice of Deposition of Plaintiff Hitachi, Ltd., served December 7, 2005.

**DEPOSITION TOPICS**

1.   Hitachi's understanding concerning a meeting between Ishida-San of Nissan, Tony Messina of BorgWarner, and Mr. Hasegawa of Hitachi Automotive Products in 2001, to discuss BorgWarner TEC's new VCT technology, as referenced in HIT 0443379-380.

2.   Communications between Tony Messina and/or Roger Wood of BorgWarner and Mr. Hasegawa of Hitachi Automotive Products in 2001 regarding BorgWarner TEC's new VCT technology, as referenced in HIT 0443379-380.

3.   Hitachi's reasons and motivations for meeting with BorgWarner and Nissan in 2001 to discuss BorgWarner TEC's VCT technology, as reference in HIT 0443379-380.

4.   Hitachi's understanding of the technological relationship between Nissan, Hitachi and BorgWarner in 2001 regarding VCT technology, as reference in HIT 0443379-380.

5.   Communications between Hitachi and Nissan regarding BorgWarner TEC's new VCT technology, as referenced in HIT 0443379-380.

6.   The exchange of technical information between BorgWarner and Hitachi regarding BorgWarner VCT components, including without limitation all specifications, samples, and reports provided thereto.

7.      Documents relating to the topics identified in the above paragraphs.

## CERTIFICATE OF SERVICE

I, Mary B. Matterer, Esquire, hereby certify that on the 28th day of December, 2005, I electronically filed the foregoing document, **DEFENDANTS' SEVENTH NOTICE OF DEPOSITION OF PLAINTIFF HITACHI LTD.**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>ASHBY & GEDDES
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19801

Additionally, I hereby certify that on the 28th day of December, 2005, the foregoing document was served via e-mail and Federal Express on the following non-registered participants:

>Michael D. Kaminski, Esquire
>Liane Peterson, Esquire
>FOLEY & LARDNER LLP
>3000 K Street, N.W., Suite 500
>Washington, D.C. 20007-5109
>mkaminski@foley.com
>lpeterson@foley.com

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Mary B. Matterer
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants,
BorgWarner Inc., and BorgWarner Morse Tec Inc.*