## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. <br><br> ──────────────────────── <br><br> BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br> Counterdefendants. | Civil Action No. 05-048-SLR |

### NOTICE OF DEPOSITION OF AL MILLER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Hitachi, Ltd. and Unisia North America, Inc. will take the deposition upon oral examination of Al Miller on January 13, 2006, at the law offices of Foley & Lardner LLP, 321 North Clark, Suite 2800, Chicago, IL 60610, beginning at 9:00 am. The deposition will be taken for the purposes of discovery relating to issues relevant to this litigation, for use at trial or hearings, and for any other purpose allowed under the orders of the presiding Court and the Federal Rules of Civil Procedure, and will be taken before an officer, notary public or other

person authorized to administer oaths. Some or all of the deposition testimony may be recorded by stenographic, audio, audio visual, and/or real-time computer means.

                                                ASHBY & GEDDES

                                                */s/ Tiffany Geyer Lydon*

                                                _____
                                                Steven J. Balick (I.D. #2114)
                                                John G. Day (I.D. #2403)
                                                Tiffany Geyer Lydon (I.D. # 3950)
                                                222 Delaware Avenue, 17th Floor
                                                P.O. Box 1150
                                                Wilmington, DE 19899
                                                (302) 654-1888
                                                sbalick@ashby-geddes.com
                                                jday@ashby-geddes.com
                                                tlydon@ashby-geddes.com

                                                *Attorneys for Plaintiffs Hitachi, Ltd. and*
                                                *Unisia North America, Inc.*

*Of Counsel*:

Kenneth Krosin
Michael D. Kaminski
Pavan Agarwal
C. Edward Polk, Jr.
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated: January 4, 2006

165260.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2006, the attached **NOTICE OF DEPOSITION OF AL MILLER** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19801 | VIA EMAIL & HAND DELIVERY |
| | |
| Hugh A. Abrams, Esquire<br>Sidley Austin Brown & Wood, LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | VIA EMAIL & FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon