**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD. and ) <br> UNISIA NORTH AMERICA, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BORGWARNER INC. and ) <br> BORGWARNER MORSE TEC INC., ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> BORGWARNER INC., ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> HITACHI, LTD. and ) <br> UNISIA NORTH AMERICA, INC., ) <br> ) <br> Counterdefendants. ) | Civil Action No. 05-048-SLR |

**DEFENDANTS' NOTICE OF DEPOSITION OF SEIJI SUGA**

In accordance with the provisions of Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc. ("BorgWarner"), by and through their counsel, will take the deposition upon oral examination of Mr. Seiji Suga commencing at 9:00 a.m. on January 10, 2006, at the offices of SIDLEY AUSTIN LLP, 1501 K Street, NW, Washington, DC 20005 or at such other time mutually agreed upon by counsel for the parties.

The deposition will take place under oath and before a duly authorized notary public, or other person authorized by law to administer oaths. The depositions will be recorded by stenographic means by a court reporter and by audio and video means by a videographer.

You are invited to attend and cross-examine.


Dated: January 5, 2006            __/s/ Mary B. Matterer_____
                                  Richard K. Herrmann (I.D. #405)
                                  Lewis H. Lazarus (I.D. #2374)
                                  Mary B. Matterer (I.D. #2696)
                                  Morris James Hitchens & Williams LLP
                                  222 Delaware Avenue, 10th Floor
                                  Wilmington, DE 19899
                                  (302) 888-6800
                                  mmatterer@morrisjames.com

                                  Hugh A. Abrams *(pro hac vice)*
                                  Marc A. Cavan *(pro hac vice)*
                                  Lara V. Fleishman *(pro hac vice)*
                                  Lisa A. Schneider *(pro hac vice)*
                                  Sidley Austin Brown & Wood, LLP
                                  10 South Dearborn Street
                                  Chicago, Illinois 60603
                                  (312) 853-7000

                                  *Attorneys for BorgWarner Inc. and*
                                  *BorgWarner Morse Tec Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2006, I electronically filed the foregoing document, **DEFENDANTS' NOTICE OF DEPOSITION OF SEIJI SUGA**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 5th day of January, 2006, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Kenneth E. Krosin, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
lpeterson@foley.com

    /s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for BORGWARNER INC. and
BORGWARNER MORSE TEC INC.

3