IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-048-SLR |
| BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of January, 2006, **PLAINTIFFS HITACHI, LTD.'S AND UNISIA NORTH AMERICA, INC.'S WRITTEN RESPONSES TO TOPICS 17-19 OF THE FIFTH DEPOSITION NOTICE IN LIEU OF DEPOSITION TESTIMONY** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                                    **HAND DELIVERY**
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Hugh A. Abrams, Esquire
Sidley Austin Brown & Wood, LLP
One South Dearborn Street
Chicago, IL 60603

VIA FEDERAL EXPRESS

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated: January 5, 2006

154488.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire  
Morris, James, Hitchens & Williams LLP  
222 Delaware Avenue, 10th Floor  
P.O. Box 2306  
Wilmington, DE 19801

HAND DELIVERY

Hugh A. Abrams, Esquire  
Sidley Austin Brown & Wood, LLP  
One South Dearborn Street  
Chicago, IL 60603

VIA FEDERAL EXPRESS

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon