**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BORGWARNER INC., )<br>and BORGWARNER MORSE TEC INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-048-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 17th day of January, 2006, copies of the following document, **DEFENDANTS' RESPONSE TO PLAINTIFF HITACHI, LTD.'S SEVENTH SET OF INTERROGATORIES,** were served on counsel as indicated:

<u>**VIA EMAIL AND HAND DELIVERY**</u>
Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

<u>**VIA EMAIL AND OVERNIGHT MAIL**</u>
Michael D. Kaminski, Esq.
Liane M. Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
202.672.5490
mkaminski@foley.com
lpeterson@foley.com

|  |  |
|---|---|
| Dated: January 17, 2005 | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|  |     */s/ Mary B. Matterer* |
|  | Richard K. Herrmann (I.D. #405) |
|  | Mary B. Matterer (I.D. #2696) |
|  | 222 Delaware Avenue, 10th Floor |
|  | Wilmington, DE  19801 |
|  | (302) 888-6800 |
|  | mmatterer@morrisjames.com |
|  |  |
|  | Attorneys for BORGWARNER INC. and BORGWARNER MORSE TEC INC. |

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 17th day of January, 2006, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
lpeterson@foley.com

                */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.