IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 05-048-SLR ) |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) |
| Defendants. | ) ) |
| BORGWARNER INC., | ) ) |
| Counterclaimant, | ) ) ) |
| v. | ) ) |
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Counterdefendants. | ) |

**DEFENDANTS' RULE 7.1.1 CERTIFICATION FOR THEIR MOTION
TO AMEND THE SCHEDULING ORDER**

Counsel for Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc. hereby certifies that opposing counsel was contacted in an effort to resolve this issue to no avail.

Dated: January 18, 2006

Richard K. Herrmann (I.D. # 405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D.#2696)
MORRIS JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for BorgWarner Inc. and
BorgWarner Morse TEC Inc.*

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP

Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January, 2006, I electronically filed the foregoing document, **DEFENDANTS' RULE 7.1 CERTIFICATION FOR THEIR MOTION TO AMEND SCHEDULING ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 18th day of January, 2006, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com

/s/ Mary B. Matterer
Richard K. Herrmann (#405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

*Attorneys for BORGWARNER INC. and BORGWARNER MORSE TEC INC.*