IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br>     Plaintiffs, <br><br>     v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br>     Defendants. <br> _____ <br><br> BORGWARNER INC., <br><br>     Counterclaimant, <br><br>     v. <br><br> HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>     Counterdefendants. | C.A. No. 05-048-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 23rd day of January, 2006, **PLAINTIFFS HITACHI, LTD.'S AND UNISIA NORTH AMERICA, INC.'S RESPONSES TO DEFENDANTS' FIFTH SET OF DOCUMENT REQUESTS (NOS. 57-72)** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                 <u>HAND DELIVERY</u>
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

2

Hugh A. Abrams, Esquire    <u>VIA FEDERAL EXPRESS</u>
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

                    ASHBY & GEDDES

                    /s/ *Tiffany Geyer Lydon*
                    _____
                    Steven J. Balick (I.D. #2114)
                    John G. Day (I.D. #2403)
                    Tiffany Geyer Lydon (I.D. #3950)
                    222 Delaware Avenue, 17th Floor
                    P.O. Box 1150
                    Wilmington, DE 19899
                    (302) 654-1888
                    sbalick@ashby-geddes.com
                    jday@ashby-geddes.com
                    tlydon@ashby-geddes.com

                    *Attorneys for Plaintiffs Hitachi, Ltd. and*
                    *Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated:  January 23, 2006

154488.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Hugh A. Abrams, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | **VIA FEDERAL EXPRESS** |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon