**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC.,     )<br>    )<br>    Plaintiffs,     )<br>    )<br>    v.     )<br>    )<br>BORGWARNER INC. and<br>BORGWARNER MORSE TEC INC.,     )<br>    )<br>    Defendants.     )<br>    )<br>BORGWARNER INC.,     )<br>    )<br>    Counterclaimant,     )<br>    )<br>    v.     )<br>    )<br>HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC.,     )<br>    )<br>    Counterdefendants.     ) | C.A. No. 05-048-SLR |

**JOINT STIPULATION AND ORDER**

The parties, by and through their undersigned counsel, do hereby stipulate and agree, subject to the approval of the Court, to further amend the Scheduling Order dated June 8, 2005, as amended in the First Amended Scheduling Order dated December 14, 2005, as follows:

1.    The fact discovery deadline in this case is extended from January 27, 2006 until February 10, 2006.

2.    The date for initial expert reports is extended from February 20, 2006 to March 6, 2006, and the date for rebuttal expert reports is extended from March 13, 2006 to March 27, 2006.

3.  BorgWarner's Motion to Extend Scheduling Order is withdrawn. In the event this stipulated two-week extension proves to be insufficient, either party may seek leave of Court for further relief.

4.  In the event third parties already subpoenaed do not fully respond to the subpoenas by the February 10, 2006 deadline for fact discovery, such discovery may be completed after that deadline.

5.  None of the remaining dates in the scheduling order is affected by this request.

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| ___/s/ Steven J. Balick_____ | ___/s/ Mary B. Matterer_____ |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| 222 Delaware Ave., 17th Floor | Mary B. Matterer (I.D. #2696) |
| P.O. Box 1150 | 222 Delaware Avenue, 10th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 888-6800 |
| sbalick@ashby-geddes.com | mmatterer@morrisjames.com |
| | |
| *Of Counsel:* | *Of Counsel:* |
| Michael D. Kaminski | Hugh A. Abrams |
| Pavan K. Agarwal | Thomas D. Rein |
| Liane M. Peterson | Lisa A. Schneider |
| FOLEY & LARDNER LLP | Marc A. Cavan |
| Washington Harbour | Lara V. Fleishman |
| 3000 K Street, N.W., Suite 500 | 10 South Dearborn Street |
| Washington, D.C. 20007-5143 | Chicago, Illinois 60603 |
| (202) 672-5300 | (312) 853-7000 |
| | |
| *Attorneys for Hitachi, Ltd., and Unisia North America, Inc.* | *Attorneys for BorgWarner Inc., and BorgWarner Morse Tec Inc.* |

**SO ORDERED** this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson