**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 05-048-SLR<br>) |
| BORGWARNER INC. and<br>BORGWARNER MORSE TEC INC., | )<br>) |
| Defendants. | )<br>) |
| BORGWARNER INC., | )<br>) |
| Counterclaimant, | )<br>) |
| v. | )<br>) |
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC., | )<br>) |
| Counterdefendants. | )<br>) |

**JOINT STIPULATION AND ORDER**

The parties, by and through their undersigned counsel, do hereby stipulate and agree, subject to the approval of the Court, to further amend the Scheduling Order dated June 8, 2005, as amended in the First Amended Scheduling Order dated December 14, 2005 and further amended on February 2, 2006, as follows:

1.      The fact discovery deadline in this case is extended from February 10, 2006 until February 24, 2006.

2.      The date for initial expert reports is extended from March 6, 2006 to March 20, 2006, and the date for rebuttal expert reports is extended from March 27, 2006 to April 10, 2006.

3.      In the event third parties already subpoenaed do not fully respond to the subpoenas by the February 24, 2006 deadline for fact discovery, such discovery may be completed after that deadline.

4.      The date for Daubert Motions is extended from March 13, 2006 to April 28, 2006.

5.      In consideration of (1) the Special Master's January 20, January 26 and February 7, 2006 orders requiring production of further discovery by both parties, (2) significant recent document productions by both parties, and (3) two pending motions before the Special Master, it may become necessary for the parties to seek a further extension.

6.      None of the remaining dates in the scheduling order is affected by this request.

ASHBY & GEDDES                              MORRIS, JAMES, HITCHENS & WILLIAMS LLP

___/s/ John G. Day_____          ___/s/ Mary B. Matterer_____
Steven J. Balick (I.D. #2114)                 Richard K. Herrmann (I.D. #405)
John G. Day (I.D. #2403)                      Lewis H. Lazarus (I.D. #2374)
Tiffany Geyer Lydon (I.D.  #3950)             Mary B. Matterer (I.D. #2696)
222 Delaware Ave., 17th Floor                 222 Delaware Avenue, 10th Floor
P.O. Box 1150                                 Wilmington, DE 19801
Wilmington, DE  19899                         (302) 888-6800
(302) 654-1888                                mmatterer@morrisjames.com
jday@ashby-geddes.com


Of Counsel:                                   Of Counsel:

Michael D. Kaminski                           Hugh A. Abrams
Pavan K. Agarwal                              Thomas D. Rein
Liane M. Peterson                             Lisa A. Schneider
FOLEY & LARDNER LLP                           Marc A. Cavan
Washington Harbour                            Lara V. Fleishman
3000 K Street, N.W., Suite 500                10 South Dearborn Street
Washington, D.C. 20007-5143                   Chicago, Illinois 60603
(202) 672-5300                                (312) 853-7000

*Attorneys for Hitachi, Ltd. and*             *Attorneys for BorgWarner Inc. and*
*Unisia North America, Inc.*                  *BorgWarner Morse TEC Inc.*

**SO ORDERED** this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson