IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD. and UNISIA NORTH AMERICA, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-48-SLR |
| | : | |
| BORGWARNER, INC. and BORGWARNER MORSE TEC INC., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| BORGWARNER, INC., | : | |
| | : | |
| Counterclaimant, | : | |
| | : | |
| v. | : | |
| | : | |
| HITACHI, LTD. and UNISIA NORTH AMERICA, INC., | : | |
| | : | |
| Counterdefendants. | : | |

## ORDER

At Wilmington this **14th** day of **February, 2006,**

IT IS ORDERED that the mediation conference scheduled for Friday, February 17, 2006 beginning at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE