IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>BORGWARNER INC. and<br>BORGWARNER MORSE TEC INC.,<br><br>      Defendants.<br><br>BORGWARNER INC.,<br><br>      Counterclaimant,<br><br>      v.<br><br>HITACHI, LTD., and<br>UNISIA NORTH AMERICA, INC.<br><br>      Counterdefendants. | Civil Action No. 05-048-SLR |

**DEFENDANTS' EIGHTH NOTICE OF DEPOSITION
OF PLAINTIFF HITACHI, LTD.**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and the Local Rules of this Court, commencing at a time and place to be mutually agreed upon by counsel, Defendants BorgWarner Inc. and BorgWarner Morse TEC Inc. ("BorgWarner"), by and through its counsel, will take the deposition upon oral examination, of Plaintiff Hitachi, Ltd. and Unisia North America, Inc. ("Hitachi"), through one or more officers, directors, managing agents or other persons who consent to testify on Hitachi's behalf with regard to the deposition topics set forth in Schedule A (attached hereto).

The depositions will take place under oath and before a duly authorized notary public, or other person authorized by law to administer oaths. The depositions will be recorded by stenographic means by a court reporter and by audio and visual means by a videographer.

Dated: February 21, 2006

/s/ Mary Matterer
Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800
mmatterer@morrisjames.com

Hugh A. Abrams *(pro hac vice)*
Thomas D. Rein *(pro hac vice)*
Marc A. Cavan *(pro hac vice)*
Lara V. Fleishman *(pro hac vice)*
Lisa A. Schneider *(pro hac vice)*
Sidley Austin LLP
1 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for BorgWarner Inc. and BorgWarner Morse TEC Inc.*

## SCHEDULE A

### DEFINITIONS & GENERAL INSTRUCTIONS

Defendants incorporate by reference the Definitions and General Instructions found in Defendants' Fifth Notice of Deposition of Plaintiff Hitachi, Ltd., served December 7, 2005.

### DEPOSITION TOPICS

1. The February 2, 2004 Automatic Deletion Report produced at HIT 0345254-56.

2. The statement "The Result of BW Patent Related Investigation (PWM Control) (drafted by Yoshinori Ichinosowa) was deleted" found in HIT 0345254-56.

3. The BW Patent Related Investigation referred to in HIT 0345254-56.

4. The February 16, 2004 Automatic Deletion Report produced at HIT 0345260.

5. The statement "The Result of BW Patent Related Investigation (PWM Control) (drafted by Yoshinori Ichinosowa) was deleted" found in HIT 0345260.

6. The BW Patent Related Investigation referred to in HIT 0345260

7. Hitachi's reasons and motivations for deleting documents related to VCT, as indicated in HIT 0345254-56 and HIT 324560.

8. The purpose of deletion reports such as those produced at HIT 0345254-56 and HIT 324560, the individuals involved in creating, reviewing or modifying the deletion reports, the manner in which Hitachi uses such reports, and the meaning of the reports.

9. Documents relating to the topics identified in the above paragraphs.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2006, I electronically filed the foregoing document, **DEFENDANTS' EIGHTH NOTICE OF DEPOSITION OF PLAINTIFF HITACHI LTD.**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 21st day of February, 20065, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com
202.672.5490

Richard K. Herrmann (#405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant
BORGWARNER INC. and
BORGWARNER MORSE TEC INC.