IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-048-SLR |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) | |
| Defendants. | ) ) | |
| | ) | |
| BORGWARNER INC., | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) ) | |
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) ) ) | |
| Counterdefendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of February, 2006, **PLAINTIFFS**

**HITACHI, LTD.'S AND UNISIA NORTH AMERICA, INC.'S FOURTH**

**SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF**

**INTERROGATORIES** was served upon the following counsel of record at the address and in

the manner indicated:


Richard K. Herrmann, Esquire                                            HAND DELIVERY
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Hugh A. Abrams, Esquire                                    <u>VIA FEDERAL EXPRESS</u>
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603



                                              ASHBY & GEDDES

                                              /s/ *Tiffany Geyer Lydon*
                                              _____
                                              Steven J. Balick (I.D. #2114)
                                              John G. Day (I.D. #2403)
                                              Tiffany Geyer Lydon (I.D. #3950)
                                              222 Delaware Avenue, 17th Floor
                                              P.O. Box 1150
                                              Wilmington, DE 19899
                                              (302) 654-1888
                                              sbalick@ashby-geddes.com
                                              jday@ashby-geddes.com
                                              tlydon@ashby-geddes.com

                                              *Attorneys for Plaintiffs Hitachi, Ltd. and*
                                              *Unisia North America, Inc.*


*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated:  February 21, 2006

154488.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2006, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:


Richard K. Herrmann, Esquire                                     HAND DELIVERY
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801

Hugh A. Abrams, Esquire                                          VIA FEDERAL EXPRESS
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603


*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon