## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05-048-SLR |
| v. | ) | |
| | ) | |
| BORGWARNER INC., | ) | |
| and BORGWARNER MORSE TEC INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd day of February, 2006, copies of the following

documents, **DEFENDANTS' FIFTH SUPPLEMENTAL RESPONSE TO PLAINTIFF**

**HITACHI, LTD.'S FIRST SET OF INTERROGATORIES and DEFENDANTS' THIRD**

**SUPPLEMENTAL RESPONSE TO PLAINTIFF HITACHI, LTD.'S**

**INTERROGATORIES (NOS. 13-14),** were served on counsel as indicated:

| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL AND OVERNIGHT MAIL** |
|---|---|
| Steven J. Balick, Esq. | Michael D. Kaminski, Esq. |
| John G. Day, Esq. | Liane M. Peterson, Esq. |
| ASHBY & GEDDES | FOLEY & LARDNER LLP |
| 222 Delaware Avenue, 17th Floor | 3000 K Street, N.W., Suite 500 |
| Wilmington, DE  19801 | Washington, D.C.  20007-5109 |
| sbalick@ashby-geddes.com | 202.672.5490 |
| jday@ashby-geddes.com | mkaminski@foley.com |
| | lpeterson@foley.com |

2

Dated: February 22, 2006

      */s/ Mary B. Matterer*

Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for BORGWARNER INC. and
BORGWARNER MORSE TEC INC.

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801


Additionally, I hereby certify that on the 22nd day of February, 2006, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com


> /s/ Mary B. Matterer
> Richard K. Herrmann (#405)
> Mary B. Matterer (I.D. #2696)
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, Delaware 19801
> 302.888.6800
> mmatterer@morrisjames.com
>
> Attorneys for Defendants and Counterclaimant,
> BORGWARNER INC. and
> BORGWARNER MORSE TEC INC.