# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Mary B. Matterer
(302) 888-6960
mmatterer@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

March 9, 2006

**VIA ELECTRONIC FILING**

Dr. Peter T. Dalleo, Clerk of the Court
United States District Court
 District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   *Hitachi Ltd. et al. v. BorgWarner, Inc. et al.,*
               *D. Del., C.A. No. 05-048-SLR*

Dear Dr. Dalleo:

     Following up on our conversation with the Clerk's office, please be advised that Lara V. Fleishman, Esq. of the law firm of Sidley Austin LLP has officially changed her name to Lara V. Hirshfeld. Ms. Hirshfeld was admitted *pro hac vice* in this matter on July 1, 2005 under the name Lara V. Fleishman (see attached motion and order). Please update your records accordingly.

                                      Respectfully,

                                      */s/ Mary B. Matterer*

                                      Mary B. Matterer, I.D. No. 2696
                                      mmatterer@morrisjames.com

cc: Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)
     Steven J. Balick, Esq. (via electronic filing)
     Michael D. Kaminski, Esq. (via email)

## Hadley, Susan C.

| | |
|---|---|
| From: | Herrmann, Richard K. |
| Sent: | Friday, July 01, 2005 6:26 AM |
| To: | Hadley, Susan C. |
| Subject: | FW: Activity in Case 1:05-cv-00048-SLR Hitachi Ltd. v. Borgwarner Inc., et al "SO ORDERED" |

----------

**From:** ded_nefreply@ded.uscourts.gov[SMTP:DED_NEFREPLY@DED.USCOURTS.GOV]
**Sent:** Friday, July 01, 2005 6:27:23 AM
**To:** ded_ecf@ded.uscourts.gov
**Subject:**   Activity in Case 1:05-cv-00048-SLR Hitachi Ltd. v. Borgwarner Inc., et al "SO ORDERED"
Auto forwarded by a Rule


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 7/1/2005 at 6:27 AM EDT and filed on 7/1/2005
**Case Name:**        Hitachi Ltd. v. Borgwarner Inc., et al
**Case Number:**    1:05-cv-48
**Filer:**
**Document Number:**

Docket Text:
SO ORDERED, re [44] MOTION for Pro Hac Vice Appearance of Attorney Lara V. Fleishman filed by Borgwarner Inc.,, BorgWarner Morse Tec Inc., . Signed by Judge Sue L. Robinson on 6/30/05. (rld, )

The following document(s) are associated with this transaction:


**1:05-cv-48 Notice will be electronically mailed to:**

Steven J. Balick     sbalick@ashby-geddes.com, jday@ashby-geddes.com;mkipp@ashby-geddes.com;dfioravanti@ashby-geddes.com;nlopez@ashby-geddes.com

John G. Day     jday@ashby-geddes.com, sbalick@ashby-geddes.com;mkipp@ashby-geddes.com;dfioravanti@ashby-geddes.com;nlopez@ashby-geddes.com


7/5/2005

Richard K. Herrmann    rherrmann@morrisjames.com,

**1:05-cv-48 Notice will be delivered by other means to:**

7/5/2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BORGWARNER INC., <br>and BORGWARNER MORSE TEC INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 05-048-SLR<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Lara V. Fleishman of the law firm of Sidley Austin Brown & Wood, LLP to represent BorgWarner Inc. and BorgWarner Morse TEC Inc. in this matter.

Dated: June 24, 2005

　　　　　　　　　　　　　　　　　　　　/s/ Richard K. Herrmann
　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann (I.D. # 405)
　　　　　　　　　　　　　　　　　　　　Lewis H. Lazarus (I.D. #2374)
　　　　　　　　　　　　　　　　　　　　MORRIS JAMES HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 888-6800

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants BorgWarner Inc.
　　　　　　　　　　　　　　　　　　　　and BorgWarner Morse TEC Inc.

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____

Date: 6/24/05

Lara V Fleishman
SIDLEY AUSTIN BROWN & WOOD, LLP
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

CH1 3270423v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2005, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 24th day of June, 2005, the foregoing document was served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Paven K. Agarwal, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com

                                          /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Lewis H. Lazarus (I.D. #2374)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
rherrmann@morrisjames.com
llazarus@morrisjames.com

Attorneys for Defendants BORGWARNER INC.
and BORGWARNER MORSE TEC INC.

**Motions**
1:05-cv-00048-SLR Hitachi Ltd. v. Borgwarner Inc., et al

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Herrmann, Richard K. entered on 6/24/2005 at 2:09 PM EDT and filed on 6/24/2005

**Case Name:**     Hitachi Ltd. v. Borgwarner Inc., et al
**Case Number:**   1:05-cv-48
**Filer:**         Borgwarner Inc.
                   BorgWarner Morse Tec Inc.
**Document Number:** 44

**Docket Text:**
MOTION for Pro Hac Vice Appearance of Attorney Lara V. Fleishman - filed by Borgwarner Inc., BorgWarner Morse Tec Inc.. (Herrmann, Richard)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/24/2005] [FileNumber=61249-0]
[4aeb8c1b37bd4b0a602744907a009d5c9950d238898bcd3063d04b1fec92617aa53f6
a78d5ab7739a9bb82c528d44b6e5b93c0aafa251992199c96da7d88f306]]

**1:05-cv-48 Notice will be electronically mailed to:**

Steven J. Balick    sbalick@ashby-geddes.com, jday@ashby-geddes.com;mkipp@ashby-geddes.com;dfioravanti@ashby-geddes.com;nlopez@ashby-geddes.com

John G. Day    jday@ashby-geddes.com, sbalick@ashby-geddes.com;mkipp@ashby-geddes.com;dfioravanti@ashby-geddes.com;nlopez@ashby-geddes.com

Richard K. Herrmann    rherrmann@morrisjames.com,

**1:05-cv-48 Notice will be delivered by other means to:**