IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 05-048-SLR ) |
| BORGWARNER INC. and BORGWARNER MORSE TEC INC., | ) ) ) |
| Defendants. | ) ) |
| BORGWARNER INC., | ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| HITACHI, LTD. and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Counterdefendants. | ) |

## JOINT STIPULATION AND ORDER

The parties, by and through their undersigned counsel, do hereby stipulate and agree, subject to the approval of the Court, to further amend the Scheduling Order dated June 8, 2005, as amended in the First Amended Scheduling Order dated December 14, 2005 and further amended on February 2, 2006 and February 14, 2006, as follows:

1. The fact discovery deadline in this case is extended from February 24, 2006 until April 24, 2006.

2. All remaining dates set forth in the prior scheduling orders are vacated.

3. The parties request that the Court schedule a hearing on claim construction and summary judgment motions no earlier than August 15, 2006.

4. The parties respectfully request that the Court make an exception to its customary practice and set a trial date as soon after November 1, 2006, as the Court is able to accommodate a two-week trial.

5. Within five business days of the entry of this order, the parties each shall provide the Special Discovery Master with a joint letter regarding outstanding discovery. The parties shall propose in the letter and thereafter work with the Special Discovery Master to set out a detailed plan and schedule for conducting this remaining discovery. This detailed plan will include the following:

   a. A schedule of when remaining documents to be produced will be produced.

   b. A schedule of when the remaining "privileged documents" logs will be exchanged.

   c. A listing of remaining depositions of both sides' witnesses known at that time.

   d. A listing of outstanding third party discovery depositions to be taken by BorgWarner noticed but not yet taken.

   e. A schedule for supplementation of written discovery.

   f. A prohibition against new discovery requests but allowing for "clean-up" discovery of prior requests. In the event production of documents concerning ECU's with VCT modules is compelled, the need and schedule for additional third party subpoenas will be

discussed with the Special Master at that time. Hitachi would object to the taking of any such subpoenas and BorgWarner reserves its rights to issue such subpoenas.

The Special Master may be requested to decide disputes involving this detailed plan and schedule.

6. Within one week after the Court has set the date for the claim construction and summary judgment motion hearing, the parties shall file a revised proposed schedule for the submission of expert reports, claim construction briefs, summary judgment briefs, and Daubert motions. The revised proposed schedule will set forth any disagreement on possible dates, for the Court's consideration and decision.

7. Defendants' Renewed Motion to Amend Scheduling Order filed on February 22, 2006, is withdrawn.

| ASHBY & GEDDES | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Mary B. Matterer* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 888-6800 |
| | |
| *Attorneys for Hitachi, Ltd. and* | *Attorneys for BorgWarner Inc. and* |
| *Unisia North America, Inc.* | *BorgWarner Morse TEC Inc.* |

**SO ORDERED** this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson

167491.1

3