IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 05-048-SLR |
| BORGWARNER INC. and<br>BORGWARNER MORSE TEC INC., | )<br>)<br>) | |
| Defendants. | )<br>)<br>) | |
| BORGWARNER INC., | )<br>) | |
| Counterclaimant, | )<br>) | |
| v. | )<br>) | |
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC., | )<br>)<br>) | |
| Counterdefendants. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. Defendants shall not seek lost profits damages in this action or seek to introduce any evidence at trial, including any fact or expert testimony, for the purpose of establishing lost profits damages.

2.	For purposes of this Stipulation, "lost profits damages" means any profits defendants would have realized on sales they would have made but for the alleged infringement of U.S. Patent No. 5,497,738 by plaintiffs.

| ASHBY & GEDDES | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Mary B. Matterer* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| 302-654-1888 | 302-888-6800 |
| *Attorneys Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge