### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and <br> UNISIA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC. and <br> BORGWARNER MORSE TEC INC., <br><br> Defendants. <br><br> BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD. and <br> UNISIA NORTH AMERICA, INC., <br><br> Counterdefendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-048-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION AND ORDER TO AMEND SCHEDULE**

The parties, by and through their undersigned counsel, do hereby stipulate and agree, subject to the approval of the Court, to further amend the Scheduling Order dated June 8, 2005, as amended on September 14, 2005, December 14, 2005, February 2, 2006 and February 14, 2006, as follows:

1.     The fact discovery deadline in this case is extended from February 24, 2006 until April 21, 2006.

2. The date for initial expert reports is extended from March 20, 2006 to May 19, 2006, and the date for rebuttal expert reports is extended from April 10, 2006 to June 16, 2006. The expert discovery closing deadline is extended from April 13, 2006 to July 10, 2006.

3. The date for Daubert Motions is extended from April 28, 2006 to July 17, 2006.

4. The date for summary judgment motions and opening briefs is extended from April 13, 2006 to June 30, 2006. The date for oppositions to summary judgment motions is extended from May 1, 2006 to August 1, 2006. The date for replies in support of summary judgment motions is extended from May 15, 2006 to August 14, 2006.

5. The date for opening claim construction briefs is extended from April 3, 2006 to June 23, 2006. The date for responsive claim construction briefs is extended from April 17, 2006 to July 17, 2006.

6. The date for exchanging fact witness lists is extended from May 12, 2006 to July 24, 2006 and the date for exchanging rebuttal fact witness lists is extended from June 12, 2006 to September 1, 2006.

7. The hearing on claim construction and motion(s) for summary judgment will be held on September 11, 2006 at _____.

8. A pre-trial conference will be held on _____ at _____ in courtroom 6B, Sixth Floor, Federal Building, 844 King Street, Wilmington, Delaware.

9. This matter is scheduled for a two-week jury trial commencing on _____ in courtroom 6B, Sixth Floor, Federal Building, 844 King Street, Wilmington, Delaware.

10. Within five business days of the entry of this order, the parties each shall provide the Special Discovery Master with a joint letter regarding outstanding discovery. The parties shall propose in the letter and thereafter work with the Special Discovery Master to set out a

detailed plan and schedule for conducting this remaining discovery. This detailed plan will include the following:

      a.    A schedule of when remaining documents to be produced will be produced;

      b.    A schedule of when the remaining "privileged documents" logs will be exchanged;

      c.    A listing of remaining depositions of both sides' witnesses known at that time;

      d.    A listing of outstanding third party discovery depositions to be taken by BorgWarner noticed but not yet taken;

      e.    A schedule for supplementation of written discovery; and

      f.    A prohibition against new discovery requests but allowing for "clean-up" discovery of prior requests. In the event production of documents concerning ECU's with VCT modules is compelled, the need and schedule for additional third party subpoenas will be discussed with the Special Master at that time. Hitachi would object to the taking of any such subpoenas and BorgWarner reserves its rights to issue such subpoenas.

The Special Master may be requested to decide disputes involving this detailed plan and schedule.

11.    All other provisions as set forth in the Court's June 8, 2005 Scheduling Order shall remain in full force and effect.

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| __/s/ Steven J. Balick_____<br>Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com | ___/s/ Mary B. Matterer_____<br>Richard K. Herrmann (I.D. #405)<br>Lewis H. Lazarus (I.D. #2374)<br>Mary B. Matterer (I.D. #2696)<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801<br>(302) 888-6800<br>mmatterer@morrisjames.com |
| *Of Counsel:*<br><br>Michael D. Kaminski<br>Pavan K. Agarwal<br>Liane M. Peterson<br>FOLEY & LARDNER LLP<br>Washington Harbour<br>3000 K Street, N.W., Suite 500<br>Washington, D.C. 20007-5143<br>(202) 672-5300<br><br>*Attorneys for Hitachi, Ltd. and Unisia North America, Inc.* | *Of Counsel:*<br><br>Hugh A. Abrams<br>Thomas D. Rein<br>Lisa A. Schneider<br>Marc A. Cavan<br>Lara V. Fleishman<br>10 South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br><br>*Attorneys for BorgWarner Inc. and BorgWarner Morse TEC Inc.* |

**SO ORDERED** this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson