IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>BORGWARNER INC. and<br>BORGWARNER MORSE TEC INC.,<br><br>      Defendants.<br><br>BORGWARNER INC.,<br><br>      Counterclaimant,<br><br>      v.<br><br>HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC.,<br><br>      Counterdefendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-048-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO SEVER OR BIFURCATE CLAIMS**

      Defendants BorgWarner Inc. and BorgWarner Morse TEC., Inc. (collectively "BorgWarner," where appropriate), move this Court pursuant to Federal Rules of Civil Procedure 21 and 42(b) for an order severing or bifurcating the claims of indirect and contributory infringement relating to sales of electronic control units ("ECUs") from manufacturers other than Nissan so that they are preserved for a later day. BorgWarner relies on the accompanying Memorandum in support of this motion.

1

Dated: April 21, 2006

/s/ Mary Matterer
Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for BorgWarner Inc. and
BorgWarner Morse TEC Inc.

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP

Hugh A. Abrams
Thomas D. Rein
Lisa Schneider
Marc A. Cavan
Lara V. Hirshfeld
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## RULE 7.1.1 CERTIFICATE

The undersigned certifies that movants have made reasonable efforts to reach an agreement with opposing counsel on the matters set forth in this Motion but to no avail.

Mary B. Matterer (#2696)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2006, I electronically filed the foregoing document, **DEFENDANTS' MOTION TO SEVER OR BIFURCATE CLAIMS**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 21st day of April, 2006, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Kenneth Krosin, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
202.672.5300
mkaminski@foley.com
kkrosin@foley.com

Richard K. Herrmann (#405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.680mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC. and
BORGWARNER MORSE TEC INC.