IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 05-048-SLR ) ) |
| BORGWARNER INC. and BORGWARNER MORSE TEC INC., | ) ) ) |
| Defendants. | ) ) |
| BORGWARNER INC., | ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| HITACHI, LTD. and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Counterdefendants. | ) |

**JOINT STIPULATION AND ORDER TO AMEND SCHEDULE**

The parties, by and through their undersigned counsel, move this Court to further extend by five weeks all remaining dates in the Schedule as most recently set forth in the April 3, 2006 Joint Stipulation.

1.  The parties submitted a Joint Stipulation to Amend the Schedule on April 3, 2006, setting a fact discovery deadline of April 21, 2006. Although the April 21st deadline has passed, significant discovery still remains outstanding on both sides. Special Discovery Master Seitz has scheduled an in-person discovery hearing to take place on May 22, 2006 to address all outstanding discovery disputes.

2. The schedule proposed in the April 3, 2006 Joint Stipulation is not viable given the remaining discovery in this litigation. Thus, the parties do hereby stipulate and agree, subject to the approval of the Court, to further amend the Scheduling Order dated June 8, 2005, as amended on September 14, 2005, December 14, 2005, February 2, 2006, and February 14, 2006, and as outlined in a proposed Joint Stipulation dated April 3, 2006, as follows:

   a. The fact discovery deadline in this case is extended until May 26, 2006.

   b. The date for initial expert reports is extended to June 23, 2006, and the date for rebuttal expert reports is extended to July 21, 2006. The expert discovery closing deadline is extended to August 14, 2006.

   c. The date for Daubert Motions is extended to August 21, 2006.

   d. The date for summary judgment motions and opening briefs is extended to August 4, 2006. The date for oppositions to summary judgment motions is extended to September 5, 2006. The date for replies in support of summary judgment motions is extended to September 18, 2006.

   e. The date for opening claim construction briefs is extended to July 28, 2006. The date for responsive claim construction briefs is extended to August 21, 2006.

   f. The date for exchanging fact witness lists is extended to August 28, 2006, and the date for exchanging rebuttal fact witness lists is extended to October 6, 2006.

   g. The hearing on claim construction and motion(s) for summary judgment will be held on _____ at _____.

    h.    A pre-trial conference will be held on _____ at _____in courtroom 6B, Sixth Floor, Federal Building, 844 King Street, Wilmington, Delaware.

    i.    This matter is scheduled for a two-week jury trial to be scheduled at the Court's earliest convenience consistent with this schedule. The trial shall be conducted in courtroom 6B, Sixth Floor, Federal Building, 844 King Street, Wilmington, Delaware.

    j.    All other provisions as set forth in the Court's June 8, 2005 Scheduling Order shall remain in full force and effect.

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| __/s/ John G. Day_____ | ___/s/ Mary B. Matterer_____ |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | mmatterer@morrisjames.com |
| jday@ashby-geddes.com | |
| *Of Counsel:* | *Of Counsel:* |
| Michael D. Kaminski | Hugh A. Abrams |
| Pavan K. Agarwal | Thomas D. Rein |
| Liane M. Peterson | Lisa A. Schneider |
| FOLEY & LARDNER LLP | Marc A. Cavan |
| Washington Harbour | Lara V. Hirshfeld |
| 3000 K Street, N.W., Suite 500 | 1 South Dearborn Street |
| Washington, D.C. 20007-5143 | Chicago, Illinois 60603 |
| (202) 672-5300 | (312) 853-7000 |
| *Attorneys for Hitachi, Ltd. and Unisia North America, Inc.* | *Attorneys for BorgWarner Inc. and BorgWarner Morse TEC Inc.* |

**SO ORDERED** this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson