# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) C.A. No. 05-048-SLR |
| v. | )<br>) |
| BORGWARNER INC. and<br>BORGWARNER MORSE TEC INC., | )<br>)<br>) |
| Defendants. | )<br>) |
| BORGWARNER INC., | )<br>) |
| Counterclaimant, | )<br>) |
| v. | )<br>) |
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC., | )<br>) |
| Counterdefendants. | )<br>) |

## JOINT STIPULATION AND ORDER

The parties, by and through their undersigned counsel, do hereby stipulate and agree, subject to the approval of the Court, to extend the time for plaintiffs to respond to Defendants' Motion to Bifurcate or Sever Claims (D.I. 208) from Friday May 5, 2006 until Friday, May 12, 2006.

ASHBY & GEDDES

MORRIS, JAMES, HITCHENS & WILLIAMS LLP


*/s/ John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (ID #3950)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com


*Attorneys for Hitachi, Ltd. and*
*Unisia North America, Inc.*


*Of Counsel:*

Kenneth E. Krosin
Michael D. Kaminski
William J. Robinson
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300


*/s/ Mary B. Matterer*
_____
Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
llazarus@morrisjames.com
mmatterer@morrisjames.com


*Attorneys for BorgWarner Inc. and*
*BorgWarner Morse TEC Inc.*


*Of Counsel:*

Hugh A. Abrams
Thomas D. Rein
Lisa A. Schneider
Marc A. Cavan
Lara V. Hirshfeld
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000


**SO ORDERED** this _____ day of _____, 2006.


_____
Chief Judge


169050.1