IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-048-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

The Court having considered the Unopposed Motion of Plaintiffs Hitachi, Ltd. and Unisia North America, Inc. to Substitute Hitachi Automotive Products (USA), Inc. in Place of Plaintiff Unisia North America, Inc. (D.I. 213),

**IT IS HEREBY ORDERED** that Hitachi Automotive Products (USA), Inc. is substituted in place of Plaintiff Unisia North America, Inc. and the caption shall be modified accordingly.

_____
Chief Judge

169319.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2006, the attached **ORDER** was served upon the following counsel of record in the manner indicated:

Richard K. Herrmann, Esquire                                         HAND DELIVERY
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801


Hugh A. Abrams, Esquire                                              VIA FEDERAL EXPRESS
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603


*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon