**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BORGWARNER INC. and<br>BORGWARNER MORSE TEC INC.,<br><br>        Defendants.<br><br>BORGWARNER INC.,<br><br>        Counterclaimant,<br><br>        v.<br><br>HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC.,<br><br>        Counterdefendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-048-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION AND ORDER**

The parties, by and through their undersigned counsel, do hereby stipulate and agree, subject to the approval of the Court, to further extend the time for plaintiffs to respond to Defendants' Motion to Bifurcate or Sever Claims (D.I. 208) from Friday May 12, 2006 until Friday, May 19, 2006.

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Mary B. Matterer* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (ID #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | rherrmann@morrisjames.com |
| sbalick@ashby-geddes.com | llazarus@morrisjames.com |
| jday@ashby-geddes.com | mmatterer@morrisjames.com |
| tlydon@ashby-geddes.com | |
| *Attorneys for Hitachi, Ltd. and Unisia North America, Inc.* | *Attorneys for BorgWarner Inc. and BorgWarner Morse TEC Inc.* |
| *Of Counsel:* | *Of Counsel:* |
| Kenneth E. Krosin | Hugh A. Abrams |
| Michael D. Kaminski | Thomas D. Rein |
| William J. Robinson | Lisa A. Schneider |
| Pavan K. Agarwal | Marc A. Cavan |
| Liane M. Peterson | Lara V. Hirshfeld |
| FOLEY & LARDNER LLP | SIDLEY AUSTIN LLP |
| Washington Harbour | 10 South Dearborn Street |
| 3000 K Street, N.W., Suite 500 | Chicago, Illinois 60603 |
| Washington, D.C. 20007-5143 | (312) 853-7000 |
| (202) 672-5300 | |

**SO ORDERED** this _____ day of _____, 2006.

_____
Chief Judge

169377.1