IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br>        Plaintiffs, <br><br>        v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br>        Defendants. | Civil Action No. 05-048-SLR |

## ORDER

The Court having considered the Unopposed Motion of Plaintiffs Hitachi, Ltd. and Unisia North America, Inc. to Substitute Hitachi Automotive Products (USA), Inc. in Place of Plaintiff Unisia North America, Inc. (D.I. 213),

**IT IS HEREBY ORDERED** that Hitachi Automotive Products (USA), Inc. is substituted in place of Plaintiff Unisia North America, Inc. and the caption shall be modified accordingly.

                                                                       _____
                                                                        Chief Judge    5/17/06

169319.1