**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HITACHI, LTD. and <br> HITACHI AUTOMOTIVE PRODUCTS <br> (USA), INC., | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) | C.A. No. 05-048-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| BORGWARNER INC. and <br> BORGWARNER MORSE TEC INC., | ) <br> ) <br> ) | |
| Defendants. | | |
| | ) | |
| BORGWARNER INC., | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HITACHI, LTD. and <br> HITACHI AUTOMOTIVE PRODUCTS <br> (USA), INC., | ) <br> ) <br> ) <br> ) | |
| Counterdefendants. | | |

**JOINT STIPULATION AND ORDER**

The parties, by and through their undersigned counsel, do hereby stipulate and agree, as follows:

1. The following documents are authentic Hitachi Automotive Products (USA), Inc. ("HAP") business records that were extracted from databases maintained by HAP in the ordinary course of business: HAP000090 – HAP000103; HAP000104 – HAP000459; HAP000460 – HAP000646; HAP000647 – HAP000655; HAP000656 – HAP000731; and HAP000732 – HAP004870.

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| ____/s/ Tiffany G. Lydon_____ | ____/s/ Mary B. Matterer_____ |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | mmatterer@morrisjames.com |
| tlydon@ashby-geddes.com | |

*Of Counsel:*                                    *Of Counsel:*

Michael D. Kaminski                              Hugh A. Abrams
Pavan K. Agarwal                                 Thomas D. Rein
Liane M. Peterson                                Lisa A. Schneider
FOLEY & LARDNER LLP                              Marc A. Cavan
Washington Harbour                               Lara V. Hirshfeld
3000 K Street, N.W., Suite 500                   1 South Dearborn Street
Washington, D.C. 20007-5143                      Chicago, Illinois 60603
(202) 672-5300                                   (312) 853-7000

*Attorneys for Hitachi, Ltd. and*                *Attorneys for BorgWarner Inc. and*
*Hitachi Automotive Products (USA), Inc.*        *BorgWarner Morse TEC Inc.*


**SO ORDERED** this _____ day of May, 2006.

_____
Sue L. Robinson, J.