**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HITACHI, LTD. and<br>HITACHI AUTOMOTIVE PRODUCTS<br>(USA), INC., | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 05-048-SLR |
| v. | )<br>) | |
| BORGWARNER INC. and<br>BORGWARNER MORSE TEC INC., | )<br>)<br>) | |
| Defendants. | ) | |
| BORGWARNER INC., | )<br>) | |
| Counterclaimant, | )<br>) | |
| v. | )<br>) | |
| HITACHI, LTD. and<br>HITACHI AUTOMOTIVE PRODUCTS<br>(USA), INC., | )<br>)<br>)<br>) | |
| Counterdefendants. | | |

**JOINT STIPULATION AND ORDER**

The parties, by and through their undersigned counsel, do hereby stipulate and agree, as follows:

1. HIT 0487657 – 0487674, HIT 0487675 – 0487679, HIT 0487680 – 0487706, and HIT 0487808 – 0487822 are authentic Hitachi business records; they were extracted from databases maintained by Hitachi in the ordinary course of business.

2. The data reflected in HIT 0487657 – 0487674, HIT 0487675 – 0487679, HIT 0487680 – 0487706, and HIT 0487808 – 0487822 is maintained in the same Gumma/Atsugi

sales database as Defendants' Exhibit 245 and the headings and categories are to be interpreted the same way.

       3.      Although HIT 0487657-674 relates to worldwide sales of air flow sensors, the headings and categories are to be interpreted the same as Defendants' Exhibit 245.

       4.      Although HIT 0487675-679 relates to worldwide sales of throttle position sensors, the headings and categories are to be interpreted the same as Defendants' Exhibit 245.

       5.      Although HIT 0487680-706 relates to worldwide sales of water temperature sensors, the headings and categories are to be interpreted the same as Defendants' Exhibit 245.

       6.      Although HIT 0487808-822 relates to worldwide sales of oil pumps, the headings and categories are to be interpreted the same as Defendants' Exhibit 245.

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| /s/ Tiffany G. Lydon | /s/ Mary B. Matterer |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | mmatterer@morrisjames.com |
| tlydon@ashby-geddes.com | |
| | *Of Counsel:* |
| *Of Counsel:* | Hugh A. Abrams |
| Michael D. Kaminski | Thomas D. Rein |
| Pavan K. Agarwal | Lisa A. Schneider |
| Liane M. Peterson | Marc A. Cavan |
| FOLEY & LARDNER LLP | Lara V. Hirshfeld |
| Washington Harbour | 1 South Dearborn Street |
| 3000 K Street, N.W., Suite 500 | Chicago, Illinois 60603 |
| Washington, D.C. 20007-5143 | (312) 853-7000 |
| (202) 672-5300 | |
| | *Attorneys for BorgWarner Inc. and* |
| *Attorneys for Hitachi, Ltd. and* | *BorgWarner Morse TEC Inc.* |
| *Hitachi Automotive Products (USA), Inc.* | |

**SO ORDERED** this _____ day of May, 2006.

_____
Sue L. Robinson, J.