

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Collins J. Seitz, Jr.
TEL      (302) 888-6278
FAX      (302) 255-4278
EMAIL    cseitz@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

May 31, 2006

**By Electronic Mail**

WEB www.cblh.com

Honorable Sue L. Robinson
Chief Judge, U.S. District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

Re:   *Hitachi Ltd. v. BorgWarner Inc., et al.*
      C.A. No. 1:05-cv-00048-SLR

Dear Chief Judge Robinson:

Enclosed is a proposed Joint Stipulation and Order to Amend Schedule that was addressed at the May 22, 2006 Omnibus Discovery Hearing. If it meets with the Court's approval, the parties request, and I recommend, that the stipulation be entered by the Court with appropriate dates filled in for the claim construction/summary judgment hearing and pre-trial conference. The Court also needs to set a new trial date.

Respectfully,

Collins J. Seitz, Jr.
Special Master

CJS,Jr./saj
Enclosure
cc:   Steven J. Balick, Esquire
      John G. Day, Esquire
      Richard K. Herrmann, Esquire
      Mary Matterer, Esquire
      Clerk, U.S. District Court
      (all by electronic service)
      (467714)