IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and <br> HITACHI AUTOMOTIVE PRODUCTS <br> (USA), INC., <br>           Plaintiffs, <br>           v. <br> BORGWARNER INC. and <br> BORGWARNER MORSE TEC INC., <br>           Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-048-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| BORGWARNER INC., <br>           Counterclaimant, <br>           v. <br> HITACHI, LTD. and <br> HITACHI AUTOMOTIVE PRODUCTS <br> (USA), INC., <br>           Counterdefendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION AND ORDER TO AMEND SCHEDULE**

The parties, by and through their undersigned counsel, move this Court to further extend all remaining dates in the Schedule as most recently set forth in the April 3, 2006 Joint Stipulation.

1. The parties submitted a Joint Stipulation to Amend the Schedule on April 3, 2006, setting a fact discovery deadline of April 21, 2006. Although the April 21st deadline has passed, discovery still remains outstanding. Consequently, Special Master Seitz ordered during the May 22, 2006 Omnibus Hearing that the fact discovery deadline be extended to July 24, 2006.

2.  The schedule proposed in the April 3, 2006 Joint Stipulation is not viable given the extended fact discovery deadline of July 24, 2006. Thus, the parties do hereby stipulate and agree, subject to the approval of the Court, to further amend the Scheduling Order dated June 8, 2005, as amended on September 14, 2005, December 14, 2005, February 2, 2006, and February 14, 2006, and as proposed in a proposed Joint Stipulation dated April 3, 2006, as follows:

  a.  The date for initial expert reports is extended to August 23, 2006, and the date for rebuttal expert reports is extended to September 21, 2006. The expert discovery closing deadline is extended to October 16, 2006.

  b.  The date for Daubert Motions is extended to October 23, 2006.

  c.  The date for summary judgment motions and opening briefs is extended to October 4, 2006. The date for oppositions to summary judgment motions is extended to November 6, 2006. The date for replies in support of summary judgment motions is extended to November 20, 2006.

  d.  The date for opening claim construction briefs is extended to September 28, 2006. The date for responsive claim construction briefs is extended to October 23, 2006.

  e.  The date for exchanging fact witness lists is extended to October 30, 2006, and the date for exchanging rebuttal fact witness lists is extended to December 6, 2006.

  f.  The hearing on claim construction and motion(s) for summary judgment will be held on _____ at _____.

g.   A pre-trial conference will be held on _____ at _____ in courtroom 6B, Sixth Floor, Federal Building, 844 King Street, Wilmington, Delaware.

h.   This matter is scheduled for a two-week jury trial to be scheduled at the Court's earliest convenience consistent with this schedule. The trial shall be conducted in courtroom 6B, Sixth Floor, Federal Building, 844 King Street, Wilmington, Delaware.

i.   All other provisions as set forth in the Court's June 8, 2005 Scheduling Order shall remain in full force and effect.

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Mary B. Matterer* |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | mmatterer@morrisjames.com |
| sbalick@ashby-geddes.com | |

*Of Counsel:*

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300

*Attorneys for Hitachi, Ltd. and*
*Hitachi Automotive Products (USA), Inc.*

*Of Counsel:*

Hugh A. Abrams
Thomas D. Rein
Lisa A. Schneider
Marc A. Cavan
Lara V. Hirshfeld
1 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for BorgWarner Inc. and*
*BorgWarner Morse TEC Inc.*

**SO ORDERED** this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson