IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and UNISIA NORTH AMERICA, INC., <br><br>Plaintiffs,<br><br>v.<br><br>BORGWARNER INC., and BORGWARNER MORSE TEC INC.,<br><br>Defendants. | Civil Action No. 05-048-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 28th day of June, 2006, copies of the following document, **DEFENDANTS' SECOND SUPPLEMENTAL RESPONSE TO HITACHI'S INTERROGATORY NO. 1 AND THIRD SUPPLEMENTAL RESPONSE TO HITACHI'S INTERROGATORY NO. 2**, were served on counsel as indicated:

| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL AND OVERNIGHT MAIL** |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esq.<br>ASHBY & GEDDES<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com | Michael D. Kaminski, Esq.<br>Liane M. Peterson, Esq.<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 500<br>Washington, D.C. 20007-5109<br>202.672.5490<br>mkaminski@foley.com<br>lpeterson@foley.com |

Dated: June 28, 2006

      /s/ Mary B. Matterer
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for BORGWARNER INC. and
BORGWARNER MORSE TEC INC.

OF COUNSEL:

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Marc A. Cavan
Hillary A. Mann
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 28th day of June, 2006, the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com

/s/ Mary B. Matterer
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC. and
BORGWARNER MORSE TEC INC.