IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD. and<br>HITACHI AUTOMOTIVE PRODUCTS<br>(USA), INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 05-048-SLR |
| v. | )<br>) | |
| BORGWARNER INC. and<br>BORGWARNER MORSE TEC INC., | )<br>)<br>) | |
| Defendants. | ) | |
| BORGWARNER INC., | )<br>) | |
| Counterclaimant, | )<br>) | |
| v. | )<br>) | |
| HITACHI, LTD. and<br>HITACHI AUTOMOTIVE PRODUCTS<br>(USA), INC., | )<br>)<br>)<br>) | |
| Counterdefendants. | ) | |

**JOINT STIPULATION**

The parties, by and through their undersigned counsel, do hereby stipulate and agree, as follows:

1. Pursuant to the Third Discovery Order, Hitachi produced an ECU specification at HIT 481283-484583 for an ECU used in the Nissan Altima 2005 model with the VQ 35 DE engine.

2.  The ECU specification produced at HIT 481283 - 484583 is not materially different for the purposes of this litigation from all other specifications for ECUs sold to Nissan for use in Nissan vehicles having the accused Hitachi actuators and solenoids.

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| /s/ John G. Day | /s/ Mary B. Matterer |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| 222 Delaware Ave., 17th Floor | Mary B. Matterer (I.D. #2696) |
| P.O. Box 1150 | 222 Delaware Avenue, 10th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 888-6800 |
| sbalick@ashby-geddes.com | mmatterer@morrisjames.com |

*Of Counsel:*

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300

*Attorneys for Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc.*

*Of Counsel:*

Hugh A. Abrams
Thomas D. Rein
Lisa A. Schneider
Marc A. Cavan
Lara V. Hirshfeld
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for BorgWarner Inc. and BorgWarner Morse TEC Inc.*

Dated: June 30, 2006

1417922/1