IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC. and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  C.A. No. 05-048-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION**

The parties, by and through their undersigned counsel, do hereby stipulate and agree, as follows:

1. Hitachi sells VCT actuators and solenoids to Honda for use in engines in vehicles sold by Honda. Hitachi stipulates that the Nissan and Ford VCT actuators and solenoids, which are used in Nissan and Ford engines, are representative of the VCT actuators and solenoids supplied to Honda for all purposes in this litigation, and operate in the Honda engine(s) in the same manner as the Hitachi VCT actuators and solenoids that are used in the Nissan and Ford engines, except that the structure and operation of the spool in the Honda solenoid is not identical to the structure and operation of the spool in the Nissan and Ford solenoids.

2. Hitachi sells VCT actuators and solenoids (but not a spider assembly) to Ford for use in the D35 engine in a vehicle that is understood will be sold by Ford. Hitachi stipulates that the Ford VCT actuators and solenoids that are used in the Ford D30 engine (but not the spider assembly) are representative of the VCT actuators and solenoids supplied to Ford for use in the Ford D35 engine for all purposes of this litigation, and operate in the D35 engine in the same manner as the Ford VCT actuators and solenoids that are used in the D30 engine.

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| /s/ John J. Day | /s/ Mary B. Matterer |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| 222 Delaware Ave., 17th Floor | Mary B. Matterer (I.D. #2696) |
| P.O. Box 1150 | 222 Delaware Avenue, 10th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 888-6800 |
| sbalick@ashby-geddes.com | mmatterer@morrisjames.com |

*Of Counsel:*

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300

*Attorneys for Hitachi, Ltd. and
Hitachi Automotive Products (USA), Inc.*

*Of Counsel:*

Hugh A. Abrams
Thomas D. Rein
Lisa A. Schneider
Marc A. Cavan
Lara V. Hirshfeld
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for BorgWarner Inc. and
BorgWarner Morse TEC Inc.*

1417917/1