# EXHIBIT 1-A

US005497738A

## United States Patent [19]
### Siemon et al.

[11] Patent Number: 5,497,738
[45] Date of Patent: * Mar. 12, 1996

[54] **VCT CONTROL WITH A DIRECT ELECTROMECHANICAL ACTUATOR**

[75] Inventors: **Edward C. Siemon; Stanley B. Quinn, Jr.**, both of Ithaca, N.Y.

[73] Assignee: **Borg-Warner Automotive, Inc.**, Sterling Heights, Mich.

[*] Notice: The portion of the term of this patent subsequent to Jun. 15, 2010, has been disclaimed.

[21] Appl. No.: **56,635**

[22] Filed: **May 3, 1993**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 940,273, Sep. 3, 1992, Pat. No. 5,218,935.

[51] Int. Cl.[6] .................................................. F01L 1/34
[52] U.S. Cl. .............................. 123/90.17; 123/90.31; 137/312
[58] Field of Search .......................... 123/90.15, 90.17, 123/90.31; 74/568 R; 137/312, 625.65; 464/1, 2, 160

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,762,141 | 8/1988 | Karpis | 137/312 |
| 4,856,465 | 8/1989 | Denz et al. | 123/90.17 |
| 4,858,572 | 8/1989 | Shirai et al. | 123/90.12 |
| 5,000,420 | 3/1991 | Hendrixon | 137/625.65 |
| 5,012,774 | 5/1991 | Strauber et al. | 123/90.17 |
| 5,056,477 | 10/1991 | Linder et al. | 123/90.17 |
| 5,088,456 | 2/1992 | Suga | 123/90.17 |
| 5,150,671 | 9/1992 | Suga | 123/90.17 |
| 5,172,659 | 12/1992 | Butterfield et al. | 123/90.17 |
| 5,201,289 | 4/1993 | Imai | 123/90.17 |
| 5,218,935 | 6/1993 | Quinn, Jr. et al. | 123/90.17 |
| 5,271,360 | 12/1993 | Kano et al. | 123/90.17 |

*Primary Examiner*—Weilun Lo
*Attorney, Agent, or Firm*—Willian Brinks Hofer et al.; Greg Dziegielewski

[57] **ABSTRACT**

A camshaft (126) has a vane (160) secured to an end thereof for non-oscillating rotation therewith. The camshaft also carries a sprocket (132) which can rotate with the camshaft but which is also oscillatable with the camshaft. The vane has opposed lobes (160a, 160b) which are received in opposed recesses (132a, 132b), respectively, of the sprocket. The recesses have greater circumferential extent than the lobes to permit the vane and sprocket to oscillate with respect to one another, and thereby permit the camshaft to change in phase relative to a crankshaft whose phase relative to the sprocket is fixed by virtue of a chain drive extending therebetween. The camshaft tends to change in reaction to pulses which it experiences during its normal operation, and it is permitted to change only in a given direction, either to advance or retard, by selectively blocking or permitting the flow of hydraulic fluid, preferably engine oil, through the return lines (194, 196) from the recesses by controlling the position of a vented spool (200) within a valve body (198) of a control valve (192) in response to a signal indicative of an engine operating condition from an engine control unit (208) via cable (238). The vented spool is selectively positioned within the valve body by a electromechanical actuator (201) which is controlled by the engine control unit. The spool is centered when an optimum phase angle between crankshaft and camshaft is achieved.

**13 Claims, 13 Drawing Sheets**





FIG. 1

| U.S. Patent | Mar. 12, 1996 | Sheet 2 of 13 | 5,497,738 |



FIG. 2



FIG. 6

| U.S. Patent | Mar. 12, 1996 | Sheet 3 of 13 | 5,497,738 |
|---|---|---|---|



FIG. 3

FIG. 5



FIG. 4

FIG. 9

U.S. Patent     Mar. 12, 1996     Sheet 5 of 13     5,497,738



FIG. 7



FIG. 8



FIG. 10



FIG. 11

**U.S. Patent**     Mar. 12, 1996     Sheet 8 of 13     5,497,738



FIG. 12



FIG. 13



FIG. 15          FIG. 16



FIG. 14



FIG. 17



FIG. 18

www.FreePatentsOnline.com



FIG. 19



FIG. 20