# EXHIBIT 2

## Polk, Jr., C. Edward

| | |
|---|---|
| **From:** | Abrams, Hugh [habrams@Sidley.com] |
| **Sent:** | Wednesday, June 21, 2006 9:17 AM |
| **To:** | Polk, Jr., C. Edward |
| **Cc:** | Rein, Thomas D.; Cavan, Marc A.; Schneider, Lisa A.; Hirshfeld, Lara; Robinson, William J.; Kaminski, Michael D.; Krosin, Kenneth E.; Agarwal, Pavan K.; Peterson, Liane M.; MMatterer@morrisjames.com |

**Subject:** RE: Third Amended Complaint

BorgWarner intends to oppose Hitachi's motion for leave to amend its Complaint on grounds of undue delay, bad faith on the part of Hitachi and/or prejudice to BorgWarner as a result of Hitachi's delay.  Although we strongly disagree with the substance of your pleading, BorgWarner will <u>not</u> oppose the motion for leave to amend on grounds of futility in light of the liberal pleading standards.  Our opposition will therefore be based on grounds other than futility.

---

**From:** Polk, Jr., C. Edward [mailto:EPolk@foley.com]
**Sent:** Tuesday, June 20, 2006 8:38 PM
**To:** Abrams, Hugh
**Cc:** Rein, Thomas D.; Cavan, Marc A.; Schneider, Lisa A.; Hirshfeld, Lara; Robinson, William J.; Kaminski, Michael D.; Krosin, Kenneth E.; Agarwal, Pavan K.; Peterson, Liane M.
**Subject:** RE: Third Amended Complaint

Hugh,

Please advise whether BW will oppose the motion.

Best regards,

Ed


-----Original Message-----
**From:** Abrams, Hugh [mailto:habrams@Sidley.com]
**Sent:** Tuesday, May 30, 2006 11:39 AM
**To:** Polk, Jr., C. Edward
**Cc:** Rein, Thomas D.; Cavan, Marc A.; Schneider, Lisa A.; Hirshfeld, Lara; Robinson, William J.; Kaminski, Michael D.; Krosin, Kenneth E.; Agarwal, Pavan K.; Peterson, Liane M.
**Subject:** RE: Third Amended Complaint

Ed:
    Because of the holiday weekend, we will be sending this document to our client today.  We will advise you when we reach a decision regarding whether BorgWarner will oppose your motion for leave to amend.
Regards, Hugh

---

**From:** Polk, Jr., C. Edward [mailto:EPolk@foley.com]
**Sent:** Friday, May 26, 2006 01:25 PM
**To:** Abrams, Hugh
**Cc:** Rein, Thomas D.; Cavan, Marc A.; Schneider, Lisa A.; Hirshfeld, Lara; Robinson, William J.; Kaminski, Michael D.; Krosin, Kenneth E.; Agarwal, Pavan K.; Peterson, Liane M.
**Subject:** Third Amended Complaint

Hugh,

Hitachi seeks to amend its complaint to reflect the additional inequitable conduct contentions that have been previously outlined in detail during discovery, including in Hitachi's interrogatory responses and motion to compel under the crime-fraud exception. In addition, we have updated the complaint to reflect the substitution of HAP for UNAI as a party to the case.

The Third Amended Complaint is attached with this email. Please let us know by next Thursday (June 1st) if BW will oppose a motion for leave to file the amendment or oppose the amendment itself.

We have tried to make our factual contentions without including confidential information. Please let us know if the complaint needs to be filed under seal.

Regards,

Ed

<<1597603_3.DOC¤>>

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

```
Sidley Austin LLP mail server made the following annotations on 05/30/06,
------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulati
that, unless expressly stated otherwise, any U.S. federal tax advice conta
communication, including attachments, was not intended or written to be us
used, by any taxpayer for the purpose of avoiding any penalties that may b
taxpayer by the Internal Revenue Service.  In addition, if any such tax ad
to by other parties in promoting, marketing or recommending any partnershi
investment plan or arrangement, then (i) the advice should be construed as
with the promotion or marketing by others of the transaction(s) or matter(
communication and (ii) the taxpayer should seek advice based on the taxpay
circumstances from an independent tax advisor.
```

```
*****************************************************************
This e-mail is sent by a law firm and may contain information that is priv
If you are not the intended recipient, please delete the e-mail and any at
immediately.

*****************************************************************
```

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

```
Sidley Austin LLP mail server made the following annotations on 06/21/06, 08:16:50:
--------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

*****************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.

*****************************************************************
```

# EXHIBIT 3

# REDACTED

# EXHIBIT 4

REDACTED

# EXHIBIT 5

REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2006, the attached **REDATED PUBLIC**

**VERSION OF MOTION OF PLAINTIFFS FOR LEAVE TO FILE THIRD AMENDED**

**COMPLAINT** was served upon the following counsel of record in the manner indicated:


Richard K. Herrmann, Esquire                    <u>HAND DELIVERY</u>
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801


Hugh A. Abrams, Esquire                    <u>VIA FEDERAL EXPRESS</u>
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603




/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

154486.1