IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. <br><br>——————————————————— <br><br> BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-048-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 13th day of July, 2006, copies of the following document, **BORGWARNER'S THIRD SUPPLEMENTAL RESPONSES TO HITACHI, LTD.'S INTERROGATORIES NOS. 4 AND 5**, were served on counsel as indicated:

<u>V**IA** H**AND** D**ELIVERY AND** E**MAIL**</u>

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

<u>V**IA** O**VERNIGHT** M**AIL AND** E**MAIL**</u>

Michael D. Kaminski, Esq.
Pavan Agarwal, Esq.
Liane M. Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
202.672.5490
mkaminski@foley.com
pagarwal@foley.com
lpeterson@foley.com

Dated: July 13, 2006

      */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for BORGWARNER INC. and
BORGWARNER MORSE TEC INC.

OF COUNSEL:

Hugh A. Abrams *(pro hac vice)*
Thomas D. Rein *(pro hac vice)*
Lisa A. Schneider *(pro hac vice)*
Marc A. Cavan *(pro hac vice)*
Lara V. Hirshfeld *(pro hac vice)*
SIDLEY AUSTIN  LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
**ASHBY & GEDDES**
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on July 13, 2006 the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Pavan Agarwal, Esq.
Liane Peterson, Esq.
**FOLEY & LARDNER LLP**
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com
lpeterson@foley.com

                                           */s/ Richard K. Herrmann*
                                           Mary B. Matterer (I.D. #2696)
                                           MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                           222 Delaware Avenue, 10th Floor
                                           Wilmington, Delaware 19801
                                           (302) 888-6800
                                           mmatterer@morrisjames.com

                                           Attorneys for Defendants and Counterclaimant,
                                           BORGWARNER INC. and
                                           BORGWARNER MORSE TEC INC.

1410338/1