**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 05-048-SLR |
| v. | ) ) |
| BORGWARNER INC. and BORGWARNER MORSE TEC INC., | ) ) ) |
| Defendants. | ) ) |
| BORGWARNER INC., | ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) ) |
| Counterdefendants. | ) |

**JOINT STIPULATION**

The parties, by and through their undersigned counsel, do hereby stipulate and agree for purposes of this litigation, as follows:

1. Hitachi does not currently know the details of how its solenoids and actuators interact with the other components in the Honda automobiles, including the camshaft sensor, the crankshaft sensor, and the ECU. Therefore, as part of its noninfringement defense, Hitachi does not intend to rely on any differences in how Hitachi's VCT actuators and solenoids operate with the components of the Honda engine, as compared to the Nissan and Ford D30 engine. The interaction of the Nissan and Ford D30 solenoids and actuators with the other engine components are representative of the Honda solenoids and actuators.

2. As part of its noninfringement defense, Hitachi does not intend to rely on any differences in how Hitachi's VCT actuators and solenoids operate with the components of the Ford D35 engine, as compared to the Nissan and Ford D30 engine.

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| __/s/ Tiffany Geyer Lydon_____ | ____/s/ Mary B. Matterer_____ |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | mmatterer@morrisjames.com |
| sbalick@ashby-geddes.com | |
| | |
| *Of Counsel:* | *Of Counsel:* |
| | Hugh A. Abrams |
| Michael D. Kaminski | Thomas D. Rein |
| Pavan K. Agarwal | Lisa A. Schneider |
| Liane M. Peterson | Marc A. Cavan |
| FOLEY & LARDNER LLP | Lara V. Hirshfeld |
| Washington Harbour | SIDLEY AUSTIN  LLP |
| 3000 K Street, N.W., Suite 500 | 1 South Dearborn Street |
| Washington, D.C. 20007-5143 | Chicago, Illinois 60603 |
| (202) 672-5300 | (312) 853-7000 |
| | |
| *Attorneys for Hitachi, Ltd. and* | *Attorneys for BorgWarner Inc. and* |
| *Hitachi Automotive Products (USA), Inc.* | *BorgWarner Morse TEC Inc.* |