IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BORGWARNER INC., and BORGWARNER MORSE TEC INC.,<br><br>        Defendants.<br><br>BORGWARNER INC.,<br><br>        Counterclaimant,<br><br>        v.<br><br>HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,<br><br>        Counterdefendants. | Civil Action No. 05-048-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 19th day of July, 2006, copies of the following

document, **DEFENDANTS' SECOND SUPPLEMENTAL RESPONSE TO HITACHI'S**

**INTERROGATORY NO 20**, were served on counsel as indicated:

| VIA HAND DELIVERY AND EMAIL | VIA OVERNIGHT MAIL AND EMAIL |
|---|---|
| Steven J. Balick, Esq. | Michael D. Kaminski, Esq. |
| John G. Day, Esq. | Pavan Agarwal, Esq. |
| Tiffany Geyer Lydon, Esq. | Liane M. Peterson, Esq. |
| ASHBY & GEDDES | FOLEY & LARDNER LLP |
| 222 Delaware Avenue, 17th Floor | 3000 K Street, N.W., Suite 500 |
| Wilmington, DE  19801 | Washington, D.C.  20007-5109 |
| sbalick@ashby-geddes.com | 202.672.5490 |
| jday@ashby-geddes.com | mkaminski@foley.com |
| | pagarwal@foley.com |
| | lpeterson@foley.com |

Dated: July 19, 2006

      */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for BORGWARNER INC. and
BORGWARNER MORSE TEC INC.

OF COUNSEL:

Hugh A. Abrams *(pro hac vice)*
Thomas D. Rein *(pro hac vice)*
Lisa A. Schneider *(pro hac vice)*
Marc A. Cavan *(pro hac vice)*
Lara V. Hirshfeld *(pro hac vice)*
SIDLEY AUSTIN  LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
**ASHBY & GEDDES**
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on July 19, 2006 the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Pavan Agarwal, Esq.
Liane Peterson, Esq.
**FOLEY & LARDNER LLP**
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
pagarwal@foley.com
lpeterson@foley.com

*/s/ Richard K. Herrmann*
Richard K. Herrman (#405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendants and Counterclaimant,
BORGWARNER INC. and
BORGWARNER MORSE TEC INC.