IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. <br><br>――――――――――――――――― <br><br> BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | ) ) ) ) ) ) ) C.A. No. 05-048-SLR ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 24th day of July, 2006, **PLAINTIFFS HITACHI, LTD.'S AND HITACHI AUTOMOTIVE PRODUCTS (USA), INC.'S FIRST AMENDED PRELIMINARY CLAIM CONSTRUCTIONS OF TERMS IDENTIFIED BY THE PARTIES IN THE CLAIM CONSTRUCTION ISSUE IDENTIFICATION, PURSUANT TO PARAGRAPH 5 OF THE SCHEDULING ORDER** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                                    HAND DELIVERY
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Hugh A. Abrams, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

VIA FEDERAL EXPRESS

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc.*

*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated: July 24, 2006

154488.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of July, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                                         <u>HAND DELIVERY</u>
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801

Hugh A. Abrams, Esquire                                              <u>VIA FEDERAL EXPRESS</u>
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603


                                                                     */s/ Tiffany Geyer Lydon*
                                                                     _____
                                                                     Tiffany Geyer Lydon