**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

HITACHI, LTD. and HITACHI     )
AUTOMOTIVE PRODUCTS (USA), INC.,  )
        )
    Plaintiffs,     )
        )  C.A. No. 05-048-SLR
    v.     )
        )
BORGWARNER INC. and     )
BORGWARNER MORSE TEC INC.,   )
        )
    Defendants.     )
        )
BORGWARNER INC.,     )
        )
    Counterclaimant,     )
        )
    v.     )
        )
HITACHI, LTD. and HITACHI     )
AUTOMOTIVE PRODUCTS (USA), INC.,  )
        )
    Counterdefendants.   )

**JOINT STIPULATION**

The parties, by and through their undersigned counsel, do hereby stipulate and agree, as follows:

1.    Hitachi will not challenge the authenticity or admissibility of the NNA affidavit (attached at Exhibit A) or the documents identified therein by NNA's declarant (i.e., NNA 004, NNA 007-9, and CCEC 001-10).

Dated: July 25, 2006

ASHBY & GEDDES                              MORRIS, JAMES, HITCHENS & WILLIAMS LLP


_/s/ Tiffany Geyer Lydon_                   _/s/ Richard K. Herrmann_
Steven J. Balick (I.D. #2114)               Richard K. Herrmann (I.D. #405)
John G. Day (I.D. #2403)                    Lewis H. Lazarus (I.D. #2374)
Tiffany Geyer Lydon (I.D. #3950)            Mary B. Matterer (I.D. #2696)
222 Delaware Ave., 17th Floor               222 Delaware Avenue
P.O. Box 1150                               10th Floor
Wilmington, DE  19899                       Wilmington, DE 19899
(302) 654-1888                              (302) 888-6800
sbalick@ashby-geddes.com                    mmatterer@morrisjames.com


*Of Counsel:*                               *Of Counsel:*
Michael D. Kaminski                         Hugh A. Abrams
Pavan K. Agarwal                            Thomas D. Rein
Liane M. Peterson                           Lisa A. Schneider
FOLEY & LARDNER LLP                         Marc A. Cavan
Washington Harbour                          Lara V. Hirshfeld
3000 K Street, N.W.                         SIDLEY AUSTIN LLP
Suite 500                                   One South Dearborn Street
Washington, D.C. 20007-5143                 Chicago, Illinois 60603
(202) 672-5300.                             (312) 853-7000


*Attorneys for Hitachi, Ltd. and*          *Attorneys for BorgWarner Inc. and*
*Hitachi Automotive Products (USA), Inc.*  *BorgWarner Morse TEC Inc.*

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HITACHI, LTD. and HITACHI AUTOMOTIVE )
PRODUCTS (USA), INC. )
                       )
          Plaintiffs, )
                       )
   v. )
                       ) Civil Action No. 05-048-SLR
BORGWARNER INC., )
and BORGWARNER MORSE TEC INC., )
                       )
          Defendants. )
_____)
                       )
BORGWARNER INC., )
                       )
          Counterclaimant, )
                       )
   v. )
                       )
HITACHI, LTD. and HITACHI AUTOMOTIVE )
PRODUCTS (USA), INC. )
                       )
          Counterdefendants. )

## AFFIDAVIT REGARDING INFORMATION PRODUCED BY NON-PARTY
## NISSAN NORTH AMERICA, INC.

I, Larry E. Weissman, do hereby declare and say:

1.     I am currently employed as Senior Manager, Risk Management, at Nissan North America, Inc. ("NNA"). I have been employed by NNA for 14 years.

2.     I have reviewed the documents and information prepared and produced at CCEC0001-00010, NNA0004 and NNA0007-9.

3.     The chart produced at CCEC0003 sets forth sales figures from 1999-2006 for NNA vehicles produced in the United States, which have Hitachi variable camshaft timing components ("VCTs"), that are sold outside the United States. This information was derived from NNA's records generated and maintained in the ordinary course of NNA's business. It is NNA's ordinary practice to generate and maintain records of the type from which the information was derived.

4.    The charts produced at NNA0007, NNA0009 and CCEC0002 set forth sales figures from 1999-2006 for U.S. sales of NNA vehicles with Hitachi VCTs (*i.e.*, actuators and solenoids). This information was derived from NNA's records generated and maintained in the ordinary course of NNA's business. It is NNA's ordinary practice to generate and maintain records of the type from which the information was derived.

5.    The charts produced at CCEC0004-0005 set forth the number of Hitachi cam angle sensors and crank angle sensors purchased by NNA that are used in the vehicles/engines that contain Hitachi VCTs. This information was derived from NNA's records generated and maintained in the ordinary course of NNA's business. It is NNA's ordinary practice to generate and maintain records of the type from which the information was derived.

6.    The number of Hitachi VCTs in a Nissan vehicle correlates to the number of cams per vehicle (*i.e.*, a vehicle with one cam has one VCT), and the number of cam angle sensors in a Nissan vehicle correlates to the number of Hitachi VCTs per vehicle (*i.e.*, a vehicle with one VCT has one cam angle sensor). Each Nissan vehicle that contains Hitachi VCTs has one crank angle sensor per vehicle.

7.    The chart produced at NNA0008-9 sets forth information in NNA's possession reflecting the number of Hitachi VCTs used per each Nissan vehicle/engine. This information was derived from NNA's records generated and maintained in the ordinary course of NNA's business. It is NNA's ordinary practice to generate and maintain records of the type from which the information was derived.

8.    The chart produced at CCEC0006 sets forth the Nissan/Infiniti vehicles and engines that use Hitachi VCTs by model year. The information reflected on this chart was derived from NNA's records generated and maintained in the ordinary course of NNA's business. It is NNA's ordinary practice to generate and maintain records of the type from which the information was derived.

9.    The chart produced at CCEC0007-CCEC0010 sets forth information in NNA's possession reflecting the number of Hitachi oil pumps, air flow sensors, temperature sensors, and throttle position sensors purchased by NNA that are used in vehicles/engines that use Hitachi VCTs. This information was derived from NNA's records generated and maintained in the ordinary course of NNA's business. It is NNA's ordinary practice to generate and maintain records of the type from which the information was derived.

10.    All of the foregoing documents are attached to this affidavit as exhibits, and each of the attached documents is a true and correct copy.

I declare under penalty of perjury that the foregoing is true and correct. Dated this ____ day of ___JULY___, 2006, at _____, ___

By: Larry E. Weissman

2