## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-048-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the

admission *pro hac vice* of Mary M. Calkins to represent Plaintiffs and Counterdefendants

Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc. in the above-entitled matter.

Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of

$25.00 is included to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Hitachi, Ltd., and*
*Hitachi Automotive Products (USA), Inc.*

Dated: July 28, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Mary M.

Calkins is granted.


Date:_____          _____

Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court; am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia, Commonwealth of Virginia, State of Maryland, U.S. Supreme Court, U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Fourth Circuit, and U.S. District Court for the Eastern Division of Virginia; and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: July 28, 2006

Mary M. Calkins

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2006, the attached **MOTION AND ORDER**

**FOR ADMISSION *PRO HAC VICE*** was served upon the following counsel of record in the

manner indicated:


Richard K. Herrmann, Esquire                                             HAND DELIVERY
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801


Hugh A. Abrams, Esquire                                             VIA FEDERAL EXPRESS
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603


*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

154486.1