IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br>     Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC., <br><br>     Defendants. <br><br> BORGWARNER INC., <br><br>     Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>     Counterdefendants. | Civil Action No. 05-048-SLR |

## STIPULATED ORDER

WHEREAS, opening expert reports in the above action are due Wednesday, August 23, 2006,

WHEREAS, BorgWarner and Hitachi each served amended claim construction proposals in July;

WHEREAS, BorgWarner served a second amended proposed claim construction on Monday, August 21, 2006;

WHEREAS, Hitachi's experts used BorgWarner's previous claim construction to prepare their opening expert reports, and they now need time to analyze BorgWarner's second amended construction and re-draft their opening reports; and

WHEREAS, a two-week extension of the deadlines for expert reports and discovery would allow sufficient time for Hitachi's experts to address BorgWarner's most recent claim construction amendments, would preserve the amounts of time that have been allocated for the preparation of answering expert reports and the completion of expert discovery in the current case schedule, and would not impact any of the remaining dates in the current case schedule; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. The deadlines for service of opening and answering expert reports, and for the completion of expert discovery, all are extended by two weeks, to the following dates:

| | |
|---|---|
| opening expert reports | 9-6-06 |
| answering expert reports | 10-5-06 |
| expert discovery cut-off | 10-30-06 |

2. The current case schedule otherwise shall be unaffected hereby and shall remain in full force and effect.

ASHBY & GEDDES

/s/ Steven J. Balick

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys Plaintiffs*

MORRIS JAMES HITCHENS & WILLIAMS LLP

/s/ Mary B. Matterer

Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800

*Attorneys for Defendants*

SO ORDERED, this _____ day of _____, 2006.

_____
Chief Judge

172410.1