IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. <br><br><br> BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | Civil Action No. 05-048-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 13th day of September, 2006, copies of the following document, **DEFENDANTS' FOURTH SUPPLEMENTAL RESPONSE TO HITACHI, LTD.'S INTERROGATORIES NOS. 4 AND 5**, were served on counsel as indicated:

<u>**VIA HAND DELIVERY AND EMAIL**</u>

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com

<u>**VIA FEDERAL EXPRESS AND EMAIL**</u>

Michael D. Kaminski, Esq.
Pavan Agarwal, Esq.
Liane M. Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
202.672.5490
mkaminski@foley.com

Dated: September 13, 2006

                      */s/ Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for BORGWARNER INC. and BORGWARNER MORSE TEC INC.

OF COUNSEL:

Hugh A. Abrams *(pro hac vice)*
Thomas D. Rein *(pro hac vice)*
Lisa A. Schneider *(pro hac vice)*
Marc A. Cavan *(pro hac vice)*
Lara V. Hirshfeld *(pro hac vice)*
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
**ASHBY & GEDDES**
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on September 13, 2006 the foregoing document was served via email and overnight mail on the following non-registered participants:

Michael D. Kaminski, Esq.
Pavan Agarwal, Esq.
Liane Peterson, Esq.
**FOLEY & LARDNER LLP**
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
pagarwal@foley.com
lpeterson@foley.com

　　　　　　　　　　　　　　　　/s/ Mary B. Matterer
　　　　　　　　　　　　　　　Richard K. Herrman (#405)
　　　　　　　　　　　　　　　Mary B. Matterer (I.D. #2696)
　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　Attorneys for Defendants and Counterclaimant,
　　　　　　　　　　　　　　　BORGWARNER INC. and
　　　　　　　　　　　　　　　BORGWARNER MORSE TEC INC.

1457234/1