IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC. and BORGWARNER MORSE TEC INC., <br><br> Defendants. <br><br> BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | C.A. No. 05-048-SLR |

## JOINT STIPULATION

The parties, by and through their undersigned counsel, do hereby stipulate and agree, as follows:

1.  Hitachi will not challenge the authenticity or admissibility of the American Honda Motor Co., Inc. ("AHM") affidavit (attached) or the documents identified therein by AHM's declarant (attached as Exhibits A and B).

Dated: September 20, 2006

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Mary B. Matterer* |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | mmatterer@morrisjames.com |
| sbalick@ashby-geddes.com | |

*Of Counsel:*                                      *Of Counsel:*

William J. Robinson                                Hugh A. Abrams
Kenneth E. Krosin                                  Thomas D. Rein
Michael D. Kaminski                                Lisa A. Schneider
Pavan K. Agarwal                                   Marc A. Cavan
Liane M. Peterson                                  Lara V. Hirshfeld
C. Edward Polk                                     1 South Dearborn Street
FOLEY & LARDNER LLP                                Chicago, Illinois 60603
Washington Harbour                                 (312) 853-7000
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300

*Attorneys for Hitachi, Ltd. and*                  *Attorneys for BorgWarner Inc. and*
*Hitachi Automotive Products (USA), Inc.*          *BorgWarner Morse TEC Inc.*

# ATTACHMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC. and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 05-048-SLR ) ) ) ) ) ) ) |
| BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

**AFFIDAVIT REGARDING INFORMATION PRODUCED BY NON-PARTY AMERICAN HONDA MOTOR CO., INC.**

I, James A. Foley, do hereby declare and say:

1. I am currently employed as Sales and Production Planning Manager at American Honda Motor Co., Inc.("AHM") and have been employed by AHM for 9 years.

2. I have reviewed the documents and information produced by AHM attached hereto as Exhibits as follows:

    A. August 4, 2006 email from Michael C. Weed to Mary B. Matterer (3:51 PM) with attached spreadsheet;

    B. August 4, 2006 email from Michael C. Weed to Mary B. Matterer (4:05 PM).

3.  The spreadsheet attached as part of Exhibit A shows the number of Honda vehicles shipped to the United States from the Sayama factory. This information was derived from records generated and maintained in the ordinary course of AHM's business. It is AHM's ordinary practice to generate and maintain records of the type from which the information was derived.

4.  All of the foregoing documents are attached to this affidavit as exhibits, and each of the attached documents is a true and correct copy.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of September, 2006 at Torrance, California.

*[signature]*
By: James A. Foley
Sales and Production Planning Manager

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| /s/ Tiffany Geyer Lydon | /s/ Richard K. Herrmann |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue |
| P.O. Box 1150 | 10th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 888-6800 |
| sbalick@ashby-geddes.com | mmatterer@morrisjames.com |

*Of Counsel:*
Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007-5143
(202) 672-5300

*Attorneys for Hitachi, Ltd. and
Hitachi Automotive Products (USA), Inc.*

*Of Counsel:*
Hugh A. Abrams
Thomas D. Rein
Lisa A. Schneider
Marc A. Cavan
Lara V. Hirshfeld
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for BorgWarner Inc. and
BorgWarner Morse TEC Inc.*

# EXHIBIT A

8/16/2006

| | |
|---|---|
| From: | Weed, Michael C. <MW7@Orrick.com> |
| To: | Matterer, Mary B. |
| Sent: | 8/04/2006   3:51PM |
| Subject: | FW: Hitachi vs. Borg-Warner  CORP054595 |

Mary,

Here is the spreadsheet that shows imports of CRV and Accord from Saitama factory for the years requested. Civic Type R and Civic Si are not imported into the U.S. from Honda Japan factories. Acura RDX is manufactured in the U.S.

I am trying to confirm whether there are additional numbers of cars that are imported from the Suzuku factory. I will let you know what I find out as soon as I know.

As we discussed, I will not be sending you our responses for the joint stipulation today. As I understand it, with the exception of the last piece of information regarding the Suzuku factory, HNA's provision of this information resolves the need for the motion to compel.

Please feel free to call to discuss. Thanks.

Mike Weed

==============================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==============================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

**Japan Production**

|        | CR-V    |         |
|--------|---------|---------|
| FY2002 | 116,500 | Saitama |
| FY2003 | 88,720  | Saitama |
| FY2004 | 79,960  | Saitama |
| FY2005 | 94,900  | Saitama |
| FY2006 | 93,050  | Saitama |

|        | Accord |         |
|--------|--------|---------|
| FY2003 | 83,120 | Saitama |
| FY2004 | 47,202 | Saitama |
| FY2005 | 23,850 | Saitama |
| FY2006 | 17,910 | Saitama |

# EXHIBIT B

8/16/2006

---

**From:** Weed, Michael C. <MW7@Orrick.com>
**To:** Matterer, Mary B.
**Sent:** 8/04/2006   4:05PM
**Subject:**

Mary,

I've just confirmed that there are no Accords or CR-Vs imported from the Suzuku factory. Therefore, the spreadsheet we sent with the figures for the Saitama factory includes all the cars that are responsive to your requests.

Please confirm that this information will bring this matter to a close, per our prior agreement, and that BorgWarner will not be pursuing its subpoenas or the motion to compel. Feel free to call to discuss. Thanks very much.

Mike Weed
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814
(916) 329-7952 - direct
(916) 329-4900 - fax
mweed@orrick.com

==================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/