## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 05-048-SLR |
| BORGWARNER INC. and<br>BORGWARNER MORSE TEC INC., | ) ) ) | |
| Defendants. | ) ) | |
| BORGWARNER INC., | ) ) | |
| Counterclaimant, | ) ) ) | |
| v. | ) ) ) | |
| HITACHI, LTD. and<br>UNISIA NORTH AMERICA, INC., | ) ) ) | |
| Counterdefendants. | ) | |

### STIPULATION AND ORDER TO AMEND SCHEDULE

WHEREAS BorgWarner has requested to extend the deadline for answering expert reports from October 5, 2006 to October 19, 2006 due to a scheduling conflict with one of BorgWarner's expert witnesses;

WHEREAS Hitachi agrees to this extension,

The parties, by and through their undersigned counsel, do hereby stipulate and agree, subject to the approval of the Court, to further extend the following dates in the Scheduling Order as most recently set forth in the August 23, 2006 Joint Stipulation as follows:

1.    The deadlines for service of answering expert reports, and for the completion of expert discovery, are extended by two weeks, to the following dates:

answering expert reports          10-19-06

expert discovery cut-off          11-13-06

2.    The deadline for filing Daubert motions is extended from October 23, 2006 to November 20, 2006.

3.    The deadline for filing reply briefs in support of motions for summary judgment is extended from November 20, 2006 to November 30, 2006.

4.    None of the remaining dates in the Scheduling Order are affected by this request.


ASHBY & GEDDES

_/s/ John G. Day_
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com

*Of Counsel:*
William J. Robinson
Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
C. Edward Polk
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300

*Attorneys for Hitachi, Ltd. and
Unisia North America, Inc.*


MORRIS, JAMES, HITCHENS &
WILLIAMS LLP

_/s/ Mary B. Matterer_
Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800
mmatterer@morrisjames.com

*Of Counsel:*
Hugh A. Abrams
Thomas D. Rein
Lisa A. Schneider
Marc A. Cavan
Lara V. Fleishman
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for BorgWarner Inc. and
BorgWarner Morse TEC Inc.*


**SO ORDERED** this _____ day of _____, 2006.


_____
Chief Judge Sue L. Robinson