IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>        Plaintiffs, <br><br>    v. <br><br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC., <br><br>        Defendants. <br><br> BORGWARNER INC., <br><br>        Counterclaimant, <br><br>    v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE <br> PRODUCTS (USA), INC., <br><br>        Counterdefendants. | C.A. No. 05-048-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 27th day of September, 2006, **PLAINTIFFS HITACHI, LTD.'S AND HITACHI AUTOMOTIVE PRODUCTS (USA), INC.'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANTS' SIXTH SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                                                       HAND DELIVERY
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Hugh A. Abrams, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

<u>VIA FEDERAL EXPRESS</u>

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc.*

*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated:  September 27, 2006

154488.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19801 | HAND DELIVERY |
| Hugh A. Abrams, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon