IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BORGWARNER INC.,<br>and BORGWARNER MORSE TEC INC.,<br><br>    Defendants.<br>_____<br><br>BORGWARNER INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,<br><br>    Counterdefendants. | Civil Action No. 05-048-SLR |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Rule 16 Scheduling Order in this matter, the Parties hereby submit the following claim chart to present their respective, proposed constructions of disputed claim terms in the patent-in-suit, U.S. Patent No. 5,497,738 ("the '738 patent"). Only claims 10 and 11 are at issue in this litigation.

Terms of the '738 patent which one or more parties contend require construction:

| '738 PATENT CLAIM LANGUAGE | CLAIM TERM | BORGWARNER'S PROPOSED CONSTRUCTION | HITACHI'S PROPOSED CONSTRUCTION |
|---|---|---|---|
| 10. In an internal combustion engine having a variable camshaft timing system for varying the phase angle of a camshaft relative to a crankshaft, | | Preamble is not a limitation.<br><br>Should the Court rule that the preamble forms a limitation of the claim, BorgWarner submits that this portion of the preamble should be construed as: A system for varying the phase angle of a camshaft relative to a crankshaft. | Preamble is a limitation.<br><br>A system in which the angular position of a camshaft relative to a crankshaft is varied in reaction to camshaft torque reversals. |
| a method of regulating the flow of hydraulic fluid from a source to a means for transmitting rotary movement from said crankshaft to a housing, | | Preamble is not a limitation.<br><br>Should the Court rule that the preamble forms a limitation of the claim, BorgWarner submits that this portion of the preamble should be construed as indicated below: | Preamble is a limitation. See below. |
| | a method of regulating the flow of hydraulic fluid | A series of method steps involving controlling the flow of hydraulic fluid (e.g., oil). | A method of directing the flow of oil "internal to the VCT mechanism only" (i.e., internal to the VCT actuator) in order to change the phase angle of a camshaft relative to a crankshaft. |
| | from a source | A point of origin in the engine that supplies oil, such as an oil gallery or oil crankcase. | A supply volume of oil located in a recess on one side of certain of the lobes of a vane in a housing (or piston-cylinder) and pressurized primarily by camshaft torque. |
| | means for transmitting rotary movement from said crankshaft to a | This means plus function clause covers the structure shown in the '738 patent specification for performing the function of transmitting | [§ 112 ¶ 6 function is transmitting rotary movement from said crankshaft to a housing. § 112 ¶ 6 "means" structure |

| | | | |
|---|---|---|---|
| | housing, | rotary movement (transmission of power) from the crankshaft to a housing, and equivalents thereof. The structure includes a crankshaft sprocket, a camshaft sprocket, and a timing chain or timing belt wrapped around the crankshaft sprocket and camshaft sprocket, with a housing connected to the camshaft sprocket, and equivalents thereof. | is, according to the specification:] A sprocket attached to the housing and a chain or belt attaching the sprocket to a crankshaft, or the equivalents under § 112 ¶ 6. |
| | housing | A vane housing having recesses for receiving fluid. | Housing for vane or piston-cylinder structure, as outlined in the "supplying" step |
| comprising the steps of: | | | |
| sensing the positions of said camshaft and said crankshaft; | | The method step of sensing the angular or rotational position of a camshaft and the angular or rotational position of a crankshaft in an engine. | |
| calculating a relative phase angle between said camshaft and said crankshaft, said calculating step using an engine control unit for processing information obtained from said sensing step, | | The method step of calculating or determining the current relative phase angle (or relative angular or rotational position) of the camshaft with respect to the crankshaft and calculating or determining the desired (or target) relative phase angle of the camshaft with respect to the crankshaft. The calculation of the current relative phase angle is made by an electronic control module or engine control unit based on the electronic signals (or information) received that provide the sensed angular or rotational positions of the | Calculating, using an ECU, the desired relative phase angle between the camshaft and crankshaft using the sensed positions of the camshaft and crankshaft. |

