# Exhibit 1

US005497738A

# United States Patent [19]

## Siemon et al.

[11] Patent Number: 5,497,738

[45] Date of Patent: * Mar. 12, 1996

[54] **VCT CONTROL WITH A DIRECT ELECTROMECHANICAL ACTUATOR**

[75] Inventors: **Edward C. Siemon; Stanley B. Quinn, Jr.,** both of Ithaca, N.Y.

[73] Assignee: **Borg-Warner Automotive, Inc.,** Sterling Heights, Mich.

[ * ] Notice: The portion of the term of this patent subsequent to Jun. 15, 2010, has been disclaimed.

[21] Appl. No.: **56,635**

[22] Filed: **May 3, 1993**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 940,273, Sep. 3, 1992, Pat. No. 5,218,935.

[51] Int. Cl.⁶ ........................................................ F01L 1/34
[52] U.S. Cl. ......................... 123/90.17; 123/90.31; 137/312
[58] Field of Search ........................... 123/90.15, 90.17, 123/90.31; 74/568 R; 137/312, 625.65; 464/1, 2, 160

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,762,141 | 8/1988 | Karpis | 137/312 |
| 4,856,465 | 8/1989 | Denz et al. | 123/90.17 |
| 4,858,572 | 8/1989 | Shirai et al. | 123/90.12 |
| 5,000,420 | 3/1991 | Hendrixon | 137/625.65 |
| 5,012,774 | 5/1991 | Stamber et al. | 123/90.17 |
| 5,056,477 | 10/1991 | Linder et al. | 123/90.17 |
| 5,068,456 | 2/1992 | Suga | 123/90.17 |
| 5,150,671 | 9/1992 | Suga | 123/90.17 |
| 5,172,659 | 12/1992 | Butterfield et al. | 123/90.17 |
| 5,201,289 | 4/1993 | Imai | 123/90.17 |
| 5,218,935 | 6/1993 | Quinn, Jr. et al. | 123/90.17 |
| 5,271,360 | 12/1993 | Kano et al. | 123/90.17 |

Primary Examiner—Weilun Lo
Attorney, Agent, or Firm—Willian Brinks Hofer et al.; Greg Dziegielewski

[57] **ABSTRACT**

A camshaft (126) has a vane (160) secured to an end thereof for non-oscillating rotation therewith. The camshaft also carries a sprocket (132) which can rotate with the camshaft but which is also oscillatable with the camshaft. The vane has opposed lobes (160a, 160b) which are received in opposed recesses (132a, 132b), respectively, of the sprocket. The recesses have greater circumferential extent than the lobes to permit the vane and sprocket to oscillate with respect to one another, and thereby permit the camshaft to change in phase relative to a crankshaft whose phase relative to the sprocket is fixed by virtue of a chain drive extending therebetween. The camshaft tends to change in reaction to pulses which it experiences during its normal operation, and it is permitted to change only in a given direction, either to advance or retard, by selectively blocking or permitting the flow of hydraulic fluid, preferably engine oil, through the return lines (194, 196) from the recesses by controlling the position of a vented spool (200) within a valve body (198) of a control valve (192) in response to a signal indicative of an engine operating condition from an engine control unit (208) via cable (238). The vented spool is selectively positioned within the valve body by a electromechanical actuator (201) which is controlled by the engine control unit. The spool is centered when an optimum phase angle between crankshaft and camshaft is achieved.

**13 Claims, 13 Drawing Sheets**



**U.S. Patent**          Mar. 12, 1996          Sheet 1 of 13          5,497,738



FIG. 1



FIG. 2



FIG. 6



FIG. 3

FIG. 5



FIG. 4

FIG. 9



FIG. 7



FIG. 8



FIG. 10



FIG. 11

Case 1:05-cv-00048-SLR    Document 266-2    Filed 09/28/2006    Page 10 of 53



FIG. 12



FIG. 13



FIG. 15                    FIG. 16



FIG. 14



FIG. 17



FIG. 18



FIG. 19



FIG. 20

5,497,738

**1**

## VCT CONTROL WITH A DIRECT ELECTROMECHANICAL ACTUATOR

### CROSS REFERENCE TO APPLICATION

This application is a continuation-in-part of application Ser. No. 940,273 which was filed Sep. 3, 1992, now U.S. Pat. No. 5,218,935, granted Jun. 15, 1993.

### FIELD OF THE INVENTION

This invention relates to an hydraulic control system for controlling the operation of a variable camshaft timing (VCT) system of the type in which the position of the camshaft is circumferentially varied relative to the position of a crankshaft in reaction to torque reversals experienced by the camshaft during its normal operation. In such a VCT system, an electromechanical/hydraulic system is provided to effect the repositioning of the camshaft in reaction to such torque reversals, and a control system is provided to selectively permit or prevent the hydraulic system from effecting such repositioning.

More specifically, the present invention relates to a control system which utilizes a variable force solenoid to directly control the position of a fully vented spool valve which is an useful part of the hydraulic system.

### BACKGROUND OF THE INVENTION

Consideration of information disclosed by the following U.S. Patents, which are all hereby incorporated by reference, is useful when exploring the background of the present invention.

U.S. Pat. No. 5,002,023 describes a VCT system within the field of the invention in which the system hydraulics includes a pair of oppositely acting hydraulic cylinders with appropriate hydraulic flow elements to selectively transfer hydraulic fluid from one of the cylinders to the other, or vice versa, to thereby advance or retard the circumferential position on of a camshaft relative to a crankshaft. The control system utilizes a control valve in which the exhaustion of hydraulic fluid from one or another of the oppositely acting cylinders is permitted by moving a spool within the valve one way or another from its centered or null position. The movement of the spool occurs in response to an increase or decrease in control hydraulic pressure, $P_C$, on one end of the spool and the relationship between the hydraulic force on such end and an oppositely direct mechanical force on the other end which results from a compression spring that acts thereon.

U.S. Pat. No. 5,107,804 describes an alternate type of VCT system within the field of the invention in which the system hydraulics include a vane having lobes within an enclosed housing which replace the oppositely acting cylinders disclosed by the aforementioned U.S. Pat. No. 5,002,023. The vane is oscillatable with respect to the housing, with appropriate hydraulic flow elements to transfer hydraulic fluid within the housing from one side of a lobe to the other, or vice versa, to thereby oscillate the vane with respect to the housing in one direction or the other, an action which is effective to advance or retard the position of the camshaft relative to the crankshaft. The control system of this VCT system is identical to that divulged in U.S. Pat. No. 5,002, 023, using the same type of spool valve responding to the same type of forces acting thereon.

**2**

U.S. Pat. Nos. 5,172,659 and 5,184,578 both address the problems of the aforementioned types of VCT systems created by the attempt to balance the hydraulic force exerted against one end of the spool and the mechanical force exerted against the other end. The improved control system disclosed in both U.S. Pat. Nos. 5,172,659 and 5,184,578 utilizes hydraulic force on both ends of the spool. The hydraulic force on one end results from the directly applied hydraulic fluid from the engine oil gallery at full hydraulic pressure, $P_s$. The hydraulic force on the other end of the spool results from an hydraulic cylinder or other force multiplier which acts thereon in response to system hydraulic fluid at reduced pressure, $P_C$, from a PWM solenoid. Because the force at each of the opposed ends of the spool is hydraulic in origin, based on the same hydraulic fluid, changes in pressure or viscosity of the hydraulic fluid will be self-negating, and will not affect the centered or null position of the spool. There are, however, several disadvantages inherent in the inventions disclosed in the '659 and '578 patents.

One disadvantage is the inability of this differential pressure control system ("DPCS") to properly control the position of the spool during the initial start-up phase of the engine. When the engine first starts, it takes several seconds for oil pressure to develop. During that time, the position of the spool valve is unknown. Because the system logic has no known quantity with which to perform the necessary calculations, the DPCS is prevented from effectively controlling the spool valve position until the engine reaches normal operating speed.

Another problem with existing VCT systems is sluggish dynamic response. Even after the engine stabilizes at normal operating speed, individual characteristics vary substantially from engine to engine. A new engine at high speed and low temperature can have a drastically different oil pressure than a worn engine at hot idle. Current methods employed to allow operation over such a wide spectrum of engine characteristics (such as increased cross-sectional area of the hydraulic piston and the undersizing of springs) result in a slow response time, requiring relatively low closed-loop controller gains to maintain stability.

The low closed-loop controller gains render the system more sensitive to component tolerances and operating environment. The net effects (such as a change in the PWM duty cycle required to achieve a null position of the spool) cause degradation of overall closed-loop system performance.

Finally, the moving parts of the PWM solenoid typically used in a conventional DPCS create unwanted noise in the system. During operation, the solenoid cycles through its full stroke with every PWM pulse. The rapid cycling results in armature and poppet "chatter", i.e., high frequency collisions, thus introducing the unwanted noise.

### SUMMARY OF THE INVENTION

The present invention provides an improved method and apparatus for controlling the position of a vented spool in a hydraulic control valve. Specifically, the present invention provides an improved method and apparatus for controlling the position of a vented spool in an hydraulic control valve in a VCT system, for example, a hydraulic control valve similar to the one used in an oppositely-acting hydraulic cylinder VCT timing system of the type disclosed in U.S. Pat. No. 5,002,023, or a hydraulic control valve similar to the one used in a vane-type VCT timing system of the type disclosed in U.S. Pat. No. 5,107,804.

5,497,738

3

The control system, of the present invention eliminates the hydraulic force on one end of the spool resulting from directly applied hydraulic fluid from the engine oil gallery at full hydraulic pressure, $P_S$, utilized by previous embodiments of the VCT system. The force on the other end of the vented spool results from an electromechanical actuator, preferably of the variable force solenoid type, which acts directly upon the vented spool in response to an electronic signal issued from an engine control unit ("ECU") which monitors various engine parameters. The ECU receives signals from sensors corresponding to camshaft and crankshaft positions and utilizes this information to calculate a relative phase angle. The preferred embodiment employs a closed-loop feedback system, such as the one disclosed in U.S. Pat. No. 5,184,578, which corrects for any phase angle error. The present invention offers an efficient and economical solution to the problems recited above, as well as additional advantages over the conventional DPCS.

When the relationship between spool position and control signal (solenoid current) is independent of engine oil pressure, any problems associated with oil pressure or its fluctuation are eliminated. For example, the lack of normal operating oil pressure during initial engine start-up does not result in start-up error because the signal from the ECU is fed immediately to the solenoid which directly positions the spool.

The use of a variable force solenoid also solves the problem of sluggish dynamic response. Such a device can be designed to be as fast as the mechanical response of the spool valve, and certainly much faster than the conventional (fully hydraulic) DPCS. The faster response allows the use of increased closed-loop gain, making the system less sensitive to component tolerances and operating environment.

Also, a variable force solenoid armature only travels a short distance, as controlled by the current from the ECU, as opposed to the complete cycles which result from the use of a PWM solenoid. Because the travel required rarely results in extremes, the chattering is eliminated, rendering the system virtually noise-free.

Possibly the most important advantage over the conventional DPCS is the improved control of the basic system. The present invention provides a greatly enhanced ability to quickly and accurately follow a command input of VCT phase.

Furthermore, because the preferred embodiment of the present invention is not dependent upon oil pressure, the present invention can be used for applications where an oil-free actuator is desirable, such as with timing belt engines.

In an alternate embodiment, a lever arrangement or equivalent is functionally positioned between the electromechanical actuator and the spool. The lever arrangement effectively acts as a stroke amplifier/force attenuator, allowing either a reduction in the required solenoid current or reduction in the air gap distance without sacrificing valve travel.

