# Exhibit 3

Nov. 25, 1958
R. C. STOLTE
**2,861,557**

HYDRAULIC TIMER

Filed Dec. 12, 1956



INVENTOR.
Richard C. Stolte
BY
L. D. Burch
ATTORNEY

# United States Patent Office

**2,861,557**
Patented Nov. 25, 1958

1

**2,861,557**

**HYDRAULIC TIMER**

Richard C. Stolte, Birmingham, Mich., assignor to General Motors Corporation, Detroit, Mich., a corporation of Delaware

Application December 12, 1956, Serial No. 627,799

8 Claims.   (Cl. 123—90)

The invention relates to a hydraulic advance and retard mechanism and more particularly to such a mechanism which automatically advances and retards the cam shaft of an internal combustion engine in relation to the speed of the engine.  The invention is also applicable to other mechanisms in which one member is to be rotated relative to a second member while torque is being continuously transmitted between the two members.

Advance and retard mechanisms previously proposed have included mechanical linkages between the two members which may be either hydraulically, mechanically or otherwise actuated.  There are several inherent advantages in the use of a hydraulically actuated mechanism, however the mechanical advance and retard devices which are remotely actuated by fluid pressure do not utilize these advantages to the fullest extent.  When the mechanical linkage is replaced by a hydraulic linkage, for example, shock loads are materially reduced and the complexity of the entire mechanism is decreased.

The invention includes a hydraulic advance and retard mechanism which is hydraulically actuated and connects two members through a fluid drive while a mechanical linkage is maintained in reserve which will continue to drive the controlled member should the hydraulic system become inoperative.  The hydraulic actuation system is controlled by a governor sensitive to the speed of the engine, and this governor is preferably formed as an integral part of the advance and retard mechanism.

In the drawing:

Figure 1 illustrates an advance and retard mechanism embodying the invention and having parts broken away and in section.

Figure 2 is a partial view taken in the direction of arrows 2—2 of Figure 1 and having parts in section.

Figure 3 is a partial view taken in the direction of arrows 3—3 of Figure 1 and having parts in section.

Figure 4 is a partial view taken in the direction of arrows 4—4 of Figure 1 and having parts in section.

Figure 5 is a fragmentary view of a portion of the governor included in the mechanism of Figure 1 and taken in the direction of arrows 5—5 of Figure 1.

The advance and retard mechanism may be hydraulically actuated to advance a member from normally retarded position or to retard a member from a normally advanced position.  The device shown in the drawing advances one member to a second member as the engine speed increases.  Some engines, due to design and operating characteristics, give more satisfactory performance results by having the camshaft in a normally advanced position at idle speeds and retarding it as the engine speed increases.  The mechanism embracing the invention may be readily modified to obtain this result while remaining within the scope of the invention.

A drive gear 10, which may be driven by the timing gears or equivalent linkage in timed relation to the engine crank shaft, may be formed with a radially extending web 12 and a cylindrical hub 14.  Hub 14 is preferably

2

formed with an axially located cavity or chamber 16 which is defined by a radial wall 18 and the cylinder formed by hub 14.  Web 12 and wall 18 are axially spaced and positioned adjacent either end of the cavity 16, web 12 extending radially outward from the cavity and wall 18 providing an end cover for the cavity.  Wall 18 may be provided with a boss 20 which is axially drilled and reamed to form a bearing surface 22.  A driven member 24, which may be the cam shaft of an internal combustion engine, is rotatably received within hub 14 and is in contact with bearing surface 22 for support by boss 20.

A plurality of equi-spaced driving vanes may be integrally formed with cylindrical hub 14 and extend radially inward in cavity 16.  While two or more vanes may be used, only two vanes 26, 28 are illustrated for simplicity.  Vanes 26 and 28 extend axially within cavity 16 from radial wall 18 to a transverse plane defined by the outer edge 30 of web 12.  These vanes also extend inwardly from cylindrical hub 14 to a point radially spaced intermediate bearing surface 22 and hub 14.  A cover 32 may be suitably secured to web 12 and extend axially in a direction opposite hub 14 and be provided with an inwardly extending hub 34.  An internal bearing surface 36 is formed in hub 34 and is adapted to rotatably receive driven shaft 24.  Bearing surfaces 22 and 36 therefore provide axially spaced supports for the shaft 24.

The portion of shaft 24 which passes through cavity 16 may have an annular hub 38 secured thereto by any convenient means such as key 40.  Integrally formed with or secured to hub 38 are two or more equi-spaced driven vanes, the number of such vanes being equal to the number of driving vanes formed with cylindrical hub 14.  Two such driven vanes 42 and 44 are illustrated. The external diameter of hub 38 is substantially equal to the internal diameter formed by the inwardly extending ends of vanes 26 and 28.  The outer ends of vanes 42 and 44 are substantially equal to the internal diameter of that portion of hub 14 which defines cylindrical cavity 16.  Vanes 42 and 44 are therefore circumferentially spaced from and coaxial with vanes 26 and 28 and are comparable to rotary pistons within arcuate chambers.

Cavity 16 is provided with a cover 46 which is axially positioned adjacent the outer surface 30 of web 12 and extends inwardly into rotatable engagement with shaft 24.  Cover 46 may be positioned adjacent the edges of driven vanes 42 and 44 and be rotatable with respect to these vanes, web 12 and shaft 24.

The surface of cover 46 opposite the surface adjoining vanes 42 and 44 may be provided with two or more depressions which are preferably each formed with an arcuate cross section and are adapted to receive a governor ball-type weight within each depression.  Two depressions 48 and 50, which are adapted to respectively receive governor ball weights 52 and 54, are illustrated. The depressions 48 and 50 extend radially outward from circumferentially spaced positions intermediate shaft 24 and cover 32 and are inclined in the radial transverse plane so that their extended center lines do not pass through the axis of shaft 24.  The depressions are inclined in the same circumferential direction as is best illustrated in Figure 3.

Hub 34 of cover 32 may be provided with an external spline or key 56 which is adapted to receive a governor driving plate 58 on which an internal spline or a keyway is formed to cooperate with external spline or key 56. Plate 58 is therefore non-rotatably mounted on hub 34 and may be axially slidable on spline or key 56.  A compression spring 60 may be provided between plate 58 and cover 32 to urge plate 58 axially toward cover 46. The side of plate 58 adjacent cover 46 is provided with depressions 62 and 64 which are similar to depressions

**3**

**2,861,557**

**4**

48 and 56, but are oppositely inclined in the radial transverse plane. The opposite inclinations are best illustrated in Figure 2. The outer ends 66 and 68 of depressions 62 and 64 are axially spaced from the inner ends of these depressions in a direction toward cover 46, thus causing the bottom of depressions 62 and 64 to form an acute angle with the bottom of depressions 48 and 50. The apex of the angle so formed is radially outward of the depressions as is best shown in Figure 1.

Cover 46 and plate 58 in combination with the ball weights 52 and 54, which ride in the respective depressions formed in the cover and the plate, constitute a centrifugal governor which is responsive to engine speed. When cover 32 is rotated through gear 10 and web 12, plate 58 is driven at the same angular velocity, driving ball weights 52 and 54 and cover 46. As the speed of plate 58 increases, centrifugal forces acting on the ball weights 52 and 54 overcome the relatively inclined planes presented by the bottoms of depressions 62 and 64 and the force exerted by spring 60. The weights move radially outward in the depressions formed in cover 46 and plate 58 in response to these forces. Since the depressions are oppositely inclined, this radial movement of the weights causes rotational movement of cover 46 relative to plate 58.

Cover 46 is provided with a plurality of vane positioning ports which are equal in number to the vanes 26 and 28, two such ports 70 and 72 being illustrated. While these ports are shown as having a rectangular cross section, they may be formed with variable areas to obtain advance and retard actuation of the shaft 24 at rates other than that obtained by rectangular ports or orifices. Oil and air-escape orifices are also provided in cover 46 and are so circumferentially spaced from ports 70 and 72 that any of the vanes 26, 28, 42 and 44 may be positioned between any two adjacent ports and orifices without covering either. Two such orifices 74 and 76 are shown. The chamber 78 formed by adjacent vanes 26 and 42 and the chamber 80 formed by adjacent vanes 28 and 44 act as fluid receiving pockets. The chambers 82 and 84, respectively formed by vanes 26, 44 and 28, 42, act as torque damping chambers.

Shaft 24 is provided with a centrally drilled fluid supply passage 86 which terminates radially inward from hub 38. Fluid under pressure, which may be engine lubricating oil, is supplied to this passage. Any fluid pressure source is suitable so long as it delivers a sufficiently high pressure at all engine speeds to overcome the torque transmitted to the driving shaft. Since the mechanism's timing action is not a function of the pressure to obtain hydraulic governor actuation, the pressure need not vary with engine speed. Radially extending fluid passages 88 and 90 are drilled through shaft 24, hub 38 and vanes 42, 44 and connect at their inner ends with axial passage 86 in shaft 24. Passages 88 and 90 terminate radially inward from the outer ends of vanes 42 and 44. Tangentially extending passages 92 and 94 are drilled in vanes 42 and 44 transversely of the axis of hub 38 and respectively connect passages 88 and 90 with chambers 78 and 80. Orifices 96 and 98 are provided for filling torque damping chambers 82 and 84 and are appreciably smaller in cross section area than passages 92 and 94. Orifices 96 and 98 connect passages 88 and 90 with torque damping chambers 82 and 84.

When cover 46 is rotated relative to plate 58 by the centrifugal action of the governor ball weights, vane-positioning ports 70 and 72, which are normally uncovered, are rotated relative to vanes 26 and 28 until the fluid under pressure, which is supplied to chambers 78 and 80 through the above-described passages, is prevented from escaping from those chambers due to the restriction of the positioning ports by vanes 26 and 28. This causes a build-up of fluid pressure in chambers 78 and 80 which acts on the respective vanes defining those chambers and causes vanes 42 and 44 to rotate relative

to vanes 26 and 28. This rotary movement is transmitted through hub 38 to shaft 24 and the shaft is therefore rotated relative to driving gear 10. Fluid under pressure is continually delivered through passages 96 and 98 to torque-damping chambers 82 and 84. This fluid, and any air trapped in the damping chambers, is vented through orifices 74 and 76. As the speed of the engine increases, pockets or chambers 78 and 80 are enlarged as dictated by the vane-positioning ports 70 and 72, thereby advancing the shaft 24 relative to the drive member 10 in accordance with the speed of the engine until an equilibrium condition is again obtained.

