# Exhibit 6

# United States Patent [19]

## Butterfield et al.

[11] Patent Number: **5,002,023**

[45] Date of Patent: **Mar. 26, 1991**

[54] **VARIABLE CAMSHAFT TIMING FOR INTERNAL COMBUSTION ENGINE**

[75] Inventors: Roger P. Butterfield, Interlaken; Franklin R. Smith, Slaterville Springs, both of N.Y.

[73] Assignee: Borg-Warner Automotive, Inc., Sterling Heights, Mich.

[21] Appl. No.: 422,353

[22] Filed: Oct. 16, 1989

[51] Int. Cl.5 ............................................... F01L 1/34
[52] U.S. Cl. ........................... 123/90.15; 123/90.17; 123/90.31
[58] Field of Search ............... 423/90.12, 90.13, 90.15, 423/90.17, 90.31; 464/2

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,861,557 | 11/1958 | Stolte | 123/90.15 |
| 3,721,220 | 3/1973 | Garcea | 123/90.15 |
| 4,131,096 | 12/1978 | Mitchell | 123/90.15 |
| 4,305,352 | 12/1981 | Oshima et al. | 123/90.15 |
| 4,494,495 | 1/1985 | Nakamura et al. | 123/90.15 |
| 4,494,496 | 1/1985 | Nakamura et al. | 123/90.15 |
| 4,498,431 | 2/1985 | Nakamura et al. | 123/90.15 |
| 4,561,390 | 12/1985 | Nakamura et al. | 123/90.15 |
| 4,601,266 | 7/1986 | Oldfield et al. | 123/90.15 |
| 4,627,825 | 12/1986 | Bruss et al. | 123/90.15 |
| 4,685,429 | 8/1987 | Oyaizu | 123/90.15 |
| 4,708,101 | 11/1987 | Hara et al. | 123/90.17 |
| 4,714,057 | 12/1987 | Wichart | 123/90.15 |
| 4,723,517 | 2/1988 | Frost | 123/90.15 |
| 4,726,331 | 2/1988 | Oyaizu | 123/90.15' |
| 4,744,338 | 5/1988 | Sapienza, IV | 123/90.15 |
| 4,747,375 | 5/1988 | Williams | 123/90.15 |
| 4,771,742 | 9/1988 | Nelson et al. | 123/90.15 |
| 4,787,345 | 11/1988 | Thoma | 123/90.15 |
| 4,802,376 | 2/1989 | Stidworthy | 123/90.15 |
| 4,805,566 | 2/1989 | Ampferer | 123/90.15 |
| 4,805,571 | 2/1989 | Humphrey | 123/90.15 |
| 4,895,113 | 1/1990 | Speier et al. | 464/2 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0134011 | 9/1989 | Japan | 123/90.17 |

### OTHER PUBLICATIONS

May 1984 Automotive Engineering article entitled, "Variable Valve Timing has Electronic Control". Paper entitled, "System for Automatic Variation of Phase Between Two Camshafts Inserted into a 'Cassette' Module with Sachs-Huret Chain", believed to have been originally presented in or about 1983.

Primary Examiner—David A. Okonsky
Assistant Examiner—Weilun Lo
Attorney, Agent, or Firm—William Brinks Olds et al.

[57] **ABSTRACT**

A variable camshaft timing arrangement for an internal combustion engine in which a camshaft, for example, an intake valve operating camshaft in a dual camshaft system, is advanced or retarded in its position relative to the crankshaft and to the exhaust valve operating camshaft in reaction to torque pulsations in such intake valve operating camshaft. The other camshaft of the dual camshaft engine has a sprocket oscillatingly mounted thereon. The other camshaft also has a bracket or another sprocket keyed thereto and the bracket or another sprocket is chain driven by the rotation of the crankshaft. A pair of single acting hydraulic cylinders interconnect the oscillating sprocket and the bracket or other sprocket, with the piston ends of the cylinders pivotably attached to the oscillating sprocket and with the body ends of the cylinders pivotably attached to the other sprocket or bracket. The cylinders act in opposite directions and are hydraulically interconnected so that one extends as the other retracts and vice versa. The hydraulic system includes a control valve which is controlled by an engine controller to selectively permit one of the cylinders to extend, and the other to retract, in reaction to torque pulsations of the camshaft which is being advanced or retarded to provide desired engine operating characteristics. The bracket or other sprocket whose position is phase adjustable in this manner is connected by a chain to a sprocket which is keyed to the intake valve operating camshaft. An adaptation of the system to the synchronous phase adjustment of the positions of both camshafts of a dual camshaft engine is also specifically disclosed.

30 Claims, 12 Drawing Sheets





FIG. IA



FIG. IB



FIG. IC

FIG. ID



FIG. 2



FIG. 6



FIG. 3



FIG. 4

FIG. 8



FIG. 5

FIG. 7



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16

5,002,023

| 1 | 2 |

## VARIABLE CAMSHAFT TIMING FOR INTERNAL COMBUSTION ENGINE

### FIELD OF THE INVENTION

This invention relates to an internal combustion engine in which the timing of the camshaft of a single camshaft engine, or the timing of one or both of the camshafts of a dual camshaft engine, relative to the crankshaft is varied to improve one or more of the operating characteristics of the engine.

### BACKGROUND OF THE INVENTION

It is known that the performance of an internal combustion engine can be improved by the use of dual camshafts, one to operate the intake valves of the various cylinders of the engine and the other to operate the exhaust valves. Typically, one of such camshafts is driven by the crankshaft of the engine, through a sprocket and chain drive or a belt drive, and the other of such camshafts is driven by the first, through a second sprocket and chain drive or a second belt drive. Alternatively, both of the camshafts can be driven by a single crankshaft powered chain drive or belt drive. It is also known that engine performance in an engine with dual camshafts can be further improved, in terms of idle quality, fuel economy, reduced emissions or increased torque, by changing the positional relationship of one of the camshafts, usually the camshaft which operates the intake valves of the engine, relative to the other camshaft and relative to the crankshaft, to thereby vary the timing of the engine in terms of the operation of its intake valves relative to its exhaust valves or in terms of the operation of its valves relative to the position of the crankshaft. Heretofore, such changes in engine valve timing have been accomplished by a separate hydraulic motor operated by engine lubricating oil. However, this actuating arrangement consumes significant additional energy and it increases the required size of the engine lubricating pump because of the required rapid response time for proper operation of the camshaft phasing actuator. Further, these arrangements are typically limited to a total of 20° of phase adjustment between crankshaft position and camshaft position, and typically such arrangements are two-position arrangements, that is, on, or fully phase adjusted as one position, or off, or no phase adjustment, as a second position. The present invention is designed to overcome these problems associated with prior art variable camshaft timing arrangements by providing a self-actuating, variable camshaft timing arrangement which does not require external energy for the operation thereof, which does not add to the required size of the engine lubricating pump to meet transient hydraulic operation requirements of such variable camshaft timing arrangement, which provides for continuously variable camshaft to crankshaft phase relationship within its operating limits, and which provides substantially more than 20° of phase adjustment between the crankshaft position and the camshaft position.

### SUMMARY OF THE INVENTION

The present invention provides a phase adjustment arrangement for an internal combustion engine in which the position of the camshaft, or the positions of one or both of the camshafts in a dual camshaft system, is phase adjusted relative to the crankshaft, that is, in which the camshaft is advanced or retarded relative to the crank-

shaft by an actuating arrangement which is controlled, for example, by a microprocessor, to control one or more important engine operating characteristics, such as idle quality, fuel economy, emissions, or torque. The actuating arrangement utilizes a pair of oppositely acting hydraulic cylinders to advance or retard the angular position of a camshaft relative to the crankshaft. Hydraulic fluid, in the form of engine oil, is transferred between the oppositely acting cylinders in reaction to changes in torque loads which are experienced by a camshaft as each of its lobes changes its angle of contact with the cam follower of the valve lifter of the engine which is operated thereby. Such flow between the hydraulic cylinders is either blocked or permitted in one direction by a control valve and check valves, and the operation of the control valve is controlled by the engine control microprocessor, to ensure that the advancing or retarding of the position variable camshaft only occurs when desired. Because the flow of hydraulic oil between the cylinders results from changes in torque experienced by one of the camshafts, no separate pump or other actuating device is required. Further, because the camshaft which is advanced or retarded is advanced or retarded by moving hydraulic fluid which is already within one or another of the oppositely acting cylinders to the other, this hydraulic fluid, engine oil in the preferred embodiment, does not have to flow through the main lubricating pump during the short time interval in which the phase adjustment must take place. Thus, the variable camshaft timing arrangement does not require the use of a significantly larger engine oil lubricating pump than would otherwise be required, and the actuation rate of the variable camshaft timing arrangement is not limited by the capacity of the engine oil pump.

Accordingly, it is an object of the present invention to provide an improved variable camshaft timing arrangement for an internal combustion engine. More particularly, it is an object of the present invention to provide a variable camshaft timing arrangement which is self-actuating and which does not add to the peak load pumping requirements of the engine lubricating pump. It is also an object of the present invention to provide a variable camshaft timing arrangement in which the position of a camshaft is continuously variable relative to the position of the crankshaft within its operating limits.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawing and the following brief description thereof, to the detailed description of the preferred embodiment, and to the appended claims.

### BRIEF DESCRIPTION OF THE DRAWING

FIGS. 1A through 1D are schematic views illustrating the contact between a lobe of a camshaft and a cam follower of an engine valve at various times during a complete rotation of the camshaft:

FIG. 2 is a graph which illustrates the changes in torque experienced by a camshaft as a result of changes in the contact between a lobe of the camshaft and a cam follower of an engine valve, of the type illustrated in FIGS. 1A through 1D;

FIG. 3 is a fragmentary view of a dual camshaft internal combustion engine incorporating a preferred embodiment of a variable camshaft timing arrangement according to the present invention, the view being taken on a plane extending transversely through the

**3**

crankshaft and the camshafts and showing the intake camshaft in a retarded position relative to the crankshaft and the exhaust camshaft;

FIG. 4 is a fragmentary view similar to a portion of FIG. 3 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 5 is a fragmentary view taken on line 5—5 of FIG. 8 with some of the structure being removed for the sake of clarity and being shown in the retarded position of the device;

FIG. 6 is a fragmentary view similar to FIG. 5 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 7 is a fragmentary view showing the reverse side of some of the structure illustrated in FIG. 3;

FIG. 8 is a fragmentary view taken on line 8—8 of FIG. 6;

FIG. 9 is a fragmentary view taken on line 9—9 of FIG. 3;

FIG. 10 is a sectional view taken on line 10—10 of FIG. 3;

FIG. 11 is a sectional view taken on line 11—11 of FIG. 3;

FIG. 12 is a schematic view of the hydraulic equipment of the variable camshaft timing arrangement according to the preferred embodiment and illustrates a condition where the camshaft phase is shifting in the direction of the retarded position of the arrangement which is illustrated in FIG. 3;

FIG. 13 is a schematic view similar to FIG. 12 and illustrates a condition where the camshaft is shifting in the direction of the advanced position of the variable camshaft timing arrangement which is illustrated in FIG. 4;

FIG. 14 is a schematic view similar to FIGS. 12 and 13 and illustrates a condition where the camshaft phase is being maintained in a position between the advanced position and the retarded position of the variable camshaft timing arrangement of the present invention;

FIG. 15 is a fragmentary view of a dual camshaft internal combustion engine incorporating an alternative embodiment of the present invention; and

FIG. 16 is a sectional view taken on line 16—16 of FIG. 15.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIGS. 1A through 1D illustrate the interaction which occurs in an operating internal combustion engine between a camshaft lobe L and a contactor C of a valve V during the rotation of the lobe L, illustratively in a clockwise direction as indicated by the arrow R, as the contactor C is urged against the lobe L by a spring S which is trapped between the contactor C and the engine block B. The lobe L has a semicircular heel portion H and a protruding nose portion N. When the contact between the contactor C and the lobe L occurs at a point P1 on the heel portion H of the lobe L, the force exerted on the lobe L by the contactor C and the spring S which urges it against the lobe L will act along a line through the axis of rotation A of the lobe L and in the direction of movement of the valve V, and will result in no torque load being imposed on the camshaft. This condition is illustrated in FIG. 1A.

As the rotation of the lobe L continues in the clockwise direction from the position illustrated in FIG. 1A, eventually the nose N of the lobe L will contact the contactor C at a point P2 on the nose portion N. The

**4**

point P2 is offset in a given direction from the line through the axis of rotation A and the direction of movement of the valve V by a distance D1, as is illustrated in FIG. 1B. At this position of the lobe L a torque will be imposed on the camshaft in amount of a force F1 which acts on the contactor C as a result of the spring S multiplied by the distance D1. Eventually, during the further rotation of the lobe L and as is illustrated in FIG. 1D, the nose portion N of the lobe L will contact the contactor C at a point P4 which is one the opposite side of the axis of rotation A from the point P2 and which is spaced from the line through the axis of rotation A and the direction of movement of the valve V by distance D2. At this position of the lobe L a torque will be imposed on the camshaft in the amount of a force F2 which acts on the contactor C multiplied by the distance D2, which will be a negative amount in relation to the distance D1. Thus, the camshaft torque in the FIG. 1D position of the lobe L is oppositely directed with respect to the camshaft torque in the FIG. 1B position. As the lobe L moves from the FIG. 1B position to the FIG. 1D position it will pass through the FIG. 1C position in which there will be zero torque on the camshaft because the nose portion N of the lobe L will contact the contactor at a point P3 which is aligned with the direction of movement of the valve V and the axis of rotation A of the camshaft. The variation in the torque experienced by the camshaft which carries a lobe as it rotates through a complete 360° cycle is illustrated by the curve in FIG. 2 in which the horizontal axis represent the angle of rotation, in degrees, and the vertical axis represent torque. This curve, assuming negligible friction, which is a substantially valid assumption for an engine having roller followers, approximates a sine curve.

The variations in torque which are experienced by a camshaft in turning through each of its 360° cycles, and which are illustrated in FIGS. 1A–1D and 2, are utilized as an actuating force to actuate a variable camshaft timing arrangement in the system of FIGS. 3–16. In the arrangement of FIGS. 3–14 a crankshaft 22 has a sprocket 24 keyed thereto, and rotation of the crankshaft 22 during the operation of the engine in which it is incorporated, otherwise not shown, is transmitted to an exhaust camshaft 26, that is, a camshaft which is used to operate the exhaust valves of the engine, by a chain 28 which is trained around the sprocket 24 and a sprocket 30 which is keyed to the camshaft 26. Although not shown, it is to be understood that suitable chain tighteners will be provided to ensure that the chain 28 is kept tight and relatively free of slack. As shown, the sprocket 30 is twice as large as the sprocket 24. This relationship results in a rotation of the camshaft 26 at a rate of one-half that of the crankshaft 22, which is proper for a 4-cycle engine. It is to be understood that the use of a belt in place of the chain 28 is also contemplated.

The camshaft 26 carries another sprocket, sprocket 2, FIG. 5 and 6, journalled thereon to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable with the camshaft 26. Rotation of the camshaft 26 is transmitted to an intake camshaft 34 by a chain 36 which is trained around the sprocket 32 and a sprocket 38 that is keyed to the intake camshaft 34. As shown, the sprockets 32 and 38 are equal in diameter to provide for equivalent rates of rotation between the camshaft 26 and the camshaft 34. The use of a belt in place of the chain 36 is also contemplated.

5,002,023

| 5 | 6 |

As it illustrated in FIG. 8, an end of each of the cam-shafts 26 and 34 is journalled for rotation in bearings 42 and 44, respectively, of the head 50, which is shown fragmentarily and which is bolted to an engine block, otherwise not shown, by bolts 48. The opposite ends of the camshafts 26 and 34, not shown, are similarly jour-nalled for rotation in an opposite end, also not shown, of the head 50. The sprocket 38 is keyed to the camshaft 34 at a location of the camshaft 34 which is outwardly of the head 50. Similarly, the sprockets 32 and 30 are positioned, in series, on the camshaft 26 at locations outwardly of the head 50, the sprocket 32 being trans-versely aligned with the sprocket 38 and the sprocket 30 being positioned slightly outwardly of the sprocket 32, to be transversely aligned with the sprocket 24.

