# Exhibit 12

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED
WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN
AN ENVELOPE ADDRESSED TO:   COMMISSIONER OF PATENTS AND
TRADEMARKS, WASHINGTON, D.C. 20231 ON:

June 30, 1994
(DATE OF DEPOSIT)

_Dianne M. Gempel_

June 30, 1994
(DATE OF SIGNATURE)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:               : Group Art Unit: 3402
                                    :
EDWARD C. SIEMON ET AL.             :
                                    :
Serial No. 08/056,635               : Examiner:  W. Lo
                                    :
Filed:  May 3, 1992                 :
                                    :
For: VCT CONTROL WITH A             : Atty. Dkt. No.:  91016A
     DIRECT ELECTRO-                :
     MECHANICAL ACTUATOR            :

---

### REPLY TO OFFICE ACTION AND AMENDMENT

### AND

### THREE MONTH EXTENSION OF TIME

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

This paper is in response to the Office Action (Paper
No. 12) mailed on January 4, 1994.  That Office Action was
not made final.

Applicant also respectfully petitions for a three-month
extension of time under 37 C.F.R. §1.136(a) for the above-
named application.  A timely response may now be filed up to
and including July 4, 1994.

A check in the amount of $840.00 is enclosed herewith
for the fee for said extension under 37 C.F.R. §1.17(c).
Deposit account 23-1925 may be charged for any additional
fee required or may be credited for any excess fee paid.

090 RA 07/15/94 08056635                    1 117     840.00 CK

BW 002155

IN THE DRAWINGS

Please accept the attached substitute drawings for Figures 14-18 to remedy incorrect reference characters.

IN THE CLAIMS

Claim 1, line 11:  change "." to --;--.

Claim 5, line 5:  change "the other of said second recess" to --the other of said first recess and said second recess--.

Claim 10, line 8:  change "8" to --9--.

Claim 11, line 26:  change "or" to --and--.

Claim 14, line 1:  change "12" to --21--.

Claim 15, line 1:  change "13" to --14--.

REMARKS

This amendment and accompanying remarks are submitted in response to the Office Action (Paper No. 12) regarding the above-named application.  In that Office Action, the Examiner:

1) Expressed concern regarding the common ownership of any inventions made at a later time;

2) Quoted relevant sections of 35 U.S.C. §103;

3) Rejected Claims 1-11 and 13-15 under 35 U.S.C. §103 as being unpatentable over Linder et al., Butterfield et al., and Strauber et al.; specifically because:

a) Linder et al. teaches a VCT system which utilizes "torque reversals and a solenoid 24 to control the flow of working fluid" and a "close-loop feed back system to control" the VCT system;

b) Butterfield et al. teaches a VCT system which utilizes "a lever arrangement to actuate the spool valve;"

2

BW 002156

c) Strauber et al. teaches a spool valve which "utilizes a solenoid to control the flow of the working fluid," and,

d) "in light of the fact that Linder et al. and Butterfield et al. are functionally equivalent and a close-loop system would control the system of Butterfield et al. more accurately."

4) Rejected Claims 1, 10, 11, 14, 15, and claims dependent thereon under 35 U.S.C. §112, second paragraph; and,

5) Acknowledged that the Terminal Disclaimer received by the USPTO on December 20, 1993 was acceptable.

Applicants respectfully respond as follows:

1) All inventions as claimed were commonly owned by Assignee at the time of invention. Assignee stands ready to provide an affidavit to that effect if Examiner believes such an affidavit is necessary.

2) No response required.

3) First, Applicant respectfully submits that use of a closed-loop feedback system to control a VCT system is not at issue. The present invention relates to the use of a variable force solenoid in a VCT system to position a spool valve and the use of a lever arrangement to amplify the force applied to the spool valve. Comments related to those subjects alone are as follows.

a) Applicant respectfully contends that Linder et al. does not teach subject matter specifically related to the present application. It is true, as Examiner states, that Linder et al. teaches a VCT system which uses torque reversals and a common ("on-off") solenoid 24 to directly control the flow of the working fluid. But the present application uses a proportional spool valve 200 to directly control the flow of the working fluid and a variable force solenoid 201 to control the positioning of the spool valve.

3

BW 002157

b) Again, the statement made by Examiner
(regarding the lever in Butterfield et al. '659) is true in
general. However, upon closer inspection, it can be seen in
Figure 20 that Butterfield et al. '659 merely teaches a
simple lever arm 440 for use in a situation where piston
434a is physically unable to align with free end 400c of
spool 400. According to the corresponding specification,
"this is an advantage when adapting the variable camshaft
timing system of the present invention [Butterfield et al.]
to some vehicle/engine configurations." Lever arm 440 is
used only for packaging convenience. Contrastingly, Figure
20 of the present application illustrates a complex lever
arrangement 201e which is used solely to provide
amplification of the force applied to spool 200.
Accordingly, Applicant respectfully disagrees with
Examiner's contention that Butterfield et al. '659 teaches
the same lever arrangement as that described in the instant
application.

c) The Strauber et al. disclosure teaches a common
("on-off" only) solenoid to control a spool of a two-
position only system. Unlike Strauber et al., the present
invention utilizes a variable force solenoid to control the
position of a spool of a continuously variable system.
Further, the Strauber et al. system controls the flow of oil
both internal and external to the VCT mechanism. The
present invention, however, controls the flow of oil
internal to the VCT mechanism only.

d) Examiner places some significance on his
assertion that Linder et al. and Butterfield et al. are
functionally equivalent. It is not clear to Applicant why,
if true, this assertion is relevant to Examiner's rejection
based on obviousness. Regardless, Applicant respectfully
submits that the two are far from functionally equivalent.

The Linder et al. VCT uses camshaft torque energy
to alternately pressurize two opposing chambers in the VCT
mechanism. Solenoid valve 24 is turned on or off to
selectively allow fluid to flow from chamber to chamber. It
is strictly an "on-off" system that allows either oil to
flow in either direction or blocks the flow in either
direction. The key element required to make the Linder et

4

BW 002158

al. system work is to first synchronize the opening of the
solenoid valve with camshaft torque pulses so that the oil
flows in the desired direction and then synchronize the
closing of the valve to prevent flow when it is not desired.
For example, for oil to flow from chamber 7 to chamber 8,
the solenoid valve must be opened precisely when a camshaft
pulse pressurizes chamber 7 and closed before the reversing
camshaft torque pulse pressurizes chamber 8 (otherwise the
oil would flow back out of chamber 8 into chamber 7, thus
causing oscillation).  Thus, this system requires that
solenoid 24 turn on and off with each camshaft torque pulse
if the mechanism is to actuate and vary the phase of the
camshaft.

Even though Butterfield et al. also uses camshaft
torque energy to alternately pressurize two opposing
chambers, Butterfield et al. utilizes a completely different
control method.  The control valve, in this case a spool
valve, has a mid position that blocks the flow in either
direction, much like Linder et al.  Additionally, the spool
valve also has an infinite number of positions on either
side of that mid position that not only controls the flow of
oil form chamber to chamber but, depending on the position
of the spool valve, also controls the rate of flow of the
oil and hence the rate of phase change.  Butterfield et al.
also includes check valves between the working chambers.
When the system is instructed to advance, for example, all
the negative torque pulses cause the transfer of oil to flow
from the retard chamber to the advance chamber.  When the
camshaft torque reverses and pressurizes the advance
chamber, the oil is blocked from exhausting by the check
valve.  Therefore, the spool valve can remain in any
selected position and the VCT will move in the selected
direction without having to cycle the valve or reposition it
with every torque pulse.

Assuming for the sake of argument that Linder et al.,
Butterfield et al., and Strauber et al. do indeed teach the
concepts suggested by Examiner, and that the other
statements made by Examiner are true, Applicant still
respectfully submits that the obviousness rejection is not
valid.  The Federal Circuit has ruled that:

5

BW 002159

> It is impermissible to use the claimed invention
> as an instruction manual or "template" to piece
> together the teachings of the prior art so that
> the claimed invention is obvious.  This court has
> previously stated that "[o]ne cannot use hindsight
> reconstruction to pick and choose among isolated
> disclosures in the prior art to deprecate the
> claimed invention."

In Re Fritch, 23 USPQ 2d 1780, 1784 (Fed. Cir. 1992)
(citations omitted).

Therefore, Applicant respectfully submits, to combine
the three references without some suggestion of doing so in
the references themselves is improper.  Nothing in Linder et
al., a device having a completely different control system,
suggests using a variable force solenoid to position the
spool and/or a lever arrangement to amplify the force
applied to the spool.  Nothing in Butterfield et al.
suggests using a lever arrangement in combination with a
variable-force solenoid to amplify the force applied to the
spool valve.  And nothing in Strauber et al., a two-position
only device which uses a "common" (i.e., two-position only)
solenoid, suggests using a variable force solenoid to
actuate the spool valve of a continuously variable VCT
system like the present invention.

In light of the above, Applicant respectfully submits
that the obviousness rejection is improper and Applicant,
therefore, respectfully traverses such rejection.

4) All of the changes suggested by Examiner for Claims
1, 10, 11, 14, and 15 are incorporated to address the
grounds for rejection under 35 U.S.C. § 112, second
paragraph.

5) No response required.

In addition to the above changes, Applicant submits the
following to further place the present application in better
condition for allowance.

The language in Claim 5, line 5 is amended as specified
above to correctly reflect the present invention.

6

BW 002160

Substitute informal drawings are respectfully submitted for Figures 14-18. The drawings originally submitted contained incorrect reference characters. Amended reference characters in Figures 14-18 contained in the substitute drawings now correctly correspond to the reference characters contained in the specification. All reference characters which incorrectly used the prefix "2" have been amended so that the prefix is now --1--. For example, previous reference character "260" is changed to --160--. No new matter is added. Formal drawings will be submitted at a later date if requested by Examiner or the Drafting Branch.

CONCLUSION

In summary, it is respectfully submitted that Applicants have properly responded to all matters which are at issue in this application and that this application is now in condition for allowance. Reconsideration of this application and allowance of all pending claims is earnestly solicited. Should Examiner require additional information or wish to discuss matters further, the undersigned attorney for Applicants is willing to do so.

Respectfully submitted,

David A. Spenard
Registration No. 37,449

Willian Brinks Hofer Gilson & Lione
1130 Edison Plaza
Toledo, Ohio 43604-1537
(419) 244-6578

7

BW 002161

# Exhibit 13

I ..... BY CERTIFY THAT THIS CORRESPONDENCE IS BEIN. ..POSITED WITH THE
UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL IN AN ENVELOPE
ADDRESSED TO:  COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON,
D.C. 20231 ON:

November 1, 1994
(DATE OF DEPOSIT)

Nanda J. Lawrence

November 1, 1994
(DATE OF SIGNATURE)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                :    Group Art Unit:  3402
                                     :
EDWARD C. SIEMON ET AL.              :
                                     :
Serial No. 08/056,635                :    Examiner:  W. Lo
                                     :
Filed:  May 3, 1992                  :
                                     :
For: VCT CONTROL WITH A              :    Atty. Dkt. No.:  91016A
     DIRECT ELECTRO-                 :
     MECHANICAL ACTUATOR             :


## REPLY TO OFFICE ACTION

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

    This paper is in response to the Office Action (Paper
No. 14) mailed on August 1, 1994.  That Office Action was
not made final.

### REMARKS

    The accompanying remarks are submitted in reply to the
Office Action (Paper No. 14) regarding the above-named
application.  In that Office Action, the Examiner:

    1) Rejected Claims 1-11 and 13-15 under 35 U.S.C. §103
as being unpatentable over Butterfield et al., Linder et
al., Hendrixon, et al., Strauber et al., and a general
engineering principle; specifically because:

        a) Butterfield et al. teaches "an internal
combustion engine with a camshaft phase varying system as
claimed including a vane, a housing, a spool valve, and

BW 002167

various return lines" as well as "a lever arrangement to actuate the spool valve;"

b) Linder et al. teaches a VCT system which utilizes "torque reversals and a solenoid 24 to control the flow of working fluid between two chambers 7 and 8;"

c) Hendrixon et al. "provide[s] for a variable force solenoid valve to obtain linear control and variable fluid rate of flow;"

d) Strauber et al. teaches "a solenoid operated spool valve to control the flow of the working fluid;" and,

e) "[T]o additionally amplify the stroke or provide a net gain in force by varying the lever ratio . . . is a basic engineering principle . . . ."

Applicants respectfully respond as follows:

1) Applicants respectfully submit that first, three of the four cited references do not precisely teach the functions as recited by Examiner; specifically:

a) Applicants concede that the statement made by Examiner (regarding the lever in Butterfield et al. '659) is true in general. However, Applicants respectfully reassert their argument that, upon closer inspection, it can be seen in Figure 20 that Butterfield et al. '659 merely teaches a simple lever arm 440 for use in a situation where piston 434a is <u>physically unable</u> to align with free end 400c of spool 400. According to the corresponding specification, "this is an advantage when adapting the variable camshaft timing system of the present invention [Butterfield et al.] to some vehicle/engine configurations." Lever arm 440 is used only for packaging convenience. Contrastingly, Figure 20 of the present application illustrates a complex lever arrangement 201e which is used solely to provide amplification of the force applied to spool 200. Accordingly, Applicants respectfully disagree with Examiner's contention that Butterfield et al. '659 teaches the <u>same</u> lever arrangement as that described in the instant application.

2

BW 002168

b) Applicants respectfully reassert their position that Linder et al. does not teach subject matter specifically related to the present application. In the present Office Action, Examiner states that Linder et al. is "relied upon solely to teach a solenoid control valve 24 to control the flow of the working fluid between chambers 7 and 8.". Again, the present application uses a _proportional spool valve_ 200 to directly control the flow of the working fluid and a _variable force_ solenoid 201 to control the positioning of the spool valve, not the common two-position ("on-off") solenoid valve taught in Linder et al.

c) Applicants concede that Hendrixon et al. (Figures 4-7) discloses a variable force solenoid used as a flow control device.

d) Applicants again reassert their position that Strauber et al. does not teach what Examiner suggests. The Strauber et al. disclosure teaches a common ("on-off" only) solenoid to control a spool of a two-position only system. Unlike Strauber et al., the present invention utilizes a variable force solenoid to control the position of a spool of a continuously variable system. Further, the Strauber et al. system controls the flow of oil both internal and external to the VCT mechanism. The present invention, however, controls the flow of oil internal to the VCT mechanism only.

