# PROPOSED ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HITACHI, LTD., and HITACHI AUTOMOTIVE )
PRODUCTS (USA), INC.,                   )
                                         )
            Plaintiffs,                  )
                                         )      Civil Action No. 05-048-SLR
      v.                                 )
                                         )
BORGWARNER INC.,                         )
and BORGWARNER MORSE TEC INC.,           )
                                         )
            Defendants.                  )
_____)
                                         )
BORGWARNER INC.,                         )
                                         )
            Counterclaimant,             )
                                         )
      v.                                 )
                                         )
HITACHI, LTD., and HITACHI AUTOMOTIVE   )
PRODUCTS (USA), INC.,                    )
                                         )
            Counterdefendants.           )

## [PROPOSED] ORDER

This matter came regularly before this Court for claim construction of the disputed terms in claims 10 and 11 of U.S. Patent No. 5,497,738.  Good cause appearing; IT IS HEREBY ORDERED THAT the claim constructions proposed by defendants BorgWarner Inc. and BorgWarner Morse TEC Inc. be and hereby are adopted as follows:

| Terms and Elements of Claim 10 | Construction |
|---|---|
| "In an internal combustion engine having a variable camshaft timing system for varying the phase angle of a camshaft relative to a crankshaft, a method of regulating the flow of hydraulic fluid from a source to a means for transmitting rotary movement from said crankshaft to a housing," | The preamble to claim 10 is not a limitation of the claim and therefore does not need to be construed. |

| | |
|---|---|
| "sensing the positions of said camshaft and said crankshaft;" | The method step of sensing the angular or rotational position of a camshaft and the angular or rotational position of a crankshaft in an engine. |
| "calculating a relative phase angle between said camshaft and said crankshaft, said calculating step using an engine control unit for processing information obtained from said sensing step," | The method step of calculating or determining the current relative phase angle (or relative angular or rotational position) of the camshaft with respect to the crankshaft and calculating or determining the desired (or target) relative phase angle of the camshaft with respect to the crankshaft. The calculation of the current relative phase angle is made by an electronic control module or engine control unit based on the electronic signals (or information) received that provide the sensed angular or rotational positions of the camshaft and the crankshaft. |
| "said engine control unit further issuing a electrical signal corresponding to said phase angle;" | The engine control unit outputs an electronic signal with information representing or designed to lead to the desired (or target) relative camshaft phase angle. |
| "controlling the position of a vented spool slidably positioned within a spool valve body," | The method step of controlling the position (or location) of a vented spool within a spool valve body.<br><br>The term "*vented spool*" means: A spool valve that has a vent or opening to permit fluid (such as oil or air) to flow to the outside of the valve to allow relief of pressure against the spool.<br><br>The term "*spool valve body*" means: A body (or hollow member) that has a central passage for movement of the spool within it. |
| "said controlling step being in response to said signal received from said engine control unit," | Control of the position of the spool is based on a signal from the engine control unit (or electronic control module) that indicates, or is representative of, the desired (or target) relative phase angle of the camshaft. |
| "said controlling step utilizing an electromechanical actuator to vary the position of said vented spool," | Using an electromechanical device to change the position of the vented spool in response to the signal from the engine control unit. |
| "said electromechanical actuator comprising a variable force solenoid;" | The electromechanical actuator for the controlling step includes a variable force solenoid. A variable force solenoid allows a |

2

| | proportional output, or movement of the armature, that can vary continuously with the input electrical signal. The solenoid does not, in normal operation, cycle through its full stroke with every PWM pulse. |
|---|---|
| "supplying hydraulic fluid from said source through said spool valve to a means for transmitting rotary movement to said camshaft, said spool valve selectively allowing and blocking flow of hydraulic fluid through an inlet line and through return lines;" | The method step of supplying or allowing oil to flow from an oil source through the spool valve to a means for transmitting rotary movement to said camshaft (defined below). The position of the spool in the spool valve can be continuously adjusted or moved to permit flow of fluid or block flow of fluid through an inlet line and return lines (i.e., the valve "selectively allows" fluid flow).<br><br>The phrase "*a means for transmitting rotary movement to said camshaft*" means: A structure that performs the function of transmission of rotary movement to the camshaft, e.g., the structure shown in the specification that includes the housing, recesses and vanes, or equivalents thereof.<br><br>The phrase "*said spool valve selectively allowing and blocking flow of hydraulic fluid through an inlet line and through return lines*" means: The position of the spool can be adjusted or moved to permit flow of fluid or block flow of fluid through an inlet line and return lines (i.e., the valve "selectively allows" fluid flow).<br><br>The term "*an inlet line*" means: At least one line or conduit that allows passage of fluid from the source through the spool valve.<br><br>The term "*return lines*" means: At least two lines or conduits that allow passage of fluid from the vane housing through the spool valve. |
| "transmitting rotary movement to said camshaft in such a manner as to vary the phase angle of said camshaft with respect to said crankshaft, said rotary movement being transmitted through a housing, said housing being mounted on said camshaft, said housing | The method step of transmission of rotary movement (or power) to the camshaft includes structure that permits continuous variation of the phase angle of the camshaft with respect to the crankshaft. The rotary movement is transmitted through a vane housing that is |

| | |
|---|---|
| further being rotatable with said camshaft and being oscillatable with respect to said camshaft." | mounted on the camshaft, and the vane housing can be rotated and oscillated with respect to the camshaft in order to permit adjustment of the phase angle of the camshaft with respect to the crankshaft.<br><br>The term "*housing*" means: A vane housing having recesses for receiving fluid. |

| Terms and Elements of Claim 11 | Construction |
|---|---|
| "a coil, said coil being adapted to receive said electrical signal from said engine control unit;" | A coil that is able to receive an electrical signal from the engine control unit. |
| "an armature, said armature being substantially surrounded by said coil, said armature being connected to said spool, said coil, when energized, creating a magnetic field sufficient to cause said armature to exert a force upon said spool and induce movement in said spool, said movement corresponding to said signal from said engine control unit;" | An armature, or moveable magnetic piece, is substantially surrounded by a coil. Energization of the magnetic field in the coil is sufficient to cause the armature to exert a force upon the spool and induce movement in the spool. The movement of the spool corresponds to, or can be continuously adjusted, by changing the signal from the engine control unit.<br><br>The term "*connected*" means: Movement of the armature causes a corresponding movement of the spool.<br><br>The phrase "*said armature [exerts] a force upon said spool and [induces] movement in said spool, said movement corresponding to said signal from said engine control unit;*" means: The armature applies a force on the spool as a result of the signal from the engine control unit, and the armature causes movement of the spool. |
| "an air gap, said air gap separating said coil from said armature;" | A gap that separates the coil from the armature and may contain non-magnetic material. |

| "a housing, said housing providing an enclosure for said coil, said armature, and said air gap." | A structure that generally encloses the coil, armature and air gap. |
| --- | --- |

Dated: _____          _____
                                             Honorable Sue L. Robinson
                                             Chief United States District Court Judge
                                             District of Delaware

5