IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BORGWARNER INC. and BORGWARNER MORSE TEC INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-048-SLR<br>)<br>)<br>)<br>)<br>) |
| BORGWARNER INC.,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,<br><br>　　　　Counterdefendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR SUMMARY JUDGMENT THAT
THE BUTTERFIELD PAPER SUBMITTED TO IMECHE
DOES NOT CONSTITUTE PRIOR ART UNDER 35 U.S.C. §§ 102(a) OR 102(b)**

　　　　Defendants BorgWarner, Inc. and BorgWarner Morse Tec Inc., (collectively "BorgWarner"), submit this motion for an Order granting summary judgment that the Butterfield Paper Submitted to IMECHE Does Not Constitute Prior Art Under 35 U.S.C. §§ 102(a) or 102(b).

For the reasons set forth in the accompanying BorgWarner's Memorandum In Support of Motion For Summary Judgment That the Butterfield Paper Submitted to IMechE Does Not Constitute Prior Art Under 35 U.S.C §§ 102(a) or 102(b), BorgWarner respectfully requests that the motion be granted.

Dated: October 4, 2006

_____
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
222 Delaware Ave., 10th Floor
Wilmington, Delaware 19801
(302) 888-6800

Hugh A. Abrams (*pro hac vice*)
Thomas D. Rein (*pro hac vice*)
Lisa A. Schneider (*pro hac vice*)
Marc A. Cavan (*pro hac vice*)
Lara (Fleishman) Hirshfeld (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2006, I caused the following document, **MOTION FOR SUMMARY JUDGMENT THAT THE BUTTERFIELD PAPER SUBMITTED TO IMECHE DOES NOT CONSTITUTE PRIOR ART UNDER 35 U.S.C. §§ 102(a) OR 102(b)** to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on October 4, 2006, I caused the foregoing document to be served via email and by overnight courier on the following non-registered participants:

Michael D. Kaminski, Esq.
Pavan K. Agarwal, Esq.
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com
lpeterson@foley.com

/s/ Mary Matterer
MARY B. MATTERER (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com
   Attorneys for Defendants and Counterclaimant,
   BORGWARNER INC., and
   BORGWARNER MORSE TEC INC.