IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,<br>Plaintiffs,<br><br>v.<br><br>BORGWARNER INC., and<br>BORGWARNER MORSE TEC INC.,<br><br>Defendants.<br>_____<br><br>BORGWARNER INC.,<br><br>Counterclaimant,<br><br>v.<br><br>HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,<br><br>Counterdefendants. | Civil Action No. 05-048-SLR |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
OF NO WILLFUL INFRINGEMENT**

Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc. (collectively, "Hitachi") move for summary judgment that Hitachi has not willfully infringed U.S. Patent No. 5,497,738.

The grounds for this motion are fully set forth in Hitachi's accompanying opening brief.

*Of Counsel:*

Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
C. Edward Polk
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007–5109
(202) 672–5300

William J. Robinson
Foley & Lardner LLP
2029 Century Park East Blvd., Ste. 3500
Los Angeles, CA 90067-3021
(310) 277-2223

Dated: October 4, 2006
173874.1

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and <br> HITACHI AUTOMOTIVE PRODUCTS (USA), INC. <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-048-SLR |

## ORDER

This _____ day of _____, 2006, Plaintiffs, Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc., having moved for summary judgment that Plaintiffs have not willfully infringed U.S. Patent No. 5,497,738, after considering the motion and accompanying papers, having concluded that good grounds exist for the requested relief, now therefore,

IT IS HEREBY ORDERED that Plaintiffs' motion for summary judgment is granted.

_____
Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2006, the attached **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Hugh A. Abrams, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | <u>VIA FEDERAL EXPRESS</u> |

/s/ *Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

154486.1