IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br>           Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC., <br><br>           Defendants. <br> _____ <br><br> BORGWARNER INC., <br><br>           Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>           Counterdefendants. | Civil Action No. 05-048-SLR |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY
UNDER 35 U.S.C. § 112, ¶ 1 BASED ON THE "REGULATING"
<u>RECITATION OF CLAIM 10 UNDER PLAINTIFFS' CLAIM CONSTRUCTION</u>**

Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc. (collectively, "Hitachi") move for summary judgment of invalidity of asserted claims 10 and 11 of U.S. Patent No. 5,497,738 because the "regulating" recitation in claim 10 has no written description support and is not enabled under 35 U.S.C. § 112, first paragraph.

The grounds for this motion are fully set forth in Hitachi's accompanying opening brief.

...

*Of Counsel:*

Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
C. Edward Polk
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007–5109
(202) 672–5300

William J. Robinson
Foley & Lardner LLP
2029 Century Park East Blvd., Ste. 3500
Los Angeles, CA 90067-3021
(310) 277-2223

Dated: October 4, 2006
173873.1

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HITACHI, LTD., and | ) | |
| HITACHI AUTOMOTIVE PRODUCTS (USA), INC. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 05-048-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| BORGWARNER INC., and | ) | |
| BORGWARNER MORSE TEC INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2006, Plaintiffs, Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc., having moved for summary judgment of invalidity under 35 U.S.C. § 112, paragraph 1 based on the "regulating" recitation of Plaintiffs' claim construction, after considering the motion and accompanying papers, having concluded that good grounds exist for the requested relief, now therefore,

IT IS HEREBY ORDERED that Plaintiffs' motion for summary judgment is granted.

_____
Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2006, the attached **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 112, ¶ 1 BASED ON THE "REGULATING" RECITATION OF CLAIM 10 UNDER PLAINTIFFS' CLAIM CONSTRUCTION** was served upon the following counsel of record in the manner indicated:

Richard K. Herrmann, Esquire                               HAND DELIVERY
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19801

Hugh A. Abrams, Esquire                                    VIA FEDERAL EXPRESS
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603


                                                           */s/ Tiffany Geyer Lydon*
                                                           _____
                                                           Tiffany Geyer Lydon

154486.1