IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 05-048-SLR ) ) ) ) ) **PUBLIC VERSION** ) |
| BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

DECLARATION OF MARY B. MATTERER IN SUPPORT OF
THE OPENING CLAIM CONSTRUCTION BRIEF OF BORGWARNER INC. AND
BORGWARNER MORSE TEC INC.

*OF COUNSEL:*

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Thomas D. Rein
Lisa Schneider
Marc A. Cavan
Lara V. Hirshfeld
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com
*Attorneys for BorgWarner Inc. and
BorgWarner Morse TEC Inc.*

Original Date: September 28, 2006
Redacted Date: October 6, 2006

I, Mary B. Matterer, do hereby declare and say as follows:

1. I am a member in good standing of the Bar of the State of Delaware and a partner at the law firm of Morris, James, Hitchens & Williams LLP, counsel to Defendant BorgWarner Morse TEC Inc. and Defendant/Counterclaimant BorgWarner Inc. (collectively "BorgWarner") in the above action.

2. I submit this declaration in support of the Opening Claim Construction Brief of BorgWarner Inc. and BorgWarner Morse TEC Inc.

3. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,497,738 ("the '738 patent").

4. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 5,184,578.

5. Attached hereto as Exhibit 3 is a true and correct copy U.S. Patent No. 5,172,659.

6. Attached hereto as Exhibit 4 is a true and correct copy U.S. Patent No. 5,002,023.

7. Attached hereto as Exhibit 5 is a true and correct copy U.S. Patent No. 5,107,804.

8. Attached hereto as Exhibit 6 is a true and correct copy U.S. Patent No. 5,218,935.

9. Attached hereto as Exhibit 7 is a true and correct copy of the *Manual of Patent Examining Procedure* ("MPEP") § 2163.07(b).

10. Attached hereto as Exhibit 8 is a true and correct copy of the Original Specification from the prosecution history of the '738 patent.

11. Attached hereto as Exhibit 9 is a true and correct copy of the June 30, 1994 Reply to Office Action from the prosecution history of the '738 patent.

12. Attached hereto as Exhibit 10 is a true and correct copy of the November 1, 1994 Reply to Office Action from the prosecution history of the '738 patent.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Appeal Brief from the prosecution history of the '738 patent.

14. Attached hereto as Exhibit 12 is a true and correct copy of pages 480, 731 and 2541 from *Webster's Third New Int'l Dictionary of the English Language Unabridged* (1993).

15. Attached hereto as Exhibit 13 is a true and correct copy of page 1311 from *Merriam-Webster's Collegiate Dictionary* (10th ed. 1993).

16. Attached hereto as Exhibit 14 is a true and correct copy of pages 51 and 2022 from the *McGraw-Hill Dictionary of Scientific and Technical Terms* (4th ed. 1989).

17. Attached hereto as Exhibit 15 is a true and correct copy of page 22 and 910 from the *McGraw-Hill Dictionary of Science and Engineering* (3d ed. 1984).

18. Attached hereto as Exhibit 16 is a true and correct copy of pages 64 and 2323 from the *Academic Press Dictionary of Science and Technology* (1992).

19. Attached hereto as Exhibit 17 is a true and correct copy of the Expert Report of William B. Ribbens Regarding Infringement of U.S. Patent No. 5,497,738.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 28, 2006

Mary B. Matterer

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, I caused the following document, **REDACTED VERSION OF DECLARATION OF MARY B. MATTERER IN SUPPORT OF THE OPENING CLAIM CONSTRUCTION BRIEF OF BORGWARNER INC. AND BORGWARNER MORSE TEC INC.** to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on October 6, 2006, I caused the foregoing document to be served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Pavan K. Agarwal, Esq.
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
mkaminski@foley.com
pagarwal@foley.com
lpeterson@foley.com

                                                /S/ Mary B. Matterer
MARY B. MATTERER (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com
  Attorneys for Defendants and Counterclaimant,
  BORGWARNER INC., and
  BORGWARNER MORSE TEC INC.