# EXHIBIT 12

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

484950QPH9796

**con·ju·ga·ble** \'känjəgəbəl\ *adj* [*conjugate* + *-able*] : that is capable of conjugation

**con·ju·ga·cy** \-gəsē\ *n* -ES [*conjugate* + *-cy*] : conjugate state : relation of conjugates

**con·ju·gal** \'känjəgəl, -jēg-; kən'jüg-\ *adj* [MF or L; MF, fr. L *conjugalis*, fr. *conjug-, conjux* husband, wife, consort, fr. *conjungere* to join together, unite in marriage] **1** : of or relating to marriage, the married state, or married persons in their mutual relations : MATRIMONIAL, CONNUBIAL ⟨~ worries⟩ ⟨~ politeness⟩ **2** : consisting of or based on the husband, wife, and their offspring as constituting the functional familial unit in a society ⟨the modern American family is of the ~ type⟩ — contrasted with *consanguine*; compare FAMILY — **con·ju·gal·i·ty** \,känjə'galəd·ē, -jē-\ *n* -ES — **con·ju·gal·ly** *pronunc at* CONJUGAL + ē or lē\ *adv*

**con·ju·ga·les** \,känjə'gā(,)lēz\ *n pl, cap* [NL, fr. L, pl. of *conjugalis* of marriage] *in some classifications* : an order equivalent to Zygnematales

**conjugal rights** *n pl* : the sexual rights or privileges implied by and involved in the marriage relationship : the right of coitus between husband and wife

**con·ju·gant** \'känjəgənt\ *n* -S [L *conjugant-, conjugans*, pres. part. of *conjugare* to unite] : one of a pair of conjugating gametes or organisms

**con·ju·gase** \-,gās, -āz\ *n* -S [ISV *conjug-* (fr. *conjugate*, n.) + *-ase*] : any of a group of enzymes found in blood or in certain organs (as kidney and pancreas) and in some vegetables (as potatoes) that bring about the breakdown of conjugates of pteroylglutamic acid (as pteroyl-hepta-glutamic acid)

**con·ju·ga·ta** \,känjə'gād·ə\ *n, pl* **conju·ga·tae** \-ā,tē\ [NL, fr. L, fem. of *conjugatus*] : the dorsoventral diameter of the human pelvis measured from the sacral promontory to the pubic symphysis

**con·ju·ga·tae** \-ā,tē\ *n pl, cap* [NL, fr. L, nom. pl. fem. of *conjugatus*] *in some classifications* : a subclass equivalent to the order Zygnematales

[1]**con·ju·gate** \'känjəgət, -jēg-, -jə,gāt; *usu* -d·+V\ *adj* [ME *conjugat*, fr. L *conjugatus*, past part. of *conjugare* to unite, fr. *com-* + *jugare* to join, marry, fr. *jugum* yoke — more at YOKE] **1** : yoked or joined together esp. in pairs : MATED, COUPLED ⟨~ relationship⟩ : acting or operating as if joined ⟨~ foci⟩ : SIMULTANEOUS ⟨~ deviation of the eyes⟩ ⟨~ effect of two forces⟩ **2** : bearing to each other a relation characterized by having certain features in common but by being opposite or inverse in some particular ⟨~ complex numbers⟩ ⟨~ axes of a pendulum⟩ ⟨~ foci of a lens⟩ **3 a** : BIJUGATE **b** : of or relating to algae that reproduce sexually by conjugation **4** *of words in the same language* : having the same derivation and therefore usu. some likeness in meaning ⟨*just, justice, justly* are ~⟩ **5 a** : CONJUGATED 2 **b** *of acids and bases in pairs* : related by the difference of a proton ⟨the acid $NH_4^+$ and the base $NH_3$ are ~ to each other⟩ **c** : relating to layers of immiscible solutions that can exist side by side at equilibrium **6** *of two leaves of a book* : forming a single piece **7** : so formed that one gear will drive the other with constant relative angular speed — used of a pair of gear teeth or of gear teeth profiles; *also* : relating to such gear teeth or profiles — **con·ju·gate·ly** *adv* — **con·ju·gate·ness** *n* -ES

[2]**con·ju·gate** \-jə,gāt, *usu* -ād·+V\ *vb* -ED/-ING/-S [L *conjugatus*] *vt* **1** : to give in some prescribed order the various inflectional forms of : INFLECT — used esp. of a verb, rarely of a preposition ⟨~ the Latin verb *amare*⟩ **2** : to join together : YOKE, COUPLE **3** *of a chemical compound* : to unite (as with the elimination of water) so that the product is easily broken down (as by hydrolysis) into the original compounds ⟨benzoic acid is *conjugated* with glycine to hippuric acid in the body⟩ ~ *vi* **1** : to join together; *specif* : to unite in marriage **2** *biol* : to unite in pairs: **a** : to fuse esp. in conjugation **b** : to pair in synapsis

[3]**conjugate** *like* [1]CONJUGATE\ *n* -S [in sense 1, fr. L *conjugatus* etymologically related, past part. of *conjugare* to unite; in senses 2 & 4, fr. [1]*conjugate*; in sense 3, fr. NL *Conjugatae*] **1** : a word that has the same derivation as another in the same language and that therefore usu. resembles it in meaning **2 a** : CONJUGATE AXIS **b** : CONJUGATE DIAMETER **3** : an alga of the order Zygnematales **4** *chem* : a substance that is conjugated (sense 2a)

**conjugate alphabet** *n* : one of a pair of alphabets in cryptography consisting of an enciphering alphabet and its equivalent deciphering alphabet

**conjugate axis** *n* : the line through the center of an ellipse or a hyperbola and perpendicular to the line through the two foci

**conjugate complex number** *n* : one of two complex numbers differing only in the sign of the imaginary part (as $a+bi$ and $a-bi$)

**conjugate conductor** *n* : either of two branches of an electrical network such that a change in the impressed electromotive force of one does not produce a change in the current of the other

**conjugated** *adj* [fr. past part. of *conjugate*] **1** : CONJUGATE 1 **2** *chem* **a** : formed by the union of two compounds or united with another compound ⟨some enzymes are ~⟩ ⟨~ bile acids⟩ **b** (1) : having or characterized by a special mutual influence due to proximity in the molecule — used of certain groups or bonds or of compounds or systems containing them (2) *organic chem* : relating to or containing a system of two double bonds separated by a single bond (as in $CH_2{=}CH{-}CH{=}CH_2$ or $CH_2{=}CH{-}CH{=}O$) — often distinguished from *allenic* and *isolated* ⟨~ double bonds⟩ ⟨~ drying oils⟩ ⟨~ fatty acids⟩ ⟨a ~ system of alternating single and double bonds⟩

**conjugate diameter** *n* **1** : CONJUGATA **2 a** : one of two diameters of a central conic section each of which bisects all chords parallel to the other **b** : one of three diameters of a central quadric having as its conjugate diametral plane the plane of the other two

AB, CD conjugate diameters 2a

**conjugate division** *n* : division of dikaryotic cells in certain fungi in which the two nuclei divide independently, one product of each nuclear division going to each daughter cell — see DIKARYON

**conjugated protein** *also* **conjugate protein** *n* : a compound (as hemoglobin) of a protein (as globin) with a nonprotein substance (as heme) — distinguished from *simple protein*; compare CHROMOPROTEIN, GLYCOPROTEIN, LIPOPROTEIN, NUCLEOPROTEIN, PHOSPHOPROTEIN

**conjugate hyperbola** *n* : either of two hyperbolas having the same asymptotes, the conjugate axis of each being the transverse axis of the other

**conjugate lines** *n pl* **1** *of a conic section* : two lines each of which passes through the pole of the other **2** *of a quadric* : two lines so arranged that each intersects the polar line of the other

**conjugate planes** *n pl, of a quadric* : two planes so arranged that each contains the pole of the other with respect to the quadric

**conjugate point** *n* **1** : either of two points lying with respect to a conic each on the polar of the other **2 a** : one of two points in reference to a rigid body such that if an impulse is applied at either the body will start to rotate about an instantaneous axis through the other, one point becoming the center of suspension of the body considered as a pendulum and the other becoming the center of oscillation **b** : one of two points in an optical system either of which is the real or virtual focus of the other

**conjugate roots** *n pl* : roots of an algebraic equation that are conjugate complex numbers

**conjugate triangles** *n pl* : two triangles in which the vertices of each are the poles with respect to a given curve of the sides of the other

**conjugating tube** *n* [*conjugating* fr. gerund of *conjugate*] : a tube in various algae (as members of the genus *Spirogyra*) formed by the fusion of a process of one cell with a like process of another sexually opposite cell into a canal and used by one or both gametes in coming together for conjugation

**con·ju·ga·tion** \,känjə'gāshən\ *n* -S [LL & L; LL *conjugation-, conjugatio* class of verbs having same type of inflectional forms, fr. L, combining, mixture, fr. *conjugatus* (past part. of *conjugare* to unite) + *-ion-, -io* -ion — more at CONJUGATE] **1** : the act of joining together, uniting, or combining : the state of being joined together : UNION ⟨~ of the sexes⟩ **2** *obs* : something joined together or combined **3 a** : a presentation in some prescribed order of the inflectional forms of a verb **b** : verb inflection **c** : a class of verbs having the same type of inflectional forms ⟨the strong and the weak ~⟩ ⟨the Latin second ~ with its infinitive ending in *-ēre*⟩ **d** : any of several sets of inflectional forms belonging to a verb esp. in Sanskrit and the Semitic languages including the forms of the simple verb and various derivative sets of forms that typically add to the meaning of the simple verb a passive, reflexive, causative, intensive, frequentative, or desiderative meaning **4 a** : fusion of two gametes with ultimate union of their nuclei which is the common sexual process among the lower thallophytes resulting typically in formation of a thick-walled zygote, being comparable to fertilization in higher forms though male and female are not usu. recognizable, and similarly producing a genetically distinct new generation **b** : temporary cytoplasmic union in pairs of ciliated protozoa accompanied by complex nuclear phenomena comparable to meiosis and fertilization and resulting in two individuals with new genetic constitutions **5** *chem* : the state of being conjugated (sense 2b)

**con·ju·ga·tion·al** \,känjə'gāshən°l, -shnəl\ *adj* : of or relating to conjugation — **con·ju·ga·tion·al·ly** \-°lē, -əlē, |i\ *adv*

**conjugation canal** *n* : CONJUGATING TUBE

**conjugation cell** *n* : GAMETE

**con·ju·ga·tive** \'känjə,gād·iv\ *adj* : relating to, tending to, or characterized by conjugation

**con·ju·gi·al** \kən'jügēəl\ *adj* [L *conjugialis*, fr. *conjugium* marriage (fr. *conjug-, conjux* husband, wife) + *-alis* -ial — more at CONJUGAL] : MATRIMONIAL — used to distinguish the Swedenborgian conception of marriage as a spiritual union

[1]**con·junct** \kən'jəŋ(k)t, (')kän¦j-\ *adj* [ME, fr. L *conjunctus*, past part. of *conjungere* to join together — more at CONJOIN] **1** : JOINED, UNITED : bound together ⟨folk tunes and texts independent or ~⟩ ⟨man . . . feels himself to be ~ with a social group —Rufus Jones⟩ **2** : belonging to, made up of, or effected by combined elements or persons : JOINT ⟨Sicily was reduced in . . . 1806 by a brilliant ~ operation —P.G. Mackesy⟩ **3** : being so related to a person (as an insolvent) as to be legally incompetent to act as witness or judge in matters affecting him **4** *in Irish and Welsh verb inflection* : belonging to or characteristic of a verb that is preceded by any of several particles or compounded with a preverb ⟨the ~ form⟩ ⟨a ~ ending⟩ — opposed to *absolute* **5** *music* : relating to diatonic motion — contrasted with *disjunct*

[2]**con·junct** \'kän,j-\ *n* -S **1** : a person or thing joined or associated with another **2 a** : CONJUNCTURE **2 b** *logic* (1) : a component of a conjunction (2) : CONJUNCTION 7

**conjunct degrees** *n pl* : adjacent successive tones of the musical scale

**con·junc·tion** \kən'jəŋ(k)shən\ *n* -S [ME *conjunccioun*, fr. MF *conjonction*, fr. L *conjunction-, conjunctio*, fr. *conjunctus* + *-ion-, -io* -ion] **1** : the act of conjoining or state of being conjoined : UNION, ASSOCIATION, COMBINATION ⟨things not normally seen in ~⟩ ⟨the view that cause is constant ~ —E.H. Madden⟩ **2** : an instance of conjoining or coming together : UNION, ASSOCIATION ⟨quartering . . . was the normal way of indicting a ~ of lordships —A.R.Wagner⟩ **3** : occurrence together : concurrence esp. of events or routes ⟨from the state line route 17 proceeds in ~ with route 6 for a few miles⟩ **4** *obs* : sexual union : union in wedlock **5 a** : the apparent meeting or passing of two or more celestial bodies in the same degree of the zodiac **b** : a configuration in which two celestial bodies have their least apparent separation ⟨a ~ of Mars and Jupiter⟩ — compare OPPOSITION; see CONFIGURATION illustration **6** : a linguistic form (as an uninflected word) that joins together words or word groups such as sentences (as *but* in "He tried, But he failed"), clauses (as *if* in "I'll go if you will"), phrases (as *and* in "over the river and through the woods"), words (as *or* in "first or last"), or a word and a phrase (as *and* in "my brother and I") **7** *logic* **a** : a statement that is true only if both its components are true — called also *joint assertion* **b** : the binary connective used in logic **c** : the logical operation of forming a conjunction

**con·junc·tion·al** \-shən°l,-shnəl\ *adj* : of or relating to or of the nature of conjunction or a conjunction — **con·junc·tion·al·ly** \-°l|ē,-əl|ē, |i\ *adv*

**con·junc·ti·va** \,kän,jəŋk'tīvə, -tēvə; kən'jəŋ(k)təvə\ *n, pl* **conjunctivas** \-vəz\ *or* **conjuncti·vae** \-ī,vē, -ē,vī, -ə,vē, -ə,vī\ [NL, fr. LL, fem. of *conjunctivus*] **1** : the mucous membrane that lines the inner surface of the eyelids and is continued over the forepart of the eyeball covering part of the sclerotic coat and forming epithelium over the cornea — see EYE illustration **2** : the flexible usu. infolded and membranous suture between adjoining segments of an insect's body or appendages — **con·junc·ti·val** \¦kän,jəŋk¦tīvəl, -tēv-; kən'jəŋ(k)təv-\ *adj*

[1]**con·junc·tive** \kən'jəŋ(k)tiv, -tēv *also* -təv\ *adj* [LL *conjunctivus*, fr. L *conjunctus* + *-ivus* -ive — more at CONJUNCT] **1** : CONJOINING, CONNECTING, CONNECTIVE ⟨~ forces in society⟩ **2** : CONJOINED, CONJUNCT : done or existing in conjunction ⟨the ~ operation of several independent factors⟩ **3 a** : being a conjunction (sense 6) ⟨a ~ particle⟩ **b** : functioning like a conjunction; *specif* : connecting the sentence or main clause in which it occurs with the preceding one and qualifying the whole sentence or clause in which it occurs rather than any single word or phrase in it ⟨~ adverbs such as *hence, yet, so, consequently, however*⟩ **4** *of the mood of a verb* : SUBJUNCTIVE **5** *of a conjunction* : COPULATIVE 1a **6** *of a pronoun form* : unstressed and closely attached to the verb as an enclitic or proclitic ⟨French *me, le, te, se* are ~⟩ — contrasted with *disjunctive* — **con·junc·tive·ly** \-təvlē, -li\ *adv*

[2]**conjunctive** \"\ *n* -S : something conjunctive: as **a** (1) : CONJUNCTION 7 (2) : the connective in a conjunction **b** (1) : CONJUNCTION 6 : a word (as *moreover* in "I don't know, moreover I don't care") or word group (as the phrase *in case* in "take your umbrella in case it should rain") functioning like a conjunction (2) : a copulative conjunction (3) : the conjunctive mood of a language or a form in it

