# EXHIBIT 17

# EXHIBIT REDACTED IN ITS ENTIRETY