IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | REDACTED PUBLIC VERSION <br><br><br> Civil Action No. 05-048-SLR |
| BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | |

**COMBINED APPENDIX IN SUPPORT OF HITACHI, LTD.'S
AND HITACHI AUTOMOTIVE PRODUCTS (USA), INC.'S
<u>OPENING SUMMARY JUDGMENT MOTIONS</u>**

*Of Counsel:*

Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
C. Edward Polk
Liane M. Peterson
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007–5109

William J. Robinson
Foley & Lardner LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654–1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Hitachi
Automotive Products (USA), Inc.*

Dated: October 12, 2006

# TABLE OF CONTENTS

| | TAB # |
|---|---|
| '738 Patent | 1 |
| 086332 Application | 2 |
| '805 Patent | 3 |
| '023 Patent | 4 |
| '804 Patent | 5 |
| '774 Patent | 6 |
| Appeal Brief 5/24/95 | 7 |
| Ichinosawa Declaration | 8 |
| Ichikawa Declaration | 9 |
| Examiner Interview Summary | 10 |
| 11/23/93 Prelim. Amdt. | 11 |
| 1/4/94 Office Action | 12 |
| 11/7/94 Response | 13 |
| Kuhn I Declaration | 14 |
| '578 Patent | 15 |
| '659 Patent | 16 |
| '725 Patent | 17 |
| Kuhn II Declaration | 18 |
| '735 Patent | 19 |
| BW's 5th Supplemental Interrogatory Responses | 20 |
| Hitachi's First Interrogatories | 21 |
| BW's Response to First Interrogatories | 22 |

BW's 4th Supplemental Response to Interrogatory No. 12 ........................................................23

BW's 3rd Supplemental Response to Interrogatory No. 14 ........................................................24

Sughrue Opinion ........................................................................................................................25

Inuzuka Deposition Transcript ...................................................................................................26

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2006, the attached **REDACTED PUBLIC VERSION OF COMBINED APPENDIX IN SUPPORT OF HITACHI, LTD'S AND HITACHI AUTOMOTIVE PRODUCTS (USA), INC.'S OPENING SUMMARY JUDGMENT MOTIONS** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Hugh A. Abrams, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ John G. Day*
_____
John G. Day

154486.1