# Exhibit 1

US005497738A

# United States Patent [19]

## Siemon et al.

[11] Patent Number: 5,497,738

[45] Date of Patent: * Mar. 12, 1996

[54] **VCT CONTROL WITH A DIRECT ELECTROMECHANICAL ACTUATOR**

[75] Inventors: **Edward C. Siemon; Stanley B. Quinn, Jr.,** both of Ithaca, N.Y.

[73] Assignee: **Borg-Warner Automotive, Inc.,** Sterling Heights, Mich.

[ * ] Notice: The portion of the term of this patent subsequent to Jun. 15, 2010, has been disclaimed.

[21] Appl. No.: **56,635**

[22] Filed: **May 3, 1993**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 940,273, Sep. 3, 1992, Pat. No. 5,218,935.

[51] Int. Cl.$^6$ ..................................................... **F01L 1/34**
[52] U.S. Cl. .............................. **123/90.17**; 123/90.31; 137/312
[58] Field of Search ............................. 123/90.15, 90.17, 123/90.31; 74/568 R; 137/312, 625.65; 464/1, 2, 160

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,762,141 | 8/1988 | Karpis | 137/312 |
| 4,856,465 | 8/1989 | Denz et al. | 123/90.17 |
| 4,858,572 | 8/1989 | Shirai et al. | 123/90.12 |
| 5,000,420 | 3/1991 | Hendrixon | 137/625.65 |
| 5,012,774 | 5/1991 | Strauber et al. | 123/90.17 |
| 5,056,477 | 10/1991 | Linder et al. | 123/90.17 |
| 5,088,456 | 2/1992 | Suga | 123/90.17 |
| 5,150,671 | 9/1992 | Suga | 123/90.17 |
| 5,172,659 | 12/1992 | Butterfield et al. | 123/90.17 |
| 5,201,289 | 4/1993 | Imai | 123/90.17 |
| 5,218,935 | 6/1993 | Quinn, Jr. et al. | 123/90.17 |
| 5,271,360 | 12/1993 | Kano et al. | 123/90.17 |

*Primary Examiner*—Weilun Lo
*Attorney, Agent, or Firm*—Willian Brinks Hofer et al.; Greg Dziegielewski

[57]    **ABSTRACT**

A camshaft (**126**) has a vane (**160**) secured to an end thereof for non-oscillating rotation therewith. The camshaft also carries a sprocket (**132**) which can rotate with the camshaft but which is also oscillatable with the camshaft. The vane has opposed lobes (**160a, 160b**) which are received in opposed recesses (**132a, 132b**), respectively, of the sprocket. The recesses have greater circumferential extent than the lobes to permit the vane and sprocket to oscillate with respect to one another, and thereby permit the camshaft to change in phase relative to a crankshaft whose phase relative to the sprocket is fixed by virtue of a chain drive extending therebetween. The camshaft tends to change in reaction to pulses which it experiences during its normal operation, and it is permitted to change only in a given direction, either to advance or retard, by selectively blocking or permitting the flow of hydraulic fluid, preferably engine oil, through the return lines (**194, 196**) from the recesses by controlling the position of a vented spool (**200**) within a valve body (**198**) of a control valve (**192**) in response to a signal indicative of an engine operating condition from an engine control unit (**208**) via cable (**238**). The vented spool is selectively positioned within the valve body by a electromechanical actuator (**201**) which is controlled by the engine control unit. The spool is centered when an optimum phase angle between crankshaft and camshaft is achieved.

**13 Claims, 13 Drawing Sheets**



**U.S. Patent**        Mar. 12, 1996        **Sheet 1 of 13**        **5,497,738**



FIG. I



FIG. 2



FIG. 6



FIG. 3

FIG. 5



FIG. 4

FIG. 9



FIG. 7



FIG. 8



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 15                          FIG. 16



FIG. 14



FIG. 17



FIG. 18



FIG. 19



FIG. 20

5,497,738

**1**

## VCT CONTROL WITH A DIRECT ELECTROMECHANICAL ACTUATOR

### CROSS REFERENCE TO APPLICATION

This application is a continuation-in-part of application Ser. No. 940,273 which was filed Sep. 3, 1992, now U.S. Pat. No. 5,218,935, granted Jun. 15, 1993.

### FIELD OF THE INVENTION

This invention relates to an hydraulic control system for controlling the operation of a variable camshaft timing (VCT) system of the type in which the position of the camshaft is circumferentially varied relative to the position of a crankshaft in reaction to torque reversals experienced by the camshaft during its normal operation. In such a VCT system, an electromechanical/hydraulic system is provided to effect the repositioning of the camshaft in reaction to such torque reversals, and a control system is provided to selectively permit or prevent the hydraulic system from effecting such repositioning.

More specifically, the present invention relates to a control system which utilizes a variable force solenoid to directly control the position of a fully vented spool valve which is an useful part of the hydraulic system.

### BACKGROUND OF THE INVENTION

Consideration of information disclosed by the following U.S. Patents, which are all hereby incorporated by reference, is useful when exploring the background of the present invention.

U.S. Pat. No. 5,002,023 describes a VCT system within the field of the invention in which the system hydraulics includes a pair of oppositely acting hydraulic cylinders with appropriate hydraulic flow elements to selectively transfer hydraulic fluid from one of the cylinders to the other, or vice versa, to thereby advance or retard the circumferential position on of a camshaft relative to a crankshaft. The control system utilizes a control valve in which the exhaustion of hydraulic fluid from one or another of the oppositely acting cylinders is permitted by moving a spool within the valve one way or another from its centered or null position. The movement of the spool occurs in response to an increase or decrease in control hydraulic pressure, $P_C$, on one end of the spool and the relationship between the hydraulic force on such end and an oppositely direct mechanical force on the other end which results from a compression spring that acts thereon.

U.S. Pat. No. 5,107,804 describes an alternate type of VCT system within the field of the invention in which the system hydraulics include a vane having lobes within an enclosed housing which replace the oppositely acting cylinders disclosed by the aforementioned U.S. Pat. No. 5,002,023. The vane is oscillatable with respect to the housing, with appropriate hydraulic flow elements to transfer hydraulic fluid within the housing from one side of a lobe to the other, or vice versa, to thereby oscillate the vane with respect to the housing in one direction or the other, an action which is effective to advance or retard the position of the camshaft relative to the crankshaft. The control system of this VCT system is identical to that divulged in U.S. Pat. No. 5,002, 023, using the same type of spool valve responding to the same type of forces acting thereon.

**2**

U.S. Pat. Nos. 5,172,659 and 5,184,578 both address the problems of the aforementioned types of VCT systems created by the attempt to balance the hydraulic force exerted against one end of the spool and the mechanical force exerted against the other end. The improved control system disclosed in both U.S. Pat. Nos. 5,172,659 and 5,184,578 utilizes hydraulic force on both ends of the spool. The hydraulic force on one end results from the directly applied hydraulic fluid from the engine oil gallery at full hydraulic pressure, $P_S$. The hydraulic force on the other end of the spool results from an hydraulic cylinder or other force multiplier which acts thereon in response to system hydraulic fluid at reduced pressure, $P_C$, from a PWM solenoid. Because the force at each of the opposed ends of the spool is hydraulic in origin, based on the same hydraulic fluid, changes in pressure or viscosity of the hydraulic fluid will be self-negating, and will not affect the centered or null position of the spool. There are, however, several disadvantages inherent in the inventions disclosed in the '659 and '578 patents.

One disadvantage is the inability of this differential pressure control system ("DPCS") to properly control the position of the spool during the initial start-up phase of the engine. When the engine first starts, it takes several seconds for oil pressure to develop. During that time, the position of the spool valve is unknown. Because the system logic has no known quantity with which to perform the necessary calculations, the DPCS is prevented from effectively controlling the spool valve position until the engine reaches normal operating speed.

Another problem with existing VCT systems is sluggish dynamic response. Even after the engine stabilizes at normal operating speed, individual characteristics vary substantially from engine to engine. A new engine at high speed and low temperature can have a drastically different oil pressure than a worn engine at hot idle. Current methods employed to allow operation over such a wide spectrum of engine characteristics (such as increased cross-sectional area of the hydraulic piston and the undersizing of springs) result in a slow response time, requiring relatively low closed-loop controller gains to maintain stability.

The low closed-loop controller gains render the system more sensitive to component tolerances and operating environment. The net effects (such as a change in the PWM duty cycle required to achieve a null position of the spool) cause degradation of overall closed-loop system performance.

Finally, the moving parts of the PWM solenoid typically used in a conventional DPCS create unwanted noise in the system. During operation, the solenoid cycles through its full stroke with every PWM pulse. The rapid cycling results in armature and poppet "chatter", i.e., high frequency collisions, thus introducing the unwanted noise.

### SUMMARY OF THE INVENTION

The present invention provides an improved method and apparatus for controlling the position of a vented spool in a hydraulic control valve. Specifically, the present invention provides an improved method and apparatus for controlling the position of a vented spool in a hydraulic control valve in a VCT system, for example, a hydraulic control valve similar to the one used in an oppositely-acting hydraulic cylinder VCT timing system of the type disclosed in U.S. Pat. No. 5,002,023, or a hydraulic control valve similar to the one used in a vane-type VCT timing system of the type disclosed in U.S. Pat. No. 5,107,804.

5,497,738

**3**

The control system, of the present invention eliminates the hydraulic force on one end of the spool resulting from directly applied hydraulic fluid from the engine oil gallery at full hydraulic pressure, $P_S$, utilized by previous embodiments of the VCT system. The force on the other end of the vented spool results from an electromechanical actuator, preferably of the variable force solenoid type, which acts directly upon the vented spool in response to an electronic signal issued from an engine control unit ("ECU") which monitors various engine parameters. The ECU receives signals from sensors corresponding to camshaft and crankshaft positions and utilizes this information to calculate a relative phase angle. The preferred embodiment employs a closed-loop feedback system, such as the one disclosed in U.S. Pat. No. 5,184,578, which corrects for any phase angle error. The present invention offers an efficient and economical solution to the problems recited above, as well as additional advantages over the conventional DPCS.

When the relationship between spool position and control signal (solenoid current) is independent of engine oil pressure, any problems associated with oil pressure or its fluctuation are eliminated. For example, the lack of normal operating oil pressure during initial engine start-up does not result in start-up error because the signal from the ECU is fed immediately to the solenoid which directly positions the spool.

The use of a variable force solenoid also solves the problem of sluggish dynamic response. Such a device can be designed to be as fast as the mechanical response of the spool valve, and certainly much faster than the conventional (fully hydraulic) DPCS. The faster response allows the use of increased closed-loop gain, making the system less sensitive to component tolerances and operating environment.

Also, a variable force solenoid armature only travels a short distance, as controlled by the current from the ECU, as opposed to the complete cycles which result from the use of a PWM solenoid. Because the travel required rarely results in extremes, the chattering is eliminated, rendering the system virtually noise-free.

Possibly the most important advantage over the conventional DPCS is the improved control of the basic system. The present invention provides a greatly enhanced ability to quickly and accurately follow a command input of VCT phase.

Furthermore, because the preferred embodiment of the present invention is not dependent upon oil pressure, the present invention can be used for applications where an oil-free actuator is desirable, such as with timing belt engines.

In an alternate embodiment, a lever arrangement or equivalent is functionally positioned between the electromechanical actuator and the spool. The lever arrangement effectively acts as a stroke amplifier/force attenuator, allowing either a reduction in the required solenoid current or reduction in the air gap distance without sacrificing valve travel.

Accordingly, it is an object of the present invention to provide an improved method and apparatus for controlling the operation of a hydraulic control valve of the vented spool type. It is a further object of the present invention to provide an improved method and apparatus for controlling the operation of a hydraulic control valve of the vented spool type in an automotive variable camshaft timing system.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawings and the following brief description thereof, to the detailed

**4**

description of the preferred embodiment, and to the appended claims.

BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a fragmentary view of a dual camshaft internal combustion engine incorporating an embodiment of a variable camshaft timing arrangement according to the present invention, the view being taken on a plane extending transversely through the crankshaft and the camshafts and showing the intake camshaft in a retarded position relative to the crankshaft and the exhaust camshaft;

FIG. 2 is a fragmentary view similar to a portion of FIG. 1 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 3 is a fragmentary view taken on line 3—3 of FIG. 6 with some of the structure being removed for the sake of clarity and being shown in the retarded position of the device;

FIG. 4 is a fragmentary view similar to FIG. 3 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 5 is a fragmentary view showing the reverse side of some of the structure illustrated in FIG. 1;

FIG. 6 is a fragmentary view taken on line 6—6 of FIG. 4;

FIG. 7 is a fragmentary view taken on line 7—7 of FIG. 1;

FIG. 8 is a sectional view taken on line 8—8 of FIG. 1;

FIG. 9 is a sectional view taken on line 9—9 of FIG. 1;

FIG. 10 is an end elevational view of a camshaft with an alternative embodiment of a variable camshaft timing system applied thereto;

FIG. 11 is a view similar to FIG. 10 with a portion of the structure thereof removed to more clearly illustrate other portions thereof;

FIG. 12 is a sectional view taken on line 12—12 of FIG. 10;

FIG. 13 is a sectional view taken on line 13—13 of FIG. 10;

FIG. 14 is a sectional view taken on line 14—14 of FIG. 11;

FIG. 15 is an end elevational view of an element of the variable camshaft timing system of FIGS. 10–14;

FIG. 16 is an elevational view of the element of FIG. 15 from the opposite end thereof;

FIG. 17 is a side elevational view of the element of FIGS. 15 and 16;

FIG. 18 is an elevational view of the element of FIG. 17 from the opposite side thereof; and

FIG. 19 is a simplified schematic view of the variable camshaft timing arrangement of FIGS. 10–18; and

FIG. 20 is a simplified schematic view similar to FIG. 19 of an alternative embodiment of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

In the embodiment of FIGS. 1–9, a crankshaft 22 has a sprocket 24 keyed thereto, and rotation of the crankshaft 22 during the operation of the engine in which it is incorporated, otherwise not shown, is transmitted to an exhaust camshaft 26, that is, a camshaft which is used to operate the exhaust valves of the engine, by a chain 28 which is trained

5,497,738

**5**

around the sprocket 24 and a sprocket 30 which is keyed to the camshaft 26. Although not shown, it is to be understood that suitable chain tighteners will be provided to ensure that the chain 28 is kept tight and relatively free of slack. As shown, the sprocket 30 is twice as large as the sprocket 24. This relationship results in a rotation of the camshaft 26 at a rate of one-half that of the crankshaft 22, which is proper for a 4-cycle engine. It is to be understood that the use of a belt in place of the chain 28 is also contemplated.

The camshaft 26 carries another sprocket, namely sprocket 32, FIG. 3, 4 and 6, journalled thereon to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable with the camshaft 26. Rotation of the camshaft 26 is transmitted to an intake camshaft 34 by a chain 36 which is trained around the sprocket 32 and a sprocket 38 that is keyed to the intake camshaft 34. As shown, the sprockets 32 and 38 are equal in diameter to provide for equivalent rates of rotation between the camshaft 26 and the camshaft 34. The use of a belt in place of the chain 36 is also contemplated.

As is illustrated in FIG. 6, an end of each of the camshafts 26 and 34 is journalled for rotation in bearings 42 and 44, respectively, of the head 50, which is shown fragmentarily and which is bolted to an engine block, otherwise not shown, by bolts 48. The opposite ends of the camshafts 26 and 34, not shown, are similarly journalled for rotation in an opposite end, also not shown, of the head 50. The sprocket 38 is keyed to the camshaft 34 at a location of the camshaft 34 which is outwardly of the head 50. Similarly, the sprockets 32 and 30 are positioned, in series, on the camshaft 26 at locations outwardly of the head 50, the sprocket 32 being transversely aligned with the sprocket 38 and the sprocket 30 being positioned slightly outwardly of the sprocket 32, to be transversely aligned with the sprocket 24.

The sprocket 32 has an arcuate retainer 52 (FIGS. 7 and 8) as an integral part thereof, and the retainer 52 extends outwardly from the sprocket 32 through an arcuate opening 30a in the sprocket 30. The sprocket 30 has an arcuate hydraulic body 46 bolted thereto and the hydraulic body 46, which houses certain of the hydraulic components of the associated hydraulic control system, receives and pivotally supports the body end of each of a pair of oppositely acting, single acting hydraulic cylinders 54 and 56 which are positioned on opposite sides of the longitudinal axis of the camshaft 26. The piston ends of the cylinders 54 and 56 are pivotally attached to an arcuate bracket 58, and the bracket 58 is secured to the sprocket 32 by a plurality of threaded fasteners 60. Thus, by extending one of the cylinders 54 and 56 and by simultaneously retracting the other of the cylinders 54 and 56, the arcuate position of the sprocket 32 will be changed relative to the sprocket 30, either to advance the sprocket 32 if the cylinder 54 is extended and the cylinder 56 is retracted, which is the operating condition illustrated in FIGS. 2 and 4, or to retard the sprocket 32 relative to the sprocket 30 if the cylinder 56 is extended and the cylinder 54 is retracted, which is the operating condition illustrated in FIGS. 1, 3, 7 and 8. In either case, the retarding or advancing of the position of the sprocket 32 relative to the position of the sprocket 30, which is selectively permitted or prevented in reaction to the direction of torque in the camshaft 26, as explained in the aforesaid U.S. Pat. No. 5,002,023, will advance or retard the position of the camshaft 34 relative to the position of the camshaft 26 by virtue of the chain drive connection provided by the chain 36 between the sprocket 32, which is journalled for limited relative arcuate movement on the camshaft 26, and the sprocket 38, which is keyed to the camshaft 34. This relationship can be seen in

**6**

the drawing by comparing the relative position of a timing mark 30b on the sprocket 30 and a timing mark 38a on the sprocket 38 in the retard position of the camshaft 34, as is shown in FIGS. 1 and 3, to their relative positions in the advanced position of the camshaft 34, as is shown in FIGS. 2 and 4.