| | | camshaft and the crankshaft. | |
|---|---|---|---|
| said engine control unit further issuing a electrical signal corresponding to said phase angle; | | The engine control unit outputs an electronic signal with information representing or designed to lead to the desired (or target) relative camshaft phase angle. | The current control signal issued by the ECU corresponding to the desired relative phase angle between the camshaft and crankshaft. |
| controlling the position of a vented spool slidably positioned within a spool valve body, | | The method step of controlling the position (or location) of a vented spool valve within a spool valve body. | Controlling the position of a vented spool (defined below) in a spool valve body |
| | a vented spool | A spool valve that has a vent or opening to permit fluid (such as oil or air) to flow to the outside of the valve to allow relief of pressure against the spool. | A spool having: (a) an internal passage passing through each end of the spool and leading to atmosphere to eliminate any influence on spool movement due to oil pressure, and (b) an annular recess allowing the flow of oil. |
| | a spool valve body | A body (or hollow member) that has a central passage for movement of the spool within it. | A housing in which the vented spool axially moves. |
| said controlling step being in response to said signal received from said engine control unit, | | Control of the position of the spool is based on a signal from the engine control unit (or electronic control module) that indicates, or is representative of, the desired (or target) relative phase angle of the camshaft. | Using an electromechanical device to change the position of the vented spool, in response to the current control signal from the ECU. |
| said controlling step utilizing an electromechanical actuator to vary the position of said vented spool, | | Using an electromechanical device to change the position of the vented spool in response to the signal from the engine control unit. | |
| said electromechanical actuator comprising a | | The electromechanical actuator for the controlling | The electromechanical device includes a solenoid |

4

| | | | |
|---|---|---|---|
| variable force solenoid; | | step includes a variable force solenoid. A variable force solenoid allows a proportional output, or movement of the armature, that can vary continuously with the input electrical signal. The solenoid does not, in normal operation, cycle through its full stroke with every PWM pulse. | driven by a non-PWM, current control signal from the ECU with the force applied by the solenoid proportionally varying with the magnitude of the current control signal. |
| supplying hydraulic fluid from said source through said spool valve to a means for transmitting rotary movement to said camshaft, said spool valve selectively allowing and blocking flow of hydraulic fluid through an inlet line and through return lines; and, | | The method step of supplying or allowing oil to flow from an oil source through the spool valve to a means for transmitting rotary movement to said camshaft (defined below). The position of the spool in the spool valve can be continuously adjusted or moved to permit flow of fluid or block flow of fluid through an inlet line and return lines (i.e., the valve "selectively allows" fluid flow). | Directing the flow of oil "internal to the VCT mechanism only" from the "source" to the "means for transmitting" to allow cam torque pulsations to rotate the vanes (or shift the piston-cylinder), with:<br><br>(a) the oil from the "source" to the "means for transmitting" flowing via an inlet line and one of two return lines opened and closed responsively to selective axial movement of the annular recess in the spool, and<br><br>(b) the inlet and return lines being attached between the spool valve body and the "means for transmitting". |
| | a means for transmitting rotary movement to said camshaft | A structure that performs the function of transmission of rotary movement to the camshaft, e.g., the structure shown in the specification that includes the housing, recesses and vanes, or equivalents thereof. | [§ 112 ¶ 6 function is transmitting rotary movement to the camshaft. § 112 ¶ 6 "means" structure is:] : (a) the sides of the lobes in the vane (or piston-cylinder) and the corresponding adjacent areas of the housing opposite to the supply volume sides of other lobes in the vane (or piston-cylinder); and (b) check valves that upon the axial |