Accordingly, it is an object of the present invention to provide an improved method and apparatus for controlling the operation of a hydraulic control valve of the vented spool type. It is a further object of the present invention to provide an improved method and apparatus for controlling the operation of a hydraulic control valve of the vented spool type in an automotive variable camshaft timing system.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawings and the following brief description thereof, to the detailed

4

description of the preferred embodiment, and to the appended claims.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a fragmentary view of a dual camshaft internal combustion engine incorporating an embodiment of a variable camshaft timing arrangement according to the present invention, the view being taken on a plane extending transversely through the crankshaft and the camshafts and showing the intake camshaft in a retarded position relative to the crankshaft and the exhaust camshaft;

FIG. 2 is a fragmentary view similar to a portion of FIG. 1 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 3 is a fragmentary view taken on line 3—3 of FIG. 6 with some of the structure being removed for the sake of clarity and being shown in the retarded position of the device;

FIG. 4 is a fragmentary view similar to FIG. 3 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 5 is a fragmentary view showing the reverse side of some of the structure illustrated in FIG. 1;

FIG. 6 is a fragmentary view taken on line 6—6 of FIG. 4;

FIG. 7 is a fragmentary view taken on line 7—7 of FIG. 1;

FIG. 8 is a sectional view taken on line 8—8 of FIG. 1;

FIG. 9 is a sectional view taken on line 9—9 of FIG. 1;

FIG. 10 is an end elevational view of a camshaft with an alternative embodiment of a variable camshaft timing system applied thereto;

FIG. 11 is a view similar to FIG. 10 with a portion of the structure thereof removed to more clearly illustrate other portions thereof;

FIG. 12 is a sectional view taken on line 12—12 of FIG. 10;

FIG. 13 is a sectional view taken on line 13—13 of FIG. 10;

FIG. 14 is a sectional view taken on line 14—14 of FIG. 11;

FIG. 15 is an end elevational view of an element of the variable camshaft timing system of FIGS. 10–14;

FIG. 16 is an elevational view of the element of FIG. 15 from the opposite end thereof;

FIG. 17 is a side elevational view of the element of FIGS. 15 and 16;

FIG. 18 is an elevational view of the element of FIG. 17 from the opposite side thereof; and

FIG. 19 is a simplified schematic view of the variable camshaft timing arrangement of FIGS. 10–18; and

FIG. 20 is a simplified schematic view similar to FIG. 19 of an alternative embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

In the embodiment of FIGS. 1–9, a crankshaft 22 has a sprocket 24 keyed thereto, and rotation of the crankshaft 22 during the operation of the engine in which it is incorporated, otherwise not shown, is transmitted to an exhaust camshaft 26, that is, a camshaft which is used to operate the exhaust valves of the engine, by a chain 28 which is trained

5,497,738

5

around the sprocket 24 and a sprocket 30 which is keyed to the camshaft 26. Although not shown, it is to be understood that suitable chain tighteners will be provided to ensure that the chain 28 is kept tight and relatively free of slack. As shown, the sprocket 30 is twice as large as the sprocket 24. This relationship results in a rotation of the camshaft 26 at a rate of one-half that of the crankshaft 22, which is proper for a 4-cycle engine. It is to be understood that the use of a belt in place of the chain 28 is also contemplated.

The camshaft 26 carries another sprocket, namely sprocket 32, FIG. 3, 4 and 6, journalled thereon to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable with the camshaft 26. Rotation of the camshaft 26 is transmitted to an intake camshaft 34 by a chain 36 which is trained around the sprocket 32 and a sprocket 38 that is keyed to the intake camshaft 34. As shown, the sprockets 32 and 38 are equal in diameter to provide for equivalent rates of rotation between the camshaft 26 and the camshaft 34. The use of a belt in place of the chain 36 is also contemplated.

As is illustrated in FIG. 6, an end of each of the camshafts 26 and 34 is journalled for rotation in bearings 42 and 44, respectively, of the head 50, which is shown fragmentally and which is bolted to an engine block, otherwise not shown, by bolts 48. The opposite ends of the camshafts 26 and 34, not shown, are similarly journalled for rotation in an opposite end, also not shown, of the head 50. The sprocket 38 is keyed to the camshaft 34 at a location of the camshaft 34 which is outwardly of the head 50. Similarly, the sprockets 32 and 30 are positioned, in series, on the camshaft 26 at locations outwardly of the head 50, the sprocket 32 being transversely aligned with the sprocket 38 and the sprocket 30 being positioned slightly outwardly of the sprocket 32, to be transversely aligned with the sprocket 24.

The sprocket 32 has an arcuate retainer 52 (FIGS. 7 and 8) as an integral part thereof, and the retainer 52 extends outwardly from the sprocket 32 through an arcuate opening 30a in the sprocket 30. The sprocket 30 has an arcuate hydraulic body 46 bolted thereto and the hydraulic body 46, which houses certain of the hydraulic components of the associated hydraulic control system, receives and pivotally supports the body end of each of a pair of oppositely acting, single acting hydraulic cylinders 54 and 56 which are positioned on opposite sides of the longitudinal axis of the camshaft 26. The piston ends of the cylinders 54 and 56 are pivotally attached to an arcuate bracket 58, and the bracket 58 is secured to the sprocket 32 by a plurality of threaded fasteners 60. Thus, by extending one of the cylinders 54 and 56 and by simultaneously retracting the other of the cylinders 54 and 56, the arcuate position of the sprocket 32 will be changed relative to the sprocket 30, either to advance the sprocket 32 if the cylinder 54 is extended and the cylinder 56 is retracted, which is the operating condition illustrated in FIGS. 2 and 4, or to retard the sprocket 32 relative to the sprocket 30 if the cylinder 56 is extended and the cylinder 54 is retracted, which is the operating condition illustrated in FIGS. 1, 3, 7 and 8. In either case, the retarding or advancing of the position of the sprocket 32 relative to the position of the sprocket 30, which is selectively permitted or prevented in reaction to the direction of torque in the camshaft 26, as explained in the aforesaid U.S. Pat. No. 5,002,023, will advance or retard the position of the camshaft 34 relative to the position of the camshaft 26 by virtue of the chain drive connection provided by the chain 36 between the sprocket 32, which is journalled for limited relative arcuate movement on the camshaft 26, and the sprocket 38, which is keyed to the camshaft 34. This relationship can be seen in

6

the drawing by comparing the relative position of a timing mark 30b on the sprocket 30 and a timing mark 38a on the sprocket 38 in the retard position of the camshaft 34, as is shown in FIGS. 1 and 3, to their relative positions in the advanced position of the camshaft 34, as is shown in FIGS. 2 and 4.

FIGS. 10–20 illustrate two embodiments of the present invention in which a housing in the form of a sprocket 132 is oscillatingly journalled on a camshaft 126. The camshaft 126 may be considered to be the only camshaft of a single camshaft engine, either of the overhead camshaft type or the in block camshaft type. Alternatively, the camshaft 126 may be considered to be either the intake valve operating camshaft or the exhaust valve operating camshaft of a dual camshaft engine. In any case, the sprocket 132 and the camshaft 126 are rotatable together, and are caused to rotate by the application of torque to the sprocket 132 by an endless roller chain 138, shown fragmentally, which is trained around the sprocket 132 and also around a crankshaft, not shown. As will be hereinafter described in greater detail, the sprocket 132 is oscillating journalled on the camshaft 126 so that it is oscillatable at least through a limited arc with respect to the camshaft 126 during the rotation of the camshaft, an action which will adjust the phase of the camshaft 126 relative to the crankshaft.

An annular pumping vane 160 is fixedly positioned on the camshaft 126, the vane 160 having a diametrically opposed pair of radially outwardly projecting lobes 160a, 160b and being attached to an enlarged end portion 126a of the camshaft 126 by bolts 162 which pass through the vane 160 into the end portion 126a. In that regard, the camshaft 126 is also provided with a thrust shoulder 126b to permit the camshaft to be accurately positioned relative to an associated engine block, not shown. The pumping vane 160 is also precisely positioned relative to the end portion 126a by a dowel pin 164 which extends therebetween. The lobes 160a, 160b are received in radially outwardly projecting recesses 132a, 132b, respectively, of the sprocket 132, the circumferential extent of each of the recesses 132a, 132b being somewhat greater than the circumferential extent of the vane lobe 160a, 160b which is received in such recess to permit limited oscillating movement of the sprocket 132 relative to the vane 160. The recesses 132a, 132b are closed around the lobes 160a, 160b, respectively, by spaced apart, transversely extending annular plates 166, 168 which are fixed relative to the vane 160, and, thus, relative to the camshaft 126, by bolts 170 which extend from one to the other through the same lobe, 160a, 160b. Further, the inside diameter 132c of the sprocket 132 is sealed with respect to the outside diameter of the portion 160d of the vane 160 which is between the lobes 160a, 160b, and the tips of the lobes 160a, 160b of the vane 160 are provided with seal receiving slots 160e, 160f, respectively. Thus each of the recesses 132a, 132b of the sprocket 132 is capable of sustaining hydraulic pressure, and within each recess 132a, 132b, the portion on each side of the lobe 160a, 160b, respectively, is capable of sustaining hydraulic pressure.

The functioning of the structure of the embodiment of FIGS. 10–18, as thus far described, may be understood by reference to schematic FIGS. 19 and 20. It also is to be understood, however, that the hydraulic control system of FIGS. 19 and 20 is also applicable to an opposed hydraulic cylinder VCT system corresponding to the embodiment of FIGS. 1–9, as well as to a vane type VCT system corresponding to the embodiment of FIGS. 10–18.

In any case, hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 132a, 132b by

5,497,738

7

way of common inlet line 182. Inlet line 182 terminates at a juncture between opposed check valves 184 and 186 which are connected to recesses 132a, 132b, respectively, by branch lines 188, 190, respectively. Check valves 184, 186 have annular seats 184a, 186a, respectively, to permit the flow of hydraulic fluid through check valves 184, 186 into recesses 132a, 132b, respectively. The flow of hydraulic fluid through check valves 184, 186 is blocked by floating balls 184b, 186b, respectively, which are resiliently urged against seats 184a, 186a, respectively, by springs 184c, 186c, respectively. Check valves 184, 186, thus, permit the initial filling of recesses 132a, 132b and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters inlet line 182 by way of spool valve 192, which is incorporated within camshaft 126, and hydraulic fluid is returned to spool valve 192 from recesses 132a, 132b by return lines 194, 196, respectively.

Spool valve 192 is made up of cylindrical member 198 and vented spool 200 which is slidable to and fro within cavity 198a. Vented spool 200 has cylindrical lands 200a and 200b on opposed ends thereof, and lands 200a and 200b, which fit snugly within member 198, are positioned so that land 200b will block the exit of hydraulic fluid from return line 196, or land 200a will block the exit of hydraulic fluid from return line 194, or lands 200a and 200b will block the exit of hydraulic fluid from both return lines 194 and 196, as is schematically shown in FIGS. 19 and 20, where camshaft 126 is being maintained in a selected intermediate position relative to the crankshaft of the associated engine, referred to as the "null" position of spool 200.

In the present invention, the position of vented spool 200 within member 198 is influenced by spring 202 which acts on the end of land 200a. Thus, spring 202 resiliently urges spool 200 to the left, as oriented in FIGS. 19 and 20. Inlet line 182 receives its pressurized fluid (engine oil) directly from main oil gallery ("MOG") 230 of the engine by way of conduit 230a, bypassing vented spool 200. This oil is also used to lubricate bearing 232 in which camshaft 126 of the engine rotates.

The control of the position of spool 200 within member 198 is in direct response to electromechanical actuator 201, preferably a variable force solenoid, as shown in FIG. 19. An electrical current is introduced via cable 238 through solenoid housing 201d into solenoid coil 201a which repels, or "pushes", armature 201b bears against extension 200c of vented spool 200, thus moving vented spool 200 to the right, as oriented in FIG. 19. If the force of spring 202 is in balance with the force exerted by armature 201b in the opposite direction, spool 200 will remain in its null or centered position. Thus, vented spool 200 can be moved in either direction by increasing or decreasing the current to solenoid coil 201a, as the case may be. Of course, the configuration of solenoid 201 may be reversed, converting the force on spool extension 200c from a "push" to a "pull." This would require the function of spring 202 to be redesigned to counteract the force in the new direction of armature 201b movement. However, there are instances when it is desirable for spool 200 to be forced to the far left, or biased, position. The location of spring 202 in cavity 198c, as shown in FIG. 19, or in cavity 198a, as shown in FIG. 20, ensures the return of spool 200 to its biased position when there is no current applied to solenoid coil 201a, such as periods of power failure or engine shutdown.

The movement of armature 201b is controlled by an electrical current applied to solenoid coil 201a in response to a control signal from electronic engine control unit (ECU)

8

208, shown schematically in FIG. 19, which may be of conventional construction. In previous versions of the VCT system, the force exerted against spool extension 200c must balance with the force of spring 202 plus any system oil pressure in cavity 198a acting on the end of land 200a if a null position of spool 200 was desired. A problem arose when attempting to achieve this balance because the system included a component which could vary significantly, namely oil pressure. The optimum solution is a control system completely independent of variable parameters, i.e., one independent of engine oil pressure.

In the present invention, oil pressure in cavity 198a is relieved, leaving only the force of armature 201b to be balanced against the force of spring 202 to achieve a null position of spool 200. Relieving the pressure in cavity 198a may be accomplished, for example, by providing an engine oil flow path to the vane system which bypasses spool 200, that is, does not utilize a passage internal to spool 200 to supply oil to inlet line 182, as in previous systems. The bypass of spool 200 may be achieved by connecting bypass line 220a directly to inlet line 182 and substituting inlet oil check valve 222a for the check valve previously contained in the passage internal to the spool. In conjunction with providing an alternate flow path, venting spool valve 198 to atmosphere via vent 198d would complete the objective of relieving the pressure in cavity 198a which acted on the end of land 200a in previous VCT systems.