Should the fluid pressure within chambers 78 and 80 at any time be insufficient to transmit torque from the gear 10 to shaft 24, vanes 42 and 44 will approach and contact vanes 26 and 28 and a mechanical linkage will be affected. This reserve drive permits the shaft 24 to be driven even though the advance and retard system is inoperative.

The mechanism for hydraulically adjusting the camshaft timing may be readily substituted in the space normally occupied by the camshaft-drive gear with a minimum amount of changes. Oil under pressure is normally supplied to a passage in the camshaft corresponding to passage 86 in order to lubricate the cams, eliminating the need to provide a new fluid supply system. The mechanism will effectively control the camshaft timing through an engine speed sensitive hydraulically adjustable drive. Should the fluid pressure supply be interrupted, the drive and driven vanes will engage and continue to drive the camshaft in the position normally assumed at engine idle. This mechanical safety feature permits the engine to be operated as necessary without undue strain on the system.

What is claimed is:

1. Means for advancing and retarding an engine camshaft with respect to an engine crankshaft, said means including a drive member and a driven member forming a fluid pressure chamber therebetween, said drive member being operatively connected for rotation with said crankshaft and said driven member being operatively and drivingly connected with said camshaft, and crankshaft speed responsive means for controlling the pressure of fluid in said chamber to advance and retard said camshaft with respect to said crankshaft.

2. In a mechanism for arcuately displacing a driven member relative to a drive member, a speed responsive device having drive and driven elements, said drive element being secured for rotation with said drive member, means hydraulically connecting said drive member with said driven member, a source of hydraulic pressure and control means actuated by said speed responsive device for controlling said pressure in said hydraulic connecting means whereby said driven member is arcuately displaced relative to said driving member.

3. An advance and retard mechanism for a camshaft in an internal combustion engine including a camshaft drive gear adapted to be driven by the crankshaft of said engine, said gear having a hub with a variable volume arcuate chamber formed therein, said camshaft extending coaxially through said hub and having a piston secured thereto, said piston being adapted to move in said chamber, means for supplying fluid under pressure to said chamber, a chamber cover having a chamber exhaust control orifice, said cover being coaxial with and rotatable relative to said gear and said camshaft, and means responsive to the speed of said drive gear for arcuately positioning said cover and said orifice relative to said chamber whereby the volume of said chamber is varied in accordance with drive gear speed.

4. In combination in a hydraulic timing device having drive and driven members, a variable volume chamber adapted to contain hydraulic fluid for transmitting torque hydraulically to said driven member from said drive member and control means responsive to the speed of

2,861,557

**5**

said driving member for controlling said hydraulic fluid in said chamber.

5. A hydraulically actuated positioning mechanism for arcuately positioning a driven member relative to a drive member, said mechanism including a first variable volume hydraulic chamber having fluid therein for transmitting torque from said drive member to said driven member and a second variable volume hydraulic chamber having fluid therein for damping torque fluctuations between said drive member and said driven member and means for controlling the volumes of said chambers whereby said driven member is arcuately positioned relative to said drive member in accordance with the speed of said drive member.

6. A hydraulically actuated timing mechanism including driving vanes and driven vanes and a source for delivering hydraulic fluid under pressure intermediate said vanes and means for automatically controlling the application of said fluid under pressure intermediate said vanes to relatively displace said driving vanes and said driven vanes.

7. In combination, a driving member having an arcuate chamber formed therein, a driven member having a rotary piston positioned for arcuate movement within

**6**

said chamber and means for moving said piston in said chamber in relation to the speed of said driving member.

8. In an advance and retard mechanism between two rotatable members, first means for hydraulically advancing and retarding and driving one of said members relative to the other of said members in accordance with the speed of one of said members and second means adapted to drive said one member by said other member when said first means is inoperative.

References Cited in the file of this patent

UNITED STATES PATENTS

| | | |
|---|---|---|
| 1,957,181 | Mitchel | May 1, 1934 |
| 1,980,379 | Burnett | Nov. 13, 1934 |
| 1,987,307 | Niven | Jan. 8, 1935 |
| 2,057,354 | Withers et al. | Oct. 13, 1936 |
| 2,072,474 | Helming | Mar. 2, 1937 |
| 2,121,560 | Duncan | June 21, 1938 |
| 2,159,017 | Duncan | May 23, 1939 |
| 2,162,243 | Browne | June 13, 1939 |
| 2,785,668 | Dehmer | Mar. 19, 1957 |

FOREIGN PATENTS

| | | |
|---|---|---|
| 841,286 | France | Feb. 1, 1939 |

# Exhibit 4

US005107804A

# United States Patent [19]

## Becker et al.

| [11] | Patent Number: | 5,107,804 |
|---|---|---|
| [45] | Date of Patent: | Apr. 28, 1992 |

[54] **VARIABLE CAMSHAFT TIMING FOR INTERNAL COMBUSTION ENGINE**

[75] Inventors: **Thomas J. Becker, Auburn; Roger P. Butterfield, Interlaken; Stanley K. Dembosky, Ithaca; Franklin R. Smith, Slaterville Springs, all of N.Y.**

[73] Assignee: **Borg-Warner Automotive Transmission & Engine Components Corporation, Sterling Heights, Mich.**

[21] Appl. No.: **713,465**

[22] Filed: **Jun. 11, 1991**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 584,913, Sep. 19, 1990, Pat. No. 5,046,460, which is a continuation-in-part of Ser. No. 422,353, Oct. 16, 1989, Pat. No. 5,002,023.

[51] Int. Cl.5 .................................................. F01L 1/34
[52] U.S. Cl. .............................. 123/90.17; 123/90.31; 464/2
[58] Field of Search ................ 123/90.12, 90.13, 90.15, 123/90.17, 90.31; 464/2

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 4,858,572 | 8/1989 | Shirai et al. | 123/90.12 |
|---|---|---|---|
| 5,002,023 | 3/1991 | Butterfield et al. | 123/90.15 |
| 5,046,460 | 9/1991 | Butterfield et al. | 123/90.15 |
| 5,056,477 | 10/1991 | Linder et al. | 123/90.17 |

5,056,478 10/1991 Ma ...................................... 123/90.17

Primary Examiner—E. Rollins Cross
Assistant Examiner—Weilun Lo
Attorney, Agent, or Firm—Willian Brinks Olds et al.

[57] **ABSTRACT**

A camshaft (426) has a vane (460) secured to an end thereof for non-oscillating rotation therewith. The camshaft also carries a sprocket (432) which can rotate with the camshaft but which is oscillatable with respect to the camshaft. The vane has opposed lobes (460a, 460b) which are received in opposed recesses (432a, 432b), respectively, of the sprocket. The recesses have greater circumferential extent than the lobes to permit the vane and sprocket to oscillate with respect to one another, and thereby permit the camshaft to change in phase relative to a crankshaft whose phase relative to the sprocket is fixed by virtue of a chain drive extending therebetween. The camshaft tends to change in reaction to pulses which it experiences during its normal operation, and it is permitted to change only in a given direction, either to advance or retard, by selectively blocking or permitting the flow of hydraulic fluid, preferably engine oil, through the return lines (494, 496) from the recesses by controlling the position of a spool (500) within a valve body (498) of a control valve in response to a signal indicative of an engine operating condition from an engine control unit (508).

**22 Claims, 21 Drawing Sheets**





FIG. 1A



FIG. 1B

FIG. 1C



FIG. 1D



FIG. 2



FIG. 6



FIG. 3



FIG. 4



FIG. 8



FIG. 5

FIG. 7



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 19

FIG. 18



FIG. 20

Case 1:05-cv-00048-SLR    Document 266-3    Filed 09/28/2006    Page 23 of 45



FIG. 21



FIG. 22



FIG. 23



FIG. 25                    FIG. 26



FIG. 24



FIG. 27



FIG. 28



FIG. 29

5,107,804

1

## VARIABLE CAMSHAFT TIMING FOR INTERNAL COMBUSTION ENGINE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of application Ser. No. 584,913, now U.S. Pat. No. 5,046,460, which, in turn, is a continuation-in-part of co-pending application Ser. No. 422,353, now U.S. Pat. No. 5,002,023, the disclosures of each of which are incorporated by reference herein.

### FIELD OF THE INVENTION

This invention relates to an internal combustion engine in which the timing of the camshaft of a single camshaft engine, or the timing of one or both of the camshafts of a dual camshaft engine, relative to the crankshaft is varied to improve one or more of the operating characteristics of the engine.

### BACKGROUND OF THE INVENTION

It is known that the performance of an internal combustion engine can be improved by the use of dual camshafts, one to operate the intake valves of the various cylinders of the engine and the other to operate the exhaust valves. Typically, one of such camshafts is driven by the crankshaft of the engine, through a sprocket and chain drive or a belt drive, and the other of such camshafts is driven by the first, through a second sprocket and chain drive or a second belt drive. Alternatively, both of the camshafts can be driven by a single crankshaft powered chain drive or belt drive. It is also known that engine performance in an engine with dual camshafts can be further improved, in terms of idle quality, fuel economy, reduced emissions or increased torque, by changing the positional relationship of one of the camshafts, usually the camshaft which operates the intake valves of the engine, relative to the other camshaft and relative to the crankshaft, to thereby vary the timing of the engine in terms of the operation of its intake valves relative to its exhaust valves or in terms of the operation of its valves relative to the position of the crankshaft. Heretofore, such changes in engine valve timing have been accomplished by a separate hydraulic motor operated by engine lubricating oil. However, this actuating arrangement consumes significant additional energy and it increases the required size of the engine lubricating pump because of the required rapid response time for proper operation of the camshaft phasing actuator. Further, these arrangements are typically limited to a total of 20° of phase adjustment between crankshaft position and camshaft position, and typically such arrangements are two-position arrangements, that is, on, or fully phase adjusted as one position, or off, or no phase adjustment, as a second position. The present invention is designed to overcome these problems associated with prior art variable camshaft timing arrangements by providing a self-actuating, variable camshaft timing arrangement which does not require external energy for the operation thereof, which does not add to the required size of the engine lubricating pump to meet transient hydraulic operation requirements of such variable camshaft timing arrangement, which provides for continuously variable camshaft to crankshaft phase relationship within its operating limits, and which provides substantially more than 20° of phase adjustment

2

between the crankshaft position and the camshaft position.

It is also known that the performance of an internal combustion engine having but a single camshaft can be improved by changing the positional relationship of the camshaft relative to the crankshaft. However, the known systems for phase adjusting the camshaft in a single camshaft engine also involve a separate hydraulic pump, or put a heavy demand on the engine oil pump, they are also two-position systems, and/or they are also limited to a maximum of approximately 20° of phase adjustment between crankshaft position and camshaft position.