The sprocket 32 has an arcuate retainer 52 (FIG. 10) as an integral part thereof, and the retainer 52 extends outwardly from the sprocket 32 through an arcuate opening 30a in the sprocket 30. The sprocket 30 has an arcuate hydraulic body 46 bolted thereto and the hy-draulic body 46, which houses certain of the hydraulic components that are illustrated in FIGS. 12–14, re-ceives and pivotably supports the body end of each of a pair of oppositely acting, single acting hydraulic cylin-ders 54 and 56 which are positioned on opposite sides of the longitudinal axis of the camshaft 26. The piston ends of the cylinders 54 and 56 are pivotably attached to an arcuate bracket 58, and the bracket 58 is secured to the sprocket 32 by a plurality of threaded fasteners 60. Thus, by extending one of the cylinders 54 and 56 and by simultaneously retracting the other of the cylinders 54 and 56, the arcuate position of the sprocket 32 will be changed relative to the sprocket 30, either to advance the sprocket 32 if the cylinder 54 is extended and the cylinder 56 is retracted, which is the operation condi-tion illustrated in FIGS. 4, 6, and 13, or to retard the sprocket 32 relative to the sprocket 30 if the cylinder 56 is extended and the cylinder 54 is retracted, which is the operating condition illustrated in FIGS. 3, 5, 9, 10 and 12. In either case, the retarding or advancing of the position of the sprocket 32 relative to the position of the sprocket 30 will advance or retard the position of the camshaft 34 relative to the position of the camshaft 26 by virtue of the chain drive connection provided by the chain 36 between the sprocket 32, which is journalled for limited relative arcuate movement on the camshaft 26, and the sprocket 38, which is keyed to the camshaft 34. This relationship can be seen in the drawing by comparing the relative position of a timing mark 30b on the sprocket 30 and a timing mark 38a on the sprocket 38 in the retard position of the camshaft 34, as is shown in FIGS. 3 and 5, to their relative positions in the ad-vanced position of the camshaft 34, as is shown in FIGS. 4 and 6.

The flow of hydraulic fluid, which is in the form of engine lubricating oil, into and out of the cylinders 54 and 56 is schematically illustrated in FIGS. 12–14, in which the cylinders 54 and 56 receive fluid by way of a common inlet line 82. The inlet line terminates at a juncture between opposed check valves 84 and 86 which are connected to the cylinders 54 and 56, respec-tively, by branch lines 88 and 90, respectively. The check valves 84 and 86 have annular seats 84a and 86a to permit the flow of hydraulic fluid through the check valves 84 and 86 into the cylinders 54 and 56, respec-tively. The flow of hydraulic fluid through the check valves 84 and 86 is blocked by floating balls 84b and 86b, respectively, which are resiliently urged against

the seats 84a and 86a, respectively, by springs 84c and 86c, respectively. The check valves 84 and 86, thus, permit the initial filling of the cylinders 54 and 56 and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters the line 82 by way of a spool valve 92, which is incorporated within the camshaft 26 in the embodiment of FIGS. 3–11, and hydraulic fluid is re-turned to the spool valve 92 from the cylinders 54 and 56 by return lines 94 and 96, respectively.

The spool valve 92 is made up of a cylindrical mem-ber 98 and a spool 100 which is slidable to and from within the member 98. The spool 100 has cylindrical lands 100a and 100b on opposed ends thereof, and the lands 100a and 100b, which fit snugly within the mem-ber 98, are positioned so that the land 100b will block the exit of hydraulic fluid from the return line 96, as is shown in FIG. 12, where the camshaft 34 is shifting in the direction of its retarded position, or the land 100a will block the exit of hydraulic fluid from the return line 94, as is shown in FIG. 13 where the camshaft 34 is shifting in the direction of its advanced position, or the lands 100a and 100b will block the exit of hydraulic fluid from both the return lines 94 and 96, as is shown in FIG. 14, where the camshaft 34 is being maintained in a selected intermediate position.

The position of the spool 100 within the member 98 is influenced by a spring 102 which acts on the end of the land 100b. Thus, the spring 102 resiliently urges the spool 100 to the right, in the orientation illustrated in FIGS. 12–14. The position of the spool 100 within the member 98 is further influenced by a supply of pressur-ized hydraulic fluid within a portion 98a of the member 98, on the outside of the land 100a, which urges the spool 100 to the left, the movement of the spool 100 to the right being limited by a sleevelike mechanical stop 98b within the right hand end position of the cylindrical member 98. The retraction of one or another of the cylinders 54 and 56, with a resulting extension of the other of such cylinders, results from the unblocking of either the return line 94 or the return line 96, as hereto-fore described, since the hydraulic fluid which passes through such return line will flow into the inlet line 82 by way of an annular space 104 which is defined by the inside of the member 98 and the outside of a reduced diameter portion 100c of the spool 100, which is posi-tioned between the lands 100a and 100b. Thus, the ex-pansion of the expanding cylinder 54 or 56 results from a transfer of hydraulic fluid directly thereto from the contracting cylinder 56 or 54, and does not add to the required size of the engine lubricating oil pump.

The pressure within the portion 98a of the cylindrical member 98 is controlled by a pressure control signal from a controller 106, preferably of the pulse width modulated type (PWM), in response to a control signal from an electronic engine control unit (ECU) 108, shown schematically, which may be of conventional construction. The controller 106 receives engine oil from the main oil gallery of the engine through an inlet line 110 and selectively delivers engine oil from such source to the portion 98a of the cylindrical member 98 through a supply line 112. Spent oil from the controller 106 is returned by way of an outlet line 114 to a low pressure regulator valve 116, which also receives sup-ply oil from inlet line 110, and oil from the low pressure regulator valve 116 is returned to the engine oil sump by way of an outlet line 118. Flow through the outlet line 118 is blocked by a land 116b on a sliding spool 116a of

5,002,023

7

the pressure regulator valve 116 unless the pressure in the line 114 is sufficient to overcome the biasing effect of a spring 116c. Thus, the low pressure regulator valve 116 serves to maintain a minimum oil pressure, for example, 15 p.s.i.g., in the portion 98a of the cylindrical member 98, notwithstanding an electrical or other failure of the controller 106, to thereby maintain a supply of hydraulic fluid to the cylinders 54 and 56 to make-up for leakage losses. Because of this minimum oil pressure, the cylinders 54 and 56 can be designed for a continuing low level of oil leakage therefrom, back to the engine oil compartment, thus eliminating the need for an expensive zero leakage seal design in the cylinders. The make-up oil for the cylinders 54 and 56 to compensate for such continuing oil leakage comes from the portion 98a of the cylindrical member 98 by way of a small, internal passage 120 within the spool 100, from the portion 98a of the cylindrical member 98 to the annular space 104, from which it can flow to the cylinders 54 and 56 by way of the inlet line 82. A check valve 122 is placed in the internal passage 120 to block the flow of oil from the space 104 to the portion 98a of the cylindrical member 98. The elements of the embodiment of FIG. 3–11 which correspond to the elements of the schematic hydraulic diagram of FIGS. 12–14, other than the cylinders 54 and 56, are identified by prime numerals, for example, the inlet line of the embodiment of FIGS. 3–11 which corresponds to the inlet line 82 of FIGS. 12–14 is identified by reference numeral 82′. In that regard, it is noted that the check valves 84′ and 86′ of the embodiment of FIGS. 3–11 are of the disc type, whereas the check valves 84 and 86 of FIGS. 12–14 are of the ball type, either type being acceptable.

The cylinders 54 and 56 are arranged to resist the positive and negative torque pulses in the camshaft 34 and are alternately pressurized thereby, because every force is resisted by an equal and oppositely directed reaction force. Such cyclical pressurizing of the cylinders 54 and 56 is converted to hydraulic flow, and to a change in position of the sprocket 32 relative to the sprocket 30, by the controlled positioning of the spool 100 with the cylindrical member of the spool valve 92 and by the flow direction sensitivity of the check valves 84 and 86.

Referring to FIG. 12, the cylinder 54 is pressurized during positive torque pulses in the camshaft 34 and the cylinder 56 is pressurized during negative torque pulses. The position of the spool 100 allows hydraulic fluid to flow out of the retracting cylinder 54 (during a positive torque pulse), through the passage 88, the passage 94, the cavity 104, the passage 82, the check valve 86 and the passage 90 into the extending cylinder 56. When the torque pulse becomes negative, the cylinder 56 is pressurized, but the fluid is not allowed to flow out of the cylinder 56 because the check valve 86 closes and blocks backflow through the passage 82 and the land 100b blocks fluid flow through the passage 96. Therefore, with the cylinder 54 being allowed to retract and the cylinder 56 only being allowed to extend, the variable camshaft timing mechanism causes the camshaft 34 to move in the retarded timing direction relative to the position of the crankshaft 22.

FIG. 13 illustrates a condition in which the position of the camshaft 34 is advanced relative to the position of the crankshaft 22. The position of the spool 100 allows hydraulic fluid to flow out of the retracting cylinder 56 (during a negative torque pulse), through the passage 90, the passage 96, the cavity 104, the passage 82, the

8

check valve 84 and the passage 88 into the extending cylinder 54. When the torque in the crankshaft 34 becomes positive, the cylinder 54 is pressurized, but the fluid is not allowed to flow out of the cylinder 54 because the check valve 84 closes and blocks backflow through the passage 82 and the land 100a blocks fluid flow through passage 94. Therefore, with the cylinder 56 being allowed to retract and the cylinder 54 only being allowed to extend, the variable camshaft timing mechanism causes the camshaft 34 to move in the advanced timing direction relative to the position of the crankshaft 22.

FIG. 14 illustrates a condition in which the spool 100 is in the neutral position. The land 100b prevents hydraulic fluid from exiting the cylinder 56 by blocking the exit passage 96. The check valve 86 also prevents fluid from leaving the cylinder 56, but allows makeup fluid to flow into the cylinder 56 to compensate for any leakage. Similarly, the land 100a prevents hydraulic fluid from exiting the cylinder 54 by blocking the exit passage 94. The check valve 84 also prevents fluid from leaving the cylinder 54, but allows makeup fluid to flow into the cylinder 54 to compensate for any leakage. Thus, by preventing flow from both cylinders, which prevents the cylinders 54 and 56 from retracting, the camshaft is "locked" in a selected intermediate position of the camshaft 34 relative to the crankshaft 22.

As is illustrated in FIGS. 12 and 13, the spool valve 100 is in the fully open position, allowing the hydraulic fluid to flow at its maximum rate from cylinder to cylinder, thus representing the maximum rate of change of the camshaft timing relative to the crankshaft. If desired, the spool valve 100 can be partially opened, allowing the hydraulic fluid to flow at a reduced rate, limiting the rate of change of camshaft timing. Therefore, camshaft timing position and the rate of change of camshaft timing position are controllable by the same valve.

FIGS. 15 and 16 illustrate schematically an embodiment of the present invention in which the principle of the embodiment of FIGS. 3–14 is adapted to the phasing of either or both of the camshafts of a dual camshaft engine relative to one another or relative to the crankshaft. In this embodiment a chain 228, which is shown fragmentarily and which is driven by a crankshaft, not shown, is trained both around a sprocket 232, which is journalled on an exhaust camshaft 226 to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable therewith, and around a sprocket 324 which is similarly journalled on an intake camshaft 234. The body ends of single acting hydraulic cylinders 254 and 256 are pivotally attached to the sprocket 232, on opposite sides of the camshaft 226, and the piston ends of the cylinders 254 and 256 are pivotally attached to a bracket 230 which is keyed to the camshaft 226. The cylinders 254 and 256 are controllably hydraulically interconnected as in the manner of the cylinders 54 and 56 of the embodiment of FIGS. 3–18. Thus, the extending of one or another of the cylinders 254 and 256, with the concurrent retracting of the other of such cylinders, will advance or retard, as the case may be, the position of the camshaft 226 relative to the crankshaft, not shown, which is driving the chain 228. Likewise, the body ends of single acting hydraulic cylinders 354 and 356 are pivotally attached to the sprocket 324, on opposite sides of the camshaft 234, and the piston ends of the cylinders 354 and 356 are pivotally attached to a bracket 330 which is keyed to the

5,002,023

9

camshaft 234. The cylinders 354 and 356 are controllably hydraulically interconnected in the manner of the cylinders 54 and 56 of the embodiment of FIG. 3–14, to operate in unison with, or independently of, the cylinders 254 and 256. Thus, the extending of one or another of the cylinders 354 and 356, with the concurrent retracting of the other of such cylinders, will advance or retard, as the case may be, the position of the camshaft 234 relative to the crankshaft. Depending on the manner of controlling the actuation of the cylinders 254 and 256, on the one hand, and the cylinders 354 and 356, on the other hand, the advancing and retarding of the camshaft 234 will be in unison with, or independent of, the advancing and retarding of the camshaft 226. The hydraulic system for the embodiment of FIGS. 15 and 16 is not shown in such figures, but it is to be understood that it is the same as the hydraulic system of FIGS. 3–14.

It is further to be understood that it is within the contemplation of the inventors that the actuating system for actuating the phasing of a camshaft relative to a crankshaft which has been described herein can be adapted to a variable camshaft timing system of the type disclosed in U.S. Pat. No. 4,862,845 (R. P. Butterfield and F. R. Smith), the disclosure of which is hereby incorporated herein by reference.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. In an internal combustion engine having a crankshaft, at least one camshaft, the at least one camshaft being position variable relative to the crankshaft and being subject to torque reversals during the operation thereof, and means for varying the position of the at least one camshaft relative to the crankshaft, the method comprising:

actuating means for varying the position of the at least one camshaft relative to the crankshaft in reaction to torque reversals in the at least one camshaft.

2. In an internal combustion engine having a crankshaft, at least one camshaft, the at least one camshaft being position variable relative to the crankshaft and being subject to torque reversals, the method comprising:

providing oppositely acting first and second hydraulic means for varying the position of the at least one camshaft;

varying the position of the at least one camshaft relative to the crankshaft by transferring hydraulic fluid from one of the first and second hydraulic means to the other of the first and second hydraulic means; and

actuating the first and second hydraulic means for varying the position of the at least one camshaft relative to the crankshaft in reaction to torque reversals in the at least one camshaft.

3. The method of claim 2 wherein the first and second hydraulic means are first and second oppositely acting hydraulic cylinders, and wherein the transferring of hydraulic fluid from one of the first and second hydraulic means to the others of the first and second hydraulic

10

means is accomplished by providing valve means for selectively permitting flow out of one or another of the first and second hydraulic means into an inlet line leading to the other of the first and second hydraulic means, and further by providing check valve means in the inlet line for permitting hydraulic fluid to flow therethrough only into the other of the first and second hydraulic means.

4. In an internal combustion engine having a crankshaft, at least one camshaft, and an engine control unit for controlling the operation of the engine, the at least one camshaft being position variable relative to the crankshaft and being subject to torque reversals, the method of varying the position of the at least one camshaft relative to the crankshaft comprising:

actuating, in response to a control signal from the engine control unit, the means for varying the position of the at least one camshaft in reaction to torque reversals in the at least one camshaft.

5. The method according to claim 4 wherein the step of actuating is performed by:

providing oppositely acting first and second hydraulic means for varying the position of the at least one camshaft; and

transferring hydraulic fluid from one of the first and second hydraulic means to the other of the first and second hydraulic means when permitted by a control signal from the engine control unit.

6. The method according to claim 5 wherein the first and second hydraulic means are first and second oppositely acting hydraulic cylinders, and wherein the transferring of hydraulic fluid from one of the first and second hydraulic means to the others of the first and second hydraulic means is accomplished by providing a valve for selectively permitting flow out of one or another of the first and second hydraulic means into an inlet line leading to the other of the first and second hydraulic means, and further by providing check valve means in the inlet line for permitting hydraulic fluid to flow therethrough only into the other of the first and second hydraulic means.

7. An internal combustion engine comprising:

a crankshaft;

at least two camshafts, each of said at least two camshafts being rotatable about its longitudinal central axis;

first means mounted on a first of said at least two camshafts, said first means being oscillatable with respect to said first of said at least two camshafts about the longitudinal central axis of said first of said at least two camshafts at least through a limited arc;

second means keyed to said first of said at least two camshafts for rotation therewith;

rotary movement transmitting means interconnecting said crankshaft and one of said first means and said second means for transmitting rotary movement from said crankshaft to said first of said at least two camshafts;

a first hydraulic cylinder having a body end pivotally attached to one of said first means and said second means and a piston end pivotally attached to the other of said first means and said second means;

a second hydraulic cylinder having a body end pivotably attached to said one of said first means and said second means and a piston end pivotally attached to said other of said first means and said second means, said second hydraulic cylinder and

**5,002,023**

11          12

said first hydraulic cylinder being disposed to act in opposite directions with respect to the longitudinal central axis of said first of said at least two camshafts and being hydraulically interconnected so that one of said first hydraulic cylinder and said second hydraulic cylinder extends as the other of said first hydraulic cylinder and said second hydraulic cylinder retracts; and

control means for selectively permitting the extending of one of said first hydraulic cylinder and said second hydraulic cylinder and the retracting of the other of said first hydraulic cylinder and said second hydraulic cylinder in reaction to torque pulsations in one of said least two camshafts to thereby advance or retard the rotational position of said one of said at least two camshafts relative to said crankshaft.

8. An internal combustion engine according to claim 7 wherein one of said first means and said second means is a sprocket, wherein said rotary movement transmitting means is a chain and wherein said sprocket is driven by said chain.