2) Assuming for the sake of argument that all cited references (Butterfield et al., Linder et al., Hendrixon et al., and Strauber et al.) combined with the general engineering priciple cited (i.e., that a lever may be used to increase force) do indeed teach the concepts suggested by Examiner, Applicants respectfully reassert their argument that the obviousness rejection is still not valid. The Federal Circuit has ruled that:

> It is impermissible to use the claimed invention as an instruction manual or "template" to piece together the teachings of the prior art so that the claimed invention is obvious. This court has previously stated that "[o]ne cannot use hindsight reconstruction to pick and choose among isolated disclosures in the prior art to deprecate the claimed invention."

3

<u>In Re Fritch</u>, 23 USPQ 2d 1780, 1784 (Fed. Cir. 1992) (citations omitted).

Therefore, Applicants respectfully submit, to combine four references and a general engineering principle without <u>some suggestion</u> of doing so is improper. Butterfield et al. discloses a VCT system, but nothing suggests using a lever arrangement in combination with a variable-force solenoid <u>to amplify the force applied to the spool valve</u>. Nothing in Linder et al., which discloses a device having a completely different control system, suggests using a variable force solenoid to position the spool and/or a lever arrangement to amplify the force applied to the spool. Hendrixon does teach a variable force solenoid to control fluid flow, but in no way suggests use with a variable camshaft timing system. And nothing in Strauber et al., a two-position only device which uses a "common" (i.e., two-position only) solenoid, suggests using a <u>variable force</u> solenoid to actuate the spool valve of a <u>continuously variable</u> VCT system like the present invention.

In light of the above, Applicants respectfully reassert their position that the obviousness rejection is an improper "hindsight" rejection and that Applicants, therefore, respectfully traverse such rejection with the above arguments.

<u>CONCLUSION</u>

In summary, it is respectfully submitted that Applicants have properly responded to all matters which are at issue in this application and that this application is now in condition for allowance. Reconsideration of this application and allowance of all pending claims is earnestly solicited. Should Examiner require additional information or wish to discuss matters further, the undersigned attorney for Applicants is willing to do so.

Respectfully submitted,

David A. Spenard
Registration No. 37,449

4

BW 002170

Willian Brinks Hofer Gilson & Lione
1130 Edison Plaza
Toledo, Ohio 43604-1537
(419) 244-6578

5

BW 002171

# Exhibit 14





IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:          :   Group Art Unit: 3402

EDWARD C. SIEMON, ET AL.       :

Serial No. 08/056,635          :   Examiner:  W. Lo

Filed: ·May 3, 1993            :

For: VCT CONTROL WITH A        :   Attorney Dkt. No. 91016A
     DIRECT ELECTRO-
     MECHANICAL ACTUATOR       :

_____

Commissioner of Patents and Trademarks
Washington, D.C. 20231

ATTENTION:  Board of Patent Appeals and Interferences

<u>**APPEAL BRIEF**</u>

Dear Sir:

    This brief, which is transmitted in triplicate, is in
furtherance of the Notice of Appeal filed March 15, 1995,
for the above-mentioned application.  Accompanying this
brief is a Transmittal of Appeal Brief which indicates that
the fees required under 37 C.F.R. §1.17(f) and for any
extension of time petitioned for in the Transmittal should
be charged to Deposit Account No. 02-3182.

    This·brief contains the following items under the
headings and in the order set forth below pursuant to 37
C.F.R. §1.192(c):

       1.    Status of Claims
       2.    Status of Amendments
       3.    Summary of Invention
       4.    Issues
       5.    Grouping of Claims

TM27162  06/12/95  08056635        02-3182  270  119      280.00CH

BW 002184

6.   Arguments & Conclusion

7.   Appendix A & B

The final page of this brief contains the attorney's signature.

## STATUS OF CLAIMS

The total number of claims at issue in the application is 14.  Claims 1-11 and 13-15 are pending in this application and are on appeal.  Originally filed Claims 12 and 16-22 were cancelled.

## STATUS OF AMENDMENTS

After numerous telephones conversations with the Examiner, a preliminary amendment was filed on November 23, 1993.  The purpose of the preliminary amendment was to avoid a double patenting obviousness rejection which the Examiner stated he would mail if the application remained unchanged.

Over the course of the telephone conversations, the Examiner stated that: (1) Claims 1-10 were allowable, provided that the application be converted into a continuation-in-part and a terminal disclaimer and supplemental declaration were filed; (2) Claims 11-15 needed more detail; (3) Claims 16-22 should be cancelled, since their scope exceeded that of internal combustion engine art.

Accordingly, Applicant: (1) amended the application to convert it to a continuation-in-part (of co-pending application Serial No. 940,273, filed on September 3, 1992, now U.S. Patent No. 5,218,935, granted on June 15, 1993), filed a terminal disclaimer, and filed a supplemental declaration; (2) cancelled Claim 12 and included its limitations into amended Claim 11 to provide a narrower method claim; and, (3) cancelled Claims 16-22.

Ultimately, the Examiner and counsel for Applicant could not agree on the telephone to claims language which would put the application in a condition for allowance.

2

BW 002185

A second amendment was filed June 30, 1994 in response
to an Office Action (Paper No. 12) mailed January 4, 1994.
In that amendment, Applicant: (1) clarified certain
ownership issues raised by the Examiner; (2) amended Claims
1, 5, 10, 11, 14, and 15 to correct typographical and
administrative errors; and, (3) made arguments in favor of
allowability in response to the Examiner's rejection under
35 U.S.C. §103 as obvious over Linder, et al., Butterfield,
et al., and Strauber, et al.

On November 1, 1994, a third amendment was filed in
response to an Office Action (Paper No. 14) mailed August 1,
1994. In that amendment, Applicant: (1) made arguments in
favor of allowability in response to the Examiner's
rejection under 35 U.S.C. §103 as obvious over Linder, et
al., Butterfield, et al., Strauber, et al., and an
additional reference, Hendrixon, et al.

On March 15, 1995, a Notice of Appeal was filed in
response to a Final Office Action (Paper No. 16) mailed
December 5, 1994.

### SUMMARY OF THE INVENTION

The present invention is one of a family of devices
relating to a variable camshaft timing (VCT) system. The
VCT system relies on hydraulic forces to vary the phase
angle of the camshaft(s) of an automotive engine relative to
the crankshaft.

The present invention provides an improved method and
apparatus for controlling the position of a vented spool in
a hydraulic control valve in a VCT system, for example, a
hydraulic control valve similar to the one used in an
oppositely-acting hydraulic cylinder VCT timing system of
the type disclosed in U.S. Patent 5,002,023, or a hydraulic
control valve similar to the one used in a vane-type VCT
timing system of the type disclosed in U.S. Patent
5,107,804.

The control system of the present invention, i.e., use
of an electromechanical actuator, eliminates the hydraulic

3

BW 002186

force on one end of the spool resulting from directly applied hydraulic fluid from the engine oil gallery at full hydraulic pressure, $P_s$, utilized by previous embodiments of the VCT system.  The force on the other end of the vented spool results from the electromechanical actuator, preferably of the variable force solenoid type, which acts directly upon the vented spool in response to an electronic signal issued from an engine control unit ("ECU") which monitors various engine parameters.  The ECU receives signals from sensors corresponding to camshaft and crankshaft positions and utilizes this information to calculate a relative phase angle.  The preferred embodiment employs a closed-loop feedback system, such as the one disclosed in U.S. Patent 5,184,578, which corrects for any phase angle error.  The present invention offers an efficient and economical solution to the problems recited above, as well as additional advantages over a conventional differential pressure control system ("DPCS").

For the present invention, the VCT system used may be one previously mentioned, or any one which uses a proportional spool valve to regulate flow of engine oil to control the phase angle adjustment.  The control of the position of spool 200 within member 198 is in direct response to electromechanical actuator 201, preferably a variable force solenoid, as shown in Figure 19.  An electrical current is introduced via cable 238 through solenoid housing 201d into solenoid coil 201a which repels, or "pushes", armature 201b.  Armature 201b bears against extension 200c of vented spool 200, thus moving vented spool 200 to the right, as oriented in Fig. 19.  If the force of spring 202 is in balance with the force exerted by armature 201b in the opposite direction, spool 200 will remain in its null or centered position.  Thus, vented spool 200 can be moved in either direction by increasing or decreasing the current to solenoid coil 201a, as the case may be.  Of course, the configuration of solenoid 201 may be reversed, converting the force on spool extension 200c from a "push" to a "pull."  This would require the function of spring 202 to be redesigned to counteract the force in the new direction of armature 201b movement.  However, there are

4

instances when it is desirable for spool 200 to be forced to the far left, or biased, position. The location of spring 202 in cavity 198c, as shown in Figure 19, or in cavity 198a, as shown in Figure 20, ensures the return of spool 200 to its biased position when there is no current applied to solenoid coil 201a, such as periods of power failure or engine shutdown.

The movement of armature 201b is controlled by an electrical current applied to solenoid coil 201a in response to a control signal from electronic engine control unit (ECU) 208, shown schematically in Fig. 19, which may be of conventional construction. In previous versions of the VCT system, the force exerted against spool extension 200c must balance with the force of spring 202 plus any system oil pressure in cavity 198a acting on the end of land 200a if a null position of spool 200 was desired. Problems arose when attempting to achieve this balance because the system included a component which could vary significantly, namely oil pressure. The optimum solution is a control system completely independent of variable parameters, i.e., one independent of engine oil pressure.

In the present invention, oil pressure in cavity 198a is relieved, leaving only the force of armature 201b to be balanced against the force of spring 202 to achieve a null position of spool 200. Relieving the pressure in cavity 198a may be accomplished, for example, by providing an engine oil flow path to the vane system which bypasses spool 200, that is, does not utilize a passage internal to spool 200 to supply oil to inlet line 182, as in previous systems. The bypass of spool 200 may be achieved by connecting bypass line 220a directly to inlet line 182 and substituting inlet oil check valve 222a for the check valve previously contained in the passage internal to the spool. In conjunction with providing an alternate flow path, venting spool valve 198 to atmosphere via vent 198d would complete the objective of relieving the pressure in cavity 198a which acted on the end of land 200a in previous VCT systems.

5

BW 002188

In an alternate embodiment, lever arrangement 201e or equivalent is functionally positioned between electromechanical actuator 201 and spool 200, as shown in Figure 20. Lever arrangement 201e effectively acts as a stroke amplifier/force attenuator, allowing either a reduction in the required solenoid current or reduction in the air gap distance without sacrificing valve travel.

## ISSUES

Whether Claims 1-11 and 13-15 are unpatentable under 35 U.S.C. §103 as obvious over Linder, et al., Butterfield, et al., Strauber, et al., and Hendrixon, et al.

No claims currently stand allowed. Claims on appeal are attached for the Board's convenience (Appendix A). Copies of the Linder, et al., Butterfield, et al., Strauber, et al., and Hendrixon, et al. references are also attached (Appendix B).

## GROUPING OF CLAIMS

Appellants consider the claims to each be independently patentable in its own right. However, the following claims are all rejected for the same reasons and may be grouped together:

Claims 1-10, 11, and 13-15.

## ARGUMENTS

CLAIMS 1-10, 11, AND 13-15 ARE NOT OBVIOUS

Appellant respectfully appeals from Examiner's conclusion that the present application is unpatentable under 35 U.S.C. §103 as being obvious over Butterfield et al., Linder et al., Hendrixon, et al., Strauber et al., and a basic engineering principle.

### The Cited References Do Not Precisely Teach the Functions as Stated by the Examiner

The Examiner, in his latest Office Action, first explains what each reference teaches and then applies it to the present application. Appellant respectfully submits that three of the four cited references do not precisely

6

BW 002189

teach the functions stated by the Examiner <u>as applied to the</u>
<u>present appication</u>.

The Examiner states that the first reference,
Butterfield et al., teaches "an internal combustion engine
with a camshaft phase varying system as claimed including a
vane, a housing, a spool valve, and various return lines" as
well as "a lever arrangement to actuate the spool valve."

Appellants concede that the first portion of the
statement made by Examiner regarding the subject matter of
the invention is true.  Furthermore, the second portion of
the statement (regarding the lever in Butterfield et al.
'659) is true, but only <u>in general</u>.  Appellants respectfully
assert the argument that, upon closer inspection, it can be
seen in Figure 20 that Butterfield et al. '659 merely
teaches a simple lever arm 440 for use in a situation where
piston 434a is <u>physically unable</u> to align with free end 400c
of spool 400.  According to the corresponding specification,
"this is an advantage when adapting the variable camshaft
timing system of the present invention [Butterfield et al.
'659] to some vehicle/engine configurations."  In other
words, lever arm 440 is used only for packaging convenience.
Contrastingly, Figure 20 of the present application
illustrates a complex lever arrangement 201e which is used
solely to provide amplification of the force applied to
spool 200.  Accordingly, Appellant respectfully disagrees
with Examiner's contention that Butterfield et al. '659
teaches the same lever arrangement as that described in the
application now on appeal.

Furthermore, lever arrangment 201e is included only as
dependent Claims 9 and 15.  In the event that Claims 9 and
15 are not allowed on their own merit, Appellant
respectfully requests that they be allowed in light of the
allowability of independent Claims 1 and 11.

The Examiner next relies upon the Linder et al.
reference, stating that it teaches a VCT system which
utilizes "torque reversals and a solenoid 24 to control the
flow of working fluid between two chambers 7 and 8."