**conjunctive legacy** *n* : a legacy awarding under Roman law the same thing to two or more persons in one dispositive clause and giving each colegatee the right of increasing his share proportionately to his interest if the share of any other colegatee lapses or becomes vacant before it vests — distinguished from *disjunctive legacy*

**conjunctive tissue** *n* : sometimes lignified parenchymatous ground tissue in which the vascular bundles are embedded in certain dicotyledons (as the beet) and in those monocotyledons in which secondary thickening occurs

**con·junc·ti·vi·tis** \kən,jəŋ(k)tə'vīd·əs, -ītəs\ *n* -ES [NL, fr. *conjunctiva* + *-itis*] : inflammation of the conjunctiva

**conjunct motion** *or* **conjunct progression** *n* : melodic movement by scale intervals

**conjuncts** *pl of* CONJUNCT

**conjunct system** *n* : a diatonic series of tones in Greek music comprising three conjunct tetrachords

**conjunct tetrachords** *n pl* : two adjacent tetrachords in which the highest note of one is the same as the lowest note of the other

**con·junc·ture** \kən'jəŋ(k)chə(r), -)sh-\ *n* -S [F *conjoncture*, fr. ML *conjunctura*, fr. L *conjunctus* + *-ura* -ure] **1** : CONJUNCTION, UNION, COMBINATION ⟨the ~ of realism with idealism —Frank Swinnerton⟩ **2** : a combination or complication (as of circumstances or events) esp. producing a crisis or critical point : JUNCTURE ⟨~s that arise out of the circumstances of the industrial system at large —Thorstein Veblen⟩

**con·ju·ra·tion** \,känjə'rāshən\ *n* -S [ME *conjuracioun*, fr. MF & L; MF *conjuration* constraining of spirits or devils, fr. L *conjuration-, conjuratio* conspiracy, fr. *conjuratus* (past part. of *conjurare*) + *-ion-, -io* -ion] **1** *archaic* **a** : a swearing together : a league by a common oath (as for a criminal purpose) **b** : CONSPIRACY **2** : a constraining of spirits or devils by invocation of a sacred name or by a spell : INCANTATION **3 a** : a magic expression used in conjuring : CHARM, SPELL **b** : a conjuring trick **4** : the act of charging or calling upon in a sacred name or in a solemn manner usu. by appealing to something binding (as an oath) : a solemn appeal : ADJURATION

[1]**con·jure** *in senses vt 2 & vi 2* 'känjə(r) *also* 'kən-; *in other senses* kən'jù(ə)r *or* -ùə\ *vb* **conjured; conjured; conjuring** \'känj(ə)riŋ, 'kən-; kən'jùr-\ **conjures** [ME *conjuren*, fr. OF *conjurer*, fr. L *conjurare* to swear together, conspire, fr. *com-* + *jurare* to swear — more at JURY] *vt* **1 a** *obs* : to call on or charge in a solemn manner (as by invoking a sacred name) **b** : to entreat earnestly or solemnly : IMPLORE, BESEECH ⟨I ~ you . . . to weigh my case well —Sheridan Le Fanu⟩ **2 a** : to summon or constrain (as a spirit or a devil) to appear or to obey one by invoking a spell or a sacred name **b** (1) : to affect or effect by or as if by magic : call forth or send away by magic arts : excite, bring about, get, or convey as if by magic : create in reality or to the imagination as if by magic — often used with *up* ⟨~ up an image⟩ (2) : INVENT, CONTRIVE ⟨you've conjured up some scheme to get us safely away —T.B.Costain⟩ ~ *vi* **1** *obs* : to swear together : CONSPIRE ⟨when those gainst states and kingdoms do ~ —Edmund Spenser⟩ **2 a** : to summon a devil or spirit to appear or obey one by invoking a sacred name or by some spell **b** : to practice magical arts : CHARM ⟨prayed and *conjured*, but all was useless —Herman Melville⟩ **c** : to use a conjurer's tricks : JUGGLE

[2]**con·jure** \'känjə(r) *also* 'kən-\ *adj* **1** *of a person* : practicing magic, esp. voodoo **2** *of a thing* : used in the practice of magic, esp. voodoo ⟨~ ball⟩ ⟨~ bag⟩

**con·jur·er** *or* **con·ju·ror** \'känjərə(r), -j(ə)rə *also* 'kən-\ *n* -S [*conjurer* fr. ME *conjurere*, fr. *conjuren* to conjure + *-ere* -er; *conjuror* fr. ME *conjerour*, fr. *conjeren, conjuren* + *-our* -or] **1** : one that practices magic arts : one that pretends to act by the aid of supernatural power : WIZARD **2** : one that performs feats of legerdemain and illusion : MAGICIAN, JUGGLER

**con·jury** \'känj(ə)rē, -ri *also* 'kən-\ *n* -ES [*conjure* + *-y*] : the practice of magic : CONJURING

[1]**conk** \'käŋk, 'kȯŋk\ *n* -S [prob. alter. of *conch*] **1** *slang* : NOSE **2** *slang* : HEAD

[2]**conk** \"\ *vt* -ED/-ING/-S *slang* : to hit esp. on the head : knock out

[3]**conk** \"\ *n* -S [by alter.] : CONCH 3

[4]**conk** \"\ *n* -S [prob. alter. of *conch*] **1** : the visible fruiting body of a tree fungus : BRACKET 3c **2** : the decay in the wood of living trees caused by a fungus — **conky** \-kē,-ki\ *adj*

[5]**conk** \"\ *vi* -ED/-ING/-S [prob. imit.] **1** : to break down : STALL, FAIL — used esp. of an engine or motor and usu. with *out* **2 a** : to lose consciousness : FAINT — usu. used with *out* ⟨~*ed* out from hunger and lack of sleep⟩ **b** : to go to sleep — usu. used with *off* or *out* ⟨go upstairs and ~ off⟩ **c** : DIE — often used with *out* ⟨caught pneumonia and almost ~*ed* out⟩

**conk·a·nee hemp** \'käŋkənē-\ *n* [prob. irreg. fr. *Konkan*, coast region of Bombay state, India] : SUNN

[1]**conk·er** \'käŋkə(r), 'kȯŋ-\ *n* -S [*conch* + *-er* (influenced by *conquer*)] **1 conkers** *pl* : a game popular in England in which each player swings a horse chestnut or orig. a snail shell threaded on a string to try to break one held by his opponent **2** : a horse chestnut or snail shell esp. when used in conkers

[2]**conker** *var of* KUNKUR

**conky** \-kē\ *n* -ES [[1]*conk* + *-y*] *slang* : a person having a large or prominent nose

**con mae·stà** \,kän,mī'stä, ¦kȯn,mä,e'stä, ¦ōn-\ *adv* [It] : with majesty — used as a direction in music

**con man** \'kän,man, -maa(ə)n\ *n* [by shortening] : a confidence man

**con mo·to** \kän'mō,tō, kōn-\ *adv* [It, with movement] : with movement : SPIRITEDLY — used as a direction in music

[1]**conn** *also* **con** \'kän\ *vt* -ED/-ING/-S [alter. of *cond*, prob. taken as past tense] : to conduct or superintend the steering of (a ship or airplane) : watch the course of (a ship) and direct the helmsman how to steer

[2]**conn** \"\ *n* -S : the control exercised by one who guides or directs the movements of a ship

**conn** *abbr* **1** connected; connection **2** connotation; connotative

**con·nach** \'känək\ *vt* -ED/-ING/-S [ScGael *conach* murrain; akin to IrGael, murrain, rabies, rage] *Scot* : SPOIL, WASTE

**con·nacht** *also* **con·naught** \'kä(,)nȯt\ *adj, usu cap* [fr. *Connacht* or *Connaught*, Ireland] : of or from the province of Connacht, Ireland : of the kind or style prevalent in Connacht

**con·na·ra·ce·ae** \,känə'rāsē,ē\ *n pl, cap* [NL, fr. *Connarus*, type genus + *-aceae*] : a family of mostly tropical climbing shrubs or small trees (order Rosales) closely related to the Leguminosae but lacking stipules — **con·na·ra·ceous** \¦~¦rāshəs\ *adj*

**con·na·rite** *also* **con·a·rite** \'känə,rīt\ *n* -S [ISV *connar-, conar-* (fr. Gk *konnaros*) + *-ite*; orig. formed as G *konarit*] : a mineral consisting of hydrous nickel silicate occurring as small green crystals or grains

**con·na·rus** \'känərəs\ *n, cap* [NL, fr. Gk *konnaros*, a kind of prickly evergreen (perh. the Christ's-thorn *Paliurus spina-christi*)] : a large genus (the type of the family Connaraceae) of tropical shrubs or trees bearing indehiscent one-seeded pods — see ZEBRAWOOD

**con·na·tal** \(')kä¦nād·°l, kə'n-, -āt°l\ *adj* [*connate* + *-al*] : CONGENITAL — **con·na·tal·ly** \-ād·°lē, -āt°lē\ *adv*

**con·nate** \(')kä¦nāt, kə'nāt, *usu* -ād·+V\ *adj* [LL *connatus*, past part. of *connasci* to be born together, fr. L *com-* + *nasci* to be born — more at NATION] **1** : CONGENITAL, INNATE, INBORN ⟨~ ideas⟩ **2** : agreeing in nature : AKIN, ALLIED, COGNATE, CONGENIAL ⟨~ spirits⟩ **3** : born, produced, or originated together ⟨~ qualities⟩ **4** *biol* **a** : congenitally united ⟨~ leaves⟩ **b** : firmly united : FUSED ⟨~ bones⟩ — distinguished from *connivent*; compare ADNATE **5** *geol* : entrapped in sediments at the time of their deposition : originating at the same time as adjacent or intermingled materials ⟨~ water⟩ — **con·nate·ly** *adv*

**con·na·tion** \(')kä¦nāshən, kə'n-\ *n* -S : congenital union

**con·na·tive** \(')kä¦nād·iv, kə'n-, -ātiv\ *adj, obs* : CONNATE

**con·natural** \(')kä, kə+\ *adj* [ML *connaturalis*, fr. L *com-* + *naturalis* natural — more at NATURAL] **1** : connected by nature : INBORN, INHERENT, NATURAL ⟨man's ~ sense of the good⟩ **2** : of the same nature : ALLIED, COGNATE ⟨and mix with our ~ dust —John Milton⟩ **3** *obs* : SUITABLE, CONGENIAL — **con·naturality** \"+\ *n* -ES — **con·naturally** \"+\ *adv*

**con·nect** \kə'nekt\ *vb* -ED/-ING/-S [L *connectere, conectere*, fr. *com-, co-* + *nectere* to bind — more at ANNEX] *vt* **1** : to join, fasten, or link together usu. by means of something intervening ⟨a bus line ~s the two towns⟩ ⟨~ a garden hose to the faucet⟩ ⟨the ties that ~*ed* new Europe to old —Stringfellow Barr⟩ **2** : to place or establish in any of various intangible relationships (as association in thought or logic, the relationship of follower, official, or employee, or a relationship of things similar in purpose, motivation, configuration, or substance) ⟨~ his success with hard work and study⟩ ⟨~ himself with a radical school of painters⟩ ⟨she could not ~ his mother's meanness with the magnitude of what had happened —Louis Auchincloss⟩ ⟨the emphasis on the subjective expression of the art of the mentally ill which ~s it with certain tendencies of modern art —H.S.Langfeld⟩ ⟨the marriage of the children ~*ed* the two families⟩ ~ *vi* **1 a** : JOIN, UNITE ⟨one room ~s with the other by means of a hallway⟩; *also* : ADJOIN **b** : to have a relationship ⟨his character seems at first not to ~ with his painting —A.M.Daintrey⟩ **2 a** *of a means of transportation* : to meet for the transference of passengers ⟨the New York and Boston trains ~ at Albany⟩ **b** *of a passenger* : to transfer esp. from one train or bus to another that covers a different part of one's route — used with *with* ⟨to ~ with the Chicago train in St. Louis⟩ **3** : to hit solidly or successfully ⟨~ for a double⟩ ⟨~ with a knockout punch⟩; *esp* : to hit a home run **syn** see JOIN

**connected** *adj* **1** : joined or linked together ⟨a ~ series⟩ **2** : having the parts or elements logically related ⟨a ~ view of the problem⟩ or continuous ⟨~ reading from the great authors⟩ **3** : related by blood or marriage ⟨a well-*connected* Edinburgh family —Rosemary Benét⟩ ⟨a well-*connected* Marylander — it was supposed that his grandfather was the younger brother of the Earl of Wemyss —Van Wyck Brooks⟩ **4** *chess* **a** *of pawns* : on adjacent squares **b** *of rooks* : mutually supported (as on an empty rank) — **con·nect·ed·ly** *adv* — **con·nect·ed·ness** *n* -ES

**connected load** *n* : the total electric power-consuming rating of all devices (as lamps or motors) connected to a distribution system

[illegible] *usu cap* : an Eleatic philosopher

[illegible]-ə,sizəm\ *n* -s *usu cap* : Eleatic doctrine

[illegible] electric; electrical; electrician; electricity; electrified

[illegible]pane \,eləkam'pān, -kəm-, -lē(,)-; -'kam,pān\ *n* -s [illegible] *campana*, fr. ML *enula campana*, lit., field inula, fr. [illegible] (alter. of L *inula* elecampane) + *campana*, fem. of [illegible] the field, fr. L *campus* field + -*anus* -an — more at [illegible] : a large coarse European herb (*Inula helenium*) [illegible] yellow ray flowers and being naturalized in the U.S.