FIGS. 10–20 illustrate two embodiments of the present invention in which a housing in the form of a sprocket 132 is oscillatingly journalled on a camshaft 126. The camshaft 126 may be considered to be the only camshaft of a single camshaft engine, either of the overhead camshaft type or the in block camshaft type. Alternatively, the camshaft 126 may be considered to be either the intake valve operating camshaft or the exhaust valve operating camshaft of a dual camshaft engine. In any case, the sprocket 132 and the camshaft 126 are rotatable together, and are caused to rotate by the application of torque to the sprocket 132 by an endless roller chain 138, shown fragmentarily, which is trained around the sprocket 132 and also around a crankshaft, not shown. As will be hereinafter described in greater detail, the sprocket 132 is oscillatingly journalled on the camshaft 126 so that it is oscillatable at least through a limited arc with respect to the camshaft 126 during the rotation of the camshaft, an action which will adjust the phase of the camshaft 126 relative to the crankshaft.

An annular pumping vane 160 is fixedly positioned on the camshaft 126, the vane 160 having a diametrically opposed pair of radially outwardly projecting lobes 160a, 160b and being attached to an enlarged end portion 126a of the camshaft 126 by bolts 162 which pass through the vane 160 into the end portion 126a. In that regard, the camshaft 126 is also provided with a thrust shoulder 126b to permit the camshaft to be accurately positioned relative to an associated engine block, not shown. The pumping vane 160 is also precisely positioned relative to the end portion 126a by a dowel pin 164 which extends therebetween. The lobes 160a, 160b are received in radially outwardly projecting recesses 132a, 132b, respectively, of the sprocket 132, the circumferential extent of each of the recesses 132a, 132b being somewhat greater than the circumferential extent of the vane lobe 160a, 160b which is received in such recess to permit limited oscillating movement of the sprocket 132 relative to the vane 160. The recesses 132a, 132b are closed around the lobes 160a, 160b, respectively, by spaced apart, transversely extending annular plates 166, 168 which are fixed relative to the vane 160, and, thus, relative to the camshaft 126, by bolts 170 which extend from one to the other through the same lobe, 160a, 160b. Further, the inside diameter 132c of the sprocket 132 is sealed with respect to the outside diameter of the portion 160d of the vane 160 which is between the lobes 160a, 160b, and the tips of the lobes 160a, 160b of the vane 160 are provided with seal receiving slots 160e, 160f, respectively. Thus each of the recesses 132a, 132b of the sprocket 132 is capable of sustaining hydraulic pressure, and within each recess 132a, 132b, the portion on each side of the lobe 160a, 160b, respectively, is capable of sustaining hydraulic pressure.

The functioning of the structure of the embodiment of FIGS. 10–18, as thus far described, may be understood by reference to schematic FIGS. 19 and 20. It also is to be understood, however, that the hydraulic control system of FIGS. 19 and 20 is also applicable to an opposed hydraulic cylinder VCT system corresponding to the embodiment of FIGS. 1–9, as well as to a vane type VCT system corresponding to the embodiment of FIGS. 10–18.

In any case, hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 132a, 132b by

5,497,738

7

way of common inlet line 182. Inlet line 182 terminates at a juncture between opposed check valves 184 and 186 which are connected to recesses 132*a*, 132*b*, respectively, by branch lines 188, 190, respectively. Check valves 184, 186 have annular seats 184*a*, 186*a*, respectively, to permit the flow of hydraulic fluid through check valves 184, 186 into recesses 132*a*, 132*b*, respectively. The flow of hydraulic fluid through check valves 184, 186 is blocked by floating balls 184*b*, 186*b*, respectively, which are resiliently urged against seats 184*a*, 186*a*, respectively, by springs 184*c*, 186*c*, respectively. Check valves 184, 186, thus, permit the initial filling of recesses 132*a*, 132*b* and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters inlet line 182 by way of spool valve 192, which is incorporated within camshaft 126, and hydraulic fluid is returned to spool valve 192 from recesses 132*a*, 132*b* by return lines 194, 196, respectively.

Spool valve 192 is made up of cylindrical member 198 and vented spool 200 which is slidable to and fro within cavity 198*a*. Vented spool 200 has cylindrical lands 200*a* and 200*b* on opposed ends thereof, and lands 200*a* and 200*b*, which fit snugly within member 198, are positioned so that land 200*b* will block the exit of hydraulic fluid from return line 196, or land 200*a* will block the exit of hydraulic fluid from return line 194, or lands 200*a* and 200*b* will block the exit of hydraulic fluid from both return lines 194 and 196, as is schematically shown in FIGS. 19 and 20, where camshaft 126 is being maintained in a selected intermediate position relative to the crankshaft of the associated engine, referred to as the "null" position of spool 200.

In the present invention, the position of vented spool 200 within member 198 is influenced by spring 202 which acts on the end of land 200*a*. Thus, spring 202 resiliently urges spool 200 to the left, as oriented in FIGS. 19 and 20. Inlet line 182 receives its pressurized fluid (engine oil) directly from main oil gallery ("MOG") 230 of the engine by way of conduit 230*a*, bypassing vented spool 200. This oil is also used to lubricate bearing 232 in which camshaft 126 of the engine rotates.

The control of the position of spool 200 within member 198 is in direct response to electromechanical actuator 201, preferably a variable force solenoid, as shown in FIG. 19. An electrical current is introduced via cable 238 through solenoid housing 201*d* into solenoid coil 201*a* which repels, or "pushes", armature 201*b* Armature 201*b* bears against extension 200*c* of vented spool 200, thus moving vented spool 200 to the right, as oriented in FIG. 19. If the force of spring 202 is in balance with the force exerted by armature 201*b* in the opposite direction, spool 200 will remain in its null or centered position. Thus, vented spool 200 can be moved in either direction by increasing or decreasing the current to solenoid coil 201*a*, as the case may be. Of course, the configuration of solenoid 201 may be reversed, converting the force on spool extension 200*c* from a "push" to a "pull." This would require the function of spring 202 to be redesigned to counteract the force in the new direction of armature 201*b* movement. However, there are instances when it is desirable for spool 200 to be forced to the far left, or biased, position. The location of spring 202 in cavity 198*c*, as shown in FIG. 19, or in cavity 198*a*, as shown in FIG. 20, ensures the return of spool 200 to its biased position when there is no current applied to solenoid coil 201*a*, such as periods of power failure or engine shutdown.

The movement of armature 201*b* is controlled by an electrical current applied to solenoid coil 201*a* in response to a control signal from electronic engine control unit (ECU)

8

208, shown schematically in FIG. 19, which may be of conventional construction. In previous versions of the VCT system, the force exerted against spool extension 200*c* must balance with the force of spring 202 plus any system oil pressure in cavity 198*a* acting on the end of land 200*a* if a null position of spool 200 was desired. A problem arose when attempting to achieve this balance because the system included a component which could vary significantly, namely oil pressure. The optimum solution is a control system completely independent of variable parameters, i.e., one independent of engine oil pressure.

In the present invention, oil pressure in cavity 198*a* is relieved, leaving only the force of armature 201*b* to be balanced against the force of spring 202 to achieve a null position of spool 200. Relieving the pressure in cavity 198*a* may be accomplished, for example, by providing an engine oil flow path to the vane system which bypasses spool 200, that is, does not utilize a passage internal to spool 200 to supply oil to inlet line 182, as in previous systems. The bypass of spool 200 may be achieved by connecting bypass line 220*a* directly to inlet line 182 and substituting inlet oil check valve 212 for the check valve previously contained in the passage internal to the spool. In conjunction with providing an alternate flow path, venting spool valve 198 to atmosphere via vent 198*d* would complete the objective of relieving the pressure in cavity 198*a* which acted on the end of land 200*a* in previous VCT systems.

With the oil pressure variable eliminated, the only forces left to consider in controlling the position of vented spool 200 are ones with predictable rates of change. The force of armature 201*b* corresponds to the electrical current applied to solenoid coil 201*a*, and the force of spring 202 is also predictable (with respect to spring position). The result is the position of spool 200 being readily ascertainable based on solenoid current alone.

The type of solenoid normally used in the preferred embodiment is the cylindrical armature, or variable area, solenoid shown in FIG. 19. Main air gap 201*c* extends radially around armature 201*b* and may contain nonmagnetic bearing material. As armature 201*b* moves axially, the cylindrical area of main gap 201*c* increases but the force and distance to the coil remain constant. Because the force is relatively insensitive to axial armature position, an extremely precise distance from solenoid housing 201*d* to vented spool 200 is not required.

An alternate embodiment of the present invention is shown in FIG. 20. A variable force solenoid of the flat-faced armature, or variable gap, type is used. Force is inversely proportional to the square of air gap 201*c*. It is thus advantageous to limit air gap 201*c* to a relatively small value. By using a stroke amplifier in conjunction with a variable gap solenoid, a net gain in force can be achieved. Lever arrangement 201*e* connects armature 201*b* with spool extension 200*c* and provides just such a gain in force. This net gain can be exploited by reducing the physical size of electromechanical actuator 201, thus decreasing the current requirements of solenoid coil 201*a* without sacrificing valve travel.

By using only imbalances between an electrically-generated force on one end 200*a* of spool 200 and a spring force on other end 200*b* for movement in one direction or another (as opposed to using imbalances between hydraulic loads from a common source on both ends), the control systems of FIGS. 19, and 20 are completely independent of hydraulic system pressure. Thus, it is not necessary to design a compromised system to operate within a potentially wide

5,497,738

9 | 10

spectrum of oil pressures, such that may be attributed to individual characteristics of particular engines. In that regard, by designing a system which operates within a narrower range of parameters, it is possible to rapidly and accurately position the spool **200** in its null position for enhanced operation of a VCT system.

The vane **160** is alternately urged in clockwise and counterclockwise directions by the torque pulsations in the camshaft **126** and these torque pulsations tend to oscillate vane **160**, and, thus, camshaft **126**, relative to sprocket **132**. However, in the spool position shown in FIGS. **19** and **20**, such oscillation is prevented by the hydraulic fluid within recesses **132a**, **132b** of sprocket **132** on opposite sides of lobes **160a**, **160b**, respectively, of vane **160**, because no hydraulic fluid can leave either recesses **132a** or **132b**. Both return lines **194**, **196** are blocked by the position of vented spool **200**. If, for example, it is desired to permit camshaft **126** and vane **160** to move in a counterclockwise direction with respect to sprocket **132**, it is only necessary to increase the amount of current to solenoid coil **201a**. This will "push" armature **201b** to the right, urge spool **200** to the right, and thereby unblock return line **194**. In this condition of the apparatus, counterclockwise torque pulsations in camshaft **126** will pump fluid out of the portion of recess **132a** and allow lobe **160a** of vane **160** to move into the other portion of recess **132a** which has been emptied of hydraulic fluid. However, reverse movement of vane **160** will not occur as the torque pulsations in camshaft **126** become oppositely directed unless and until vented spool **200** moves to the left, because of the blockage of fluid flow through return line **196** by land **200b** of spool **200**. While illustrated as a separate closed passage in FIGS. **19** and **20**, the periphery of vane **160** has open oil passage slot **160c** shown in FIGS. **10, 11, 15, 16** and **17**, which permits the transfer of oil between the portion of recess **132a** on the right side of lobe **160a** and the portion of recess **132b** on the right side of lobe **160b**, which are the non-active sides of lobes **160a** and **160b**; thus, counterclockwise movement of vane **160** relative to sprocket **132** will occur when flow is permitted through return line **194** and clockwise movement will occur when flow is permitted through return line **196**.

Further, inlet line **182** is provided with extension **182a** to the non-active side of one of lobes **160a** or **160b**, shown as lobe **160b**, to permit a continuous supply of make-up oil to the non-active sides of lobes **160a**, **160b** for better rotational balance, improved damping of vane motion, and improved lubrication of the bearing surfaces of vane **160**. The flow of make-up oil does not affect, and is not affected by, the operation of electromechanical actuator **201**. Make-up oil will continue to be provided to lobes **160a** and **160b**.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. An internal combustion engine, comprising:

a crankshaft, said crankshaft being rotatable about an axis;

a camshaft (**126**), said camshaft being rotatable about a second axis, said camshaft being subject to torque reversals during rotation thereof;

a vane (**160**), said vane having first and second circumferentially spaced apart lobes (**160a, 160b**), said vane being attached to said camshaft, said vane being rotat-

able with said camshaft and being non-oscillatable with respect to said camshaft;

a housing (**132**), said housing being rotatable with said camshaft and being oscillatable with respect to said camshaft, said housing having first and second circumferentially spaced apart recesses (**132a, 132b**), each of said first and second recesses receiving one of said first and second lobes and permitting oscillating movement of said one of said first and second lobes therein;

means for transmitting rotary movement from said crankshaft to said housing; and,

means for controlling the oscillation of said housing, said control means being reactive to torque reversals in said camshaft for varying the position of said housing relative to said camshaft, said control means comprising:

a spool valve body (**198**);

a spool (**200**), said spool being reciprocable within said body and having first and second spaced apart lands (**200a, 200b**), said spool further having a vent to atmosphere (**198d**);

a first return line means (**194**) extending from one of said first recess and said second recess to said spool valve body, one of said first and second lands blocking flow through said first return line means in a first range of positions of said spool within said valve body and permitting flow through said first return line means in a second range of positions of said spool within said valve body;

a second return line means (**196**) extending from the other of said first recess and said second recess to said valve body, the other of said first and second lands blocking flow through said second return line means in said second range of positions of said spool within said valve body, permitting flow through said second return line means in a first portion of said first range of positions of said spool within said valve body, and blocking flow through said second return line means in a second portion of said first range of positions of said spool within said valve body;

an inlet line means (**182**) extending from said valve body to each of said first recess and said second recess, said inlet line means permitting hydraulic fluid to flow from said valve body to said each of said first recess and said second recess regardless of the position of said spool, said inlet line means having check valve means (**184, 186**) for preventing the flow of hydraulic fluid from each of said first recess and said second recess to said valve body;

means for sensing (**207a, 207b**) the positions of said crankshaft and said camshaft;

an engine control unit (**208**), said engine control unit for receiving information from said sensing means and for calculating a relative phase angle between said crankshaft and said camshaft using said information;

an electromechanical actuator (**201**), said electromechanical actuator comprising a variable force solenoid, said variable force solenoid for controlling the position of said spool in response to a signal issued from said engine control unit; and,

means for biasing (**202**) said spool valve, said biasing means for urging said spool valve to a full advance position during periods when said electromechanical actuator is deenergized.

2. An engine according to claim 1 wherein each of said first and second lobes respectively divides each of said first

5,497,738

**11**

and second recesses into a first portion and a second portion, each of said one of said first portion and said second portion of said each of said first and second recesses being capable of sustaining hydraulic pressure.

3. An engine according to claim 2 wherein said control means is capable of being reversed to transfer hydraulic fluid out of said one of said first portion and said second portion of said each of said first and second recesses and to transfer hydraulic fluid into said other of said first portion and said second portion of said each of said first and second recesses.

4. An engine according to claim 3 wherein said hydraulic fluid comprises engine lubricating oil, said engine further comprising at least one conduit means (230a) for transferring engine lubricating oil from a pressurized lubricating oil source (230) to said control means and back again in response to said torque reversals of said camshaft.

5. An engine according to claim 4 further comprising means for hydraulically connecting (182a) one of said first portion and said second portion of one of said first recess and said second recess with one of said first portion and said second portion of the other of said first recess and said second recess to permit hydraulic fluid to flow between said one of said first portion and said second portion of said one of said first recess and said second recess and said one of said first portion and said second portion of said other of said first recess and said second recess.

6. An engine according to claim 5 further comprising at least one other conduit means (220a), said other conduit means providing communication for the flow of hydraulic fluid through said valve body to said inlet line means, said other conduit means having second check valve means (222a) for preventing the flow of hydraulic fluid from said inlet line means through said valve body.

7. An engine according to claim 1 wherein said variable force solenoid comprises:

a coil (201a), said solenoid coil for receiving an electrical current from said engine control unit;

an armature (201b), said armature being substantially surrounded by said coil, said armature being connected to said spool, said coil, when energized, for creating a magnetic field sufficient to cause said armature to exert a force upon said spool and induce movement in said spool, said movement corresponding to said signal from said engine control unit;

an air gap, said air gap for separating said coil from said armature; and,

a housing, said housing for providing an enclosure for said coil, said armature, and said air gap.

8. An engine according to claim 1 wherein said electro-mechanical actuator further comprises a stroke amplifier, said stroke amplifier providing a net gain in force as applied to said vented spool.