5

|  |  |  | movement of the annular recess, permit oil from the supply volumes to flow unidirectionally into (a) such that cam torque pulsations may rotate the vanes to change the phase angle of the camshaft relative to the crankshaft, or the equivalents under § 112 ¶ 6. |
|---|---|---|---|
|  | said spool valve selectively allowing and blocking flow of hydraulic fluid through an inlet line and through return lines; and, | The position of the spool can be adjusted or moved to permit flow of fluid or block flow of fluid through an inlet line and return lines (i.e., the valve "selectively allows" fluid flow). | See above. |
|  | an inlet line | At least one line or conduit that allows passage of fluid from the source through the spool valve. | See above in "supplying" step. |
|  | return lines | At least two lines or conduits that allow passage of fluid from the vane housing through the spool valve. | See above in "supplying" step. |
| transmitting rotary movement to said camshaft in such a manner as to vary the phase angle of said camshaft with respect to said crankshaft, said rotary movement being transmitted through a housing, said housing being mounted on said camshaft, said housing further being rotatable with said camshaft and being oscillatable with respect to said camshaft. |  | The method step of transmission of rotary movement (or power) to the camshaft includes structure that permits continuous variation of the phase angle of the camshaft with respect to the crankshaft. The rotary movement is transmitted through a vane housing that is mounted on the camshaft, and the vane housing can be rotated and oscillated with respect to the camshaft in order to permit adjustment of the phase angle of the camshaft with respect to the crankshaft. | Transmitting rotary movement to the camshaft to vary the phase angle of the camshaft relative to the crankshaft. The rotary movement is transmitted through a housing mounted on the camshaft. The housing can rotate with and oscillate relative to the camshaft. |

6

| | housing | A vane housing having recesses for receiving fluid. | Housing for vane or piston-cylinder structure, as outlined in the "supplying" step |
|---|---|---|---|
| 11. The method of claim 10 wherein said variable force solenoid comprises: | | | |
| a coil, said coil being adapted to receive said electrical signal from said engine control unit; | | A coil that is able to receive an electrical signal from the engine control unit. | A coil that receives the current control signal from the ECU |
| an armature, said armature being substantially surrounded by said coil, said armature being connected to said spool, said coil, when energized, creating a magnetic field sufficient to cause said armature to exert a force upon said spool and induce movement in said spool, said movement corresponding to said signal from said engine control unit; | | An armature, or moveable magnetic piece, is substantially surrounded by a coil. Energization of the magnetic field in the coil is sufficient to cause the armature to exert a force upon the spool and induce movement in the spool. The movement of the spool corresponds to, or can be continuously adjusted, by changing the signal from the engine control unit. | Armature is substantially surrounded by the coil. The armature applies a force on the spool in an amount that is proportionally related to the magnitude of the current control signal sent by the ECU. |
| | connected | Movement of the armature causes a corresponding movement of the spool. | Physically attached. |
| | said armature [exerts] a force upon said spool and [induces] movement in said spool, said movement corresponding to said signal from said engine control unit; | The armature applies a force on the spool as a result of the signal from the engine control unit, and the armature causes movement of the spool. | Armature applies a force on the spool in an amount that is proportionally related to the magnitude of the current control signal sent by the ECU. |

| | | | |
|---|---|---|---|
| an air gap, said air gap separating said coil from said armature; and, | | A gap that separates the coil from the armature and may contain non-magnetic material. | A fixed space or gap in the structure between the coil and the armature, extending the length of the armature, without magnetic bearing material between the coil and the armature, and with air in the gap during operation. |
| a housing, said housing providing an enclosure for said coil, said armature, and said air gap. | | A structure that generally encloses the coil, armature and air gap. | |

Dated: September 28, 2006

ASHBY & GEDDES

By: /s/ Tiffany Geyer Lydon
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com

*Of Counsel:*
William J. Robinson
Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
C. Edward Polk
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300

*Attorneys for Hitachi, Ltd. and
Hitachi Automotive Products (USA), Inc.*

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

By: /s/ Mary B. Matterer
Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800
mmatterer@morrisjames.com

*Of Counsel:*
Hugh A. Abrams
Thomas D. Rein
Lisa A. Schneider
Marc A. Cavan
Lara V. Fleishman
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for BorgWarner Inc. and
BorgWarner Morse TEC Inc.*