With the oil pressure variable eliminated, the only forces left to consider in controlling the position of vented spool 200 are ones with predictable rates of change. The force of armature 201b corresponds to the electrical current applied to solenoid coil 201a, and the force of spring 202 is also predictable (with respect to spring position). The result is the position of spool 200 being readily ascertainable based on solenoid current alone.

The type of solenoid normally used in the preferred embodiment is the cylindrical armature, or variable area, solenoid shown in FIG. 19. Main air gap 201c extends radially around armature 201b and may contain nonmagnetic bearing material. As armature 201c moves axially, the cylindrical area of main gap 201c increases but the force and distance to the coil remain constant. Because the force is relatively insensitive to axial armature position, an extremely precise distance from solenoid housing 201d to vented spool 200 is not required.

An alternate embodiment of the present invention is shown in FIG. 20. A variable force solenoid of the flat-faced armature, or variable gap, type is used. Force is inversely proportional to the square of air gap 201c. It is thus advantageous to limit air gap 201c to a relatively small value. By using a stroke amplifier in conjunction with a variable gap solenoid, a net gain in force can be achieved. Lever arrangement 201e connects armature 201b with spool extension 200c and provides just such a gain in force. This net gain can be exploited by reducing the physical size of electromechanical actuator 201, thus decreasing the current requirements of solenoid coil 201a without sacrificing valve travel.

By using only imbalances between an electrically-generated force on one end 200a of spool 200 and a spring force on other end 200b for movement in one direction or another (as opposed to using imbalances between hydraulic loads from a common source on both ends), the control systems of FIGS. 19, and 20 are completely independent of hydraulic system pressure. Thus, it is not necessary to design a compromised system to operate within a potentially wide

5,497,738

9

spectrum of oil pressures, such that may be attributed to individual characteristics of particular engines. In that regard, by designing a system which operates within a narrower range of parameters, it is possible to rapidly and accurately position the spool 200 in its null position for enhanced operation of a VCT system.

The vane 160 is alternatingly urged in clockwise and counterclockwise directions by the torque pulsations in the camshaft 126 and these torque pulsations tend to oscillate vane 160, and, thus, camshaft 126, relative to sprocket 132. However, in the spool position shown in FIGS. 19 and 20, such oscillation is prevented by the hydraulic fluid within recesses 132a, 132b of sprocket 132 on opposite sides of lobes 160a, 160b, respectively, of vane 160, because no hydraulic fluid can leave either recesses 132a or 132b. Both return lines 194, 196 are blocked by the position of vented spool 200. If, for example, it is desired to permit camshaft 126 and vane 160 to move in a counterclockwise direction with respect to sprocket 132, it is only necessary to increase the amount of current to solenoid coil 201a. This will "push" armature 201b to the right, urge spool 200 to the right, and thereby unblock return line 194. In this condition of the apparatus, counterclockwise torque pulsations in camshaft 126 will pump fluid out of the portion of recess 132a and allow lobe 160a of vane 160 to move into the other portion of recess 132a which has been emptied of hydraulic fluid. However, reverse movement of vane 160 will not occur as the torque pulsations in camshaft 126 become oppositely directed unless and until vented spool 200 moves to the left, because of the blockage of fluid flow through return line 196 by land 200b of spool 200. While illustrated as a separate closed passage in FIGS. 19 and 20, the periphery of vane 160 has open oil passage slot 160c shown in FIGS. 10, 11, 15, 16 and 17, which permits the transfer of oil between the portion of recess 132a on the right side of lobe 160a and the portion of recess 132b on the right side of lobe 160b, which are the non-active sides of lobes 160a and 160b; thus, counterclockwise movement of vane 160 relative to sprocket 132 will occur when flow is permitted through return line 194 and clockwise movement will occur when flow is permitted through return line 196.

Further, inlet line 182 is provided with extension 182a to the non-active side of one of lobes 160a or 160b, shown as lobe 160b, to permit a continuous supply of make-up oil to the non-active sides of lobes 160a, 160b for better rotational balance, improved damping of vane motion, and improved lubrication of the bearing surfaces of vane 160. The flow of make-up oil does not affect, and is not affected by, the operation of electromechanical actuator 201. Make-up oil will continue to be provided to lobes 160a and 160b.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. An internal combustion engine, comprising:

a crankshaft, said crankshaft being rotatable about an axis;

a camshaft (126), said camshaft being rotatable about a second axis, said camshaft being subject to torque reversals during rotation thereof;

a vane (160), said vane having first and second circumferentially spaced apart lobes (160a, 160b), said vane being attached to said camshaft, said vane being rotat-

10

able with said camshaft and being non-oscillatable with respect to said camshaft;

a housing (132), said housing being rotatable with said camshaft and being oscillatable with respect to said camshaft, said housing having first and second circumferentially spaced apart recesses (132a, 132b), each of said first and second recesses receiving one of said first and second lobes and permitting oscillating movement of said one of said first and second lobes therein;

means for transmitting rotary movement from said crankshaft to said housing; and,

means for controlling the oscillation of said housing, said control means being reactive to torque reversals in said camshaft for varying the position of said housing relative to said camshaft, said control means comprising:

a spool valve body (198);

a spool (200), said spool being reciprocable within said body and having first and second spaced apart lands (200a, 200b), said spool further having a vent to atmosphere (198d);

a first return line means (194) extending from one of said first recess and said second recess to said spool valve body, one of said first and second lands blocking flow through said first return line means in a first range of positions of said spool within said valve body and permitting flow through said first return line means in a second range of positions of said spool within said valve body;

a second return line means (196) extending from the other of said first recess and said second recess to said valve body, the other of said first and second lands blocking flow through said second return line means in said second range of positions of said spool within said valve body, permitting flow through said second return line means in a first portion of said first range of positions of said spool within said valve body, and blocking flow through said second return line means in a second portion of said first range of positions of said spool within said valve body;

an inlet line means (182) extending from said valve body to each of said first recess and said second recess, said inlet line means permitting hydraulic fluid to flow from said valve body to said each of said first recess and said second recess regardless of the position of said spool, said inlet line means having check valve means (184, 186) for preventing the flow of hydraulic fluid from each of said first recess and said second recess to said valve body;

means for sensing (207a, 207b) the positions of said crankshaft and said camshaft;

an engine control unit (208), said engine control unit for receiving information from said sensing means and for calculating a relative phase angle between said crankshaft and said camshaft using said information;

an electromechanical actuator (201), said electromechanical actuator comprising a variable force solenoid, said variable force solenoid for controlling the position of said spool in response to a signal issued from said engine control unit; and,

means for biasing (202) said spool valve, said biasing means for urging said spool valve to a full advance position during periods when said electromechanical actuator is deenergized.

2. An engine according to claim 1 wherein each of said first and second lobes respectively divides each of said first

5,497,738

11

and second recesses into a first portion and a second portion, each of said one of said first portion and said second portion of said each of said first and second recesses being capable of sustaining hydraulic pressure.

3. An engine according to claim 2 wherein said control means is capable of being reversed to transfer hydraulic fluid out of said one of said first portion and said second portion of said each of said first and second recesses and to transfer hydraulic fluid into said other of said first portion and said second portion of said each of said first and second recesses.

4. An engine according to claim 3 wherein said hydraulic fluid comprises engine lubricating oil, said engine further comprising at least one conduit means (230a) for transferring engine lubricating oil from a pressurized lubricating oil source (230) to said control means and back again in response to said torque reversals of said camshaft.

5. An engine according to claim 4 further comprising means for hydraulically connecting (182a) one of said first portion and said second portion of one of said first recess and said second recess with one of said first portion and said second portion of the other of said first recess and said second recess to permit hydraulic fluid to flow between said one of said first portion and said second portion of said one of said first recess and said second recess and said one of said first portion and said second portion of said other of said first recess and said second recess.

6. An engine according to claim 5 further comprising at least one other conduit means (220a), said other conduit means providing communication for the flow of hydraulic fluid through said valve body to said inlet line means, said other conduit means having second check valve means (222a) for preventing the flow of hydraulic fluid from said inlet line means through said valve body.

7. An engine according to claim 1 wherein said variable force solenoid comprises:

a coil (201a), said solenoid coil for receiving an electrical current from said engine control unit;

an armature (201b), said armature being substantially surrounded by said coil, said armature being connected to said spool, said coil, when energized, for creating a magnetic field sufficient to cause said armature to exert a force upon said spool and induce movement in said spool, said movement corresponding to said signal from said engine control unit;

an air gap, said air gap for separating said coil from said armature; and,

a housing, said housing for providing an enclosure for said coil, said armature, and said air gap.

8. An engine according to claim 1 wherein said electromechanical actuator further comprises a stroke amplifier, said stroke amplifier providing a net gain in force as applied to said vented spool.

9. An engine according to claim 8 wherein said stroke amplifier comprises a lever arrangement (201e).

12

10. In an internal combustion engine having a variable camshaft timing system for varying the phase angle of a camshaft relative to a crankshaft, a method of regulating the flow of hydraulic fluid from a source to a means for transmitting rotary movement from said crankshaft to a housing, comprising the steps of:

sensing the positions of said camshaft and said crankshaft;

calculating a relative phase angle between said camshaft and said crankshaft, said calculating step using an engine control unit for processing information obtained from said sensing step, said engine control unit further issuing a electrical signal corresponding to said phase angle;

controlling the position of a vented spool slidably positioned within a spool valve body, said controlling step being in response to said signal received from said engine control unit, said controlling step utilizing an electromechanical actuator to vary the position of said vented spool, said electromechanical actuator comprising a variable force solenoid;

supplying hydraulic fluid from said source through said spool valve to a means for transmitting rotary movement to said camshaft, said spool valve selectively allowing and blocking flow of hydraulic fluid through an inlet line and through return lines; and,

transmitting rotary movement to said camshaft in such a manner as to vary the phase angle of said camshaft with respect to said crankshaft said rotary movement being transmitted through a housing said housing being mounted on said camshaft, said housing further being rotatable with said camshaft and being oscillatable with respect to said camshaft.

11. The method of claim 10 wherein said variable force solenoid comprises:

a coil, said coil being adapted to receive said electrical signal from said engine control unit;

an armature, said armature being substantially surrounded by said coil, said armature being connected to said spool, said coil, when energized, creating a magnetic field sufficient to cause said armature to exert a force upon said spool and induce movement in said spool, said movement corresponding to said signal from said engine control unit;

an air gap, said air gap separating said coil from said armature; and,

a housing, said housing providing an enclosure for said coil, said armature, and said air gap.

12. The method of claim 10 wherein said electromechanical actuator further comprises a stroke amplifier, said stroke amplifier for providing a net gain in force as applied to said spool.

13. The method of claim 12 wherein said stroke amplifier comprises a lever arrangement.

* * * * *

# Exhibit 2



US 20060086332A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2006/0086332 A1**
Simpson et al. (43) Pub. Date: **Apr. 27, 2006**

(54) **CTA PHASER WITH PROPORTIONAL OIL PRESSURE FOR ACTUATION AT ENGINE CONDITION WITH LOW CAM TORSIONALS**

(75) Inventors: **Roger T. Simpson**, Ithaca, NY (US); **Franklin R. Smith**, Cortland, NY (US); **Marty Gardner**, Dryden, NY (US)

Correspondence Address:
BORGWARNER INC.
3850 HAMLIN ROAD
AUBURN HILLS, MI 48326 (US)

(73) Assignee: **BorgWarner Inc.**, Auburn Hills, MI (US)

(21) Appl. No.: **11/286,483**

(22) Filed: **Nov. 23, 2005**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/984,592, filed on Nov. 9, 2004, now Pat. No. 6,997,150.

(60) Provisional application No. 60/520,594, filed on Nov. 17, 2003.

**Publication Classification**

(51) Int. Cl.
*F01L 1/34* (2006.01)
(52) U.S. Cl. ...................................... **123/90.17**; 123/90.15

(57) **ABSTRACT**

A variable camshaft timing phaser for an internal combustion engine having at least one camshaft comprising a plurality of vanes in chambers defined by a housing and a spool valve. The vanes define an advance and a retard chamber. At least one of the vanes is cam torque actuated (CTA) and at least one of the other vanes is oil pressure actuated (OPA). The spool valve is coupled to the advance and retard chamber defined by the CTA vane and the advance chamber defined by the OPA vane. When the phaser is in the advance position, fluid is routed from the retard chamber defined by the OPA vane to the retard chamber defined the CTA vane. When the phaser is in the retard position, fluid is routed from the retard chamber defined by the CTA vane to the advance chamber defined by the CTA vane.