### SUMMARY OF THE INVENTION

The present invention provides a phase adjustment arrangement for an internal combustion engine in which the position of the camshaft, or the positions of one or both of the camshafts in a dual camshaft system, is phase adjusted relative to the crankshaft, that is, in which the camshaft is advanced or retarded relative to the crankshaft by an actuating arrangement which is controlled, for example, by a microprocessor, to control one or more important engine operating characteristics, such as idle quality, fuel economy, emissions or torque.

In a first embodiment, the actuating arrangement utilizes a pair of oppositely acting hydraulic cylinders to advance or retard the angular position of a camshaft relative to the crankshaft. Hydraulic fluid, in the form of engine oil, is transferred between the oppositely acting cylinders in reaction to changes in torque loads which are experienced by a camshaft as each of its lobes changes its angle of contact with the cam follower of the valve lifter of the engine which is operated thereby. Such flow between the hydraulic cylinders is either blocked or permitted in one direction by a control valve and check valves, and the operation of the control valve is controlled by the engine control microprocessor to ensure that the advancing or retarding of the position variable camshaft only occurs when desired. Because the flow of hydraulic oil between the cylinders results from changes in torque experienced by one of the camshafts, no separate pump or other actuating device is required. Further, because the camshaft which is advanced or retarded is advanced or retarded by moving hydraulic fluid which is already within one or another of the oppositely acting cylinders to the other, this hydraulic fluid, engine oil in the preferred embodiment, does not have to flow through the main lubricating pump during the short time interval in which the phase adjustment must take place. Thus, the variable camshaft timing arrangement of this invention does not require the use of a significantly larger engine oil lubricating pump than would otherwise be required, and the actuation rate of the variable camshaft timing arrangement is not limited by the capacity of the engine oil pump.

In an alternative embodiment the actuating arrangement uses one or more radially extending vanes which are circumferentially fixed relative to the camshaft and which are received in cavities of a sprocket housing that is oscillatable on the camshaft. Hydraulic fluid is selectively pumped to one side or another of each vane to advance or retard the position of the camshaft relative to the sprocket, and the pumping action occurs in reaction to torque pulsations in the camshaft. When the sprocket is chain or belt or gear connected to the crankshaft, and/or to a second independently adjustable camshaft, the position of the camshaft can be advanced or

5,107,804

| 3 | 4 |

retarded relative to the position of the crankshaft and-/or second crankshaft, as the case may be, and such advancing or retarding can be continuously variable over the advance/retard range of motion of the phase adjusted camshaft.

Accordingly, it is an object of the present invention to provide an improved variable camshaft timing arrangement for an internal combustion engine. More particularly, it is an object of the present invention to provide a variable camshaft timing arrangement which is self-actuating and which does not add to the peak load pumping requirements of the engine lubricating pump. It is also an object of the present invention to provide a variable camshaft timing arrangement in which the position of a camshaft is continuously variable relative to the position of the crankshaft within its operating limits. It is also an object of the present invention to provide a hydraulically operated variable camshaft timing arrangement of somewhat simplified mechanical and hydraulic construction relative to an arrangement which uses a pair of oppositely acting, hydraulically interconnected hydraulic cylinders.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawing and the following brief description thereof, to the detailed description of the preferred embodiment, and to the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A through 1D are schematic views illustrating the contact between a lobe of a camshaft and a cam follower of an engine valve at various times during a complete rotation of the camshaft;

FIG. 2 is a graph which illustrates the changes in torque experienced by a camshaft as a result of changes in the contact between a lobe of the camshaft and a cam follower of an engine valve, of the type illustrated in FIGS. 1A through 1D;

FIG. 3 is a fragmentary view of a dual camshaft internal combustion engine incorporating an embodiment of a variable camshaft timing arrangement according to the present invention, the view being taken on a plane extending transversely through the crankshaft and the camshafts and showing the intake camshaft in a retarded position relative to the crankshaft and the exhaust camshaft;

FIG. 4 is a fragmentary view similar to a portion of FIG. 3 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 5 is a fragmentary view taken on line 5—5 of FIG. 3 with some of the structure being removed for the sake of clarity and being shown in the retarded position of the device;

FIG. 6 is a fragmentary view similar to FIG. 5 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 7 is a fragmentary view showing the reverse side of some of the structure illustrated in FIG. 3;

FIG. 8 is a fragmentary view taken on line 8—8 of FIG. 6;

FIG. 9 is a fragmentary view taken on line 9—9 of FIG. 3;

FIG. 10 is a sectional view taken on line 10—10 of FIG. 3;

FIG. 11 is a sectional view taken on line 11—11 of FIG. 3;

FIG. 12 is a schematic view of the hydraulic equipment of the variable camshaft timing arrangement according to the preferred embodiment and illustrates a condition where the camshaft phase is shifting in the direction of the retarded position of the arrangement which is illustrated in FIG. 3;

FIG. 13 is a schematic view similar to FIG. 12 and illustrates a condition where the camshaft is shifting in the direction of the advanced position of the variable camshaft timing arrangement which is illustrated in FIG. 4;

FIG. 14 is a schematic view similar to FIGS. 12 and 13 and illustrates a condition where the camshaft phase is being maintained in a position between the advanced position and the retarded position of the variable camshaft timing arrangement of the present invention;

FIG. 15 is a fragmentary view of a dual camshaft internal combustion engine incorporating an alternative embodiment of the present invention;

FIG. 16 is a sectional view taken on line 16—16 of FIG. 15;

FIG. 17 is a fragmentary view illustrating the application of the variable camshaft timing system of the present invention to a single camshaft engine;

FIG. 18 is a sectional view taken on line 18—18 of FIG. 17;

FIG. 19 is a sectional view taken on line 19—19 of FIG. 17;

FIG. 20 is an end elevational view of a camshaft with an alternative embodiment of a variable camshaft timing system applied thereto;

FIG. 21 is a view similar to FIG. 20 with a portion of the structure thereof removed to more clearly illustrate other portions thereof;

FIG. 22 is a sectional view taken on line 22—22 of FIG. 21;

FIG. 23 is a sectional view taken on line 23—23 of FIG. 21;

FIG. 24 is a sectional view taken on line 24—24 of FIG. 21;

FIG. 25 is an end elevational view of an element of the variable camshaft timing system of FIGS. 20-24;

FIG. 26 is an elevational view of the element of FIG. 25 from the opposite end thereof;

FIG. 27 is a side elevational view of the element of FIGS. 25 and 26;

FIG. 28 is an elevational view of the element of FIG. 27 from the opposite side thereof; and

FIG. 29 is a simplified schematic view of the variable camshaft timing arrangement of FIGS. 20-28.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIGS. 1A through 1D illustrate the interaction which occurs in an operating internal combustion engine between a camshaft lobe L and a contactor C of a valve V during the rotation of the lobe L, illustratively in a clockwise direction as indicated by the arrow R, as the contactor C is urged against the lobe L by a spring S which is trapped between the contact C and the engine block B. The lobe L has a semicircular heel portion H and a protruding nose portion N. When the contact between the contactor C and the lobe L occurs at a point Pl on the heel portion H of the lobe L, the force exerted on the lobe L by the contactor C and the spring S which urges it against the lobe L will act along a line through the axis of rotation A of the lobe L and in the direction of movement of the valve V, and will result in no torque load being imposed on the camshaft. This condition is illustrated in FIG. 1A.

5,107,804

5

As the rotation of the lobe L continues in the clockwise direction from the position illustrated in FIG. 1A, eventually the nose N of the lobe L will contact the contactor C at a point P2 on the nose portion N. The point P2 is offset in a given direction from the line through the axis of rotation A and the direction of movement of the valve V by a distance D1, as is illustrated in FIG. 1B. At this position of the lobe L a torque will be imposed on the camshaft equal to the magnitude of a force F1 which acts on the contactor C as a result of the spring S multiplied by the distance D1. Eventually, during the further rotation of the lobe L and as is illustrated in FIG. 1D, the nose portion N of the lobe L will contact the contactor C at a point P4 which is on the opposite side of the axis of rotation A from the point P2 and which is spaced from the line through the axis of rotation A in the direction of movement of the valve V by a distance D2. At this position of the lobe L a torque will be imposed on the camshaft equal to the magnitude of a force F2 which acts on the contactor C multiplied by the distance D2, which will be a negative amount in relation to the distance D1. Thus, the camshaft torque in the FIG. 1D position of the lobe L is oppositely directed with respect to the camshaft torque in the FIG. 1B position. As the lobe L moves from the FIG. 1B position to the FIG. 1D position it will pass through the FIG. 1C position in which there will be zero torque on the camshaft because the nose portion N of the lobe L will contact the contactor at a point P3 which is aligned with the direction of movement of the valve V and the axis of rotation A of the camshaft. The variation in the torque experienced by the camshaft which carries a lobe as it rotates through a complete 360° cycle is illustrated by the curve in FIG. 2 in which the horizontal axis represents the angle of rotation, in degrees, and the vertical axis represents torque. This curve, assuming negligible friction, which is a substantially valid assumption for an engine having roller followers, approximates a sine curve.

The variations in torque which are experienced by a camshaft in turning through each of its 360° cycles, and which are illustrated in FIGS. 1A-1D and 2, are utilized as an actuating force to actuate a variable camshaft timing arrangement in the systems of FIGS. 3-29. In the arrangement of FIGS. 3-14, a crankshaft 22 has a sprocket 24 keyed thereto, and rotation of the crankshaft 22 during the operation of the engine in which it is incorporated, otherwise not shown, is transmitted to an exhaust camshaft 26, that is, a camshaft which is used to operate the exhaust valves of the engine, by a chain 28 which is trained around the sprocket 24 and a sprocket 30 which is keyed to the camshaft 26. Although not shown, it is to be understood that suitable chain tighteners will be provided to ensure that the chain 28 is kept tight and relatively free of slack. As shown, the sprocket 30 is twice as large as the sprocket 24. This relationship results in a rotation of the camshaft 26 at a rate of one-half that of the crankshaft 22, which is proper for a 4-cycle engine. It is to be understood that the use of a belt in place of the chain 28 is also contemplated.