9. An internal combustion engine comprising:

a crankshaft;

at least two camshafts, each of said at least two camshafts being rotatable about its longitudinal central axis;

first means mounted on one of said at least two camshafts, said first means being oscillatable with respect to said one of said at least two camshafts about the longitudinal central axis of said one of said at least two camshafts at least through a limited arc;

second means keyed to said first of said at least two camshafts for rotation therewith;

chain means interconnecting said crankshaft and one of said first means and said second means for transmitting rotary movement from said crankshaft to said first of said at least two camshafts;

a first hydraulic cylinder having a body end pivotally attached to one of said first means and said second means and a piston end pivotally attached to the other of said first means and said second means;

a second hydraulic cylinder having a body end pivotably to said one of said first means and said second means and a piston end pivotally attached to said other of said first and said second means, said first hydraulic cylinder and said second hydraulic cylinder being disposed to act in opposite directions with respect to the longitudinal central axis of said first of said at least two camshafts;

hydraulic means interconnecting said first hydraulic cylinder and said second hydraulic cylinder so that one of said first hydraulic cylinder and said second hydraulic cylinder extends as the other of said first hydraulic cylinder and said second hydraulic cylinder retracts, said hydraulic means including control valve means for permitting one or another of said first hydraulic cylinder and said second hydraulic cylinder to extend and the other of said first hydraulic cylinder and said second hydraulic cylinder to retract in reaction to torque pulsations in one of said at least two camshafts to thereby advance or retard the rotational position of said one of said at least two camshafts relative to said crankshaft; and

control means for controlling the operation of said control valve means.

10. An internal combustion engine according to claim 9 wherein one of said first means and said second means is a sprocket.

11. An internal combustion engine according to claim 10 wherein said control valve means comprises spool valve means comprising a cylindrical chamber and a spool member, said spool member being slidable within said chamber and having first and second spaced apart lands for selectively blocking hydraulic flow outwardly from one or another or both of said first hydraulic cylinder and said second hydraulic cylinder, said spool valve means further comprising means for biasing said spool member in a first direction, said control means selectively acting on said spool member to bias it in the opposite direction.

12. An internal combustion engine according to claim 11 wherein said spool member further comprises an annular space between said spaced apart lands, wherein said hydraulic means includes an inlet line leading from said spool valve means to said first hydraulic cylinder and said second hydraulic cylinder, and wherein said annular space is in communication with said inlet line leading to said first hydraulic cylinder and said second hydraulic cylinder.

13. An internal combustion engine according to claim 12 wherein said inlet line leading to said first hydraulic cylinder and said second hydraulic cylinder comprises a first branch leading to said first hydraulic cylinder and a second branch leading to said second hydraulic cylinder, wherein said first branch comprises first check valve means for permitting hydraulic fluid to flow therethrough only into said first hydraulic cylinder, and wherein said second branch comprises second check valve means for permitting hydraulic fluid to flow therethrough only into said second hydraulic cylinder.

14. An internal combustion engine according to claim 13 wherein said control means comprises means for delivering hydraulic fluid at a variable pressure to a portion of said cylindrical chamber, said portion being in communication with an end of said spool to bias it in said opposite direction.

15. An internal combustion engine according to claim 14 wherein said spool member has an internal passage extending from said end to said annular space to provide for a continuing supply of hydraulic fluid to said annular space to make up for leakage from said first hydraulic cylinder or said second hydraulic cylinder.

16. An internal combustion engine according to claim 15 wherein said internal passage comprises an internal passage check valve for permitting hydraulic fluid to flow therethrough only from said portion of said cylindrical chamber to said annular space.

17. An internal combustion engine according to claim 16 wherein said hydraulic means further comprises low pressure regulator valve means for maintaining hydraulic fluid at a minimum pressure in said portion of said cylindrical chamber in the event of a failure of said control means.

18. An internal combustion engine comprising:

a crankshaft;

a first camshaft for operating the inlet valves of said engine; said first camshaft being rotatable about its longitudinal central axis;

a second camshaft for operating the exhaust valves of said engine, said second camshaft being rotatable about its longitudinal central axis;

5,002,023

13

a first sprocket mounted on said second camshaft, said first sprocket being keyed to said second camshaft;

a second sprocket mounted on said second camshaft, said second sprocket being oscillatable with respect to said second camshaft about said longitudinal central axis thereof at least through a limited arc;

a third sprocket mounted on said first camshaft, said third sprocket being keyed to said first camshaft;

a first chain interconnecting said crankshaft and said first sprocket for transmitting rotary movement from said crankshaft to said second camshaft;

a second chain interconnecting said second sprocket and said third sprocket for transmitting rotary movement from said second camshaft to said first camshaft;

a first hydraulic cylinder having a body end pivotally attached to said first sprocket and a piston end pivotably attached to said second sprocket;

a second hydraulic cylinder having a body end pivotably to said first sprocket and a piston end pivotably attached to said second sprocket, said first hydraulic cylinder and said second hydraulic cylinder being disposed to act in opposite directions with respect to said longitudinal central axis of said second camshaft;

hydraulic means interconnecting said first hydraulic cylinder and said second hydraulic cylinder so that one of said first hydraulic cylinder and said second hydraulic cylinder extends as the other of said first hydraulic cylinder and said second hydraulic cylinder retracts, said hydraulic means including control valve means for permitting one or another of said first hydraulic cylinder and said second hydraulic cylinder to extend and the other of said first hydraulic cylinder and said second hydraulic cylinder to retract in reaction to torque pulsations in one of said first camshaft and said second camshaft to thereby advance or retard the rotational position of said one of said first camshaft and said second camshaft relative to said crankshaft; and

control means for controlling the operation of said control valve means.

19. An internal combustion engine according to claim 18 wherein said control valve means comprises spool valve means comprising a cylindrical chamber and a spool member, said spool member being slidable within said chamber and having first and second spaced apart lands for selectively blocking hydraulic flow outwardly from one or another or both of said first hydraulic cylinder and said second hydraulic cylinder, said spool valve means further comprising means for biasing said spool member in a first direction, said control means selectively acting on said spool member to bias it in the opposite direction.

20. An internal combustion engine according to claim 19 wherein said spool member further comprises an annular space between said spaced apart lands, wherein said hydraulic means includes an inlet line leading from said spool valve means to said first hydraulic cylinder and said second hydraulic cylinder, and wherein said annular space is in communication with said inlet line

14

leading to said first hydraulic cylinder and said second hydraulic cylinder.

21. An internal combustion engine according to claim 20 wherein said inlet line leading to said first hydraulic cylinder and said second hydraulic cylinder comprises a first branch leading to said first hydraulic cylinder and a second branch leading to said second hydraulic cylinder, wherein said first branch comprises first check valve means for permitting hydraulic fluid to flow therethrough only into said first hydraulic cylinder, and wherein said second branch comprises second check valve means for permitting hydraulic fluid to flow therethrough only into said second hydraulic cylinder.

22. An internal combustion engine according to claim 21 wherein said control means comprises means for delivering hydraulic fluid at a variable pressure to a portion of said cylindrical chamber, said portion being in communication with an end of said spool to bias it in said opposite direction.

23. An internal combustion engine according to claim 22 wherein said spool member has an internal passage extending from said end to said annular space to provide for a continuing supply of hydraulic fluid to said annular space to make up for leakage from said first hydraulic cylinder or said second hydraulic cylinder.

24. An internal combustion engine according to claim 23 wherein said internal passage comprises an internal passage check valve for permitting hydraulic fluid to flow therethrough only from said portion of said cylindrical chamber to said annular space.

25. An internal combustion engine according to claim 24 wherein said hydraulic means further comprises low pressure regulator valve means for maintaining hydraulic fluid at a minimum pressure in said portion of said cylindrical chamber in the event of a failure of said control means.

26. An internal combustion engine according to claim 7 wherein said at least one camshaft and said a camshaft are one and the same.

27. An internal combustion engine according to claim 7 wherein said control means is responsive to torque pulsations in a second of said at least two camshafts, and further comprising:

drive means interconnecting said first means and said second of said at least two camshafts for synchronous rotation of said first means and said second of said at least two camshafts.

28. An internal combustion engine according to claim 7 wherein said control means is responsive to torque pulsations in said first of said at least two camshafts.

29. An internal combustion engine according to claim 9 wherein said control means is responsive to torque pulsations in a second of said at least two camshafts, and further comprising:

drive means interconnecting said first means and said second of said at least two camshafts for synchronous rotation of said first means and said second of said at least two camshafts.

30. An internal combustion engine according to claim 9 wherein said control means is responsive to torque pulsations in said first of said at least two camshafts.

* * * * *

65

# Exhibit 7



US005657725A

## United States Patent [19]

### Butterfield et al.

[11] Patent Number: **5,657,725**

[45] Date of Patent: **Aug. 19, 1997**

[54] **VCT SYSTEM UTILIZING ENGINE OIL PRESSURE FOR ACTUATION**

[75] Inventors: **Roger P. Butterfield**, Trumansburg; **J. Christian Haesloop**, Rock Stream, both of N.Y.

[73] Assignee: **Borg-Warner Automotive, Inc.**, Sterling Heights, Mich.

[21] Appl. No.: **715,720**

[22] Filed: **Sep. 19, 1996**

#### Related U.S. Application Data

[63] Continuation of Ser. No. 306,787, Sep. 15, 1994, abandoned.

[51] Int. Cl.⁶ ............................................. F01L 1/344

[52] U.S. Cl. ........................... 123/90.17; 123/90.31

[58] Field of Search ..................... 123/90.15, 90.17, 123/90.31

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,771,742 | 9/1988 | Nelson et al. | 123/90.17 |
| 4,787,345 | 11/1988 | Thoma | 123/90.17 |
| 4,854,273 | 8/1989 | Uesugi et al. | 123/90.17 |
| 4,858,572 | 8/1989 | Shirai et al. | 123/90.12 |
| 4,993,370 | 2/1991 | Hashiyama et al. | 123/90.17 |
| 5,002,023 | 3/1991 | Butterfield et al. | 123/90.15 |
| 5,003,937 | 4/1991 | Matsumoto et al. | 123/90.12 |
| 5,046,460 | 9/1991 | Butterfield et al. | 123/90.15 |
| 5,107,804 | 4/1992 | Becker et al. | 123/90.17 |
| 5,172,659 | 12/1992 | Butterfield et al. | 123/90.17 |
| 5,205,249 | 4/1993 | Maddey et al. | 123/90.17 |
| 5,367,992 | 11/1994 | Butterfield et al. | 123/90.17 |
| 5,386,807 | 2/1995 | Linder | 123/90.17 |

#### FOREIGN PATENT DOCUMENTS

388244  9/1990  European Pat. Off. .

*Primary Examiner*—Weilun Lo
*Attorney, Agent, or Firm*—Brinks, Hofer, Gilson & Lione; Greg Dziegielewski

[57] **ABSTRACT**

A camshaft (126) has a vane (160) secured to an end thereof for non-oscillating rotation therewith. The camshaft (126) also carries a housing (129) which can rotate with the camshaft (126) but which is oscillatable with the camshaft (126). The vane (160) has opposed lobes (160a, 160b) which are received in opposed recesses (131, 132), respectively, of the housing (129). The recesses (131, 132) have greater circumferential extent than the lobes (160a, 160b) to permit the vane (160) and housing (129) to oscillate with respect to one another, and thereby permit the camshaft (126) to change in phase relative to a crankshaft. The camshaft (126) tends to change direction in reaction to engine oil pressure and/or camshaft torque pulses which it experiences during its normal operation, and it is permitted to either advance or retard by selectively blocking or permitting the flow of engine oil through the return lines (101, 102) from the recesses (131, 132) by controlling the position of a spool (300) within a spool valve body (198) in response to a signal indicative of an engine operating condition from an engine control unit (108). The spool (300) is selectively positioned by controlling hydraulic loads on its opposed end in response to a signal from an engine control unit (108). The vane (160) can be biased to an extreme position to provide a counteractive force to a unidirectionally acting frictional torque experienced by the camshaft (126) during rotation.

**14 Claims, 10 Drawing Sheets**





FIG. IA



FIG. 1B



FIG. 1c



FIG. 1D



FIG. 2



FIG. 3A



FIG. 3B

Case 1:05-cv-00048-SLR    Document 266-4    Filed 09/28/2006    Page 31 of 65



FIG. 3c



FIG. 4A



FIG. 4B

5,657,725

| 1 | 2 |

# VCT SYSTEM UTILIZING ENGINE OIL PRESSURE FOR ACTUATION

## CROSS REFERENCE TO CO-PENDING APPLICATION

This patent application is a continuation of Ser. No. 08/306,787 filed Sep. 15, 1994, now abandoned.

## FIELD OF THE INVENTION

This invention relates to a hydraulic system for controlling the operation of a variable camshaft timing (VCT) system of the type in which the position of the camshaft is circumferentially varied relative to the position of a crankshaft. In such a VCT system, a hydraulic system at least partially utilizing engine oil pressure for actuation is provided to effect the repositioning of the camshaft. A control system is provided to selectively permit or prevent the hydraulic system from effecting such repositioning.

## BACKGROUND OF THE INVENTION

Consideration of information disclosed by the following U.S. Patents, which are all hereby incorporated by reference, is useful when exploring the background of the present invention.

U.S. Pat. Nos. 5,002,023 and 5,046,460 both describe a VCT system within the field of the invention in which the system hydraulics include a pair of oppositely acting hydraulic cylinders with appropriate hydraulic flow elements to selectively transfer hydraulic fluid from one of the cylinders to the other, or vice versa, to thereby advance or retard the circumferential position of a camshaft relative to a crankshaft in response to torque reversals experienced within the camshaft. The control system utilizes a control valve in which the exhaustion of hydraulic fluid from one or another of the oppositely acting cylinders is permitted by moving a spool within the valve one way or another from its centered or null position. The movement of the spool occurs in response to an increase or decrease in control hydraulic pressure, $P_c$, on one end of the spool and the relationship between the hydraulic force on such end and an oppositely direct mechanical force on the other end which results from a compression spring that acts thereon.

U.S. Pat. No. 5,107,804 describes an alternate type of VCT system within the field of the invention in which the system hydraulics include a vane having lobes within an enclosed housing which replaces the oppositely acting cylinders disclosed by the aforementioned U.S. Pat. Nos. 5,002,023 and 5,046,460. The vane is oscillatable with respect to the housing, with appropriate hydraulic flow elements to transfer hydraulic fluid within the housing from one side of a lobe to the other, or vice versa, to thereby oscillate the vane with respect to the housing in one direction or the other, an action which is effective to advance or retard the position of the camshaft relative to the crankshaft in response to torque reversals. The control system of this VCT system is identical to that divulged in U.S. Pat. No. 5,002,023, using the same type of spool valve responding to the same type of forces acting thereon.

Another feature of U.S. Pat. No. 5,046,460, discussed above, is biased actuation elements. A counteracting force is applied directly to the opposed cylinders to overcome the effect of a unidirectionally acting frictional torque experienced by the camshaft during normal operation. A similar problem with rotational friction also exists with any vane-type variable camshaft timing system.

In all the systems described above, timing control is achieved in response to torque reversals, or pulses, from the camshaft generated during normal operation of the engine. However, in some engines, camshaft torque reversals are not suitable for actuation of the aforementioned hydraulic system. For example, in-line six-cylinder engines have low amplitude camshaft torque characteristics which are inadequate to actuate a variable camshaft timing system. Another example is in-line four-cylinder engines which typically operate at high speeds and generate very high frequency torque pulses to which the VCT system cannot react quickly enough to cause actuation.

## SUMMARY OF THE INVENTION

The current invention addresses the problems previously discussed by using the engine oil pump pressure as one source of energy for actuating the VCT mechanism. The construction of this new mechanism differs from previous mechanisms by utilizing re-routed hydraulic passages and new check valve positions. The present invention may be broken down into three separate embodiments, all of which utilize engine oil pressure, at least partially, for VCT actuation. While the embodiments are depicted primarily in use with a vane-type VCT system such as the one disclosed by U.S. Pat. No. 5,107,804, it is understood that the present invention may also be applied to systems utilizing other types of phase actuation elements such as the cylinder-type described in U.S. Pat. Nos. 5,002,023 and 5,046,460, or equivalent devices.

In the first embodiment of the present invention, a "single-chamber" system, oil pressure from the engine oil pump flows through an inlet check valve inside a spool valve and is directed into one of two opposing actuation elements. The second actuation element is vented to atmosphere by the same spool valve. If the valve is moved in a direction opposite to that of the original movement, the pressurized and vented actuation elements are reversed, causing a phase shift of the VCT mechanism.

In situations where more torque is needed to adjust the phase of the camshaft, the above embodiment can be slightly modified by adding two hydraulic lines and utilizing the "free" chambers of the recesses. The new configuration, or "double-chamber" system, will result in twice the amount of torque usually generated by the above single-chamber system. However, both the single and double-chamber systems are two-position devices only and cannot provide incremental phase adjustments to the camshaft.

The single and double-chamber devices described above, which are two-position devices only (full advance or full retard), may be modified to achieve a continuously variable system. This system allows incremental adjustments to the camshaft phase to be made in lieu of adjusting phase solely to one extreme position or its opposite. The hydraulic fluid (engine oil) inlet line is split, with a branch traveling to each recess of the vane. Check valves are provided in each branch of the inlet line to allow flow to, but not from, the recesses. When the control valve is in the null position, both recesses are fed makeup oil but neither can exhaust. This maintains the camshaft at a fixed phase angle with respect to the crankshaft. The VCT mechanism will shift toward the advanced position when the control valve is moved to allow flow to the advance recess through its inlet line and to block flow to the retard recess while opening its exhaust line to vent. The VCT mechanism will shift toward the retard position in a similar manner when the control valve is moved to allow flow to the retard recess and blocking flow to the

5,657,725

| 3 | 4 |

advance recess while opening its exhaust line to vent. Precise positioning of the control valve allows this system to be continuously variable.