7

BW 002190

Appellant respectfully asserts the position that, like Butterfield et al., Linder et al. does not teach subject matter specifically related to the present application. In the present Office Action, Examiner states that Linder et al. is "relied upon solely to teach a solenoid control valve 24 to control the flow of the working fluid between chambers 7 and 8.". The present application uses a proportional spool valve 200 to directly control the flow of the working fluid and a variable force solenoid 201 to control the positioning of the spool valve. The Examiner states that "[a]ll solenoid valves are of the variable force type by nature, which depend on the voltage or current change delivered to the solenoids." Again, Appellant disagrees. "Solenoid valves are suitable for on-off service and utilize a solenoid to move the valve disc to either the fully open or fully closed position."[1] Accordingly, Linder et al. does not teach a variable force solenoid valve to position a proportional spool valve as in the application on appeal.

The Examiner also contends that Strauber et al. teaches "a solenoid operated spool valve to control the flow of the working fluid." Appellant again asserts the position that the relied upon reference does not teach what Examiner proposes. The Strauber et al. disclosure, like Linder et al., teaches a common ("on-off" only) solenoid to control a spool of a two-position only system. Unlike Strauber et al., the present invention utilizes a variable force solenoid to control the position of a spool of a continuously variable system. Further, the Strauber et al. system controls the flow of oil both internal and external to the VCT mechanism. The present invention, however, controls the flow of oil internal to the VCT mechanism only.

In short, Appellant submits that three of the four references cited by Examiner do not teach what the Examiner states, as applied to the present application, and therefore should not be allowed to substantiate the Examiner's obviousness rejection.

---

[1] Sanford I. Heisler, The Wiley Engineer's Desk Reference 378 (John Wiley & Sons 1984).

8

### Hindsight Rejections Are Not Allowed

Assuming for the sake of argument that all cited references (Butterfield et al., Linder et al., Hendrixon et al., and Strauber et al.) combined with the general engineering principle cited (i.e., that a lever may be used to increase force) do indeed teach the concepts suggested by the Examiner, Appellant respectfully asserts the argument that the obviousness rejection is still not valid. The Federal Circuit has ruled that:

> It is impermissible to use the claimed invention as an instruction manual or "template" to piece together the teachings of the prior art so that the claimed invention is obvious. This court has previously stated that "[o]ne cannot use hindsight reconstruction to pick and choose among isolated disclosures in the prior art to deprecate the claimed invention."

In Re Fritch, 23 U.S.P.Q.2d 1780, 1784 (Fed. Cir. 1992) (citations omitted); see also, Orthopedic Equipment Co., Inc. et al. v. U.S., 217 U.S.P.Q. 193, 199 (Fed. Cir. 1983). In the present application on appeal, the Examiner has inappropriately taken specific elements from four references (and a basic engineering principle) and used them to reconstruct the present invention and find that it is obvious.

### The Hendrixon et al. Reference

The Examiner concedes that references cannot be arbitrarily combined and that there must be some motivation for one skilled in the art to combine teachings from several patents. In Re Nomiya, et al., 184 U.S.P.Q. 607, 613 (C.C>P.A. 1975) citing, Graham v. John Deere, Co., 383 U.S. 1, 36, 148 U.S.P.Q. 459, 474 (1966). But Nomiya also stands for the proposition that if an invention solves a problem which was not contemplated in a prior art reference, it may be patentable. Nomiya, 184 U.S.P.Q. at 612-13. The reasoning behind this principle is that if the problem was known, a person skilled in the art would be motivated to solve it. Lacking knowledge of the problem, one skilled in the art would not be so motivated.

Appellant submits that problems caused by the VCT system dependency on engine oil pressure were not known at

9

the time of the Hendrixon et al. patent.  The Hendrixon et al. invention was directed at a variable force solenoid having reduced frictional force between the moving elements resulting in the virtual elimination of hysteresis in a ball-armature position versus current.  U.S. Patent No. 5,000,420, col. 2, lines 41-46.  Furthermore, close inspection of the Hendrixon et al. patent reveals that there is engine oil pressure acting on the land of the spool not directly affected by the solenoid.  As shown in Figure 1 of Hendrixon et al., "[m]anifold passage 86, which is interconnected to manifold passage 84, provides control pressure feedback to the face of the spool land 62."  Id. at col. 4, lines 65-68.  Clearly, there is engine oil present in cavity 84 at control pressure which acts on spool land 62 and counteracts the force of the solenoid on spool land 60.  Given the presence of engine oil in cavity 84 acting on land 62, the Hendrixon et al. inventon could not have expected the problems caused by a VCT system dependent upon engine oil pressure.[2]

By utilizing a direct electromechanical actuator on one land of the spool in combination with relieving the oil pressure on the other land, the present invention provides a solution to problems not expected by Hendrixon et al.-- problems which are well documented and resolved in the application for the present invention.  For example, the lack of normal operating oil pressure during initial engine start-up does not result in start-up error because the signal from the ECU is fed immediately to the solenoid which directly positions the spool.  Other solutions to problems include: a response time faster than a purely hydraulic actuation (allowing the use of increased closed-loop gain and making the system less sensitive to component tolerances and operating environment); the elimination of chatter (resulting in a virtually noise-free system); and, use for

---

[2] See also, Ex Parte Hiyamizu, 10 U.S.P.Q. 2d 1393, 1394-95, (Bd. of Patent Appeals 1988) ("[W]here the claimed invention solves a problem, the discovery of the source of the problem and its solution are considered to be part of the 'invention as a whole' under §103.") (citations omitted).

10

BW 002193

applications where an oil-free actuator is desirable (such as with an engine which utilizes a timing belt).

In short, Appellants respectfully submit, to combine four references and a general engineering principle without some suggestion of doing so is improper. Butterfield et al. discloses a VCT system, but nothing suggests using a lever arrangement in combination with a variable-force solenoid to amplify the force applied to the spool valve. Nothing in Linder et al., which discloses a device having a completely different control system, suggests using a variable force solenoid to position the spool and/or a lever arrangement to amplify the force applied to the spool. Hendrixon does teach a variable force solenoid to control fluid flow, but in no way expected the problems of an engine oil pressure dependent system. And nothing in Strauber et al., a two-position only device which uses a "common" (i.e., two-position only) solenoid, suggests using a variable force solenoid to actuate the spool valve of a continuously variable VCT system like the present invention.

In light of the above, Appellant respectfully submits that the obviousness rejection is an improper "hindsight" rejection and that Appellant, therefore, respectfully traverses such rejection with the above arguments.

## CONCLUSION

Appellant respectfully submits that it has been shown that: (1) three of the four references cited do not teach the functions stated by the Examiner as applied to the present application; (2) the present invention identifies the source of problems not contemplated by a prior art reference and then solves them; and (3) Appellant believes that the rejection stated by the Examiner is an inappropriate "hindsight" rejection. Accordingly, the Board of Patent Appeals and Interferences is respectfully requested to reverse Examiner's rejections of Claims 1-11

11

BW 002194

and 13-15 and allow the claims at an early date.

Respectfully submitted,

David A. Spenard
Registration No. 37,449
Attorney for Appellant

Willian Brinks Hofer Gilson & Lione
1130 Edison Plaza
Toledo, Ohio 43604-1537
(419) 244-6578
(419) 244-8862 (fax)

12

BW 002195

A

BW 002196

APPENDIX A

CLAIMS ON APPEAL

1.    An internal combustion engine, comprising:

a crankshaft, said crankshaft being rotatable about an axis;

a camshaft (126), said camshaft being rotatable about a second axis, said camshaft being subject to torque reversals during rotation thereof;

a vane (160), said vane having first and second circumferentially spaced apart lobes (160a, 160b), said vane being attached to said camshaft, said vane being rotatable with said camshaft and being non-oscillatable with respect to said camshaft;

a housing (132), said housing being rotatable with said camshaft and being oscillatable with respect to said camshaft, said housing having first and second circumferentially spaced apart recesses (132a, 132b), each of said first and second recesses receiving one of said first and second lobes and permitting oscillating movement of said one of said first and second lobes therein;

means for transmitting rotary movement from said crankshaft to said housing; and,

means for controlling the oscillation of said housing, said control means being reactive to torque reversals in said camshaft for varying the position of said housing relative to said camshaft, said control means comprising:

a spool valve body (198);

a spool (200), said spool being reciprocable within said body and having first and second spaced apart lands (200a, 200b), said spool further having a vent to atmosphere (198d);

BW 002197

a first return line means (194) extending from one of said first recess and said second recess to said spool valve body, one of said first and second lands blocking flow through said first return line means in a first range of positions of said spool within said valve body and permitting flow through said first return line means in a second range of positions of said spool within said valve body;

a second return line means (196) extending from the other of said first recess and said second recess to said valve body, the other of said first and second lands blocking flow through said second return line means in said second range of positions of said spool within said valve body, permitting flow through said second return line means in a first portion of said first range of positions of said spool within said valve body, and blocking flow through said second return line means in a second portion of said first range of positions of said spool within said valve body;

an inlet line means (182) extending from said valve body to each of said first recess and said second recess, said inlet line means permitting hydraulic fluid to flow from said valve body to said each of said first recess and said second recess regardless of the position of said spool, said inlet line means having check valve means (184, 186) for preventing the flow of hydraulic fluid from each of said first recess and said second recess to said valve body;

means for sensing (207a, 207b) the positions of said crankshaft and said camshaft;

an engine control unit (208), said engine control unit for receiving information from said sensing means and for calculating a relative phase angle between said crankshaft and said camshaft using said information;

an electromechanical actuator (201), said electromechanical actuator for controlling the position of said spool in response to a signal issued from said engine control unit; and,

2

BW 002198

means for biasing (202) said spool valve, said biasing means for urging said spool valve to a full advance position during periods when said electromechanical actuator is deenergized.

2.   An engine according to Claim 1 wherein each of said first and second lobes respectively divides each of said first and second recesses into a first portion and a second portion, each of said one of said first portion and said second portion of said each of said first and second recesses being capable of sustaining hydraulic pressure.

3.   An engine according to Claim 2 wherein said control means is capable of being reversed to transfer hydraulic fluid out of said one of said first portion and said second portion of said each of said first and second recesses and to transfer hydraulic fluid into said other of said first portion and said second portion of said each of said first and second recesses.

4.   An engine according to Claim 3 wherein said hydraulic fluid comprises engine lubricating oil, said engine further comprising at least one conduit means (230a) for transferring engine lubricating oil from a pressurized lubricating oil source (230) to said control means and back again in response to said torque reversals of said camshaft.

5.   An engine according to Claim 4 further comprising means for hydraulically connecting (182a) one of said first portion and said second portion of one of said first recess and said second recess with one of said first portion and said second portion of the other of said first recess and said second recess to permit hydraulic fluid to flow between said one of said first portion and said second portion of said one of said first recess and said second recess and said one of said first portion and said second portion of said other of said first recess and said second recess.

6.   An engine according to Claim 5 further compris-

3

BW 002199

ing at least one other conduit means (220a), said other conduit means providing communication for the flow of hydraulic fluid through said valve body to said inlet line means, said other conduit means having second check valve means (222a) for preventing the flow of hydraulic fluid from said inlet line means through said valve body.

7.   An engine according to Claim 6 wherein said electromechanical actuator comprises a variable force solenoid.

8.   An engine according to Claim 7 wherein said variable force solenoid comprises:

a coil (201a), said solenoid coil for receiving an electrical current from said engine control unit;

an armature (201b), said armature being substantially surrounded by said coil, said armature being connected to said spool, said coil, when energized, for creating a magnetic field sufficient to cause said armature to exert a force upon said spool and induce movement in said spool, said movement corresponding to said signal from said engine control unit;

an air gap, said air gap for separating said coil from said armature; and,

a housing, said housing for providing an enclosure for said coil, said armature, and said air gap.

9.   An engine according to Claim 7 wherein said electromechanical actuator further comprises a stroke amplifier, said stroke amplifier providing a net gain in force as applied to said vented spool.

10.  An engine according to Claim 9 wherein said stroke amplifier comprises a lever arrangement (201e).

11.  In an internal combustion engine having a variable camshaft timing system for varying the phase angle of a camshaft relative to a crankshaft, a method of regulating the flow of hydraulic fluid from a source to a

4

BW 002200

means for transmitting rotary movement from said crankshaft to a housing, comprising the steps of:

sensing the positions of said crankshaft and said camshaft;

calculating a relative phase angle between said crankshaft and said camshaft, said calculating step using an engine control unit for processing information obtained from said sensing step, said engine control unit further for issuing a electrical signal corresponding to said phase angle;

controlling the position of a vented spool slidably situated within a spool valve body, said control being in response to said signal received from said engine control unit, said controlling step utilizing an electromechanical actuator to vary the position of said vented spool, said electromechanical actuator comprising a variable force solenoid;

supplying hydraulic fluid from said source through said spool valve to a means for transmitting rotary movement to said camshaft, said spool valve selectively allowing and blocking flow of hydraulic throughan inlet line and through return lines; and,

transmitting rotary movement to said camshaft in such a manner as to vary the phase angle of said camshaft with respect to said crankshaft, said rotary movement being transmitted through a housing, said housing being mounted on said camshaft, said housing further being rotatable with said camshaft and being oscillatable with repsect to sand camshaft.

13. The method of Claim 11 wherein said variable force solenoid comprises:

a coil, said coil being adapted to receive said electrical signal from said engine control unit;

an armature, said armature being substantially

5

surrounded by said coil, said armature being connected to said spool, said coil, when energized, creating a magnetic field sufficient to cause said armature to exert a force upon said spool and induce movement in said spool, said movement corresponding to said signal from said engine control unit;

an air gap, said air gap separating said coil from said armature; and,

a housing, said housing providing an enclosure for said coil, said armature, and said air gap.

14.   The method of Claim 11 wherein said electro-mechanical actuator further comprises a stroke amplifier, said stroke amplifier for providing a net gain in force as applied to said spool.