[illegible] *sometimes* 'ē,l-\ *adj* [ME, fr. LL & L [illegible] chosen of God, fr. L, choice, excellent, selected, fr. [illegible] *eligere*] **1** : chosen esp. by preference or for [illegible] carefully selected : EXCLUSIVE, CHOICE ⟨con-[illegible] themselves a very ~ group⟩ **2 a** : chosen for office or [illegible] but not yet installed — usu. used after the noun ⟨[illegible] (delegate-elect)⟩ **b** : chosen for marriage at [illegible] future time to a specified person ⟨bride-*elect*⟩ **3** : chosen [illegible] object of divine mercy or favor : set apart for eternal life [illegible] theology ⟨to ~ souls a Redeemer comes down who [illegible] secret knowledge —W.F.Howard⟩

[illegible] *n*, *pl* **elect** [ME, fr. LL & L *electus*, adj. & n.] [illegible] chosen or set apart: **a** : one chosen by God as the object [illegible] favor ⟨the emperor was the ~ of God —R.M. [illegible]⟩ ⟨they were of the ~, those chosen by God —J.C. [illegible]⟩ **b** : a select or exclusive group of people ⟨her status [illegible] from that of "outsider" to one of the ~ when her [illegible] discovered that she could sing F above high C [illegible] Blog.⟩

[illegible]-ED/-ING/-s [ME *electen*, fr. L *electus*, past part. [illegible] to pick out, choose, select, fr. *e-* + -*ligere* (fr. *legere* [illegible] pick out, choose) — more at LEGEND] *vt* **1** : to make [illegible] CHOOSE ⟨having ~*ed* deliberately . . . that stern [illegible] weather —William Faulkner⟩ ⟨concentrators in [illegible] sciences ~ either geology or geography —*Official* [illegible] Harvard Univ.⟩ **2** : to choose (a person) for [illegible] position, or membership ⟨~ a chairman⟩ ⟨~ a [illegible] member of a board⟩; *esp* : to select (a person) for [illegible] office by vote ⟨~ the president of the U.S.⟩ **3** : to [illegible] course of action) esp. by preference : decide upon [illegible] as a preferable fate —*Sydney (Australia) Bull.*⟩ [illegible] the opening kickoff and ~*ed* to punt —Harry Molter⟩ [illegible] designate or choose as an object of divine mercy or favor [illegible] argued that the true Church is made up only of those [illegible] God —K.S.Latourette⟩ ~ *vi* : to make a selection [illegible] what is worse still is the power of the big company [illegible] the individual as capriciously as it ~*s* —Robert [illegible] **syn** see DESIGNATE

[illegible] electric; electrical; electrician; electricity **2** elec-[illegible]

[illegible] \ə'lekshən, ē'-\ *n* -s [ME *eleccioun*, fr. MF *election*, fr. [illegible] *election-*, *electio* election to divine favor, fr. L, [illegible] election, fr. *electus* (past part. of *eligere* to pick out, [illegible] -*ion*, -*io* -ion] **1 a** : the act or process of electing [illegible] the faculty of ~, or the power of free choice —Frank [illegible] income-tax system is replete with ~*s* —*Jour. of* [illegible]⟩ **b** : the act or process of choosing a person [illegible] office, position, or membership by voting ⟨they had an ~ [illegible]⟩ **c** : an instance of the electorate's exercising its [illegible] ⟨the ~ of 1936 was rather uneventful⟩ **d** : divine [illegible] predestination of individuals as objects of [illegible] mercy and salvation **e** : the choice of an astrologically [illegible] time **f** : the selection of a site for or method of [illegible] **2** : the fact or status of being elected ⟨an open con-[illegible] to ratify his ~ to party chief —*Time*⟩ **syn** see [illegible]

[illegible] cake *n* : a fruitcake usu. made of bread dough, [illegible] sugar, eggs, and butter and baked in a bread pan

[illegible] day *n* : a day legally established for the election of [illegible] officials; *specif*, *often cap E&D* : the first Tuesday after [illegible] first Monday in November in an even year designated for [illegible] national elections in the U.S. and observed as a legal holiday [illegible] states

[illegible] district *n* **1 a** : a district that is created for the ad-[illegible] ministration of elections (all party organization rests ulti-[illegible] upon the "unit cell" of the precinct or *election district* [illegible] Sayre⟩ **b** : PRECINCT 1c **2** : a political division of a [illegible] certain states (as Alabama, Florida, Wyoming) in the [illegible] compare JUDICIAL TOWNSHIP

[illegible]eer \ə,lekshə'ni(ə)r, ē,l-\ *vi* -ED/-ING/-s [*election* + [illegible] in *auctioneer*, v.)] : to take an active part in an election [illegible] as **a** : to campaign for one's own election ⟨the [illegible] ~*ed* vigorously in his opponent's home county⟩ [illegible] to sway public opinion esp. by the use of propaganda [illegible] amateur ~*ing* all over the country —*New Republic*⟩ [illegible] public feeling for ~*ing* purposes or to launch smear [illegible] —A.B.Norman⟩

[illegible]eer \"\ *n* -s : one who electioneers

[illegible] pink *n* : PINKTER FLOWER

[illegible] posies *n pl* : INDIAN PAINTBRUSH

[illegible]tive \ə'lektiv, -tēv *also* -təv\ *adj* [MF & ML; MF *electif*, [illegible] *electivus*, fr. L *electus* (past part. of *eligere* to pick out, [illegible] -*ivus* -ive — more at ELECT] **1 a** (1) : chosen by [illegible] election ⟨an ~ legislature⟩ (2) : assigned or filled by [illegible] election ⟨first ~ position was as county probate judge [illegible] Blog.⟩ **b** : of or relating to election ⟨all other ~ [illegible] can only be exercised by the General Assembly [illegible] Weinschel⟩ ⟨the ~ franchise⟩ **c** : based on the right [illegible] principle of election ⟨governments may be described . . . as [illegible] hereditary or ~ —F.L.Windolph⟩ **2** : that may be [illegible] permitting a choice (as between alternatives) ⟨a law [illegible] the employer is allowed to accept or reject the act [illegible] Miller⟩ : OPTIONAL ⟨for the other half day ~ courses [illegible] followed in heterogeneous groups — music, art . . . and [illegible] education —Elise Martens⟩ **3 a** : tending to oper-[illegible] one substance rather than another ⟨~ fermentation⟩ [illegible] absorption⟩ ⟨~ attraction⟩ **b** : tending toward one object [illegible] than another : sympathetically inclined toward ⟨we [illegible] lack . . . an ~ affinity with that book —Norman [illegible]⟩ — **elec·tive·ly** \-tə̇vlē, -li\ *adv* — **elec·tive·ness** [illegible] *also* -təv-\ *n* -ES

[illegible]tive \"\ *n* -s : an elective course or subject (as in a college [illegible]) ⟨in the late seventies, when I was an undergradu-[illegible] were still unknown in the smaller New England [illegible] —John Dewey⟩ ⟨his ~*s* included English 136 and [illegible] 101⟩

[illegible]tor \ə'lekt(ə)r *also* -,tō(ə)r *or* -,tȯ(ə)\ *n* -s [ME *electour*, fr. [illegible] *electeur*, fr. L *elector* one that chooses, fr. *electus* (past [illegible] *eligere* to pick out, choose) + -*or*] : one who is en-[illegible] to vote esp. in a political election ⟨the numerous un-[illegible] ~*s* who cast ballots in response to superficial and [illegible] appeals —Alexander Brady⟩: as **a** [MF or ML; [illegible] *electeur*, fr. ML *elector*, fr. L, one that chooses] : one of [illegible] princes entitled to take part in choosing the sov-[illegible] head of the Holy Roman Empire ⟨the ~ of Hanover⟩ [illegible] member of the electoral college that elects the president [illegible] vice-president of the U.S. ⟨in 1860 he was presidential ~ [illegible] Douglas ticket —H.E.Nettles⟩

[illegible] \ə'lekt(ə)rəl, ē-, +,|lek|tōr-, +-;'tȯr-\ *adj* **1** : be-[illegible] to or holding rank as a German elector ⟨the vendors [illegible] ~ Saxony —R.H.Bainton⟩ **2 a** : of or relating [illegible] elector ⟨an ~ district⟩ ⟨the ~ vote⟩ **b** : of or relating to [illegible] ⟨the ~ system was modified through the Twelfth [illegible] Amendment —W.S.Sayre⟩

**[illegible]toral college** *n*, *sometimes cap E&C* : a body of electors [illegible] Prussian house of Representatives was chosen by elec-[illegible] colleges —A.Magruder⟩; *esp* : the group of presidential [illegible] representing the states in the U.S. ⟨the *Electoral* [illegible] is composed of as many representatives as there are [illegible] and representatives in Congress —*Voter's Guide*⟩

[illegible]al·ly \-rəlē, -li\ *adv* : in a manner relating to or in-[illegible] electors or elections

[illegible]ate \ə'lekt(ə)rə̇t, ē-, *sometimes* -tə,rāt; *usu* |d·+V\ [illegible] *electorat*, fr. ML *elector* + F -*at* -ate] **1** : the territory, [illegible], or dignity of a German elector **2** : a body of [illegible] entitled to vote ⟨the president appealed directly to the [illegible]⟩

[illegible]ri·al \ə,lek'tōrēəl, ē,-, ,ē,*e*|*e*-, -tȯr-\ *adj* : ELECTORAL

[illegible] or **electro-** *comb form* [NL *electr-*, fr. L *electrum* [illegible]] **1 a** : electricity ⟨*electrometer*⟩ **b** : electric ⟨*electrize*⟩ ⟨*electromagnet*⟩ : electric and ⟨*electromedical*⟩ : electrically ⟨*electropositive*⟩ **2** : electrolytic ⟨*electroanalysis*⟩ **3** : electro-magnetic ⟨*electrochronograph*⟩ **4** : electron ⟨*electrophilic*⟩

**elec·tra complex** \ə'lektrə-, ē'\ *n*, *usu cap E* [after *Electra*, Greek mythological personage who urged her brother Orestes to slay their mother Clytemnestra in revenge for her murder of their father Agamemnon, fr. L, fr. Gk *Ēlektra*] : the female counterpart of the Oedipus complex

**elec·tress** \-rə̇s\ *n* -ES [fr. earlier *electoress*, fr. *elector* + -*ess*] : the wife or widow of a German elector

**elec·tret** \-rə̇t\ *n* -s [*electricity* + *magnet*] **1** : a dielectric body in which a permanent state of electric polarization has been set up **2** : the material of which an electret is composed

**¹elec·tric** \ə'lektrik, ē'-, -rēk\ *or* **elec·tri·cal** \-rə̇kəl, -rēk-\ *adj* [NL *electricus* produced from amber by friction, electric, fr. ML, of amber, fr. L *electrum* amber, alloy of gold and silver (fr. Gk *ēlektron*) + -*icus* -ic, -ical; akin to Gk *ēlektōr* beaming sun, Skt *ulkā* fiery phenomenon in the sky, meteor] **1 a** : of, relating to, or produced by electricity ⟨~ supply⟩ ⟨~ output⟩ ⟨*electrical* industry⟩ ⟨*electrical* shock⟩ **b** : of, relating to, or produced by a method of reproducing sound in which the cutting stylus is electrically vibrated — compare ACOUSTIC 3a(2) **2 a** : operated by an electric motor ⟨an ~ refrigerator⟩ **b** : heated by an electric current ⟨an ~ stove⟩ **c** : charged by an electric potential **3** : charged with or as if with an electric current ⟨black hair . . . which went out in all directions in a wild, ~ way —R.P.Warren⟩; *esp* : marked by or producing intense excitement ⟨when the people are Irishmen and the town is Dublin, the possibilities are fairly ~ —Harry Levin⟩ ⟨a part in which she gave an ~ performance —Brooks Atkinson⟩ ⟨the effect upon the jurors was *electrical* —Erle Stanley Gardner⟩ ⟨two hours later, before an audience ~ with expectation, the President began his speech —*N.Y. Times*⟩ — **elec·tri·cal·ly** \-rə̇k(ə)lē, -rēk-, -li\ *adv*

**²electric** \"\ *n* -s **1** *archaic* : a nonconductor of electricity (as amber, glass, resin) used to excite or accumulate electricity **2** [*electric (lamp)* or *electric (light)*] : an electric light — usu. used in pl. ⟨the church was lit with little ~*s* —Richard Llewellyn⟩ **3** : an electrically operated vehicle: **a** [*electric (motorcar)*] : an electric automobile ⟨nice old ladies driving down . . . Broad Street in their elegant Baker ~*s* —James Thurber⟩ **b** [*electric (railway)*] : an electric train or streetcar ⟨~*s* and diesels do not have side rods —John Page⟩ **4** *dial* : ELECTRICITY **5** *or* **electric blue** *or* **electric green** : a grayish blue that is greener and deeper than copenhagen, Saxe blue, or old china, redder and deeper than Gobelin, and greener and duller than Quimper

**electrical degree** *n* **1** : one 360th of a cycle of an alternating current **2** : one 360th of the angle subtended at the axis of an alternating current by two consecutive field poles of like polarity

**electrical drainage** *n* : diversion of electric currents from underground pipes to prevent damage by electrolysis

**electrical engineer** *n* : one trained in electrical engineering

**electrical engineering** *n* : a branch of engineering that deals with the practical application of electricity esp. as related to communications, the distribution of power, and the design and operation of machinery and equipment

**electrical interlock** *n* : an interlock operating by the combined action of mechanical and electrical means

**electrical precipitation** *n* : ELECTROSTATIC PRECIPITATION

**electrical sheet** *n* : flat-rolled silicon steel used in electric motors, generators, and transformers

**electrical storm** *var of* ELECTRIC STORM

**electrical transcription** *n* **1** : a phonograph record esp. designed for use in radiobroadcasting **2** : a radio program broadcast from an electrical transcription

**electric board** *n* : a hard fiberboard used (as in electric switches) for insulation

**electric brain** *n* : COMPUTER a

**electric calamine** *n* [so called fr. its strong pyroelectric properties] : HEMIMORPHITE

**electric catfish** *n* : a catfish (*Malapterurus electricus*) of northern and tropical Africa attaining a length of about 30 inches and having an electric organ of epidermal origin capable of giving a strong shock — called also *raad*

**electric cell** *n* : CELL 6

**electric chair** *n* **1** : a chair used in carrying out the death penalty by electrocution **2** : the penalty of death by electrocution

**electric charge** *n* : a definite quantity of electricity, either negative or positive, usu. regarded as a more or less localized population of electrons separated or considered separately from their corresponding protons or vice versa : the quantity of electricity held by a body and construed as an excess or deficiency of electrons

**electric clock** *n* : any of various clocks operated by electricity: **a** : a clock having a spring or weighted arm that is wound at regular intervals by an electric motor **b** : a clock whose pendulum is kept in vibration by electromagnetic impulse **c** : one of a system of electrically operated clocks consisting of a master clock and a number of sympathetic clocks **d** : a clock connected with an electromagnetic recording apparatus **e** : a clock having neither pendulum nor balance, consisting simply of a small alternating-current motor that drives the clock hands through a reducing train of gearing, and telling time by current controlled at the generator to a definite rate of alternations per second

**electric current** *n* : a movement of positive or negative electric particles (as electrons) accompanied by such observable effects as the production of heat, of a magnetic field, or of chemical transformations — compare ALTERNATING CURRENT, DIRECT CURRENT, DISPLACEMENT CURRENT

**electric displacement** *n* : DISPLACEMENT 3a

**electric double layer** *n* : a region existing at the boundary of two phases and assumed to consist of two oppositely charged layers (as a layer of negative ions adsorbed on colloidal particles that attracts a layer of positive ions in the surrounding electrolytic solution) — called also *Helmholtz double layer*

**electric ear** *n* **1** : a microphone with accessories adapted to the measurement of sound intensity **2** : an apparatus resembling an electric ear used for the automatic control of machinery

**electric eel** *n* : an eel-shaped cyprinoid fish (*Electrophorus electricus*) of the rivers of the Orinoco and Amazon basins often attaining a length of six feet and said to disable large animals by its shocks produced by electric organs that consist of modified muscle tissue situated along the ventral part of the body

**electric eraser** *n* : a hand-sized machine with an erasing head driven by an electric motor used esp. in drafting and library work

**electric eye** *n* **1** : a photoelectric cell with accessories adapted to the automatic performance of a process (as color selection or lighting control) **2** : a miniature cathode-ray tube that indicates determination of a condition (as the proper tuning of a radio receiver) — called also *electron-ray tube*

**electric fence** *n* : a wire fence electrically charged to give animals touching it a slight warning shock

**electric field** *n* : a region established by the proximity of electric charges or the variation of surrounding magnetic intensity resulting in the application of mechanical force to an electric charge introduced into the region, the direction of the field at any point being that of the force on a small positive charge placed at that point — compare ELECTRIC INTENSITY

**electric fire** *n*, *Brit* : a small electric space heater for rooms

**electric fish** *n* : any of several fishes (as the electric eel, electric catfish, electric ray) able to communicate an electric shock by means of special organs

**electric fluid** *n* : a hypothetical imponderable fluid to the presence of which electrical phenomena were formerly attributed — compare EFFLUVIUM 1b

**electric furnace** *n* : a furnace that is heated usu. to very high temperatures by an electric current and used esp. in industry for fusing alloys and refractory materials — see ARC FURNACE, INDUCTION FURNACE

**electric green** *n* : ELECTRIC 5

**electric guitar** *n* : a guitar whose tone is magnified electrically by a microphone or pickup device that is built into the instrument or attached externally, by an audio-frequency amplifier, and by a loudspeaker, the volume and resonance being controlled by the player

**electric hammer** *n* : an electrically driven hammer used esp. in riveting or caulking

**electric hygrometer** *n* : a hygrometer that utilizes changes in electrical resistance (as of a film of salt) to indicate changes in atmospheric humidity