9. An engine according to claim 8 wherein said stroke amplifier comprises a lever arrangement (201e).

**12**

10. In an internal combustion engine having a variable camshaft timing system for varying the phase angle of a camshaft relative to a crankshaft, a method of regulating the flow of hydraulic fluid from a source to a means for transmitting rotary movement from said crankshaft to a housing, comprising the steps of:

sensing the positions of said camshaft and said crankshaft;

calculating a relative phase angle between said camshaft and said crankshaft, said calculating step using an engine control unit for processing information obtained from said sensing step, said engine control unit further issuing a electrical signal corresponding to said phase angle;

controlling the position of a vented spool slidably positioned within a spool valve body, said controlling step being in response to said signal received from said engine control unit, said controlling step utilizing an electromechanical actuator to vary the position of said vented spool, said electromechanical actuator comprising a variable force solenoid;

supplying hydraulic fluid from said source through said spool valve to a means for transmitting rotary movement to said camshaft, said spool valve selectively allowing and blocking flow of hydraulic fluid through an inlet line and through return lines; and,

transmitting rotary movement to said camshaft in such a manner as to vary the phase angle of said camshaft with respect to said crankshaft said rotary movement being transmitted through a housing said housing being mounted on said camshaft, said housing further being rotatable with said camshaft and being oscillatable with respect to said camshaft.

11. The method of claim 10 wherein said variable force solenoid comprises:

a coil, said coil being adapted to receive said electrical signal from said engine control unit;

an armature, said armature being substantially surrounded by said coil, said armature being connected to said spool, said coil, when energized, creating a magnetic field sufficient to cause said armature to exert a force upon said spool and induce movement in said spool, said movement corresponding to said signal from said engine control unit;

an air gap, said air gap separating said coil from said armature; and,

a housing, said housing providing an enclosure for said coil, said armature, and said air gap.

12. The method of claim 10 wherein said electromechanical actuator further comprises a stroke amplifier, said stroke amplifier for providing a net gain in force as applied to said spool.

13. The method of claim 12 wherein said stroke amplifier comprises a lever arrangement.

* * * * *

# Exhibit 2



US 20060086332A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2006/0086332 A1**

Simpson et al. (43) **Pub. Date:** **Apr. 27, 2006**

(54) **CTA PHASER WITH PROPORTIONAL OIL PRESSURE FOR ACTUATION AT ENGINE CONDITION WITH LOW CAM TORSIONALS**

(75) Inventors: **Roger T. Simpson**, Ithaca, NY (US); **Franklin R. Smith**, Cortland, NY (US); **Marty Gardner**, Dryden, NY (US)

Correspondence Address:
**BORGWARNER INC.**
**3850 HAMLIN ROAD**
**AUBURN HILLS, MI 48326 (US)**

(73) Assignee: **BorgWarner Inc.**, Auburn Hills, MI (US)

(21) Appl. No.: **11/286,483**

(22) Filed: **Nov. 23, 2005**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/984,592, filed on Nov. 9, 2004, now Pat. No. 6,997,150.

(60) Provisional application No. 60/520,594, filed on Nov. 17, 2003.

**Publication Classification**

(51) **Int. Cl.**
    *F01L 1/34* (2006.01)
(52) **U.S. Cl.** ..................................... **123/90.17**; 123/90.15

(57) **ABSTRACT**

A variable camshaft timing phaser for an internal combustion engine having at least one camshaft comprising a plurality of vanes in chambers defined by a housing and a spool valve. The vanes define an advance and a retard chamber. At least one of the vanes is cam torque actuated (CTA) and at least one of the other vanes is oil pressure actuated (OPA). The spool valve is coupled to the advance and retard chamber defined by the CTA vane and the advance chamber defined by the OPA vane. When the phaser is in the advance position, fluid is routed from the retard chamber defined by the OPA vane to the retard chamber defined the CTA vane. When the phaser is in the retard position, fluid is routed from the retard chamber defined by the CTA vane to the advance chamber defined by the CTA vane.





Fig. 1

Patent Application Publication  Apr. 27, 2006  Sheet 2 of 19      US 2006/0086332 A1

Fig. 2



Fig. 3



Patent Application Publication   Apr. 27, 2006  Sheet 3 of 19      US 2006/0086332 A1

Fig. 4



Patent Application Publication   Apr. 27, 2006   Sheet 4 of 19     US 2006/0086332 A1

Fig. 5



Fig. 6



Fig. 7



Revoultions Per Minute (rpm)

———————— Cam Torque Actuated Phaser

— — — — Torsion Assist or Oil Pressure Actuated Phaser



Fig. 8b

Fig. 8a

Patent Application Publication  Apr. 27, 2006  Sheet 8 of 19    US 2006/0086332 A1

Fig. 9



Fig. 10



Patent Application Publication    Apr. 27, 2006    Sheet 10 of 19    US 2006/0086332 A1

Fig. 11



Patent Application Publication    Apr. 27, 2006   Sheet 11 of 19    US 2006/0086332 A1

Fig. 12



Fig. 13



Fig. 14



Patent Application Publication   Apr. 27, 2006   Sheet 14 of 19   US 2006/0086332 A1

Fig. 15



Fig. 16



Fig. 17



Patent Application Publication   Apr. 27, 2006   Sheet 17 of 19     US 2006/0086332 A1

Fig. 18



Patent Application Publication   Apr. 27, 2006   Sheet 18 of 19      US 2006/0086332 A1

Fig. 19



Fig. 20



US 2006/0086332 A1

Apr. 27, 2006

1

## CTA PHASER WITH PROPORTIONAL OIL PRESSURE FOR ACTUATION AT ENGINE CONDITION WITH LOW CAM TORSIONALS

### REFERENCE TO RELATED APPLICATIONS

[0001] This application is a continuation-in-part of U.S. application Ser. No. 10/984,592, filed Nov. 9, 2004, entitled "CTA PHASER WITH PROPORTIONAL OIL PRESSURE FOR ACTUATION AT ENGINE CONDITION WITH LOW CAM TORSIONALS" which was disclosed in Provisional Application No. 60/520,594, filed Nov. 17, 2003, entitled "CTA PHASER WITH PROPORTIONAL OIL PRESSURE FOR ACTUATION AT ENGINE CONDITION WITH LOW CAM TORSIONALS." The aforementioned applications are hereby incorporated herein by reference.

### BACKGROUND OF THE INVENTION

[0002] 1. Field of the Invention

[0003] The invention pertains to the field of variable cam timing systems. More particularly, the invention pertains to an apparatus for allowing actuation of a phaser during low cam torsionals.

[0004] 2. Description of Related Art

[0005] Internal combustion engines have employed various mechanisms to vary the angle between the camshaft and the crankshaft for improved engine performance or reduced emissions. The majority of these variable camshaft timing (VCT) mechanisms use one or more "vane phasers" on the engine camshaft (or camshafts, in a multiple-camshaft engine). In most cases, the phasers have a housing with one or more vanes, mounted to the end of the camshaft, surrounded by a housing with the vane chambers into which the vanes fit. It is possible to have the vanes mounted to the housing, and the chambers in the housing, as well. The housing's outer circumference forms the sprocket, pulley or gear accepting drive force through a chain, belt or gears, usually from the camshaft, or possibly from another camshaft in a multiple-cam engine.

[0006] Two types of phasers are Cam Torque Actuated (CTA) and Oil Pressure Actuated (OPA). In OPA or torsion assist (TA) phasers, the engine oil pressure is applied to one side of the vane or the other, in the retard or advance chamber, to move the vane. Motion of the vane due to forward torque effects is permitted.

[0007] In a CTA phaser, the variable cam timing system uses torque reversals in the camshaft caused by the forces of opening and closing engine valves to move the vane. Control valves are present to allow fluid flow from chamber to chamber causing the vane to move, or to stop the flow of oil, locking the vane in position. The CTA phaser has oil input to make up for losses due to leakage but does not use engine oil pressure to move the phaser. CTA phasers have shown that they provide fast response and low oil usage, reducing fuel consumption and emissions. However, in some engines, i.e. 4 cylinder, the torsional energy from the camshaft is not sufficient to actuate the phaser over the entire speed range of the engine, especially the speed range where the rpm is high.

[0008] FIG. 7 shows a graph of actuation rate versus rpm. When the revolutions per minute (rpm) is low, cam torsional energy is high. When rpm is high, cam torsional energy

drops off. The actuation rate for an oil pressure actuated (OPA) or torsion assist (TA) phaser is shown by the dashed line. Since oil pressure is low at low rpm, the actuation rate is also low. As the rpm increases, the oil pressure increases and the actuation rate of the OPA or TA phaser also increases. The solid line shows the actuation rate of the cam torque actuated (CTA) phaser. The CTA phaser is actuated by torsional energy, which is high at low rpm and low at higher rpm.

[0009] Numerous strategies have been used to solve the problem of low cam torsional energy at high rpm or high engine speeds. For example, if the position of the cam phaser was to full retard during the periods of low torsional energy, the friction of the cam drive may be used to pull the phaser back to the full retard position. Another strategy is to add a bias spring to help move and hold the phaser to a full advance position during periods of low torsional energy. Other examples are shown in U.S. Pat. Nos. 6,276,321, 6,591,799, 5,657,725, and 6,453,859.

[0010] U.S. Pat. No. 6,276,321 uses a spring attached to a cover plate to move the rotor to an advanced or retard position to enable a locking pin to slide into place during low engine speeds and oil pressure.

[0011] U.S. Pat. No. 6,591,799 discloses a valve timing control device that includes a biasing means for biasing the camshaft in an advanced direction, where the biasing force is approximately equal to or smaller than a peak value of frictional torque produced between a cam and a tappet.

[0012] U.S. Pat. No. 5,657,725 discloses a CTA phaser that supplies full pressure to an ancillary vane that provides bias to the phaser based on the pressure of the oil pump. The oil pressure bias uses an open pressure port and lacks proportional control at high engine speeds.

[0013] U.S. Pat. No. 6,453,859 discloses a single spool valve controlling a phaser having both a CTA and two check valve torsional assist (TA) properties. A valve switch function is used to switch from CTA to TA during periods of low torsional energy.

### SUMMARY OF THE INVENTION

[0014] A variable camshaft timing phaser for an internal combustion engine has at least one camshaft comprising a plurality of vanes in chambers defined by a housing and a spool valve. The vanes define an advance and a retard chamber. At least one of the vanes is cam torque actuated (CTA) and at least one , of the other vanes is oil pressure actuated (OPA) or torsion assist (TA). The spool valve is coupled to the advance and retard chamber defined by the CTA vane and the advance chamber defined by the OPA vane. When the phaser is in the advance position, fluid is routed from the retard chamber defined by the OPA vane to the retard chamber defined the CTA vane. When the phaser is in the retard position, fluid is routed from the retard chamber defined by the CTA vane to the advance chamber defined by the CTA vane.

[0015] The phaser further comprises a locking pin located in one of the vanes. The locking pin is in the locked position when the locking pin is received in the receiving hole in the housing. The receiving hole is located at the fully advance stop position or the fully retard stop position, depending on whether the phaser is exhaust or intake.

2

## BRIEF DESCRIPTION OF THE DRAWINGS

[0016]   **FIG. 1** shows a perspective view of the present invention.

[0017]   **FIG. 2** shows an end view of **FIG. 1** with the cover plate and spacer plate removed.

[0018]   **FIG. 3** shows a side view of **FIG. 1** along line A–A.

[0019]   **FIG. 4** shows a schematic of a first embodiment of the present invention in null position.

[0020]   **FIG. 5** shows a schematic of a first embodiment of the present invention in advance position.

[0021]   **FIG. 6** shows a schematic of a first embodiment of the present invention in retard position.

[0022]   **FIG. 7** shows a graph of actuation rate versus revolutions per minute (rpm) for an oil pressure actuated/torsion assist phaser and a cam torque actuated phaser.

[0023]   **FIG. 8a** shows a graph of actuation rate of an OPA/TA phaser versus spool position at various speeds.

[0024]   **FIG. 8b** shows a graph of actuation rate of an CTA phaser versus spool position at various speeds.

[0025]   **FIG. 9** shows a schematic of the second embodiment of the present invention moving towards the advance position.

[0026]   **FIG. 10** shows a schematic of the second embodiment of the present invention moving towards the retard position.

[0027]   **FIG. 11** shows a schematic of the second embodiment of the present invention in the null position.

[0028]   **FIG. 12** shows a schematic of the third embodiment of the present invention moving towards the advance position.

[0029]   **FIG. 13** shows a schematic of the third embodiment of the present invention moving towards the retard position.

[0030]   **FIG. 14** shows a schematic of the third embodiment of the present invention in the null position.

[0031]   **FIG. 15** shows a schematic of the fourth embodiment of the present invention moving towards the advance position.

[0032]   **FIG. 16** shows a schematic of the fourth embodiment of the present invention moving towards the retard position.

[0033]   **FIG. 17** shows a schematic a schematic of the fourth embodiment of the present invention in the null position.

[0034]   **FIG. 18** shows a schematic a schematic of the fifth embodiment of the present invention moving towards the retard position.

[0035]   **FIG. 19** shows a schematic a schematic of the fifth embodiment of the present invention moving towards the advance position.

[0036]   **FIG. 20** shows a schematic a schematic of the fifth embodiment of the present invention in the null position.

## DETAILED DESCRIPTION OF THE INVENTION

[0037]   In a variable cam timing (VCT) system, the timing gear on the camshaft is replaced by a variable angle coupling known as a "phaser", having a rotor connected to the camshaft and a housing connected to (or forming) the timing gear, which allows the camshaft to rotate independently of the timing gear, within angular limits, to change the relative timing of the camshaft and crankshaft. The term "phaser", as used here, includes the housing and the rotor, and all of the parts to control the relative angular position of the housing and rotor, to allow the timing of the camshaft to be offset from the crankshaft. In any of the multiple-camshaft engines, it will be understood that there would be one phaser on each camshaft, as is known to the art.

[0038]   **FIGS. 8a** and **8b** show graphs of actuation rate versus spool position in OPA/TA phasers and in CTA phasers. As shown in **FIG. 8a**, the actuation rate is highest at high speeds, indicated by the solid line, and when the spool is in the inner position and the outer position for the OPA/TA phasers. The actuation rate is lowest at low speed, indicated by the dotted line. At mid speed, indicated by the dashed line, the actuation rate is between the actuation rates of the phaser at high speeds and low speeds. **FIG. 8b** shows the highest actuation rates for the CTA phaser, when the phaser is operating at low speeds, indicated by the dotted line, and the spool is in the inner and the outer positions. The actuation rate of the CTA phaser at high speeds, indicated by the solid line, is low. At mid speed, indicated by the dashed line, the actuation rate is between the actuation rates of the phaser at high speeds and low speeds. As shown by comparing the graphs, the null position is the same in both the OPA/TA phasers and the CTA phaser. Furthermore, the actuation of the CTA phaser at high speed may be aided by actuating the OPA or TA phaser at high speeds, such that the sum of the two actuations at a give speed results in satisfactory engine performance, even in a four cylinder engine.

[0039]   Referring to **FIGS. 1–6**, a sprocket 10 is connected to the housing 24. The rotor 12 has a diametrically opposed pair of radially outward projecting vanes 22, which fit into the housing 24. The rotor 12 houses the spool 104 and locking pin 300. One of the vanes 22 of the rotor 12 contains locking pin 300. Locking pin 300 is received by a receiving hole 151 located in the housing 24. Connected to the rotor 12 is a reed check valve plate 14, containing at least two check valves 122 and 124. A cover 18 and spacer 16 are attached to the reed check valve plate 14.

[0040]   **FIGS. 4–6** show the null, advance and retard positions of the phaser respectively. The phaser operating fluid, illustratively in the form of engine lubricating oil flows into the advanced chambers 17a and the retard chambers 17b. The engine lubricating oil is introduced into the phaser by way of a common inlet line 110 connected to the main oil gallery 119. Inlet line 110 enters the phaser through bearing 113 of the camshaft 26. The common inlet line 110 contains check valve 126, which may or may not be present to prevent any back flow of oil into the main oil gallery 119. If the check valve 126 is present, then the vane is torsion assist (TA) and if the check valve 126 is not present, the vane is oil pressure actuated (OPA). Inlet line 110 branches into two paths, both of which terminate as they enter the spool valve 109. One branch of inlet line 110 leads to supply line 117 and

3

the other branch, line 149, leads to line 145. Line 145 branches into two paths, one of which supplies oil to chamber 17*b*, and the other line 147 which leads to locking pin 300.

[0041]  Locking pin 300 locks only when it is received in receiving hole 151 in chamber 17*b*. The receiving hole 151 may be located at the full advanced stop, the fully retarded stop, or slightly away from the stop, depending on whether the cam phaser is intake or exhaust. Intake cam phasers are usually locked in the full retard position when the engine is started and exhaust cam phasers are usually locked in the full -advance position when the engine is started. The locking pin 300 is slidably located in a radial bore in the rotor comprising a body having a diameter adapted to a fluid-tight fit in the radial bore. The inner end of the locking pin 300 is adapted to fit in receiving hole 151 defined by the housing 24. The locking pin 300 is radially movable in the bore from a locked position in which the inner end fits into the receiving hole 151 defined by the housing 24 to an unlocked position in which the inner end does not engage the receiving hole 151 defined by the housing 24.

[0042]  The spool valve 109 is made up of a spool 104 and a cylindrical member 115. The spool 104 is slidable back and forth and includes spool lands 104*a*, 104*b*, and 104*c*, which fit snugly within cylindrical member 115. The spool lands 104*a*, 104*b*, and 104*c* are preferably cylindrical lands and preferably have three positions, described in more detail below. The position of the spool within the cylindrical member 115 is influenced by spring 118, which resiliently urges the spool to the left (as shown in FIGS. 4-6). A variable force solenoid (VFS) 103 urges the spool to the right in response to control signals from the engine control unit (ECU) 102.