Patent Application Publication   Apr. 27, 2006   Sheet 1 of 19      US 2006/0086332 A1



Fig. 1

Case 1:05-cv-00048-SLR     Document 266-2     Filed 09/28/2006     Page 25 of 53

Fig. 2



Fig. 3



Fig. 4



Fig. 5



## Fig. 6



## Fig. 7



Revoultions Per Minute (rpm)

—————— Cam Torque Actuated Phaser

— — — Torsion Assist or Oil Pressure Actuated Phaser



Fig. 9



Fig. 10



Fig. 11



Fig. 12



Fig. 13



Fig. 14



Fig. 15



Fig. 16



Fig. 17



Fig. 18



Fig. 19



Patent Application Publication   Apr. 27, 2006   Sheet 19 of 19    US 2006/0086332 A1

Fig. 20



US 2006/0086332 A1

Apr. 27, 2006

1

## CTA PHASER WITH PROPORTIONAL OIL PRESSURE FOR ACTUATION AT ENGINE CONDITION WITH LOW CAM TORSIONALS

### REFERENCE TO RELATED APPLICATIONS

[0001]  This application is a continuation-in-part of U.S. application Ser. No. 10/984,592, filed Nov. 9, 2004, entitled "CTA PHASER WITH PROPORTIONAL OIL PRESSURE FOR ACTUATION AT ENGINE CONDITION WITH LOW CAM TORSIONALS" which was disclosed in Provisional Application No. 60/520,594, filed Nov. 17, 2003, entitled "CTA PHASER WITH PROPORTIONAL OIL PRESSURE FOR ACTUATION AT ENGINE CONDITION WITH LOW CAM TORSIONALS." The aforementioned applications are hereby incorporated herein by reference.

### BACKGROUND OF THE INVENTION

[0002]  1. Field of the Invention

[0003]  The invention pertains to the field of variable cam timing systems. More particularly, the invention pertains to an apparatus for allowing actuation of a phaser during low cam torsionals.

[0004]  2. Description of Related Art

[0005]  Internal combustion engines have employed various mechanisms to vary the angle between the camshaft and the crankshaft for improved engine performance or reduced emissions. The majority of these variable camshaft timing (VCT) mechanisms use one or more "vane phasers" on the engine camshaft (or camshafts, in a multiple-camshaft engine). In most cases, the phasers have a housing with one or more vanes, mounted to the end of the camshaft, surrounded by a housing with the vane chambers into which the vanes fit. It is possible to have the vanes mounted to the housing, and the chambers in the housing, as well. The housing's outer circumference forms the sprocket, pulley or gear accepting drive force through a chain, belt or gears, usually from the camshaft, or possibly from another camshaft in a multiple-cam engine.

[0006]  Two types of phasers are Cam Torque Actuated (CTA) and Oil Pressure Actuated (OPA). In OPA or torsion assist (TA) phasers, the engine oil pressure is applied to one side of the vane or the other, in the retard or advance chamber, to move the vane. Motion of the vane due to forward torque effects is permitted.

[0007]  In a CTA phaser, the variable cam timing system uses torque reversals in the camshaft caused by the forces of opening and closing engine valves to move the vane. Control valves are present to allow fluid flow from chamber to chamber causing the vane to move, or to stop the flow of oil, locking the vane in position. The CTA phaser has oil input to make up for losses due to leakage but does not use engine oil pressure to move the phaser. CTA phasers have shown that they provide fast response and low oil usage, reducing fuel consumption and emissions. However, in some engines, i.e. 4 cylinder, the torsional energy from the camshaft is not sufficient to actuate the phaser over the entire speed range of the engine, especially the speed range where the rpm is high.

[0008]  FIG. 7 shows a graph of actuation rate versus rpm. When the revolutions per minute (rpm) is low, cam torsional energy is high. When rpm is high, cam torsional energy

drops off. The actuation rate for an oil pressure actuated (OPA) or torsion assist (TA) phaser is shown by the dashed line. Since oil pressure is low at low rpm, the actuation rate is also low. As the rpm increases, the oil pressure increases and the actuation rate of the OPA or TA phaser also increases. The solid line shows the actuation rate of the cam torque actuated (CTA) phaser. The CTA phaser is actuated by torsional energy, which is high at low rpm and low and higher rpm.

[0009]  Numerous strategies have been used to solve the problem of low cam torsional energy at high rpm or high engine speeds. For example, if the position of the cam phaser was to full retard during the periods of low torsional energy, the friction of the cam drive may be used to pull the phaser back to the full retard position. Another strategy is to add a bias spring to help move and hold the phaser to a full advance position during periods of low torsional energy. Other examples are shown in U.S. Pat. Nos. 6,276,321, 6,591,799, 5,657,725, and 6,453,859.

[0010]  U.S. Pat. No. 6,276,321 uses a spring attached to a cover plate to move the rotor to an advanced or retard position to enable a locking pin to slide into place during low engine speeds and oil pressure.

[0011]  U.S. Pat. No. 6,591,799 discloses a valve timing control device that includes a biasing means for biasing the camshaft in an advanced direction, where the biasing force is approximately equal to or smaller than a peak value of frictional torque produced between a cam and a tappet.

[0012]  U.S. Pat. No. 5,657,725 discloses a CTA phaser that supplies full pressure to an ancillary vane that provides bias to the phaser based on the pressure of the oil pump. The oil pressure bias uses an open pressure port and lacks proportional control at high engine speeds.

[0013]  U.S. Pat. No. 6,453,859 discloses a single spool valve controlling a phaser having both a CTA and two check valve torsional assist (TA) properties. A valve switch function is used to switch from CTA to TA during periods of low torsional energy.

### SUMMARY OF THE INVENTION

[0014]  A variable camshaft timing phaser for an internal combustion engine has at least one camshaft comprising a plurality of vanes in chambers defined by a housing and a spool valve. The vanes define an advance and a retard chamber. At least one of the vanes is cam torque actuated (CTA) and at least one , of the other vanes is oil pressure actuated (OPA) or torsion assist (TA). The spool valve is coupled to the advance and retard chamber defined by the CTA vane and the advance chamber defined by the OPA vane. When the phaser is in the advance position, fluid is routed from the retard chamber defined by the OPA vane to the retard chamber defined the CTA vane. When the phaser is in the retard position, fluid is routed from the retard chamber defined by the CTA vane to the advance chamber defined by the CTA vane.

[0015]  The phaser further comprises a locking pin located in one of the vanes. The locking pin is in the locked position when the locking pin is received in the receiving hole in the housing. The receiving hole is located at the fully advance stop position or the fully retard stop position, depending on whether the phaser is exhaust or intake.

US 2006/0086332 A1

Apr. 27, 2006

2

## BRIEF DESCRIPTION OF THE DRAWINGS

[0016]  FIG. 1 shows a perspective view of the present invention.

[0017]  FIG. 2 shows an end view of FIG. 1 with the cover plate and spacer plate removed.

[0018]  FIG. 3 shows a side view of FIG. 1 along line A-A.

[0019]  FIG. 4 shows a schematic of a first embodiment of the present invention in null position.

[0020]  FIG. 5 shows a schematic of a first embodiment of the present invention in advance position.

[0021]  FIG. 6 shows a schematic of a first embodiment of the present invention in retard position.

[0022]  FIG. 7 shows a graph of actuation rate versus revolutions per minute (rpm) for an oil pressure actuated/torsion assist phaser and a cam torque actuated phaser.

[0023]  FIG. 8a shows a graph of actuation rate of an OPA/TA phaser versus spool position at various speeds.

[0024]  FIG. 8b shows a graph of actuation rate of an CTA phaser versus spool position at various speeds.

[0025]  FIG. 9 shows a schematic of the second embodiment of the present invention moving towards the advance position.

[0026]  FIG. 10 shows a schematic of the second embodiment of the present invention moving towards the retard position.

[0027]  FIG. 11 shows a schematic of the second embodiment of the present invention in the null position.

[0028]  FIG. 12 shows a schematic of the third embodiment of the present invention moving towards the advance position.

[0029]  FIG. 13 shows a schematic of the third embodiment of the present invention moving towards the retard position.

[0030]  FIG. 14 shows a schematic of the third embodiment of the present invention in the null position.

[0031]  FIG. 15 shows a schematic of the fourth embodiment of the present invention moving towards the advance position.

[0032]  FIG. 16 shows a schematic of the fourth embodiment of the present invention moving towards the retard position.

[0033]  FIG. 17 shows a schematic a schematic of the fourth embodiment of the present invention in the null position.

[0034]  FIG. 18 shows a schematic a schematic of the fifth embodiment of the present invention moving towards the retard position.

[0035]  FIG. 19 shows a schematic a schematic of the fifth embodiment of the present invention moving towards the advance position.

[0036]  FIG. 20 shows a schematic a schematic of the fifth embodiment of the present invention in the null position.

## DETAILED DESCRIPTION OF THE INVENTION

[0037]  In a variable cam timing (VCT) system, the timing gear on the camshaft is replaced by a variable angle coupling known as a "phaser", having a rotor connected to the camshaft and a housing connected to (or forming) the timing gear, which allows the camshaft to rotate independently of the timing gear, within angular limits, to change the relative timing of the camshaft and crankshaft. The term "phaser", as used here, includes the housing and the rotor, and all of the parts to control the relative angular position of the housing and rotor, to allow the timing of the camshaft to be offset from the crankshaft. In any of the multiple-camshaft engines, it will be understood that there would be one phaser on each camshaft, as is known to the art.

[0038]  FIGS. 8a and 8b show graphs of actuation rate versus spool position in OPA/TA phasers and in CTA phasers. As shown in FIG. 8a, the actuation rate is highest at high speeds, indicated by the solid line, and when the spool is in the inner position and the outer position for the OPA/TA phasers. The actuation rate is lowest at low speed, indicated by the dotted line. At mid speed, indicated by the dashed line, the actuation rate is between the actuation rates of the phaser at high speeds and low speeds. FIG. 8b shows the highest actuation rates for the CTA phaser, when the phaser is operating at low speeds, indicated by the dotted line, and the spool is in the inner and the outer positions. The actuation rate of the CTA phaser at high speeds, indicated by the solid line, is low. At mid speed, indicated by the dashed line, the actuation rate is between the actuation rates of the phaser at high speeds and low speeds. As shown by comparing the graphs, the null position is the same in both the OPA/TA phasers and the CTA phaser. Furthermore, the actuation of the CTA phaser at high speed may be aided by actuating the OPA or TA phaser at high speeds, such that the sum of the two actuations at a give speed results in satisfactory engine performance, even in a four cylinder engine.

[0039]  Referring to FIGS. 1-6, a sprocket 10 is connected to the housing 24. The rotor 12 has a diametrically opposed pair of radially outward projecting vanes 22, which fit into the housing 24. The rotor 12 houses the spool 104 and locking pin 300. One of the vanes 22 of the rotor 12 contains locking pin 300. Locking pin 300 is received by a receiving hole 151 located in the housing 24. Connected to the rotor 12 is a reed check valve plate 14, containing at least two check valves 122 and 124. A cover 18 and spacer 16 are attached to the reed check valve plate 14.

[0040]  FIGS. 4-6 show the null, advance and retard positions of the phaser respectively. The phaser operating fluid, illustratively in the form of engine lubricating oil flows into the advanced chambers 17a and the retard chambers 17b. The engine lubricating oil is introduced into the phaser by way of a common inlet line 110 connected to the main oil gallery 119. Inlet line 110 enters the phaser through bearing 113 of the camshaft 26. The common inlet line 110 contains check valve 126, which may or may not be present to prevent any back flow of oil into the main oil gallery 119. If the check valve 126 is present, then the vane is torsion assist (TA) and if the check valve 126 is not present, the vane is oil pressure actuated (OPA). Inlet line 110 branches into two paths, both of which terminate as they enter the spool valve 109. One branch of inlet line 110 leads to supply line 117 and

3

the other branch, line 149, leads to line 145. Line 145 branches into two paths, one of which supplies oil to chamber 17b, and the other line 147 which leads to locking pin 300.