The camshaft 26 carries another sprocket, namely sprocket 32, FIG. 5 and 6, journalled thereon to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable with the camshaft 26. Rotation of the camshaft 26 is transmitted to an intake camshaft 34 by a chain 36 which is trained around the sprocket 32 and a sprocket 38 that is keyed to the intake

6

camshaft 34. As shown, the sprockets 32 and 38 are equal in diameter to provide for equivalent rates of rotation between the camshaft 26 and the camshaft 34. The use of a belt in place of the chain 36 is also contemplated.

As is illustrated in FIG. 8, an end of each of the camshafts 26 and 34 is journalled for rotation in bearings 42 and 44, respectively, of the head 50, which is shown fragmentarily and which is bolted to an engine block, otherwise not shown, by bolts 48. The opposite ends of the camshafts 26 and 34, not shown, are similarly journalled for rotation in an opposite end, also not shown, of the head 50. The sprocket 38 is keyed to the camshaft 34 at a location of the camshaft 34 which is outwardly of the head 50. Similarly, the sprockets 32 and 30 are positioned, in series, on the camshaft 26 at locations outwardly of the head 50, the sprocket 32 being transversely aligned with the sprocket 38 and the sprocket 30 being positioned slightly outwardly of the sprocket 32, to be transversely aligned with the sprocket 24.

The sprocket 32 has an arcuate retainer 52 (FIG. 10) as an integral part thereof, and the retainer 52 extends outwardly from the sprocket 30 through a arcuate opening 30a in the sprocket 30. The sprocket 30 has an arcuate hydraulic body 46 bolted thereto and the hydraulic body 46, which houses certain of the hydraulic components that are illustrated in FIGS. 12–14, receives and pivotally supports the body end of each of a pair of oppositely acting, single acting hydraulic cylinders 54 and 56 which are positioned on opposite sides of the longitudinal axis of the camshaft 26. The piston ends of the cylinders 54 and 56 are pivotally attached to an arcuate bracket 58, and the bracket 58 is secured to the sprocket 32 by a plurality of threaded fasteners 60. Thus, by extending one of the cylinders 54 and 56 and by simultaneously retracting the other of the cylinders 54 and 56, the arcuate position of the sprocket 32 will be changed relative to the sprocket 30, either to advance the sprocket 32 if the cylinder 54 is extended and the cylinder 56 is retracted, which is the operating condition illustrated in FIGS. 4, 6, and 13, or to retard the sprocket 32 relative to the sprocket 30 if the cylinder 56 is extended and the cylinder 54 is retracted, which is the operating condition illustrated in FIGS. 3, 5, 9, 10 and 12. In either case, the retarding or advancing of the position of the sprocket 32 relative to the position of the sprocket 30 will advance or retard the position of the camshaft 34 relative to the position of the camshaft 26 by virtue of the chain drive connection provided by the chain 36 between the sprocket 32, which is journalled for limited relative arcuate movement on the camshaft 26, and the sprocket 38, which is keyed to the camshaft 34. This relationship can be seen in the drawing by comparing the relative position of a timing mark 30b on the sprocket 30 and a timing mark 38a on the sprocket 38 in the retard position of the camshaft 34, as is shown in FIGS. 3 and 5, to their relative positions in the advanced position of the camshaft 34, as is shown in FIGS. 4 and 6.

The flow of hydraulic fluid, which is in the form of engine lubricating oil, into and out of the cylinders 54 and 56 is schematically illustrated in FIGS. 12–14, in which the cylinders 54 and 56 receive fluid by way of a common inlet line 82. The inlet line 82 terminates at a juncture between opposed check valves 84 and 86 which are connected to the cylinders 54 and 56, respectively, by branch lines 88 and 90, respectively. The check valves 84 and 86 have annular seats 84a and 86a

7

to permit the flow of hydraulic fluid through the check valves 84 and 86 into the cylinders 54 and 56, respectively. The flow of hydraulic fluid through the check valves 84 and 86 is blocked by floating balls 84b and 86b, respectively, which are resiliently urged against the seats 84a and 86a, respectively, by springs 84c and 86c, respectively. The check valves 84 and 86, thus, permit the initial filling of the cylinders 54 and 56 and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters the line 82 by way of a spool valve 92, which is incorporated within the camshaft 26 in the embodiment of FIGS. 3-11, and hydraulic fluid is returned to the spool valve 92 from the cylinders 54 and 56 by return lines 94 and 96, respectively.

The spool valve 92 is made up of a cylindrical member 98 and a spool 100 which is slidable to and fro within the member 98. The spool 100 has cylindrical lands 100a and 100b on opposed ends thereof, and the lands 100a and 100b, which fit snugly within the member 98, are positioned so that the land 100b will block the exit of hydraulic fluid from the return line 96, as is shown in FIG. 12, where the camshaft 34 is shifting in the direction of its retarded position, or the land 100a will block the exit of hydraulic fluid from the return line 94, as is shown in FIG. 13, where the camshaft 34 is shifting in the direction of its advanced position, or the lands 100a and 100b will block the exit of hydraulic fluid from both the return lines 94 and 96, as is shown in FIG. 14, where the camshaft 34 is being maintained in a selected intermediate position.

The position of the spool 100 within the member 98 is influenced by a spring 102 which acts on the end of the land 100b. Thus, the spring 102 resiliently urges the spool 100 to the right, in the orientation illustrated in FIGS. 12-14. The position of the spool 100 within the member 98 is further influenced by a supply of pressurized hydraulic fluid within a portion 98a of the member 98, on the outside of the land 100a, which urges the spool 100 to the left, the movement of the spool 100 to the right being limited by a sleevelike mechanical stop 98b within the right hand end position of the cylindrical member 98. The retraction of one or another of the cylinders 54 and 56, with a resulting extension of the other of such cylinders, results from the unblocking of either the return line 94 or the return line 96, as heretofore described, since the hydraulic fluid which passes through such return line will flow into the inlet line 82 by way of an annular space 104 which is defined by the inside of the member 98 and the outside of a reduced diameter portion 100c of the spool 100, which is positioned between the lands 100a and 100b. Thus, the expansion of the expanding cylinder 54 or 56 results from a transfer of hydraulic fluid directly thereto from the contracting cylinder 56 or 54, and does not add to the required size of the engine lubricating oil pump.

The pressure within the portion 98a of the cylindrical member 98 is controlled by a pressure control signal from a controller 106, preferably of the pulse width modulated type (PWM), in response to a control signal from an electronic engine control unit (ECU) 108, shown schematically, which may be of conventional construction. The controller 106 receives engine oil from the main oil gallery of the engine through an inlet line 110 and selectively delivers engine oil from such source to the portion 98a of the cylindrical member 98 through a supply line 112. Spent oil from the controller 106 is returned by way of an outlet line 114 to a low

8

pressure regulator valve 116, which also receives supply oil from the inlet line 110, and oil from the low pressure regulator valve 116 is returned to the engine oil sump by way of an outlet line 118. Flow through the outlet line 118 is blocked by a land 116b on a sliding spool 116a of the pressure regulator valve 116 unless the pressure in the line 114 is sufficient to overcome the biasing effect of a spring 116c. Thus, the low pressure regulator valve 116 serves to maintain a minimum oil pressure, for example, 15 p.s.i.g., in the portion 98a of the cylindrical member 98, notwithstanding an electrical or other failure of the controller 106, to thereby maintain a supply of hydraulic fluid to the cylinders 54 and 56 to make-up for leakage losses. Because of this minimum oil pressure, the cylinders 54 and 56 can be designed for a continuing low level of oil leakage therefrom, back to the engine oil compartment, thus eliminating the need for an expensive zero leakage seal design in the cylinders. The make-up oil for the cylinders 54 and 56 to compensate for such continuing oil leakage comes from the portion 98a of the cylindrical member 98 by way of a small, internal passage 120 within the spool 100, from the portion 98a of the cylindrical member 98 to the annular space 104, from which it can flow to the cylinders 54 and 56 by way of the inlet line 82. A check valve 122 is placed in the internal passage 120 to block the flow of oil from the space 104 to the portion 98a of the cylindrical member 98. The elements of the embodiment of FIGS. 3-11 which correspond to the elements of the schematic hydraulic diagram of FIGS. 12-14, other than the cylinders 54 and 56, are identified by prime numerals, for example, the inlet line of the embodiment of FIGS. 3-11 which corresponds to the inlet line 82 of FIGS. 12-14 is identified by reference numeral 82'. In that regard, it is noted that the check valves 84' and 86' of the embodiment of FIGS. 3-11 are of the disc type, whereas the check valves 84 and 86 of FIGS. 12-14 are of the ball type, either type being acceptable.

The cylinders 54 and 56 are arranged to resist the positive and negative torque pulses in the camshaft 34 and are alternatively pressurized thereby, because every force is resisted by an equal and oppositely directed reaction force. Such cyclical pressurizing of the cylinders 54 and 56 is converted to hydraulic flow, and to a change in position of the sprocket 32 relative to the sprocket 30, by the controlled positioning of the spool 100 within the cylindrical member of the spool valve 92 and by the flow direction sensitivity of the check valves 84 and 86.

Referring to FIG. 12, the cylinder 54 is pressurized during positive torque pulses in the camshaft 34 and the cylinder 56 is pressurized during negative torque pulses. The position of the spool 100 allows hydraulic fluid to flow out of the retracting cylinder 54 (during a positive torque pulse), through the passage 88, the passage 94, and the cavity 104, the passage 82, the check valve 86 and the passage 90 into the extending cylinder 56. When the torque pulse becomes negative, the cylinder 56 is pressurized, but the fluid is not allowed to flow out of the cylinder 56 because the check valve 86 closes and blocks backflow through the passage 82 and the land 100b blocks fluid flow through the passage 96. Therefore, with the cylinder 54 being allowed to retract and the cylinder 56 only being allowed to extend, the variable camshaft timing mechanism causes the camshaft 34 to move in the retarded timing direction relative to the position of the crankshaft 22.

5,107,804

9

FIGS. 13 illustrates a condition in which the position of the camshaft 34 is advanced relative to the position of the crankshaft 22. The position of the spool 100 allows hydraulic fluid to flow out of the retracting cylinder 56 (during a negative torque pulse), through the passage 90, the passage 96, the cavity 104, the passage 82, the check valve 84 and the passage 88 into the extending cylinder 54. When the torque in the crankshaft 34 becomes positive, the cylinder 54 is pressurized, but the fluid is not allowed to flow out of the cylinder 54 because the check valve 84 is closed and blocks backflow through the passage 82 and the land 100a blocks fluid flow through passage 94. Therefore, with the cylinder 56 being allowed to retract and the cylinder 56 only being allowed to extend, the variable camshaft timing mechanism causes the camshaft 34 to move in the advanced timing direction relative to the position of the crankshaft 22.