Another slight modification yields a configuration which counteracts the system's "natural" tendency to retard due to frictional torque experienced by the camshaft. The advance chamber is connected to supply oil pressure instead of venting to atmosphere. This gives the system a bias in the advance direction opposite to the natural bias in the retard direction so that the system will advance utilizing supply pressure alone, but will only retard with some torque pulse characteristics in that direction.

The second embodiment of the present invention utilizes both engine oil pressure and camshaft torque pulses in combination as the source of energy for actuation. The oil exit of the advance recess has a split path, with one path going through a check valve to the retard recess, and the other path going directly to exhaust. If there is a significant torque pulse pressurizing the advance recess, the check valve will open when the advance recess pressure exceeds supply pressure. Oil will then flow through two paths: one path feeds the retard recess through the check valve while the other feeds to exhaust. If the pressure generated in the advance recess by a torque pulse is less than the makeup pressure from the engine, then the check valve will remain closed and the only exit path from the advance recess will be through the exhaust. Therefore, oil will flow to the retard recess due to oil from the advance recess or from makeup oil through the inlet check valve. With the control valve in the other extreme position, oil will empty from the retard recess and the advance recess will fill with oil. This design has the advantage of requiring less makeup oil flow than in other mechanisms while still being able to operate under any condition, such as high speed, since oil pump pressure is also used as a source of actuation.

The third embodiment of the present invention is a dual-mode hybrid device with a three-position spool valve utilizing a slightly modified hydraulic line configuration. The system will either operate in the "oil pressure only" mode and/or the "torque pulse only" mode, depending upon the position of the spool valve. The selection of one of the valve's three positions is governed by the engine control unit which is typically pre-programmed to respond to various conditions and engine parameters. The three-position spool valve device can only achieve full advance or full retard and cannot maintain an intermediate position.

An additional feature of the present invention involves biasing the actuation elements in a manner very similar to that disclosed in U.S. Pat. No. 5,046,460. The biasing provides a force counteractive to a unidirectional frictional torque experienced by the camshaft during the rotation of normal operation. Biasing the actuation elements can be achieved either by modifying the hydraulic line configuration to allow the use of engine oil pressure as a biasing force on the actuation element or by employing a mechanical spring to act directly upon the actuation element.

Accordingly, it is an object of the present invention to provide an improved method and apparatus for varying camshaft timing in an internal combustion engine.

It is a further object of the present invention to provide an improved method and apparatus for varying camshaft timing in an automotive variable camshaft timing system which utilizes oppositely acting hydraulic means at least partially actuated by engine oil pressure.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawings and the following brief descriptions thereof, to the detailed description of the preferred embodiment, and to the appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a schematic view of the hydraulic equipment of a single-chamber two-position vane-type VCT arrangement according to an embodiment of the present invention in which only engine oil pressure provides the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 1B is a schematic view of the hydraulic equipment of a double-chamber two-position vane-type VCT arrangement according to an embodiment of the present invention in which only engine oil pressure provides the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 1C is a schematic view of the hydraulic equipment of a continuously variable vane-type VCT arrangement according to an embodiment of the present invention in which only engine oil pressure provides the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 1D is a schematic view of the hydraulic equipment of a continuously variable vane-type VCT arrangement according to an embodiment of the present invention in which at least slight torque pulse characteristics must be present to provide the energy for phase shift actuation illustrating the condition where the control valve is in the advance position.

FIG. 2 is a schematic view of the hydraulic equipment of a hybrid vane-type VCT arrangement according to an embodiment of the present invention in which both torque reversals and engine oil pressure provide the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 3A is a schematic view of the hydraulic equipment of a vane-type VCT arrangement having a three-position valve according to an embodiment of the present invention where the valve is in the first position;

FIG. 3B is a schematic view of the hydraulic equipment of a VCT arrangement having a three-position valve according to an embodiment of the present invention where the valve is in the second position;

FIG. 3C is a schematic view of the hydraulic equipment of a VCT arrangement having a three-position valve according to an embodiment of the present invention where the valve is in the third position;

FIG. 4A is a schematic view of the hydraulic equipment of a standard vane-type VCT arrangement according to an embodiment of the present invention utilizing engine oil pressure as a biasing force in the advance direction on the hydraulic actuator; and,

FIG. 4B is a schematic view of the hydraulic equipment of a standard vane-type VCT arrangement according to an embodiment of the present invention utilizing engine oil pressure as a biasing force in the advance direction on the hydraulic actuator.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention relates to an internal combustion engine having a conventional crankshaft and camshaft arrangement as shown in FIGS. 1A–4B. Crankshaft 426 is connected to camshaft 126 via chain 403 which engages crankshaft sprocket 402 and camshaft sprocket 401.

5,657,725

| 5 | 6 |

The most basic embodiment of the present invention, referred to as a "single-chamber" system, is shown schematically in FIG. 1A. Lobes 160a and 160b of annular pumping vane 160 function as hydraulic operators to ultimately effect the phase adjustment of camshaft 126 with respect to the crankshaft in response to engine oil pressure only. Vane 160 and associated hardware may be of standard construction, such as that described by the U.S. Patents previously incorporated by reference.

Hydraulic fluid, in the form of engine oil, flows into either recess 131 or 132 of housing 129 via hydraulic line 101 or 102, respectively, depending upon the direction of the phase adjustment required. Each recess is divided into two chambers, each chamber being separated by a vane lobe: recess 131 is divided into chambers 131a and 131b, being separated by lobe 160a, best shown in FIG. 1A; recess 132 is divided into chambers 132a and 132b, being separated by lobe 160b. Engine oil enters either line 101 or 102 by way of spool valve assembly 192 which is incorporated into camshaft 126.

Spool valve assembly 192 is made up of cylindrical member 198 and spool 300 which is slidable to and fro within member 198. Member 198 also contains atmospheric vents 111 and 198b to facilitate the flow of engine oil. Spool 300 has cylindrical lands 300a and 300b on opposed ends thereof and center land 300c which is also cylindrical, all of which fit snugly within member 198 and are capable of selectively blocking the flow of engine oil to and from recesses 131 and 132. Spool 300 also contains small, internal passage 320. Check valve 322 is located in internal passage 320 to block the flow of oil to cavity 198a of cylindrical member 198 from recesses 131 or 132.

The position of spool 300 within member 198 is influenced by two distinct sets of opposing forces. First, spring 142 acts on the end of land 300a and resiliently urges spool 300 to the left, in the orientation illustrated in FIG. 1A. Second spring 144 acts on land 300b and resiliently urges spool 300 to the right. Second, oil pressure from cavity 198a also acts upon land 300a, urging spool 300 to the left and opposes the force applied to spool extension 300d by hydraulic piston 134a, also due to engine oil pressure.

The pressure within hydraulic cylinder 134 is controlled by a pressure control signal from controller 106, preferably of the pulse width modulated type (PWM), in response to a control signal from electronic engine control unit (ECU) 106, shown schematically, which may be of conventional construction. Controller 106 receives engine oil from main oil gallery 130 of the engine through inlet line 112 and regulates oil pressure in hydraulic line 138 and hydraulic cylinder cavity 134 by exhausting excess engine oil to sump 136 via hydraulic line 110.

Since the single chamber vane-type VCT is a two position device, i.e., full advance or full retard, an intermediate position is not achievable.

As control oil pressure in cylinder 134 is increased, spool 300 is urged to the far right, i.e., the full advance position, by pressurized piston 134a, as oriented in FIG. 1A, allowing oil to flow from main oil gallery 130 into cavity 198a, through internal passage 320, through hydraulic line 101, and into chamber 131b of recess 131, and also creating a flow path to vent cavity 198b. Vane 160 is rotated in the clockwise direction due to the oil pressure on lobe 160a, causing lobe 160b to force oil out of chamber 132b and exhausting the oil through hydraulic line 102 to vent cavity 198b.

When there is a decrease in control oil pressure in hydraulic cylinder 134, the force of spring 142 overcomes

the relatively low oil pressure applied to piston 134a to spool 300 and urges spool 300 to the far left, that is, the full retard position (not shown). With spool 300 in the retard position, engine oil flows from main oil gallery 130 into cavity 198a through internal passage 320 through hydraulic line 102 and into chamber 132b of recess 132. The pressure of the engine oil on lobe 160b rotates vane 160 in the counterclockwise direction, causing lobe 160a to force oil out of chamber 131b and exhausting oil through hydraulic line 101 and vent 111.

When design requirements so dictate, the single chamber system may be modified to produce twice as much torque to effectuate the camshaft phase adjustment. This "double-chamber" system, as shown in FIG. 1B, is also a two-position system only and therefore is unable to maintain an intermediate position.

Like the single-chamber system, the double-chamber system has one hydraulic line 201 connecting spool valve assembly 192 and recess 131b and one hydraulic line 202 connecting spool valve assembly 192 and recess 132b. In addition, a third hydraulic line 203 connects line 202 with recess 131a, and a fourth line 204 connects line 201 and recess 132a.

In the full advance position, oil flows from the main oil gallery 130 through cavity 198a, through internal passage 320, through line 201 to recess 131b and through line 204 to recess 132a. The oil puts pressure on both lobes 160a and 160b to cause vane 160 to rotate in the clockwise direction. Lobe 160a forces oil out of recess 131a into line 203 and lobe 160b forces oil out of recess 132b into line 202 to be exhausted to cavity 198b to vent.

For the retard position, the oil flow paths are opposite that of the advance position. Spool 300 is urged to the left by spring 142 which allows oil to flow through line 203 to recess 131a and through line 202 to recess 132b. The pressure on lobes 160a and 160b cause vane 160 to rotate in the counterclockwise direction, causing oil to flow from recesses 131b and 132a through lines 201 and 204, respectively, to be exhausted through vent 211.

Because oil pressure is applied to both lobes 160a and 160b of vane 160 instead of only one lobe, as in the single-chamber system, twice the amount of torque is applied to vane 160 as in the single-chamber system. The control portion of the system works identically to that of the single-chamber system.

The disadvantage of the above two systems, of course, is that they only allow for extreme changes in the angular position of the camshaft with respect to the crankshaft. FIG. 1C illustrates an improved continuously variable VCT system which allows for incremental changes in vane movement, resulting in proportional changes in camshaft phase angle.

In a single-chamber continuously variable system, hydraulic line 301 connects spool valve assembly 192 with recess 131b and line 302 connects spool valve assembly 192 with recess 132b. Line 305 connects spool valve assembly 192 with line 301, with check valve 305a located therebetween. Line 306 connects spool valve assembly 192 with line 302, with check valve 306a located therebetween.

In the null position (not shown), land 300c blocks oil flow through line 301 and land 300b blocks oil flow through line 302, while lines 305 and 306 remain open, allowing make-up oil to flow to recesses 131b and 132b, respectively. With make-up oil feeding both recesses 131b and 132b, but with all exhaust paths blocked, vane 160 is not allowed to move and camshaft phase remains constant.

5,657,725

7

As control oil pressure increases, hydraulic piston 134a begins to urge spool 300 to the right, and oil begins to flow from the main oil gallery 130 through cavity 198a, through internal passage 320, through line 305, through check valve 305a, to line 301, and finally to recess 131b. Vane 160 begins to rotate in the clockwise direction due to the oil pressure exerted on lobe 160a, and lobe 160b begins to force oil out of recess 132b through line 302, made possible because the movement of spool 300 has also partially opened an exhaust path to cavity 198b. The backflow of oil through line 306 is prevented by check valve 306a. If control oil pressure continues to increase, spool 300 is further urged to the right, up to and including the full advance position, as depicted by FIG. 1C. With spool 300 responding directly to control oil pressure, and backflow of oil through line 306 prevented, spool 300 may return to the null position as soon as the phase angle of the camshaft is optimized, thus stabilizing the vane in an intermediate position.

The operation of the continuously variable system in the retard position (not shown) utilizes the exact opposite engine oil flow paths as that of the advance position. As control oil pressure decreases, spring 142 exerts a force upon spool 300 which exceeds the forces of hydraulic cylinder 134 and spring 144 on the opposite side of spool 300, thereby causing spool 300 to move to the left. Oil flows from main oil gallery 130 through line 130a through cavity 198a, through internal passage 320, through line 306 and check valve 306a, and into recess 132b. The force of oil pressure on lobe 160b causes vane 160 to rotate in the counterclockwise direction, thus forcing oil out of recess 131b. Oil is exhausted back to atmosphere through line 301, spool 300, and vent 311, with the backflow through line 305 being blocked by check valve 305a. Thus, an incremental change in phase of camshaft 126 in the retard direction is achieved.

Another slight modification can be used for specific engine characteristics, for example, an engine that has high retard tendencies and low advance tendencies. The new configuration is designed such that the system can advance utilizing supply pressure alone, but can only retard if torque pulse characteristics in that direction exist.

The modified system, shown in FIG. 1D, is similar to the above-described continuously variable system except that the vent to atmosphere 311 (shown in FIG. 1C) is eliminated, a two-land spool 200 is used, and the advance chamber 131b is connected to supply oil pressure via hydraulic line 301.

In the null position (not shown) the modified system works identically to the above-described continuously variable system. Land 200a blocks oil flow through line 301 and land 200b blocks oil flow through line 302, while lines 305 and 306 remain open, allowing make-up oil to flow to recesses 131b and 132b, respectively. With make-up oil feeding both recesses 131b and 132b, but with all exhaust paths blocked, vane 160 is not allowed to move and camshaft phase remains constant.

The advance position, shown in FIG. 1D, is also identical to the above-described continuously variable system. As control oil pressure increases, hydraulic piston 134a begins to urge spool 200 to the right, and oil begins to flow from the main oil gallery 130 through cavity 198a, through internal passage 220, through line 305, through check valve 305a, to line 301, and finally to recess 131b. Vane 160 begins to rotate in the clockwise direction due to the oil pressure exerted on lobe 160a, and lobe 160b begins to force oil out of recess 132b through line 302, made possible because the movement of spool 200 has also partially opened an exhaust path to cavity 198b. The backflow of oil through line 306 is

8

prevented by check valve 306a. If control oil pressure continues to increase, spool 200 is further urged to the right, up to and including the full advance position, as depicted by FIG. 1D. With spool 200 responding directly to control oil pressure, and backflow of oil through line 306 prevented, spool 200 may return to the null position as soon as the phase angle of the camshaft is optimized, thus stabilizing the vane in an intermediate position.

It is in the retard position (not shown) where the difference in operation between the embodiments illustrated by FIG. 1C and FIG. 1D occurs (the engine must display some torque pulse characteristics in FIG. 1D for the system to retard). As control oil pressure decreases, spring 142 exerts a force upon spool 200 which exceeds the forces of hydraulic piston 134a and spring 144 on the opposite side of spool 200, thereby causing spool 200 to move to the left. Oil flows from main oil gallery through line 130a through cavity 198a, through internal passage 220, through line 306, check valve 306a, line 302, and into recess 132b. Oil also flows from cavity 198a, through spool 200, line 301 and into recess 131b. The force of oil pressure on lobes 160a and 160b is now equal and vane 160 is not allowed to move due to the action of supply pressure alone. A torque pulse is required to pressurize recess 131b to a higher pressure found in cavity 198a. When such a torque pulse occurs, vane 160 is urged to rotate in the counterclockwise direction which causes lobe 160a to increase pressure within recess 131b, thus overcoming supply oil pressure and forcing oil out of recess 131b. The backflow of hydraulic fluid is still blocked by check valve 305a as before, but oil is not exhausted back to atmosphere, as shown in FIG. 1C (through line 301, spool 300, and vent 311). Oil out of recess 131b backflows through line 301 and spool 200 to cavity 198a. Since the backflow of oil is resisted by supply oil pressure, the high retard tendency of the engine is reduced. This embodiment is a method for equalizing the retard and advance actuation rates.

If an engine displays some torque pulse characteristics, but the pulses alone are not always adequate to actuate the VCT system, it is possible to construct a system that uses either torque pulses or engine oil pressure for actuation. FIG. 2 schematically illustrates an embodiment of such a system. Hydraulic line 409 terminates at a juncture between opposed check valves 407a and 408a which are connected to recesses 131b and 132b, respectively, by branch lines 401 and 402, respectively. The remainder of the associated hardware, including vane 160 and spool valve assembly 192 may be constructed as previously described.

For the system to retard (not shown), the oil exit of recess 131b has a split path, with one branch connecting to recess 132b and the other connecting to exhaust. If a significant torque pulse pressurizes recess 131b, then engine oil will flow to recess 132b via check valve 407a, line 409, cavity 198a, and line 402. If the pressure generated by the torque pulse is less than supply pressure, check valve 407a will remain closed and the only exit path from recess 131b will be to exhaust via line 401 and vent 411. Recess 132b then will be filled by make-up oil flowing from main oil gallery 130 through line 130a, cavity 198a, internal passage 320, and line 402.