15.   The method of Claim 14 wherein said stroke amplifier comprises a lever arrangement.

6

BW 002202

**B**

BW 002203

## APPENDIX B

### AUTHORITIES CITED

1. U.S. Patent No. 5,172,659 (Butterfield et al. '659).

2. U.S. Patent No. 5,012,774 (Strauber et al.).

3. U.S. Patent No. 5,056,077 (Linder et al.).

4. U.S. Patent No. 5,000,420 (Hendrixon et al.).

5. U.S. Patent No. 5,002,023 (Butterfield et al. '023).

6. U.S. Patent No. 5,107,804 (Becker et al.).

7. U.S. Patent No. 5,184,578 (Quinn, Jr. et al.).

8. In Re Fritch, 23 U.S.P.Q.2d 1780 (Fed. Cir. 1992).

9. In Re Nomiya, et al., 184 U.S.P.Q. 607 (C.C.P.A. 1975).

10. Ex Parte Hiyamizu, 10 U.S.P.Q.2d 1393 (Bd. of Patent Appeals 1988).

11. Orthopedic Equipment Co., Inc. et al. v. U.S., 217 U.S.P.Q. 193 (Fed. Cir. 1983).

12. Sanford I. Heisler, The Wiley Engineer's Desk Reference 378 (John Wiley & Sons 1984).

BW 002204

# Exhibit 15

**REDACTED**

# Exhibit 16

# REDACTED

# Exhibit 17

ACN)



**Solid Mechanics and Machine Systems Group**

**A European Seminar -**

# CAMSHAFT DRIVES

Date: 24 September 1991

Venue: IMechE HQ, London     (S993)

In collaboration with the Automobile Division.

HIT 0441379

# "A UNIQUE APPROACH TO DESIGN OF A VCT MECHANISM"

## R Butterfield - Borg-Warner Automotive

### BASIC PRINCIPLE OF OPERATION

Modern engines have been engineered to minimise friction. Because of this, as a camshaft turns to open and close poppet valves, the torque of the camshaft varies between positive and negative, with the magnitude of the positive and negative torques being nearly equal. The torque is positive as a valve is opened, but as the valve closes it tends to accelerate the rotation of the camshaft, causing a negative torque.

The Morse VCT mechanism utilises the resulting positive and negative torque pulses as the source of energy to cause phase shifting of the camshaft.

Attached to the camshaft is a rotor which has vanes extending into chambers in the sprocket. These chambers are filled with engine oil and the oil volume in each chamber is controlled by a hydraulic control system. The hydraulic control system selectively allows oil to flow from one chamber to the other, or blocks the flow between chambers.

If it is desired to shift the camshaft in the retard direction, then the hydraulic control system allows the oil to flow out of the advance chamber and into the retard chamber. If it is desired to shift the camshaft in the advance direction, then the hydraulic control system allows the oil to flow out of the retard chamber and into the advance chamber. In either case, the oil is allowed to flow only in one direction. If it is desired to hold the camshaft in an intermediate position, then the hydraulic control system blocks the flow of oil out of both chambers, effectively locking the camshaft to the sprocket.

A spool valve is located in the centre of the mechanism and is moved axially to control the opening of ports that block the oil from exiting the vane chambers. A check valve is located in the spool valve and allows oil to enter the mechanism to make up for leakage. A centre passage allows oil to enter either chamber through one of a pair of check valves. In this configuration, oil is always allowed into the vane chambers, but is selectively blocked from flowing out of the vane chambers.

If the spool valve is moved to the left as shown in the figure, then the oil can flow out of the retard chamber when the a negative camshaft torque pressurises that chamber. The oil that flows out of the retard chamber flows through a check valve and into the advance chamber. If the valve is held in this position, the oil will continue to flow on every negative pulse until the camshaft is shifted to full advance position. If the valve is returned to the centre (or null) position before the mechanism is fully shifted to advance, then the mechanism will hold in that intermediate position.

If the spool valve is moved to the right as shown in the figure, then the oil can flow out of the advance chamber when the a positive camshaft torque pressurises that chamber. The oil that flows out of the advance chamber flows through a check valve and into the retard chamber. If the valve is held in this position, the oil will continue to flow on every positive pulse until the camshaft is shifted to full retard position. If the valve is returned to the centre (or null) position before the camshaft is fully shifted to retard, then the mechanism will hold in that intermediate position.

HIT 0441380

- 2 -

The spool valve position is controlled by a combination of springs and hydraulic pressures. There are two springs, one on each end of the valve, which are arranged to centre the valve in the absence of hydraulic pressure.  One end of the valve is exposed to engine oil pressure which is fed into the camshaft through a specially modified bearing.  The other end of the spool valve is in contact with a hydraulic piston.  The pressure on this hydraulic piston is controlled by a pulse width modulated (PWM) solenoid.  If the pressure on the piston is low, the oil pressure acting against the end of the spool valve pushed the valve to the left as shown in the figure.  If the oil pressure on the piston is high, then the valve is pushed to the right.  If the force of the piston balance the force of the oil pressure on the spool valve, then the springs return the valve to its centre, or null, position.

## DESCRIPTION OF THE MECHANISM

There are various possible arrangements for this VCT mechanism, which can be tailored to suit packaging requirements for any particular engine.  A cross sectional view of one arrangement is shown in figure x. In this design, the sprocket is an integral part of the outer vane housing.  The rotor is co-planar with the vane housing/sprocket, and an end plate seals the cavities on each side.  The axial clearances and tolerances required are very similar to those of engine oil pumps.  The spool valve is located within a tubular sleeve which contains the oil ports leading to the vane cavities.  The spool valve contains an inlet check valve, and is located axially by the two coil springs.  The rotating VCT mechanism is attached to the camshaft with three bolts.  A stationary control body houses the piston which pushes against the end of the spool valve.

The end view shows the rotor within the sprocket, and the check valves are visible in the rotor (see fig x).

This particular mechanism is designed to be mounted on, and phase an intake camshaft, but other arrangements are possible, such as mounting the VCT on an exhaust camshaft and phasing the intake camshaft though a cam to cam chain drive.

## CONTROL SYSTEM

The method of moving the spool valve with hydraulic pressure and springs is just one way to control the VCT device.  Other methods could include a linear proportional solenoid, stepper motor, vacuum, or alternative hydraulic arrangements.  If continuous control of the VCT mechanism is not required for a particular engine, then a simple on/off mechanical solenoid could be used.

Regardless of the method chosen to move the spool valve, the VCT phase angle is controlled by the engine electronic control unit (ECU). Controlling the VCT mechanism with the ECU allows coordination between camshaft phase, fuel, and spark to optimise engine performance for any operating condition.

HIT 0441381          3/...

- 3 -

Because this VCT mechanism allows continuous control of camshaft phase angle between limits, a feedback loop is required so that the ECU is constantly informed of the actual camshaft position. The ECU then compares the actual phase angle with the desire phase angle and takes corrective action if required. The camshaft position signal typically would be generated from a toothed wheel mounted on the camshaft and an inductive of Hall effect sensor which senses the passing of each tooth on the wheel. This method is now in common use for sensing crankshaft position.

If continuous control of the VCT mechanism is not required for a particular engine, then the feedback loop is not required.

CAMSHAFT TORQUE INFLUENCE ON VCT PERFORMANCE

Because the VCT mechanism depends on torque reversals in the camshaft as the source of energy for actuation, friction in the valvetrain is extremely important to VCT performance. In an ideal situation with no friction, the positive and negative torque pulses in the camshaft would be essentially equal in either direction, that is shifting the device in the advance direction could be done at the same rate as a shift in the retard direction. In reality, there will always be some friction in the valvetrain. This friction tends to shift the torque curve up, resulting in more positive torque than negative torque. This torque shift has the effect of slowing down the VCT shift toward the advance direction and speeding up the shift toward the retard direction.

If necessary, a spring compensation mechanism can be applied to achieve increased VCT actuation rate toward the advanced direction.

Different engine types have varying suitability for the Morse VCT mechanism. Particular design features of any engine also affect suitability, but the following table rates the suitability of various engine types for the Morse VCT mechanism.

| ENGINE TYPE | SUITABILITY | COMMENTS |
|---|---|---|
| I-3 DOHC | EXCELLENT | |
| I-4 DOHC | FAIR | TORQUE CHARACTERISTICS AT HIGH SPEED ARE QUESTIONABLE. SUITABILITY WILL BE DEPENDENT ON VALVETRAIN GEOMETRY. |
| I-5 DOHC | POOR | TORQUE CHARACTERISTICS ARE TOO SMOOTH FOR GOOD OPERATION OF THE VCT MECHANISM |
| I-6 DOHC | POOR | TORQUE CHARACTERISTICS ARE TOO SMOOTH FOR GOOD OPERATION OF THE VCT MECHANISM |
| V-6 DOHC 60° | EXCELLENT | ALTERNATE FIRING BANK TO BANK RESULTS IN VERY DISTINCT TORQUE PULSES. |
| V-8 DOHC 90° | EXCELLENT | |
| V-12 DOHC | POOR | SAME AS I-6 |

HIT 0441382

4/...

- 4 -

## PERFORMANCE

Testing has shown that the Morse VCT mechanism can meet or exceed the following specification on a suitable engine:

- CAPABLE OF 60° (CRANKSHAFT) PHASE ANGLE

- ACTUATION RATE IN EXCESS OF 100°/SEC (CRANKSHAFT)

- CONTINUOUSLY VARIABLE OVER ENTIRE RANGE

- CONTROLLABLE BY ENGINE ELECTRONIC CONTROLLER

- USES ENERGY OF CAMSHAFT TORQUE PULSES FOR ACTUATION

- LOW POWER AND OIL CONSUMPTION

Compared to competitive VCT devices, the Morse VCT offers dramatic improvements in actuation rate, range of travel, and ability to control phase angle continuously.

## SUMMARY

The Morse VCT system offers significant advantages over other VCT systems including a wider range of travel, faster actuation rate, continuously variable capability, and low oil consumption. The system is currently being tested and is expected to be ready for prototyping for specific applications by the first quarter of 1992.

HIT 0441383

# Exhibit 18

BorgWarner News - News Releases



## BorgWarner Morse TEC

Company | Products | News | Information | Careers | Contact

News

Latest Releases

Archives

## BORGWARNER LAUNCHES BREAKTHROUGH VCT TECHNOLOGY FOR NEW FAMILY OF GM V6 ENGINES

*Chicago, Illinois, February 2, 2005* – BorgWarner Morse TEC has begun production of its first high-volume variable cam timing (VCT) systems for a new family of General Motors V6 engines being introduced this year. This system uses a Torsional Assist™ technology instead of the conventional oil-pressure actuated approach. This new technology represents a leap to the next generation of cam phasing. The launch is BorgWarner's first production of its VCT technology and constitutes a major step in the expansion of BorgWarner's growing engine management business.

"This production launch is a milestone that has been years in the making, and reflects a breakthrough that will revolutionize the use of variable cam timing," said Roger Wood, President and General Manager, BorgWarner Morse TEC. "VCT is a natural extension of our global position in the fixed timing drive market. We are delighted to provide GM, and the drivers of vehicles equipped with these new engines, with improved fuel economy, reduced emissions and enhanced performance." This new family of sophisticated V-6 engines, which includes 3.5L and 3.9L variants, are the first mass-produced overhead valve engines to feature cam phasing in an overhead-valve engine design. Later this year, the new 3.5L and 3.9L V-6 engines will debut in the 2006 model year Chevrolet Impala, Chevrolet Monte Carlo, and Pontiac G6.

Variable cam timing is a means of precisely controlling the flow of air into and out of an engine by allowing the camshaft to be dynamically phased relative to its crankshaft. BorgWarner VCT technology includes devices that utilize camshaft torque as their actuation energy, in contrast to conventional phaser devices that depend on engine oil pressure for actuation.

"The Torsional Assist (TA)™ innovation that we are providing to GM is unique to BorgWarner as well as the industry. It requires fewer engine architecture changes and yields fuel and emissions benefits greater than conventional oil-pressure actuated devices," Wood said. "The launch is another example of how BorgWarner is exceptionally positioned to engineer, manage and supply completely integrated variable cam timing systems."

Camshaft phasing technology is rapidly becoming a standard in the global engine market. The worldwide market that will utilize this technology is expected to grow 500 percent from 2000 figures of

BorgWarner News - News Releases

5.2 million engines, to over 26 million engines by 2009.

BorgWarner Inc. (NYSE: BWA) is a product leader in highly engineered components and systems for vehicle powertrain applications worldwide. The company operates manufacturing and technical facilities in 43 locations in 14 countries. Customers include Ford, DaimlerChrysler, General Motors, Toyota, Honda, Hyundai/Kia, Caterpillar, Navistar International, Renault/Nissan, Peugeot and VW/Audi. The Internet address for BorgWarner is: www.bwauto.com.

Home | Contact | Sitemap



# Exhibit 19

## BorgWarner Transmission Systems

COMPANY    PRODUCTS    AFTERMARKET    PRESS                    CONTACT US    HOME

*.Solenoids*



**FRICTION PRODUCTS**
Transmission Bands
Friction Material
Friction Plates
Friction Clutches

**ONE-WAY CLUTCHES**
Pawl Clutches
Roller Clutches
Sprag Clutches

**TRANSMISSION CONTROLS**
On/Off - PWM
Variable Solenoids
Control Modules

### ☐VARIABLE FORCE / PROPORTIONAL SOLENOID



Variable force solenoids control pressure proportionally or inversely proportionally to a current driven input signal from the vehicle's power train computer. Typically, low-flow VFSs are used as signal level devices for transmission line pressure control or application of clutches. High-flow VFSs control line pressure directly or are used for direct shift clutch control.

### ☐PULSE WIDTH MODULATED SOLENOID

High- and low-flow pulse width modulated solenoids provide pressure output proportional or inversely proportional to input voltage pulse width. Generally, the low-flow solenoid provides signal-level control; for example, for torque converter lock-up, while the high-flow solenoid is used in line-pressure or direct clutch-control applications.



### ☐ON / OFF SOLENOID



This solenoid is used in automatic gearboxes and has a low-pressure spool valve (3 bars) located in a hydraulic distributor. A primary feature of this component includes enabling gear changes − according to driving parameters and or the user's driving style − by sending an electrical signal to the on / off solenoid from the electric control unit (ECU).