**elec·tri·cian** \ə,lek'trishən, ē,l- *sometimes* ,ē,l-, *chiefly Brit* ,e,lek- *or* ,elik-\ *n* -s [*electr-* + -*ician* (as in *technician*)] **1** : a specialist in the field of electricity **2** : one who installs, maintains, operates, or repairs electrical equipment; *specif* : a warrant officer in the U.S. Navy whose specialty is supervision of the installation, maintenance, operation, and repair of electrical equipment

**electric intensity** *n* : the strength of an electric field at any point as measured by the force exerted upon a unit positive charge placed at that point

**electric iron** *n* : an electrically heated smoothing or pressing iron

**elec·tric·i·ty** \ə,lek'trisəd·|ē, ē,l-, -s(ə)t|ē, |i *sometimes* ,ē,l-, *chiefly Brit* ,e,lek- *or* ,elik-\ *n* -ES [NL *electricus* electric + E -*ity* — more at ELECTRIC] **1** : a fundamental entity of nature consisting of negative and positive kinds composed respectively of electrons and protons or possibly of electrons and positrons, usu. measured in electrostatic units (as the statcoulomb) or electromagnetic units (as the coulomb), observable in the attractions and repulsions of bodies electrified by friction and in certain natural phenomena (as lightning or the aurora borealis), and usu. utilized in the form of electric currents — see NEGATIVE ELECTRICITY, POSITIVE ELECTRICITY, STATIC ELECTRICITY **2** : a science that deals with the phenomena and laws of electricity **3** : a contagious feeling of keen excitement or inspiration : ENTHUSIASM ⟨you can feel the ~ in the crowd and the band —Bill Simon⟩ **4** : ELECTRIC CURRENT ⟨heating by ~⟩

**electric knife** *n* : an electrode in the form of a needle that simultaneously cuts and sears tissue

**electric lamp** *n* : a lamp in which electricity is the source of light — compare ARC LAMP, FLUORESCENT LAMP, INCANDESCENT LAMP, NEON LAMP, NERNST LAMP

**electric light** *n* : light produced by an electric lamp; *also* : ELECTRIC LAMP

**electric light bug** *n* [so called fr. the fact that adult bugs are often attracted by bright lights] : GIANT WATER BUG

**electric lobes** *n pl but sing or pl in constr*, *zool* : the part of the medulla of an electric ray that controls the electric organs

**electric lock** *n* : a device to prevent or restrict the movements of a lever, switch, or drawbridge unless the locking member is withdrawn by an electrical device

**electric locking** *n* : the locking by electricity of a railroad mechanism (as a signal or switch) to prevent a change which might endanger an approaching or passing train

**electric locomotive** *n* : an electrically operated locomotive that obtains electric power from an overhead wire, a third rail, or storage battery or that generates its own electric power — compare DIESEL-ELECTRIC LOCOMOTIVE, TURBINE-ELECTRIC LOCOMOTIVE

**electric log** *n* **1** : a device for determining the nature of geological strata (as in well digging) by electrical means usu. through resistivity measurements **2** : the record of tests made by an electric log — compare ¹LOG 3b(3)

**electric moment** *n* : the product of the distance between the centers of the charges composing an electric dipole and the magnitude of either charge

**electric organ** *n* **1** : a pipe organ with an electric action **2** : a specialized tract of tissue in which electricity is generated and which consists of closely packed prisms typically of modified muscle tissue separated by sheaths of connective tissue and abundantly supplied with nerves, each prism in turn being composed of many layers of disklike electroplaxes separated from one another by a layer of gelatinous material into which the nerve fibers enter and from which they are distributed to one surface of an adjacent electroplax

**electric oscillation** *n* : OSCILLATION 3

**electric pen** *n* : a hand pen for making stencils that consists essentially of a puncturing needle and a small magnetoelectric device for making it reciprocate

**electric plate** *n* : ELECTROPLAX

**electric potential** *n* : a quantity that in an electric field is roughly analogous to elevation or level in a gravity field and that is measured at any point by the potential energy of a unit positive charge placed at that point and reckoned with reference to some arbitrary zero of potential (as that at an infinite distance from all electric charges or for practical purposes that of the earth or any well-grounded conductor)

**electric railroad** *or* **electric railway** *n* : a railroad on which the trains are drawn by electric locomotives

**electric ray** *n* : any of numerous bottom-dwelling rays (family Torpedinidae) that are widely distributed in warm seas and have the anterior part of the body round and disklike, a short tail terminating in a rayed fin, and a pair of electric organs composed of modified pectoral muscles and occupying the lateral part of each side between the head and the pectoral fin: as **a** : a ray (*Tetranarce occidentalis*) of the eastern coast of No. America that attains a length of about five feet and is capable of giving a severe shock **b** : a somewhat smaller fish (*T. californica*) of the Pacific coast

**electric refrigeration** *n* : refrigeration by means of a compression machine driven by an electric motor

**electrics** *pl of* ELECTRIC

**electric seal** *n* : hare or rabbit fur clipped and dyed to simulate sealskin

**electric shock** *n* : ²SHOCK 5

**electric shocker** *n* : a device for stunning freshwater fishes by passing a current of electricity through the water of a stream or pond (as for collecting fishes for transport from one body of water to another or for studying fish population)

**electric shock therapy** *or* **electric shock treatment** *also* **electric shock** *or* **electric therapy** *n* : ELECTROSHOCK THERAPY

**electric shovel** *n* : a power shovel using electric power

**electric steel** *n* : steel refined in an electric furnace — called also *electrosteel*

**electric storm** *or* **electrical storm** *n* : a sudden and violent storm usu. accompanied by rain and characterized by electrical phenomena (as thunder and lightning) that often interfere with communications and electric light systems : THUNDERSTORM

**electric strength** *n* : DIELECTRIC STRENGTH

**electric switch** *n* : SWITCH 5

**electric tape** *n* : FRICTION TAPE

**electric torch** *n*, *Brit* : FLASHLIGHT d

**electric varnish** *n* : a varnish having good insulating properties

**electric wave** *n* **1** : ELECTROMAGNETIC WAVE **2** : a high-frequency alternating-current cycle considered as a wave propagated with definite velocity in a conductor

**elec·tri·fi·ca·tion** \ə,lektrəfə̇'kāshən, ē,-\ *n* -s : the act or process of electrifying or the state of being electrified: as **a** : the act or process of charging, equipping, or supplying with or operating by electricity or the state of being so charged, equipped, supplied, or operated ⟨the ~ of cloud droplets⟩ ⟨the ~ of rural areas⟩ ⟨the ~ of the railroads⟩ **b** : the act or process of markedly exciting or thrilling or the state of being markedly excited or thrilled ⟨the strange pure ecstasy was not a transient ~ —George Meredith⟩ ⟨his charm wrought a positive ~ of the audience⟩

**elec·tri·fi·er** \-,fī(ə)r, -īə\ *n* -s : one that electrifies

**elec·tri·fy** \-,fī\ *vt* -ED/-ING/-s [*electric* + -*fy*] **1** : to charge with electricity ⟨~ a glass rod⟩ **2** : to excite suddenly and markedly as if by an electric shock : startle, jar, or thrill into total attention or concern ⟨a hunger strike that *electrified* all Egypt —*Holiday*⟩ ⟨the boys cooked up a hair-raising piece of news . . . to ~ the girls —Dixon Wecter⟩ esp. pleasurably ⟨the blue-eyed girl whose silvery tones and immense vitality had *electrified* audiences —Alan Tomkins⟩ **3** : to equip, operate, or supply with electricity ⟨in Minnesota, where the number of *electrified* farms has risen . . . to 90 percent —A.E. Stevenson †1965⟩ ⟨there is waterpower enough to ~ the continent —Waldo Frank⟩

**elec·tro** \ə'lek(,)trō, e'-\ *n* -s [short for ¹*electrotype*] **1** : ELEC-

Case 1:05-cv-00048-SLR    Document 131-6    Filed 10/06/2006    Page 6 of 25

*[This page is a dense dictionary page containing entries from "venom" through "venture." The body text is set in extremely small print across three columns and is largely illegible at this resolution.]*

# EXHIBIT 13



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
p. cm.
Includes index.
ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe)
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1993
423—dc20
93-20206
CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3456RMcN93

ə-rə-'bi-lə-tē, ˌven-rə-\ n — ven·er·a·bly \-blē\ adv
·at·ing [L *veneratus*, pp. of *venerari*
re at WIN] (ca. 1623) 1 : to regard
lmiring deference 2 : to honor
t of devotion **syn** see REVERE

15c) 1 : respect or awe inspired by
r talent of a person 2 : the act
e that is venerated
*venerealle*, fr. L *venereus*, fr. *vener-*
: of or relating to sexual pleasure or
or contracted during sexual inter-
ating to, or affected with venereal
ng the genital organs ⟨~ sarcoma⟩
ontagious disease (as gonorrhea or
n sexual intercourse — compare STD
e, fr. MF, fr. *vener* to hunt, fr. L
1 : the art, act, or practice of hunt-
GAME
*ria*, fr. L *vener-*, *venus* sexual desire]
ence in sexual pleasure 2 : SEXUAL

'vē-\ n [NL *venae section-*, *vende*
: the operation of opening a vein for

] (1881) 1 : an ancient people in
.C. 2 : an ancient people in north-
: Romans
*Venetian* of Venice, Italy] (1770) : a
nerous horizontal slats that may be
l angles so as to vary the amount of

845) : often colored glassware made
ime metal and typically elaborately
ngraving)
thy hematite used as a pigment; *also*

*us* of the Veneti, fr. *Veneti*] (1902)
eti of Italy — see INDO-EUROPEAN

[ME, fr. MF *vengier*, fr. OF] (14c)

fr. OF, fr. *vengier* to avenge, fr. L
more at VINDICATE] (14c) : punish-
injury or offense : RETRIBUTION —
t force or vehemence 2 : to an ex-

ge revenge] (1586) : REVENGEFUL as
to gain vengeance — venge·ful·ly

internal combustion engine whose
forming an acute or right angle

fr. MF, fr. LL *venialis*, fr. L *venia*
*venus* love, charm — more at WIN]
ted : FORGIVABLE, PARDONABLE; *also*
r notice : EXCUSABLE ⟨~ faults⟩ —

latively slight or that is committed
and so according to Thomist theol-
nctifying grace — compare MORTAL

r, 've-\ n (ca. 1903) : surgical punc-
al of blood or for intravenous medi-

(1665) : an entire panel from which

*n* [ME, fr. ML, you should cause to
ng the sheriff to summon a specified
as jurors
\ n (1776) : a member of a venire
*usu* 'ven-zən\ *n*, *pl* **venisons** *also*
ting, game, fr. L *venation-*, *venatio*,
Skt *vanoti* he strives for — more at
he animal and esp. a deer
fr. L, O come, fr. *venire* to come; fr.
e at COME] (13c) : a liturgical chant
96
Venn
graph
p. cir-
tween
ms of
usion,
[ISV]
after

Venn diagram: *AB* represents the intersection of sets *A* and *B*

enom,
imen,
drug,
rm —
natter
(as snakes, scorpions, or bees) and
iefly by biting or stinging; *broadly*
WILL, MALEVOLENCE

1 : full of venom: as a : POISON-
VICIOUS ⟨expose a ~ dope ring —
OLENT ⟨~ criticism⟩ 2 : having a
to inflict a poisoned wound ⟨~
**en·om·ous·ness** n
*vena* vein] (1626) 1 : of, relating

**venously • verbalism** 1311

...full of veins ⟨a ~ rock⟩ ⟨a ~ system⟩ 2 *of blood* : having passed through the capillaries and given up oxygen for the tissues and become charged with carbon dioxide — **ve·nous·ly** *adv*

**vent** \'vent\ *vt* [ME, prob. fr. MF *esventer* to expose to the air, fr. *es-* (fr. L *ex-*) + *vent* wind, fr. L *ventus* — more at WIND] (14c) 1 : to provide with a vent 2 a : to serve as a vent for ⟨chimneys ~ smoke⟩ b : DISCHARGE, EXPEL c : to give often vigorous or emotional expression to 3 : to relieve by means of a vent **syn** see EXPRESS

**vent** *n* (1508) 1 : an opportunity or means of escape, passage, or release : OUTLET ⟨finally gave ~ to his pent-up hostility⟩ 2 : an opening for the escape of a gas or liquid or for the relief of pressure: as a : the external opening of the rectum or cloaca : ANUS b : PIPE 3c, FUMAROLE c : an opening at the breech of a muzzle-loading gun through which fire is touched to the powder d *chiefly Scot* : CHIMNEY, FLUE — **vent·less** \-ləs\ *adj*

**vent** *n* [ME *vente*, alter. of *fente*, fr. MF, slit, fissure, fr. *fendre* to split, fr. L *findere* — more at BITE] (15c) : a slit in a garment; *specif* : an opening in the lower part of a seam (as of a jacket or skirt) — **vent·ed** *adj*

**vent·age** \'ven-tij\ *n* (1602) : a small hole (as a flute stop)

**ven·tail** \'ven-ˌtāl\ *n* [ME, fr. MF *ventaille*, fr. *vent* wind] (15c) : the lower movable front of a medieval helmet

**ven·ter** \'ven-tər\ *n* [AF, fr. L, belly, womb; perh. akin to OHG *wanast* paunch, L *vesica* bladder, Skt *vastí*] (1544) 1 : a wife or mother that is a source of offspring 2 : a protuberant and often hollow anatomical structure: as a : the undersurface of the abdomen of an arthropod b : the swollen basal portion of an archegonium in which an egg develops

**ven·ti·fact** \'ven-tə-ˌfakt\ *n* [L *ventus* + E *artifact*] (1911) : a stone worn, polished, or faceted by windblown sand

**ven·ti·late** \'ven-tᵊl-ˌāt\ *vt* **-lat·ed; -lat·ing** [LL *ventilatus*, pp. of *ventilare*, fr. L, to fan, winnow, fr. *ventus* wind — more at WIND] (1527) 1 a : to examine, discuss, or investigate freely and openly : EXPOSE ⟨*ventilating* family quarrels in public⟩ b : to make public : UTTER ⟨*ventilated* their objections at length⟩ 2 *archaic* : to free from chaff by winnowing 3 a : to expose to air and esp. to a current of fresh air for purifying, curing, or refreshing ⟨~ stored grain⟩; *also* : OXYGENATE, AERATE ⟨~ blood in the lungs⟩ b : to subject the lungs to ventilation (artificially ~ a patient in respiratory distress) 4 a *of a current of air* : to pass or circulate through so as to freshen b : to cause fresh air to circulate through (as a room or mine) 5 : to provide an opening in (a burning structure) to permit escape of smoke and heat

**ven·ti·la·tion** \ˌven-tᵊl-'ā-shən\ *n* (1519) 1 : the act or process of ventilating 2 a : circulation of air ⟨a room with good ~⟩ b : the circulation and exchange of gases in the lungs or gills that is basic to respiration 3 : a system or means of providing fresh air

**ven·ti·la·tor** \'ven-tᵊl-ˌā-tər\ *n* (1743) : one that ventilates: as a : a contrivance for introducing fresh air or expelling foul or stagnant air b : RESPIRATOR 2

**ven·ti·la·to·ry** \'ven-tᵊl-ə-ˌtōr-ē, -ˌtȯr-\ *adj* (1850) : of, relating to, or provided with ventilation ⟨~ capacity of the lung⟩

**ventr-** *or* **ventro-** *comb form* [L *ventr-*, *venter* belly] : ventral and ⟨*ventrolateral*⟩

**¹ven·tral** \'ven-trəl\ *adj* [F, fr. L *ventralis*, fr. *ventr-*, *venter*] (1739) 1 a : of or relating to the belly : ABDOMINAL b : being or located near or on the anterior or lower surface of an animal opposite the back 2 : being or located on the lower surface of a dorsiventral plant structure — **ven·tral·ly** \-trə-lē\ *adv*