[0043]  To maintain a phase angle, the spool 104 is positioned at null, as shown in FIG. 4, cam torsional energy, oil pressure, and friction torque have to be balanced. Makeup oil from the main oil gallery 119 fills both chambers 17*a* and 17*b*. When the spool 104 is in the null position, spool lands 104*a* and 104*b* block lines 112, 114, and exhaust port 106. Line 117 remains unblocked and is the source of the makeup oil. Supply line 117 branches into two lines, each connecting to lines 112 and 114. The branches of line 117 contain check valves 122 and 124 to prevent back flow of oil into supply line 117. Since lines 112, 114, and exhaust port 106 are blocked by the spool 104, pressure is maintained in chambers 17*a* and 17*b*. Spool land 104*c* partially blocks line 149. The partial blockage of line 149 allows enough oil to enter line 145 and 147 to unlock the locking pin from the receiving hole to move the vane and then maintain vane 22 with locking pin 300 in the null position. The locking pins tip drags along the inside of the phaser since receiving hole 151 is not present.

[0044]  FIG. 5 shows the phaser in the advance position. To move to the advance position the spool 104 is moved to the right, compressing spring 118 within the cylindrical member 115. A small amount of oil is supplied to the locking pin 300 to unlock the pin 300 from the receiving hole 151 if the prior position was retard. Oil pressure from the main oil gallery aids in commanding the phaser to the advanced position in addition to the oil pressure used to push the vane on the oil pressure actuated side containing the locking pin 300. Oil flows from the main oil gallery 119 through

common inlet line 110 into line 145 and line 117. The oil in line 117 flows into line 112, through check valve 122 filling chamber 17*b*, aiding the vane, in addition to what little cam torsional energy is present, to move to the advance position. In moving vane 22, any oil in chamber 17*a* is forced out into line 114 which leads back into line 117. The oil in line 149 leads to lines 147 and 145, filling chamber 17*b* and aiding the vane into moving in the direction shown, in addition to cam torsional energy already present. Any oil that was present in chamber 17*a* is forced out vent 153. The locking pin 300 remains in the unlocked position since the receiving hole 151 is not present when the vane 22 is in the advance position. By using the oil pressure aid when moving the phaser to the advance position, the phaser may be used at both high rpm, when little cam torsional energy is present, and low rpm, when oil pressure is low.

[0045]  FIG. 6 shows the phaser in the retard position. The phaser may be in this position during periods of low torsional energy because the friction of the cam bearing is trying to return the phaser to the retard position during low and high speeds. During low engine speeds, the spool 104 is moved to the left, against the force of the variable force solenoid 103 and cam torsional energy moves the phaser to the retard position. Oil pressure plays a minimal role in aiding the moving of the vane to the retard position and is present for makeup oil. The oil in line 117 flows into line 14 through check valve 124, filling chamber 17*a*, aiding in moving the vane to the retard position. Any oil in chamber 17*b* is forced out into line 112, which leads back into line 117. Spool land 104*c* blocks line 149, preventing any oil from reaching the locking pin 300. Oil that was present in chamber 17*b* is received by line 145, which leads to vent 106. In the retard position, the locking pin 300 is received by hole 151.

[0046]  At high speeds, friction of the cam bearing provides a significant drag that aids in moving the phaser to a retard position. Locking pin 300 is received by hole 151 and remains in the locked position.

[0047]  It should be noted that check valve 126 is shown in FIGS. 4 through 6. By adding the check valve to line 110, the vane with the lock pin is torsion assisted (TA). If the check valve is not present, the vane with the lock pin is oil pressure actuated (OPA).

[0048]  FIGS. 9 through 11 shows a phaser of a second embodiment. FIG. 9 shows the phaser moving towards the advance position. FIG. 10 shows the phaser moving towards the retard position. FIG. 11 shows the phaser in the null position.

[0049]  As stated earlier, in reference to FIG. 8, CTA phasers have a low actuation rate at high speeds. However, OPA and TA phasers have a high actuation rate at high speeds. By using a phaser with both CTA and OPA or TA portions, the phaser has a high actuation rate at both high and low speeds, resulting in satisfactory engine performance.

[0050]  The housing 226 of the phaser has an outer circumference for accepting drive force. The rotor 220 is connected to the camshaft and is coaxially located within the housing 226. The rotor 220 has a first vane 206*a*, which is CTA and a second vane 206*b*, which is OPA, the CTA vane 206*a* separating a first chamber formed between the housing 226 and the rotor 220 into the CTA advance

chamber 217a and CTA retard chamber 217b, and the OPA vane 206b separating a second chamber formed between the housing 226 and the rotor 220 into the OPA advance chamber 217c and the OPA retard chamber 217d. The CTA and OPA vanes 206a, 206b are capable of rotation to shift the relative angular position of the housing 226 and the rotor 220.

[0051] The spool valve 209 includes a spool 204 with cylindrical lands 204a, 204b, and 204c slidably received in a sleeve 255 in the rotor 220. The spool valve has a centrally located passage 225 that extends to between lands 204a and 204b and between lands 204b and 204c. The sleeve 255 has a first end which receives line 207 and a second end which has an opening or a vent 205 that leads to atmosphere. The position of the spool 204 is influenced by spring 218 and a regulated pressure valve control system 200, which is controlled by the ECU 202. The regulated pressure valve control system is also disclosed in a provisional application No. 60/676,771 entitled, "TIMING PHASER CONTROL SYSTEM," filed on May 2, 2005 and is hereby incorporated by reference. The position of the spool 204 controls the motion, (e.g. to move towards the advance position or the retard position) of the phaser.

[0052] In this embodiment, the regulated pressure valve control system (RPCS) 200 is located remotely from the phaser in the cylinder head or in the cam bearing cap 223 as shown, and receives fluid from supply through line 211 via line 208. The RPCS valve 200 also has an exhaust port E leading to line 215 and a control port C leading to line 210 through the cam bearing cap 223. The RPCS valve 200 regulates the control pressure from 0 to 1 bar. The control pressure is proportional to the current of the valve. The current of the valve ranges from about 0 to 1 amp. The control pressure crosses the cam bearing 213 and the pressure creates a force on the first end of the spool valve through line 207. By having the control pressure pass across the cam bearing cap interface 223, the leakage between the control fluid and the supply fluid is minimized by the tight cam bearing clearances and/or the cam bearing seals. Furthermore, by using the regulated pressure valve control system, the overall axial package of the phaser is reduced. The RPCS 200 is limited by its dependency on oil pressure and if the operating or supply pressure is lower than 1 bar, the spool travel may be limited and may limit phaser performance.

[0053] Locking pin 300 is slidably located in a radial bore in the rotor 220 comprising a body 300a having a diameter adapted for a fluid-tight fit in the radial bore. The locking pin 300 is biased to an unlocked position when the pressure of the fluid from line 207 is greater than the force of spring 300b. The locking pin is locked when the pressure of the fluid in line 207 is less than the force of spring 300b biasing the body 300a of the locking pin.

[0054] Torque reversals in the camshaft caused by the forces of opening and closing engine valves move the cam torque actuated (CTA) vane 206a or a first vane. The CTA advance and retard chambers 217a, 217b are arranged to resist positive and negative torque pulses in the camshaft and are alternatively pressurized by the cam torque. The control valve or spool valve 209 in the CTA system allows the CTA vane 206a in the phaser to move, by permitting fluid flow from the advance chamber 217a to the retard

chamber 217b or vice versa, depending on the desired direction of movement, as shown in FIGS. 9 and 10. Positive cam torsionals are used to move the phaser towards the retard position, as shown in FIG. 10. Negative cam torsionals move the phaser towards the advance position, as shown in FIG. 9.

[0055] The other portion of the phaser of the second embodiment is oil pressure actuated (OPA). Line 245 from the spool valve 209 provides or exhausts fluid to or from the OPA advance chamber 217c. If the OPA vane 206b is moved, as shown in FIG. 9 in direction indicated by arrow 261, fluid in the OPA retard chamber 217d exhausts or vents through line 253 to sump.

[0056] In moving towards the retard position, as shown in FIG. 10, the force of the control pressure from the RPCS valve 200 in line 207 was reduced and the spool 204 was moved to the left in the figure by spring 218, until the force of spring 218 balanced the force of the control pressure of the RPCS 200. Plus, the force of the pressure of fluid in line 207 is not greater than the spring 300b in the locking pin 300, and the pin is moved to a locked position. In the position shown, the movement of the spool 204 forced fluid in the sleeve 255 to exit through line 207 and to line 210 leading to the control port C of the RPCS valve 200. From the control port C of the RPCS, the fluid exhausts through the exhaust port to line 215. Spool land 204b blocks line 214, lines 212 and 216 are open, and the CTA vane 206a can move towards the retard position. Any fluid present in central passage 225 of the spool exits into line 216. Camshaft torque pressurizes the CTA retard chamber 217b, causing fluid in the CTA advance chamber 217a to move into the CTA retard chamber 217b and the CTA vane 206a to move in the direction indicated by arrow 260. Fluid exits the CTA advance chamber 217a through line 212 to the spool valve 209 between spool lands 204a and 204b and recirculates back to central line 216, line 214, and the CTA retard chamber 217b. As stated earlier, positive cam torsionals help move the vane 206a.

[0057] At the same time, fluid exits the OPA advance chamber 217c into line 245 and the spool valve 209. From the spool valve 209, fluid exits to sump through vent 205.

[0058] Makeup oil is supplied to the phaser from supply 219 to make up for leakage and enters line 208 and moves through inlet check valve 254 to the spool valve 209. From the spool valve 209, fluid enters line 216 and through either of the check valves 222, 224, depending on which is open to the CTA advance or retard chambers 217a, 217b.

[0059] In moving towards the advance position, as shown in FIG. 9, the force of the control pressure from the RPCS valve in line 207 was increased and the spool 304 was moved to the right by spring 218, until the force of the spring 218 balanced the force of the control pressure of the RPCS. The force of the pressure of fluid in line 207 and from line 210 is greater than the spring 300b in the locking pin 300, and the pin is moved to an unlocked position. In the position shown, the movement of the spool 204 forced fluid in the sleeve 255 to exit through vent 205. Spool land 204a blocks line 212, lines 214 and 216 are open, and the CTA vane 206a can move towards the advance position. Camshaft torque pressurizes the CTA advance chamber 217a, causing fluid in the CTA retard chamber 217b to move into the CTA advance chamber 217a and the CTA vane 206a to move in the

5

direction indicated by arrow 260. Fluid exits the CTA advance chamber 217*a* through line 214 to the spool valve 209 between spool lands 204*a* and 204*b*, and recirculates back to line 216, line 212, and the CTA advance chamber 217*a*. As stated earlier, negative cam torsionals help move the CTA vane 206*a*.

[0060] Makeup oil is supplied to the phaser from supply 219 to make up for leakage and enters line 208 and moves through inlet check valve 254 to the spool valve 209. From the spool valve 209, fluid enters line 216 and through either of the check valves 222, 224, depending on which is open to the CTA advance or retard chambers. The makeup oil in the spool valve is also directed through the central passage 225 to line 245, which supplies the OPA advance chamber 217*c*. The fluid in the OPA advance chamber 217*c* helps to move the phaser towards the advance position as shown by arrow 261. Fluid in the OPA retard chamber 217*d* exhausts from the chamber so sump through line 253.

[0061] To maintain the phase angle, the spool is positioned at null, as shown in FIG. 11, and cam torsional energy, oil pressure, and friction torque have to be balanced. In terms of the spool valve, the force of RPCS valve 200 and the spring 218 are balanced and the spool 204 is positioned such that spool land 204*a* blocks line 212, spool land 204*b* blocks line 214, and line 216 is open. Makeup oil from the supply 219 flows through line 208 and inlet check valve 254 to the spool valve 209. From the spool valve 209, fluid moves through central line 216 to fill both CTA chambers 217*a*, 217*b*. Fluid supplied to the spool valve 209 is also directed through the central passage 225 to line 245 to supply fluid to the OPA advance chamber 217*c*. In this position, the force of the pressure of fluid in line 207 and from line 210 is greater than the spring 300*b* in the locking pin 300, and the pin is moved to an unlocked position.

[0062] FIGS. 12 through 14 show a phaser of a third embodiment. FIG. 12 shows the phaser moving towards the advance position. FIG. 13 shows the phaser moving towards the retard position. FIG. 14 shows the phaser in the null position. In this embodiment, supplies for the CTA portion of the phaser and the OPA portion of the phaser are provided separately. By separating the supplies for the OPA and the CTA portions of the phaser with inlet check valve 354, an unrestricted supply to the OPA advance chamber 317*c* is provided for the OPA portion of the phaser only, since it is not necessary for the CTA portion of the phaser. Furthermore, by isolating the supplies to the different portions of the phaser, the supplies are less sensitive to aeration, which can increase oscillation.

[0063] As stated earlier, in reference to FIG. 8, CTA phasers have a low actuation rate at high speeds. However, OPA and TA phasers have a high actuation rate at high speeds. By using a phaser with both CTA and OPA or TA portions, the phaser has a high actuation rate at both high and low speeds, resulting in satisfactory engine performance.

[0064] The housing 326 of the phaser has an outer circumference for accepting drive force. The rotor 320 is connected to the camshaft and is coaxially located within the housing 326. The rotor 320 has a first vane 306*a*, which is CTA and a second vane 306*b*, which is OPA, with the CTA vane 306*a* separating a first chamber formed between the housing 326 and the rotor 320 into the CTA advance chamber 317*a* and CTA retard chamber 317*b*, and the OPA

vane 306*b* separating a second chamber formed between the housing 326 and the rotor 320 into the OPA advance chamber 317*c* and the OPA retard chamber 317*d*. The CTA and OPA vanes 306*a*, 306*b* are capable of rotation to shift the relative angular position of the housing 326 and the rotor 320.

[0065] The spool valve 309 includes a spool 304 with cylindrical lands 304*a*, 304*b*, and 304*c* slidably received in a sleeve 355 in the rotor 320. The sleeve 355 has a first end which receives the variable force solenoid (VFS) 303 and a second end which has an opening or a vent 305 that leads to atmosphere or sump. The position of the spool 309 is influenced by spring 318 and the VFS 303, which is controlled by the ECU 302. The position of the spool 304 controls the motion (e.g. to move towards the advance position or the retard position) of the phaser.

[0066] Locking pin 300 is slidably located in a radial bore in the rotor comprising a body 300*a* having a diameter adapted for a fluid-tight fit in the radial bore. The locking pin 300 is biased to an unlocked position when the pressure of the fluid from line 307 is greater than the force of spring 300*b*. The locking pin 300 is locked when the pressure of the fluid in line 307 is less than the force of spring 300*b* biasing the body 300*a* of the locking pin.

[0067] Torque reversals in the camshaft caused by the forces of opening and closing engine valves move the CTA vane 306*a*. The CTA advance and retard chambers 317*a*, 317*b* are arranged to resist positive and negative torque pulses in the camshaft and are alternatively pressurized by the cam torque. The control valve or spool valve 309 in the CTA system allows the CTA vane 306*a* in the phaser to move, by permitting fluid flow from the advance chamber 317*a* to the retard chamber 317*b* or vice versa, depending on the desired direction of movement, as shown in FIGS. 12 and 13. Positive cam torsionals move the phaser towards the retard position, as shown in FIG. 13. Negative cam torsionals move the phaser towards the advance position, as shown in FIG. 12.

[0068] The OPA portion of the phaser of the third embodiment is oil pressure actuated (OPA). Line 345 from the spool valve 309 provides fluid to the OPA advance chamber 317*c*, moving the OPA vane 306*b*, causing fluid in the OPA retard chamber 317*d* to exhaust or vent through line 353 to sump, aiding in moving the phaser to the advance position.

[0069] In moving towards the retard position, as shown in FIG. 13, the force of the variable force solenoid (VFS) 303 was reduced and the spool 304 was moved to the left in the figure by spring 318, until the force of the spring 318 balances the force of the VFS 303. In the position shown, the spool land 304*b* blocks line 314, lines 312 and 316 are open, and the vane 306*a* can move towards the retard position. Camshaft torque pressurizes the CTA retard chamber 317*b*, causing fluid in the CTA advance chamber 317*a* to move into the CTA retard chamber 317*b* and the vane 306*a* to move in the direction indicated by arrow 360. Fluid exits from the CTA advance chamber 317*a* through line 312 to the spool valve 309. From the spool valve 309, fluid flow between spool lands 304*a* and 304*b* to central line 316 and line 314 leading to the CTA retard chamber 317*b*. As stated earlier, positive cam torsionals help move the CTA vane 306*a*.

[0070] At the same time, fluid exits the OPA advance chamber 317*c* into line 345 leading to the spool valve 309.

6

From the spool valve 309, fluid vents through line 347 to sump between spool lands 304b and 304c or through opening 305 in the sleeve 355.

[0071] Makeup oil is supplied to the phaser from supply 319 to make up for leakage and enters line 308 and moves through inlet check valve 354 to the spool valve 309. From the spool valve 309, fluid enters line 316 and through either of the check valves 322, 324, depending on which is open to the CTA advance or retard chambers 317a, 317b. Fluid from line 308 also flows into line 310 which is blocked by spool land 304c. The locking pin 300 is moving to a locked position, since the fluid in line 307 is now open to vent line 347.

[0072] In moving towards the advance position, as shown in FIG. 12, the force of the VFS 303 was increased and the spool 304 was moved to the right in the figure, until the force of the spring 318 balances the force of the VFS 303. In the position shown, the spool land 304a blocks line 312, spool land 304b blocks line 347, lines 314, 316, 310, and 347 are open, and the vane 306a can move towards the advance position. Camshaft torque pressurizes the CTA advance chamber 317a, causing fluid in the CTA retard chamber 317b to move into the CTA advance chamber 317a and vane 306a to move in the direction indicated by arrow 360. Fluid exits from the CTA retard chamber through line 314 to the spool valve 309 between spool lands 304a and 304b and recirculates back to line 316, line 312 and the CTA advance chamber 317a. As stated earlier, negative cam torsionals are used to move CTA vane 306a.