[0041]  Locking pin 300 locks only when it is received in receiving hole 151 in chamber 17b. The receiving hole 151 may be located at the full advanced stop, the fully retarded stop, or slightly away from the stop, depending on whether the cam phaser is intake or exhaust. Intake cam phasers are usually locked in the full retard position when the engine is started and exhaust cam phasers are usually locked in the full -advance position when the engine is started. The locking pin 300 is slidably located in a radial bore in the rotor comprising a body having a diameter adapted to a fluid-tight fit in the radial bore. The inner end of the locking pin 300 is adapted to fit in receiving hole 151 defined by the housing 24. The locking pin 300 is radially movable in the bore from a locked position in which the inner end fits into the receiving hole 151 defined by the housing 24 to an unlocked position in which the inner end does not engage the receiving hole 151 defined by the housing 24.

[0042]  The spool valve 109 is made up of a spool 104 and a cylindrical member 115. The spool 104 is slidable back and forth and includes spool lands 104a, 104b, and 104c, which fit snugly within cylindrical member 115. The spool lands 104a, 104b, and 104c are preferably cylindrical lands and preferably have three positions, described in more detail below. The position of the spool within the cylindrical member 115 is influenced by spring 118, which resiliently urges the spool to the left (as shown in FIGS. 4-6). A variable force solenoid (VFS) 103 urges the spool to the right in response to control signals from the engine control unit (ECU) 102.

[0043]  To maintain a phase angle, the spool 104 is positioned at null, as shown in FIG. 4, cam torsional energy, oil pressure, and friction torque have to be balanced. Makeup oil from the main oil gallery 119 fills both chambers 17a and 17b. When the spool 104 is in the null position, spool lands 104a and 104b block lines 112, 114, and exhaust port 106. Line 117 remains unblocked and is the source of the makeup oil. Supply line 117 branches into two lines, each connecting to lines 112 and 114. The branches of line 117 contain check valves 122 and 124 to prevent back flow of oil into supply line 117. Since lines 112, 114, and exhaust port 106 are blocked by the spool 104, pressure is maintained in chambers 17a and 17b. Spool land 104c partially blocks line 149. The partial blockage of line 149 allows enough oil to enter line 145 and 147 to unlock the locking pin from the receiving hole to move the vane and then maintain vane 22 with locking pin 300 in the null position. The locking pins tip drags along the inside of the phaser since receiving hole 151 is not present.

[0044]  FIG. 5 shows the phaser in the advance position. To move to the advance position the spool 104 is moved to the right, compressing spring 118 within the cylindrical member 115. A small amount of oil is supplied to the locking pin 300 to unlock the pin 300 from the receiving hole 151 if the prior position was retard. Oil pressure from the main oil gallery aids in commanding the phaser to the advanced position in addition to the oil pressure used to push the vane on the oil pressure actuated side containing the locking pin 300. Oil flows from the main oil gallery 119 through

common inlet line 110 into line 145 and line 117. The oil in line 117 flows into line 112, through check valve 122 filling chamber 17b, aiding the vane, in addition to what little cam torsional energy is present, to move to the advance position. In moving vane 22, any oil in chamber 17a is forced out into line 114 which leads back into line 117. The oil in line 149 leads to lines 147 and 145, filling chamber 17b and aiding the vane into moving in the direction shown, in addition to cam torsional energy already present. Any oil that was present in chamber 17a is forced out vent 153. The locking pin 300 remains in the unlocked position since the receiving hole 151 is not present when the vane 22 is in the advance position. By using the oil pressure aid when moving the phaser to the advance position, the phaser may be used at both high rpm, when little cam torsional energy is present, and low rpm, when oil pressure is low.

[0045]  FIG. 6 shows the phaser in the retard position. The phaser may be in this position during periods of low torsional energy because the friction of the cam bearing is trying to return the phaser to the retard position during low and high speeds. During low engine speeds, the spool 104 is moved to the left, against the force of the variable force solenoid 103 and cam torsional energy moves the phaser to the retard position. Oil pressure plays a minimal role in aiding the moving of the vane to the retard position and is present for makeup oil. The oil in line 117 flows into line 14 through check valve 124, filling chamber 17a, aiding in moving the vane to the retard position. Any oil in chamber 17b is forced out into line 112, which leads back into line 117. Spool land 104c blocks line 149, preventing any oil from reaching the locking pin 300. Oil that was present in chamber 17b is received by line 145, which leads to vent 106. In the retard position, the locking pin 300 is received by hole 151.

[0046]  At high speeds, friction of the cam bearing provides a significant drag that aids in moving the phaser to a retard position. Locking pin 300 is received by hole 151 and remains in the locked position.

[0047]  It should be noted that check valve 126 is shown in FIGS. 4 through 6. By adding the check valve to line 110, the vane with the lock pin is torsion assisted (TA). If the check valve is not present, the vane with the lock pin is oil pressure actuated (OPA).

[0048]  FIGS. 9 through 11 shows a phaser of a second embodiment. FIG. 9 shows the phaser moving towards the advance position. FIG. 10 shows the phaser moving towards the retard position. FIG. 11 shows the phaser in the null position.

[0049]  As stated earlier, in reference to FIG. 8, CTA phasers have a low actuation rate at high speeds. However, OPA and TA phasers have a high actuation rate at high speeds. By using a phaser with both CTA and OPA or TA portions, the phaser has a high actuation rate at both high and low speeds, resulting in satisfactory engine performance.

[0050]  The housing 226 of the phaser has an outer circumference for accepting drive force. The rotor 220 is connected to the camshaft and is coaxially located within the housing 226. The rotor 220 has a first vane 206a, which is CTA and a second vane 206b, which is OPA, with the CTA vane 206a separating a first chamber formed between the housing 226 and the rotor 220 into the CTA advance

4

chamber 217a and CTA retard chamber 217b, and the OPA vane 206b separating a second chamber formed between the housing 226 and the rotor 220 into the OPA advance chamber 217c and the OPA retard chamber 217d. The CTA and OPA vanes 206a, 206b are capable of rotation to shift the relative angular position of the housing 226 and the rotor 220.

[0051]   The spool valve 209 includes a spool 204 with cylindrical lands 204a, 204b, and 204c slidably received in a sleeve 255 in the rotor 220. The spool valve has a centrally located passage 225 that extends to between lands 204a and 204b and between lands 204b and 204c. The sleeve 255 has a first end which receives line 207 and a second end which has an opening or a vent 205 that leads to atmosphere. The position of the spool 204 is influenced by spring 218 and a regulated pressure valve control system 200, which is controlled by the ECU 202. The regulated pressure valve control system is also disclosed in a provisional application No. 60/676,771 entitled, "TIMING PHASER CONTROL. SYSTEM," filed on May 2, 2005 and is hereby incorporated by reference. The position of the spool 204 controls the motion, (e.g. to move towards the advance position or the retard position) of the phaser.

[0052]   In this embodiment, the regulated pressure valve control system (RPCS) 200 is located remotely from the phaser in the cylinder head or in the cam bearing cap 223 as shown, and receives fluid from supply through line 211 via line 208. The RPCS valve 200 also has an exhaust port E leading to line 215 and a control port C leading to line 210 through the cam bearing cap 223. The RPCS valve 200 regulates the control pressure from 0 to 1 bar. The control pressure is proportional to the current of the valve. The current of the valve ranges from about 0 to 1 amp. The control pressure crosses the cam bearing 213 and the pressure creates a force on the first end of the spool valve through line 207. By having the control pressure pass across the cam bearing cap interface 223, the leakage between the control fluid and the supply fluid is minimized by the tight cam bearing clearances and/or the cam bearing seals. Furthermore, by using the regulated pressure valve control system, the overall axial package of the phaser is reduced. The RPCS 200 is limited by its dependency on oil pressure and if the operating or supply pressure is lower than 1 bar, the spool travel may be limited and may limit phaser performance.

[0053]   Locking pin 300 is slidably located in a radial bore in the rotor 220 comprising a body 300a having a diameter adapted for a fluid-tight fit in the radial bore. The locking pin 300 is biased to an unlocked position when the pressure of the fluid from line 207 is greater than the force of spring 300b. The locking pin is locked when the pressure of the fluid in line 207 is less than the force of spring 300b biasing the body 300a of the locking pin.

[0054]   Torque reversals in the camshaft caused by the forces of opening and closing engine valves move the cam torque actuated (CTA) vane 206a or a first vane. The CTA advance and retard chambers 217a, 217b are arranged to resist positive and negative torque pulses in the camshaft and are alternatively pressurized by the cam torque. The control valve or spool valve 209 in the CTA system allows the CTA vane 206a in the phaser to move, by permitting fluid flow from the advance chamber 217a to the retard

chamber 217b or vice versa, depending on the desired direction of movement, as shown in FIGS. 9 and 10. Positive cam torsionals are used to move the phaser towards the retard position, as shown in FIG. 10. Negative cam torsionals move the phaser towards the advance position, as shown in FIG. 9.

[0055]   The other portion of the phaser of the second embodiment is oil pressure actuated (OPA). Line 245 from the spool valve 209 provides or exhausts fluid to or from the OPA advance chamber 217c. If the OPA vane 206b is moved, as shown in FIG. 9 in direction indicated by arrow 261, fluid in the OPA retard chamber 217d exhausts or vents through line 253 to sump.

[0056]   In moving towards the retard position, as shown in FIG. 10, the force of the control pressure from the RPCS valve 200 in line 207 was reduced and the spool 204 was moved to the left in the figure by spring 218, until the force of spring 218 balanced the force of the control pressure of the RPCS 200. Plus, the force of the pressure of fluid in line 207 is not greater than the spring 300b in the locking pin 300, and the pin is moved to a locked position. In the position shown, the movement of the spool 204 forced fluid in the sleeve 255 to exit through line 207 and to line 210 leading to the control port C of the RPCS valve 200. From the control port C of the RPCS, the fluid exhausts through the exhaust port to line 215. Spool land 204b blocks line 214, lines 212 and 216 are open, and the CTA vane 206a can move towards the retard position. Any fluid present in central passage 225 of the spool exits into line 216. Camshaft torque pressurizes the CTA retard chamber 217b, causing fluid in the CTA advance chamber 217a to move into the CTA retard chamber 217b and the CTA vane 206a to move in the direction indicated by arrow 260. Fluid exits the CTA advance chamber 217a through line 212 to the spool valve 209 between spool lands 204a and 204b and recirculates back to central line 216, line 214, and the CTA retard chamber 217b. As stated earlier, positive cam torsionals help move the vane 206a.

[0057]   At the same time, fluid exits the OPA advance chamber 217c into line 245 and the spool valve 209. From the spool valve 209, fluid exits to sump through vent 205.

[0058]   Makeup oil is supplied to the phaser from supply 219 to make up for leakage and enters line 208 and moves through inlet check valve 254 to the spool valve 209. From the spool valve 209, fluid enters line 216 and through either of the check valves 222, 224, depending on which is open to the CTA advance or retard chambers 217a, 217b.

[0059]   In moving towards the advance position, as shown in FIG. 9, the force of the control pressure from the RPCS valve in line 207 was increased and the spool 304 was moved to the right by spring 218, until the force of the spring 218 balanced the force of the control pressure of the RPCS. The force of the pressure of fluid in line 207 and from line 210 is greater than the spring 300b in the locking pin 300, and the pin is moved to an unlocked position. In the position shown, the movement of the spool 204 forced fluid in the sleeve 255 to exit through vent 205. Spool land 204a blocks line 212, lines 214 and 216 are open, and the CTA vane 206a can move towards the advance position. Camshaft torque pressurizes the CTA advance chamber 217a, causing fluid in the CTA retard chamber 217b to move into the CTA advance chamber 217a and the CTA vane 206a to move in the

5

direction indicated by arrow 260. Fluid exits the CTA advance chamber 217a through line 214 to the spool valve 209 between spool lands 204a and 204b, and recirculates back to line 216, line 212, and the CTA advance chamber 217a. As stated earlier, negative cam torsionals help move the CTA vane 206a.

[0060]  Makeup oil is supplied to the phaser from supply 219 to make up for leakage and enters line 208 and moves through inlet check valve 254 to the spool valve 209. From the spool valve 209, fluid enters line 216 and through either of the check valves 222, 224, depending on which is open to the CTA advance or retard chambers. The makeup oil in the spool valve is also directed through the central passage 225 to line 245, which supplies the OPA advance chamber 217c. The fluid in the OPA advance chamber 217c helps to move the phaser towards the advance position as shown by arrow 261. Fluid in the OPA retard chamber 217d exhausts from the chamber so sump through line 253.