FIG. 14 illustrates a condition in which the spool 100 is in the neutral position. The land 100b prevents hydraulic fluid from exiting the cylinder 56 by blocking the exit passage 96. The check valve 86 also prevents fluid from leaving the cylinder 56, but allows makeup fluid to flow into the cylinder 56 to compensate for any leakage. Similarly, the land 100c prevents hydraulic fluid from exiting the cylinder 54 by blocking the exit passage 94. The check valve 84 also prevents fluid from leaving the cylinder 54, but allows makeup fluid to flow into the cylinder 54 to compensate for any leakage. Thus, by preventing flow from both cylinders, which prevents the cylinders 54 and 56 from retracting, the camshaft is "locked" in a selected intermediate position of the camshaft 34 relative to the crankshaft 22.

As is illustrated in FIGS. 12 and 13, the spool valve 100 is in the fully open position, allowing the hydraulic fluid to flow at the maximum rate of change of the camshaft timing relative to the crankshaft. If desired, the spool valve 100 can be partially opened, allowing the hydraulic fluid to flow at a reduced rate, limiting the rate of change of camshaft timing. Therefore, camshaft timing position and the rate of change of camshaft timing position are controllable by the same valve.

FIGS. 15 and 16 illustrate schematically an embodiment of the present invention in which the principle of the embodiment of FIGS. 3-14 is adapted to the phasing of either or both of the camshafts of a dual camshaft engine relative to one another or relative to the crankshaft. In this embodiment a chain 228, which is shown fragmentarily and which is driven by a crankshaft, not shown, is trained both around a sprocket 232, which is journalled on an exhaust camshaft 226 to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable therewith, and around a sprocket 324 which is similarly journalled on an intake camshaft 234. The body ends of single acting hydraulic cylinders 254 and 256 are pivotally attached to the sprocket 232, on opposite sides of the camshaft 226, and the piston ends of the cylinders 254 and 256 are controllably hydraulically interconnected as in the manner of the cylinders 54 and 56 of the embodiment of FIGS. 3-18. Thus, the extending of one or another of the cylinders 254 and 256, with the concurrent retracting of the other of such cylinders, will advance or retard, as the case may be, the position of the camshaft 226 relative to the crankshaft, not shown, which is driving the chain 228. Likewise, the body ends of single acting hydraulic cylinders 354 and 356 are pivotally attached to the sprocket 324, on opposite sides of the camshaft 234, and the piston

10

ends of the cylinders 354 and 356 are pivotally attached to a bracket 330 which is keyed to the camshaft 234. The cylinders 354 and 356 are controllably hydraulically interconnected in the manner of the cylinders 54 and 56 of the embodiment of FIGS. 3-14, to operate in unison with, or independently of, the cylinders 254 and 256. Thus, the extending of one or another of the cylinders 354 and 356, with the concurrent retracting of the other of such cylinders, will advance or retard, as the case may be, the position of the camshaft 234 relative to the crankshaft. Depending on the manner of controlling the actuation of the cylinders 254 and 256, on the one hand, and the cylinders 354 and 356, on the other hand, the advancing and retarding of the camshaft 234 will be in unison with, or independent of, the advancing and retarding of the camshaft 226. The hydraulic system for the embodiment of FIGS. 15 and 16 is not shown in such figures, but it is to be understood it is the same as the hydraulic system of FIGS. 3-14.

FIGS. 17-19 illustrate schematically an embodiment of the present invention in which the principle of the embodiments of FIGS. 3-14 and FIGS. 15-16 is adapted to the phasing of a single camshaft of an engine relative to the crankshaft of the engine. While FIGS. 17-19 illustrate an engine of the overhead camshaft type, it is to be understood that the principle of FIGS. 17-19 is also applicable to a single camshaft engine of the in block camshaft type.

In the embodiment of FIGS. 17-19, an endless chain 338, only the centerline of which is shown, is driven by a crankshaft, not shown, and is trained around a sprocket 332. The sprocket 332 is journalled on a camshaft 326 and is oscillatable through a limited arc with respect to the camshaft 326 and is rotatable therewith. The body ends of single acting hydraulic cylinders 454 and 456 are pivotally attached to a hydraulic body 334, which is keyed to the camshaft 326, and the piston ends of the cylinders 454 and 456 are pivotally attached to the bracket 336 which is attached to the sprocket 332. The hydraulic body 334 has internal, hydraulic fluid flow passages therein, similar to the hydraulic body 334 of the embodiment of FIGS. 3-14, and is covered by a cover plate 350 which is bolted to the hydraulic body 334 by bolts 352. The hydraulic system for the embodiment of FIGS. 17-19 is the same as the hydraulic system of FIGS. 3-14, and the elements of the embodiment of FIGS. 17-19 which correspond to the elements of the schematic hydraulic diagram, other than the cylinders 454 and 456, are identified by double prime numerals. For example, the inlet line of the embodiment of FIGS. 18 and 19 is identified by reference numeral 82".

In the operation of the embodiment of FIGS. 17-19, torque pulsations in the camshaft 326 are experienced by the hydraulic body 334 by virtue of its keyed attachment to the camshaft, and these torque pulsations tend to advance or retard the circumferential position of the body 334 relative to the sprocket 332 which is insulated from the effect of the torque pulsations by virtue of being oscillatingly mounted on the camshaft 326. The actual advancing or retarding of the circumferential position of the hydraulic body 334 relative to the sprocket 332 in reaction to the torque pulsations in the camshaft 326, as heretofore explained, and, therefore, the advancing or retarding of the circumferential position of the camshaft 326 relative to that of the crankshaft, is permitted or prevented by the hydraulic system for the cylinders 454 and 456. At any given time, the control system, which is acting in response to a signal

5,107,804

**11**

from an engine control unit, will permit flow from one of the cylinders 454 and 456, and it will prevent flow from the other of the cylinders 454 and 456, or it can prevent flow from both of the cylinders 454 and 456 to hold a given circumferential position of the hydraulic body 334.

FIGS. 20-31 illustrate an embodiment of the present invention in which a housing in the form of a sprocket 432 is oscillatingly journalled on a camshaft 426. The camshaft 426 may be considered to be the only camshaft of a single camshaft engine, either of the overhead camshaft type or the in block camshaft type. Alternatively, the camshaft 426 may be considered to be either the intake valve operating camshaft or the exhaust valve operating camshaft of a dual camshaft engine. In any case, the sprocket 432 and the camshaft 426 are rotatable together, and are caused to rotate by the application of torque to the sprocket 432 by an endless roller chain 438, shown fragmentarily, which is trained around the sprocket 432 and also around a crankshaft, not shown. As will be hereinafter described in greater detail, the sprocket 432 is oscillatingly journalled on the camshaft 426 so that it is oscillatable at least through a limited arc with respect to the camshaft 426 during the rotation of the camshaft, an action which will adjust the phase of the camshaft 426 relative to the crankshaft.

An annular pumping vane 460 is fixedly positioned on the camshaft 426, the vane 460 having a diametrically opposed pair of radially outwardly projecting lobes 460a, 460b and being attached to an enlarged end portion 426a of the camshaft by bolts 462 which pass through the vane 460 into the end portion 426a. In that regard, the camshaft 426 is also provided with a thrust shoulder 426b to permit the camshaft to be accurately positioned relative to an associated engine block, not shown. The pumping vane 460 is also precisely positioned relative to the end portion 426a by a dowel pin 464 which extend therebetween. The lobes 460a, 460b are received in radially outwardly projecting recesses 432a, 432b, respectively, of the sprocket 432, the circumferential extent of each of the recesses 432a, 432b being somewhat greater than the circumferential extent of the vane lobe 460a, 460b which is received in such recess to permit limited oscillating movement of the sprocket 432 relative to the vane 460. The recesses 432a, 432b are closed around the lobes 460a, 460b, respectively, by spaced apart, transversely extending annular plates 466, 468 which are fixed relative to the vane 460, and, thus, relative to the camshaft 460, by bolts 470 which extend from one to the other through the same lobe, 460a or 460b. Further, the inside diameter 432c of the sprocket 432 is sealed with respect to the outside diameter of the portion 460d of the vane 460 which is between the lobe 460a, 460b, and the tips of the lobes 460a, 460b of the vane 460 are provided with seal receiving slots 460e, 460f, respectively. Thus each of the recesses 432a, 432b of the sprocket 432 is capable of sustaining hydraulic pressure, and within each recess 432a, 432b, the portion on each side of the lobe 460a, 460b, respectively, is capable of sustaining hydraulic pressure.

The functioning of the structure of the embodiment of FIGS. 20-28, as thus far described, may be understood by reference to FIG. 29. Hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 432a, 432b by way of a common inlet line 482. The inlet line 482 terminates at a juncture between opposed check valves 484 and 486 which are connected

**12**

to the recesses 432a, 432b, respectively, by branch lines 488, 490, respectively. The check valves 484, 486 have annular seats 484a, 486a, respectively, to permit the flow of hydraulic fluid through the check valves 484, 486 into the recesses 432a, 432b, respectively. The flow of hydraulic fluid through the check valves 484, 486, is blocked by floating balls 484b, 486b respectively, which are resiliently urged against the seats 484a, 486a, respectively, by springs 484c, 486c, respectively. The check valves 484, 486, thus, permit the initial filling of the recesses 432a, 432b and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters the line 482 by way of a spool valve 492, which is incorporated within the camshaft 426, and hydraulic fluid is returned to the spool valve 492 from the recesses 432a, 432b by return lines 494, 496, respectively.

The spool valve 492 is made up of a cylindrical member 498 and a spool 500 which is slidable to and fro within the member 498. The spool 500 has cylindrical lands 500a and 500b on opposed ends thereof, and the lands 500a and 500b, which fit snugly within the member 498, are positioned so that the land 500b will block the exit of hydraulic fluid from the return line 496, or the land 500a will block the exit of hydraulic fluid from the return line 494, or the lands 500a and 500b will block the exit of hydraulic fluid from both the return lines 494 and 496, as is shown in FIG. 29, where the camshaft 426 is being maintained in a selected intermediate position relative to the crankshaft of the associated engine.