For the system to advance, as shown in FIG. 2, the flow path is opposite that of the retard position. If a significant torque pulse pressurizes recess 132b, then engine oil will flow to recess 131b via check valve 408a, line 409, cavity 198a, and line 401. If the pressure generated by the torque pulse is less than supply pressure, check valve 408a will remain closed and the only exit path from recess 132b will be to exhaust via line 402 and cavity 198b. Recess 131b will

5,657,725

9

then be filled by make-up oil flowing from main oil gallery 130 through line 134a, cavity 198a, internal passage 320, and line 401. The system shown in FIG. 2 has the advantage of requiring less make-up oil flow than previously described systems while still being able to operate under any condition, such as high speed, because of the use of oil pump pressure. However, the system is two-position only and is not capable of maintaining intermediate phase adjustments.

FIGS. 3A–3C illustrate an alternate embodiment of the present invention utilizing a three-position spool valve. The position of spool 300 is controlled by engine control unit 166 which is pre-programmed to recognize various engine conditions and direct the movement of spool 300 accordingly.

Hydraulic lines 510 and 512 connect spool valve assembly 192 with chambers 131a and 132a, respectively, while chambers 131b and 132b are vented to atmosphere. Hydraulic line 513 connects spool valve assembly 192 with line 512, and check valve 513a is located therebetween. Spool 300 is a standard three-land spool, as previously described, and vane 160 and associated hardware are of standard construction.

For the system to retard, spool 300 is located in its first position, to the left, as illustrated in FIG. 3A. With cavity 198c aligned with hydraulic line 510, a flow path is thereby created. Engine oil located in main oil gallery 130 flows through line 134a, through cavity 198a, through internal passage 320, and through line 510 to chamber 131a. The pressure on lobe 160b causes vane 160 to rotate in the counterclockwise direction, thus causing lobe. 160a to force oil out of chamber 132a. The exhausted oil flows through line 512 to cavity 198b in spool valve assembly 192 and then out through vent 511. Additionally, actuation is assisted by positive torque, i.e., torque which urges vane 160 to rotate in the counterclockwise direction, pressurizing recess 132a, thus causing oil in recess 132a to exhaust more rapidly. Backflow of oil through line 513 is prevented by check valve 513a and also by land 300b which blocks line 513. Thus system actuation to the full retard position is achieved by utilizing oil pressure assisted by positive torque pulses.

In an alternate scenario where engine conditions are such that negative torque pulses are sufficient to actuate the timing system to the full advance position, spool 300 is relocated to its second position, as shown in FIG. 3B, and a different flow path is created. If a significant negative torque pulse pressurizes recess 131a, engine oil will flow to recess 132a via line 510, cavity 198a, line 513, check valve 513a, and line 512 to chamber 132a. Pressure on lobe 160a forces vane 160 to rotate in the clockwise direction, advancing the camshaft. Check valve 513a prevents any backflow from recess 132a when positive torque pulses pressurize recess 132a. Furthermore, backflow of oil into internal passage 320 is prevented by internal check valve 322. Thus, system actuation to the full advance position is achieved by utilizing negative torque pulses only.

When no torque pulses, either positive or negative, are present when the spool 300 is in the second position, check valve 513a opens and both the advance recess 132a and the retard recess 131a are fed make-up oil. Since the pressure in both recesses is equalized, no actuation occurs.

Finally, when oil pressure is high but torque pulses are insufficient to actuate the system, spool 300 is directed to its third position, as shown in FIG. 3C. Engine oil then flows from main oil gallery 130, through line 134a, through cavity 198a, through internal passage 320, through line 512, into chamber 132a. Pressure on lobe 160a forces vane 160 to rotate in the clockwise direction, causing lobe 160b to force

10

oil out of chamber 131a. Exhausted oil flows through line 510 and into cavity 198d. Backflow of oil into internal passage 320 is prevented by internal check valve 322. Thus, system actuation is achieved by utilizing oil pressure only when oil pressure is high.

Another feature of the present invention is a biased actuation element. During operation, a rotating camshaft experiences a frictional force which opposes movement in the direction of rotation. The frictional force is introduced by such items as camshaft journal bearings and cam lobe followers found in a conventional engine, thus causing the timing system to retard. To counteract this frictional force, an equal and opposite force may be applied directly to the actuation element, in this case, vane 160.

One method of applying such a force is to modify the hydraulic line configuration so that engine oil can be utilized as a biasing force, as shown in FIGS. 4A & 4B. This embodiment is a two-position device only, that is, full advance or full retard, and cannot maintain an intermediate position.

Recess 132a, designated the oil pressure bias recess, is connected to spool valve assembly 192 via hydraulic line 623. Recess 132b is connected to spool valve assembly 192 via line 621 and line 624, which is connected to spool valve assembly 192 via input line 182, with check valve 182a located therebetween. Recess 131b is connected to spool valve assembly 192 via line 622 and line 625, which is connected to spool valve assembly 192 via input line 182, with check valve 182b located therebetween. Recess 131a exhausts to atmosphere.

Shown in FIG. 4A, supply oil is connected to oil pressure bias recess 132a which creates a bias in the advance direction. When camshaft torque in the retard direction becomes greater than the advance bias, vane 160 will rotate in the counterclockwise direction, forcing oil from recess 131b. Accordingly, oil will flow to retard recess 132b via line 625, line 622, input line 182, and through check valve 182a, resulting in retard actuation. With camshaft torque in the advance direction, check valve 182a and spool valve land 200B block any flow out of recess 132b.

In FIG. 4B, supply oil is still connected to oil pressure bias recess 132a, creating a bias in the advance direction. Recess chambers 131b and 132b are also connected to supply oil pressure and are equally balanced with no camshaft torque in either direction the system will advance because of this bias. The flow path of oil is from recess 132b through line 624, line 621, cavity 198c, inlet line 182, and check valve 182b. Any camshaft torque in the advance direction will only add to the actuation rate. Consequently, the system will actuate with either the advance bias, camshaft torque in the advance direction, or both.

What is claimed is:

1. An internal combustion engine, comprising:

a crankshaft, said crankshaft being rotatable about a first axis;

a camshaft (126), said camshaft (126) being rotatable about a second axis, said second axis being parallel to said first axis, said camshaft (126) being subject to torque reversals during the rotation thereof;

a vane (160), said vane (160) having circumferentially spaced apart lobes (160a, 160b), said vane (160) being attached to said camshaft (126), said vane (160) being rotatable with said camshaft (126) and being non-oscillatable with respect to said camshaft (126);

a housing (129), said housing (129) being rotatable with said camshaft (126) and being oscillatable with respect

5,657,725

<div style="column">

**11**

to said camshaft (126), said housing (129) having first and second circumferentially spaced apart recesses (131, 132), each of said first and second recesses (131, 132) receiving one of said first and second lobes (160a, 160b) and permitting oscillating movement of said one of said first and second lobes (160a, 160b) therein, said first and second recesses (131, 132) being divided into first direction chambers (131a, 132b) and second direction chambers (131b, 132a) by said first and second lobes (160a, 160b), respectively, said first and second direction chambers (131a, 132a, 131b, 132b) of said first and second recesses (131, 132) each being capable of sustaining hydraulic pressure due to engine oil contained in said engine;

a spool valve (192) for selectively providing engine oil to said first direction chambers (131a, 132b) and second direction chambers (131b, 132a);

a first check valve (408a) for providing unidirectional engine oil flow from said first direction chambers (131a, 132b) and a second check valve (407a) for providing unidirectional engine oil flow from said second direction chambers (131b, 132a);

means for transmitting rotary movement to said housing (129); and,

means reactive to said engine oil pressure from an oil pump for varying the position of said housing (129) relative to said camshaft (126).

2. An engine according to claim 1 wherein said means reactive to engine oil pressure comprises control means for permitting said housing (129) to move in a first direction relative to said camshaft (126) in response to engine oil flow, and for preventing said housing (129) from moving in a second direction relative to said camshaft (126) in response to engine oil flow.

3. An engine according to claim 2 wherein said control means comprises means for transferring said engine oil into one of said first direction chambers (131a, 132b) and second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said control means further comprising means for simultaneously transferring engine oil out of the other of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132).

4. An engine according to claim 3 wherein said control means is capable of being reversed to transfer engine oil out of said one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of said each of said first and second recesses (131, 132) and to transfer engine oil into said other of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said engine further comprising:

aa engine control unit (168), said engine control unit (168) responsive to at least one engine operating condition for selectively reversing the operation of said control means.

5. An engine according to claim 4 wherein said engine further comprises:

at least one conduit means (130a) for transferring said engine oil from a portion of said engine to said control means; and,

at least one conduit means (130a) for transferring said engine oil from said control means to said portion of said engine.

6. An engine according to claim 5 further comprising passage means connecting said one of said first direction

**12**

chambers (131a, 132b) and said second direction chambers (131b, 132a) of one of said first recess (131) and said second recess (132) with the other of one of said first section chambers (131a, 132b) and said second direction chambers (131b, 132a) of the other of said first recess (131) and said second recess (132) to permit engine oil flow between one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of one of said first recess (131) and said second recess (132) and the other of one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of the other of said first recess (131) and said second recess (132).

7. An engine according to claim 1 wherein said spool valve comprises:

a spool (300), said spool (300) being reciprocatable within said spool valve body (196) and having a plurality of spaced apart lands (300a, 300b, 300c);

first conduit means (101) extending from one of said first recess (131) and said second recess (132) to said spool valve body (196), one of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said first conduit means (101);

second conduit means (102) extending from the other of said first recess (131) and said second recess (132) to said spool valve body (196), another of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said second conduit means (102).

8. An engine according to claim 7 wherein at least one of said plurality of lands (300a, 300b, 300c) of said spool (300) contains a passage (320) extending therethrough, said passage (320) providing communication for the flow of engine oil through said spool (300) to said recesses (131, 132) of said housing (129), said passage (320) having check valve means for preventing flow of engine oil from said recesses (131, 132) through said spool.

9. An engine according to claim 8 wherein said housing (129) is rotatable only to a first extreme angular position in said first direction relative to said camshaft (126) and a second extreme angular position in said second direction relative to said camshaft (126).

10. An engine according to claim 9 wherein torque pulses are present in said camshaft (126), said torque pulses being of such magnitude whereby causing said housing (129) to rotate relative to said camshaft (126).

11. An internal combustion engine, comprising:

a crankshaft, said crankshaft being rotatable about a first axis;

a camshaft (126), said camshaft (126) being rotatable about a second axis, said second axis being parallel to said first axis, said camshaft (126) being subject to torque reversals during the rotation thereof;

a vane (160), said vane (160) having circumferentially spaced apart lobes (160a, 160b), said vane (160) being attached to said camshaft (126), said vane (160) being rotatable with said camshaft (126) and being non-oscillatable with respect to said camshaft (126);

a housing (129), said housing (129) being rotatable with said camshaft (126) and being oscillatable with respect to said camshaft (126), said housing (129) having first and second circumferentially spaced apart recesses (131, 132), each of said first and second recesses (131, 132) receiving one of said first and second lobes (160a, 160b) and permitting oscillating movement of said one of said first and second lobes (160a, 160b) therein, said first and second recesses (131, 132) being divided into

</div>

5,657,725

13

first direction chambers (131a, 132b) and second direction chambers (131b, 132a) by said first and second lobes (160a, 160b), respectively, said first and second direction chambers (131a, 132a, 131b, 132b) of said first and second recesses (131, 132) each being capable of sustaining hydraulic pressure due to engine oil contained in said engine;

means for transmitting rotary movement to said housing (129);

a first check valve (408a) for providing unidirectional engine oil flow from said first direction chambers (131a, 132b) and a second check valve (407a) for providing unidirectional engine oil flow from said second direction chambers (131b, 132a);

means reactive to said engine oil pressure from an oil pump for varying the position of said housing (129) relative to said camshaft (126), said reactive means comprising control means for permitting said housing (129) to move in a first direction relative to said camshaft (126) in response to engine oil flow, and for preventing said housing (129) from moving in a second direction relative to said camshaft (126) in response to engine oil flow, said control means comprising means for transferring said engine oil into one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said control means further comprising means for simultaneously transferring engine oil out of the other of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), wherein said control means is capable of being reversed to transfer engine oil out of said one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of said each of said first and second recesses (131, 132) and to transfer engine oil into said other of said first direction chambers (131b, 132a) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said control means still

14

further comprising a spool valve body (198), a spool (300), said spool (300) being reciprocatable within said spool valve body (198) and having a plurality of spaced apart lands (300a, 300b, 300c), first conduit means (101) extending from one of said first recess (131) and said second recess (132) to said spool valve body (198), one of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said first conduit means (101), second conduit means (102) extending from the other of said first recess (131) and said second recess (132) to said spool valve body (198), another of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said second conduit means (102);

an engine control unit (108), said engine control unit (108) responsive to at least one engine operating condition for selectively reversing the operation of said control means; and,

third conduit means (130a) for transferring said engine oil from a portion of said engine to said control means and for transferring said engine oil from said control means back to said portion of said engine.

12. An engine according to claim 11 wherein at least one of said plurality of lands (300a, 300b, 300c) of said spool (300) contains a passage (320) extending therethrough, said passage (320) providing communication for the flow of engine oil through said spool (300) to said recesses (131, 132) of said housing (129), said passage (320) having a check valve means for preventing flow of engine oil from said recesses (131, 132) through said spool.

13. An engine according to claim 12 wherein said housing (129) is rotatable only to a first extreme angular position in said first direction relative to said camshaft (126) and a second extreme angular position in said second direction relative to said camshaft (126).

14. An engine according to claim 13 wherein torque pulses are present in said camshaft (126), said torque pulses being of such magnitude wherein causing said housing (129) to rotate relative to said camshaft (126).

* * * * *

# Exhibit 8

Dec. 28, 1965                R. H. SCHAEFER                3,225,619
                        TRANSMISSION CONTROL SYSTEM
                            Filed Dec. 3, 1962



INVENTOR.
Robert H. Schaefer
BY

Hugh L. Fisher
ATTORNEY

# United States Patent Office

3,225,619
Patented Dec. 28, 1965

1

3,225,619
TRANSMISSION CONTROL SYSTEM
Robert H. Schaefer, Westfield, Ind., assignor to General Motors Corporation, Detroit, Mich., a corporation of Delaware
Filed Dec. 3, 1962, Ser. No. 241,900
7 Claims. (Cl. 74—472)

This invention relates to improvements in control systems adapted for use, although not exclusively, with motor vehicle transmissions.

In automatic transmissions of the plural ratio type, shifts take place at certain points determined by vehicle speed and driver demand. Hence, if the driver requires acceleration, a shift point will occur later than when this acceleration is not needed. One way of indicating driver demand is to utilized a linkage for interconnecting the accelerator pedal and a pressure regulating valve. The position of the accelerator pedal then is sensed by the pressure regulating valve and a regulated pressure is developed reflecting this position. In a way well known to those versed in the art, this regulated pressure is utilized in the transmission control system for altering shift points, e.g., by opposing upshifting movements of a shift valve. As can be appreciated, the alignment of this linkage must be maintained accurately, for otherwise the shift points can vary appreciably and impair optimum transmission performance. Because of this tendency for any mechanical linkage to become misaligned due to wear, abuse, or for other reasons, it is proposed to provide a new and different way for transferring these driver demands to the transmission. Specifically, it is proposed to utilize a unique electro-hydraulic arrangement whereby driver demands are converted first to an electrical effect, and thereafter to a corresponding fluid pressure.

It is the further objective of the invention to provide a novel way for electrically controlling a fluid pressure regulator.

The foregoing and other objects and advantages of the invention will be apparent from the following description and the accompanying drawing in which the single figure shows schematically a transmission control system incorporating the principles of the invention.

Considering now the details of the control system, the numeral 10 denotes generally a transmission having an input shaft 12 and an output shaft 14 connected in any known way respectively to the engine and the wheels of the vehicle. The transmission 10 is of the character that automatically changes from one drive ratio to another in accordance with the position of a suitable shift valve 16. The shift valve 16 is urged in the upshifting direction by an appropriate governor 18 that is driven at a speed proportional to that of the output shaft 14, and in the downshift direction by a pressure fluid reflecting driver demand or torque demand on the engine. In the event that the torque demand is great, the shift point will take place at a higher vehicle speed than when the demand is slight. The transmission 10, the shift valve 16, and the governor 18 may be of any known form, e.g., similar to that disclosed in the Sand Patent 3,004,447.

This pressure reflecting driver or torque demand is developed by a pressure regulating valve train, which hereinafter will be identified as a throttle regulator valve train 20. Fluid under pressure is derived from a suitable pump 22 driven by the input shaft 12. If required, any appropriate pressure regulating valve 24 may be employed for controlling the pressure of the fluid from the pump 22. This pressure fluid is delivered to the throttle regulator valve train 20 by a line 26 where it is converted to a fluid pressure reflecting torque demand as will become apparent.