### ☐DUAL GAIN SOLENOID

BorgWarner - Transmission Systems

This unique dual gain variable force solenoid provides two hydraulic gain levels of control pressure vs. input current. The low-level gain can be used for fine resolution of control pressure in a given range, and the high-level gain provides pressure control levels to meet system capacity requirements. The most obvious application of these solenoids is for the direct transmission clutch control in a clutch-to-clutch shift system where fine resolution of the the clutch application point is needed, in addition to high overall clutch capacity.



### ◻LOW LEAK VARIABLE BLEED SOLENOID



The low leakage VBS is another variation of a signal level variable force solenoid. Unlike typical VBSs that have low leakage at high control pressure and high leakage at low control pressure, the low leak VBS exhibits low leakage at both extremes of control pressure. This feature reduces the parasitic pump losses associated with the conventional VBS.

©2004 BorgWarner Transmission Systems | Intellectual Property | Disclaimer | BorgWarner Home

# Exhibit 20

# Webster's Encyclopedic Unabridged Dictionary of the English Language

The dictionary entries are based on the First Edition of *The Random House Dictionary of the English Language*

## GRAMERCY BOOKS
### NEW YORK/AVENEL, NEW JERSEY

ACKNOWLEDGMENTS AND PERMISSIONS:

The "A Dictionary of the English Language" section of this book *(Webster's Encyclopedic Unabridged Dictionary)* is based on the first edition of *The Random House Dictionary of the English Language, the Unabridged Edition*, copyright © 1983.

*Atlas of the World*, copyright © 1989 by John Bartholomew & Son Limited. Reprinted by arrangement with John Bartholomew & Son Limited.

*A Manual of Style*, copyright © 1986 by Crown Publishers, Inc. Excerpted and reprinted by arrangement with Crown Publishers, Inc.

Krevisky, Joseph and Jordan L. Linfield—*The Bad Speller's Dictionary*, copyright © 1967, 1963 by Innovation Press. Reprinted by arrangement with Random House, Inc.

Stein, Jess, Ed.—*Rhyming Dictionary*, copyright © 1960 by Random House, Inc. Reprinted by arrangement with Random House, Inc.

*Webster's Crossword Puzzle Dictionary*, 1986 edition, copyright © 1963 by Fawcett Publications, Inc. and copyright © 1964 by Ottenheimer Publishers, Inc. Reprinted by arrangement with Ottenheimer Publishers, Inc.

Copyright © 1989 by dilithium Press, Ltd.
All rights reserved.

This 1989 edition is published by Gramercy Books, a division of dilithium Press, Ltd., distributed by Outlet Book Company, Inc., a Random House Company, 40 Engelhard Avenue, Avenel, New Jersey 07001.

Printed and Bound in the United States of America

Library of Congress Cataloging-in-Publication Data

Webster's encyclopedic unabridged dictionary of the English language.
    1. English language—Dictionaries.
PE1625.W46    1989
423—dc19                        89-3785
                        CIP
ISBN 0-517-68781-X

15 14 13 12 11 10 9 8

Case 1:05-cv-00048-SLR   Document 266-5   Filed 09/28/2007   Page BX

posited: connate. —**con·na·ter·nal·ly**, *adv.*

**con·nate·ly** (kon′āt lē), *adv.* belonging to a person or thing by nature or from birth or origin; inborn. **2.** of the same or a similar nature. [< ML *connātūrālis*], equiv. to L CON- CON- + *nātūrālis* NATURAL] —**con·nat·u·ral·ly**, *adv.* —**con·nat·u·ral·ness**, *n.*

**Con·naught** (kon′ôt), *n.* a province in the NW Republic of Ireland. 419,465 (1961); 6611 sq. mi. Irish, **Connacht.**

**con·nect** (ka nekt′), *v.t.* **1.** to bind or fasten together; join or unite; link: *to connect the two cities by a bridge.* **2.** to establish communication between; put in communication (often foll. by *with*): *The telephone operator connected us. Will you please connect me with Mr. Jones?* **3.** to have as an accompanying or associated feature: *the pleasures that are connected with music.* **4.** to cause to be associated, as in a personal or business relationship: *to connect oneself with a group of like-minded persons; Our bank is connected with major foreign banks the world over.* **5.** to associate mentally or emotionally: *She connects all telegrams with bad news.* —*v.i.* **6.** to become connected; join or unite: *These two parts connect at the sides.* **7.** (of trains, buses, etc.) to run so as to make connections (often fol. by *with*): *This bus connects with a northbound bus at York Avenue.* [< L *connect(ere)*, equiv. to *con*- CON- + *nectere* to tie; see NEXUS] —**con·nect′i·ble, con·nect′a·ble,** *adj.* —Syn. **1.** See join. —**Ant. 1.** divide. **4.** dissociate.

**con·nect·ed** (ka nek′tid), *adj.* **1.** united, joined, or linked. **2.** having a connection. **3.** *Math.* pertaining to a set for which no curve exists, consisting of two open sets whose intersections with the given set are disjoint and non-empty. [CONNECT + -ED²] —**con·nect′ed·ly,** *adv.* —**con·nect′ed·ness,** *n.*

**con·nect·i·cut** (ka nek′tə kət), *n.* **1.** a State in the NE United States. 2,535,234 (1960); 5009 sq. mi. *Cap.:* Hartford. *Abbr.:* Conn. **2.** a river flowing 8 from N New Hampshire along the boundary between New Hampshire and Vermont and then through Massachusetts and Connecticut into Long Island Sound. 407 mi. long.

**Connect′i·cut chest′,** *U.S. Furniture.* a chest made in Connecticut in the late 17th and early 18th centuries, having three front panels of which the center panel has a conventional sunflower design in low relief and the end panels have tulip designs. Also called **sunflower chest.**

**Connect′i·cut Com·pro·mise,** *Amer. Hist.* a compromise adopted at the Constitutional Convention providing the States with equal representation in the Senate and proportional representation in the House of Representatives. Cf. New Jersey plan, Virginia plan.

**Connect′i·cut war′bler,** a North American wood warbler, *Oporornis agilis,* olive-green above with a gray head and throat and yellow below.

*Connect′i·cut Yan·kee in King′ Ar′thur's Court′,* a novel (1889) by Mark Twain.

**connecting rod′,** *Mach.* a rod or link for transmitting motion and force between a rotating and a reciprocating part. See diag. under piston.

**con·nec·tion** (ka nek′shən), *n.* **1.** the act or state of connecting. **2.** the state of being connected: *the connection between cause and effect.* **3.** anything that connects; connecting part; link; bond: *a pipe connection.* **4.** association; relationship: *the connection between crime and poverty; no connection with any other firm of the same name.* **5.** a circle of friends or associates or a member of such a circle. **6.** association with or development of something observed, imagined, discussed, etc.: *to make a connection between the smell of smoke and the presence of fire; I have a few thoughts in connection with your last remarks.* **7.** contextual relation; context, as of a word. **8.** the meeting of trains, planes, etc., for transfer of passengers: *There are good connections between buses in Chicago.* **9.** Often, connections. a transfer between means of transportation made by a passenger: *to miss connections.* **10.** a specific vehicle, airplane, ship, etc., boarded in making connections: *My connection for Hartford is the 10:38 out of New Haven.* **11.** a relative, esp. by marriage or distant blood relationship. **12.** *Slang.* one who supplies narcotics directly to addicts. **13.** a group of persons connected as by political or religious ties. **14.** Usually, connections. associates, relations, acquaintances, or friends, esp. representing or having some influence or power: *She has European connections. He has connections in the Senate.* **15.** a religious denomination: *the Methodist connection.* **16.** a channel of communication: *a bad telephone connection.* **17.** sexual intercourse. Also, *Brit.,* **connexion.** [< L *connexiōn- (s.* of *connexiō*), equiv. to *connex(us)* (ptp. of *connectere* to CONNECT) + *-iōn- -ION*] —**con·nec′tion·al,** *adj.*

**con·nec·tion·ism** (ka nek′shə niz′əm), *n.* *Psychol.* the theory that all mental processes can be described as the operation of inherited or acquired bonds between stimulus and response. [CONNECTION + -ISM]

**con·nec·tive** (ka nek′tiv), *adj.* **1.** serving or tending to connect: *connective statements between chapters.* —*n.* **2.** something that connects: *The tissue serves as a connective between the bones.* **3.** *Gram.* a word used to connect words, phrases, clauses, and sentences, as a conjunction. **4.** *Bot.* the tissue joining the two cells of the anther. [CONNECT + -IVE] —**con·nec′tive·ly,** *adv.* —**con·nec·tiv′i·ty,** *n.*

**connec′tive tis′sue,** *Anat.* a tissue, usually of mesoblastic origin, that connects, supports, or surrounds other tissues, organs, etc., and occurs in various forms throughout the body.

**con·nec·tor** (ka nek′tər), *n.* **1.** one who or that which connects. **2.** a person who couples railroad cars. **3.** a person who connects metal structural members. **4.** any

---

of various connectors. Also, **con·nect′er.** [CONNECT + -OR²]

**Con·nells·ville** (kon′əlz vil′), *n.* a town in SW Pennsylvania. 12,814 (1960).

**Con·nel·ly** (kon′əl lē), *n.* **Marc(us Cook), born 1890.** U.S. journalist and dramatist.

**Con·ners·ville** (kon′ərz vil′), *n.* a city in E Indiana. 17,698 (1960).

**con·nex·ion** (ka nek′shən), *n.* *Brit.* connection. —**con·nex′ion·al,** *adj.*

**Con·nie** (kon′ē), *n.* **1.** a boy's given name, form of Conrad or Cornelius. **2.** Also, **Connee.** a girl's given name, form of Constance.

**conning tow′er** (kon′ing). **1.** the low observation tower of a submarine, constituting the main entrance to the interior. **2.** the low, dome-shaped, armored pilothouse of a warship, used esp. during battle. [CON³ + -ING²]

**con·nip·tion** (ka nip′shən), *n.* Often, **conniptions.** *U.S. Informal.* a fit of hysterical excitement or anger. Also called **connip′tion fit′.** [?]

**con·niv·ance** (ka nī′vəns), *n.* **1.** the act of conniving. **2.** Law. a. tacit encouragement or assent (without participation) to wrongdoing by another. b. the consent by a person to a spouse's conduct, esp. adultery, that its later made the basis of a divorce proceeding or other complaint. Also, **con·niv′ence.** [earlier *connivence* < L *conniventia.* See CONNIVE, -ANCE, -ENCE] —**con·niv′ant·ly,** *adv.* —**con·niv′ant**(*s.* con·niv′ent·ly), *adv.*

**con·nive** (ka nīv′), *v.i.,* -**nived,** -**niv·ing. 1.** to avoid noticing something that one is expected to oppose or condemn; fail at to wrongdoing by refraining to act or speak (usually fol. by *at*): *The policeman connived at traffic violations.* **2.** to be indulgent toward something others oppose or criticize (usually fol. by *at*): *to connive at childlike exaggerations.* **3.** to cooperate secretly; conspire (often fol. by *with*): *They connived with any chiefs to take over the government.* [< L *conniv(ēre)* (to) blink, wink at, equiv. to *con*- CON- + *-nīvēre,* perh. akin to *nicere* to beckon] —**con·niv′er,** *n.* —**con·niv′ing·ly,** *adv.*

**con·niv·ent** (ka nī′vənt), *adj. Bot., Zool.* converging, as petals. [< L *connivent-* (s. of *connivēns,* prp. of *connivēre*). See CONNIVE, -ENT]

**con·nois·seur** (kon′ə sûr′, -sôr′), *n.* **1.** a person who is especially competent to pass critical judgments in an art, esp. one of the fine arts, or in matters of taste: *a connoisseur of modern art; a connoisseur of French cuisine.* **2.** a discerning judge of the best in any field: *a connoisseur of social behavior.* [< F *connoisseur* < L *cognōsci-* (sr- (b. of *cognōscitor*) knower. See COGNOSCIBLE, -OR²] —**con′nois·seur′ship,** *n.* —Syn. critic, aesthete.

**Con·nor** (kon′ər), *n.* **Ralph** (*Charles William Gordon*), 1860–1937, Canadian novelist and clergyman.

**con·no·ta·tion** (kon′ə tā′shən), *n.* **1.** an act or instance of connoting. **2.** the associated or secondary meaning of a word or expression in addition to its explicit or primary meaning: *A possible connotation of "home" is "a place of warmth, comfort, and affection."* Cf. denotation (def. 1). **3.** *Logic.* the set of attributes constituting the meaning of a term and thus determining the range of objects to which that term may be applied; comprehension; intension. [< ML *connotātiōn-* (s. of *connotātiō*), equiv. to *connotāt(us)* (ptp. of *connotāre*; see CONNOTE, -ATE¹) + -ION] —**con′no·ta′tion·al,** *adj.*

**con·no·ta·tive** (kon′ə tā′tiv, ka nō′tə tiv), *adj.* **1.** of or pertaining to connotation. **2.** tending to connote. Also, *esp. Logic,* **con·no·ta·tive** (ka nō′tə tiv). —**con′no·ta′tive·ly,** *adv.*

**con·note** (ka nōt′), *v.t.,* -**not·ed,** -**not·ing. 1.** to signify or suggest (certain meanings, ideas, etc.) in addition to the explicit or primary meaning: *The word "fireplace" often connotes hospitality, warm comfort, etc.* **2.** to involve as a condition or accompaniment: *Injury connotes pain.* —*v.i.* **3.** to have significance only by association, as with another word: *Adjectives can only connote, nouns can denote.* [< ML *connot(āre),* equiv. to L *con*- CON- + *notāre* to NOTE]

**con·nu·bi·al** (ka nōō′bē əl, -nyōō′-), *adj.* of marriage or wedlock; matrimonial; conjugal: *connubial love.* [< L *connūbiāl(is),* equiv. to *connūb(ium)* (*con*- CON- + nūb(*ere*) to marry + -*ium* n. suffix) + -dīis -AL¹] —**con·nu′bi·al·ly,** *adv.* —**con·nu′bi·al·i·ty,** *n.* —Syn. nuptial, marital.