**²ventral** *n* (1834) : a ventral part (as a scale or fin)

**ventral root** *n* (ca. 1923) : the one of the two roots of a spinal nerve that passes ventrally from the spinal cord and consists of motor fibers — compare DORSAL ROOT

**ven·tri·cle** \'ven-tri-kəl\ *n* [ME, fr. L *ventriculus*, fr. dim. of *ventr-*, *venter* belly] (14c) : a cavity of a bodily part or organ: as a : a chamber of the heart which receives blood from a corresponding atrium and from which blood is forced into the arteries — see HEART illustration b : any of the system of communicating cavities in the brain that are continuous with the central canal of the spinal cord — see BRAIN illustration

**ven·tri·cose** \-ˌkōs\ *adj* [NL *ventricosus*, fr. L *ventr-*, *venter* + *-icosus* (as in *varicosus* varicose)] (1756) : markedly swollen, distended, or inflated esp. on one side ⟨~ corollas⟩

**ven·tric·u·lar** \ven-'tri-kyə-lər, vən-\ *adj* (1822) : of, relating to, or being a ventricle ⟨~ fibrillation⟩ ⟨~ pressure⟩ ⟨~ myocardium⟩

**ven·tric·u·lus** \ven-'tri-kyə-ləs, vən-\ *n*, *pl* **-li** \-ˌlī, -ˌlē\ [NL, fr. L, dim. of *venter*] (1693) : a digestive cavity: as a : STOMACH b : GIZZARD 1a c : the digestive part of an insect's stomach

**ven·tril·o·quism** \ven-'tri-lə-ˌkwi-zəm\ *n* [LL *ventriloquus* ventriloquist, fr. L *ventr-*, *venter* + *loqui* to speak; fr. the belief that the voice is produced from the ventriloquist's stomach] (ca. 1797) : the production of the voice in such a way that the sound seems to come from a source other than the vocal organs of the speaker — **ven·tri·lo·qui·al** \ˌven-trə-'lō-kwē-əl\ *adj* — **ven·tri·lo·qui·al·ly** \-ə-lē\ *adv*

**ven·tril·o·quist** \ven-'tri-lə-kwist\ *n* (ca. 1656) : one who uses or is skilled in ventriloquism; *esp* : one who provides entertainment by using ventriloquism to carry on an apparent conversation with a hand-manipulated dummy — **ven·tril·o·quis·tic** \(ˌ)ven-ˌtri-lə-'kwis-tik\ *adj*

**ven·tril·o·quize** \ven-'tri-lə-ˌkwīz\ *vb* **-quized; -quiz·ing** *vi* (1844) : to use ventriloquism ~ *vt* : to utter in the manner of a ventriloquist

**ven·tril·o·quy** \-kwē\ *n* (1584) : VENTRILOQUISM

**ven·tro·lat·er·al** \ˌven-trō-'la-tə-rəl, -'la-trəl\ *adj* (1835) : ventral and lateral

**ven·tro·me·di·al** \-'mē-dē-əl\ *adj* (1908) : ventral and medial

**¹ven·ture** \'ven(t)-shər\ *vb* **ven·tured; ven·tur·ing** \'ven(t)-sh(ə-)riŋ\ [ME *venteren*, by shortening & alter. fr. *aventuren*, fr. *aventure* adventure] *vt* (15c) 1 : to expose to hazard : RISK, GAMBLE ⟨*ventured* a buck or two on the race⟩ 2 : to undertake the risks and dangers of : BRAVE ⟨*ventured* the stormy sea⟩ 3 : to offer at the risk of rebuff, rejection, or censure ⟨~ an opinion⟩ ~ *vi* : to proceed esp. in the face of danger — **ven·tur·er** \'ven(t)-sh(ə-)rər\ *n*

**²venture** *n* (15c) 1 *obs* : DESTINY, FORTUNE, CHANCE 2 a : an undertaking involving chance, risk, or danger; *esp* : a speculative business enterprise b : a venturesome act 3 : something (as money or property) at hazard in a speculative venture — **at a venture** : at random ⟨a certain man drew a bow *at a venture*, and smote the king —1 Kings 22:34 (AV)⟩

**venture capital** *n* (1943) : capital (as retained corporate earnings or individual savings) invested or available for investment in the ownership element of new or fresh enterprise — called also *risk capital* — **venture capitalist** *n*

**ven·ture·some** \'ven(t)-shər-səm\ *adj* (1661) 1 : involving risk : HAZARDOUS ⟨a ~ journey⟩ 2 : inclined to court or incur risk or danger : DARING ⟨a ~ hunter⟩ **syn** see ADVENTUROUS — **ven·ture·some·ly** *adv* — **ven·ture·some·ness** *n*

**ven·tu·ri** \ven-'tu̇r-ē\ *n* [G. B. *Venturi* †1822 Ital. physicist] (1887) : a short tube with a tapering constriction in the middle that causes an increase in the velocity of flow of a fluid and a corresponding decrease in fluid pressure and that is used esp. in measuring fluid flow or for creating a suction (as for driving aircraft instruments or drawing fuel into the flow stream of a carburetor)

**ven·tur·ous** \'ven(t)-sh(ə-)rəs\ *adj* (1565) : VENTURESOME — **ven·tur·ous·ly** *adv* — **ven·tur·ous·ness** *n*

**ven·ue** \'ven-ˌyü\ *n* [ME *venyw* action of coming, fr. MF *venue*, fr. *venir* to come, fr. L *venire* — more at COME] (1531) 1 a : the place or county in which take place the alleged events from which a legal action arises b : the place from which a jury is drawn and in which trial is held ⟨requested a change of ~⟩ c : a statement showing that a case is brought to the proper court or authority 2 : LOCALE 1

**ve·nule** \'vēn-(ˌ)yü(ə)l, 'ven-\ *n* [L *venula*, dim. of *vena* vein] (ca. 1850) : a small vein; *esp* : any of the minute veins connecting the capillaries with the larger systemic veins

**Ve·nus** \'vē-nəs\ *n* [ME, fr. L *Vener-*, *Venus*] 1 : the Roman goddess of love and beauty — compare APHRODITE 2 : the planet second in order from the sun — see PLANET table

**Ve·nus·berg** \-ˌbərg\ *n* : a mountain in central Germany containing a cavern where in medieval legend Venus held court

**Ve·nus·hair** \-ˌhar, -ˌher\ *n* (1548) : a delicate maidenhair fern (*Adiantum capillus-veneris*) that grows chiefly on wet calcareous rocks

**Ve·nu·sian** \vi-'nü-zhən, -'nyü-\ *adj* (1874) : of or relating to the planet Venus

**Ve·nus's–flow·er–bas·ket** \'vē-nə-səz-, 'vē-nəs-\ *n* (1872) : any of several glass sponges (genus *Euplectella*) of the western Pacific and Indian oceans — called also *Venus flower basket*

**Ve·nus's–fly·trap** *n* (1770) : an insectivorous plant (*Dionaea muscipula*) of the sundew family of the Carolina coast with the leaf apex modified into an insect trap — called also *Venus flytrap*

Venus's-flytrap

**ve·ra·cious** \və-'rā-shəs\ *adj* [L *verac-*, *verax* — more at VERY] (1677) 1 : TRUTHFUL, HONEST 2 : marked by truth : ACCURATE — **ve·ra·cious·ly** *adv* — **ve·ra·cious·ness** *n*

**ve·rac·i·ty** \və-'ra-sə-tē\ *n*, *pl* **-ties** (ca. 1623) 1 : devotion to the truth : TRUTHFULNESS 2 : power of conveying or perceiving truth 3 : conformity with truth or fact : ACCURACY 4 : something true ⟨makes lies sound like *veracities*⟩

**ve·ran·da** *or* **ve·ran·dah** \və-'ran-də\ *n* [Hindi *varaṇḍā*] (1711) : a usu. roofed open gallery or portico attached to the exterior of a building

**ve·ran·daed** *also* **ve·ran·dahed** \-dəd\ *adj* (1818) : having a veranda

**ve·rap·a·mil** \və-'ra-pə-ˌmil\ *n* [ISV *valeric* (acid) + *-apam-* (prob. alter. of *amino* + *propyl*) + nitrile] (1967) : a calcium channel blocker $C_{27}H_{38}N_2O_4$ used esp. in the form of its hydrochloride

**ve·rat·ri·dine** \və-'ra-trə-ˌdēn\ *n* [*veratrine* + *-idine*] (1907) : a poisonous alkaloid $C_{36}H_{51}NO_{11}$ occurring esp. in sabadilla seed

**ve·ra·trine** \'ver-ə-ˌtrēn, və-'ra-trən\ *n* [NL *veratrina*, fr. *Veratrum*, genus of herbs] (1822) : a poisonous irritant mixture of alkaloids from sabadilla seed that has been used as a counterirritant and insecticide

**ve·ra·trum** \və-'rā-trəm\ *n* [NL, genus name, fr. L, hellebore] (1577) : HELLEBORE 2

**verb** \'vərb\ *n* [ME *verbe*, fr. MF, fr. L *verbum* word, verb — more at WORD] (14c) : a word that characteristically is the grammatical center of a predicate and expresses an act, occurrence, or mode of being, that in various languages is inflected for agreement with the subject, for tense, for voice, for mood, or for aspect, and that typically has rather full descriptive meaning and characterizing quality but is sometimes nearly devoid of these esp. when used as an auxiliary or linking verb — **verb·less** \'vərb-ləs\ *adj*

**¹ver·bal** \'vər-bəl\ *adj* [MF or LL; MF, fr. LL *verbalis*, fr. L *verbum* word] (15c) 1 a : of, relating to, or consisting of words ⟨~ instructions⟩ b : of, relating to, or involving words rather than meaning or substance ⟨a consistency that is merely ~ and scholastic —B. N. Cardozo⟩ c : consisting of or using words only and not involving action ⟨a ~ protest⟩ 2 : of, relating to, or formed from a verb ⟨a ~ adjective⟩ 3 : spoken rather than written ⟨a ~ contract⟩ 4 : VERBATIM, WORD-FOR-WORD ⟨a ~ translation⟩ 5 : of or relating to facility in the use and comprehension of words ⟨~ aptitude⟩ — **ver·bal·ly** \-bə-lē\ *adv*

**²verbal** *n* (1530) : a word that combines characteristics of a verb with those of a noun or adjective — compare GERUND, INFINITIVE, PARTICIPLE

**verbal auxiliary** *n* (ca. 1958) : an auxiliary verb

**ver·bal·ism** \'vər-bə-ˌli-zəm\ *n* (1787) 1 a : a verbal expression : TERM b : PHRASING, WORDING 2 : words used as if they were more important than the realities they represent ⟨the emancipation of science from ~ —G. A. L. Sarton⟩ 3 a : a wordy expression of little meaning b : VERBOSITY

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k̟, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

# EXHIBIT 14

# McGraw-Hill DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition

Sybil P. Parker
EDITOR IN CHIEF

McGRAW-HILL BOOK COMPANY

New York
St. Louis
San Francisco

Auckland
Bogotá
Caracas
Colorado Springs
Hamburg
Lisbon
London
Madrid
Mexico
Milan
Montreal
New Delhi
Oklahoma City
Panama
Paris
San Juan
São Paulo
Singapore
Sydney
Tokyo
Toronto

REF Q 123 .M34 1989

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Aerial photograph of the Sinai Peninsula made by Gemini spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fourth Edition**

Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

2 3 4 5 6 7 8 9 0 DOW/DOW 8 9 5 4 3 2 1 0 9

ISBN 0-07-045270-9

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries. 2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34 1989 503'/21 88-13490
ISBN 0-07-045270-9

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.

vanes are curved backward from the direction of rotation. { 'er,fōil ¦vān 'fan }

**airframe** [AERO ENG] The basic assembled structure of any aircraft or rocket vehicle, except lighter-than-air craft, necessary to support aerodynamic forces and inertia loads imposed by the weight of the vehicle and contents. { 'er,frām }

**air-fuel ratio** [CHEM] The ratio of air to fuel by weight or volume which is significant for proper oxidative combustion of the fuel. { 'er 'fyül ,rā·shō }

**air furnace** [MET] **1.** A furnace using a natural air draft. **2.** A furnace in which the metal is melted by a flame originating from fuel burned at one end, passing over the hearth in the middle, and exiting at the other end. { 'er ,fər·nəs }

**air gage** [ENG] **1.** A device that measures air pressure. **2.** A device that compares the shape of a machined surface to that of a reference surface by measuring the rate of passage of air between the surfaces. { 'er ,gāj }

**air gap** [ELECTR] **1.** A gap or an equivalent filler of nonmagnetic material across the core of a choke, transformer, or other magnetic device. **2.** A spark gap consisting of two electrodes separated by air. **3.** The space between the stator and rotor in a motor or generator. [ENG] **1.** The distance between two components or parts. **2.** In plastic extrusion coating, the distance from the opening of the extrusion die to the nip formed by the pressure and chill rolls. **3.** The unobstructed vertical distance between the lowest opening of a faucet (or the like) which supplies a plumbing fixture (such as a tank or washbowl) and the level at which the fixture will overflow. [GEOL] *See* wind gap. [PETRO ENG] In an offshore drilling operation, the distance from the normal sea surface level to the bottom of the base of the drilling platform. { 'er ,gap }

**air gas** [MATER] A gaseous fuel made by blowing air through a coal or coke bed so that $CO_2$ is reduced to CO. { 'er ,gas }

**airglow** [GEOPHYS] The quasi-steady radiant emission from the upper atmosphere over middle and low latitudes, as distinguished from the sporadic emission of auroras which occur over high latitudes. Also known as light-of-the-night-sky; night-sky light; night-sky luminescence; permanent aurora. { 'er,glō }

**air grating** [BUILD] A fixed metal grille on the exterior of a building through which air is brought into or discharged from the building for purposes of ventilation. { 'er ,grād·iŋ }

**air-ground communication** [COMMUN] Two-way communication between aircraft and stations on the ground. { ¦er ¦graủnd kə,myü·nə'kā·shən }

**air gun** *See* air rifle. { 'er ,gən }

**air-handling system** [MECH ENG] An air-conditioning system in which an air-handling unit provides part of the treatment of the air. { 'er ¦hand·liŋ ,sis·təm }

**air-handling unit** [MECH ENG] A packaged assembly of air-conditioning components (coils, filters, fan humidifier, and so forth) which provides for the treatment of air before it is distributed. { 'er ¦hand·liŋ ,yü·nət }

**air-hardening steel** [MET] A steel whose content of carbon and other alloying elements is sufficient for the steel to harden fully by cooling in air or any other atmosphere from a temperature above its transformation range. Also known as self-hardening steel. { 'er ¦härd·niŋ 'stēl }

**airhead** [ORD] A designated geographical area in an area of operations used as a base of supply and evacuation by air. { 'er,hed }

**air heater** *See* air preheater. { 'er ,hēd·ər }

**air-heating system** *See* air preheater. { 'er ,hēd·iŋ 'sis·təm }

**air heave** [GEOL] Deformation of plastic sediments on a tidal flat as a result of the growth of air pockets in them; the growth occurs by accretion of smaller air bubbles oozing through the sediment. { 'er ,hēv }

**air hoar** [HYD] A hoar growing on objects above the ground or snow. { 'er ,hȯr }

**air hoist** [MECH ENG] A lifting tackle or tugger constructed with cylinders and pistons for reciprocating motion and air motors for rotary motion, all powered by compressed air. Also known as pneumatic hoist. { 'er ,hȯist }

**airhole** [MIN ENG] A small excavation or hole made to improve ventilation by communication with other workings or with the surface. { 'er,hōl }

**air horn** [MECH ENG] In an automotive engine, the upper portion of the carburetor barrel through which entering air passes in quantities controlled by the choke plate and the throttle plate. { 'er ,hȯrn }