[0073] At the same time, fluid from the spool valve 309 enters the OPA advance chamber 317c through line 345, causing the OPA vane to move in the direction indicated by arrow 361, aiding in moving the phaser to the advance position. Fluid in the OPA retard chamber 317d exits to sump through line 353.

[0074] Makeup oil is supplied to the phaser from supply 319 to make up for leakage and enters line 308 and moves through inlet check valve 354 to the spool valve 309. From the spool valve 309 fluid enters line 316 and through either of the check valves 322, 324, depending on which is open to the CTA advance or retard chambers 317a, 317b. Fluid from line 308 also flows into line 310. Since the spool 304 is in the position shown, fluid can flow from line 310 to line 307 to unlock locking pin 300. The fluid flows from line 310 to line 307 between spool lands 304b and 304c.

[0075] To maintain the phase angle, the spool is positioned at null, as shown in FIG. 14, and cam torsional energy, oil pressure, and friction torque have to be balanced. In terms of the spool valve, the force of VFS 303 and the spring 318 are balanced and the spool 304 is positioned such that spool land 304a blocks line 312, spool land 304b blocks line 314 and 347, spool land 304c partially blocks line 310, and line 316 is open. Makeup oil from the supply 319 flows through line 308 and inlet check valve 354 to the spool valve 309. From the spool valve, fluid moves through central line 316 to fill both CTA chambers 317a, 317b. Fluid from line 308 also flows to line 310, which leads to the spool valve 309. Since spool land 304c partially blocks line 310, fluid can enter the spool valve between spool lands 304b and 304c, entering line 307 to move the locking pin 300 to an unlocked position and entering line 345 to supply fluid to the OPA advance chamber 317c.

[0076] FIGS. 15 through 17 show a phaser of a fourth embodiment. FIG. 15 shows the phaser moving towards the advance position. FIG. 16 shows the phaser moving towards the retard position. FIG. 17 shows the phaser in the null position. The phaser of the fourth embodiment has the advantages of the previous two embodiments. More specifically, supplies for the CTA portion of the phaser and the OPA portion of the phaser are provided separately. By separating the supplies for the OPA and the CTA portions of the phaser with inlet check valve 454, an unrestricted supply to the OPA advance chamber is provided for the OPA portion of the phaser only, since it is not necessary for the CTA portion of the phaser. Furthermore, by isolating the supplies to the different portions of the phaser, the supplies are less sensitive to aeration, which can increase oscillation. Furthermore, by using a regulated pressure valve control system, the overall axial package of the phaser is reduced. The RPCS is limited by its dependency on oil pressure and if the operating or supply pressure is lower than 1 bar, the spool travel may be limited and may limit phaser performance.

[0077] As stated earlier, in reference to FIG. 8, CTA phasers have a low actuation rate at high speeds. However, OPA or TA phasers have a high actuation rate at high speeds. By using a phaser with both CTA and OPA or TA portions, the phaser has a high actuation rate at both high and low speeds, resulting in satisfactory engine performance.

[0078] The housing 426 of the phaser has an outer circumference for accepting drive force. The rotor 420 is connected to the camshaft and is coaxially located within the housing 426. The rotor 420 has a first vane 406a, which is CTA and second vane 406b, which is OPA, with the CTA vane 406a separating a first chamber formed between the housing 426 and the rotor 420 into the CTA advance chamber 417a and CTA retard chamber 417b, and the OPA vane 406b separating a second chamber formed between the housing 426 and the rotor 420 into the OPA advance chamber 417c and the OPA retard chamber 417d. The CTA and OPA vanes 406a, 406b are capable of rotation to shift the relative angular position of the housing 426 and the rotor 420.

[0079] The spool valve 409 includes a spool 404 with cylindrical lands 404a, 404b, and 404c slidably received in a sleeve 455 in the rotor 420. The sleeve 455 has a first end which receives line 456 and a second end which has an opening or vent 405 that leads to atmosphere. The position of the spool 404 is influenced by spring 418 and a regulated pressure valve control system 400, which is controlled by the ECU 402. The regulated pressure valve control system 400 is also disclosed in a provisional application No. 60/676,771 entitled, "TIMING PHASER CONTROL SYSTEM," filed on May 2, 2005 and is hereby incorporated by reference. The position of the spool 404 controls the motion (e.g. to move towards the advance position or the retard position) ,of the phaser.

[0080] The regulated pressure valve control system (RPCS) valve 400 is located remotely from the phaser in the cylinder head or in the cam bearing cap 423 as shown and receives fluid from supply through line 411 via line 408. The RPCS valve 400 also has an exhaust port E leading to line 415 and a control port C leading to line 456 through the cam bearing cap 423 to the first end of the sleeve 455. The RPCS valve 400 regulates the control pressure from 0 to 1 bar. The

7

control pressure is proportional to the current of the valve. The current of the valve ranges from about 0 to 1 amp. The control pressure crosses the cam bearing **423** and the pressure creates a force on the first end of the spool valve **409** through line **456**. By having the control pressure pass across the cam bearing cap interface **423**, the leakage between the control fluid and the supply fluid is minimized by the tight cam bearing clearances and/or the cam bearing seals. Furthermore, by using the regulated pressure valve control system, the overall axial package of the phaser is reduced. The RPCS is limited by its dependency on oil pressure and if the operating or supply pressure is lower than 1 bar, the spool travel may be limited and may limit phaser performance.

[0081] Locking pin **300** is slidably located in a radial bore in the rotor comprising a body **300a** having a diameter adapted for a fluid-tight fit in the radial bore. The locking pin **300** is biased to an unlocked position when the pressure of the fluid from line **407** is greater than the force of spring **300b**. The locking pin is locked when the pressure of the fluid in line **407** is less than the force of spring **300b** biasing the body **300a** of the locking pin.

[0082] Torque reversals in the camshaft caused by the forces of opening and closing engine valves move the cam torque actuated CTA vane **406a** or a first vane. The CTA advance and retard chambers **417a, 417b** are arranged to resist positive and negative torque pulses in the camshaft and are alternatively pressurized by the cam torque. The control valve or the spool valve **409** in the CTA system allows the vane **406a** in the phaser to move, by permitting fluid flow from the CTA advance chamber **417a** to the CTA retard chamber **417b** or vice versa, depending on the desired direction of movement, as shown in FIGS. 15 and 16. Positive cam torsionals move the phaser towards the retard position, as shown in FIG. 16. Negative cam torsionals move the phaser towards the advance position, as shown in FIG. 15.

[0083] The OPA portion of the phaser of the fourth embodiment is oil pressure actuated (OPA). Line **445** from the spool valve **409** provides fluid to the OPA advance chamber **417c**, moving the OPA vane **406b**, causing fluid in the OPA retard chamber **417d** to exhaust or vent through line **453**.

[0084] In moving towards the retard position, as shown in FIG. 16, the force of the control pressure from the RPCS valve **400** in line **456** was reduced and the spool **404** was moved to the left in the figure by spring **418**, until the force of spring **418** balanced the force of the control pressure of the RPCS. With the spool **404** in this position, fluid in the sleeve **455** is forced out of the spool valve **409** through line **456** to the control port C of the RPCS valve **400**. From the control port C of the RPCS valve, the fluid exhausts through the exhaust port E to line **415**.

[0085] With the spool in the position shown, spool land **409b** blocks line **414**, spool land **409c** blocks line **410**, lines **412, 416, 408**, and **447** are open, and the CTA vane **406a** can move towards the retard position. Camshaft torque pressurizes the CTA retard chamber **417b**, causing fluid in the CTA advance chamber **417a** to move into the CTA retard chamber **417b** and the CTA vane **406a** to move in the direction indicated by arrow **460**. Fluid exits the CTA advance chamber **417a** through line **412** to the spool valve **404** between

spool lands **404a** and **404b** and recirculates back to central line **416**, line **414**, and the CTA retard chamber **417b**. As stated earlier, positive cam torsionals help move the vane **406a**.

[0086] At the same time, fluid exits the OPA advance chamber **417c** into line **445** and the spool valve **409**. From the spool valve **409**, fluid exits through vent **405** and line **447** to sump. With fluid exiting through line **407**, and passing to exhaust line **447** between spool lands **404b** and **404b**, the locking pin **300** moves to a locked position.

[0087] Makeup oil is supplied to the phaser from supply **419** to make up for leakage and enters line **408** and moves through inlet check valve **454** to the spool valve **409**. Line **410** branches off of line **408** and leads to the spool valve **409**. From the spool valve **409**, fluid moves to the OPA advance chamber **417c** via line **445** and line **411**, supplying fluid to the RPCS valve **400**. The fluid from line **408** ,enters the spool valve and moves to line **416** and through either of the check valves **422, 424**, depending on which is open to the CTA advance or retard chambers **417a, 417b**.

[0088] In moving towards the advance position, as shown in FIG. 15, the force of the control pressure from the RPCS valve **400** in line **456** was increased and the spool **409** was moved to the right by spring **418**, until the force of the spring **418** balanced the force of the control pressure of the RPCS. With the spool **404** in this position, spool land **409a** blocks line **412**, spool land **409b** blocks exhaust line **447**, lines **414, 416**, and **407** are open and the CTA vane **406a** can move towards the advance position. Camshaft torque pressurizes the CTA advance chamber **417a**, causing fluid in the CTA retard chamber **417b** to move into the CTA advance chamber **417a.**and the CTA vane **406a** to move in the direction indicated by arrow **460**. Fluid exits the CTA retard chamber **417b** through line **414** to the spool valve **404** between spool lands **409a** and **409b** and recirculates back to the central line **416**, line **412** and the CTA advance chamber **417a**. As stated earlier, negative cam torsionals help move the CTA vane **406a**.

[0089] At the same time, fluid enters the OPA advance chamber **417c** from line **445** and the spool valve **409**, aiding in moving the phaser to the advance position.

[0090] Makeup oil is supplied to the phaser from supply **419** to makeup for leakage and enters line **408** and moves through inlet check valve **454** to the spool valve **409**. From the spool valve, fluid enters line **416** and through either of the check valves **422, 424**, depending on which is open to the CTA advance or retard chambers. Lines **410** and **411** branch off of line **408**. Fluid in line **411** supplies the RPCS valve **400**. From line **410**, fluid enters the spool valve between spool lands **404b** and **404c** and fluid either enters line **407**, moving the locking pin to an unlocked position or to line **445** supplying fluid to the OPA advance chamber **417c**. The fluid in the OPA advance chamber **417c** aids in moving the phaser towards the advance position as shown by arrow **461**. Fluid in the OPA retard chamber **417d** exhausts from the chamber through line **453**.

[0091] To maintain the phase angle, the spool is positioned at null, as shown in FIG. 17, and cam torsional energy, oil pressure, and friction torque have to be balanced. In terms of the spool valve, the force of RPCS valve and the spring **418** are balanced and the spool is positioned such that spool land

8

404*a* blocks line 412, spool land 404*b* blocks lines 414 and 447, spool land 404*c* partially blocks line 410, and line 416 is open. Makeup oil from the supply 419 flows through line 408 and inlet check valve 454 to the spool valve. From the spool valve, fluid moves through central line 416 to fill both CTA chambers 417*a*, 417*b*. Fluid from partially blocked line 410 supplies the OPA advance chamber 417*c* with fluid and locking pin line 407, moving the locking pin to an unlocked position.

[0092]    FIGS. 18 through 20 show a phaser of a fifth embodiment. FIG. 18 shows the phaser moving towards the retard position. FIG. 19 shows the phaser moving towards the advance position. FIG. 20 shows the phaser in the null position.

[0093]    As stated earlier, in reference to FIG. 8, CTA phasers have a low actuation rate at high speeds. However, OPA and TA phasers have a high actuation rate at high speeds. By using a phaser with both CTA and OPA or TA portions, the phaser has a high actuation rate at both high and low speeds, resulting in satisfactory engine performance.

[0094]    The housing 526 of the phaser has an outer circumference for accepting drive force. The rotor 520 is connected to the camshaft and is coaxially located within the housing 526. The rotor 520 has a first vane 506*a*, which is CTA and a second vane 506*b*, which is OPA, with the CTA vane 506*a* separating a first chamber formed between the housing 526 and the rotor 520 into the CTA advance chamber 517*a* and CTA retard chamber 517*b*, and the OPA vane 506*b* separating a second chamber formed between the housing 526 and the rotor 520 into the OPA advance chamber 517*c* and the OPA retard chamber 517*d*. The CTA and OPA vanes 506*a*, 506*b* are capable of rotation to shift the relative angular position of the housing 526 and the rotor 520.

[0095]    The spool valve 509 includes a spool 504 with cylindrical lands 504*a*, 504*b*, and 504*c* slidably received in a sleeve 555 in the rotor 520. The sleeve 555 has a first end which receives the variable force solenoid (VFS) 503 and a second end which has opening or a vent 505 that leads to atmosphere. The position of the spool 504 is influenced by spring 518 and the VFS 503, which is controlled by the ECU 502. The position of the spool 504 controls the motion (e.g. to move towards the advance position or the retard position) of the phaser.

[0096]    Locking pin 300 is slidably located in a radial bore in the rotor comprising a body 300*a* having a diameter adapted for a fluid-tight fit in the radial bore. The locking pin 300 is biased to an unlocked position when the pressure of the fluid from line 507 is greater than the force of spring 300*b*. The locking pin is locked when the pressure of the fluid in line 507 is less than the force of spring 300*b* biasing the body 300*a* of the locking pin.

[0097]    Torque reversals in the camshaft caused by the forces of opening and closing engine valves move the cam torque actuated CTA vane 506*a*. The CTA advance and retard chambers 517*a*, 517*b* are arranged to resist positive and negative torque pulses in the camshaft and are alternatively pressurized by the cam torque. The control valve or spool valve 509 in the CTA system allows the vane 506*a* in the phaser to move, by permitting fluid flow from the advance chamber 517*a* to the retard chamber 517*b* or vice

versa, depending on the desired direction of movement, as shown in FIGS. 18 and 19. Positive cam torsionals help to move the phaser towards the retard position, as shown in FIG. 18. Negative cam torsionals help to move the phaser towards the advance position, as shown in FIG. 19.

[0098]    The OPA portion of the phaser of the fifth embodiment is oil pressure actuated (OPA) to aid in retarding the phaser and spring biased to an advance position. Line 545 from the spool valve 509 provides fluid to the OPA retard chamber 517*d*. Spring 557 biases the OPA vane 506*b* to the advance position. When the OPA vane 506*b* is moved to the retard position, as indicated by arrow 561, the spring 557 in the OPA advance chamber 517*c* is compressed and any fluid in the chamber is exhausted through line 553. When the OPA vane 506*b* is moved to the advance position, spring 557 in the OPA advance chamber 517*c* stretches and fluid exits the retard chamber through line 545.

[0099]    In moving towards the retard position, as shown in FIG. 18, the force of the variable force solenoid (VFS) 503 was increased and the spool 504 was moved to the right in the figure, until the force of the spring 518 balances the force of the VFS 503. In the position shown, the spool land 504*a* blocks line 514, spool land 504*b* blocks exhaust line 547, and lines 516, 512, 507, and 510 are open and vane 506*a* can move towards the retard position. Camshaft torque pressurizes the CTA retard chamber 517*b*, causing fluid in the CTA advance chamber 517*a* to move into the CTA retard chamber 517*b* and the vane 506*a* to move in the direction indicated by arrow 560. Fluid exits from the CTA advance chamber 517*a* through line 512 to the spool valve 509. From the spool valve 509, fluid flow between spool lands 504*a* and 504*b* to central line 516 and line 514 leading to the CTA retard chamber 517*b*. As stated earlier, positive cam torsionals help to move vane 506*a*.

[0100]    At the same time, fluid from the spool valve enters the OPA retard chamber 517*d* through line 545, moving the OPA vane 506*b* in the direction indicated by arrow 561, compressing spring 557 and causing any fluid in the OPA advance chamber 517*c* to exhaust through line 553.

[0101]    Makeup oil is supplied to the phaser from supply 519 to make up for leakage and enters line 508 and moves through inlet check valve 554 to the spool valve 509. From the spool valve fluid enters line 516 and through either of the check valves 522, 524, depending on which is open to the CTA advance or retard chambers 517*a*, 517*b*. Fluid from line 508 also flows into line 510 to the spool valve between spool lands 504*b* and 504*c*. Fluid in the spool valve between lands 504*b* and 504*c* from line 510 flows to line 507 to move the locking pin 300 to an unlocked position and to line 545, supplying fluid to the OPA retard chamber 517*d*.

[0102]    In moving towards the advance position, as shown in FIG. 19, the force of the VFS 503 was reduced and the spool 504 was moved to the left in the figure by spring 518, until the force of the spring 518 balances the force of the VFS 503. In the position shown, spool land 504*b* blocks line 512, spool land 504*c* blocks line 510, and lines 514, 516, 507, and 547 are open and vane 506*a* can move towards the advance position. Camshaft torque pressurizes the CTA advance chamber 517*a*, causing fluid in the CTA retard chamber 517*b* to move into the CTA advance chamber 517*a* and the vane 506*a* to move in the direction indicated by arrow 560. Fluid exits from the CTA retard chamber 517*b*

US 2006/0086332 A1

Apr. 27, 2006

9

through line 514 to the spool valve 509. From the spool valve 509, fluid flow between spool lands 504a and 504b to central line 516 and line 512 leading to the CTA advance chamber 517a. As stated earlier, negative cam torsionals help in moving CTA vane 506a.