[0061]  To maintain the phase angle, the spool is positioned at null, as shown in FIG. 11, and cam torsional energy, oil pressure, and friction torque have to be balanced. In terms of the spool valve, the force of RPCS valve 200 and the spring 218 are balanced and the spool 204 is positioned such that spool land 204a blocks line 212, spool land 204b blocks line 214, and line 216 is open. Makeup oil from the supply 219 flows through line 208 and inlet check valve 254 to the spool valve 209. From the spool valve 209, fluid moves through central line 216 to fill both CTA chambers 217a, 217b. Fluid supplied to the spool valve 209 is also directed through the central passage 225 to line 245 to supply fluid to the OPA advance chamber 217c. In this position, the force of the pressure of fluid in line 207 and from line 210 is greater than the spring 300b in the locking pin 300, and the pin is moved to an unlocked position.

[0062]  FIGS. 12 through 14 show a phaser of a third embodiment. FIG. 12 shows the phaser moving towards the advance position. FIG. 13 shows the phaser moving towards the retard position. FIG. 14 shows the phaser in the null position. In this embodiment, supplies for the CTA portion of the phaser and the OPA portion of the phaser are provided separately. By separating the supplies for the OPA and the CTA portions of the phaser with inlet check valve 354, an unrestricted supply to the OPA advance chamber 317c is provided for the OPA portion of the phaser only, since it is not necessary for the CTA portion of the phaser. Furthermore, by isolating the supplies to the different portions of the phaser, the supplies are less sensitive to aeration, which can increase oscillation.

[0063]  As stated earlier, in reference to FIG. 8, CTA phasers have a low actuation rate at high speeds. However, OPA and TA phasers have a high actuation rate at high speeds. By using a phaser with both CTA and OPA or TA portions, the phaser has a high actuation rate at both high and low speeds, resulting in satisfactory engine performance.

[0064]  The housing 326 of the phaser has an outer circumference for accepting drive force. The rotor 320 is connected to the camshaft and is coaxially located within the housing 326. The rotor 320 has a first vane 306a, which is CTA and a second vane 306b, which is OPA, with the CTA vane 306a separating a first chamber formed between the housing 326 and the rotor 320 into the CTA advance chamber 317a and CTA retard chamber 317b, and the OPA

vane 306b separating a second chamber formed between the housing 326 and the rotor 320 into the OPA advance chamber 317c and the OPA retard chamber 317d. The CTA and OPA vanes 306a, 306b are capable of rotation to shift the relative angular position of the housing 326 and the rotor 320.

[0065]  The spool valve 309 includes a spool 304 with cylindrical lands 304a, 304b, and 304c slidably received in a sleeve 355 in the rotor 320. The sleeve 355 has a first end which receives the variable force solenoid (VFS) 303 and a second end which has an opening or a vent 305 that leads to atmosphere or sump. The position of the spool 309 is influenced by spring 318 and the VFS 303, which is controlled by the ECU 302. The position of the spool 304 controls the motion (e.g. to move towards the advance position or the retard position) of the phaser.

[0066]  Locking pin 300 is slidably located in a radial bore in the rotor comprising a body 300a having a diameter adapted for a fluid-tight fit in the radial bore. The locking pin 300 is biased to an unlocked position when the pressure of the fluid from line 307 is greater than the force of spring 300b. The locking pin 300 is locked when the pressure of the fluid in line 307 is less than the force of spring 300b biasing the body 300a of the locking pin.

[0067]  Torque reversals in the camshaft caused by the forces of opening and closing engine valves move the CTA vane 306a. The CTA advance and retard chambers 317a, 317b are arranged to resist positive and negative torque pulses in the camshaft and are alternatively pressurized by the cam torque. The control valve or spool valve 309 in the CTA system allows the CTA vane 306a in the phaser to move, by permitting fluid flow from the advance chamber 317a to the retard chamber 317b or vice versa, depending on the desired direction of movement, as shown in FIGS. 12 and 13. Positive cam torsionals move the phaser towards the retard position, as shown in FIG. 13. Negative cam torsionals move the phaser towards the advance position, as shown in FIG. 12.

[0068]  The OPA portion of the phaser of the third embodiment is oil pressure actuated (OPA). Line 345 from the spool valve 309 provides fluid to the OPA advance chamber 317c, moving the OPA vane 306b, causing fluid in the OPA retard chamber 317d to exhaust or vent through line 353 to sump, aiding in moving the phaser to the advance position.

[0069]  In moving towards the retard position, as shown in FIG. 13, the force of the variable force solenoid (VFS) 303 was reduced and the spool 304 was moved to the left in the figure by spring 318, until the force of the spring 318 balances the force of the VFS 303. In the position shown, the spool land 304b blocks line 314, lines 312 and 316 are open, and the vane 306a can move towards the retard position. Camshaft torque pressurizes the CTA retard chamber 317b, causing fluid in the CTA advance chamber 317a to move into the CTA retard chamber 317b and the vane 306a to move in the direction indicated by arrow 360. Fluid exits from the CTA advance chamber 317a through line 312 to the spool valve 309. From the spool valve 309, fluid flow between spool lands 304a and 304b to central line 316 and line 314 leading to the CTA retard chamber 317b. As stated earlier, positive cam torsionals help move the CTA vane 306a.

[0070]  At the same time, fluid exits the OPA advance chamber 317c into line 345 leading to the spool valve 309.

6

From the spool valve 309, fluid vents through line 347 to sump between spool lands 304b and 304c or through opening 305 in the sleeve 355.

[0071] Makeup oil is supplied to the phaser from supply 319 to make up for leakage and enters line 308 and moves through inlet check valve 354 to the spool valve 309. From the spool valve 309, fluid enters line 316 and through either of the check valves 322, 324, depending on which is open to the CTA advance or retard chambers 317a, 317b. Fluid from line 308 also flows into line 310 which is blocked by spool land 304c. The locking pin 300 is moving to a locked position, since the fluid in line 307 is now open to vent line. 347.

[0072] In moving towards the advance position, as shown in FIG. 12, the force of the VFS 303 was increased and the spool 304 was moved to the right in the figure, until the force of the spring 318 balances the force of the VFS 303. In the position shown, the spool land 304a blocks line 312, spool land 304b blocks line 347, lines 314, 316, 310, and 347 are open, and the vane 306a can move towards the advance position. Camshaft torque pressurizes the CTA advance chamber 317a, causing fluid in the CTA retard chamber 317b to move into the CTA advance chamber 317a and vane 306a to move in the direction indicated by arrow 360. Fluid exits from the CTA retard chamber through line 314 to the spool valve 309 between spool lands 304a and 304b and recirculates back to line 316, line 312 and the CTA advance chamber 317a. As stated earlier, negative cam torsionals are used to move CTA vane 306a.

[0073] At the same time, fluid from the spool valve 309 enters the OPA advance chamber 317c through line 345, causing the OPA vane to move in the direction indicated by arrow 361, aiding in moving the phaser to the advance position. Fluid in the OPA retard chamber 317d exits to sump through line 353.

[0074] Makeup oil is supplied to the phaser from supply 319 to make up for leakage and enters line 308 and moves through inlet check valve 354 to the spool valve 309. From the spool valve 309 fluid enters line 316 and through either of the check valves 322, 324, depending on which is open to the CTA advance or retard chambers 317a, 317b. Fluid from line 308 also flows into line 310. Since the spool 304 is in the position shown, fluid can flow from line 310 to line 307 to unlock locking pin 300. The fluid flows from line 310 to line 307 between spool lands 304b and 304c.

[0075] To maintain the phase angle, the spool is positioned at null, as shown in FIG. 14, and cam torsional energy, oil pressure, and friction torque have to be balanced. In terms of the spool valve, the force of VFS 303 and the spring 318 are balanced and the spool 304 is positioned such that spool land 304a blocks line 312, spool land 304b blocks line 314 and 347, spool land 304c partially blocks line 310, and line 316 is open. Makeup oil from the supply 319 flows through line 308 and inlet check valve 354 to the spool valve 309. From the spool valve, fluid moves through central line 316 to fill both CTA chambers 317a, 317b. Fluid from line 308 also flows to line 310, which leads to the spool valve 309. Since spool land 304c partially blocks line 310, fluid can enter the spool valve between spool lands 304b and 304c, entering line 307 to move the locking pin 300 to an unlocked position and entering line 345 to supply fluid to the OPA advance chamber 317c.

[0076] FIGS. 15 through 17 show a phaser of a fourth embodiment. FIG. 15 shows the phaser moving towards the advance position. FIG. 16 shows the phaser moving towards the retard position. FIG. 17 shows the phaser in the null position. The phaser of the fourth embodiment has the advantages of the previous two embodiments. More specifically, supplies for the CTA portion of the phaser and the OPA portion of the phaser are provided separately. By separating the supplies for the OPA and the CTA portions of the phaser with inlet check valve 454, an unrestricted supply to the OPA advance chamber is provided for the OPA portion of the phaser only, since it is not necessary for the CTA portion of the phaser. Furthermore, by isolating the supplies to the different portions of the phaser, the supplies are less sensitive to aeration, which can increase oscillation. Furthermore, by using a regulated pressure valve control system, the overall axial package of the phaser is reduced. The RPCS is limited by its dependency on oil pressure and if the operating or supply pressure is lower than 1 bar, the spool travel may be limited and may limit phaser performance.

[0077] As stated earlier, in reference to FIG. 8, CTA phasers have a low actuation rate at high speeds. However, OPA or TA phasers have a high actuation rate at high speeds. By using a phaser with both CTA and OPA or TA portions, the phaser has a high actuation rate at both high and low speeds, resulting in satisfactory engine performance.

[0078] The housing 426 of the phaser has an outer circumference for accepting drive force. The rotor 420 is connected to the camshaft and is coaxially located within the housing 426. The rotor 420 has a first vane 406a, which is CTA and a second vane 406b, which is OPA, with the CTA vane 406a separating a first chamber formed between the housing 426 and the rotor 420 into the CTA advance chamber 417a and CTA retard chamber 417b, and the OPA vane 406b separating a second chamber formed between the housing 426 and the rotor 420 into the OPA advance chamber 417c and the OPA retard chamber 417d. The CTA and OPA vanes 406a, 406b are capable of rotation to shift the relative angular position of the housing 426 and the rotor 420.

[0079] The spool valve 409 includes a spool 404 with cylindrical lands 404a, 404b, and 404c slidably received in a sleeve 455 in the rotor 420. The sleeve 455 has a first end which receives line 456 and a second end which has an opening or vent 405 that leads to atmosphere. The position of the spool 404 is influenced by spring 418 and a regulated pressure valve control system 400, which is controlled by the ECU 402. The regulated pressure valve control system 400 is also disclosed in a provisional application No. 60/676, 771 entitled, "TIMING PHASER CONTROL SYSTEM," filed on May 2, 2005 and is hereby incorporated by reference. The position of the spool 404 controls the motion (e.g. to move towards the advance position or the retard position) ,of the phaser.

[0080] The regulated pressure valve control system (RPCS) valve 400 is located remotely from the phaser in the cylinder head or in the cam bearing cap 423 as shown and receives fluid from supply through line 411 via line 408. The RPCS valve 400 also has an exhaust port E leading to line 415 and a control port C leading to line 456 through the cam bearing cap 423 to the first end of the sleeve 455. The RPCS valve 400 regulates the control pressure from 0 to 1 bar. The

7

control pressure is proportional to the current of the valve. The current of the valve ranges from about 0 to 1 amp. The control pressure crosses the cam bearing 423 and the pressure creates a force on the first end of the spool valve 409 through line 456. By having the control pressure pass across the cam bearing cap interface 423, the leakage between the control fluid and the supply fluid is minimized by the tight cam bearing clearances and/or the cam bearing seals. Furthermore, by using the regulated pressure valve control system, the overall axial package of the phaser is reduced. The RPCS is limited by its dependency on oil pressure and if the operating or supply pressure is lower than 1 bar, the spool travel may be limited and may limit phaser performance.

[0081]   Locking pin 300 is slidably located in a radial bore in the rotor comprising a body 300a having a diameter adapted for a fluid-tight fit in the radial bore. The locking pin 300 is biased to an unlocked position when the pressure of the fluid from line 407 is greater than the force of spring 300b. The locking pin is locked when the pressure of the fluid in line 407 is less than the force of spring 300b biasing the body 300a of the locking pin.

[0082]   Torque reversals in the camshaft caused by the forces of opening and closing engine valves move the cam torque actuated CTA vane 406a or a first vane. The CTA advance and retard chambers 417a, 417b are arranged to resist positive and negative torque pulses in the camshaft and are alternatively pressurized by the cam torque. The control valve or the spool valve 409 in the CTA system allows the vane 406a in the phaser to move, by permitting fluid flow from the CTA advance chamber 417a to the CTA retard chamber 417b or vice versa, depending on the desired direction of movement, as shown in FIGS. 15 and 16. Positive cam torsionals move the phaser towards the retard position, as shown in FIG. 16. Negative cam torsionals move the phaser towards the advance position, as shown in FIG. 15.