The position of the spool 500 within the member 498 is influenced by an opposed pair of springs 502, 504 which act on the ends of the lands 500a, 500b, respectively. Thus, the spring 502 resiliently urges the spool 500 to the left, in the orientation illustrated in FIG. 29, and the spring 504 resiliently urges the spool 500 to the right in such orientation. The position of the spool 500 within the member 498 is further influenced by a supply of pressurized hydraulic fluid within a portion 498a of the member 498, on the outside of the land 500a, which urges the spool 500 to the left. The portion 498a of the member 498 receives its pressurized fluid (engine oil) directly from the main oil gallery ("MOG") 530 of the engine, and this oil is also used to lubricate a bearing 532 in which the camshaft 426 of the engine rotates.

The control of the position of the spool 500 within the member 498 is in response to hydraulic pressure within a control pressure cylinder 534 whose piston 534a bears against an extension 500c of the spool 500. The surface area of the piston 534a is greater than the surface area of the end of the spool 500 which is exposed to hydraulic pressure within the portion 498, and is preferably twice as great. Thus, the hydraulic pressures which act in opposite directions on the spool 500 will be in balance when the pressure within the cylinder 534 is one-half that of the pressure within the portion 498a. This facilitates the control of the position of the spool 500 in that, if the springs 502 and 504 are balanced, the spool 500 will remain in its null or centered position, as illustrated in FIG. 29, with less than full engine oil pressure in the cylinder 534, thus allowing the spool 500 to be moved in either direction by increasing or decreasing the pressure in the cylinder 534, as the case may be.

The pressure within the cylinder 534 is controlled by a solenoid 506, preferably of the pulse width modulated type (PWM), in response to a control signal from an electronic engine control unit (ECU) 508, shown schematically, which may be of conventional construction.

5,107,804

**13**

With the spool 500 in its null position when the pressure in the cylinder 534 is equal to one-half the pressure in the portion 498a, as heretofore described, the on-off pulses of the solenoid 506 will be of equal duration; by increasing or decreasing the on duration relative to the off duration, the pressure in the cylinder 534 will be increased or decreased relative to such one-half level, thereby moving the spool 500 to the right or to the left, respectively. The solenoid 506 receives engine oil from the engine oil gallery 530 through an inlet line 504 and selectively delivers engine oil from such source to the cylinder 534 through a supply line 538. As is shown in FIGS. 22 and 23, the cylinder 534 may be mounted at an exposed end of the camshaft 426 so that the piston 534a bears against an exposed free end 500c of the spool 500. In this case, the solenoid 508 is preferably mounted in a housing 534b which also houses the cylinder 534a.

Make-up oil for the recesses 432a, 432b of the sprocket 432 to compensate for leakage therefrom is provided by way of a small, internal passage 520 within the spool 500, from the passage 498a to an annular space 498b of the cylindrical member 498, from which it can flow into the inlet line 482. A check valve 522 is positioned within the passage 520 to block the flow of oil from the annular space 498b to the portion 498a of the cylindrical member 498.

The vane 460 is alternatingly urged in clockwise and counterclockwise directions by the torque pulsations in the camshaft 426 and these torque pulsations tend to oscillate the vane 460, and, thus, the camshaft 426, relative to the sprocket 432. However, in the FIG. 29 position of the spool 500 within the cylindrical member 498, such oscillation is prevented by the hydraulic fluid within the recesses 432a, 432b of the sprocket 432 on opposite sides of the lobes 460a, 460b, respectively, of the vane 460, because no hydraulic fluid can leave either of the recesses 432a, 432b, since both return lines 494, 496 are blocked by the position of the spool 500, in the FIG. 29 condition of the system. If, for example, it is desired to permit the camshaft 426 and vane 460 to move in a counterclockwise direction with respect to the sprocket 432, it is only necessary to increase the pressure within the cylinder 534 to a level greater than one-half that in the portion 498a of the cylindrical member. This will urge the spool 500 to the right and thereby unblock the return line 494. In this condition of the apparatus, counterclockwise torque pulsations in the camshaft 426 will pump fluid out of the portion of the recess 432a and allow the lobe 462a of vane 460 to move into the portion of the recess which has been emptied of hydraulic fluid. However, reverse movement of the vane will not occur as the torque pulsations in the camshaft become oppositely directed unless and until the spool 500 moves to the left, because of the blockage of fluid flow through the return line 496 by the land 500b of the spool 500. While illustrated as a separate closed passage in FIG. 29, the periphery of the vane 460 has an open oil passage slot, element 460c in FIGS. 20, 21, 25, 26 and 27, which permits the transfer of oil between the portion of the recess 432a on the right side of the lobe 460a and the portion of the recess 432b on the right side of the lobe 460b, which are the non-active sides of the lobes 460a, 460b; thus, counterclockwise movement of the vane 460 relative to the sprocket 432 will occur when flow is permitted through return line 494 and clockwise movement will occur when flow is permitted through return line 496.

**14**

Further, the passage 482 is provided with an extension 482a to the non-active side of one of the lobes 460a, 460b, shown as the lobe 460b, to permit a continuous supply of make-up oil to the non-active sides of the lobes 460a, 460b for better rotational balance, improved damping of vane motion, and improved lubrication of the bearing surfaces of the vane 460.

The elements of the structure of FIGS. 20–28 which correspond to the elements of FIG. 29, as described above, are identified in FIGS. 20–28 by the reference numerals which were used in FIG. 29, it being noted that the check valves 484 and 486 are disc-type check valves in FIGS. 20–28 as opposed to the ball type check valves of FIG. 29. While disc-type check valves are preferred for the embodiment of FIGS. 20–28, it is to be understood that other types of check valves can also be used.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. In an internal combustion engine having a rotatable crankshaft and a rotatable camshaft, the camshaft being position variable relative to the crankshaft, being subject to torque reversals during the rotation thereof, having a vane with at least one lobe secured to the camshaft for rotation therewith, and having a housing mounted on the camshaft for rotation with the camshaft and for oscillation with respect to the camshaft, the housing having at least one recess receiving the at least one lobe of the vane and permitting oscillation of the at least one lobe within the at least one recess as the housing oscillates with respect to the camshaft, the engine further having means for transmitting rotational movement from the crankshaft to the housing and means for varying the position of the housing relative to the camshaft, the method comprising:

actuating the means for varying the position of the housing relative to the camshaft in reaction to torque reversals in the camshaft.

2. In an internal combustion engine having a rotatable crankshaft and a rotatable camshaft, the camshaft being position variable relative to the crankshaft and being subject to torque reversals during the operation thereof, the method comprising:

providing the camshaft with a vane having at least one lobe, the vane being rotatable with the camshaft and being non-oscillatable with respect to the camshaft;

providing the camshaft with a housing having at least one recess, the housing being rotatable with the camshaft and being oscillatable with respect to the camshaft, the at least one recess of the housing receiving the at least one lobe of the vane and permitting oscillation of the at least one lobe within the at least one recess as the housing oscillates with respect to the camshaft;

providing means for transmitting rotary movement from the crankshaft to the housing;

providing means for varying the position of the housing relative to the camshaft; and

5,107,804

15

actuating the means for varying the position of the housing relative to the camshaft in reaction to torque reversals in the at least one camshaft.

3. The method according to claim 2 wherein the means for varying the position of the housing relative to the camshaft comprises means for permitting the position of the housing to move in a first direction relative to the camshaft in reaction to a torque pulse in the camshaft in a first direction, means for preventing the position of the housing from moving relative to the camshaft in a second direction in reaction to a torque pulse in the camshaft in a second direction, and means for selectively reversing the first and second directions of the movement of the housing relative to the camshaft with respect to the first and second directions of torque pulses in the camshaft.

4. The method according to claim 3 wherein the at least one recess is capable of sustaining hydraulic pressure, wherein the at least one lobe divides the at least one recess into a first portion and a second portion, and wherein the varying of the position of the housing relative to the camshaft comprises:

transferring hydraulic fluid into one of the first portion and the second portion of the recess.

5. The method according to claim 4 wherein the varying of the position of the housing relative to the camshaft further comprises;

simultaneously transferring hydraulic fluid out of the other of the first portion and the second portion of the recess.

6. The method according to claim 4 wherein the hydraulic fluid is engine lubricating oil from a main oil gallery of the engine.

7. An internal combustion engine comprising:

a crankshaft, said crankshaft being rotatable about an axis;

a camshaft, said camshaft being rotatable about a second axis, said second axis being parallel to said axis, said camshaft being subject to torque reversals during the rotation thereof;

a vane having at least one lobe, said vane being attached to said camshaft, being rotatable with said camshaft and being non-oscillatable with respect to said camshaft;

a housing, said housing being rotatable with said camshaft and being oscillatable with respect to said camshaft, said housing having at least one recess, said at least one recess receiving said at least one lobe, said at least one lobe being oscillatable within said at least one recess;

rotary movement transmitting means for transmitting rotary movement from the crankshaft to the housing; and

means reactive to torque reversals in the camshaft for varying the position of the housing relative to the camshaft.

8. An engine according to claim 7 wherein said means reactive to torque reversals comprises control means for permitting the housing to move in a first direction relative to the camshaft in reaction to a torque pulse in the camshaft in a first direction and for preventing the housing from moving in a second direction relative to the camshaft in reaction to a torque pulse in the camshaft in a second direction.

9. An engine according to claim 8 wherein said at least one lobe divides said at least one recess into a first portion and a second portion, and wherein said control means comprises means for transferring hydraulic fluid

16

into one of said first portion and said second portion, said one of said first portion and said second portion of said at least one recess being capable of sustaining hydraulic pressure.

10. An engine according to claim 9 wherein said control means further comprises means for simultaneously transferring hydraulic fluid out of the other of said first portion and said second portion.

11. An engine according to claim 10 wherein each of said first portion and said second portion of said at least one recess is capable of sustaining hydraulic pressure, and wherein said control means is capable of being reversed to transfer hydraulic fluid out of said one of said first portion and said second portion and to transfer hydraulic fluid into said other of said first portion and said second portion, said engine further comprising:

an engine control unit responsive to at least one engine operating condition for selectively reversing the operation of said control means.

12. An engine according to claim 11 wherein said hydraulic fluid comprises engine lubricating oil, and further comprising:

conduit means for transferring engine lubricating oil from a portion of said engine to said control means; and

second conduit means for transferring engine lubricating oil from said control means to said portion of said engine.

13. An internal combustion engine comprising:

a crankshaft, said crankshaft being rotatable about an axis;

a camshaft, said camshaft being rotatable about a second axis, said second axis is being parallel to said axis, said camshaft being subject to torque reversals during the rotation thereof;

a vane having first and second circumferentially spaced apart lobes, said vane being attached to said camshaft, being rotatable with said camshaft and being non-oscillatable with respect to said camshaft;

a housing, said housing being rotatable with said camshaft and being oscillatable with respect to said camshaft, said housing having first and second circumferentially spaced apart recesses, each of said first and second recesses receiving one of said first and second lobes and permitting oscillating movement of said one of said first and second lobes therein;

rotary movement transmitting means for transmitting rotary movement from the crankshaft to the housing; and

means reactive to torque reversals in the camshaft for varying the position of the housing relative to the camshaft.