The throttle regulator valve train 20 comprises a throttle valve element 28 and a throttle regulator valve element

2

30. Both are axially aligned within a bore 32 in a valve body 34. A compression spring 36 is interposed between the two valve elements 28 and 30 and acts to separate these two valve elements. The valve train 20 also includes a control chamber 38 arranged at the lower end of the throttle valve element 28. This control chamber 38 communicates with the line 26 through an orifice 40 and a branch 42. The orifice 40 prevents the pressure in the branch 42 from being perceptibly influenced at those times when the control chamber 38 is opened to an exhaust in a way to be explained.

The throttle regulator valve element 30 has spaced lands 44, 46, and 48. The land 46 controls the opening of inlet and outlet ports 50 and 52 communicating respectively with the line 26 and a supply line 54 extending to the shift valve 16. The land 48 controls the opening of an exhaust port 56.

If the pressure within the control chamber 38 is zero, the throttle regulator valve element 30 will develop a minimum pressure determined by the bias from the spring 36. In developing this minimum pressure, the valve element 30 will in a known way initially open the inlet port 50 and cause this fluid to be delivered to the outlet port 52. Pressure fluid in the supply line 54 is transferred by a branch 58 to the upper area of the valve element 30 and will cause the valve element 30 to move downwardly to a positon in which the exhaust port 56 is opened and the inlet port 50 is closed. Thereafter, the regulator valve element 30 will move between these two extreme positions with the usual regulating action and develop the minimum regulated pressure. The maximum regulated pressure is produced when the pressure in the control chamber 38 corresponds to that in the line 26. At this time, the force tending to open the regulating valve element 30 is greatest.

To vary the pressure developed by the throttle regulator valve element 30 between the minimum and maximum extremes described and in accordance with driver demand, a control valve denoted generally by the numeral 60 is employed. This control valve 60 includes a housing 62 in which is slidably positioned an elongated exhaust valve element 64. The exhaust valve element 64 controls the communication between the control chamber 38 and an exhaust port 66 via an exhaust opening 68. The exhaust valve element 64 is urged to the closed position by a spring 70 and urged to the open position by a magnetic force derived from a solenoid winding 72. The solenoid winding 72 is arranged within the housing 62 as displayed so that the flux lines have the appropriate path for developing this valve element opening magnetic force when the solenoid winding is energized. The exhaust valve element 64 serves as an armature and in actual practice has approximately a total of five-thousandths of an inch movement between the fully open and closed position.

The solenoid winding 72 is energized by a D.C. source such as a vehicle battery 74. A variable impedance, e.g., a potentiometer 76, is connected across the battery 74 and has an adjustable tap 78 extending to the solenoid winding 72. Consequently, the position of the adjustable tap 78 determines the proportion of the battery voltage applied to the solenoid winding 72. The adjustable tap 78 is preferably moved by an accelerator pedal 80, which controls the conventional engine throttle (not shown). However, other provisions may be made for this movement; for instance, a direct connection with the throttle linkage or by the use of intake manifold pressure. Either can be accomplished in any appropriate way so as to reflect driver demand on the engine.

In operation, when the accelerator pedal 80 is depressed such that the throttle opening is increased to reflect an increased torque demand, the adjustable potentiometer tap 78 it moved towards ground. As a result, the proportion

3,225,619

**3**

of battery voltage applied to the solenoid winding 72 is decreased. A decrease in the applied voltage will reduce the magnetic force acting on the exhaust valve element 64 and the exhaust valve element 64 will correspondingly reduce the communication between the exhaust opening 68 to the control chamber 38 and the exhaust port 66. The pressure within the control chamber 38 will correspondingly increase and increase the force acting to urge the throttle valve element 28 upwardly. As mentioned, this increased force will cause the throttle regulator valve 30 to respond and develop a greater regulated pressure in the supply line 54.

Therefore, any increase in the throttle opening will cause the control valve 60 to increase the pressure in the control chamber 38 a corresponding amount. The throttle regulator valve train 20 will increase its regulating point and a correspondingly increased regulated pressure will be developed in the supply line 54 to the shift valve 16. The governor 18 now will have to develop a greater opposing force before the shift valve 16 can move to its upshifted position; by way of example and without limitation, the shift point may be increased from 30 m.p.h. to 35 m.p.h.

Of course, when the applied voltage increases as when the accelerator pedal 80 is moved towards the closed throttle position and the tap 78 moves away from ground, the control valve 60 will decrease the pressure of the fluid in the control chamber 38. Now the throttle regulator valve train 20 will develop a proportionally reduced regulated pressure in the supply line 54.

It should be noted that in some instances the throttle valve element 38 may be omitted and the pressure fluid within the control chamber 38 caused to act directly on the lower end of the throttle regulator valve element 30 along with the spring 36. Other modifications can be made without deviating from the spirit of the invention as will be apparent to those versed in the art.

From the foregoing, it will be appreciated that driver demand is converted to a voltage. This voltage is used to operate a control valve 60, which in turn controls a pressure acting on the regulating valve train 20. There is no concern for wear or misalignment of a mechanical linkage. The regulating valve train 20 will operate as long as there is a voltage available; or, in other words, at all times when the vehicle is operating and consequently is, in effect, "fail-safe."

The invention is to belimited only by the following claims:

1. In a transmission control system for an engine driven vehicle, the combination of a pressure fluid responsive device for controlling the transmission, a source of pressure fluid for the device, means regulating the fluid pressure supplied to the device, electrically operated means for controlling the pressure regulating means, the electrically operated means including a source of electrical energy and a manually operated control for varying the electrical energy in accordance with engine torque demand so as to cause the pressure at which the pressure regulating means regulates to correspondingly vary.

2. In a transmission control system for a vehicle; a pressure fluid responsive device for controlling the transmission, a source of pressure fluid for the device, means regulating the fluid pressure supplied to the device, means developing a variable pressure for controlling the pressure regulating means, the variable pressure developing means including electrically operated control valve means for altering the variable pressure, a source of electrical energy for operating the control valve means, and a manually operated controller for varying the amount of electrical energy supplied to the control valve means in accordance with a condition of vehicle operation so as to vary the pressure and accordingly the pressure at which the pressure regulating means regulates.

3. In a transmission control system for an engine driven vehicle; the combination of a pressure fluid responsive

**4**

device for controlling the transmission; a source of pressure fluid for the device, means regulating the fluid pressure supplied by the source to the device; and means developing a variable pressure for controlling the pressure regulating means; the variable pressure developing means including a control chamber communicating with the source, an electrically operated control valve for varying the pressure in the control chamber, a source of electrical energy, and means varying the amount of electrical energy supplied to the control valve in accordance with torque demand on the engine and accordingly the pressure in the control chamber so that the pressure regulating means will develop a regulated pressure reflecting torque demand.

4. In a control system for an engine driven transmission; the combination of a fluid responsive device for controlling the transmission; a source of pressure fluid; means regulating the fluid pressure supplied to the device including a regulating valve element; and means developing a variable pressure for acting on the valve element so as to control the pressure developed by the pressure regulating means; the variable pressure developing means including a control chamber adjacent the valve element and communicating with the source of pressure fluid, an electrically operated control valve for controlling the exhaust of the fluid from the control chamber and accordingly the pressure within the control chamber, a voltage source for operating the control valve, and an engine controlling member for varying the voltage supplied to the control valve so as to vary the pressure in the control chamber and accordingly the pressure at which the regulating means regulates.

5. In a control system for an engine driven transmission; the combination of a pressure fluid responsive device for controlling the transmission; a source of pressure fluid for the device; and pressure regulating valve means for varying the fluid pressure supplied by the source to the device in accordance with torque demand on the engine; the pressure regulating valve means including a valve element and a control chamber adjacent the valve element, the control chamber communicating with the pressure fluid source and having an exhaust opening therefrom, an exhaust valve for controlling the exhaust opening and accordingly the pressure in the control chamber, a voltage source operatively connected to the exhaust valve so as to maneuver the exhaust valve, a manual control member for varying the torque demand on the engine, and a variable impedance adjustable by the manual control member so as to vary the voltage applied to the exhaust valve in accordance with the adjustment of the variable impedance and thereby alter the pressure in the control chamber so that the pressure regulating valve means will develop a regulated pressure that reflects torque demand on the engine.

6. In combination; a valve body having a bore therein and including spaced inlet, outlet and relief passages opening into the bore; a source of fluid pressure communicating with the inlet passage; a regulating valve slidably positioned within the bore and movable between the inlet and relief passages to regulate the pressure of the fluid in the outlet passage within predetermined minimum and maximum limits, the regulator valve having one face thereof exposed to the pressure fluid in the outlet passage so as to urge the regulator valve in a pressure decreasing direction, biasing means urging the regulator valve in a pressure increasing direction; and control means including a control chamber communicating both with the inlet passage and the bore so that the pressure of the fluid therein will act upon the regulator valve and cooperate with the biasing means to urge the regulator valve in the pressure increasing direction, the control chamber having an exhaust therefrom, a control valve coacting with the exhaust to vary the opening thereof and accordingly the exhaust of fluid from the control chamber so as to alter the fluid pressure within the control chamber, electro-

**5**

magnetic means for operating the control valve, the electromagnetic means including a relay winding so arranged relative to the control valve as to apply an electromagnetic force thereto when energized for causing the control valve to alter the opening of the exhaust, a voltage source for energizing the relay winding, and manually variable impedance means for varying the amount of voltage applied to the relay winding and accordingly the energization thereof so that the fluid pressure in the control chamber is varied in accordance therewith thereby causing the regulator valve to maintain the pressure of the fluid in the outlet passage within the predetermined minimum and maximum limits.

7. In a control system for an engine driven transmission; the combination of a pressure fluid responsive device for controlling the transmission; a source of pressure fluid for the transmission, a valve body having a bore therein and including spaced inlet, outlet and relief passages opening into the bore; the inlet and outlet passages communicating respectively with the source and the device; a regulating valve slidably positioned within the bore and movable between the inlet and relief passages to regulate the pressure of the fluid in the outlet passage, the regulator valve having one face thereof exposed to the pressure fluid in the outlet passage so as to urge the regulator valve in a pressure decreasing direction, means urging the regulator valve in a pressure increasing direction; the means comprising a valve element slidable within the bore, a spring interposed between the regulator valve and the valve element, control means including a control chamber communicating both with the inlet passage and the bore so that the pressure of the fluid therein will act upon the valve element and cooperate with the spring to

**6**

urge the regulator valve in the pressure increasing direction, the control chamber having an exhaust therefrom, a control valve coacting with the exhaust to vary the opening thereof and accordingly the exhaust of fluid from the control chamber so as to alter the fluid pressure in the control chamber, electromagnetic means for operating the control valve, the electromagnetic means including a relay winding so arranged relative to the control valve as to apply an electromagnetic force thereto when energized for causing the control valve to alter the opening of the exhaust, a voltage source for energizing the relay winding, a manual control member for varying the torque demand on the engine and variable impedance means adjustable by the manual control member for varying the amount of voltage applied to the relay winding and accordingly the energization thereof so that the fluid pressure in the control chamber is varied in accordance therewith and thereby causing the regulator valve to develop a regulated fluid pressure reflecting the torque demand on the engine.

### References Cited by the Examiner

#### UNITED STATES PATENTS

| 1,297,514 | 3/1919 | Turner | 137—495 X |
|-----------|--------|--------|-----------|
| 2,031,478 | 2/1936 | Gray | 137—505.11 |
| 2,905,190 | 9/1959 | Oyster. | |
| 2,965,120 | 12/1960 | Snyder | 137—116.3 |
| 2,990,850 | 7/1961 | Cook | 137—540 |

DON A. WAITE, *Primary Examiner.*

M. P. SCHWADRON, *Examiner.*

# Exhibit 9

# United States Patent [19]

## Barnes et al.

[11] **Patent Number:** 4,524,947

[45] **Date of Patent:** Jun. 25, 1985

[54] **PROPORTIONAL SOLENOID VALVE**

[75] Inventors: Pierre D. Barnes; Maynard W. Marts, both of Hutchinson, Kans.

[73] Assignee: The Cessna Aircraft Company, Wichita, Kans.

[21] Appl. No.: 445,773

[22] Filed: Nov. 30, 1982

[51] Int. Cl.³ .................................. F16K 31/06
[52] U.S. Cl. .......................... 251/129; 251/141; 251/337
[58] Field of Search ............ 251/129, 141, 337

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,436,992 | 3/1948 | Ernst | 251/129 X |
| 2,987,293 | 6/1961 | Knudson | 251/141 |
| 3,100,103 | 8/1963 | Bullard | 251/141 X |
| 3,220,184 | 11/1965 | Oprecht | 251/129 X |
| 3,684,238 | 8/1972 | Michellone et al. | 251/129 |
| 3,788,597 | 1/1974 | Ichioka | 251/129 |
| 3,970,282 | 7/1976 | Hansen | 251/129 |

*Primary Examiner*—Arnold Rosenthal
*Attorney, Agent, or Firm*—Edward L. Brown, Jr.

[57] **ABSTRACT**

A normally closed spool type solenoid-controlled valve which changes its opening in proportion to the amount of current supplied to the solenoid. The spool which blocks the valve opening in an overlapping relation is held in a closed position by a dual spring design having differing spring rates wherein the lighter spring holds the spool in an overlapping closed position.

8 Claims, 2 Drawing Figures



**U.S. Patent**    Jun. 25, 1985    4,524,947



FIG. 1

FIG. 2

4,524,947

1

## PROPORTIONAL SOLENOID VALVE

### BACKGROUND OF THE INVENTION

The invention relates to proportional solenoid-controlled valves and more specifically to a normally closed spool type solenoid valve which as it begins to open changes it opening or orifice size in proportion to the amount of current supplied to the solenoid.

Normally closed solenoid valves, such as shown in U.S. Pat. No. 3,737,141, are the type which pull a spring-biased poppet off a seat as the valve opens. Before the poppet opens, the solenoid force must overcome a pressure-induced force which holds the poppet closed. The amount of this force is dependent upon the pressure differential across the poppet and the area of the poppet seat. This pressure-induced force decreases as the valve opens, while the force produced by the solenoid increases as the valve opens. When the air gap between the pole piece and the armature is the largest, the force the solenoid generates is the weakest, which is converse to the requirements of a conventional poppet valve.

### SUMMARY OF THE INVENTION

Rather than a conventional tapered end poppet closing an orifice, the present invention utilizes a spool in a bore which blocks lateral passages in an overlapping relation, thereby avoiding the pressure-induced forces of a conventional poppet which must be overcome. The spool and solenoid armature are held in the closed position by a dual spring design of differing spring rates. The first spring, with a very light spring rate, holds the spool in an extended overlap position when the solenoid is fully de-energized, to reduce spool leakage. When the solenoid is initially energized at current levels, for example 0.1 amps, the solenoid force will shift the spool to its initial opening position causing the first spring to compress to its stop with a very slight deflection of the much stiffer second spring. As the current level to the solenoid increases, the spool opens further and the second spring will compress so that the opening of the valve is proportional to the current supplied. The solenoid is externally adjustable by moving the stop on the first spring whereby the amount of current required to start the initial flow can be varied between, as for example, 0.1 amps and 0.4 amps. Low leakage across the spool is achieved in this dual spring design with the additional overlap caused by the first spring in the fully de-energized position of the solenoid.

It is therefore the principal object of the present invention to provide a normally closed spool type proportional solenoid valve with improved leakage characteristics.

Another object of the present invention is to provide a proportional solenoid valve with no differential pressure forces to overcome as the valve initially opens.

A further object of the present invention is to provide a normally closed solenoid valve with dual springs in a series arrangement having differing spring rates whereby added overlap is provided to improve the leakage characteristics.

Other objects and advantages of the present invention are described in or will become apparent from the following detailed description and accompanying drawings of the preferred embodiment.

2

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a longitudinal sectional view through the solenoid valve in its fully de-energized closed position; and

FIG. 2 is a curve illustrating flow vs. current of the present valve at various setting of the adjustable stop.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates a normally closed proportional solenoid-operated valve generally described by reference numeral 10. The valve 10 comprises a coil 12 which surrounds a fixed core assembly 14 which is held in place by a nut 15. Concentrically spaced inside the end of core 14 is an armature member 16 which defines an air gap 20 between the conical surface 18 of the armature and the pole face 22 of the core. Attached to core 14 is a sleeve assembly 24 which is welded to a stainless steel low magnetic sleeve 26 which in turn is welded to core 14. Sleeve assembly 24 includes a threaded left end 25 which mounts the solenoid valve 10 in whatever application the solenoid valve is being utilized. Surrounding the coil 12 of the solenoid is a conductive jacket 28 which protects the electrical components of the solenoid. Located in the left end of sleeve assembly 24 is a bore 30 which receives a valve body 32 held in place by snap ring 35. Passing through valve body 32 is a longitudinal bore 33 which is intersected by a pair of lateral passages 34. Slidably positioned in valve bore 33 is a valve spool 36 which is attached to armature 16 of the solenoid. The spool 36 includes a longitudinal passage 38 which equalizes the pressure on both ends of spool 36, including armature cavity 40 so that no pressure-induced forces are created on spool 36. The left edge 39 of spool 36 overlaps lateral passages 34 in the fully closed position of the valve, as illustrated in FIG. 1. Armature 16 is held in axial alignment in the valve through valve spool 36 sliding in valve body 32. Armature 16, in its de-energized position, is urged in a leftwardly direction by a pair of compression springs 44 and 46 positioned in series, one behind the other. Spring 44 having a relatively high spring rate contacts armature 18 through a plunger 42 while the left end of spring 44 contacts spring 46 through a second plunger member 48. Spring 46 is a very light spring, with a spring rate much less that that of spring 44. Extending from plunger 48 is an extension member 50 positioned in the center of spring 46 which engages an adjustable stop member 52. On the right end of stop 52 is a threaded screw 54 which is engageable by an allen wrench to longitudinally move the stop 52 forwards or backwards depending upon the desired current level at the initial opening position of the valve. A distance X is adjustably provided between extension 50 and stop member 52 which will be the plateau point where the heavy spring 44 begins to deflect and the light spring deflection is eliminated.