**co·noid** (kō′noid), *adj.* **1.** Also, **co·noi′dal.** resembling a cone in shape; cone-shaped. —*n.* **2.** a geometrical solid formed by the revolution of a conic section about one of its axes. [< Gk *kōnoeid(ēs).* See CONE, -OID] —**co·noi′dal·ly,** *adv.*

**Co·non** (kō′non), *n.* **died A.D.** 687, pope 686–687.

**Con·on** (kon′on), *n.* a crater in the first quadrant of the face of the moon: about 18 miles in diameter.

**co·no·scen·ti** (kō′nə shen′tē, kon′ə-; *It.* kô′nô shen′tē), *n.pl., sing. -*te (-tē; *It.* -te). cognoscenti.

**co·no·scope** (kō′nə skōp′, kon′ə-), *n.* *Optics.* a polarizing microscope for giving interference figures and for determining the principal axis of a crystal. [< Gk *kōno(s)* CONE + -SCOPE] —**co·no·scop·ic** (kō′nə skop′ik, kon′ə-), *adj.*

**con·quer** (kong′kər), *v.t.* **1.** to acquire by force of arms; win in war: *to conquer a foreign land.* **2.** to overcome by force; subdue: *to conquer an enemy.* **3.** to gain or obtain by effort: *She conquered the man she loved.* **4.** to gain the victory over; surmount: *to conquer disease and poverty.* —*v.i.* **5.** to make conquests; gain the victory: *Despite their differences, their love will conquer.* [ME *conquer(en)* < OF *conquer(re)* < VL *conquerere* to acquire (often of L *conquirere* to seek out). See CON-, QUERY] —**con′quer·a·ble,** *adj.* —**con′quer·a·ble·ness,** *n.* —**con′quer·ing·ly,** *adv.* —Syn. **2.** vanquish, overpower, overthrow, subjugate. See defeat.

**con·quer·or** (kong′kər ər), *n.* a person who conquers; victor. [ME *conquerour* < AF; OF *conquerre,* equiv. to *conquer*- CONQUER + *-our* -OUR]

**con·quest** (kon′kwest, kong′-), *n.* **1.** the act or state of conquering or the state of being conquered; vanquishment. **2.** the winning of favor, affection, love, etc.: *the conquest of Antony by Cleopatra.* **3.** a person whose favor, affection, etc., has been won: *He's another one of her conquests.* **4.** anything acquired by conquering, as a nation, a territory, spoils, etc. **5.** the **Conquest.**

---

of various liquors: *one other* [CONNECT + -OR²]. Also, **con·rail**(kon′rā), *n.* a girl's given name. Also, **Connie.**

**Con·rad** (kon′rad), *n.* **1.** Mare(us Cook), born 1890. U.S. journalist and dramatist.

**Con·rad** (kon′rad; *for 2 Ger.* kōn′rät), *n.* **1.** Joseph (*Tēodor Józef Konrad Korzeniowski*), 1857–1924, English novelist and short-story writer, born in Poland. **2.** a town in N Montana. 2665 (1960). **3.** a boy's given name.

**Con·ral** (kon′rəl), *n.* a boy's given name.

**Con·roe** (kon′rō), *n.* a town in E Texas. 9192 (1960).

**Con·roy** (kon′roi), *n.* a boy's given name.

**Cons.,** **1.** Constable. **2.** Constitution. **3.** Consul.

**cons.,** **1.** consecrated. **2.** (in prescriptions) conserve; keep. [< L *conserva*]. **3.** consolidated. **4.** consonant. **5.** constable. **6.** constitution. **7.** constitutional. **8.** construction. **9.** consul.

**con·san·guin·e·ous** (kon′sang gwin′ē əs), *adj.* having the same ancestry or descent; related by blood. Also, **con·san·guine** (kon sang′gwin). [< L *consanguineus,* equiv. to *con*- CON- + *sanguin- (s.* of *sanguis)* blood + *-eus* -EOUS] —**con′san·guin′e·ous·ly,** *adv.*

**con·san·guin·i·ty** (kon′sang gwin′i tē), *n.* **1.** relationship because of the same ancestry or descent; kinship (distinguished from *affinity*). **2.** close relationship or connection. [late ME *consanguinite* < L *consanguinitās.* See CONSANGUINEOUS, -ITY]

**con·sarned** (kon′särnd′, kən-), *adj. Dial.* confound·ed; damned. [alter. of CONCERNED, used as a euphemism for *confounded*]

**con·science** (kon′shəns), *n.* **1.** the sense of what is right or wrong in one's conduct or motives, impelling one toward right action: *Let your conscience be your guide.* **2.** the complex of ethical and moral principles that controls or inhibits the actions or thoughts of an individual. **3.** an inhibiting sense of what is prudent: *I'd eat another piece of pie but my conscience would bother me.* **4.** conscientiousness. **5.** *Obs.* consciousness; self-knowledge. **6.** *Obs.* strict and reverential observance. **7. have something on one's conscience,** to feel guilty about something, as an act that one considers wrong: *She behaves as if she had something on her conscience.* **8.** in all conscience, **a.** in all reason and fairness. **b.** certainly; assuredly. Also, in conscience. [ME < OF < L *conscientia* knowledge, awareness, conscience. See CON-, SCIENCE] —**con′science·less,** *adj.* —**con′science·less·ly,** *adv.* —**con′science·less·ness,** *n.*

**con′science clause′,** a clause or article in an act or law that exempts persons whose consciences or religious scruples forbid their compliance.

**con′science mon′ey,** money paid to relieve one's conscience, as for an obligation previously evaded or a wrong done.

**con·science-strick·en** (kon′shəns strik′ən), *adj.* greatly troubled or disturbed by the knowledge of having acted wrongfully.

**con·sci·en·tious** (kon′shē en′shəs, kon′sē-), *adj.* controlled by or done according to conscience; scrupulous: *a conscientious judge; conscientious application to the work at hand.* [< ML *conscientiōs(us),* equiv. to L *conscienti(a)* CONSCIENCE + *-ōsus* -OUS] —**con′sci·en′tious·ly,** *adv.* —**con′sci·en′tious·ness,** *n.* —Syn. just, upright, honest, faithful, careful, particular, painstaking, devoted, dedicated.

**conscien′tious objec′tor,** one who refuses to perform military service for his country for moral or religious reasons.

**con·scion·a·ble** (kon′shə nə bəl), *adj.* being in conformity with one's conscience; just. [*conscion-* (back formation from *conscious,* var. of CONSCIENCE, the final *s* taken for pl. sign) + -ABLE] —**con′scion·a·ble·ness,** *n.* —**con′scion·a·bly,** *adv.*

**con·scious** (kon′shəs), *adj.* **1.** aware of one's own existence, sensations, thoughts, surroundings, etc.; cognizant. **2.** fully aware of or sensitive to something (often fol. by *of*): *conscious of one's own faults.* **3.** having the mental faculties fully active: *He was conscious during the operation.* **4.** known to oneself; felt: *conscious guilt.* **5.** aware of what one is doing; a *conscious liar.* **6.** aware of oneself; self-conscious. **7.** deliberate; intentional: *a conscious insult.* **8.** *Obs.* inwardly sensible of wrongdoing. —*n.* **9.** the conscious, *Psychoanal.* the part of the mind containing the psychic material of which the ego is aware. [< L *conscius* sharing knowledge with, equiv. to *con*- CON- + *sci-* (b. of *scire* to know; see SCIENCE) + -*us* -OUS] —**con′scious·ly,** *adv.* —Syn. **2.** knowing, percipient. CONSCIOUS, AWARE, COGNIZANT refer to an individual sense of recognition of something within or without oneself. CONSCIOUS implies to be awake or awakened to an inner realization of a fact, a truth, a condition, etc.: *to be conscious of an extreme weariness; to be conscious of one's inadequacy.* AWARE lays the emphasis on sense perceptions insofar as they are the object of conscious recognition: *He was aware of the odor of tobacco.* COGNIZANT lays the emphasis on an outer recognition based on the level of reason and knowledge than on the sensory level alone: *He was cognizant of their drawbacks, their advantages, our plans.*

**con·scious·ness** (kon′shəs nis), *n.* **1.** the state of being conscious; awareness of one's own existence, sensations, thoughts, surroundings, etc. **2.** the thoughts and feelings, collectively, of an individual or of an aggregate of people: *the moral consciousness of a nation.* **3.** full activity of the mind and senses: *to regain consciousness after fainting.* **4.** awareness of something for what it is: *consciousness of wrongdoing.* [CONSCIOUS + -NESS]

**con·script** (*n., adj.* kon′skript; *v.* kon skript′), *v.t.* **1.** to draft for military or naval service. —*n.* **2.** a recruit obtained by conscription. —*adj.* **3.** enrolled or formed by conscription; drafted: *a conscript soldier.* [< L *con·script*(*us*) (ptp. of *conscribere* to write together, list, enroll; see SCRIBE¹), equiv. to *con*- CON- + *script-* (s. of *scribere*) + -us (ptp. suffix)]

**con′script fa′thers,** **1.** the senators of ancient Rome. **2.** any legislators.

CONCISE PRONUNCIATION KEY: act, āble, dāre, ärt; ebb, ēqual; if, ice; hot, ōver, ōrder, oil, bōōk, ōōze, out; up, ûrge; child; sing; shoe; thin, that; zh as in measure. ● = a as in *alone,* e as in *system,* i as in *easily,* o as in *gallop,* u as in *button* (but′ən), fire (fiⁿr), cradle (krād′l). See the full key inside the front cover.

# Exhibit 21

IEEE Std 100-1977



# IEEE
# Standard Dictionary
## of
# Electrical and
# Electronics
# Terms

*ice Chairman*

el

in
ender
s
nan
nas, Sr.
n

# Second Edition

**Frank Jay**
**Editor in Chief**

**Published by**
**The Institute of Electrical and Electronics Engineers, Inc.**
**New York, NY**



**Distributed in cooperation with**
**Wiley-Interscience, a division of John Wiley & Sons, Inc.**

Library of Congress Catalog Number 77-92333

© Copyright 1977
**The Institute of Electrical and Electronics Engineers, Inc.**

*No part of this publication may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.*

December 1, 1977

SH07088

Weather Bureau: thunderstorms, tornadoes, wind velocities, precipitation, temperature, etcetera. *See also:* **outage.**
                                                                            200

**aeolight (optical sound recording).** A glow lamp employing a cold cathode and a mixture of permanent gases in which the intensity of illumination varies with the applied signal voltage.                                                            176

**aeration cell.** *See:* **differential aeration cell.**

**aerial cable.** An assembly of insulated conductors installed on a pole line or similar overhead structures; it may be self-supporting or installed on a supporting messenger cable. *See also:* **cable.** .                                           64

**aerial lug.** *See* **external connector (pothead).**

**aerodrome beacon.** An aeronautical beacon used to indicate the location of an aerodrome. *Note:* An aerodrome is any defined area on land or water, including any buildings, installations, and equipment intended to be used either wholly or in part for the arrival, departure, and movement of aircraft.                                       167

**aeronautical beacon.** An aeronautical ground light visible at all azimuths, either continuously or intermittently, to designate a particular location on the surface of the earth.
                                                                            167

**aeronautical ground light.** Any light specially provided as an aid to air navigation, other than a light displayed on an aircraft.                                                        167

**aeronautical light.** Any luminous sign or signal that is specially provided as an aid to air navigation.         167

**aerophare (air operations).** A name for radio beacon. *See also:* **navigation.**                                      13, 187

**aerosol (laser-maser).** A suspension of small solid or liquid particles in a gaseous medium. Typically, the particle sizes may range from 100 $\mu$m to 0.01 $\mu$m or less.          363

**aerosol development (electrostatography).** Development in which the image-forming material is carried to the field of the electrostatic image by means of a suspending gas. *See also:* **electrostatography.**                    236, 191

**aerospace support equipment (test, measurement and diagnostic equipment).** All equipment [implements, tools, test equipment, devices (mobile or fixed), and so forth], both airborne and ground, required to make an aerospace system (aircraft, missile, and so forth) operational in its intended environment. Aerospace support equipment includes ground support equipment.                            54

**AEW.** Airborne early warning radar.

**AF.** *See:* **analog-to-frequency converter.**

**AFC.** *See:* **automatic frequency control.**

**afterimage.** A visual response that occurs after the stimulus causing it has ceased. *See also:* **visual field.**       167

**afterpulse (photo multipliers).** A spurious pulse induced in a photomultiplier by a previous pulse. *See also:* **phototube.**
                                                                            117

**AGC.** *See:* **automatic gain control.**

**aggressive carbon dioxide (corrosion).** Free carbon dioxide in excess of the amount necessary to prevent precipitation of calcium as calcium carbonate.                      221, 205

**aging (metallic rectifier) (semiconductor rectifier cell).** Any persisting change (except failure) that takes place for any reason in either the forward or reverse resistance characteristic. *See also:* **rectification.**                237, 66

**agitator (hydrometallurgy) (electrowinning).** A receptacle in which ore is kept in suspension in a leaching solution.

*See also:* **electrowinning.**
                                                                            328

**aided tracking (radar).** A tracking system in which the manual correction of the tracking error automatically corrects the rate of motion of the tracking mechanism.
                                                                            13

**air (1) (industrial control) (prefix).** Applied to a device that interrupts an electric circuit, indicates that the interruption occurs in air.                                         225, 206

**(2) (rotating machinery).** *Note:* When a definition mentions the term air, this term can be replaced, where appropriate, by the name of another gas (for example, hydrogen). Similarly the term water can be replaced by the name of another liquid. *See also:* **asynchronous machine; direct-current commutating machines.**          63

**AI radar (airborne intercept radar).** A fire control radar for use in interceptor aircraft.                          13

**air baffle (rotating machinery).** *See:* **air guide.**

**air-blast circuit breaker.** *See:* Note under **circuit breaker.**

**air cell.** A gas cell in which depolarization is accomplished by atmospheric oxygen. *See also:* **electrochemistry.**
                                                                            328