**air horsepower** [MECH ENG] The theoretical (minimum) power required to deliver the specified quantity of air under the specified pressure conditions in a fan, blower, compressor, or vacuum pump. Abbreviated air hp. { 'er 'hȯrs,paủ·ər }

**air hp** *See* air horsepower.

**air hunger** [MED] The deep, gasping respiration characteristic of severe diabetic acidosis and coma. { 'er ,həŋ·gər }

**air-injection reactor** [MECH ENG] A unit installed in an automotive engine which mixes fresh air with hot exhaust gases in the exhaust manifold to react with any gasoline that has escaped unburned from the cylinders. Abbreviated AIR. { 'er in¦jek·shən rē'ak·tər }

**air-injection system** [MECH ENG] A device that uses compressed air to inject the fuel into the cylinder of an internal combustion engine. { 'er in¦jek·shən ,sis·təm }

**air inlet** [MECH ENG] In an air-conditioning system, a device through which air is exhausted from a room or building. { 'er ¦in,let }

**air-insulated substation** [ELEC] An electric power substation that has the busbars and equipment terminations generally open to air and utilizes insulation properties of ambient air for insulation to ground. { 'er 'in·sə'lād·əd 'səb,stā·shən }

**air intake** [AERO ENG] An open end of an air duct or similar projecting structure so that the motion of the aircraft is utilized in capturing air to be conducted to an engine or ventilator. [MIN ENG] A device for supplying a compressor with clean air at the lowest possible temperature. { 'er ¦in,tāk }

**air-jet process** [TEXT] A technique by which filament yarns are exposed to a forceful stream of air in order to increase their bulk. { 'er ¦jet ,präs·əs }

**air knife** [ENG] A device that uses a thin, flat jet of air to remove the excess coating from freshly coated paper. { 'er ,nīf }

**air-knife coating** [ENG] An even film of coating left on paper after treatment with an air knife. { 'er ¦nīf ,kōd·iŋ }

**air-lance** [ENG] To direct a pressurized-air stream to remove unwanted accumulations, as in boiler-wall cleaning. { 'er ,lans }

**air launch** [AERO ENG] Launching from an aircraft in the air. { 'er ,lȯnch }

**air-launched ballistic missile** [ORD] A ballistic missile launched from an airborne vehicle. { 'er ,lȯncht bə'lis·tik 'mis·əl }

**air layering** [BOT] A method of vegetative propagation, usually of a wounded part, in which the branch or shoot is enclosed in a moist medium until roots develop, and then it is severed and cultivated as an independent plant. { 'er ,lā·ər·iŋ }

**air leakage** [MECH ENG] **1.** In ductwork, air which escapes from a joint, coupling, and such. **2.** The undesired leakage or uncontrolled passage of air from a ventilation system. { 'er ,lek·əj }

**airless spraying** [ENG] The spraying of paint by means of high fluid pressure and special equipment. Also known as hydraulic spraying. { 'er·ləs 'sprā·iŋ }

**air lift** [MECH ENG] **1.** Equipment for lifting slurry or dry powder through pipes by means of compressed air. **2.** *See* air-lift pump. { ¦er ¦lift }

**airlift** [AERO ENG] **1.** To transport passengers and cargo by the use of aircraft. **2.** The total weight of personnel or cargo carried by air. { 'er,lift }

**air-lift hammer** [MECH ENG] A gravity drop hammer used in closed die forging in which the ram is raised to its starting point by means of an air cylinder. { 'er,lift 'ham·ər }

**air-lift pump** [MECH ENG] A device composed of two pipes, one inside the other, used to extract water from a well; the lower end of the pipes is submerged, and air is delivered through the inner pipe to form a mixture of air and water which rises in the outer pipe above the water in the well; also used to move corrosive liquids, mill tailings, and sand. Also known as air lift. { 'er,lift 'pəmp }

**airlight** [METEOROL] In determinations of visual range, light from sun and sky which is scattered into the eyes of an observer by atmospheric suspensoids (and, to slight extent, by air molecules) lying in the observer's cone of vision. { 'er,lit }

**airlight formula** [OPTICS] A fundamental equation of visual-range theory, relating the apparent luminance of a distant black object, the apparent luminance of the background sky above

AIRFRAME

Airframe of piston-engine P-51A pursuit airplane. *(North American Aviation, Inc.)*

VENTILATION

Roof exhausts for natural ventilation. *(a)* Cross section of round ventilator and *(b)* of rotating-head ventilator. *(c)* Continuous roof ventilator.

VENUS' FLYTRAP

Venus' flytrap *(Dionaea muscipula)*. The leaves capture insects.

generally acquired during sexual intercourse; includes gonorrhea, syphilis, chancroid, granuloma inguinale, and lymphogranuloma venereum. Abbreviated VD. { və'nir·ē·əl di'zēz }

**venereal wart** [MED] A warty growth of the penis, frequent in some parts of the world, and probably acquired during sexual intercourse. { və'nir·ē·əl 'wȯrt }

**venetian cloth** [TEXT] A wool or cotton fabric with a smooth texture and a warp face. { və'nēsh·ən 'klȯth }

**Venetian red** [INORG CHEM] A pigment with a true red hue; contains 15–40% ferric oxide and 60–80% calcium sulfate. { və'nēsh·ən 'red }

**venetian rose point** *See* rose point. { və'nēsh·ən 'rōz ,pȯint }

**venipuncture** [MED] A surgical puncture of a vein, such as for withdrawing blood or injecting medication. { 'ven·ə,pəŋk·chər }

**venite** [PETR] Migmatite having mobile portions which were formed by exudation from the rock itself. { 'vē,nīt }

**Venn diagram** [MATH] A pictorial representation of set theoretic operations such as union, intersection, and complementation of sets. { 'ven ,dī·ə,gram }

**venom** [PHYSIO] Any of various poisonous materials secreted by certain animals, such as snakes or bees. { 'ven·əm }

**venous pressure** [PHYSIO] Tension of the blood within the veins. { 'vē·nəs ,presh·ər }

**vent** [ENG] **1.** A small passage made with a needle through stemming, for admitting a squib to enable the charge to be lighted. **2.** A hole, extending up through the bearing at the top of the core-barrel inner tube, which allows the water and air in the upper part of the inner tube to escape into the borehole. **3.** A small hole in the upper end of a core-barrel inner tube that allows water and air in the inner tube to escape into the annular space between the inner and outer barrels. **4.** An opening provided for the discharge of pressure or the release of pressure from tanks, vessels, reactors, processing equipment, and so on. [GEOL] The opening of a volcano on the surface of the earth. [MET] A small opening in a casting mold to allow for the escape of gases. [ZOO] The external opening of the cloaca or rectum, especially in fish, birds, and amphibians. { vent }

**vent da Mùt** [METEOROL] A strong, wet wind of Lake Garda in Italy. { ,vent dä 'müt }

**vent des dames** [METEOROL] A daily sea breeze of about 15 miles (24 kilometers) per hour from the southwest in summer on the Mediterranean coast east of the Rhone delta, extending some 20 miles (32 kilometers) inland. { vȯn de 'däm }

**vent du midi** [METEOROL] A south wind in the center of the Massif Central and the southern Cevennes (France); it is warm, moist, and generally followed by a southwest wind with heavy rain. { vȯn dyü mē'dē }

**vented baffle** *See* reflex baffle. { 'ven·təd 'baf·əl }

**vented battery** [ELEC] A nickel-cadmium or other battery which lacks provisions for recombination of gases produced during normal operation, so that these gases must be vented to the atmosphere to avoid rupture of the cell case. { 'ven·təd 'bad·ə·rē }

**venter** [ANAT] The abdomen, or other body cavity containing organs. [BOT] The thickened basal portion of an archegonium. [INV ZOO] **1.** The undersurface of an arthropod's abdomen. **2.** The outer, convex part of a curved or coiled gastropod or cephalopod shell. { 'ven·tər }

**ventifact** [GEOL] A stone or pebble whose shape, wear, faceting, cut, or polish is the result of sandblasting. Also known as glyptolith; rillstone; wind-cut stone; wind-grooved stone; wind-polished stone; wind-scoured stone; wind-shaped stone. { 'ven·tə,fakt }

**ventilation** [ENG] Provision for the movement, circulation, and quality control of air in an enclosed space. [METEOROL] The process of causing representative air to be in contact with the sensing elements of observing instruments; especially applied to producing a flow of air past the bulb of a wet-bulb thermometer. { ,vent·əl'ā·shən }

**ventilator** [ENG] A device with an adjustable aperture for regulating the flow of fresh or stagnant air. [MECH ENG] A mechanical apparatus for producing a current of air, as a blowing or exhaust fan. { 'vent·əl,ād·ər }

**vento di sotto** [METEOROL] Breezes blowing up-lake on Lake Garda in Italy. { ,ven·tō dī 'sȯ·tō }

**ventral** [BOT] On the lower surface of a dorsiventral plant structure, such as a leaf. [ZOO] On or belonging to the lower or anterior surface of an animal, that is, on the side opposite the back. { 'ven·trəl }

**ventral aorta** [VERT ZOO] The arterial trunk or trunks between the heart and the first aortic arch in embryos or lower vertebrates. { 'ven·trəl ā'ȯrd·ə }

**ventral hernia** [MED] A hernia of the abdominal wall not involving the umbilical, femoral, or inguinal openings. Also known as abdominal hernia. { 'ven·trəl 'hər·nē·ə }

**ventralia** [INV ZOO] Paired sensory bristles on the ventral aspect of the head of gnathostomulids. { ven'tral·yə }

**ventral light reflex** [INV ZOO] A basic means of orientation in aquatic invertebrates, such as shrimp, which swim belly up toward the light. { 'ven·trəl 'līt ,rē,fleks }

**ventral rib** [VERT ZOO] Any of the ribs which lie in the septa dividing the trunk musculature into segments in fish. Also known as pleural rib. { 'ven·trəl 'rib }

**ventricle** [ANAT] **1.** A chamber, or one of two chambers, in the vertebrate heart which receives blood from the atrium and forces it into the arteries by contraction of the muscular wall. **2.** One of the interconnecting, fluid-filled chambers of the vertebrate brain that are continuous with the canal of the spinal cord. [ZOO] A cavity in a body part or organ. { 'ven·trə·kəl }

**ventricose** [BIOL] Swollen or distended, especially on one side. { ,ven·trə·kōs }

**ventricular depolarization complex** *See* QRS complex. { ven'trik·yə·lər di,pō·lə·rə'zā·shən ,käm,pleks }

**ventricular septum** *See* interventricular septum. { ven'trik·yə·lər 'sep·təm }

**ventriculus** [ZOO] A ventricle that performs digestive functions, such as a stomach or a gizzard. { ven'trik·yə·ləs }

**ventromedial nucleus** [ANAT] A central nervous system nucleus in the hypothalamus that appears to be the satiation center; bilateral surgical damage to this nucleus results in overeating. { ¦ven·trō'mēd·ē·əl 'nü·klē·əs }

**vent stack** [BUILD] The portion of a soil stack above the highest fixture. { 'vent ,stak }

**Venturian** [GEOL] A North American stage of middle Pliocene geologic time, above Repettian and below Wheelerian. { ven'chür·ē·ən }

**venturi flume** [ENG] An open flume with a constricted flow which causes a drop in the hydraulic grade line; used in flow measurement. { ven'tür·ē ,flüm }

**venturi meter** [ENG] An instrument for efficiently measuring fluid flow rate in a piping system; a nozzle section increases velocity and is followed by an expanding section for recovery of kinetic energy. { ven'tür·ē ,mēd·ər }

**venturi scrubber** [CHEM ENG] A gas-cleaning device in which liquid injected at the throat of a venturi is used to scrub dust and mist from the gas flowing through the venturi. { ven'tür·ē 'skrəb·ər }

**venturi tube** [ENG] A constriction that is placed in a pipe and causes a drop in pressure as fluid flows through it, consisting essentially of a short straight pipe section or throat between two tapered sections; it can be used to measure fluid flow rate (a venturi meter), or to draw fuel into the main flow stream, as in a carburetor. { ven'tür·ē ,tüb }

**venule** [ANAT] A small vein. { 'ven·yül }

**Venus** [ASTRON] The planet second in distance from the sun; the linear diameter, about 7500 miles (12,200 kilometers), includes the top of a cloud layer; the diameter of the solid globe is about 30 miles (50 kilometers) less; the mass is about 0.815 (earth = 1). { 'vē·nəs }

**Venus' flytrap** [BOT] *Dionaea muscipula*. An insectivorous plant (order Sarraceniales) of North and South Carolina; the two halves of a leaf blade can swing upward and inward as though hinged, thus trapping insects between the closing halves of the leaf blade. { 'vē·nəs 'flī,trap }

**Venus hairstone** *See* rutilated quartz. { 'vē·nəs 'her,stōn }

**Venus probe** [AERO ENG] A probe for exploring and reporting on conditions on or about the planet Venus, such as Pioneer and Mariner probes of the United States, and Venera probes of the Soviet Union. { 'vē·nəs 'prōb }

**veranillo** [CLIMAT] The lesser dry season, made up of a few weeks of hot dry weather, that breaks up the summer rainy season on the Pacific coast of Mexico and Central America. { ver·ə'nēl·yō }

**verano** [CLIMAT] In Mexico and Central America, the main

# EXHIBIT 15

# McGraw-Hill Dictionary of Science and Engineering

**Sybil P. Parker** Editor in Chief

**McGraw-Hill Book Company**

New York St. Louis San Francisco

Auckland Bogotá Guatemala Hamburg Johannesburg Lisbon London Madrid Mexico Montreal New Delhi Panama Paris San Juan São Paulo Singapore Sydney Tokyo Toronto

Most of the material in this Dictionary has been published previously in the McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Third Edition, copyright © 1984 by McGraw-Hill, Inc. All rights reserved.

McGRAW-HILL DICTIONARY OF SCIENCE AND ENGINEERING, copyright © 1984 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher. Philippines copyright 1984 by McGraw-Hill, Inc.

1 2 3 4 5 6 7 8 9 0 DODO 8 9 1 0 9 8 7 6 5 4

ISBN 0-07-045483-3

**Library of Congress Cataloging In Publication Data**

McGraw-Hill dictionary of science and engineering.

1. Science—Dictionaries. 2. Technology—Dictionaries. I. Parker, Sybil P. II. McGraw-Hill Book Company. III. Title: Science and engineering.
Q123.M338 1984 503'.21 83-26768
ISBN 0-07-045483-3

With the continu
ing scientific liter
an urgent need t
neering. This ne
and engineers, a

The *McGra*
reference tool fo
librarians, write
*McGraw-Hill Di*
has served as a st
opinion of the ed

The more t
represent 102 fi
lary of these fiel
bining the input
selected by edit
the new product

This Dictio
been the hallma
viation which id
tiple fields. Wh
general field is
in both electric
nyms, acronyms
are also listed in

An explana
breviations, and
ix.

The *Dictio*
tion that is not
about science o
it will be an ind

(forced draft) or fan-pulled (induced draft) across the tube bank.

**air course** *See* airway.

**aircraft** [AERO ENG] Any structure, machine, or contrivance, especially a vehicle, designed to be supported by the air, either by the dynamic action of the air upon the surfaces of the structure or object or by its own buoyancy. Also known as air vehicle.

**aircraft carrier** [NAV ARCH] A ship that carries aircraft, has a takeoff and landing deck, and is otherwise designed and equipped to serve as a base of operations for the aircraft. Also known as carrier.

**aircraft ceiling** [METEOROL] After United States weather observing practice, the ceiling classification applied when the reported ceiling value has been determined by a pilot while in flight within 1.5 nautical miles (2.8 kilometers) of any runway of the airport.

**aircraft low-approach system** [NAV] Any of the various means for furnishing guidance in the vertical and horizontal planes to aircraft during descent from an initial approach altitude to a point near the ground.