[0103]   At the same time, fluid exits the OPA retard chamber 517d into line 545 leading to the spool valve 509. From the spool valve 509, fluid vents through line 547 to sump between spool lands 504b and 504c or through opening 505 in the sleeve 555. With the vane 506b in this position and moving in the direction indicated by arrow 561, spring 557 extends.

[0104]   Makeup oil is supplied to the phaser from supply 519 to make up for leakage and enters line 508 and moves through inlet check valve 554 to the spool valve 509. From the spool valve fluid enters line 516 and through either of the check valves 522, 524, depending on which is open to the CTA advance or retard chambers 517a, 517b. Fluid from line 508 also flows into line 510, which is blocked by spool land 504c. With the spool in this position, the locking pin 300 is moving to a locked position, since the fluid in line 507 is now open to vent line 547.

[0105]   To maintain the phase angle, the spool is positioned at null, as shown in FIG. 20, cam torsional energy, oil pressure, and friction torque have to be balanced. In terms of the spool valve, the force of VFS 503 and the spring 518 are balanced and the spool is positioned such that spool land 504a blocks line 514, spool land 504b blocks line 512 and 547, spool land 504c partially blocks line 510, and line 516 is open. Makeup oil from the supply 519 flows through line 508 and inlet check valve 554 to the spool valve 509. From the spool valve, fluid moves through central line 516 to fill both CTA chambers 517a, 517b. Fluid from line 508 also flows to line 510, which leads to the spool valve 509. Since spool land 504c partially blocks line 510, fluid can enter the spool vale between spool lands 504b and 504c and fluid can enter line 507 to move the locking pin 300 to an unlocked position and enter line 545 to supply fluid to the OPA retard chamber 517d.

[0106]   Spring 557 may be a compression spring, a torsion spring, or a spiral spring. The bias of the spring must be great enough to bias over the cam friction of the variable cam timing system.

[0107]   Furthermore, the above embodiment may also use a RPCS valve in place of the VFS 503.

[0108]   Accordingly, it is to be understood that the embodiments of the invention herein described are merely illustrative of the application of the principles of the invention. Reference herein to details of the illustrated embodiments is not intended to limit the scope of the claims, which themselves recite those features regarded as essential to the invention.

What is claimed is:

1. A variable camshaft timing phaser for an internal combustion engine having at least one camshaft comprising:

a housing having an outer circumference for accepting drive force;

a rotor for connection to the camshaft coaxially located within the housing, the housing and the rotor defining

at least two vanes separating chambers in the housing into advance chambers and retard chambers;

a plurality of vanes in the chambers defined by the housing, wherein at least one vane is cam torque actuated and at least one other vane is oil pressure actuated, wherein the cam torque actuated vane defines a cam torque actuated advance chamber and a cam torque actuated retard chamber between the cam torque actuated vane and the housing and the oil pressure actuated vane defines an oil pressure actuated retard chamber having an exhaust line and an oil pressure actuated advance chamber and between the oil pressure actuated vane and the housing;

a spool valve located along a rotational axis of the phaser comprising a spool having a plurality of lands slidably received in a sleeve in the rotor, a central passage extending between the a first land and a third land, and a spring biasing the spool, the sleeve having a first end coupled to a control pressure line from a regulated pressure valve control system and a second end vented to atmosphere, the regulated pressure valve control system including a supply input for receiving pressurized fluid from a supply, a control pressure output, and an exhaust output;

wherein when the phaser is in a retard position, fluid is routed from the cam torque actuated advance chamber to the cam torque actuated retard chamber and wherein the force of the spring biasing the spool is greater than the control pressure output, and the control pressure output is routed back to the regulated pressure valve control valve and to the exhaust output; and

wherein when the phaser is in an advance position, fluid is routed from the cam torque actuated retard chamber to the cam torque actuated advance chamber and wherein the control pressure output from the regulated pressure valve control system is greater than the spring biasing the spool, and fluid from a supply of pressurized fluid is routed through the central passage to the oil pressure actuated advance chamber.

2. The variable camshaft timing phaser of claim 1, further comprising:

a locking pin controlled by the control pressure output of the regulated pressure valve control system, slidably located in a radial bore, comprising a body having a diameter adapted to a fluid-tight fit in the radial bore, and an inner end toward the housing or the rotor adapted to fit in a receiving hole defined by the housing or the rotor, the locking pin being radially movable in the bore from a locked position in which the inner end fits into the receiving hole defined by the housing or the rotor, to an unlocked position in which the inner end does not engage the receiving hole defined by the housing or the rotor.

3. The variable camshaft timing phaser of claim 2, wherein the locking pin is in the unlocked position when the phaser is in the advance position and the locking pin is in the locked position when the phaser is in the retard position.

4. The variable camshaft timing phaser of claim 1, wherein the regulated pressure valve control system is located remotely from the phaser.

5. The variable camshaft timing phaser of claim 4, wherein the regulated pressure valve control system is located in the cylinder head or the cam bearing cap.

US 2006/0086332 A1

Apr. 27, 2006

10

6. The variable camshaft timing phaser of claim 1, wherein the regulated pressure valve control system regulates the control pressure from 0 to 1 bar and is proportional to a current of the valve.

7. The variable camshaft timing phaser of claim 6, wherein the current of the valve is 0 to 1 amp.

8. The variable camshaft timing phaser of claim 1, wherein the control pressure output crosses the cam bearing.

9. The variable camshaft timing phaser of claim 1, further comprising a check valve in the pressurized supply of fluid.

10. The variable camshaft timing phaser of claim 1, wherein when the phaser is in the advance position, fluid exhausts from the oil pressure actuated retard chamber through the exhaust line.

11. A variable camshaft timing phaser for an internal combustion engine having at least one camshaft comprising:

a housing having an outer circumference for accepting drive force;

a rotor for connection to a camshaft coaxially located within the housing, the housing and the rotor defining at least two vanes separating chambers in the housing into advance chambers and retard chambers;

a plurality of vanes in the chambers defined by the housing, wherein at least one vane is cam torque actuated and at least one other vane is oil pressure actuated; wherein the cam torque actuated vane defines a cam torque actuated advance chamber and a cam torque actuated retard chamber between the cam torque actuated vane and the housing and the oil pressure actuated vane defines an oil pressure actuated retard chamber having an exhaust line and an oil pressure actuated advance chamber between the oil pressure actuated vane and the housing;

a spool valve located along a rotational axis of the phaser comprising a spool having a plurality of lands slidably received in a sleeve in the rotor and a spring biasing the spool, the sleeve having a first end and a second end vented to atmosphere;

a first supply route of pressurized fluid supplying makeup fluid to the cam torque actuated advance chamber and the cam torque actuated retard chamber; and

a second supply route of pressurized fluid supplying fluid to the oil pressure actuated advance chamber;

wherein when the phaser is in a retard position, wherein fluid is routed from the cam torque actuated advance chamber to the cam torque actuated retard chamber;

wherein when the phaser is in an advance position, wherein fluid is routed from the cam torque actuated retard chamber to the cam torque actuated advance chamber and fluid is routed to the oil pressure actuated advance chamber from the second supply route.

12. The variable camshaft timing phaser of claim 11, further comprising a check valve in the first supply route.

13. The variable camshaft timing phaser of claim 11, wherein when the phaser is in the advance position, fluid exhausts from the oil pressure actuated retard chamber through the exhaust line.

14. The variable camshaft timing phaser of claim 11, further comprising a variable force solenoid received by the first end of the sleeve for biasing the spool against the spring.

15. The variable camshaft timing phaser of claim 11, further comprising:

a locking pin controlled by fluid from the second supply route, slidably located in a radial bore, comprising a body having a diameter adapted to a fluid-tight fit in the radial bore, and an inner end toward the housing or the rotor adapted to fit in a receiving hole defined by the housing or the rotor, the locking pin being radially movable in the bore from a locked position in which the inner end fits into the receiving hole defined by the housing or the rotor, to an unlocked position in which the inner end does not engage the receiving hole defined by the housing or the rotor.

16. The variable camshaft timing phaser of claim 15, wherein the locking pin is in the unlocked position when the phaser is in the advance position and the locking pin is in the locked position when the phaser is in the retard position.

17. A variable camshaft timing phaser for an internal combustion engine having at least one camshaft comprising:

a housing having an outer circumference for accepting drive force;

a rotor for connection to a camshaft coaxially located within the housing, the housing and the rotor defining at least two vanes separating chambers in the housing into advance chambers and retard chambers;

a plurality of vanes in the chambers defined by the housing, wherein at least one vane is cam torque actuated and at least one other vane is oil pressure actuated, wherein the cam torque actuated vane defines a cam torque actuated advance chamber and a cam torque actuated retard chamber between the cam torque actuated vane and the housing and the oil pressure actuated vane defines an oil pressure actuated retard chamber having an exhaust line and an oil pressure actuated advance chamber between the oil pressure actuated vane and the housing;

a spool valve located along a rotational axis of the phaser comprising a spool having a plurality of lands slidably received in a sleeve in the rotor and a spring biasing the spool, the sleeve having a first end coupled to a control pressure line from a regulated pressure valve control system and a second end vented to atmosphere, the regulated pressure valve control system having a supply input for receiving pressurized fluid from a supply of pressurized fluid, a control pressure output and an exhaust output;

a first supply route of pressurized fluid supplying makeup fluid to the cam torque actuated advance chamber and the cam torque actuated retard chamber;

wherein when the phaser is in a retard position, wherein fluid is routed from the cam torque actuated advance chamber to the cam torque actuated retard chamber and wherein the force of the spring biasing the spool is greater than the control pressure output, and the control pressure output is routed back to the regulated pressure valve control valve and to the exhaust output; and

wherein when the phaser is in an advance position, wherein fluid is routed from the cam torque actuated retard chamber to the cam torque actuated advance chamber and wherein the control pressure output from

the regulated pressure valve control system is greater than the spring biasing the spool, and fluid from a second supply of pressurized fluid is routed through the spool valve to the oil pressure actuated advance chamber.

18. The variable camshaft timing phaser of claim 17, further comprising:

a locking pin controlled by fluid from the second supply route, slidably located in a radial bore, comprising a body having a diameter adapted to a fluid-tight fit in the radial bore, and an inner end toward the housing or the rotor adapted to fit in a receiving hole defined by the housing or the rotor, the locking pin being radially movable in the bore from a locked position in which the inner end fits into the receiving hole defined by the housing or the rotor, to an unlocked position in which the inner end does not engage the receiving hole defined by the housing or the rotor.

19. The variable camshaft timing phaser of claim 18, wherein the locking pin is in the unlocked position when the phaser is in the advance position and the locking pin is in the locked position when the phaser is in the retard position.

20. The variable camshaft timing phaser of claim 17, wherein the regulated pressure valve control system is located remotely from the phaser.

21. The variable camshaft timing phaser of claim 20, wherein the regulated pressure valve control system is located in the cylinder head or in the cam bearing cap.

22. The variable camshaft timing phaser of claim 17, wherein the regulated pressure valve control system regulates the control pressure from 0 to 1 bar and is proportional to a current of the valve.

23. The variable camshaft timing phaser of claim 22, wherein the current of the valve is 0 to 1 amp.

24. The variable camshaft timing phaser of claim 17, wherein the control pressure output crosses the cam bearing.

25. The variable camshaft timing phaser of claim 17, further comprising a check valve in the first supply route.

26. The variable camshaft timing phaser of claim 17, wherein when the phaser is in the advance position, fluid exhausts from the oil pressure actuated retard chamber through the exhaust line.

27. A variable camshaft timing phaser for an internal combustion engine having at least one camshaft comprising:

a housing having an outer circumference for accepting drive force;

a rotor for connection to a camshaft coaxially located within the housing, the housing and the rotor defining at least two vanes separating chambers in the housing into advance chambers and retard chambers;

a plurality of vanes in the chambers defined by the housing, wherein at least one vane is cam torque actuated and at least one other vane is oil pressure actuated, wherein the cam torque actuated vane defines a cam torque actuated advance chamber and a cam torque actuated retard chamber between the cam torque

actuated vane and the housing and the oil pressure actuated vane defines an oil pressure actuated advance chamber having an exhaust line and a bias spring between the housing and the oil pressure actuated vane and an oil pressure actuated retard chamber between the oil pressure actuated vane and the housing;

a spool valve located along a rotational axis of the phaser comprising a spool having a plurality of lands slidably received in a sleeve in the rotor and a spring biasing the spool, the sleeve having a first end and a second end vented to atmosphere;

a first supply route of pressurized fluid supplying makeup fluid to the cam torque actuated advance chamber and the cam torque actuated retard chamber; and

a second supply route of pressurized fluid supplying fluid to the oil pressure actuated retard chamber;

wherein when the phaser is in an advance position, wherein fluid is routed from the cam torque actuated retard chamber to the cam torque actuated advance chamber and the bias spring in oil pressure actuated advance chamber is compressed;

wherein when the phaser is in a retard position, wherein fluid is routed from the cam torque actuated advance chamber to the cam torque actuated retard chamber and fluid is routed to the oil pressure actuated retard chamber from the second supply route and the bias spring in the oil pressure actuated advance chamber is extended.

28. The variable camshaft timing phaser of claim 27, further comprising:

a locking pin controlled by fluid from the second supply route, slidably located in a radial bore, comprising a body having a diameter adapted to a fluid-tight fit in the radial bore, and an inner end toward the housing or the rotor adapted to fit in a receiving hole defined by the housing or the rotor, the locking pin being radially movable in the bore from a locked position in which the inner end fits into the receiving hole defined by the housing or the rotor, to an unlocked position in which the inner end does not engage the receiving hole defined by the housing or the rotor.

29. The variable camshaft timing phaser of claim 28, wherein the locking pin is in the locked position when the phaser is in the advance position and the locking pin is in the unlocked position when the phaser is in the retard position.

30. The variable camshaft timing phaser of claim 27, further comprising a check valve in the first supply route.

31. The variable camshaft timing phaser of claim 27, wherein when the phaser is in the retard position, fluid exhausts from the oil pressure actuated advance chamber through the exhaust line.

32. The variable camshaft timing phaser of claim 27, further comprising a variable force solenoid received by the first end of the sleeve for biasing the spool against the spring.

* * * * *

# Exhibit 3



US005289805A

# United States Patent [19]

## Quinn, Jr. et al.

[11] **Patent Number:** **5,289,805**

[45] **Date of Patent:** **Mar. 1, 1994**

[54] **SELF-CALIBRATING VARIABLE CAMSHAFT TIMING SYSTEM**

[75] Inventors: **Stanley B. Quinn, Jr.; Earl W. Ekdahl,** both of Ithaca, N.Y.

[73] Assignee: **Borg-Warner Automotive Transmission & Engine Components Corporation,** Sterling Heights, Mich.

[21] Appl. No.: **995,661**

[22] Filed: **Dec. 16, 1992**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 847,577, Mar. 5, 1992, Pat. No. 5,184,578.

[51] Int. Cl.⁵ ............................................... F01L 1/34
[52] U.S. Cl. .......................... 123/90.17; 123/90.11; 123/90.15
[58] Field of Search .............. 123/90.17, 90.11, 90.15, 123/90.16, 90.18, 90.12; 364/424.01, 161, 157; 73/394

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,313,165 | 1/1982 | Clelford et al. | 364/424 |
| 4,771,742 | 9/1988 | Nelson et al. | 123/90.17 |
| 4,787,345 | 11/1988 | Thoma | 123/90.17 |
| 4,802,376 | 2/1989 | Stidworthy | 73/394 |
| 4,856,465 | 8/1989 | Denz et al. | 123/90.17 |
| 4,993,370 | 2/1991 | Hashiyama et al. | 123/90.17 |
| 5,003,937 | 4/1991 | Matsumoto et al. | 123/90.12 |
| 5,009,203 | 4/1991 | Seki | 123/90.16 |
| 5,031,583 | 7/1991 | Konno | 123/90.16 |
| 5,080,052 | 1/1992 | Hoffa et al. | 123/90.17 |
| 5,117,785 | 6/1992 | Suga et al. | 123/90.17 |

*Primary Examiner*—Raymond A. Nelli
*Attorney, Agent, or Firm*—Willian Brinks Hofer Gilson & Lione

[57] **ABSTRACT**

A camshaft (26) has a vane (60) secured to an end thereof for non-oscillating rotation therewith. The camshaft also carries a sprocket (32) which can rotate with the camshaft (26) but which is also oscillatable with the camshaft (26). The vane (60) has opposed lobes (60a, 60b) which are received in opposed recesses (32a, 32b), respectively, of the sprocket (32). The recesses have greater circumferential extent than the lobes (60a, 60b) to permit the vane (60) and sprocket (32) to oscillate with respect to one another, and thereby permit the camshaft (26) to change in phase relative to a crankshaft whose phase relative to the sprocket (32) is fixed by virtue of a chain drive (38) extending therebetween.

**20 Claims, 12 Drawing Sheets**





FIG. 1a



FIG. 1b

FIG. 1c



FIG. 1d



FIG. 1f



FIG. 1e



FIG. I$_g$



FIG. I$_h$



FIG. 2



FIG. 3



FIG.4



FIG. 5



FIG.7                    FIG.8



FIG. 6



FIG. 9



FIG. 10



FIG. II

5,289,805

1

### SELF-CALIBRATING VARIABLE CAMSHAFT TIMING SYSTEM

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of co-pending application Ser. No. 07/847,577 filed on Mar. 5, 1992, now U.S. Pat. No. 5,184,578.