[0083]   The OPA portion of the phaser of the fourth embodiment is oil pressure actuated (OPA). Line 445 from the spool valve 409 provides fluid to the OPA advance chamber 417c, moving the OPA vane 406b, causing fluid in the OPA retard chamber 417d to exhaust or vent through line 453.

[0084]   In moving towards the retard position, as shown in FIG. 16, the force of the control pressure from the RPCS valve 400 in line 456 was reduced and the spool 404 was moved to the left in the figure by spring 418, until the force of spring 418 balanced the force of the control pressure of the RPCS. With the spool 404 in this position, fluid in the sleeve 455 is forced out of the spool valve 409 through line 456 to the control port C of the RPCS valve 400. From the control port C of the RPCS valve, the fluid exhausts through the exhaust port E to line 415.

[0085]   With the spool in the position shown, spool land 409b blocks line 414, spool land 409c blocks line 410, lines 412, 416, 408, and 447 are open, and the CTA vane 406a can move towards the retard position. Camshaft torque pressurizes the CTA retard chamber 417b, causing fluid in the CTA advance chamber 417a to move into the CTA retard chamber 417b and the CTA vane 406a to move in the direction indicated by arrow 460. Fluid exits the CTA advance chamber 417a through line 412 to the spool valve 404 between

spool lands 404a and 404b and recirculates back to central line 416, line 414, and the CTA retard chamber 417b. As stated earlier, positive cam torsionals help move the vane 406a.

[0086]   At the same time, fluid exits the OPA advance chamber 417c into line 445 and the spool valve 409. From the spool valve 409, fluid exits through vent 405 and line 447 to sump. With fluid exiting through line 407, and passing to exhaust line 447 between spool lands 404b and 404b, the locking pin 300 moves to a locked position.

[0087]   Makeup oil is supplied to the phaser from supply 419 to make up for leakage and enters line 408 and moves through inlet check valve 454 to the spool valve 409. Line 410 branches off of line 408 and leads to the spool valve 409. From the spool valve 409, fluid moves to the OPA advance chamber 417c via line 445 and line 411, supplying fluid to the RPCS valve 400. The fluid from line 408 ,enters the spool valve and moves to line 416 and through either of the check valves 422, 424, depending on which is open to the CTA advance or retard chambers 417a, 417b.

[0088]   In moving towards the advance position, as shown in FIG. 15, the force of the control pressure from the RPCS valve 400 in line 456 was increased and the spool 409 was moved to the right by spring 418, until the force of the spring 418 balanced the force of the control pressure of the RPCS. With the spool 404 in this position, spool land 409a blocks line 412, spool land 409b blocks exhaust line 447, lines 414, 416, and 407 are open and the CTA vane 406a can move towards the advance position. Camshaft torque pressurizes the CTA advance chamber 417a, causing fluid in the CTA retard chamber 417b to move into the CTA advance chamber 417a and the CTA vane 406a to move in the direction indicated by arrow 460. Fluid exits the CTA retard chamber 417b through line 414 to the spool valve 404 between spool lands 409a and 409b and recirculates back to the central line 416, line 412 and the CTA advance chamber 417a. As stated earlier, negative cam torsionals help move the CTA vane 406a.

[0089]   At the same time, fluid enters the OPA advance chamber 417c from line 445 and the spool valve 409, aiding in moving the phaser to the advance position.

[0090]   Makeup oil is supplied to the phaser from supply 419 to makeup for leakage and enters line 408 and moves through inlet check valve 454 to the spool valve 409. From the spool valve, fluid enters line 416 and through either of the check valves 422, 424, depending on which is open to the CTA advance or retard chambers. Lines 410 and 411 branch off of line 408. Fluid in line 411 supplies the RPCS valve 400. From line 410, fluid enters the spool valve between spool lands 404b and 404c and fluid either enters line 407, moving the locking pin to an unlocked position or to line 445 supplying fluid to the OPA advance chamber 417c. The fluid in the OPA advance chamber 417c aids in moving the phaser towards the advance position as shown by arrow 461. Fluid in the OPA retard chamber 417d exhausts from the chamber through line 453.

[0091]   To maintain the phase angle, the spool is positioned at null, as shown in FIG. 17, and cam torsional energy, oil pressure, and friction torque have to be balanced. In terms of the spool valve, the force of RPCS valve and the spring 418 are balanced and the spool is positioned such that spool land

8

404a blocks line 412, spool land 404b blocks lines 414 and 447, spool land 404c partially blocks line 410, and line 416 is open. Makeup oil from the supply 419 flows through line 408 and inlet check valve 454 to the spool valve. From the spool valve, fluid moves through central line 416 to fill both CTA chambers 417a, 417b. Fluid from partially blocked line 410 supplies the OPA advance chamber 417c with fluid and locking pin line 407, moving the locking pin to an unlocked position.

[0092] FIGS. 18 through 20 show a phaser of a fifth embodiment. FIG. 18 shows the phaser moving towards the retard position. FIG. 19 shows the phaser moving towards the advance position. FIG. 20 shows the phaser in the null position.

[0093] As stated earlier, in reference to FIG. 8, CTA phasers have a low actuation rate at high speeds. However, OPA and TA phasers have a high actuation rate at high speeds. By using a phaser with both CTA and OPA or TA portions, the phaser has a high actuation rate at both high and low speeds, resulting in satisfactory engine performance.

[0094] The housing 526 of the phaser has an outer circumference for accepting drive force. The rotor 520 is connected to the camshaft and is coaxially located within the housing 526. The rotor 520 has a first vane 506a, which is CTA and a second vane 506b, which is OPA, with the CTA vane 506a separating a first chamber formed between the housing 526 and the rotor 520 into the CTA advance chamber 517a and CTA retard chamber 517b, and the OPA vane 506b separating a second chamber formed between the housing 526 and the rotor 520 into the OPA advance chamber 517c and the OPA retard chamber 517d. The CTA and OPA vanes 506a, 506b are capable of rotation to shift the relative angular position of the housing 526 and the rotor 520.

[0095] The spool valve 509 includes a spool 504 with cylindrical lands 504a, 504b, and 504c slidably received in a sleeve 555 in the rotor 520. The sleeve 555 has a first end which receives the variable force solenoid (VFS) 503 and a second end which has opening or a vent 505 that leads to atmosphere. The position of the spool 504 is influenced by spring 518 and the VFS 503, which is controlled by the ECU 502. The position of the spool 504 controls the motion (e.g. to move towards the advance position or the retard position) of the phaser.

[0096] Locking pin 300 is slidably located in a radial bore in the rotor comprising a body 300a having a diameter adapted for a fluid-tight fit in the radial bore. The locking pin 300 is biased to an unlocked position when the pressure of the fluid from line 507 is greater than the force of spring 300b. The locking pin is locked when the pressure of the fluid in line 507 is less than the force of spring 300b biasing the body 300a of the locking pin.

[0097] Torque reversals in the camshaft caused by the forces of opening and closing engine valves move the cam torque actuated CTA vane 506a. The CTA advance and retard chambers 517a, 517b are arranged to resist positive and negative torque pulses in the camshaft and are alternatively pressurized by the cam torque. The control valve or spool valve 509 in the CTA system allows the vane 506a in the phaser to move, by permitting fluid flow from the advance chamber 517a to the retard chamber 517b or vice versa, depending on the desired direction of movement, as shown in FIGS. 18 and 19. Positive cam torsionals help to move the phaser towards the retard position, as shown in FIG. 18. Negative cam torsionals help to move the phaser towards the advance position, as shown in FIG. 19.

[0098] The OPA portion of the phaser of the fifth embodiment is oil pressure actuated (OPA) to aid in retarding the phaser and spring biased to an advance position. Line 545 from the spool valve 509 provides fluid to the OPA retard chamber 517d. Spring 557 biases the OPA vane 506b to the advance position. When the OPA vane 506b is moved to the retard position, as indicated by arrow 561, the spring 557 in the OPA advance chamber 517c is compressed and any fluid in the chamber is exhausted through line 553. When the OPA vane 506b is moved to the advance position, spring 557 in the OPA advance chamber 517c stretches and fluid exits the retard chamber through line 545.

[0099] In moving towards the retard position, as shown in FIG. 18, the force of the variable force solenoid (VFS) 503 was increased and the spool 504 was moved to the right in the figure, until the force of the spring 518 balances the force of the VFS 503. In the position shown, the spool land 504a blocks line 514, spool land 504b blocks exhaust line 547, and lines 516, 512, 507, and 510 are open and vane 506a can move towards the retard position. Camshaft torque pressurizes the CTA retard chamber 517b, causing fluid to move into the CTA advance chamber 517a to move into the CTA retard chamber 517b and the vane 506a to move in the direction indicated by arrow 560. Fluid exits from the CTA advance chamber 517a through line 512 to the spool valve 509. From the spool valve 509, fluid flow between spool lands 504a and 504b to central line 516 and line 514 leading to the CTA retard chamber 517b. As stated earlier, positive cam torsionals help to move vane 506a.

[0100] At the same time, fluid from the spool valve enters the OPA retard chamber 517d through line 545, moving the OPA vane 506b in the direction indicated by arrow 561, compressing spring 557 and causing any fluid in the OPA advance chamber 517c to exhaust through line 553.

[0101] Makeup oil is supplied to the phaser from supply 519 to make up for leakage and enters line 508 and moves through inlet check valve 554 to the spool valve 509. From the spool valve fluid enters line 516 and through either of the check valves 522, 524, depending on which is open to the CTA advance or retard chambers 517a, 517b. Fluid from line 508 also flows into line 510 to the spool valve between spool lands 504b and 504c. Fluid in the spool valve between lands 504b and 504c from line 510 flows to line 507 to move the locking pin 300 to an unlocked position and to line 545, supplying fluid to the OPA retard chamber 517d.

[0102] In moving towards the advance position, as shown in FIG. 19, the force of the VFS 503 was reduced and the spool 504 was moved to the left in the figure by spring 518, until the force of the spring 518 balances the force of the VFS 503. In the position shown, spool land 504b blocks line 512, spool land 504c blocks line 510, and lines 514, 516, 507, and 547 are open and vane 506a can move towards the advance position. Camshaft torque pressurizes the CTA advance chamber 517a, causing fluid in the CTA retard chamber 517b to move into the CTA advance chamber 517a and the vane 506a to move in the direction indicated by arrow 560. Fluid exits from the CTA retard chamber 517b

US 2006/0086332 A1

Apr. 27, 2006

9

through line 514 to the spool valve 509. From the spool valve 509, fluid flow between spool lands 504a and 504b to central line 516 and line 512 leading to the CTA advance chamber 517a. As stated earlier, negative cam torsionals help in moving CTA vane 506a.

[0103]  At the same time, fluid exits the OPA retard chamber 517d into line 545 leading to the spool valve 509. From the spool valve 509, fluid vents through line 547 to sump between spool lands 504b and 504c or through opening 505 in the sleeve 555. With the vane 506b in this position and moving in the direction indicated by arrow 561, spring 557 extends.

[0104]  Makeup oil is supplied to the phaser from supply 519 to make up for leakage and enters line 508 and moves through inlet check valve 554 to the spool valve 509. From the spool valve fluid enters line 516 and through either of the check valves 522, 524, depending on which is open to the CTA advance or retard chambers 517a, 517b. Fluid from line 508 also flows into line 510, which is blocked by spool land 504c. With the spool in this position, the locking pin 300 is moving to a locked position, since the fluid in line 507 is now open to vent line 547.

[0105]  To maintain the phase angle, the spool is positioned at null, as shown in FIG. 20, cam torsional energy, oil pressure, and friction torque have to be balanced. In terms of the spool valve, the force of VFS 503 and the spring 518 are balanced and the spool is positioned such that spool land 504a blocks line 514, spool land 504b blocks line 512 and 547, spool land 504c partially blocks line 510, and line 516 is open. Makeup oil from the supply 519 flows through line 508 and inlet check valve 554 to the spool valve 509. From the spool valve, fluid moves through central line 516 to fill both CTA chambers 517a, 517b. Fluid from line 508 also flows to line 510, which leads to the spool valve 509. Since spool land 504c partially blocks line 510, fluid can enter the spool vale between spool lands 504b and 504c and fluid can enter line 507 to move the locking pin 300 to an unlocked position and enter line 545 to supply fluid to the OPA retard chamber 517d.