14. An engine according to claim 13 wherein said means reactive to torque reversals comprises control means for permitting the housing to move in a first direction relative to the camshaft in reaction to a torque pulse in the camshaft in a first direction and for preventing the housing from moving in a second direction relative to the camshaft in reaction to a torque pulse in the camshaft in a second direction.

15. An engine according to claim 14 wherein each of said first and second lobes respectively divides each of said first and second recesses into a first portion and a second portion, and wherein said control means comprises means for transferring hydraulic fluid into one of said first portion and said second portion of each of said

5,107,804

**17**

first and second recesses, each of said one of said first portion and said second portion of said each of said first and second recesses being capable of sustaining hydraulic pressure.

16. An engine according to claim 15 wherein said control means comprises means for simultaneously transferring hydraulic fluid out of the other of said first portion and second portion of said each of said first and second recesses.

17. An engine according to claim 16 wherein each of said first portion and said second portion of each of said first and second recesses is capable of sustaining hydraulic pressure, and wherein said control means is capable of being reversed to transfer hydraulic fluid out of said one of said first portion and said second portion of said each of said first and second recesses and to transfer hydraulic fluid into said other of said first portion and said second portion of said each of said first and second recesses, said engine further comprising:

an engine control unit responsive to at least one engine operating condition for selectively reversing the operation of said control means.

18. An engine according to claim 17 wherein said hydraulic fluid comprises engine lubricating oil, and further comprising:

conduit means for transferring engine lubricating oil from a portion of said engine to said control means; and

second conduit means for transferring engine lubricating oil from said control means to said portion of said engine.

19. An engine according to claim 17 and further comprising:

passage means connecting one of said first portion and said second portion of one of said first recess and said second recess with one of said first portion and said second portion of the other of said second recess to permit hydraulic fluid to flow between said one of said first portion and said second portion of said one of said first recess and said second recess and said one of said first portion and said second portion of said other of said first recess and said second recess.

20. An engine according to claim 19 wherein said control means further comprises;

a spool valve body;

**18**

a spool, said spool being reciprocable within said body and having first and second spaced apart lands;

first return line means extending from one of said first recess and said second recess to said valve body, one of said first and second lands blocking flow through said first return line in a first range of positions of said spool within said valve body and permitting flow through said first line in a second range of positions of said spool within said valve body;

second return line means extending from the other of said first recess and said second recess to said valve body, the other of said first and second lands blocking flow through said second return line in said second range of positions of said spool within said valve body, permitting flow through said second return line in a first portion of said first range of positions of said spool within said valve body, and blocking flow through said second return line in a second portion of said first range of positions of said spool within said valve body; and

inlet line means extending from said valve body to each of said first recess and said second recess, said inlet line means being positioned between said first land and said second land in each of said first range of positions and said second range of positions of said spool and permitting hydraulic fluid to flow from said valve body to said each of said first recess and said second recess regardless of the position of said spool, said inlet line means having check valve means for preventing the flow of hydraulic fluid from each of said first recess and said second recess to said valve body.

21. An engine according to claim 20 wherein at least one of said first and second lands of said spool has a passage extending therethrough, said passage providing communication for the flow of hydraulic fluid through said spool to said inlet line means, said passage having second check valve means for preventing the flow of hydraulic fluid from said inlet line means through said spool.

22. An engine according to claim 20 wherein said engine control means comprises means for reciprocating said spool within said valve body.

* * * * *

# Exhibit 5

# United States Patent [19]

## Shirai et al.

[11] **Patent Number:** **4,858,572**

[45] **Date of Patent:** **Aug. 22, 1989**

[54] **DEVICE FOR ADJUSTING AN ANGULAR PHASE DIFFERENCE BETWEEN TWO ELEMENTS**

[75] Inventors: **Eiji Shirai, Okazaki; Yoshio Okabe, Chiryu; Yukimori Kobayashi, Gamagohri, all of Japan**

[73] Assignee: **Aisin Seiki Kabushiki Kaisha, Kariya, Japan**

[21] Appl. No.: **252,054**

[22] Filed: **Sep. 30, 1988**

[30] **Foreign Application Priority Data**

Sep. 30, 1987 [JP] Japan .............................. 62-246880

[51] Int. Cl.⁴ ............................. F01L 1/34; F01L 9/02
[52] U.S. Cl. ............................. 123/90.12; 123/90.15; 123/90.31
[58] Field of Search ............... 123/90.12, 90.13, 90.15, 123/90.16, 90.27, 90.31, 90.17

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,827,413 | 8/1974 | Meacham | 123/90.15 |
| 4,421,074 | 12/1983 | Garcea et al. | 123/90.15 |
| 4,535,731 | 8/1985 | Banfi | 123/90.17 |
| 4,601,266 | 7/1986 | Oldfield et al. | 123/90.15 |
| 4,762,097 | 8/1988 | Baker | 123/90.31 |
| 4,787,345 | 11/1988 | Thoma | 123/90.17 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3247916 | 6/1994 | Fed. Rep. of Germany ... | 123/90.31 |
| 0268810 | 11/1986 | Japan | 123/90.15 |

*Primary Examiner*—Charles J. Myhre
*Assistant Examiner*—Weilun Lo
*Attorney, Agent, or Firm*—Oblon, Spivak, McClelland, Maier, & Neustadt

[57] **ABSTRACT**

For adjusting an angular phase difference between an engine crank shaft and an engine cam shaft, fluid under pressure is supplied into one or more chambers defined therebetween. The adjusted condition is maintained or held by mechanical engagement between both shafts.

**9 Claims, 3 Drawing Sheets**







*FIG. 1*



FIG. 2



FIG. 3



FIG. 4

4,858,572

1

# DEVICE FOR ADJUSTING AN ANGULAR PHASE DIFFERENCE BETWEEN TWO ELEMENTS

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a device for adjusting an angular phase difference and in particular to a device for adjusting an angular phase difference between an engine crank shaft and an engine cam shaft.

### 2. Description of the Prior Art

A conventional device of this kind is disclosed in U.S. Pat. No. 2,861,557, for example. In the conventional device, a drive member to be driven by an engine crank shaft is rotatably mounted on an engine cam shaft having a cam member which acts on a tappet. A hub is also fixedly mounted on the cam shaft so as to be enclosed by the drive member. The drive member is provided with a pair of equi-spaced vanes, each of which is extended inwardly in the radial direction so as to be brought into sliding engagement with an outer surface of the hub. The hub is also provided with a pair of equi-spaced vanes, each of which is extended outwardly in the radial direction so as to be brought into engagement with an inner surface of the drive member. Thus, between each of the vanes of the drive member and each of the vanes of the hub there is defined an oil chamber to which fluid under pressure is supplied. In such a construction, when fluid under pressure is supplied into each oil chamber, the volume thereof is increased, thereby increasing an angular phase difference between the drive member and the hub. Thus, the cam shaft is advanced through an angle relative to the crank shaft.

However, since fluid in each chamber serves for transmitting the rotational torque from the crank shaft to the cam shaft in the above-mentioned construction, the pressure of the fluid has to overcome the rotational torque from the crank shaft in order to retain or hold the advanced condition of the cam shaft relative to the crank shaft. This means that a high powered oil pump as to be used. In other words, fluid which already circulates in an engine system for the lubrication thereof cannot be utilized.

Further, in the conventional device, before advance of the cam shaft relative to the drive member, a ball holding the connection therebetween is moved outwardly in the radial direction as a result of centrifugal effect on the ball. This means that the cam shaft may not be advanced relative to the drive member while the engine is operated at a low speed.

## SUMMARY OF THE INVENTION

It is, therefore, a primary object of the present invention to provide a device for adjusting an angular phase difference without the aforementioned drawbacks.

Another object of the present invention is to provide a device for adjusting an angular phase difference, which may be actuated by fluid at a relatively low pressure.

Still another object of the present invention is to provide a device for adjusting an angular phase difference, which may be operated regardless of an engine speed.

In order to achieve the above objects, and in accordance with the purposes of the present invention, a device is provided for adjusting an angular phase difference between a cam shaft rotatably supported on an

2

engine and having a cam member which acts on a tappet, and a drive member rotatably mounted on the cam shaft and driven by the rotational torque from a crank shaft. The device includes a hub fixedly mounted on the cam shaft and enclosed by the drive member to define a chamber between the drive member and the hub, the chamber having a pair of circumferentially opposed walls. A vane is fixedly mounted to the hub and extends outwardly therefrom in the radial direction and into the chamber so as to divide the chamber into a first section and a second section which are fluid tightly separated from each other. A fluid supplying means supplies fluid under pressure to a selected one of the first section and the second section via respective first and second passage means, together with means for preventing counter flow of the fluid under pressure from the first and second sections. A first connecting means mechanically connects the hub and the drive member when the vane is in abutment with one of the circumferentially opposed walls of the chamber and releases the mechanical connection between the hub and the drive member when the pressure of the fluid in the first passage means exceeds a set value. Second connecting means mechanically connect the hub and the drive member when the vane is brought into abutment with the other of the circumferentially opposed walls of the chamber after a rotary movement of the hub through a set angle, and releases this mechanical connection when the fluid pressure in the second passage means exceeds a set value.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects, features and advantages of the present invention will become more apparent and more readily appreciated from the following detailed description of preferred exemplary embodiments of the present invention, taken in connection with the accompanying drawings, in which:

FIG. 1 is a veiw, partially in section, showing the entire device for adjusting an angular phase difference according to the invention;

FIG. 2 is a cross-sectional view taken along line A—A of FIG. 1;

FIG. 3 is a view for showing the relationship between a cam meber on a cam shaft and a tappet; and

FIG. 4 is a cross-sectional view of another construction of a valve of the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to FIGS. 1 through 3, a device 10 includes a cam shaft 11 which is rotatably supported on an engine 12. At a portion of the cam shaft 11, there is fixedly mounted a cam 13 (FIG. 3) which acts on an upper surface of a tappet 14 as is well-known. On a left end portion of the cam shaft 11, there is rotatably mounted a drive member 15 having teeth 15a to which rotational torque is transmitted via a belt 19 from a crank shaft 16 which is rotated by the engine 12.