Solenoid valve 10 is designed to operate with an approximately 50 PSI pressure differential across lateral passages 34 to drain flowing out the left end of valve spool bore 33. The current used in the solenoid coil can be either D.C. or dithered current. The solenoid valve 10 is utilized in systems requiring low volume in the one to two GPM range in applications such as speed control systems or as a pilot valve controlling a larger directional control valve. The valve 10 could also be converted to a normally open proportional solenoid valve

4,524,947

| 3 | 4 |

with lateral passages through the spool 36, as well as a pull type conventional proportional solenoid valve.

## OPERATION

Proportional solenoid valves, as compared with full open or closed solenoids, permit the orifice size or valve opening to be changed by varying the amount of current flow to the solenoid. With an increase in current, the orifice size increases proportionally so that a flow vs. current plot would be linear.

With solenoid valve 10 in its fully de-energized position, as illustrated in the drawing, the valve spool 36 completely overlaps passages 34 so that there is no flow through the valve. The amount of overlap of the spool, which is the distance between the left edge 39 of the spool and the lateral passages 34, is intended to reduce the amount of leakage between bore 33 and spool 36, in a normal tolerance fit. This overlap is approximately the same as the distance X seen at the right hand end of the valve between extension member 50 and adjustable stop 52. In light of the substantial overlap, passages 34 do not begin to open until extension 50 comes in contact with stop 52. Prior to this point, the primary spring force on the armature 16 is being caused by light spring 46, since spring 44 has no substantial deflection. After extension 50 contacts stop 52, spring 44 will begin to deflect and the spring resistance increases sharply. As initial current is supplied to solenoid coil 12, in the order of 0.1 to 0.2 amps, the solenoid force produced by this current flow across air gap 20 is applied to the springs 44 and 46. Since spring 46 is a very light spring, it will compress under this initial light solenoid force while spring 44, requiring a much higher force, will only slightly deflect. Spool 36 under the initial solenoid force moves to the right compressing spring 46 until extension 50 comes in contact with adjustable stop 52. The left edge 39 of spool 36 is now beginning to open lateral passages 34, and any further opening will require additional amperage to coil 12 to compress stiffer spring 44.

In viewing the flow vs. current plot of FIG. 2, it can be seen that as the amperage level is increased, the flow level increases at the same rate. To adjust the solenoid valve 10 to that point which the valve begins to open, can be accomplished by tightening or relieving screw 54 to vary the load on spring 46 and the position of stop member 52. FIG. 2 illustrates three separate curves wherein the amount of current at which the valve begins to open is varied to meet the particular requirements of each application. The movement of stop 52 not only adjusts the spring force on armature 16 but also the plateau point wherein the spring compression is transformed from spring 46 to spring 44. With an adjustable solenoid of this type, valve 10 can be adjusted so that the initial opening is at varying current levels. In doing so, the position of the flow curve, as seen in FIG. 2, using a constant pressure differential across the orifice can slide out the current scale while the slope of the curve remains the same. If a change in the slope of the curve is needed, a design change in the spring rates can be made to fit a particular application.

Having described the invention with sufficient clarity to enable those familiar with the art to construct and use the invention, we claim:

1. A normally closed two way proportional solenoid-operated valve assembly including:

a body having a bore therein;

a lateral passage in the bore;

a spool slidably positioned in the bore overlapping the lateral passage in the closed position and forming a variable opening with the lateral passage in various open positions;

an armature means attached to said spool for positioning the spool and controlling the valve opening;

a pole piece means in the body positioned adjacent the armature forming an air gap therebetween;

a first spring means having a predetermined spring rate urging the armature and spool toward the overlapping closed position;

a second spring means having a lesser spring rate than the first spring means positioned in series with the first spring means urging the armature and spool toward the overlapping closed position;

coil means operable to produce a circuit of electromagnetic flux line flow and provide a variable attractive force between the armature and pole piece to overcome the second spring means and the first spring means in sequence with intermediate positions of the armature and spool therebetween.

2. The valve assembly of claim 1 including an adjustable stop means aligned with the second spring means positioned to block further compression of second spring means as the spool begins to open the lateral passage.

3. The valve assembly of claim 1 wherein the first and second spring means are concentrically aligned in series.

4. The valve assembly of claim 1 wherein the first and second spring means are compression springs concentrically aligned in series with relative spring rates such that the second spring means will fully deflect before the first spring means begins to deflect.

5. The valve assembly of claim 1 including an adjustable stop means aligned with the second spring means positioned to block further compression of second spring means as the spool begins to open the lateral passage, and wherein the first and second spring means are compression springs concentrically aligned in series and separated by a plunger member having an extension which contacts the stop means as the spool begins to open the lateral passage, thereby terminating the compression of the second spring means.

6. The valve assembly of claim 1 including an adjustable stop means positioned adjacent the second spring means preventing the second spring means from further compression as the spool begin to open the lateral passage.

7. The valve assembly of claim 1 wherein the first and second spring means are compression springs concentrically aligned in series inside the pole piece with relative spring rates such that the second spring means will fully deflect before the first spring mean begins to deflect.

8. The valve assembly of claim 1, wherein the spool includes a longitudinal passage means therein providing equal pressure forces on opposite ends of the spool.

* * * * *

# Exhibit 10



I HE  / CERTIFY THAT THIS CORRESPONDENCE IS   NG
DEPOSITED WITH THE UNITED STATES POSTAL SERV   AS
FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO
COMMISSIONER OF PATENTS AND TRADEMARKS WASH-
INGTON, D.C. 20231 ON  11-23-93   IIP 340
(DATE OF DEPOSIT)
*Wendaj J. Nowicki*   DEC -6  AM 7: 12

11-23-93
DATE OF SIGNATURE



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:        :   Group Art Unit: 3402
                             :
EDWARD C. SIEMON ET AL.      :
                             :
Serial No. 08/056,635        :   Examiner:  W. Lo
                             :
Filed:  May 3, 1992          :
                             :
For: VCT CONTROL WITH A      :   Atty. Dkt. No.:  91016A
    DIRECT ELECTRO-          :
    MECHANICAL ACTUATOR      :

_____

### PRELIMINARY AMENDMENT

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

This paper is in response to the various telephone
conversations which have taken place between Examiner and
counsel for Applicants regarding the above-named
application.  No Office Action has been issued as of the
date of filing this paper.

### IN THE SPECIFICATION

Applicants respectfully request that the following be
added immediately after the application title, but before
the heading "FIELD OF THE INVENTION":

### CROSS REFERENCE TO CO-PENDING APPLICATION

This application is a continuation-in-part of co-
pending application Serial No. 940,273 which was filed
September 3, 1992, now U.S. Patent No. 5,218,935, granted
June 15, 1993.

## IN THE CLAIMS

Applicants respectfully request that previously submitted Claim 12 be cancelled without prejudice.

Applicants respectfully request that Claims 11 and 13-15 be amended as follows:

11. (amended)  In an internal combustion engine having a variable camshaft timing system for varying the phase angle of a camshaft relative to a crankshaft, a method of regulating the flow of hydraulic fluid from a source to a means for transmitting rotary movement from said crankshaft to a housing, comprising the steps of:

sensing the positions of [a] said camshaft and [a] said crankshaft;

calculating a relative phase angle between said camshaft and said crankshaft, said calculating step using an engine control unit [to] for processing information obtained from said sensing step, said engine control unit further issuing a electrical signal corresponding to said phase angle; [and,]

controlling the position of a vented spool slidably positioned within a spool valve body, said controlling step being in response to said signal received from said engine control unit, said controlling step utilizing an electromechanical actuator to vary the position of said vented spool [whereby allowing or preventing flow of hydraulic fluid through said valve body.], said electromechanical actuator comprising a variable force solenoid;

supplying hydraulic fluid from said source through said spool valve to a means for transmitting rotary movement to said camshaft, said spool valve selectively allowing and blocking flow of hydraulic fluid through an inlet line and through return lines; and.



BW 002135

transmitting rotary movement to said camshaft in
such a manner as to vary the phase angle of said camshaft
with respect to said crankshaft, said rotary movement being
transmitted through ~~the means~~, said housing being mounted on
said camshaft, said housing further being rotatable with
said camshaft and being oscillatable with respect to said
camshaft.

13. (amended)  The method of Claim [12] 10 wherein said
variable force solenoid comprises:

a coil, said coil [for receiving] being adapted to
receive said electrical signal from said engine control
unit;

an armature, said armature being substantially
surrounded by said coil, said armature being connected to
said spool, said coil, when energized, creating a magnetic
field sufficient to cause said armature to exert a force
upon said spool and induce movement in said spool, said
movement corresponding to said signal from said engine
control unit;

an air gap, said air gap [for] separating said
coil from said armature; and,

a housing, said housing [for] providing an
enclosure for said coil, said armature, and said air gap.

14. (amended)  The method of Claim [13] 10 wherein said
electromechanical actuator further comprises a stroke
amplifier, said stroke amplifier for providing a net gain in
force as applied to said spool.

15. (amended)  The method of Claim [16] 12 wherein said
stroke amplifier comprises a lever arrangement.

Applicants respectfully request that previously
submitted Claims 16-22 be cancelled without prejudice.

## REMARKS

This preliminary amendment and accompanying remarks are submitted in response to the various telephone conversations between counsel for Applicants and Examiner regarding the above-named application. During those conversations the Examiner expressed his concern that the present invention was obvious over prior art, but suggested that a continuation-in-part would be considered for allowance if the proper formalities were observed. The Examiner:

1) required that a supplemental declaration be submitted;

2) required that a terminal disclaimer be submitted in light of the double patenting and obviousness issues;

3) stated that Claims 1-10 were allowable as submitted, provided the above requirements were met;

4) stated that method Claims 11-15 needed more detail before they would be allowed; and,

5) requested that Claims 16-22 be cancelled because of their scope which exceeded that of combustion engine art.

Applicants respectfully respond as follows:

1) A supplemental declaration is enclosed;

2) A terminal disclaimer is enclosed;

3) Claims 1-10 are not amended, in light of Examiner's previous comments.

4) Claims 11 and 13-15 are amended to add the detail required by the Examiner; Claim 12 is cancelled.

5) Claims 16-22 are cancelled, as requested.

A

<u>CONCLUSION</u>

In summary, it is respectfully submitted that Applicants have properly responded to all matters which are at issue in this application and that this application is now in condition for allowance. Reconsideration of this application and allowance of all pending claims is earnestly solicited. Should Examiner require additional information or wish to discuss matters further, the undersigned attorney for Applicants is willing to do so.

Respectfully submitted,

David A. Spenard
Registration No. 37,449

Willian Brinks Hofer Gilson & Lione
1130 Edison Plaza
Toledo, Ohio 43604-1537
(419) 244-6578



**TERMINAL DISCLAIMER**

In re application of:                    :    Group Art Unit:  3402
                                         :
EDWARD C. SIEMON ET AL.                  :
                                         :
Serial No. 08/056,635                    :    Examiner:  W. Lo
                                         :
Filed:  May 3, 1992                      :
                                         :
For: VCT CONTROL WITH A                  :    Atty. Dkt. No.:  91016A
     DIRECT ELECTROMECHANICAL            :
     ACTUATOR                            :

---

Petitioner, <u>Borg-Warner Automotive, Inc.</u>, is the owner of
100 percent interest in the instant application.  Petitioner
hereby disclaims, except as provided below, the terminal part of
the statutory term of any patent granted on the instant
application, which would extend beyond the expiration date of the
full statutory term defined in 35 U.S.C. 154 to 156 and 173 as
shortened by any terminal disclaimer filed prior to the grant of
any patent granted on pending second application Number
<u>07/940,273</u>, filed on <u>September 3, 1992</u>, now <u>U.S. Patent 5,218,935</u>
issued <u>June 15, 1993</u>.  Petitioner hereby agrees that any patent
so granted on the instant application shall be enforceable only
for and during such period that it and any patent granted on the
second application are commonly owned.  This agreement runs with
any patent granted on the instant application and is binding upon
the grantee, its successors or assigns.

In making the above disclaimer, petitioner does not disclaim
the terminal part of any patent granted on the instant
application that would extend to the expiration date of the full
statutory term as defined in 35 U.S.C. 154 to 156 and 173 of any
patent granted on the second application, as shortened by any
terminal disclaimer filed prior to the patent grant, in the event
that any such granted patent:  expires for failure to pay a

BW 002139

maintenance fee, is held unenforceable, is found invalid by a
court of competent jurisdiction, is statutorily disclaimed in
whole or terminally disclaimed under 37 CFR 1.321, has all claims
canceled by a reexamination certificate, is reissued, or is in
any manner terminated prior to the expiration of its full
statutory term as presently shortened by any terminal disclaimer
filed prior to its grant.

For submissions on behalf of an organization (e.g.,
corporation, partnership, university, government agency, etc.),
the undersigned (whose title is supplied below) is empowered to
act on behalf of the organization.

I hereby declare that all statements made herein of my own
knowledge are true and that all statements made on information
and belief are believed to be true; and further that these
statements were made with the knowledge that willful false
statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the
United States Code and that such willful false statements may
jeopardize the validity of the application or any patent issued
thereon.

_____4/15/93_____           _Greg Dziegielewski_
        Date                      Signature

                            Greg Dziegielewski
                            Assistant Secretary
                            _____
                            Typed or printed name and title if
                            applicable

Terminal disclaimer fee under 37 CFR 1.20(d) is included.

PTO suggested wording for terminal disclaimer was unchanged.

BW 002140





**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/056,635 | 05/03/93 | SIEMON | F 92007 |

```
                                    34M2/1222
    BORG-WARNER AUTOMOTIVE, INC.
    PATENT DOCKET ADMINISTRATOR
    6700 18-1/2 MILE ROAD
    P. O. BOX 8022
    STERLING HEIGHTS, MI 48311-8022
```

| | EXAMINER |
|---|---|
| I. O. N | |
| ART UNIT | PAPER NUMBER |
| 3403 | 10 |
| DATE MAILED: | |

**EXAMINER INTERVIEW SUMMARY RECORD**      12/22/93

All participants (applicant, applicant's representative, PTO personnel):

(1) _Mr. David Spenard_      (3) _____

(2) _Ex. Weilun Lo_      (4) _____

Date of Interview: _9/23/93_

Type: ☒ Telephonic   ☐ Personal (copy is given to   ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes   ☒ No.   If yes, brief description: _____

Agreement   ☐ was reached with respect to some or all of the claims in question.   ☐ was not reached.

Claims discussed: _All_

Identification of prior art discussed: _Art of record_

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _Agreement was reached to provide a supplemental declaration to claim continuing status (CIP), a terminal disclaimer to 5,218,935, and amend claims to a unified invention._

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (i.e., items 1–7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

_Weilun Lo_
Examiner's Signature

PTOL-413 (REV. 1-84)

**ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER**

BW 002147

# Exhibit 11

# United States Patent [19]

## Strauber et al.

[11] **Patent Number:** 5,012,774

[45] **Date of Patent:** May 7, 1991

[54] **DEVICE FOR THE RELATIVE ANGULAR ADJUSTMENT OF A CAMSHAFT**

[75] Inventors: Hans-Jürgen Strauber, Stuttgart; Robert Niklas; Rolf Ohlendorf, both of Weinstadt; Wolfgang Speier, Tübingen, all of Fed. Rep. of Germany

[73] Assignee: Daimler-Benz AG, Fed. Rep. of Germany

[21] Appl. No.: 486,933

[22] Filed: Mar. 1, 1990

[30] **Foreign Application Priority Data**

Mar. 4, 1989 [DE] Fed. Rep. of Germany ....... 3907077

[51] Int. Cl.⁵ ............................. F01L 1/34; F01L 1/46
[52] U.S. Cl. ................................. 123/90.17; 123/90.31
[58] Field of Search ............... 123/90.11, 90.12, 90.15, 123/90.17, 90.31

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,978,829 | 9/1976 | Takahashi et al. | 123/90.15 |
| 4,231,330 | 11/1980 | Garcea | 123/90.15 |
| 4,494,496 | 1/1985 | Nakamura et al. | 123/90.15 |
| 4,811,698 | 3/1989 | Akasaka et al. | 123/90.17 |
| 4,841,924 | 6/1989 | Hampton et al. | 123/90.15 |
| 4,889,086 | 12/1989 | Scapecchi et al. | 123/90.31 |
| 4,895,113 | 1/1990 | Speier et al. | 123/90.17 |
| 4,903,650 | 2/1990 | Ohlendorf et al. | 123/90.17 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3316162 | 11/1983 | Fed. Rep. of Germany . | |
| 3247916 | 6/1984 | Fed. Rep. of Germany . | |
| 0017214 | 1/1985 | Japan | 123/90.17 |
| 0134012 | 5/1989 | Japan | 123/90.17 |

*Primary Examiner*—David A. Okonsky
*Assistant Examiner*—Weilun Lo
*Attorney, Agent, or Firm*—Evenson, Wands, Edwards, Lenahan & McKeown

[57] **ABSTRACT**

The invention relates to a device for angularly adjusting an internal combustion engine camshaft in relation to a crankshaft and comprises an adjusting bushing connected to the camshaft, with an input sleeve surrounding said bushing, and with an actuator displaceably arranged there between. An input sleeve, the actuator, and the adjusting bushing are each provided with helical gear teeth to translate axial shifting of the actuator into relative rotation between the camshaft and crankshaft. In order to prevent rattling noises in the gear teeth that are caused by changing moments in the drive of the camshaft, the actuator is guided in stop-free fashion. A stop, which is effective between the input sleeve and camshaft, limits the angular adjustment so that the actuator is stressed between the input sleeve and camshaft to avoid backlash during rattling.