**air circuit breaker.** *See:* Note under **circuit breaker.**

**air conduction (hearing).** The process by which sound is conducted to the inner ear through the air in the outer ear canal as part of the pathway.                          176

**air-cooled (rotating machinery).** Cooled by air at atmospheric pressure. *See also:* **asynchronous machine; direct-current commutating machine.**                   63

**air cooler (rotating machinery).** A cooler using air as one of the fluids. *See also:* **fan (rotating machinery).**     63

**air-core inductance (winding inductance).** The effective self-inductance of a winding when no ferromagnetic materials are present. *Note:* The winding inductance is not changed when ferromagnetic materials are present.
                                                                            197

**aircraft aeronautical light.** Any aeronautical light specially provided on an aircraft.                              167

**aircraft bonding.** The process of electrically interconnecting all parts of the metal structure of the aircraft as a safety precaution against the buildup of isolated static charges and as a means of reducing radio interference.
                                                                            328

**aircraft induction motor (rotating machinery).** A motor designed for operation in the environment seen by aircraft yet having minimum weight and utmost reliability for a limited life. *See also:* **asynchronous machine.**       63

**air-derived navigation data.** Data obtained from measurements made at an airborne vehicle. *See also:* **navigation.**                                            187, 13

**air duct (air guide) (ventilating duct) (rotating machinery).** Any passage designed to guide ventilating air.        63

**air ducting (rotating machinery).** Any separate structure mounted on a machine to guide ventilating air to or from a heat exchanger, filter, fan or other device mounted on the machine.                                             63

**air filter (rotating machinery).** Any device used to remove suspended particles from air. *See also:* **fan (rotating machinery).**                                            63

**air gap (gap) (rotating machinery).** A separating space between two parts of magnetic material, the combination serving as a path for magnetic flux. *Note:* This space is

normally filled with air or hydrogen and represents clearance between rotor and stator of an electric machine. *See also:* **direct-current commutating machine.**                                                 63

**air-gap factor (fringing coefficient) (rotating machinery).** A factor used in machine design calculations to determine the effective length of the air gap from the actual separation of rotor and stator. *Note:* The use of the fringing coefficient is necessary to account for several geometric effects such as the presence of slots and cooling ducts in the rotor and stator. *See also:* **rotor (rotating machinery); stator.**                                                 63

**air-gap line.** The extended straight line part of the no-load saturation curve.                                      63, 105

**air gap, relay.** *See:* **relay air gap.**

**air guide (air duct) (rotating machinery).** Any structure designed to direct the flow of ventilating air.          63

**air horn.** A horn having a diaphragm that is vibrated by the passage of compressed air. *See also:* **protective signaling.**                                                 328

**air-insulated terminal box.** A terminal box so designed that the protection of phase conductors against electrical failure within the terminal box is [achieved] by adequately spacing bare conductors with appropriate insulation supports.                                             63

**air mass.** The mass of air between a surface and the sun that affects the spectral distribution and intensity of sunlight. *See also:* **air mass one; air mass zero.**     113

**air mass one.** A term that specifies the spectral distribution and intensity of sunlight on earth at sea level when the sun directly overhead and passing through a standard atmosphere. *See also:* **air mass; air mass zero.**      113

**air mass zero.** A term that specifies the spectral distribution and intensity of sunlight in near-earth space without atmospheric attenuation. *Note:* The air mass must be specified when reporting the efficiency of solar cells; for example, 10 percent efficient at air mass zero, 60 degrees Celsius. *See also:* **air mass; air mass one.**       113

**air opening (rotating machinery).** A port for the passage of ventilation air.                                       63

**air pipe (rotating machinery).** Any separate structure designed for attaching to a machine to guide the inlet ventilating air to the machine or the exhaust air away from the machine.                                            63

**airport beacon.** *See:* aerodrome beacon.

**airport surface detection equipment (ASDE).** A ground based radar for observation of the positions of aircraft on the surface of an airport.                            13

**airport surveillance radar (ASR).** A medium-range (~60 nautical miles) Surveillance Radar used to control aircraft in the vicinity of an airport.                        13

**air-position indicator (API) (navigation).** An airborne computing system which presents a continuous indication of the aircraft position on the basis of aircraft heading, airspeed and elapsed time.                          13

**air-route surveillance radar (ARSR).** A long-range (~200 nautical miles) Surveillance Radar used to control aircraft on airways beyond the coverage of airport surveillance radar (ASR).                                       13

**air shield (rotating machinery).** An air guide used to prevent ventilating air from returning to the blower inlet before passing through the ventilating circuit.           63

**air speed.** The rate of motion of a vehicle relative to the air

mass. *See also:* **navigation.**                    13, 187

**air switch.** A switching device designed to close and open one or more electric circuits by means of guided separable contacts that separate in air.                        79

**air terminal (lightning protection).** The combination of elevation rod and brace, or footing placed on upper portions of structures, together with tip or point if used. *See also:* **lightning protection and equipment.**       328

**air-to-air characteristic (telephony).** The acoustic output level of a telephone set as a function of the acoustic input level of another telephone set to which it is connected. The output is measured in an Artificial Ear, and the input is measured in free field at a specified location relative to the reference point of an Artificial Mouth.            114

**airway beacon.** An aeronautical beacon used to indicate a point on the airway.                                  167

**alarm checking (telephone switching system).** The identification of an alarm from a remote location by communicating with its point of origin.                      55

**alarm point (power-system communication).** A supervisory control status point considered to be an alarm. *See also:* **supervisory control system.**                      59

**alarm relay.** A monitoring relay whose function is to operate an audible or visual signal to announce the occurrence of an operation or a condition needing personal attention, and usually provided with a signaling cancellation device. *See also:* **relay.**              60, 127, 103

**alarm sending (telephone switching system).** The extension of alarms from an office to another location.          55

**alarm signal.** A signal for attracting attention to some abnormal condition.                                    193

**alarm summary printout (sequential events recording systems).** The recording of all inputs currently in the alarm state.                                              48, 58

**alarm switch (switching device).** An auxiliary switch that actuates a signaling device upon the automatic opening of the switching device with which it is associated.
                                                       103, 202

**alarm system (protective signaling).** An assembly of equipment and devices arranged to signal the presence of a hazard requiring urgent attention. *See also:* **protective signaling.**                                          328

**alhedo (photovoltaic power system).** The reflecting power expressed as the ratio of light reflected from an object to the total amount falling on it. *See also:* **photovoltaic power system; solar cells (photovoltaic power system).**     186

**ALC.** *See:* **automatic load (level) control.**

**Alford loop antenna.** A multielement antenna having approximately equal amplitude currents which are in phase and uniformly distributed along each of its peripheral elements producing a substantially circular radiation pattern in the plane of polarization (originally developed as a four-element horizontally polarized UHF loop antenna).
                                                       111

**algorithm.** A prescribed set of well-defined rules or processes for the solution of a problem in a finite number of steps, for example, a full statement of an arithmetic procedure for evaluating sin $x$ to a stated precision. *See also:* **heuristic.**                                 255, 77, 54

**algorithmic language (test, measurement and diagnostic equipment).** A language designed for expressing algorithms.                                                 54

# Exhibit 22

# Webster's Encyclopedic Unabridged Dictionary of the English Language

The dictionary entries are based on the First Edition of *The Random House Dictionary of the English Language*

## GRAMERCY BOOKS
### NEW YORK/AVENEL, NEW JERSEY

ACKNOWLEDGMENTS AND PERMISSIONS:

The "A Dictionary of the English Language" section of this book *(Webster's Encyclopedic Unabridged Dictionary)* is based on the first edition of *The Random House Dictionary of the English Language, the Unabridged Edition*, copyright © 1983.

*Atlas of the World*, copyright © 1989 by John Bartholomew & Son Limited. Reprinted by arrangement with John Bartholomew & Son Limited.

*A Manual of Style*, copyright © 1986 by Crown Publishers, Inc. Excerpted and reprinted by arrangement with Crown Publishers, Inc.

Krevisky, Joseph and Jordan L. Linfield—*The Bad Speller's Dictionary*, copyright © 1967, 1963 by Innovation Press. Reprinted by arrangement with Random House, Inc.

Stein, Jess, Ed.—*Rhyming Dictionary*, copyright © 1960 by Random House, Inc. Reprinted by arrangement with Random House, Inc.

*Webster's Crossword Puzzle Dictionary*, 1986 edition, copyright © 1963 by Fawcett Publications, Inc. and copyright © 1964 by Ottenheimer Publishers, Inc. Reprinted by arrangement with Ottenheimer Publishers, Inc.

Copyright © 1989 by dilithium Press, Ltd.
All rights reserved.

This 1989 edition is published by Gramercy Books, a division of dilithium Press, Ltd., distributed by Outlet Book Company, Inc., a Random House Company, 40 Engelhard Avenue, Avenel, New Jersey 07001.

Printed and Bound in the United States of America

Library of Congress Cataloging-in-Publication Data

Webster's encyclopedic unabridged dictionary of the English language.
    I. English language—Dictionaries.
PE1625.W46   1989
423—dc19                        89-3785
                        CIP

ISBN 0-517-68781-X

15 14 13 12 11 10 9 8

**ain't**                                            **31**                                            **air log**

**ain't** (ānt), **1.** Nonstandard in U.S. except in some dialects; informal in Brit. am not. **2.** Nonstandard. are not, is not, have not, or has not. [var. of *amn't* (contr. of AM NOT) by loss of m and raising with compensatory lengthening of a]
—**Usage.** AIN'T is so traditionally and widely regarded as a nonstandard form that it should be shunned by all who prefer to avoid being considered illiterate. AIN'T occurs occasionally in the informal speech of some educated users, especially in self-consciously or folksy or humorous contexts (*Ain't it the truth! She ain't what she used to be!*), but it is completely unacceptable in formal writing and speech. Although the expression *ain't I?* is perhaps defensible—and it is considered more logical than *aren't I?* and more euphonious than *amn't I?*—the well-advised person will avoid any use of AIN'T.

**Ain-tab** (īn täb′), *n.* former name of Gaziantep. Also, **Antep, Ayntab.**

**Ai-nu** (ī′nōō), *n., pl.* **-nus,** *(esp. collectively)* **-nu. 1.** a member of an aboriginal race of the northernmost islands of Japan, having Caucasoid or Australoid features, light skin, and hairy bodies. **2.** the language of the Ainus, of uncertain relationship.

**air¹** (âr), *n.* **1.** a mixture of oxygen, nitrogen, and other gases which surrounds the earth and forms its atmosphere. **2.** a stir in the atmosphere; a light breeze. **3.** circulation; publication; publicity: *to give air to one's theories.* **4.** the general character or complexion of anything; appearance: *His early work bore an air of freshness and originality.* **5.** the peculiar look, appearance, and bearing of a person: *There is an air of mystery about him.* **6.** airs, affected manner; manifestation of pride or vanity; assumed haughtiness: *She acquired airs that proved insufferable to her friends.* **7.** Music. **a.** a tune; melody. **b.** the soprano or treble part. **c.** an aria. **d.** Also, **ayre,** an Elizabethan art song. **8.** Radio. the medium through which radio waves are transmitted. **9.** *Obs.* breath. **10.** clear the air, to eliminate dissension, ambiguity, or tension from a discussion, situation, etc.: *The general staff meeting was intended to help clear the air.* **11.** get the air, Slang. **a.** to be rejected, as by a lover. **b.** to be dismissed, as by an employer: *He had worked only a few days when he got the air.* **12.** give oneself airs, to assume an affected or haughty manner: *She had two friends because she gave herself such airs.* **13.** give someone the air, to reject, as a lover: *He was bitter because she gave him the air.* **b.** to dismiss, as an employee. **14.** in the air, in circulation; current: *There is a rumor in the air that we are moving to a new location.* **15.** into thin air, completely or entirely out of sight or reach: *He vanished into thin air.* **16.** off the air, not broadcasting: *He goes off the air at midnight.* **b.** no longer being broadcast: *The program went off the air years ago.* **c.** (of a computer) not in operation. **17.** on the air, a. in the act of broadcasting; being broadcast: *The program will be going on the air in a few seconds.* **b.** (of a computer) in operation. **18.** put on airs, to assume an affected or haughty manner: *As their fortune increased, they began to put on airs.* **19.** take the air, **a.** to go out-of-doors; take a short walk or ride. **b.** Slang, to leave, esp. hurriedly. **c.** Radio. to begin broadcasting. **20.** tread or walk on air, to feel very happy; be elated: *Since her engagement she has been walking on air.* **21.** up in the air, **a.** Also, in the air, undecided or unsettled: *The contract is still up in the air.* **b.** Informal. angry; perturbed: *There is no need to get so up in the air over a simple mistake.* —**v.t. 22.** to expose to the open air; give access to the open air; ventilate. **23.** to expose ostentatiously; bring into public notice; display: *to air one's opinions; to air one's theories.* **24.** to broadcast or televise. [ME *eir* < OF *air* < L *āēr* < Gk *āēr* air] —**air′less,** *adj.* —**Syn. 2.** See **wind.¹ 4, 5.** impression, aspect, look. **5.** demeanor, attitude. See **manner.**

**air²** (âr), *Scot.* —*adj.* **1.** early. —*adv.* **2.** *Obs.* before; previously. [var. of EER]

**Air** (âr), *n.* a region in N Niger, in the Sahara: low massif and oases. ab. 30,000 sq. mi. Also called **Asben.**

**air′ alert′, 1.** act of flying while waiting for combat orders or for enemy airplanes to appear. **2.** the signal to take stations for such action.

**air′ attaché′,** a commissioned officer or warrant officer of an air force serving on the staff of an ambassador or minister.

**air′ bag′,** a bag that inflates automatically upon impact in order to protect automobile passengers from injury in a collision.

**air′ base′, 1.** an operations center for units of an air force. **2.** *Aerial Photogrammetry.* **a.** a line joining two camera stations. **b.** the length of this line. **3.** (in aerial photography) the distance between the points on the ground over which a photograph is taken.