**air current** [FL MECH] Very generally, any moving stream of air. [GEOPHYS] *See* air-earth conduction current. [MIN ENG] The flow of air ventilating the workings of a mine. Also known as airflow.

**air-cushion landing system** [AERO ENG] A landing system based on the ground-effect principle whereby a stratum of air is utilized as the aircraft ground-contacting medium (in place of landing gear).

**air-cushion vehicle** [MECH ENG] A transportation device supported by low-pressure, low-velocity air capable of traveling equally well over water, ice, marsh, or relatively level land. Also known as ground-effect machine (GEM); hovercraft.

**air cycle** [MECH ENG] A refrigeration cycle characterized by the working fluid, air, remaining as a gas throughout the cycle rather than being condensed to a liquid; used primarily in airplane air conditioning.

**air cylinder** [MECH ENG] A cylinder in which air is compressed by a piston, compressed air is stored, or air drives a piston.

**air discharge** [GEOPHYS] **1.** A form of lightning discharge, intermediate in character between a cloud discharge and a cloud-to-ground discharge, in which the multibranching lightning channel descending from a cloud base does not reach the ground, but succeeds only in neutralizing the space charge distributed in the subcloud layer. **2.** A type of diffuse electrical discharge occasionally reported as occurring in the region above an active thunderstorm.

**air-earth conduction current** [GEOPHYS] That part of the air-earth current contributed by the electrical conduction of the atmosphere itself; represented as a downward movement of positive space charge in storm-free regions all over the world. Also known as air current.

**air-earth current** [GEOPHYS] The transfer of electric charge from the positively charged atmosphere to the negatively charged earth; made up of the air-earth conduction current, a precipitation current, a convection current, and miscellaneous smaller contributions.

**air ejector** [MECH ENG] A device that uses a fluid jet to remove air or other gases, as from a steam condenser.

**air embolism** *See* aeroembolism.

**air entrainment** [ENG] The inclusion of minute bubbles of air in cement or concrete through the addition of some material during grinding or mixing to reduce the surface tension of the water, giving improved properties for the end product.

**air equivalent** [NUCLEO] A measure of the effectiveness of an absorber of nuclear radiation, equal to the thickness of a layer of air at standard pressure and temperature that absorbs the same fraction of radiation or results in the same energy loss as does the absorber.

**air filter** [ENG] A device that reduces the concentration of solid particles in an airstream to a level that can be tolerated in a process or space occupancy; a component of most systems in which air is used for industrial processes, ventilation, or comfort air conditioning.

**airflow** [FL MECH] **1.** A flow or stream of air which may take place in a wind tunnel or, as a relative airflow, past the wing or other parts of a moving craft. Also known as airstream. **2.** A rate of flow, measured by mass or volume per unit of time. [MIN ENG] *See* air current.

**airfoil** [AERO ENG] A body of such shape that the force exerted on it by its motion through a fluid has a larger component normal to the direction of motion than along the direction of motion; examples are the wing of an airplane and the blade of a propeller. Also known as aerofoil.

**airfoil profile** [AERO ENG] The closed curve defining the external shape of the cross section of an airfoil. Also known as airfoil section; airfoil shape; wing section.

**airfoil section** *See* airfoil profile.

**airfoil shape** *See* airfoil profile.

**airframe** [AERO ENG] The basic assembled structure of any aircraft or rocket vehicle, except lighter-than-air craft, necessary to support aerodynamic forces and inertia loads imposed by the weight of the vehicle and contents.

**air-fuel ratio** [CHEM] The ratio of air to fuel by weight or volume which is significant for proper oxidative combustion of the fuel.

**air furnace** [MET] **1.** A furnace using a natural air draft. **2.** A furnace in which the metal is melted by a flame originating from fuel burned at one end, passing over the hearth in the middle, and exiting at the other end.

**air gage** [ENG] **1.** A device that measures air pressure. **2.** A device that compares the shape of a machined surface to that of a reference surface by measuring the rate of passage of air between the surfaces.

**air gap** [ELECTR] **1.** A gap or an equivalent filler of nonmagnetic material across the core of a choke, transformer, or other magnetic device. **2.** A spark gap consisting of two electrodes separated by air. [ENG] **1.** The distance between two components or parts. **2.** In plastic extrusion coating, the distance from the opening of the extrusion die to the nip formed by the pressure and chill rolls. **3.** The unobstructed vertical distance between the lowest opening of a faucet (or the like) which supplies a plumbing fixture (such as a tank or washbowl) and the level at which the fixture will overflow. [GEOL] *See* wind gap.

**airglow** [GEOPHYS] The quasi-steady radiant emission from the upper atmosphere over middle and low latitudes, as distinguished from the sporadic emission of auroras which occur over high latitudes. Also known as light-of-the-night-sky; night-sky light; night-sky luminescence; permanent aurora.

**air gun** *See* air rifle.

**air-hardening steel** [MET] A steel whose content of carbon and other alloying elements is sufficient for the steel to harden fully b[...] atmosphere from a tem[...] mation range. Also kno[...]

**air heater** *See* air prehea[...]

**air-heating system** *See* a[...]

**air-injection system** [ME[...] compressed air to inject [...] an internal combustion [...]

**air intake** [AERO ENG] A[...] similar projecting struct[...] aircraft is utilized in ca[...] to an engine or ventilat[...] supplying a compressor [...] possible temperature.

**air knife** [ENG] A devic[...] air to remove the exces[...] paper.

**air layering** [BOT] A me[...] tion, usually of a wound[...] or shoot is enclosed in [...] develop, and then it is [...] independent plant.

**air lift** [MECH ENG] **1.** [...] or dry powder throug[...] pressed air. **2.** *See* air-l[...]

**air-lift hammer** [MECH [...] used in closed die forg[...] to its starting point by [...]

**air-lift pump** [MECH EN[...] pipes, one inside the [...] from a well; the low[...] merged, and air is deli[...] to form a mixture of ai[...] outer pipe above the w[...] move corrosive liquids. [...] known as air lift.

**air lock** [ENG] **1.** A ch[...] metically sealed that [...] two places of different [...] altitude chamber and t[...] tween the outside atm[...] a tunnel or shaft bein[...] jected to water press[...] **2.** An air bubble in a [...] flow. [MIN ENG] A ca[...] to minimize surface ai[...]

**air mass** [METEOROL] [...] mosphere which ap[...] geneity in its weather [...] reference to temperat[...]

**air meter** [ENG] A de[...] air, or gas, expressed [...] per unit time. Also k[...]

**air mile** [NAV] A unit [...] and equal, since 195[...] mile (1852 meters). A[...]

**air mileage** [NAV] Th[...] tive to the air; true a[...]

**air navigation** [NAV] [...] monitoring the prog[...] lected geographic p[...] predetermined plan.

**airometer** [ENG] **1.** [...] air and measuring th[...] it. **2.** *See* air meter.

**airplane** [AERO ENG] [...] signed to use the p[...] through the air to lif[...]

**air pocket** [ENG] An [...] occupied by a liquid. [...] EOROL] An express[...] aviation for a dow[...]

upon receiving the previous one; the number of pulses occurring in a unit time is measured.

**Velocipedidae** [INV ZOO] A tropical family of hemipteran insects in the superfamily Cimicoidea.

**velocity** [MECH] 1. The time rate of change of position of a body; it is a vector quantity having direction as well as magnitude. Also known as linear velocity. 2. The speed at which the detonating wave passes through a column of explosives, expressed in meters or feet per second.

**velocity analysis** [MECH] A graphical technique for the determination of the velocities of the parts of a mechanical device, especially those of a plane mechanism with rigid component links.

**velocity coefficient** [FL MECH] The ratio of the actual velocity of gas emerging from a nozzle to the velocity calculated under ideal conditions; it is less than 1 because of friction losses. Also known as coefficient of velocity.

**velocity constant** [CONT SYS] The ratio of the rate of change of the input command signal to the steady-state error, in a control system where these two quantities are proportional.

**velocity discontinuity** *See* seismic discontinuity.

**velocity distribution** [STAT MECH] For the molecules of a gas, a function of velocity whose value at any velocity $v$ is proportional to the number of molecules with velocities in an infinitesimal range about $v$, per unit velocity range.

**velocity-focusing mass spectrograph** *See* velocity spectrograph.

**velocity gradient** [FL MECH] The rate of change of velocity of propagation with distance normal to the direction of flow. [GEOPHYS] *See* seismic gradient.

**velocity head** [FL MECH] The square of the speed of flow of a fluid divided by twice the acceleration of gravity; it is equal to the static pressure head corresponding to a pressure equal to the kinetic energy of the fluid per unit volume.

**velocity level** [ACOUS] A sound rating in decibels, equal to 20 times the logarithm to the base 10 of the ratio of the particle velocity of the sound to a specified reference particle velocity.

**velocity microphone** [ENG ACOUS] A microphone whose electric output depends on the velocity of the air particles that form a sound wave; examples are a hot-wire microphone and a ribbon microphone.

**velocity-modulated oscillator** [ELECTR] Oscillator which employs velocity modulation to produce radio-frequency power. Also known as klystron oscillator.

**velocity of light** *See* speed of light.

**velocity of sound** *See* speed of sound.

**velocity pickup** [ELEC] A device that generates a voltage proportional to the relative velocity between two principal elements of the pickup, the two elements usually being a coil of wire and a source of magnetic field.

**velocity ratio** [MECH ENG] The ratio of the velocity given to the effort or input of a machine to the velocity acquired by the load or output. [OCEANOGR] The ratio of the speed of tidal current at a subordinate station to the speed of the corresponding current at the reference station.

**velocity spectrograph** [PHYS] A mass spectrograph in which only positive ions having a certain velocity pass through all three slits and enter a chamber where they are deflected by a magnetic field in proportion to their charge-to-mass ratio. Also known as velocity-focusing mass spectrograph.

**velum** [BIOL] A veil- or curtainlike membrane. [INV ZOO] A swimming organ on the larva of certain marine gastropod mollusks that develops as a contractile ciliated collar-shaped ridge. [METEOROL] An accessory cloud veil of great horizontal extent draped over or penetrated by cumuliform clouds; velum occurs with cumulus and cumulonimbus.

**venereal bubo** *See* lymphogranuloma venereum.

**venereal disease** [MED] Any of several contagious diseases generally acquired during sexual intercourse; includes gonorrhea, syphilis, chancroid, granuloma inguinale, and lymphogranuloma venereum. Abbreviated VD.

**vent** [ENG] 1. A small passage made with a needle through stemming, for admitting a squib to enable the charge to be lighted. 2. A hole, extending up through the bearing at the top of the core-barrel inner tube, which allows the water and air in the upper part of the inner tube to escape into the borehole. 3. A small hole in the upper end of a core-barrel inner tube that allows water and air in the inner tube to escape into the annular space between the inner and outer barrels. 4. An opening provided for the discharge of pressure or the release of pressure from tanks, vessels, reactors, processing equipment, and so on. [GEOL] The opening of a volcano on the surface of the earth. [MET] A small opening in a casting mold to allow for the escape of gases. [ZOO] The external opening of the cloaca or rectum, especially in fish, birds, and amphibians.

**ventricle** [ANAT] 1. A chamber, or one of two chambers, in the vertebrate heart which receives blood from the atrium and forces it into the arteries by contraction of the muscular wall. 2. One of the interconnecting, fluid-filled chambers of the vertebrate brain that are continuous with the canal of the spinal cord. [ZOO] A cavity in a body part or organ.

**ventricose** [BIOL] Swollen or distended, especially on one side.

**ventricular septum** *See* interventricular septum.

**venturi meter** [ENG] An instrument for efficiently measuring fluid flow rate in a piping system; a nozzle section increases velocity and is followed by an expanding section for recovery of kinetic energy.

**venturi scrubber** [CHEM ENG] A gas-cleaning device in which liquid injected at the throat of a venturi is used to scrub dust and mist from the gas flowing through the venturi.

**venturi tube** [ENG] A constriction that is placed in a pipe and causes a drop in pressure as fluid flows through it, consisting essentially of a short straight pipe section or throat between two tapered sections; it can be used to measure fluid flow rate (a venturi meter), or to draw fuel into the main flow stream, as in a carburetor.

**Venus** [ASTRON] The planet second in distance from the sun; the linear diameter, about 12,200 kilometers, includes the top of a cloud layer; the diameter of the solid globe is about 50 kilometers less; the mass is about 0.815 (earth = 1).

**Venus' flytrap** [BOT] *Dionaea muscipula.* An insectivorous plant (order Sarraceniales) of North and South Carolina; the two halves of a leaf blade can swing upward and inward as though hinged, thus trapping insects between the closing halves of the leaf blade.

**Verbeekinidae** [PALEON] A family of extinct marine protozoans in the superfamily Fusulinacea.

**Verbenaceae** [BOT] A family of variously woody or herbaceous dicotyledons in the order Lamiales characterized by opposite or whorled leaves and regular or irregular flowers, usually with four or two functional stamens.

**verge** [BUILD] The
projects over a gabl
**verglas** *See* glaze.
**verification** [COMPU
the results of one d
sults of another dat
tions usually involve
**verifier** [COMPUT SC
punching semimech
machine operation,
without punching an
card does not agree
verifier keyboard in
**verify** [COMMUN] To
phraseology of the tr
exact intention of the
determine whether
pleted correctly, an
accuracy of keypunch
**vermiculite** [MINERA
$4H_2O$ A clay mineral
and montmorillonite,
mica sheets separated
times used as a textu
an aggregate in certai
sculpture.
**vermiform** [BIOL] Wo
**Vermilingua** [VERT ZO
malian order Edentata
and in having a vermif
American true anteate
**vernadskite** *See* antler
**vernal equinox** [ASTR
celestial sphere about
sun's path on the eclip
tor. Also known as fir
nox; spring equinox.
**vernalization** [BOT] T
competence or ripene
of cold, that is, at tem
temperature for growt
**vernier** [ENG] A short
along the main instrum
fractional reading of t
main scale.
**vernier capacitor** [ELE
in parallel with a large
a finer adjustment afte
approximately to the d
**vernier dial** [ENG] A tu
plete rotation of the co
tion of a revolution of t
and accurate adjustmen
**vernier engine** [AERO E
thrust used primarily t
the velocity and traject
after the thrust cutoff
and used secondarily t
sustainer engine. Also
**vernier rocket** *See* vern
**verrou** *See* riegel.
**verruca** [BIOL] A wartl
of a plant or animal.
**Verrucariaceae** [BOT] A
the order Pyrenulales ty
cially in intertidal or s
coastlines.
**Verrucomorpha** [INV ZC
tacean order Thoracica
metrical barnacles.
**verrucose** [BIOL] Havin
wartlike protuberances.

# EXHIBIT 16



# Academic Press Dictionary of Science and Technology

Edited by
Christopher Morris

**Academic Press**
Harcourt Brace Jovanovich, Publishers
San Diego New York Boston London Sydney Tokyo Toronto

This book is printed on acid-free paper. ∞

Copyright © 1992 by ACADEMIC PRESS, INC.
All Rights Reserved.
No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Academic Press, Inc.
1250 Sixth Avenue, San Diego, California 92101-4311

*United Kingdom Edition published by*
Academic Press Limited
24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

Academic Press dictionary of science and technology / edited by
Christopher Morris
p. cm.
ISBN 0-12-200400-0
1. Science--Dictionaries. 2. Technology--Dictionaries.
I. Morris, Christopher G. II. Academic Press. III. Title:
Dictionary of science and technology.
Q123.A33 1991
503--dc20
90-29032
CIP

PRINTED IN THE UNITED STATES OF AMERICA
92 93 94 95 96 97 DO 9 8 7 6 5 4 3 2 1

R904 74003

**air drain** *Civil Engineering.* a cavity designed to prevent damp air from reaching the interior of a building.

**air drainage** *Meteorology.* a gravity-induced downslope flow of relatively cold air.

**air-dried** *Materials Science.* subjected to drying; having a moisture content that is in equilibrium with the atmosphere. Thus, **air-dried lumber.**

**air drift** *Mining Engineering.* **1.** a roadway, usually inclined, that is driven in stone to promote ventilation. **2.** a drift that joins a ventilation shaft with a fan.