### FIELD OF THE INVENTION

This invention relates to an internal combustion engine in which the timing of the camshaft of a single camshaft engine, or the timing of one or both of the camshafts of a dual camshaft engine, relative to the crankshaft is varied to improve one or more of the operating characteristics of the engine. More specifically, the present invention relates to a device for and a method of increasing the efficiency of the timing adjustments by compensating for inaccuracies related to system start-up or phase angle measurement.

### BACKGROUND OF THE INVENTION

It is known that the performance of an internal combustion engine can be improved by the use of dual camshafts, one to operate the intake valves of the various cylinders of the engine and the other to operate the exhaust valves. Typically, one of such camshafts is driven by the crankshaft of the engine, through a sprocket and chain drive or a belt drive, and the other of such camshafts is driven by the first, through a second sprocket and chain drive or a second belt drive. Alternatively, both of the camshafts can be driven by a single crankshaft powered chain drive or belt drive. It is also known that engine performance in an engine with dual camshafts can be further improved, in terms of idle quality, fuel economy, reduced emissions or increased torque, by changing the positional relationship of one of the camshafts, usually the camshaft which operates the intake valves of the engine, relative to the other camshaft and relative to the crankshaft, to thereby vary the timing of the engine in terms of the operation of intake valves relative to its exhaust valves or in terms of the operation of its valves relative to the position of the crankshaft. Heretofore, such changes in engine valve timing have been accomplished by a separate hydraulic motor operated by engine lubricating oil. However, this actuating arrangement consumes significant additional energy and it increases the required size of the engine lubricating pump because of the required rapid response time for proper operation of the camshaft phasing actuator. Further, these arrangements are typically limited to a total of 20° of phase adjustment between crankshaft position and camshaft position, and typically such arrangements are two-position arrangements, that is, on, or fully phase adjusted as one position, or off, or no phase adjustment, as a second position. The present invention is designed to overcome these problems associated with prior art variable camshaft timing arrangements by providing a self-actuating, variable camshaft timing arrangement which does not require external energy for the operation thereof, which does not add to the required size of the engine lubricating pump to meet transient hydraulic operation requirements of such variable camshaft timing arrangement, which provides for continuously variable camshaft to crankshaft phase relationship within its operating limits, and which provides substantially more than 20° of phase adjustment

2

between the crankshaft position and the camshaft position. Prior U.S. Patents which describe various systems of the foregoing type are U.S. Pat. Nos. 5,046,460, 5,002,023, and 5,107,804, the disclosures of each of which are hereby incorporated by reference.

Inventions disclosed in the prior art provide a method for phase adjustment of an internal combustion engine in which the position of the camshaft, or the positions of one or both of the camshafts in a dual camshaft system, is phase adjusted relative to the crankshaft by an actuating arrangement. Such an arrangement is controlled by a robust closed loop system having a hydraulic pilot stage with a pulse width modulated (PWM) solenoid, for example, a system such as generally disclosed by co-pending U.S. patent application Ser. No. 07/847,577, which is hereby incorporated by reference. A predetermined set point dictates the desired camshaft phase angle for certain engine performance criteria. This variable camshaft timing (VCT) system can be used to improve important engine operating characteristics such as idle quality, fuel economy, emissions or torque. A preferred embodiment of a camshaft mounted hydraulic VCT mechanism uses one or more radially extending vanes which are circumferentially fixed relative to the camshaft and which are receivable in cavities of a sprocket housing that is oscillatable on the camshaft. Hydraulic fluid is selectively pumped through a proportional (spool) valve to one side or another of each vane to advance or retard the position of the camshaft relative to the sprocket. A pumping action occurs in reaction to a signal generated by a closed loop feedback system. Closed loop feedback control is imperative for any but the "two-position" case, i.e., fully advanced or fully retarded. This is because camshaft phase is controlled by the integral of the spool valve position. That is, spool position corresponds not to camshaft phase, but to its rate of change. Thus, any steady state spool position other than null (centered) will cause the VCT to eventually go to one of its physical limits in phase. Closed loop control allows the spool to be returned to null as the camshaft phase reaches its commanded position or set point. An additional result of using feedback control is that the system performance is desensitized to mechanical and environmental variations. This results in a reduction of the effects of short term changes, such as changes in oil pressure or temperature, or long term variations due to tolerances or wear. In addition, set point tracking error in the presence of unanticipated disturbances (e.g. torque shifts) is reduced. A degree of sensitivity reduction and disturbance rejection is referred to as the "robustness" of the control system. Closed loop control can thus provide stable set point tracking with some degree of robustness.

### SUMMARY OF THE INVENTION

While the method described in the aforementioned U.S. patent application Ser. No. 07/847,577, provides many advantages over previous methods of improving engine performance via adjusting the phase between crankshaft and camshaft, difficulties can arise. First, mechanical inaccuracies may develop in the phase measurement stage of the phase-adjusting process. In the past a phase offset was manually calculated and added to the control logic to compensate for these inaccuracies. The present invention makes it possible to calculate the necessary phase offset automatically, both at the

5,289,805

3

start-up of the system and as necessary thereafter, thus resulting in a self-calibrating VCT system.

Another difficulty occasionally arises when the phase of the system advances so far that a wrong, i.e. preceding, pulse is used to calculate the phase instead of the correct pulse. Accordingly, the computed phase angle will look like a large positive (retard) value rather than the correct slightly negative (advance) value. This problem called "pulse crossover" is corrected by compensating the incorrect phase measurement using the previously determined phase offset, Z.

Accordingly, it is an object of the present invention to provide an improved VCT method which utilizes a hydraulic PWM spool position control and an advanced control algorithm that yields a prescribed set point tracking behavior with a high degree of robustness. Further, it is an object of the present invention to provide a VCT method of the foregoing type which maintains substantially unchanged performance over a wide range of parameter variations, including those variations which may be generated during system start-up or phase measurement, as well as commonplace variations in engine parameters such as fluctuations in engine oil pressure, component tolerances, spring rate, and air entrainment and leakage.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawings and to the following brief descriptions thereof, to the detailed description of the preferred embodiment, and to the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1a is a block diagram of an improved closed loop feedback system for a VCT system;

FIG. 1b is a block diagram of the robust VCT control law of a preferred embodiment of the present invention used in a closed loop feedback system;

FIG. 1c is a block diagram of the digital implementation of the robust VCT control law illustrated in FIG. 1b;

FIG. 1d is a block diagram of the robust VCT control law of an alternate embodiment of the present invention utilizing a single-loop configuration and filtered set point;

FIG. 1e is a block diagram of the robust VCT control law of an alternate embodiment of the present invention including variation compensation and disturbance feedforward;

FIG. 1f is a block diagram illustrating the component stages of a synchronous feedback filter;

FIG. 1g is a phase measurement pulse timing diagram for the VCT system in the normal operating position.

FIG. 1h is a phase measurement pulse timing diagram for the VCT system in the advance position.

FIG. 2 is an end elevational view of a camshaft with an embodiment of a variable camshaft timing system applied thereto;

FIG. 3 is a view similar to FIG. 2 with a portion of the structure thereof removed to more clearly illustrate other portions thereof;

FIG. 4 is a sectional view taken along line 4—4 of FIG. 3;

FIG. 5 is a sectional view taken along line 5—5 of FIG. 3;

FIG. 6 is a sectional view taken along line 6—6 of FIG. 3;

FIG. 7 is a end elevational view of an element of the variable camshaft timing system of FIGS. 2-6;

4

FIG. 8 is an elevational view of the element of FIG. 7 from the opposite end thereof;

FIG. 9 is a side elevational view of the element of FIGS. 7 and 8;

FIG. 10 is an elevational view of the element of FIG. 9 from the opposite side thereof; and

FIG. 11 is a simplified schematic view of the variable camshaft timing arrangement of FIGS. 2-10.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

### Introduction

As is described in the aforesaid U.S. Pat. Nos. 5,046,460 and 5,002,023 and as is schematically shown in FIG. 1a, camshaft measurement pulses are generated by a camshaft pulse wheel 27 as the camshaft 26 rotates during engine operation. The camshaft pulses are detected by camshaft pulse sensor 27a and then transmitted for phase measurement and compensation 107. Crankshaft measurement pulses are generated, sensed, and transmitted in an identical manner utilizing crankshaft pulse wheel 28 and crankshaft pulse sensor 28a. These pulses can be used to determine the position of the camshaft relative to the crankshaft and then actuate the operation of one or more hydraulic elements of a hydraulically operated VCT system accordingly.

The following assumptions are made for the purposes of the present invention:

1) only equally spaced measurement pulses are used for phase calculation (any extra pulses are ignored), i.e. N=the number of crankshaft pulses per pulse wheel revolution, and M=the number of camshaft pulses per pulse wheel revolution;

2) the maximum phase variation in cam degrees is less than 360°/M; and,

3) the maximum phase variation in crank degrees is less than 360°/N.

The following variables are used for the purposes of the present invention:

1) $K_1 = 360°/N$ in crankshaft degrees per crankshaft pulse;

2) $K_2 = 2(360°/M)$ in crankshaft degrees per camshaft pulse;

3) $Z =$ phase offset in degrees;

4) $PHMIN =$ minimum phase variation in degrees;

5) $PHMAX =$ maximum phase variation in degrees;

6) $LCAMPW =$ elapsed time in seconds between trailing edges of crankshaft and camshaft pulses; and,

7) $NEPW =$ elapsed time in seconds between successive crankshaft pulses.

### Initial Calibration

Typically, a phase offset is added to the phase angle measurement to correct for physical misalignment of the pulse wheels. In the past, the offset was determined experimentally and incorporated into the control logic. The offset thus allowed calibration of the phase measurement range to correspond directly to the true physical position of the VCT system. According to the present invention, this offset is determined automatically. Initial calibration 105 of the system is implemented upon start-up of the VCT system when it is forced to the full advance position, prior to utilizing the control law 108 and setpoint 35 inputs. At program initialization, a recalibration "flag" is set to logical "true" to indicate that calibration is required. The initialization

5,289,805

5

stage occurs during approximately the first two seconds of operation. The value of the phase offset, Z, is equal to zero, since no phase angle has yet been measured. Following program initialization, the process enters the calibration mode where the duty cycle is set at its minimum and the smallest value of the phase seen, $\theta_{min}$, is monitored. This $\theta_{min}$ is used to calculate the phase offset, Z, as follows:

$$Z = \theta_{min} - \text{PHMIN} \qquad 10$$

Substituting the formula for determining a phase angle as described in the prior art, then:

$$Z = \frac{LCAMPW}{NEPW} \times \frac{360°}{N} - \text{PHMIN} \qquad 15$$

Thus the phase offset, Z, is automatically calculated during the initial calibration stage 105 of VCT system operation, eliminating the need to calculate a fixed offset "by hand" prior to system start-up. The calibration procedure may be repeated during operation whenever the VCT system is forced to the full advance position.

### Phase Measurement and Compensation

Immediately following initial calibration 105, the raw phase angle, $\theta_1$ (not shown), between the crankshaft and the camshaft 26 is continuously calculated using the crankshaft and camshaft pulses, shown in FIGS. 1g and 1h, as follows:

$$\theta_1 = \frac{LCAMPW}{NEPW} \times \frac{360°}{N}$$

where:
$\theta_1$ = raw phase angle;
LCAMPW, 2,4 = time between trailing edges of crankshaft and camshaft pulses;
NEPW 1,3 = time beween successive crankshaft pulses; and,
N = number of crankshaft pulses.

When the system is in the normal operating position illustrated in FIG. 1g, the raw phase $\theta_1$ can be accurately determined. The appropriate camshaft pulses a and aa occur between the crankshaft pulses A and B in time, i.e. PHMIN < $\theta_1$ < PHMAX and therefore $\theta_2 = \theta_1$. In this position the times used to calculate the raw phase $\theta_1$ are LCAMPW = $t_{Aa}$ 2 and NEPW = $t_{AB}$ 1.

However, in the advance position illustrated in FIG. 1h, without the benefit of the present invention, the correct camshaft pulse e for accurately calculating the raw phase $\theta_1$ (not shown) precedes the crankshaft pulse E in time, so the system incorrectly looks to the following pulse f to determine the raw phase $\theta_1$ (not shown). While the time between crankshaft pulses NEPW = $t_{EF}$ 3 is constant and therefore correct, the incorrect camshaft time LCAMPW = $t_{Ef}$ 4 is used to calculate the phase instead of the correct time LCAMPW = $t_{Ee}$ 5. Because the system uses the wrong ("crossed over") camshaft pulse f to determine the raw phase $\theta_1$, the result is a large positive (retard) phase value which is incorrect instead of the correct slightly negative (advance) phase value.

To resolve the problem described above, the following formula is incorporated into the phase measurement and compensation stage 107:

6

$$\theta_2 = K_1 \left( \frac{LCAMPW}{NEPW} \right) - Z$$

where $\theta_2$ 20 = compensated phase angle. During the full advance position, i.e. when $\theta_1$ > PHMAX,

$$\theta_2 = \theta_1 - K_2$$

or

$$\theta_2 = K_1 \left( \frac{LCAMPW}{NEPW} \right) - Z - K_2$$

Similarly, if the system is in the retard position (not shown), i.e. $\theta_1$ < PHMIN and the crankshaft and camshaft pulses are "crossed over," but in the opposite direction, then:

$$\theta_2 = \theta_1 - K_2$$

or

$$\theta_2 = K_1 \left( \frac{LCAMPW}{NEPW} \right) - Z + K_2$$

The overall goal is thus achieved. The phase measurement automatically indicates the true physical position of the VCT.

### Phase Filtering

The phase measurement $\theta_2$ 20 is then supplied to a synchronous filter 25, schematically shown in FIG. 1f. As the camshaft rotates, the torque pulses 10 superimpose a high frequency disturbance on the true VCT phase, $\theta$ 40. Thus, there is an exact synchronization between the torque pulses 10 and the high frequency disturbance. Likewise, the camshaft measurement pulses 27a are also synchronized with the disturbance. According to the present invention it is possible to take advantage of this synchronization to efficiently filter the compensated phase measurement, $\theta_2$ 20, so that the high frequency disturbance is isolated from the control action. As the camshaft speed varies, the filter frequency automatically tracks the disturbance frequency. The filter 25 itself is a discrete-time notch filter with a sampling frequency equal to that of the camshaft measurement pulse frequency 27a. The filtered phase measurement, $\theta_f$ 30, is then supplied to the control law 108. Since the high frequency disturbance is isolated, the control law 108 does not attempt to compensate for it. This further makes it possible to save actuation power, reduce wear and enhance signal linearity by such a filtering step herein described.

FIG. 1f illustrates an embodiment for the filter 25 in the case when the number of camshaft measurement pulses per revolution (n) is greater than twice the number of torque pulses per revolution (m). The filter 25 eliminates the fundamental frequency of the torque disturbance. In the case when n < 2m, the disturbance is "aliased" to a lower frequency and this is the frequency addressed by the filter 25. Further stages can also be added to eliminate harmonics of the disturbance frequency.

The variables for FIG. 1f are as follows:
$z^{-1}$ = delay by one camshaft measurement pulse

5,289,805

7

$B = -2\cos(2\pi m/n)$
$A = 1/(2 + B)$

## Control Law

The compensated filtered phase signal $\theta_f$ 30 is then subjected to the control law 108, which is described in detail in FIG. 1b. The signal $\theta_f$30 is first conditioned by a proportional-integral control block 208 where the compensated filtered phase signal, $\theta_f$30, is subtracted from a set point r 35 to give the tracking error, $e_o$ 32. The tracking error $e_o$ 32 is then processed by a proportional-integral (PI) control block 208 to give infinite DC gain as well as phase lead to compensate for integrator lag. The integral action assures that the steady-state tracking error goes to zero.

The output of the PI control block 208 is then used to control the "inner loop" of the system. The filtered phase angle measurement $\theta_f$ 30 is subtracted from it, resulting in an inner loop error, $e_1$ 33. This loop error $e_1$ 33 is multiplied by a loop gain, $K_2$, and subjected to the effect of a phase-lead compensation 308. Such phase-lead compensation 308 gives a quick response by substantially canceling the low frequency phase lag of the PWM pilot stage 106 (shown in FIGS. 1a and 11). The gains and phase-lead frequencies provide enough freedom to achieve independent control of closed-loop dynamics and robustness.

FIG. 1c shows the identical feedback control law 108 for digital implementation. The variables for the PI control block 408 are:

$T_S = 0.02$ sec.
$z^{-1} =$ unit delay

The variables for the phase-lead compensation block 508 are:

$c = w_{lag}/w_{lead}$
$B = \exp - w_{lag}T_S$

## The VCT Vane System

FIGS. 2–10 illustrate an embodiment of a hydraulic vane system in which a housing in the form of a sprocket 32 is oscillatingly journalled on a camshaft 26. The camshaft 26 may be considered to be the only camshaft of a single camshaft engine, either of the overhead camshaft type or the inblock camshaft type. Alternatively, the camshaft 26 may be considered to be either the intake valve operating camshaft or the exhaust valve operating camshaft of the dual camshaft engine. In any case, the sprocket 32 and the camshaft 26 are rotatable together, and are caused to rotate by the application of torque to the sprocket 32 by an endless roller chain 38, shown fragmentarily, which is trained around the sprocket 32 and also around a crankshaft not shown. As will be here after described in greater detail, the sprocket 32 is oscillatingly journalled on the camshaft 26 so that it is oscillatable at least through a limited arc with respect to the camshaft 26 during the rotation of the camshaft, an action which will adjust the phase of the camshaft 26 relative to the crankshaft.