[0106]  Spring 557 may be a compression spring, a torsion spring, or a spiral spring. The bias of the spring must be great enough to bias over the cam friction of the variable cam timing system.

[0107]  Furthermore, the above embodiment may also use a RPCS valve in place of the VFS 503.

[0108]  Accordingly, it is to be understood that the embodiments of the invention herein described are merely illustrative of the application of the principles of the invention. Reference herein to details of the illustrated embodiments is not intended to limit the scope of the claims, which themselves recite those features regarded as essential to the invention.

What is claimed is:

1. A variable camshaft timing phaser for an internal combustion engine having at least one camshaft comprising:

a housing having an outer circumference for accepting drive force;

a rotor for connection to the camshaft coaxially located within the housing, the housing and the rotor defining

at least two vanes separating chambers in the housing into advance chambers and retard chambers;

a plurality of vanes in the chambers defined by the housing, wherein at least one vane is cam torque actuated and at least one other vane is oil pressure actuated, wherein the cam torque actuated vane defines a cam torque actuated advance chamber and a cam torque actuated retard chamber between the cam torque actuated vane and the housing and the oil pressure actuated vane defines an oil pressure actuated retard chamber having an exhaust line and an oil pressure actuated advance chamber and between the oil pressure actuated vane and the housing;

a spool valve located along a rotational axis of the phaser comprising a spool having a plurality of lands slidably received in a sleeve in the rotor, a central passage extending between the first land and a third land, and a spring biasing the spool, the sleeve having a first end coupled to a control pressure line from a regulated pressure valve control system and a second end vented to atmosphere, the regulated pressure valve control system including a supply input for receiving pressurized fluid from a supply, a control pressure output, and an exhaust output;

wherein when the phaser is in a retard position, fluid is routed from the cam torque actuated advance chamber to the cam torque actuated retard chamber and wherein the force of the spring biasing the spool is greater than the control pressure output, and the control pressure output is routed back to the regulated pressure valve control valve and to the exhaust output; and

wherein when the phaser is in an advance position, fluid is routed from the cam torque actuated retard chamber to the cam torque actuated advance chamber and wherein the control pressure output from the regulated pressure valve control system is greater than the spring biasing the spool, and fluid from a supply of pressurized fluid is routed through the central passage to the oil pressure actuated advance chamber.

2. The variable camshaft timing phaser of claim 1, further comprising:

a locking pin controlled by the control pressure output of the regulated pressure valve control system, slidably located in a radial bore, comprising a body having a diameter adapted to a fluid-tight fit in the radial bore, and an inner end toward the housing or the rotor adapted to fit in a receiving hole defined by the housing or the rotor, the locking pin being radially movable in the bore from a locked position in which the inner end fits into the receiving hole defined by the housing or the rotor, to an unlocked position in which the inner end does not engage the receiving hole defined by the housing or the rotor.

3. The variable camshaft timing phaser of claim 2, wherein the locking pin is in the unlocked position when the phaser is in the advance position and the locking pin is in the locked position when the phaser is in the retard position.

4. The variable camshaft timing phaser of claim 1, wherein the regulated pressure valve control system is located remotely from the phaser.

5. The variable camshaft timing phaser of claim 4, wherein the regulated pressure valve control system is located in the cylinder head or the cam bearing cap.

US 2006/0086332 A1

10

Apr. 27, 2006

6. The variable camshaft timing phaser of claim 1, wherein the regulated pressure valve control system regulates the control pressure from 0 to 1 bar and is proportional to a current of the valve.

7. The variable camshaft timing phaser of claim 6, wherein the current of the valve is 0 to 1 amp.

8. The variable camshaft timing phaser of claim 1, wherein the control pressure output crosses the cam bearing.

9. The variable camshaft timing phaser of claim 1, further comprising a check valve in the pressurized supply of fluid.

10. The variable camshaft timing phaser of claim 1, wherein when the phaser is in the advance position, fluid exhausts from the oil pressure actuated retard chamber through the exhaust line.

11. A variable camshaft timing phaser for an internal combustion engine having at least one camshaft comprising:

a housing having an outer circumference for accepting drive force;

a rotor for connection to a camshaft coaxially located within the housing, the housing and the rotor defining at least two vanes separating chambers in the housing into advance chambers and retard chambers;

a plurality of vanes in the chambers defined by the housing, wherein at least one vane is cam torque actuated and at least one other vane is oil pressure actuated; wherein the cam torque actuated vane defines a cam torque actuated advance chamber and a cam torque actuated retard chamber between the cam torque actuated vane and the housing and the oil pressure actuated vane defines an oil pressure actuated retard chamber having an exhaust line and an oil pressure actuated advance chamber between the oil pressure actuated vane and the housing;

a spool valve located along a rotational axis of the phaser comprising a spool having a plurality of lands slidably received in a sleeve in the rotor and a spring biasing the spool, the sleeve having a first end and a second end vented to atmosphere;

a first supply route of pressurized fluid supplying makeup fluid to the cam torque actuated advance chamber and the cam torque actuated retard chamber; and

a second supply route of pressurized fluid supplying fluid to the oil pressure actuated advance chamber;

wherein when the phaser is in a retard position, wherein fluid is routed from the cam torque actuated advance chamber to the cam torque actuated retard chamber;

wherein when the phaser is in an advance position, wherein fluid is routed from the cam torque actuated retard chamber to the cam torque actuated advance chamber and fluid is routed to the oil pressure actuated advance chamber from the second supply route.

12. The variable camshaft timing phaser of claim 11, further comprising a check valve in the first supply route.

13. The variable camshaft timing phaser of claim 11, wherein when the phaser is in the advance position, fluid exhausts from the oil pressure actuated retard chamber through the exhaust line.

14. The variable camshaft timing phaser of claim 11, further comprising a variable force solenoid received by the first end of the sleeve for biasing the spool against the spring.

15. The variable camshaft timing phaser of claim 11, further comprising:

a locking pin controlled by fluid from the second supply route, slidably located in a radial bore, comprising a body having a diameter adapted to a fluid-tight fit in the radial bore, and an inner end toward the housing or the rotor adapted to fit in a receiving hole defined by the housing or the rotor, the locking pin being radially movable in the bore from a locked position in which the inner end fits into the receiving hole defined by the housing or the rotor, to an unlocked position in which the inner end does not engage the receiving hole defined by the housing or the rotor.

16. The variable camshaft timing phaser of claim 15, wherein the locking pin is in the unlocked position when the phaser is in the advance position and the locking pin is in the locked position when the phaser is in the retard position.

17. A variable camshaft timing phaser for an internal combustion engine having at least one camshaft comprising:

a housing having an outer circumference for accepting drive force;

a rotor for connection to a camshaft coaxially located within the housing, the housing and the rotor defining at least two vanes separating chambers in the housing into advance chambers and retard chambers;

a plurality of vanes in the chambers defined by the housing, wherein at least one vane is cam torque actuated and at least one other vane is oil pressure actuated, wherein the cam torque actuated vane defines a cam torque actuated advance chamber and a cam torque actuated retard chamber between the cam torque actuated vane and the housing and the oil pressure actuated vane defines an oil pressure actuated retard chamber having an exhaust line and an oil pressure actuated advance chamber between the oil pressure actuated vane and the housing;

a spool valve located along a rotational axis of the phaser comprising a spool having a plurality of lands slidably received in a sleeve in the rotor and a spring biasing the spool, the sleeve having a first end coupled to a control pressure line from a regulated pressure valve control system and a second end vented to atmosphere, the regulated pressure valve control system having a supply input for receiving pressurized fluid from a supply of pressurized fluid, a control pressure output and an exhaust output;

a first supply route of pressurized fluid supplying makeup fluid to the cam torque actuated advance chamber and the cam torque actuated retard chamber;

wherein when the phaser is in a retard position, wherein fluid is routed from the cam torque actuated advance chamber to the cam torque actuated retard chamber and wherein the force of the spring biasing the spool is greater than the control pressure output, and the control pressure output is routed back to the regulated pressure valve control valve and to the exhaust output; and

wherein when the phaser is in an advance position, wherein fluid is routed from the cam torque actuated retard chamber to the cam torque actuated advance chamber and wherein the control pressure output from

US 2006/0086332 A1

Apr. 27, 2006

11

the regulated pressure valve control system is greater than the spring biasing the spool, and fluid from a second supply of pressurized fluid is routed through the spool valve to the oil pressure actuated advance chamber.

18. The variable camshaft timing phaser of claim 17, further comprising:

a locking pin controlled by fluid from the second supply route, slidably located in a radial bore, comprising a body having a diameter adapted to a fluid-tight fit in the radial bore, and an inner end toward the housing or the rotor adapted to fit in a receiving hole defined by the housing or the rotor, the locking pin being radially movable in the bore from a locked position in which the inner end fits into the receiving hole defined by the housing or the rotor, to an unlocked position in which the inner end does not engage the receiving hole defined by the housing or the rotor.

19. The variable camshaft timing phaser of claim 18, wherein the locking pin is in the unlocked position when the phaser is in the advance position and the locking pin is in the locked position when the phaser is in the retard position.

20. The variable camshaft timing phaser of claim 17, wherein the regulated pressure valve control system is located remotely from the phaser.

21. The variable camshaft timing phaser of claim 20, wherein the regulated pressure valve control system is located in the cylinder head or in the cam bearing cap.

22. The variable camshaft timing phaser of claim 17, wherein the regulated pressure valve control system regulates the control pressure from 0 to 1 bar and is proportional to a current of the valve.

23. The variable camshaft timing phaser of claim 22, wherein the current of the valve is 0 to 1 amp.

24. The variable camshaft timing phaser of claim 17, wherein the control pressure output crosses the cam bearing.

25. The variable camshaft timing phaser of claim 17, further comprising a check valve in the first supply route.

26. The variable camshaft timing phaser of claim 17, wherein when the phaser is in the advance position, fluid exhausts from the oil pressure actuated retard chamber through the exhaust line.

27. A variable camshaft timing phaser for an internal combustion engine having at least one camshaft comprising:

a housing having an outer circumference for accepting drive force;

a rotor for connection to a camshaft coaxially located within the housing, the housing and the rotor defining at least two vanes separating chambers in the housing into advance chambers and retard chambers;

a plurality of vanes in the chambers defined by the housing, wherein at least one vane is cam torque actuated and at least one other vane is oil pressure actuated, wherein the cam torque actuated vane defines a cam torque actuated advance chamber and a cam torque actuated retard chamber between the cam torque

actuated vane and the housing and the oil pressure actuated vane defines an oil pressure actuated advance chamber having an exhaust line and a bias spring between the housing and the oil pressure actuated vane and an oil pressure actuated retard chamber between the oil pressure actuated vane and the housing;

a spool valve located along a rotational axis of the phaser comprising a spool having a plurality of lands slidably received in a sleeve in the rotor and a spring biasing the spool, the sleeve having a first end and a second end vented to atmosphere;

a first supply route of pressurized fluid supplying makeup fluid to the cam torque actuated advance chamber and the cam torque actuated retard chamber; and

a second supply route of pressurized fluid supplying fluid to the oil pressure actuated retard chamber;

wherein when the phaser is in an advance position, wherein fluid is routed from the cam torque actuated retard chamber to the cam torque actuated advance chamber and the bias spring in oil pressure actuated advance chamber is compressed;

wherein when the phaser is in a retard position, wherein fluid is routed from the cam torque actuated advance chamber to the cam torque actuated retard chamber and fluid is routed to the oil pressure actuated retard chamber from the second supply route and the bias spring in the oil pressure actuated advance chamber is extended.

28. The variable camshaft timing phaser of claim 27, further comprising:

a locking pin controlled by fluid from the second supply route, slidably located in a radial bore, comprising a body having a diameter adapted to a fluid-tight fit in the radial bore, and an inner end toward the housing or the rotor adapted to fit in a receiving hole defined by the housing or the rotor, the locking pin being radially movable in the bore from a locked position in which the inner end fits into the receiving hole defined by the housing or the rotor, to an unlocked position in which the inner end does not engage the receiving hole defined by the housing or the rotor.

29. The variable camshaft timing phaser of claim 28, wherein the locking pin is in the locked position when the phaser is in the advance position and the locking pin is in the unlocked position when the phaser is in the retard position.

30. The variable camshaft timing phaser of claim 27, further comprising a check valve in the first supply route.

31. The variable camshaft timing phaser of claim 27, wherein when the phaser is in the retard position, fluid exhausts from the oil pressure actuated advance chamber through the exhaust line.

32. The variable camshaft timing phaser of claim 27, further comprising a variable force solenoid received by the first end of the sleeve for biasing the spool against the spring.

* * * * *