The drive member 15 is provided at an inner side thereof with a plurality of circumferentially equi-space projections 17, each of which extends inwardly in the radial direction. An inner end portion of each projection 17 is in sliding engagement with an outer surface of a hub 18 which is fixedly mounted on the cam shaft 11 and is enclosed by the drive member 15. Between the drive member 15 and the hub 18, there are defined six chambers 20, 21, 22, 23, 24 and 25 which are arranged in

3

4,858,572

4

an equi-spaced manner in the circumferential direction. Each chamber 20, 21, 22, 23, 24 and 25 has a pair of circumferentially opposed, radially extending walls 20*a* and 20*b*, 21*a* and 21*b*, 22*a* and 22*b*, 23*a* and 23*b*, 24*a* and 24*b*, 25*a* and 25*b*.

On the hub 18, six vanes 30, 31, 32, 33, 34 and 35, are fixedly mounted in an equi-spaced manner in the circumferential direction. The vane 30, which projects outwardly from the hub 19 in the radial direction, is extended into the corresponding chamber 20 so that the chamber 20 is divided into a first section 20*c* and a second section 20*d*, both of which are fluid-tightly separated from each other. The chambers 21, 22, 23, 24 and 25 are so divided in a manner similar to the chamber 20.

In the condition shown in FIG. 2, the vanes 30, 31, 32, 33, 34 and 35 are in abutment with the walls 20*a*, 21*a*, 22*a*, 23*a*, 24*a* and 25*a*, respectively. For maintaining such a condition, a first connecting means 36 is employed. The connecting means is in the form of a pin 37 extending into a radial bore 39 of one of the projections, the pin 37 being urged inwardly by a spring 38 accommodated in the bore 39. An upper end of the pin 37 is fitted into a large-radius portion 40*a* of a radial hole 40 in the hub 18. The hub 18 is thus prevented from rotary movement relative to the drive member 15.

Fluid under pressure is supplied to the first sections 20*c*, 21*c*, 22*c*, 23*c*, 24*c* and 25*c* or to the second sections 20*d*, 21*d*, 22*d*, 23*d*, 24*d* and 25*d* from a fluid supply means 60 which will be described below. In order to supply fluid to the first section 20*c*, fluid under pressure passes through the radial hole 40 while pushing the pin 37 fully into the bore 39 against the load of the spring 38, and enters a circumferential groove 50 in the hole 18. Due to continuous supply of fluid in each first section, the vanes and the hub 18 are brought into clockwise unitary rotation relative to the drive member 15. This rotation of the hub 18 is completed when a pin 47 of a second connecting means 46 in another projection 17 is urged inwardly in the radial direction by spring 48 upon being brought into alignment with a large-radius portion 142*a* of the hole 142.

The fluid supplying means 60 is provided for supplying fluid under pressure to either respective first sections 20*c*, 21*c*, 22*c*, 23*c*, 24*c* and 25*c* via a first passage means 70 or respective second sections 20*d*, 21*d*, 22*d*, 23*d*, 24*d* and 25*d* via a second passage means 75. The fluid supplying means 60 includes an oil pump 80 from which fluid under pressure is delivered. Oil from pump 80 may also be utilized for the lubrication of the engine system. A switching valve apparatus 61 has a casing 62 in which a sliding member 63 is mounted. Normally, the sliding member 63 is urged in the leftward direction by a spring 64 so as to establish the fluid communication between an inlet port 65 to which fluid is supplied from the pump 80 and a first outlet port 66.

On the other hand, upon actuation of a solenoid 68 due to receipt of an order or a command from a controller 82 in the form of a microcomputer, the sliding member 63 is moved in the rightward direction against the load of the spring 64.

In the cam shaft 11, there are formed a first path 71 and a second path 76 which respectively belong to the first passage means 70 and the second passage means 75. Between the first outlet port 66 (the second outlet port 67) and the first path 71 (the second path 76) there is interposed a first check-valve 72 (a second check-valve 77) for preventing counter flow of fluid to the oil pump 80. The first path 71 (the second path 76) is in fluid communication with a first annular passage 73 (a second annular passage 78).

The first annular passage 73 is in fluid communication with the first sections 20*c*, 21*c*, 22*c*, 23*c*, 24*c* and 24*c* via, respectively, a set of the hole 40 and the groove 50, a set of a hole 41 and a groove 51, sets of holes and grooves (not shown) similarly communicated to first sections 22*c*, 23*c*, 24*c*, and a set of a hole 45 and a groove 55. The second sections 20*d*, 21*d*, 22*d*, 23*d*, 24*d* and 25*d* are in fluid communication with the second annular passage 78 via, respectively, a set of the hole 142 and a groove 152, a set of a hole 143 and a groove 153, a set of a hole 144 and a groove 154 and sets of holes and grooves (not shown) similarly communicated to second sections 20*d*, 21*d* and 25*d*.

The controller 82 is electrically connected to a first sensor 88 which detects an amount of opening of a throttle valve 89 operatively connected to an accelerator pedal 90, and a second sensor 91 which detects the speed or the rotational number of the engine 12. In response to signals from both sensors 88 and 91, the controller 82 controls the valve apparatus 61. In this embodiment, the solenoid 68 is actuated when the amount of the opening of the throttle valve 89 is large during the low speed operation of the engine 12 so as not to generate an angular phase difference between the cam shaft 11 and the crank shaft 16. For easy assembly of the device 10, a left wall 92 of the drive member 15 is detachably and movably held to the cam shaft 11 by a bolt 93 and a spacer 94. Further, for assuring the smooth rotation of the drive member 15 on the cam shaft 11, a bearing 95 is employed.

In operation, when the engine 12 is started, the pressure of fluid delivered from the oil pump 80 is increased up to a set value. Fluid under the resulting pressure is supplied to the valve apparatus 61. If the solenoid 68 is not actuated, fluid is supplied to the holes 40, 41, 45 (and the non-illustrated holes for the first sections 22*c*, 23*c* and 24*c*), via the first check valve 72. Fluid under pressure supplied into the hole 40 urges the pin 36 fully into the bore 39, thereby releasing the connection between the hub 18 and the drive member 15. Then, fluid under pressure is supplied into the first sections 20*c*, 21*c*, 22*c*, 23*c*, 24*c* and 25*c* via the grooves 50, 51, 55 (and the nonillustrated grooves for the first sections 22*c*, 23*c* and 24*c*), thereby rotating the vanes 30, 31, 32, 33, 34 and 35 by the angle θ in the clockwise direction, together with the hub 18. Upon fitting of the pin 47 into the large-radius portion 142*a* of the hole 142, such rotation is terminated. Thus, the cam shaft 11 which is fixedly connected to the hub 18 is advanced through an angle relative to the crank shaft 16, which is operatively connected to the drive member 15. Due to an irregular profile of the cam member 13 as shown in FIG. 3, the torque applied to the cam shaft 11 is increased or decreased periodically. In the former case, though the pressure in the first passage means 70 is increased, the resulting pressure is prevented from counter-flowing to the oil pump 80 by the check valve 72.

On the other hand, for returning the cam shaft 11 from the advanced condition to the original condition, respective vanes 30, 31, 32, 33, 34 and 35 are rotated in the counter-clockwise direction by supplying fluid under pressure to the second sections 20*d*, 21*d*, 22*d*, 23*d*, 24*d* and 25*d* via second passage means 75. Since the rotational direction of each vane is the same as the rotational direction of the drive member, each vane is easily returned to its original position as shown in FIG.

4,858,572

5

2 by the fluid pressure. During the returning rotary movement of each vane, fluid in each first section is drained through a non-illustrated clearance between the hub 18 and the cam shaft 11.

As shown in FIG. 4, instead of the pair of check-valves 72 and 77, a single check-valve 98 which is disposed between the valve apparatus 61 and the oil pump 80 is possible. According to this construction, fluid is drained from a port 99a or 99b to the lubricating circuit.

Obviously, numerous modifications and variations of the present invention are possible in light of the above teachings. It is therefore to be understood that within the scope of the appended claims, the invention may be practiced otherwise than as specifically described herein.

What is claimed as new and desired to be secured by letters patent of the United States is:

1. A device for adjusting an angular phase difference between a cam shaft rotatably supported on an engine and having a cam member which acts on a tappet, and a drive member rotatably mounted on said cam shaft and driven by the rotational torque from a crank shaft, comprising:

a hub fixedly mounted on said cam shaft and enclosed by said drive member;

a chamber defined between said drive member and said hub and having a pair of circumferentially opposed walls;

a vane fixedly mounted to said hub and extended outwardly therefrom in the radial direction into said chamber so as to divide said chamber into a first section and a second section which are fluid-tightly separated from each other;

a fluid supplying means for supplying fluid under pressure to a selected one of said first section and said second section via respective first and second passage means;

means for preventing counter flow of said fluid under pressure from said first and second sections;

a first connecting means for mechanically connecting said hub and said drive member when said vane is in abutment with one of said circumferentially opposed walls of said chamber and for releasing the mechanical connection between said hub and said

6

drive member when the pressure of fluid in said first passage means exceeds a set value; and

a second connecting means for mechanically connecting said hub and said drive member when said vane is brought into abutment with an other of said circumferentially opposed walls of said chamber after a rotary movement of said hub through a set angle and for releasing the mechanical connection between said hub and said drive member when the fluid pressure in said second passage means exceeds a set value.

2. A device in accordance with claim 1 further including at least one additional chamber and one vane in each said additional chamber, wherein all of said chambers and said vanes are arranged in an equi-spaced manner in the circumferential direction.

3. A device in accordance with claim 1 wherein said fluid supplying means includes an oil pump from which fluid under pressure is delivered, a switching valve apparatus connected to said oil pump and alternately connected to said first passage means and said second passage means, and one-way valve means preventing counter flow of fluid to said oil pump and comprising said means for preventing counter flow.

4. A device in accordance with claim 3 wherein said one-way valve means comprises a first check-valve and a second check valve disposed in said first passage means and said second passage means respectively.

5. A device in accordance with claim 3 wherein said one-way valve means is a single check-valve disposed between said switching valve and said oil pump.

6. A device in accordance with claim 3 wherein said switching valve is an electrically operated valve.

7. A device in accordance with claim 6 including microcomputer means for controlling said electrically operated valve.

8. A device in accordance with claim 7 wherein said microcomputer means comprises means for controlling said electrically operated valve based on a set of parameter signals.

9. A device in accordance with claim 8 wherein said parameter signals are an engine speed and an amount of opening of a throttle valve.

* * * * *