**6 Claims, 1 Drawing Sheet**





*Fig. 1*

*Fig.2*

5,012,774

1

# DEVICE FOR THE RELATIVE ANGULAR ADJUSTMENT OF A CAMSHAFT

## BACKGROUND AND SUMMARY OF THE INVENTION

The invention relates to a device for the relative angular adjustment of an internal combustion engine camshaft in relation to its crankshaft wherein an adjusting bushing is rotationally fixed on the input end of the camshaft and has external gear teeth. An input sleeve with internal gear teeth surrounds the adjusting bushing and is connected to an input gear. An actuator is displaceably arranged between input sleeve and adjusting bushing and has double gear teeth, one in engagement with the internal gear teeth of the input sleeve and, the other in engagement with the external gear teeth of the adjusting bushing and wherein at least one gear teeth pair is designed with helical teeth. A spring holds the actuator in an initial position and rotational movement of the camshaft is limited by a stop.

A device of this general construction is known from DE-OS 3,316,162. In this device, an actuation path of the actuator arranged between input sleeve and adjusting bushing is limited by stops. Here, the stops are effective between the actuator and adjoining components of the device. Due to this arrangement of the stops, stressing of the gear teeth between input sleeve and adjusting bush is not possible. This has the disadvantage that in the end positions of the actuator, rattling noises can occur in the gear teeth due to backlash arising from production tolerances.

An object on which the invention is based is to create a device for relative angular adjustment of a camshaft and crankshaft in which stressing is achieved in the gear teeth between an input sleeve and adjusting bushing in at least an end position of the actuator.

This object is achieved by virtue of having the stop mechanism act between the input sleeve and the adjusting bushing.

By shifting of the stop away from the actuator, the actuator can move in the gear teeth in a stop-free fashion in at least one adjustment direction. Limiting the adjusting movement in one end position is achieved by having the stop act between the input sleeve and camshaft. As a result, the actuator is pressed into the gear teeth of the input sleeve and camshaft, which are blocked with respect to one another by the stop when the actuator is moved into an end position under the pressure of a spring or some other control means, e.g. under the pressure of the lubricating oil from the lubricating oil circuit.

The backlash is bridged by virtue of the resulting stressing in the gear teeth and the occurrence of rattling noises is avoided in an advantageous manner.

It has been found that the rattling noises are strongest in the starting and idling phase of the internal combustion engine. In these operating phases, the adjusting device is in a so-called initial position, (i.e. the angular adjustment between input sleeve and camshaft is equal to zero and the camshaft is set to "retard") and the actuator is in an end position. To eliminate rattling noises in this initial position of the device, it is sufficient if the stop is effective between the input sleeve and camshaft. The actuator is stop-free in its corresponding other end position.

An embodiment of the stop which is space-saving as regards construction and favorable in terms of produc-

2

tion is obtained by having the stop formed by at least one driving tooth arranged on the input sleeve to engage in a corresponding recess on a part of the camshaft, or vice versa. A clearance is provided between flanks of the driving tooth and contact faces of the recess. The angular clearance distance substantially corresponds to the angular adjustment of the camshaft. The adjusting bushing has a disc-shaped flange which is bolted to a corresponding counter-flange on the input end of the camshaft. The input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange. The collar projects radially from the outer surface and the driving tooth engages (as an axial prolongation of the input sleeve) into an open edge of the recess provided on the collar.

Other objects, advantages and novel features of the present invention will become apparent from the following detailed description of the invention when considered in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the device for the angular adjustment of the camshaft in a longitudinal section,

FIG. 2 shows the arrangement and design of the stop between input sleeve and camshaft, in a section II—II from FIG. 1.

## DETAILED DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a device for the angular adjustment of a camshaft in relation to a crankshaft driving the latter. An input gear 1 is driven via a chain (not shown) from a crankshaft (not shown) and is seated on an input sleeve 3 provided with internal gear teeth 2. An annular actuator 6 is connected internally to the input sleeve 3 via corresponding external gear teeth 4 and is arranged so as to be axially displaceable and rotatable with respect to the input sleeve 3. On its inside, the actuator 6 has gear teeth 7 which are positively engaged with external gear teeth 8 on an adjusting bushing 9 so as to be axially displaceable and rotatable with respect to the busing. This adjusting bushing 9 has a flange 12 which is attached to a counter-flange of a camshaft 11 via a screwed connection 10. The input sleeve 3 is rotatably supported on a radial outward edge 43 of the flange 12, arranged at the camshaft end of the adjusting bushing 9, and on a cover 14 facing a crankcase part 13. Together, the cover 14, input sleeve 3, adjusting bushing 9 and camshaft 11 form an annular chamber, which is divided by longitudinally displaceable annular actuator 6 into two working chambers 15 and 16.

In order to achieve an angular displacement of the camshaft 11 with respect to the crankshaft, an axial displacement of the actuator 6 is necessary and is obtained by having at least one gear teeth pair 2,4 or 7,8 being designed with helical gear teeth. In the present example, both gear teeth pairs are provided with opposing helical gear teeth.

The division of the one necessary helical gear teeth set into the two helical gear teeth sets 2,4 and 7,8 shown, permits a reduction in the helix angle of each of the individual helical gear teeth sets necessary to obtain an identical longitudinal adjustment path. In this way it is possible to achieve a large range for the angular adjustment with a simultaneously short axial adjustment

5,012,774

| 3 | 4 |

path. This allows for a short space-saving embodiment of the adjustment device.

A control piston 17 is inserted into the hollow adjusting bushing 9 and is rotatable and displaceable in the direction of its longitudinal axis. The piston has a circumferential oil groove 18 and is spring biased into an initial position toward the camshaft 11 by a spring 20 supported on one end 19 of the adjusting bushing 9 to bear against the piston 17. An armature 21 of an electromagnet 22 (fixed to the engine) is connected via a screwed connection 23 to the side of the control piston which faces away from the camshaft 11. The electromagnet 22 is designed as an annular magnet into which the armature 21 is inserted with freedom to rotate. The electromagnet is connected electrically to a control device (not shown) via a terminal 24. Upon application of an electric voltage to the electromagnet 22 by the control device, the rotating armature 21 is caused to move toward the electromagnet 22 and to carry the control piston 17, connected firmly to it and counter to the force of the spring 20, out of its initial position into a working position, in which the control piston 17 rests against a face 25 of the adjusting bushing 9. Face 25 of the adjusting bushing 9 is situated opposite its camshaft 11 end. The position of this face 25 is chosen so that the axial adjustment path of the control piston 17 is limited, so that in its working position, the armature 21 will not come into contact with a housing part of the electromagnet 22. In this way no friction occurs between the rotating armature 21 and the stationary housing 13 of the crankcase. The control piston 17 remains in this working position for as long as voltage is applied to the electromagnetic 22 and only returns to its initial position towards the camshaft 11 through force of the spring 20 once this voltage has been switched off.

In the de-energized condition of the electromagnet 22, the control piston 17 is held by the force of the spring 20 in its initial position. Lubricating oil passes under pressure from the engine oil circuit into the circumferential oil groove 18 of the control piston 17 via a longitudinal oil bore 26 in the camshaft 11, a connecting bore 27 and an oil bore 28, having a circumferential annular groove 29 in the flanged shaft. The adjusting bushing 9 has a radial oil feed bore 30 which leads to the first working chamber 16 and when the piston 17 is in its right-most position, the bore 30 is connected to the oil groove 18. The oil discharge bore 31 of the working chamber 16 is simultaneously closed by virtue of the position of the control piston 17. This results in the actuator 6 being brought by the oil pressure into its initial position, located away from the camshaft 11. Oil in the second working chamber 15 is unpressurized in this position, since the second oil feed bore 32 is closed by the control piston 17. The oil in chamber 15 can pass out of the working chamber 15, via the gear teeth set 2,4, the oil bore 5 in the actuator 6, the second gear teeth set 7,8 and a second, radial oil discharge bore 33 in the adjusting bushing 9 and into a longitudinal bore 36 of the control 17 via radial bores 35 and then through a channel 37, arranged in the camshaft 11, from whence it flows back to the engine oil circuit.

The adjustment of the device into the working position is initiated by the control device that actuates the electromagnet 22 to attract the armature 21 and the control piston 17 (counter to the force of the spring 20) until said control piston comes to rest with its shoulder against a face 25 of the adjusting bushing 9. Pressurized oil from the engine oil circuit passes out of the longitu-

dinal oil bore 26 of the camshaft 11 and into the circumferential oil groove 18 of the control piston 17. Due to the changed position of the control piston 17, the oil feed bore 30 leading to the working chamber 16 is closed but oil discharge bore 31 is open. During the adjustment movement of the actuator 6, oil in working chamber 16 can be forced out via this bore 31 and a control piston chamber 36 on the camshaft side into the channel 37 and be passed back to the engine oil circuit. Also the drain of oil from the second working chamber 15 via the longitudinal bore 36, the radial bores 35 and the control piston 17 is rendered impossible by the position of the control piston 17. The pressurized oil passes out of the circumferential oil groove 18, via the open second oil feed bore 32 leading to the oil bore 5 of the actuator 6 and into working chamber 15. During this procedure, the actuator 6 is displaced axially towards the camshaft 11 and, as described above, forces oil out of working chamber 16. Due to the helical gear teeth sets 2,4 and 7,8 the bushing 19 and camshaft 11, connected thereto, undergo a relative rotation in relation to the driven input gear 1 during the longitudinal displacement of the actuator 6. However, this working position of the actuator 6 is only retained for as long as the electromagnet 22 is supplied with voltage via the control device. When the electromagnet 22 is switched off, the control piston 17 is pushed into its initial position according to FIG. 1 by the spring 20 and the rotation of the camshaft 11 is reversed so as to be moved into its initial position by the renewed longitudinal displacement of the actuator 6 and the consequent rotation of the bushing 9.

The cover 14 has a recess 38 on its side facing the actuator 6. This provides a gap 39 between the end of the gear teeth sets 2,4 or 7,8 and the cover 14, by virtue of which the actuator 6 can be moved in stop-free fashion when moved out of the working position (illustrated) into the initial position drawn in chain-dotted lines. In the initial position, the angular adjustment between input gear 1 and camshaft 11 is equal to zero. This position between input gear 1 and camshaft 11 is blocked by a stop 40, which is effective between the adjusting bushing 9 and the input sleeve 3. The stop 40 simultaneously prevents a further movement of the actuator 6 in the direction of the cover 14 and the rotation of the gear teeth. However by virtue of the gap 39, the actuator 6 can (in the initial position) be pressed into the gear teeth by the control medium in working chamber 16 until any backlash present is bridged and stressing between the tooth flanks is achieve. Thus occurrence of rattling noises is thereby excluded.

In the starting and idling phase, the device is in the initial position shown in FIG. 1. In the starting phase, the control pressure in working chamber 16 is still not sufficiently high to be able to force the actuator 6 into the gear teeth.

To compensate for this lack of control pressure, a compression spring 41 is arranged in working chamber 16 to bias the rotor 6 to the left. Spring 41 is supported on the adjusting bushing 9 and on the actuator 6 to press the actuator 6 into the gear teeth. Thus it is ensured that rattling of the device is avoided even in the starting phase. Since according to the embodiment in FIG. 1, the actuator 6 is displaced into the initial and working position by means of the control medium, the spring 41 is designed in such a way that its thrust is just sufficient to hold the actuator 6 in the initial position.

5,012,774

5

The input sleeve 3, rotatably supported on a cylindrical outer surface 42 of the flange 12 of the adjusting bushing 9, is guided in the axial direction between the cover 14 and a collar 43 projecting radially from the outer surface 42 of the flange 12.

According to FIG. 2, the stop 40 comprises a recess 44 in the collar 43 of the flange 12. The recess 44 is open at a radial edge and a driving tooth 45 on the input sleeve 3 engages thereinto. The driving tooth 45 is designed in simple manner as an axial extension of the input sleeve and has two end stop flanks 46 and 47. Stop flank 46 rests against a contact face 48 of the recess 44 in the initial position of the device. The width of the recess is of such a length that there is still a space corresponding to the angle of adjustment of the camshaft 11 between stop flank 47 and an opposite contact face 49 of the recess 44. As a result, the actuator 6 is fixed by the stop 40 even in the working position and can thus be held in stop-free fashion even in this position. By means of this stop 40, it is possible to prevent rattling noises which occur in the initial and working position.

To prevent the noises, it is sufficient, within the context of the invention, if the actuator 6 is only held in stop-free fashion in the initial position and if the stop 40 in the arrangement according to the invention is then designed in such a way that the input sleeve 3 and the camshaft are only blocked in the initial position.

Although the present invention has been described and illustrated in detail, it is to be clearly understood that the same is by way of illustration and example only, and is not to be taken by way of limitation. The spirit and scope of the present invention are to be limited only by the terms of the appended claims.

What is claimed:

1. A device for adjusting an angular position of an internal combustion engine camshaft in relation to the engine crankshaft comprising:
    an adjusting bushing which is rotationally fixed on an input end of the camshaft and has external gear teeth;
    an input sleeve connected to an input gear;
    said input sleeve surrounding the adjusting bushing and having internal gear teeth;
    an actuator displaceably arranged between the input sleeve and the adjusting bushing to be displaced from an initial position to a working position;
    said actuator having two sets of gear teeth, one set in engagement with the internal gear teeth of the input sleeve and the other set in engagement with the external gear teeth of the adjusting bushing;
    wherein at least one of said engaging gear teeth is designed as helical teeth;
    a spring means for holding the actuator in its initial position;
    wherein the rotational adjustment of the camshaft is limited by a stop means; and
    wherein the stop means acts between the input sleeve and the adjusting bushing.

2. Device according to claim 1 wherein the stop is formed by at least one driving tooth arranged on the input sleeve to engage in a corresponding recess on a part of the adjusting bushing;

6

    wherein the driving tooth has two flanks;
    wherein there is a clearance provided between the flanks and contact faces of the recess;
    and wherein said clearance is of an angular distance substantially corresponding to the angular adjustment of the camshaft.

3. Device according to claim 1 wherein the stop is formed by at least one driving tooth arranged on the adjusting bushing to engage in a corresponding recess on a part of the input sleeve;
    wherein the driving tooth has two flanks;
    wherein there is a clearance provided between the flanks and contact faces of the recess; and
    wherein said clearance is of an angular distance substantially corresponding to the angular adjustment of the camshaft.

4. Device according to claim 1, wherein the rotational fixing of the adjusting bushing to the camshaft is provided by a disc-shaped flange formed by the adjustable bushing which is bolted to a corresponding counter-flange on the input end of the camshaft;
    wherein the input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange;
    wherein said collar projects radially from the outer surface;
    wherein the stop means is a driving tooth formed by an axial prolongation of the input sleeve to engage into the recess provided on the collar; and
    wherein said recess is open at an edge to allow for engagement of the driving tooth.

5. Device according to claim 2, wherein the rotational fixing of the adjusting bushing to the camshaft is provided by a disc-shaped flange formed by the adjustable bushing which is bolted to a corresponding counter-flange on the input end of the camshaft;
    wherein the input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange;
    wherein said collar projects radially from the outer surface;
    wherein the driving tooth is formed by an axial prolongation of the input sleeve to engage into the recess provided on the collar; and
    wherein said recess is open at an edge to allow for engagement of the driving tooth.

6. Device according to claim 3, wherein the rotational fixing of the adjustment bushing to the camshaft is provided by a disc-shaped flange portion of the adjustable bushing which is bolted to a corresponding counter-flange on the input end of the camshaft;
    wherein the input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange;
    wherein said collar projects radially from the outer surface;
    wherein the driving tooth is formed by an axial prolongation of the adjusting bushing to engage into the recess provided on the input sleeve; and
    wherein said recess is open at an edge to allow for engagement of the driving tooth.

* * * * *