**air′ bed′,** a bed made by inflating a mattresslike bag.

**air′ bell′,** *Glassmaking.* an air bubble formed in glass during blowing and often retained as a decorative element.

**air-bill** (âr′bil′), *n.* See **air waybill.**

**air′ blad′der, 1.** a vesicle or sac containing air. **2.** Also called **gas bladder, swim bladder.** *Ichthyol.* a gas-filled sac located against the roof of the body cavity of most bony fishes, originally functioning only as a lung, now serving in many higher fishes to regulate hydrostatic pressure.

**air′ blast′,** a jet of air produced mechanically.

**air-borne** (âr′bôrn′, -bōrn′), *adj.* **1.** carried by the air, as pollen or dust. **2.** in flight; aloft: *The plane was airborne by six o'clock.* **3.** *Mil.* (of ground forces) carried in airplanes or gliders: *airborne infantry.* **4.** *Aeron.* (of an aircraft) supported entirely by the atmosphere; flying. [AIR¹ + -BORNE]

**air′ bound′** (âr′bound′), *adj.* stopped up by air. [AIR¹ + -BOUND]

**air′ brake′, 1.** a brake or system of brakes operated by compressed air. **2.** *Aeron.* (not used scientifically) a device for reducing the air speed of an aircraft by increasing its drag. **3.** a device for stopping the sails of a windmill by disrupting the flow of air around them.

**air-bra-sive** (âr′brā′siv, -ziv), *Dentistry.* —*n.* **1.** an instrument for cutting tooth structure by means of a stream of abrasive particles under gas or air pressure. —*adj.* **2.** pertaining to or utilizing the technique employed in the use of this instrument.

**air-breathe** (âr′brēth′), *v.i.,* **-breathed** (-brēthd′), **-breath-ing.** (of an engine, aircraft, missile, etc.) to take in air from the atmosphere to oxidize the fuel for combustion. [AIR¹ + BREATHE]

**air-breath-er** (âr′brē′thər), *n.* an aircraft, missile, or submarine engine that requires air from the atmosphere for the combustion of its fuel. Also, **air′breath′er.**

**air′ brick′,** a ceramic or metal unit the size of a brick, open at the sides for admitting air to a building interior.

**air-brush** (âr′brush′), *n.* an atomizer for spraying paint. [AIR¹ + BRUSH¹]

**air′ burst′** (âr′bûrst′), *n.* the explosion of a bomb or shell in midair. [AIR¹ + BURST]

**air′ bus′,** *Informal.* an airplane that carries passengers.

**air′ car′go,** cargo transported or to be transported by an air carrier.

**air′ car′ri-er, 1.** a commercial carrier utilizing aircraft as its means of transport; an air line, as for passengers, freight, etc. **2.** an aircraft meeting the requirements, as of type, safety inspection, etc., for use by an air line.

**air′ cas′ing,** a casing for the funnel of a powered vessel, large enough to provide an air space all around the funnel.

**air′ cas′tle.** See **castle in the air.**

**air′ cell′,** *Anat., Zool., Bot.* a cavity or receptacle containing air.

**air′ cham′ber, 1.** a chamber containing air, as in a pump, lifeboat, or organic body. **2.** Also called **air cushion.** a compartment of a hydraulic system containing air which by its elasticity equalizes the pressure and flow of liquid within the system.

**air′ coach′,** a class or category of passenger transportation offered by some airlines, usually having less luxurious accommodations and lower fare than first class.

**air′ cock′,** *Mach.* a special type of valve for controlling the flow of air.

**air′ com-mand′,** *U.S. Air Force.* a major air command that is higher than an air force.

**air-con-di-tion** (âr′kən dish′ən), *v.t.* **1.** to furnish with an air-conditioning system. **2.** to treat (air) with such a system.

**air′ con-di′tion-er,** an air-conditioning device.

**air′ con-di′tion-ing, 1.** a system or process for controlling the temperature, humidity, and sometimes the purity of the air in an interior, as of an office, theater, laboratory, house, or the like. **2.** an air-conditioning system or unit: *Turn on the air conditioning.* —**air′-con-di′tion-ing,** *adj.*

**air′ con-duc′tion,** *Med.* transmission of sound vibrations to the eardrum through the external auditory meatus (opposed to *bone conduction*).

**air′ con-sign′ment note′,** *Chiefly Brit.* See **air waybill.**

**air-cool** (âr′kōōl′), *v.t.* **1.** *Mach.* to remove the heat of combustion, friction, etc. from, as by air streams flowing over an engine jacket. **2.** (loosely) to air-condition.

**air′ core′** (âr′kôr′, -kōr′), *adj. Elect.* having a non-magnetic core, as one of fiber or plastic, encircled by a coil (*air′-core coil′*), or containing one or more such coils: *air-core transformer.*

**Air′ Corps′,** *U.S. Army.* **1.** (before July 26, 1947) a branch of the U.S. Army concerned with military aviation. **2.** (before May 1, 1942) the name for the Army Air Forces.

**air′ course′,** *Naut.* (in a wooden vessel) a fore-and-aft passage between timbers, for circulation of air.

**air-craft** (âr′kraft′, -kräft′), *n., pl.* **-craft.** any machine or apparatus for flight in the air by buoyancy or by reaction of air on its surfaces, esp. powered airplanes, gliders, and helicopters. [AIR¹ + CRAFT]



*Aircraft carrier*

**air′craft car′rier,** a warship equipped with a deck for the taking off and landing of aircraft and with storage space for aircraft.

**air′craft-man** (âr′kraft′mən, -kräft′-), *n., pl.* **-men.** *Brit.* aircraftsman.

**air′craft ob-serv′er,** *U.S. Army.* observer (def. 3).

**air-crafts-man** (âr′krafts′mən, -kräfts′-), *n., pl.* **-men.** *Brit.* a man holding the rank of noncommissioned officer in the RAF. Also, **aircraftman.** [AIRCRAFT + 's¹ + MAN¹]

**air-crafts-wom-an** (âr′krafts′wōōm′ən, -kräfts′-), *n., pl.* **-wom-en.** *Brit.* a woman holding a noncommissioned rank in the RAF. [AIRCRAFT + 's¹ + WOMAN]

**air-crew** (âr′krōō′), *n.* *U.S. Air Force.* the crew of an aircraft. Also, **air′ crew′.** [AIR¹ + CREW]

**air-crew-man** (âr′krōō′mən), *n., pl.* **-men.** a member of an aircrew. [AIRCREW + MAN]

**air′ cur′tain,** compressed air directed, usually downward, across a doorway so as to form a shield to exclude drafts, insects, etc.

**air′ cush′ion, 1.** an inflatable, airtight cushion. **2.** See **air chamber** (def. 2).

**air′ cyl′in-der,** a cylinder containing air, esp. one equipped with a piston and used as a device for checking the recoil of a gun.

**air′ dis-charge′,** a lightning discharge that occurs within a cloud and the volume of air beneath it and that does not reach the ground.

**air′ di-vi′sion,** *U.S. Air Force.* a unit of command, within an air force, usually composed of two or more wings.

**air′ drain′,** any of various passages for conducting air to foundation walls, the back of woodwork, etc.

**air-drome** (âr′drōm′), *n.* **1.** a landing field for airplanes which has extensive buildings, equipment, shelters, etc. Also, esp. Brit., **aerodrome.** [AIR¹ + -DROME]

**air-drop** (âr′drop′), *v.,* **-dropped, -drop-ping,** *n.* —*v.t.* **1.** to drop (persons, equipment, etc.) by parachute from an aircraft in flight. —*n.* **2.** the act or process of airdropping. [AIR¹ + DROP]

**air-dry** (âr′drī′), *v.t.,* **-dried, -dry-ing,** *adj.* —*v.t.* **1.** to dry by exposure to the air. —*adj.* **2.** dry beyond further evaporation.

**air′-earth′ cur′rent** (âr′ûrth′), *n.* an electric, missile current from the positively charged atmosphere to the negatively charged earth.

**Aire-dale** (âr′dāl′), *n.* one of a breed of large terriers having a wiry, black-and-tan coat and a docked tail.



the net electric

Airedale
(23 in. high at
shoulder)

**air-field** (âr′fēld′), *n.* a level area, usually equipped with hard-surfaced runways, on which airplanes take off and land. [AIR¹ + FIELD]

**air′ fleet′,** a group of military aircraft, usually under one commander.

**air-flow** (âr′flō′), *n.* air currents caused by a moving aircraft, automobile, etc. [AIR¹ + FLOW]

**air-foil** (âr′foil′), *n. Aeron.* any surface, as a wing, aileron, or stabilizer, designed to aid in lifting or controlling an aircraft by making use of the air currents through which it moves. [AIR¹ + FOIL²]

**Air′ Force′, 1.** *U.S.* the department consisting of practically all military aviation forces, established July 26, 1947. **2.** (*l.c.*) a similar department in any military organization. **3.** (*l.c.*) *U.S.* (formerly) the largest unit in the Army Air Forces. **4.** (*l.c.*) *U.S.* a unit of Air Force command between an air division and an air command. **5.** *(sometimes l.c.)* the military unit of a nation charged with carrying out military operations in the air. **6.** *Brit.* Royal Air Force.

**air-frame** (âr′frām′), *n.* the framework and external covering of an airplane, rocket, etc. [AIR¹ + FRAME]

**air′ freight′, 1.** a system of transporting freight by aircraft. **2.** *Ship it by air freight.* **2.** freight transported by aircraft.

**air′ gap′,** *Elect.* the space between two objects magnetically related, as between the rotor and the stator in a dynamo, or between two objects electrically related, as between the electrode and the tip of a spark plug.

**air′ gas′,** *Chem.* See **producer gas.**

**air′ gauge′,** a gauge for measuring air pressure.

**air-glow** (âr′glō′), *n.* a nighttime glow from the upper atmosphere, occurring over middle and low latitudes. [AIR¹ + GLOW]

**air-graph** (âr′graf′, -gräf′), *Brit.* —*n.* **1.** a letter written on paper of a particular size, transferred to film which is sent by air and enlarged before delivery: similar to the U.S. V-mail. —*v.t.* **2.** to send or mail (such a letter). [AIR¹ + -GRAPH]

**air′ gun′,** a gun operated by compressed air.

**air′ ham′mer,** a pneumatic hammer, usually portable.

**air′ har′bor,** a harbor for hydroplanes, esp. seaplanes.

**air-head** (âr′hed′), *n.* Metall. noting any metal, esp. alloy steel, that can be hardened from above its transformation point by cooling in air.

**air-head** (âr′hed′), *n.* an enemy territory or in threatened friendly territory, seized by airborne troops for bringing in supplies and additional troops by airdrop or landing. [AIR¹ + HEAD]

**air′ hoist′,** a pneumatic hoist.

**air′ hole′, 1.** an opening to admit or discharge air. **2.** a natural opening in the frozen surface of a river or pond. **3.** See **air pocket.**

**air-i-ly** (âr′ə lē), *adv.* **1.** in a gay or breezy manner; jauntily. **2.** lightly; delicately. [AIRY + -ILY]

**air-ing** (âr′ing), *n.* **1.** an exposure to the air, as for drying. **2.** a walk, drive, etc., in the open air. [AIR¹ + -ING]

**air′ injec′tion,** injection of liquid fuel into the cylinder of an internal-combustion engine, esp. a diesel, by means of a jet of compressed air. Cf. **solid injection.**

**air′ jack′et, 1.** an envelope of enclosed air about part of a machine, as for checking the transmission of heat. **2.** *Brit.* See **life belt.**

**air′ lance′,** *Mach.* a lance using an air blast.

**air-lance** (âr′lans′, -läns′), *v.t.,* **-lanced, -lanc-ing.** to clean with an air lance.

**air′ lane′,** a route regularly used by airplanes; airway.

**air-less** (âr′lis), *adj.* **1.** lacking air. **2.** without fresh air; stuffy: *a dark, airless hallway.* **3.** still. [AIR¹ + -LESS]

**air′ let′ter, 1.** an air-mail letter. **2.** a sheet of very lightweight stationery for use in air mail. Cf. **aerogramme.**

**air-lift** (âr′lift′), *n.* **1.** Also, **air′ lift′. 1.** a system for transporting persons or cargo by aircraft, esp. in an emergency. **2.** the persons or cargo so transported. **3.** act or process of transporting such a load. —*v.t.* **4.a.** a pump for raising liquids by the pressure of air forced into the pump chamber. —*v.t.* **5.** to transport (persons or cargo) by airlift. [AIR¹ + LIFT]

**air-light** (âr′līt′), *n.* light scattered, or diffused, in the air by dust, haze, etc., esp. as it limits the visibility of distant, dark objects by causing them to blend with the background sky. [AIR¹ + LIGHT¹]

**air-like** (âr′līk′), *adj.* like or resembling air. [AIR¹ + -LIKE]

**air-line** (âr′līn′), *adj.* **1.** Chiefly U.S. direct. **2.** via airplane: *the air-line distance between Detroit and Washington.* **3.** Chiefly U.S. straight; direct. [AIR¹ + LINE¹]

**air′ line′** (âr′līn′), *n.* **1.** Aeron. **a.** a system usually furnishing scheduled air transport between specified points. **b.** the airplane, airports, etc., of such a system. **c.** Often, **air-lines¹** (usually construed as sing.). a company that owns or operates such a system. **2.** Chiefly U.S. a direct line; a line as direct as a beeline. **3.** a tube or hose used to pipe air to a deep-sea diver, pneumatic drill, etc. [AIR¹ + LINE¹]

**air-line** (âr′līn′), *n.* Aeron. a passenger aircraft operated by an airlines. Also, **air′ lin′er.** [AIR¹ + LINER¹]

**air′ lock′, 1.** Civ. Eng. an airtight chamber permitting passage to or from a space, as in a caisson, in which the air is kept under pressure. **2.** the impairment in the functioning of a pump or a system of piping caused by the presence of an air bubble; vapor lock.

**air′ log′, 1.** Aeron. a device for recording the distance traveled by an aircraft, relative to the air through which it moves. **2.** Rocketry. a device for regulating the range of a guided missile.