**air drill** *Mechanical Devices.* a drill driven by compressed air; a pneumatic drill.

**air drilling** *Mechanical Engineering.* a form of drilling in which compressed air or gas is the circulation medium. *Petroleum Engineering.* such a technique used instead of mud drilling because of its greater speed.

**airdrome** *Aviation.* another term for an airport or airfield, especially in British or older U.S. use.

**air drop** *Ordnance.* the delivery of troops, equipment, or supplies to a location on the ground from aircraft in flight. Also, **air delivery.**

**air-dry** *Materials Science.* **1.** of an object or material, having a moisture content that is in equilibrium with the moisture of the surrounding atmosphere. **2.** to dry an object or material by exposure to air. Thus, **air drying. 3.** see AIR-SEASON.

**air duct** *Engineering.* a pipe or passageway constructed to convey air, as for cooling or heating a room or building, to supply air to a pneumatic device, and so on.

**air-earth conduction current** *Geophysics.* the part of the air-earth current that is generated by the electrical conduction of the atmosphere.

**air-earth current** *Geophysics.* the natural transfer of electrical charge between the positively charged atmosphere and the negatively charged earth.

**air ejector** *Mechanical Engineering.* an air-removing device, as found in condensers, that uses a jet of fluid to entrain and thus remove the noncondensable gases.

**air eliminator** *Mechanical Engineering.* a device in a steam distribution system that opens when air or other noncondensables reach it, and closes if water or steam is present in the vent body, for the purposes of removing the noncondensables from the system.

**air embolism** see AEROEMBOLISM.

**air endway** *Mining Engineering.* a narrow roadway that is driven in a coal seam chiefly for ventilation, and that runs parallel and near to a winning headway.

**air engine** *Mechanical Engineering.* a heat engine actuated by compressed air.

**air-entraining agent** *Materials.* any of the resins or other agents used in air entrainment.

**air entrainment** *Materials Science.* the use of resins or other agents in the blending of cement or concrete in order to trap small bubbles of air in the mix, so as to improve cohesion, workability, and resistance to extreme weather conditions. Thus, **air-entrained cement.**

**air environment** *Telecommunications.* the total airborne paraphernalia of any communications system.

**air equivalence** *Nucleonics.* a property of material used in ionization chambers to measure photon radiation, formulated so that the energy spectrum of electrons that are produced in the material by photon-absorptive processes will be identical to the energy spectrum in an air chamber.

**air exposure** *Radiology.* the quantity of radiation measured in air at a given point, expressed in roentgens and omitting the radiation from affected material.

**air express** *Transportation Engineering.* the rapid movement of goods by air.

**air-fall deposition** *Volcanology.* the accumulation of layered airborne volcanic debris following an explosive eruption.

**air feed** *Metallurgy.* in the processes used to coat materials by thermal spraying, the conveyance of a coating material into the heat zone by a stream of air.

**airfield** *Aviation.* an area of ground used for the takeoff and landing of aircraft.

**air filter** *Engineering.* a device attached to an air intake mechanism to remove solid impurities from an airstream; may be used with ventilating mechanisms or to prevent pollutants from entering an instrument or engine.

**air float** *Mining Engineering.* a process of separating finer particles from coarser particles by the action of air.

**airflow** *Fluid Mechanics.* **1.** a rate of movement for air, computed by volume or mass for a time unit. **2.** an amount of air that flows through a wind tunnel, or a relative airflow that streams over sections of a moving craft. *Meteorology.* a natural movement of air in the atmosphere.

**airflow pipe** *Engineering.* a pipe through which air is passed from one point to another. Similarly, **airflow duct, airflow orifice.**

**airflow stack effect** *Fluid Mechanics.* the change of pressure with height, in air moving in a vertical duct, because of a variation in temperature between the air outside the duct and the moving air.

**airfoil** *Aviation.* a body, part, or surface designed to provide a useful reaction on itself, such as lift or thrust, when in motion through the air. On various air vehicles, airfoils may provide suspension (e.g., wings), stability (fins), or propulsion (propeller blades). (Originally so called because they are wide and thin like a leaf or *foil.*)

**airfoil profile** *Aviation.* the form or contour of an airfoil, especially in cross section.

**airfoil-vane fan** *Mining Engineering.* a fan used in mines, characterized by an airfoil-shaped blade, in which the vanes are curved backward to move air in the general direction of the axis about which it rotates.

**air force** *Military Science.* **1.** the branch of a country's armed forces that conducts military operations by air. **2. Air Force.** this branch of the U.S. armed forces.

**airframe** *Aviation.* the structure of an aircraft, as opposed to its engine and accessories, including the fuselage, wings, empennage, landing gear (minus tires), and engine mounts.

**air freight** *Transportation Engineering.* **1.** any air cargo other than baggage or mail. **2.** an air carrier service for transporting goods.

**air-fuel ratio** *Chemistry.* a method of expressing the composition of a mixture of fuel and air for combustion by the measurement of either weight or volume.

**air gap** the space existing between two elements or parts; specific uses include: *Electrical Engineering.* a small section of air or another nonmagnetic material between two magnetically related components; purposely designed so that a certain amount of voltage is required to overcome the gap. *Engineering.* the area between the lowest opening in a faucet or other such device that empties into a plumbing fixture, and the point at which this fixture will overflow. *Petroleum Engineering.* in an offshore drilling operation, the distance between the surface level of the ocean and the bottom of the base of the drilling platforms. *Geology.* see WIND GAP.

**air gas** see PRODUCER GAS.

**air gauge** *Engineering.* **1.** an instrument that measures air pressure. **2.** a device used to compare a machined surface to a standard surface by assessing the rate of passage of air between them. Also, **air gage.**

**airglow** *Astronomy.* a faint luminosity observed in the sky, caused by charged particles from the sun striking atoms and molecules in the earth's atmosphere. *Geophysics.* the fairly steady emission of light found in the middle and lower latitudes, caused by the absorption of energy by certain molecules of the upper atmosphere during the day that is then released at night in the form of radiant light.

**air grating** *Building Engineering.* in a ventilation system, a grille on a building's exterior through which air enters or leaves the building.

**air-ground** *Telecommunications.* of or relating to communication between aircraft and ground stations. *Ordnance.* see AIR-TO-GROUND.

**air-ground communication** *Telecommunications.* **1.** two-way communication between aircraft stations and land stations. **2.** in military usage, any communications method, system, or equipment used to transmit messages between air-to-ground and ground-to-air stations.

**air-ground detection** *Forestry.* any fire detection system that oversees significant areas by ground detectors and aerial patrol.

**air hammer** see AIRLIFT HAMMER.

**air handling** *Mechanical Engineering.* the circulation or mixing of air by an air conditioning unit.

**air-hardening steel** *Metallurgy.* a steel that hardens fully when cooled in a gaseous medium from a temperature above its transformation range, even in sections that are thicker than two inches. Also, SELF-HARDENING STEEL.

**airhead** *Military Science.* an area in hostile territory that, if taken and held, can be used as a base for the air landing of troops and equipment.

**air heater** or **air-heating system** see AIR PREHEATER.

**air heave** *Geology.* a plastic deformation of sediments that results from the growth and enlargement of air pockets.

**air hoist** *Mechanical Engineering.* a lifting tackle, tugger, or air winch, operated by compressed air lifting a piston in a cylinder. Also, PNEUMATIC HOIST.

**velvet** *Textiles.* a fabric with a short, thick, soft warp pile surface and a plain, tightly woven back. The pile and backing are often made of different fibers.

**velvet ants** *Invertebrate Zoology.* any of several brightly colored wasps of the family Mutillidae whose females resemble ants with fine velvety hairs; they live in the nests of bumblebees, sharing their food and laying their eggs inside the larvae.

**ven-** a combining form meaning "vein."

**vena** [vē´nə] *plural,* **venae** [vē´nē]. *Anatomy.* see VEIN.

**vena cava** *Anatomy.* the major superior and inferior veins that carry blood from the body tissues into the right atrium of the heart.

**vena contracta** *Fluid Mechanics.* the section of the greatest contraction in the cross-sectional area of a jet of liquid emitting from an opening in a container.

**venation** *Botany.* the distribution and arrangement of the veins of a leaf. *Entomology.* the arrangement of branched and unbranched veins in an insect's wing; important in the identification of species.

**vendaval** *Meteorology.* a stormy southwest wind that blows from late autumn to early spring along the southern coast of Spain and in the Strait of Gibraltar, often bringing violent squalls and thunderstorms.

**veneer** [və nēr´] *Materials.* **1.** a thin layer of material, especially a thin sheet of expensive wood laid over a base of cheaper wood in order to improve the outward appearance of the cheaper wood. **2.** to apply such a layer or facing. **3.** any of the layers that compose a sheet of plywood. *Building Engineering.* **1.** a facing of material laid over a different material, such as a facing of stone on a wooden building. **2.** to apply such a facing.

**venenosalivary** see VENOMOSALIVARY.

**venenosity** *Toxicology.* the state or condition of being poisonous.

**venenous** see VENOMOUS.

**Venera program** *Space Technology.* a series of Soviet Venus probes initiated in 1961; produced first successful entry of Venutian atmosphere and first television pictures from the planet's surface.

**venereal** [və nēr´ē əl] *Physiology.* of or relating to sexual intercourse. *Pathology.* **1.** of a disease, transmitted by sexual contact. **2.** of a patient, infected with such a disease.

**venereal disease** *Pathology.* any disease that is transmitted through sexual contact, such as syphilis or gonorrhea.

**venereal wart** *Medicine.* a wart on the genitals. Also, CONDYLOMA ACUMINATUM.

**Veneroida** *Invertebrate Zoology.* an order of chiefly marine, actively burrowing bivalve mollusks.

**Venetian red** *Inorganic Chemistry.* a pure red pigment containing varying proportions of ferric oxide and calcium sulfate.

**Venetz, Ignatz** 1788–1859, Swiss geologist; proposed and investigated theory of former widespread Alpine glaciation.

**V-engine** *Mechanical Devices.* a type of automotive engine with opposite facing cylinders set at an angle that forms a V-shape in cross section, so as to promote efficiency and ease of maintenance; used to describe engines in terms of the number of cylinders: **V-6, V-8,** etc.

**venipuncture** *Medicine.* the surgical puncture of a vein.

**venite** *Geology.* a type of banded migmatite whose vein material was derived from minerals within the rock itself.

**Venn diagram** *Mathematics.* a pictorial representation of set union, intersection, complementation, and inclusion; used to simplify or illustrate relationships that may exist between subsets of a given universal set.

**veno-** a combining form meaning "vein."

**venogram** see PHLEBOGRAM.

**venography** see PHLEBOGRAPHY.

**venom** *Toxicology.* any of various toxins produced by certain animals, such as snakes or insects; usually injected by bite or sting.

**venom hemolysis** *Toxicology.* the rupture and destruction of red blood cells by a venom.

**venom leukocytolysis** *Toxicology.* the rupture and destruction of white blood cells by a venom.

**venomosalivary** *Toxicology.* of or relating to the secretion of venomous saliva. Also, VENENOSALIVARY.

**venomous** *Toxicology.* describing an animal that secretes venom. Also, VENENOUS.

**venous** [vē´nəs] *Anatomy.* of or relating to the veins.

**venous blood** *Hematology.* deoxygenated blood, found in the systemic veins, the right chambers of the heart, and the pulmonary arteries; it is dark red in color.

**venous pressure** *Physiology.* the force of the blood against the walls of the veins.

**vent** *Engineering.* any opening designed to allow air, water, or pressure to enter or escape from a confined space, as in a building or mechanical system. *Geology.* an opening at the surface of the earth through which volcanic material is ejected or the conduit through which such material passes. Also, VOLCANIC VENT. *Vertebrate Zoology.* any body opening or outlet, especially the anal excretory or cloacal opening in a bird, fish, or amphibian. *Medicine.* an opening from which pus is discharged. *Ordnance.* the opening in the breech of a gun that transmits fire to the explosive powder.

**vent da Mut** *Meteorology.* a strong wind that blows off Lake Garda in northern Italy.

**vent des dames** *Meteorology.* a southwest sea breeze that blows inland from the Mediterranean coast of southeastern France nearly every day during summertime.

**vent du midi** *Meteorology.* a warm, moist wind that blows from the south across the Massif Central of southwestern France, often followed by a southwest wind with heavy rains.

**vented battery** *Electricity.* a battery composed of nickel-cadmium or similar materials that is unable to recombine gases produced as a byproduct during normal operation; as such, these gases must be vented to the atmosphere to avoid rupture to its cell case.

**vented extruder** *Materials Science.* a type of extruder having a barrel in which there is a vent at a point along the screw; the vent can be opened or evacuated in order to extract volatiles from the polymer melt.

**venter** *Anatomy.* **1.** the abdominal surface of the body. **2.** the fleshy part of a muscle. *Invertebrate Zoology.* **1.** the undersurface of the abdomen of an arthropod. **2.** the outer, convex part of a gastropod or cephalopod shell. *Botany.* the thickened portion at the base of an archegonium that contains the egg.

**ventifact** *Geology.* any stone or pebble whose a shape or surface has been altered in any way by the abrasive action of windblown sand. Also, GLYPTOLITH, RILLSTONE, WIND-CUT STONE.

**ventilation** *Engineering.* the circulation and purification of air in an enclosed space. *Meteorology.* the process of exposing a weather-observation instrumentation to a flow of air.

**ventilator** *Mechanical Devices.* **1.** any of various devices used to produce an air flow or circulate air currents, such as a fan or blower. **2.** a device equipped with an adjustable aperture to control the flow of air.

**vento di sotto** *Meteorology.* a breeze that blows up Lake Garda in northern Italy. (An Italian phrase meaning "wind from below.")

**vent pipe** *Mechanical Devices.* a pipe used for the discharge of pressure from vessels, reactors, and procuring equipment.

**ventral** *Anatomy.* **1.** of or relating to the belly or venter; abdominal. **2.** situated more toward the belly surface than toward some other object of reference; anterior. *Botany.* describing the underside of a dorsiventral plant part.

**ventral aorta** *Vertebrate Zoology.* a major arterial route conducting blood from the heart to the first aortic arch in lower vertebrates and in the embryos of higher vertebrates.

**ventral decubitus** *Surgery.* the position of an individual lying on the abdomen on a horizontal surface.

**ventral hernia** *Medicine.* a hernia of the abdominal wall.

**ventral light reflex** *Invertebrate Zoology.* a method of orientation used by shrimp and other aquatic invertebrates that swim belly-up toward the light.

**ventral rib** *Vertebrate Zoology.* any of the ribs in fish found lying in a septum that divides the muscles of the trunk.

**ventri-** a combining form denoting a relationship to the belly, or to the anterior aspect of the body.

**ventricle** [ven´trə kəl] *Anatomy.* **1.** either of the two large muscular chambers that pump blood out of the heart. **2.** any of several cavities in the brain that contain cerebrospinal fluid.

**ventricose** *Biology.* swelling out in the middle or unequally, as in corolla, spores, stipe, and shells.

**ventricular** *Anatomy.* relating to or affecting a ventricle.

**ventricular fibrillation** *Cardiology.* arrhythmia in which there is contraction of ventricular muscle, caused by repetitive stimulation of myocardial fibers without a coordinating contraction of the ventricle.

**ventricular flutter** *Cardiology.* a condition of the heartbeat and pulse in which there are very rapid yet uniform and regular beats of 250 or more per minute.

**Ventriculites** *Paleontology.* a cone-shaped genus of sponges; restricted to the Cretaceous.

**ventriculitis** *Medicine.* an inflammation of a ventricle, especially a cerebral ventricle.