An annular pumping vane 60 is fixedly positioned on the camshaft 26, the vane 60 having a diametrically opposed pair of radially outwardly projecting lobes 60a, 60b and being attached to an enlarged end portion 26a of the camshaft by bolts 62 which pass through the vane 60 into the end portion 26a. In that regard, the camshaft 26 is also provided with a thrust shoulder 26b to permit the camshaft to be accurately positioned relative to an associated engine block, not shown. The pumping vane 60 is also precisely positioned relative to the end portion

8

26a by a dowel pin 64 which extends therebetween. The lobes 60a, 60b are received in radially outwardly projecting recesses 32a, 32b, respectively, of the sprocket 32, the circumferential extent of each of the recesses 32a, 32b being somewhat greater than the circumferential extent of the vane lobes 60a, 60b which are received in such recesses to permit limited oscillating movement of the sprocket 32 relative to the vane 60. The recesses 32a, 32b are closed around the lobes 60a, 60b, respectively, by spaced apart, transversely extending annular plates 66, 68 which are fixed relative to the vane 60, and, thus, relative to the camshaft 60, by bolts 70 which extend from one to the other through the same lobe, 60a or 60b. Further, the inside diameter 32c of the sprocket 32 is sealed with respect to the outside diameter of the portion 60d of the vane 60 which is between the lobe 60a, 60b, and the tips of the lobes 60a, 60b of the vane 60 are provided with sealed receiving slots 60e, 60f, respectively. Thus, each of the recesses 32a, 32b of the sprocket 32 is capable of sustaining hydraulic pressure, and within each recess 32a, 32b, the portion on each side of the lobe 60a, 60b, respectively, is capable of sustaining hydraulic pressure.

The functioning of the structure of the embodiment of FIGS. 2–10, as thus far described, may be understood by reference to FIG. 11. Hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 32a, 32b by way of a common inlet line 82. The inlet line 82 terminates at a juncture between opposed check valves 84 and 86 which are connected to the recesses 32a, 32b, respectively, by branch lines 88, 90, respectively. The check valves 84, 86 have annular seats 84a, 86a, respectively, to permit the flow of hydraulic fluid through the check valves 84, 86 into the recesses 32a, 32b, respectively. The flow of hydraulic fluids through the check valves 84, 86, is blocked by floating balls 84b, 86b, respectively, which are resiliently urged against the seats 84a, 86a, respectively, by springs 84c, 86c, respectively. The check valves 84, 86, thus permit the initial filling of the recesses 32a, 32b and provide for a continuous supply of makeup hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters the line 82 by way of a spool valve 92, which is incorporated within the camshaft 26, and hydraulic fluid is returned to the spool valve 92 from the recesses 32a, 32b by return lines 94, 96, respectively. Because of the location of the check valves 84 and 86 which block the backflow of hydraulic fluid, the need for the spool valve 100 to return to the null (centered) position to prevent such backflow is eliminated.

The spool valve 92 is made up of a cylindrical member 98 and a spool 100 which is slidable to and fro within the member 98. The spool 100 has cylindrical lands 100a and 100b on opposed ends thereof, and the lands 100a and 100b, which fit snugly within the member 98, are positioned so that the land 100b will block the exit of hydraulic fluid from the return line 96, or the land 100a will block the exit of hydraulic fluid from the return line 94, or the lands 100a and 100b will block the exit of hydraulic fluid from both return lines 94 and 96, as is shown in FIG. 11, where the camshaft 26 is being maintained in a selective intermediate position relative to the crankshaft of the associated engine.

The position of the spool 100 within the member 98 is influenced by an opposed pair of springs 102, 104 which act on the ends of the lands 100a, 100b respectively. Thus, the spring 102 resiliently urges the spool 100 to

5,289,805

9        10

the left, in the orientation illustrated in FIG. 11, and the spring 104 resiliently urges the spool 100 to the right in such orientation. The position of the spool 100 within the member 98 is further influenced by supply of pressurized hydraulic fluid within a portion 98a of the member 98, on the outside of the land 100a, which urges the spool 100 to the left. The portion 98a of the member 98 receives its pressurized fluid (engine oil) directly from the main oil gallery ("MOG") 130 of the engine, and this oil is also used to lubricate a bearing 132 in which the camshaft 26 of the engine rotates.

The control of the position of the spool 100 within the member 98 is in response to hydraulic pressure within a control pressure cylinder 134 whose piston 134a bears against an extension 100c of the spool 100. The surface area of the piston 134a is greater than the surface area of the end of the spool 100 which is exposed to hydraulic pressure within the portion 98a, and is preferably twice as great. Thus, the hydraulic pressures which act in opposite directions on the spool 100 will be in balance when the pressure within the cylinder 134 is one-half that of the pressure within the portion 98a. This facilitates the control of the position of the spool 100 in that, if the springs 102 and 104 are balanced, the spool 100 will remain in its null or centered position, as illustrated in FIG. 11, with less than full engine oil pressure in the cylinder 134, thus allowing the spool 100 to be moved in either direction by increasing or decreasing the pressure in the cylinder 134, as the case may be.

The pressure within the cylinder 134 is controlled by a solenoid valve 106, preferably of the pulse width modulated (PWM) type, in response to a control signal from a closed loop feedback system 108, as previously discussed. After initial calibration, the phase measurement and compensation stage 107 processes a signal corresponding to the raw phase angle $\theta_1$ between the camshaft 26 and the crankshaft, not shown, and compensates for any inaccuracies, resulting in a compensated phase value, $\theta_2$. After being subjected to a synchronous filter 25, the filtered compensated phase value $\theta_f/30$ is compared to a synchronous set point, r, 35 (in the control law stage 108) and the PWM duty cycle is issued to the solenoid 106. With the spool 100 in its null position when the pressure in the cylinder 134 is equal to one-half the pressure in the portion 98a, as heretofore described, the on-off pulses of the solenoid 106 will be of equal duration; by increasing or decreasing the on duration relative to the off duration, the pressure in the cylinder 134 will increased or decreased relative to such one-half level, thereby moving the spool 100 to the right or to the left, respectively. The solenoid 106 receives engine oil from the main engine oil gallery (MOG) 130 through an inlet line 114 and selectively delivers engine oil from such source to the cylinder 134 through a supply line 138. As is shown in FIGS. 4 and 5, the cylinder 134 may be mounted at an exposed end of the camshaft 26 so that the piston 134a bears against an exposed free end 100c of the spool 100. In this case, the solenoid valve 106 is preferably mounted in a housing 134b which also houses the cylinder 134a.

Makeup oil for the recesses 32a, 32b of the sprocket 32 to compensate for leakage therefrom is provided by way of a small, internal passage 120 within the spool 100, from the passage 98a to annular space 98b of the cylindrical member 98, from which it can flow into the inlet line 82. A check valve 122 is positioned within the passage 120 to block the flow of oil from the annular space 98b to the portion 98a of the cylindrical member 98.

The vane 60 is alternating urged in clockwise and counter clockwise directions by the torque pulsation in the camshaft 26 and these torque pulsations tend to oscillate the vane 60, and, thus, the camshaft 26, relative to the sprocket 32. However, in the FIG. 11 position of the spool 100 within the cylindrical member 98, such oscillation is prevented by the hydraulic fluid within the recesses 32a, 32b of the sprocket 32 on opposite sides of the lobes 60a, 60b, respectively, of the vane 60, because no hydraulic fluid can leave either of the recesses 32a, 32b, since both return lines 94, 98 are blocked by the position of the spool 100. If, for example, it is desired to permit the camshaft 26 and vane 60 to move in a counter clockwise with respect to the sprocket 32, it is only necessary to increase the pressure within the cylinder 134 to a level greater than one-half that in the portion 98a of the cylindrical member. This will urge the spool 100 to right and thereby unblock the return line 94. In this condition of the apparatus, counter clockwise torque pulsations in the camshaft 26 will put fluid out of the portion of the recess 32a and allow the lobe 60a of vane 60 to move into the portion of the recess which has been emptied of hydraulic fluid. However, reverse movement of the vane will not occur as the pulsations in the camshaft become oppositely directed unless and until the spool 100 moves to the left, because of the blockage of the fluid flow through the return line 96 by the land 100b of the spool 100. Thus, large pressure variations induced by camshaft torque pulses will not affect the condition of the system, eliminating the need to synchronize the opening and closing of the spool valve 92 with individual torque pulses. While illustrated as a separate closed passage in FIG. 11, the periphery of the vane 60 actually has an open oil passage slot, element 60c in FIGS. 2–10, which permits the transfer of oil between the portion of the recess 32a on the right side of the lobe 60a and the portion of the recess 32b on the right side of the lobe 60b, which are the nonactive sides of the lobes 60a and 60b; thus, counter clockwise movement of the vane 60 relative to the sprocket 32 will occur when flow is permitted through return line 94 and clockwise movement will occur when flow is permitted through return line 96.

Further, the passage 82 is provided with an extension 82a to the nonactive side of one of the lobes 60a or 60b, shown as the lobe 60b, to permit a continuous supply of makeup oil to the nonactive sides of the lobes 62a and 62b for better rotational balance, improved damping of vane motion, and improved lubrication of the bearing surfaces of the vane 60.

The elements of the structure of FIGS. 2–10 which correspond to the elements of FIG. 11, as described above, are identified in FIGS. 2–10 by the referenced numerals which were used in FIGS. 2–10 as opposed to the ball type check valves of FIG. 11. While this type check valves are preferred for the embodiment of FIGS. 2–10, it is to be understood that other types of check valves can also be used.

### Alternate Embodiments of the Present Invention

In FIG. 1d, an alternate embodiment of the VCT control law 108 is shown utilizing a single-loop configuration. The set point, r 35, is pre-processed by a filter, F(s) 35a prior to subtracting the feedback signal $\theta_f/30$.

5,289,805

| 11 | 12 |
|---|---|

The resulting error, $e_2$ 34, is then processed by the PI control block 218 and phase-lead block 318, resulting in the PWM duty cycle. Thus, it is an object of this alternate embodiment of the present invention to incorporate the advantages of the control law shown in FIGS. 1b and c into a single-loop configuration.

FIG. 1e is an alternate embodiment of the present invention which illustrates an expanded closed loop feedback system including variation compensation and disturbance feed-forward 608. The gain of this hydromechanical system depends on a number of variables such as hydraulic supply pressure, engine speed, oil temperature and natural crankshaft/camshaft orientation. In order to counteract the phenomena in the controller 208, the net effect of all the variables is estimated and the proportional gain, $K_p$, is increased as response decreases. The controller 100 anticipates disturbance phenomena by adjusting the null duty cycle, $U_{null}$ 611, according to an estimate of the net effect. An estimate, $\Delta$ null 609, is determined as a nonlinear function of pressure, temperature and the predetermined set point 35. It is then subtracted from a nominal null, $U_o$ 610, to give an overall value, $U_{null}$ 611, used in the control loop.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. In an internal combustion engine having a rotatable crankshaft and a rotatable camshaft (26), said camshaft (26) being position variable relative to said crankshaft, being subject to torque reversals during the rotation thereof, having a vane (60) with at least one lobe (60a, 60b) secured to said camshaft (26) for rotation therewith, and having a housing (32) mounted on said camshaft (26) for rotation with said camshaft (26) and for oscillation with respect to said camshaft (26), said housing (32) having at least one recess (32a, 32b) receiving the at least one lobe (60a, 60b) of said vane (60) and permitting oscillation of the at least one lobe (60a, 60b) within the at least one recess (32a, 32b) as the housing (32) oscillates with respect to said camshaft (26), a device comprising:

means for transmitting rotational movement from said crankshaft to said housing (26);

means for varying the position of said housing (32) relative to said camshaft (26) in reaction to torque reversals in said camshaft (26), said means delivering hydraulic fluid to said vane (60);

check valve means (84, 86) functionally positioned between said housing (32) and said means for varying the position of said housing (32) to eliminate the need for blocking a backflow of hydraulic fluid by the operation of said means for varying the position of said housing (32);

actuating means (106) for supplying hydraulic fluid to said means for varying the position of said housing (32);

means for initial calibration (105) of said means for varying the position of said housing (32), said means for initial calibration (105) automatically calculating a phase offset;

means for generating pulses (27, 28) in accordance with the rotational movement of said crankshaft and said camshaft (26);

means for sensing (27a, 28a) said pulses, said sensing means (27a, 27b) transmitting said pulses to be further processed;

means for determining (107) a raw phase angle between said crankshaft and said camshaft (26), said determining means (107) receiving said pulses from said sensing means (27a, 27b), said determining means (107) utilizing said pulses for computing said raw phase angle;

means for compensating (107) said signal corresponding to said raw phase angle for problems encountered during the generation of said pulses; said compensating means (107) transmitting said compensated signal (20) to be further processed; and,

means for controlling (108) said actuating means (106), said controlling means (108) receiving said compensated signal (20), comparing said compensated signal (20) to a predetermined setpoint (35), generating a PWM duty cycle in response to said comparison, and issuing said duty cycle to said actuating means (106).

2. The device according to claim 1 wherein said housing (32) comprises a sprocket (32) oscillatingly journalled on said camshaft (26), said sprocket (32) connected to said crankshaft by a chain drive (38).

3. The device according to claim 1 wherein said means for varying the position of the housing (32) comprises a hydraulic cylinder (134) and a proportional spool valve (92), the position of said spool valve (92) being controlled by the pressure of the hydraulic fluid contained in said cylinder (134).

4. The device of claim 1 wherein said actuating means (106) comprises a solenoid valve (106), said solenoid valve (106) controlling the flow of hydraulic fluid to said hydraulic cylinder (134).

5. The device according to claim 4 wherein said solenoid valve (106) is of the pulse width modulated (PWM) variety.

6. The device of claim 1 wherein said means for controlling (108) said actuating means (106) comprises:

means to control proportional gain (208, 408);

means to control integral gain (208, 408);

means to compensate for phase-lead (308, 508); and,

means to compensate for outside disturbances (608).

7. The device of claim 1 wherein said means for controlling (108) said actuating means (106) further comprises a means for filtering (35a) a predetermined set point (35) in a single-loop system.

8. The device of claim 1 wherein said means for controlling (108) said actuating means (106) further comprises at least one means of filtering (25) said compensated signal (20) to minimize the presence of high frequency oscillations, whereby producing a filtered signal (30).

9. In an internal combustion engine having a rotatable crankshaft and a rotatable camshaft, the camshaft being position variable relative to the crankshaft and being subject to torque reversals during the operation thereof, the method comprising:

generating pulses in accordance with the rotational movement of both said crankshaft and said camshaft;

sensing said pulses and transmitting said pulses for processing;

5,289,805

13

initially calibrating said camshaft position relative to said crankshaft after receiving said pulses by automatically calculating and implementing a phase offset;

calculating a raw phase angle between said crankshaft and camshaft utilizing pulses subsequent in time to said initial calibration;

issuing a signal corresponding to said raw phase angle for further processing;

compensating said signal corresponding to said raw phase angle for discrepancies created during the generation of said pulses;

receiving said compensated signal, comparing said compensated signal to a predetermined setpoint, and transmitting a PWM duty cycle to an actuating means for delivering hydraulic fluid from a main oil gallery to a means for varying the position of a housing;

varying the position of a housing relative to said camshaft in response to torque reversals in said camshaft, said housing mounted to said camshaft, said camshaft having at least one vane, said housing having at least one recess, said housing being rotatable about said camshaft;

eliminating the need for blocking a backflow of said hydraulic fluid by utilizing a check valve means functionally positioned between said camshaft/-housing combination and said actuating means; and,

transmitting rotational movement from said crankshaft to said housing.

10. The method of claim 9 wherein said housing comprises a sprocket oscillatingly journalled on said camshaft, said sprocket connected to said crankshaft by a chain drive.

11. The method according to claim 9 wherein said means for varying the position of the housing comprises a hydraulic cylinder and a proportional spool valve, the position of said spool valve being controlled by the pressure of the hydraulic fluid contained in said cylinder.

12. The method of claim 9 wherein said actuating means comprises a solenoid valve, said solenoid valve controlling the flow of hydraulic fluid to said hydraulic cylinder.

14

13. The method according to claim 12 wherein said solenoid valve is of the pulse width modulated (PWM) variety.

14. The method of claim 9 wherein the step of compensating said signal further comprises:

controlling proportional gain;

controlling integral gain;

compensating for phase-lead; and,

compensating for outside engine disturbances.

15. The method of claim 9 further comprising the step of filtering a predetermined set point in a single-loop system.

16. The method of claim 9 further comprising the step of filtering said compensated signal to minimize the presence of high frequency oscillations.

17. The method according to claim 9 wherein said means for varying the position of said housing relative to said camshaft comprises means for permitting the position of said housing to move in a first direction relative to said camshaft in reaction to a torque pulse in said camshaft in a first direction, means for preventing the position of said housing from moving relative to said camshaft in a second direction in reaction to a torque pulse in said camshaft in a second direction, and means for selectively reversing said first and second directions of the movement of said housing relative to said camshaft with respect to said first and second directions of torque pulses in said camshaft.

18. The method according to claim 17 wherein said at least one recess is capable of sustaining hydraulic pressure, wherein said at least one lobe divides said at least one recess into a first portion and a second portion, and wherein the varying of the position of said housing relative to said camshaft comprises:

transferring hydraulic fluid into one of said first portion and said second portion of said recess.

19. The method according to claim 18 wherein the varying of the position of said housing relative to said camshaft further comprises:

simultaneously transferring hydraulic fluid out of the other of said first portion and said second portion of said recess.

20. The method according to claim 18 wherein said hydraulic fluid is engine lubricating oil from said main oil gallery of the engine.

* * * * *

50

55

60

65