# Exhibit 14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br>              Plaintiffs, <br><br>     v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br>         Defendants. | Civil Action No. 05-048-SLR |

| |
|---|
| BORGWARNER INC., <br><br>         Counterclaimant, <br><br>     v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>         Counterdefendants. |

**DECLARATION OF ROBERT KUHN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INVALIDITY FOR FAILURE TO MEET THE WRITTEN DESCRIPTION REQUIREMENT OF 35 U.S.C. § 112 UNDER BORGWARNER'S PROPOSED CLAIM INTERPRETATION**

I, Robert Kuhn, declare as follows:

1.    I have been retained by the firm of Foley & Lardner LLP, which represent Plaintiffs Hitachi Ltd. and Hitachi Automotive Products (USA), Inc. (collectively "Hitachi") in this case, as an expert in variable camshaft timing (VCT) systems. My expertise related to this case includes knowledge in the design and operation of VCTs; hydraulic control systems in automobiles; knowledge of the design and operation of spool valves, and related control systems,

in hydraulic control systems in automobiles; and knowledge of the overall design, component interaction and operation of automotive engines, including variable camshaft timing components, and various aspects of the engine control unit and other devices commonly used in automobiles.

2.    I joined Exponent in 2003. Exponent is a technical consulting firm. I am currently employed as a Managing Engineer in Exponent's Vehicle Engineering Practice. While working for Exponent I have been retained as a consultant for a variety of design and development projects relating to vehicle engines and their sub-systems including base engine hydraulics, fuel system management, exhaust systems, and camshaft/valvetrain system durability. Prior to joining Exponent, I was employed by DaimlerChrysler in a number of engineering and supervisory positions within the Activity Vehicle (Jeep) platform. My most recent assignment was as Supervisor, Liberty Vehicle Development and Synthesis. My responsibilities included overall vehicle performance and durability testing, engine system to vehicle integration, and coordination/resolution of engine system related vehicle issues affecting performance, durability, and reliability. While at DaimlerChrysler, I also received two patents for the design of two different hydraulic/mechanical vehicle systems and worked within the Large Car Platform engine development group doing base engine durability and development testing.

3.    Prior to joining DaimlerChrysler in 1995, I worked for the Ford Motor Company as an engine development engineer responsible for base engine durability and performance development. In this position, I was involved in developing and testing gasoline engine components including but not limited to camshafts, engine valves, timing chains, and camshaft driven balance shaft systems. During this assignment, I also was involved in testing and

evaluating the effects of camshaft to crankshaft phase angle changes on engine performance as well as testing and evaluating prototype engine components and systems.

4.    Throughout my career, I have been involved with all aspects of the engine design and development processes, including design, testing, assembly, and teardown analysis of complete engine assemblies and various subsystems. I personally was involved in the design and development of the camshaft/balance shaft system used in the Ford V10 modular engine. This included testing various designs, implementing and testing design improvements, and measuring and evaluating camshaft torsional fluctuations to optimize system durability. While at Ford and Chrysler, I also was responsible for evaluating the effects of camshaft timing (*i.e.*, phase angle of the camshaft relative to the crankshaft) on engine power, emissions, and driveability. I also was responsible for testing the performance of various intake manifold, exhaust manifold, and camshaft timing combinations in several different configurations of engines including I4, V6, and V10 cylinder arrangements. As a part of these duties, I was involved in creating engine performance maps at various combinations of engine speeds and loads. These maps were used to provide closed loop control for other engine subsystems such as fuel injection and ignition systems during engine dynamometer durability testing of the engine. These maps were later incorporated into the vehicle level calibration used by the engine control unit to control engine performance.

5.    During my career, I also have spent a considerable amount of time supervising the buildup and evaluation of prototype and development engines in test and fleet vehicles. This type of activity has afforded me a substantial amount of experience evaluating engine calibrations and the electrical and electronic systems required for these engines to operate reliably in the field. These systems include camshaft sensors, crankshaft sensors, variable

induction systems, engine oiling systems, fuel injection and ignition systems, and various closed loop monitoring systems such as O2 sensors and turbocharger wastegate systems.

6.      During the past 22 years, I also have built, and continue to build, engines for my own competitive and personal vehicles, including race, vintage, and street vehicles.  I am a member of the Society of Automotive Engineers ("SAE"), The American Society of Mechanical Engineers (ASME), and hold a professional engineering license in the state of Michigan.

7.      During the last three years, I have been retained as a consultant on a number of engine related issues including alternate fuel use, engine system field performance, and engine system design and validation practices.

8.      I have reviewed the claims, specification and prosecution history of U.S. Patent No. 5,497,738 (including the originally filed application), focusing on the electromechanical/hydraulic system that varies the relative phase angle between the camshaft and crankshaft.

9.      The '738 patent states that it is directed to a control system for "a variable camshaft timing (VCT) system of the type in which the position of the camshaft is circumferentially varied relative to the position of a crankshaft in reaction to torque reversals experienced by the camshaft during its normal operation.  In such a VCT system, an electromechanical/hydraulic system is provided to effect the repositioning of the camshaft in reaction to such torque reversals . . . ."  '738 patent at 1:13-23.  This kind of VCT is typically referred to as a camshaft torque actuated VCT, or "CTA VCT."

10.     As understood by the person of ordinary skill in the art, the '738 patent CTA VCT does not use an external energy source or oil pressurized by the engine oil pump flowing to change the VCT actuator to change the phase.  The person of ordinary skill in the art would

understand that the CTA VCT is fundamentally different from an oil pressure actuated VCT system ("OPA" VCT). In fact, an OPA system is fundamentally at odds with the underlying premise and purpose of the '738 patent. An OPA VCT requires use of an external energy source, such as the engine oil pump, to shift the camshaft relative to the crankshaft to create a phase change. In an OPA system, oil must flow from the main engine oil circuit to the VCT actuator in the short time necessary for the phase change to occur.

11.    The '738 patent discloses two embodiments of the CTA VCT structure. The first embodiment is an opposed piston structure.

12.    The '738 patent refers to, and incorporates by reference, U.S. Patent No. 5,002,023 for operation of the opposed piston structure. *See* '738 patent, at 5:57-61; *see also* 1:31-36. Figures 12 and 13 of the '023 patent show fluid flow for changing the phase in either the clockwise or counterclockwise direction.



FIG. 13                                  FIG. 12

13.    With the spool 100 shown in Figure 12 moved to the right, oil pressurized by camshaft torque pulsations flows from piston 54 through branch line 88, return line 94, an

annular space (formed between spool lands 100*a* and 100*b*), inlet line 82, check valve 86 and branch line 90 to the opposed piston 56.

14.    More specifically, moving spool 100 to the right opens the return line 94, and oil flows through return line 94, annular recess in spool, and inlet line 82.  During this time, oil in return line 96 is blocked from entering inlet line 82 based on the position of the annular recess, *i.e.*, the recess is positioned so that left spool land 100*b* blocks return line 96.  In addition, the check valve 84 is kept closed due to balanced pressure on both sides.

15.    As understood by the person of ordinary skill in the art, except for unavoidable minor leakage, the internal oil circuit between the pistons, branch lines, return lines, and inlet line remains closed.  The only regulated flow of fluid through the spool valve for changing the phase was from a piston-cylinder or vane recess.  The only disclosure of the inlet lines and return lines for changing the phase is inlet line 182 and return lines 194,196.

16.    Operation of the check valves, annular recess in the spool, and camshaft torque reversals is reversed when oil flows in the opposite direction, *i.e.*, from piston 56 to opposed piston 54.  This is shown in Figure 13 of the '023 patent.  Just like Figure 12, the camshaft torque reversals pressurize the oil so that it flows through the internal oil circuit.  This is in contrast to using external oil pressurized by the engine oil pump to create a phase shift, again, a key distinction between CTA and OPA systems.

17.    As understood by the person of ordinary skill in the art, the CTA VCT in the '738 patent isolates the engine oil pump from the VCT as much as possible, only using engine oil pump in a very specific and limited manner.  In the '738 patent, main oil galley 230 is used to initially fill the vane recesses or piston chambers, and to provide a constant source of make-up oil to replace leakage and lubricate bearing 232.  '738 patent at 7:11-13; 9:42-50.

6

18.    The very initial filling up the piston-cylinders/vane recesses is not the flow that changes the phase. In addition, in the '738 patent, make-up oil from the main oil galley ("MOG"), where the MOG oil flow <u>bypasses</u> the spool. As understood by the skilled artisan, the make-up oil does not make the VCT actuator shift to create the phase change. And, the MOG does not provide the pressurized oil flow to create the phase change.

19.    For the vane structure, the '738 patent relies on the same CTA principles and internal oil circuit described above, but uses vanes instead of a piston-cylinder structure. As shown in Figure 19 of the '738 patent, a rotating vane 160 is contained within recesses 132a and 132b of housing 132. Oil is transferred from one recess 132a,132b to the other, as controlled by interaction of camshaft torque pulsations, the check valves, and the annular recess in the spool. *See* '738 patent at 9:7-41; '804 patent at 13:40-56. These elements make the camshaft 126 rotate to create the phase change.

20.    In the '738 patent, the main engine oil pump pressure does not create the phase change. The '023 patent (which is incorporated into the '738 patent) makes this point clear:

> Further, because the camshaft which is advanced or retarded is advanced or retarded by moving hydraulic fluid which is already within one or another of the oppositely acting cylinders to the other, this hydraulic fluid, engine oil in the preferred embodiment, *does not have to flow through the main lubricating pump during the short time interval in which the phase adjustment must take place*. Thus, the variable camshaft timing arrangement does not require the use of a significantly larger engine oil lubricating pump than would otherwise be required, and the actuation rate of the variable camshaft timing arrangement is not limited by the capacity of the engine oil pump.

'023 patent, at 2:23-34 (emphasis added).

21.    Just like the embodiments of the '738 patent, all of the BorgWarner patents incorporated by reference in the '738 patent – U.S. Patents No. 5,002,023, No. 5,107,804, No. 5,184,578, and No. 5,172,659 – are directed to CTA VCT systems. They all teach using internal

7

torque reversals as the source of energy to create a phase shift. They also teach problems with using the engine oil pump as the external energy source for VCT actuation as set forth, for example, in the above quote from the '023 patent. *See also* '804 patent at 1:45-2:56 and '578 patent at 1:39-68; *see also* '659 patent at 1:20-30 (stating that its invention relates to a control system for a CTA VCT). In sum, these patents reject using engine oil pressure to create a phase shift in a VCT system. To the person of ordinary skill in the art, the '738 patent with these incorporated backdrop patents teach that the CTA approach is fundamentally different from the OPA approach.

22.    The '738 patent notes additional problems associated with reliance on engine oil pressure from the MOG. First, the '738 patent indicates that oil pressure in an automobile is very low at engine start-up. '738 patent, at 2:24-25. The '738 patent adopts a VCT system where "the lack of normal operating oil pressure during initial engine start-up does not result in start-up error . . . ." *Id.* at 3:22-24. To position a VCT at a desired phase angle immediately at engine start-up requires a system that does not rely on engine oil pump pressure, *i.e.*, a CTA-type VCT system.

23.    Second, the '738 patent states that engine oil pressure can vary significantly during operations based upon the characteristics of the particular engine. *Id.*, at 2:31-37. The '738 patent teaches that "[t]he optimum solution is a control system *completely independent* of variable parameters, *i.e.*, *one independent of engine oil pressure.*" *Id.* at 8:9-11 (emphasis added).

24.    Based upon the reading the '738 patent specification, one skilled in the art would be led to the conclusion that any disclosed invention was directed only to CTA-type VCTs, and not to OPA-type VCTs.

25.    BorgWarner owns U.S. Patent No. 5,657,725 to Butterfield et al. ("the '725 patent"), which discloses a hybrid system that uses both CTA and OPA operation.

26.    This patent teaches that substantial modifications are required to convert BorgWarner's CTA-type VCT to use engine oil pressure to actuate the VCT. In particular, the '725 patent teaches an arrangement of "re-routed hydraulic passages" and "new check valve positions." These modifications are designed to permit engine oil pressure, rather than camshaft torque pulsations, to serve as the main energy source for actuation at certain times to create the phase shift.

27.    The '738 patent does not teach or suggest to the person of ordinary skill in the art configuring these re-routed passages or new check valve positions to achieve an OPA system.

I declare under penalty of perjury that the foregoing is true and correct.

October 4, 2006

Robert Kuhn, P.E.

9

# Exhibit 15



US005184578A

## United States Patent [19]

Quinn, Jr. et al.

[11] Patent Number: **5,184,578**

[45] Date of Patent: **Feb. 9, 1993**

[54] **VCT SYSTEM HAVING ROBUST CLOSED LOOP CONTROL EMPLOYING DUAL LOOP APPROACH HAVING HYDRAULIC PILOT STAGE WITH A PWM SOLENOID**

[75] Inventors: **Stanley B. Quinn, Jr.; Alan L. Miller; Edward C. Siemon,** all of Ithaca, N.Y.

[73] Assignee: **Borg-Warner Automotive Transmission & Engine Components Corporation,** Sterling Heights, Mich.

[21] Appl. No.: **847,577**

[22] Filed: **Mar. 5, 1992**

[51] Int. Cl.5 .......................................... F01L 1/34
[52] U.S. Cl. ........................ 123/90.17; 123/90.15; 123/90.11
[58] Field of Search ............... 123/90.17, 90.15, 90.16, 123/90.18, 90.11, 90.12; 364/424.01, 161, 157; 464/1

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,313,165 | 1/1982 | Clelford et al. | 364/424 |
| 4,675,804 | 6/1987 | Wiemer | 364/161 |
| 4,771,742 | 9/1988 | Nelson et al. | 123/90.17 |
| 4,787,345 | 11/1988 | Thoma | 123/90.17 |
| 4,802,376 | 2/1989 | Stidworthy | 73/394 |
| 4,813,339 | 3/1989 | Uno et al. | 91/459 |
| 4,841,924 | 6/1989 | Hampton et al. | 123/90.17 |
| 4,854,273 | 8/1989 | Uesugi et al. | 123/90.17 |
| 4,856,465 | 8/1989 | Denz et al. | 123/90.17 |
| 4,858,572 | 8/1989 | Shirai et al. | 123/90.12 |
| 4,862,845 | 9/1989 | Butterfield et al. | 123/90.15 |
| 4,872,426 | 10/1989 | Sapienza, IV | 123/90.15 |
| 4,878,461 | 11/1989 | Sapienza, IV et al. | 123/90.15 |
| 4,890,589 | 1/1990 | Miyate | 123/90.15 |
| 4,907,493 | 3/1990 | Bellanger et al. | 91/361 |
| 4,909,194 | 3/1990 | Bauer | 123/90.15 |
| 4,914,365 | 4/1990 | Murakami et al. | 318/609 |
| 4,928,640 | 5/1990 | van Vuuren et al. | 123/90.17 |
| 4,942,854 | 6/1990 | Shirai et al. | 123/90.17 |
| 4,967,701 | 11/1990 | Isogai et al. | 123/90.11 |
| 4,976,229 | 12/1990 | Charles | 123/90.15 |
| 4,993,370 | 2/1991 | Hashiyama et al. | 123/90.17 |
| 4,995,351 | 2/1991 | Ohkubo et al. | 123/90.11 |
| 4,996,954 | 3/1991 | Seki et al. | 123/90.16 |
| 5,002,023 | 3/1991 | Butterfield et al. | 123/90.15 |

| | | | |
|---|---|---|---|
| 5,003,937 | 4/1991 | Matsumoto et al. | 123/90.12 |
| 5,009,203 | 4/1991 | Seki | 123/90.16 |
| 5,012,773 | 5/1991 | Akasaka et al. | 123/90.17 |
| 5,020,487 | 6/1991 | Kruger | 123/90.15 |
| 5,022,357 | 6/1991 | Kawamura | 123/90.11 |
| 5,023,535 | 6/1991 | Miller et al. | 318/599 |
| 5,027,753 | 7/1991 | Hamazaki et al. | 123/52 MB |
| 5,031,583 | 7/1991 | Komo | 123/90.16 |
| 5,040,499 | 8/1991 | Akasaka et al. | 123/90.17 |
| 5,046,460 | 9/1991 | Butterfield et al. | 123/90.15 |
| 5,063,895 | 11/1991 | Maumpfier | 123/90.15 |
| 5,067,450 | 11/1991 | Kane et al. | 123/90.17 |
| 5,078,647 | 1/1992 | Hampton | 464/1 |
| 5,080,052 | 1/1992 | Hoffa et al. | 123/90.17 |
| 5,090,365 | 2/1992 | Hoffa et al. | 123/90.17 |
| 5,113,814 | 5/1992 | Suga et al. | 123/90.17 |
| 5,117,785 | 6/1992 | Suga et al. | 123/90.17 |
| 5,121,717 | 6/1992 | Simko et al. | 123/90.17 |
| 5,138,985 | 8/1992 | Szodfridi et al. | 123/90.17 |

Primary Examiner—Raymond A. Nelli
Attorney, Agent, or Firm—Willian Brinks Olds

[57] **ABSTRACT**

A camshaft (26) has a vane (60) secured to an end thereof for non-oscillating rotation therewith. The camshaft also carries a sprocket (32) which can rotate with the camshaft but which is oscillatable with the camshaft. The vane has opposed lobes (60a, 60b) which are received in opposed recesses (32a, 32b), respectively, of the sprocket. The recesses have greater circumferential extent than the lobes to permit the vane and sprocket to oscillate with respect to one another, and thereby permit the camshaft to change in phase relative to a crankshaft whose phase relative to the sprocket is fixed by virtue of a chain drive extending therebetween. The camshaft tends to change in reaction to pulses which it experiences during its normal operation, and it is permitted to change only in a given direction, either to advance or retard, by selectively blocking or permitting the flow of hydraulic fluid, preferably engine oil, through the return lines (94, 96) from the recesses by controlling the position of a spool (100) within a valve body (98) of a control valve in response to a signal indicative of an engine operating condition determined from a closed loop feedback system.

26 Claims, 11 Drawing Sheets





FIG. 1a



FIG. 1b

FIG. 1c



FIG. 1e



FIG. 1d



FIG. 1f



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 7                    FIG. 8



FIG. 6



FIG. 9



FIG. 10



FIG. 11

5,184,578

**1**

VCT SYSTEM HAVING ROBUST CLOSED LOOP
CONTROL EMPLOYING DUAL LOOP
APPROACH HAVING HYDRAULIC PILOT STAGE
WITH A PWM SOLENOID

FIELD OF THE INVENTION

This invention relates to an internal combustion en-
gine in which the timing of the camshaft of a single
camshaft engine, or the timing of one or both of the
camshafts of a dual camshaft engine, relative to the
crankshaft is varied to improve one or more of the
operating characteristics of the engine.

BACKGROUND OF THE INVENTION

It is known that the performance of an internal com-
bustion engine can be improved by the use of dual cam-
shafts, one to operate the intake valves of the various
cylinders of the engine and the other to operate the
exhaust valves. Typically, one of such camshafts is
driven by the crankshaft of the engine, through a
sprocket and chain drive or a belt drive, and the other of
such camshafts is driven by the first, through a second
sprocket and chain drive or a second belt drive. Alter-
natively, both of the camshafts can be driven by a single
crankshaft powered chain drive or belt drive. It is also
known that engine performance in an engine with dual
camshafts can be further improved, in terms of idle
quality, fuel economy, reduced emissions or increased
torque, by changing the positional relationship of one of
the camshafts, usually the camshaft which operates the
intake valves of the engine, relative to the other cam-
shaft and relative to the crankshaft, to thereby vary the
timing of the engine in terms of the operation of intake
valves relative to its exhaust valves or in terms of the
operation of its valves relative to the position of the
crankshaft. Heretofore, such changes in engine valve
timing have been accomplished by a separate hydraulic
motor operated by engine lubricating oil. However, this
actuating arrangement consumes significant additional
energy and it increases the required size of the engine
lubricating pump because of the required rapid response
time for proper operation of the camshaft phasing actu-
ator. Further, these arrangements are typically limited
to a total of 20° of phase adjustment between crankshaft
position and camshaft position, and typically such ar-
rangements are two-position arrangements, that is, on,
or fully phase adjusted as one position, or off, or no
phase adjustment, as a second position. The present
invention is designed to overcome these problems asso-
ciated with prior art variable camshaft timing arrange-
ments by providing a self-actuating, variable camshaft
timing arrangement which does not require external
energy for the operation thereof, which does not add to
the required size of the engine lubricating pump to meet
transient hydraulic operation requirements of such vari-
able camshaft timing arrangement, which provides for
continuously variable camshaft to crankshaft phase
relationship within its operating limits, and which pro-
vides substantially more than 20° of phase adjustment
between the crankshaft position and the camshaft posi-
tion. Prior U.S. Pat. Nos. which describe various sys-
tems of the foregoing type are 5,046,460 and 5,002,023,
the disclosures of each of which are incorporated by
reference.

**2**

SUMMARY OF THE INVENTION

The present invention provides a method for phase
adjustment of an internal combustion engine in which
the position of the camshaft, or the positions of one or
both of the camshafts in a dual camshaft system, is phase
adjusted relative to the crankshaft by an actuating ar-
rangement which is controlled by a robust closed loop
system having a hydraulic pilot stage with a pulse width
modulated (PWM) solenoid. A predetermined set point
dictates the desired camshaft phase angle for certain
engine performance criteria. This variable camshaft
timing (VCT) system can be used to improve important
engine operating characteristics such as idle quality,
fuel economy, emissions or torque. A preferred embodi-
ment of a camshaft mounted hydraulic VCT mechanism
uses one or more radially extending vanes which are
circumferentially fixed relative to the camshaft and
which are receivable in cavities of a sprocket housing
that is oscillatable on the camshaft. Hydraulic fluid is
selectively pumped through a proportional (spool)
valve to one side or another of each vane to advance or
retard the position of the camshaft relative to the
sprocket. A pumping action occurs in reaction to a
signal generated by a closed loop feedback system.
Closed loop feedback control is imperative for any but
the "two-position" case, i.e., fully advanced or fully
retarded. This is because camshaft phase is controlled
by the integral of the spool valve position. That is, spool
position corresponds not to camshaft phase, but to its
rate of change. Thus, any steady state spool position
other than null (centered) will cause the VCT to even-
tually go to one of its physical limits in phase. Closed
loop control allows the spool to be returned to null as
the camshaft phase reaches its commanded position or
set point. An additional result of using feedback control
is that the system performance is desensitized to me-
chanical and environmental variations. This results in a
reduction of the effects of short term changes, such as
changes in oil pressure or temperature, or long term
variations due to tolerances or wear. In addition, set
point tracking error in the presence of unanticipated
disturbances (e.g. torque shifts) is reduced. A degree of
sensitivity reduction and disturbance rejection is re-
ferred to as the "robustness" of the control system.
Closed loop control can thus provide stable set point
tracking with some degree of robustness.

Accordingly, it is an object of the present invention
to provide an improved VCT method and apparatus
which utilizes a hydraulic PWM spool position control
and an advanced control algorithm that yields a pre-
scribed set point tracking behavior with a high degree
of robustness. Further, it is an object of the present
invention to provide a VCT method and apparatus of
the foregoing type which maintains substantially un-
changed performance over a wide range of parameter
variations. Specifically, it is an object of the present
invention to provide a VCT method and apparatus of
the foregoing type which is substantially insensitive to
fluctuations in engine oil pressure, and changes in sys-
tem parameters such as component tolerances, spring
rate, air entrainment and leakage which utilizes a prede-
termined set point to dictate the desired camshaft phase
angle to effectuate certain engine performance criteria.

For a further understanding of the present invention
and the objects thereof, attention is directed to the
drawings and to the following brief descriptions

5,184,578

3

thereof, to the detailed description of the preferred embodiment, and to the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1a is a block diagram of a basic closed loop feedback system for a VCT system;

FIG. 1b is a block diagram of the robust VCT control law of a preferred embodiment of the present invention used in a closed loop feedback system;

FIG. 1c is a block diagram of the digital implementation of the robust VCT control law illustrated in FIG. 1b;

FIG. 1d is a block diagram of the robust VCT control law of an alternate embodiment of the present invention utilizing a single-loop configuration and filtered set point;

FIG. 1e is a block diagram of the robust VCT control law of an alternate embodiment of the present invention including variation compensation and disturbance feed-forward;

FIG. 1f is a block diagram illustrating the component stages of a synchronous feedback filter;

FIG. 2 is an end elevational view of a camshaft with an embodiment of a camshaft timing system applied thereto;

FIG. 3 is a view similar to FIG. 2 with a portion of the structure thereof removed to more clearly illustrate other portions thereof;

FIG. 4 is a sectional view taken on line 4—4 of FIG. 3;

FIG. 5 is a sectional view taken on line 5—5 of FIG. 3;

FIG. 6 is a sectional view taken on line 6—6 of FIG. 3;

FIG. 7 is a end elevational view of an element of the variable camshaft timing system of FIGS. 2–6;

FIG. 8 is an elevational view of the element of FIG. 7 from the opposite end thereof;

FIG. 9 is a side elevational view of the element of FIGS. 7 and 8;

FIG. 10 is an elevational view of the element of FIG. 9 from the opposite side thereof; and

FIG. 11 is a simplified schematic view of the variable camshaft timing arrangement of FIGS. 2–10.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

As is described in the aforesaid U.S. Pat. Nos. 5,046,460 and 5,002,023 and as is schematically shown in FIG. 1a, camshaft and crankshaft measurement pulses in a VCT system are generated by camshaft and crankshaft pulse wheels 27 and 28, respectively, as the crankshaft (not shown) and camshaft 26 are rotated, and these can be used to actuate the operation of one or more hydraulic elements of a hydraulically operated VCT system. According to the present invention, in a VCT system, for example, a system according to the embodiment of FIGS. 2–10, as hereinafter described, the measurement pulses are detected by camshaft and crankshaft measurement pulse sensors 27a and 28a, respectively, and issued to a phase measurement device 107. The time from successive crank-to-cam pulses, divided by the time for an entire revolution and multiplied by 360°, gives the measured phase difference, $\Theta_o$ 20. The phase measurement $\Theta_o$ 20 is then supplied to a synchronous filter 25, schematically shown in FIG. 1f. As the camshaft rotates, the torque pulses 10 superimpose a high frequency disturbance on the VCT phase,

4

$\Theta_o$ 20. Thus, there is an exact synchronization between the torque pulses 10 and the high frequency disturbance. Likewise, the camshaft measurement pulses 27a are also synchronized with the disturbance. According to the present invention it is possible to take advantage of this synchronization to efficiently filter the phase measurement, $\Theta_o$ 20, so that the high frequency disturbance is isolated from the control action. As the camshaft speed varies, the filter frequency automatically tracks the disturbance frequency. The filter itself is a discrete-time notch filter with a sampling frequency equal to that of the camshaft measurement pulse frequency 27a. The filtered phase measurement, $\Theta_F$ 30, is supplied to a control law 108. Since the high frequency disturbance is isolated, the control law 108 does not attempt to compensate for it. This further makes it possible to save actuation power, reduce wear and enhance signal linearity by such a filtering step herein described.

FIG. 1f illustrates an embodiment for the filter in the case when the number of camshaft measurement pulses per revolution (n) is greater than twice the number of torque pulses per revolution (m). The filter eliminates the fundamental frequency of the torque disturbance. In the case when n<2m, the disturbance is "aliased" to a lower frequency and this is the frequency addressed by the filter. Further stages can also be added to eliminate harmonics of the disturbance frequency.

The variables for FIG. 1f are as follows:

$$z^{-1} = \text{delay by one camshaft measurement pulse}$$
$$B = -2\cos(2\pi m/n)$$
$$A = 1/(2 + B)$$

the feedback control law 108 is described in detail in FIG. 1b. The filtered phase angle measurement, $\Theta_F$ 30, is sent to a proportional-integral control block 208 where the filtered phase angle measurement, $\Theta_F$ 30, is subtracted from a set point r 35 to give the tracking error, $e_o$ 32. The tracking error $e_o$ 32 is then processed by a proportional-integral (PI) control block 208 to give infinite DC gain as well as phase lead to compensate for integrator lag. The integral action assures that the steady-state tracking error goes to zero.

The output of the PI control block 208 is then used to control the "inner loop" of the system. The filtered phase angle measurement 30 is subtracted from it, resulting in an inner loop error, $e_1$ 33. This loop error $e_1$ 33 is multiplied by a loop gain, $K_2$, and subjected to the effect of a phase-lead compensation 308. Such phase-lead compensation 308 gives a quick response by substantially canceling the low frequency phase lag of the PWM pilot stage 106 (shown in FIGS. 1a and 11). The gains and phase-lead frequencies provide enough freedom to achieve independent control of closed-loop dynamics and robustness.

FIG. 1c shows the identical feedback control law 108 for digital implementation. The variables for the PI control block 408 are:

$$T_s = 0.02 \text{ sec.}$$
$$Z^{-1} = \text{unit delay}$$

The variables for the phase-lead compensation block 508 are:

$$c = w_{lag}/W_{lead}$$

5,184,578

5

$b=\exp\ -W_{lag}T_l$

In FIG. 1d, an alternate embodiment of the VCT control law 108 is shown utilizing a single-loop configuration. The set point, r 35 is pre-processed by a filter, F(s) 35a prior to subtracting the feedback signal Θ/30. The resulting error, e2 34 is then processed by the PI control block 218 and phase-lead block 318, resulting in the PWM duty cycle. Thus, it is an object of this alternate embodiment of the present invention to incorporate the advantages of the control law shown in FIGS. 1b and c into a single-loop configuration.

FIG. 1e is an alternate embodiment of the present invention which illustrates an expanded closed loop feedback system including variation compensation and disturbance feed forward 608. The gain of this hydromechanical system depends on a number of variables such as hydraulic supply pressure, engine speed, oil temperature and natural crankshaft/camshaft orientation. In order to counteract the phenomena in the controller 208, the net effect of all the variables is estimated and the proportional gain, Kp, is increased as response decreases. The controller 208 anticipates disturbance phenomena by adjusting the null duty cycle, Unull 611, according to an estimate of the net effect. An estimate, Δ null 609, is determined as a nonlinear function of pressure, temperature and the predetermined set point 35. It is then subtracted from a nominal null, U0 610, to give an overall value, Unull 611, used in the control loop.

FIGS. 2–10 illustrate an embodiment of a hydraulic vane system in which a housing in the form of a sprocket 32 is oscillating journalled on a camshaft 26. The camshaft 26 may be considered to be the only camshaft of a single camshaft engine, either of the overhead camshaft type or the inblock camshaft type. Alternatively, the camshaft 26 may be considered to be either the intake valve operating camshaft or the exhaust valve operating camshaft of the dual camshaft engine. In any case, the sprocket 32 and the camshaft 26 are rotatable together, and are caused to rotate by the application of torque to the sprocket 32 by an endless roller chain 38, shown fragmentarily, which is trained around the sprocket 32 and also around a crankshaft not shown. As will be here after described in greater detail, the sprocket 32 is oscillatingly journalled on the camshaft 26 so that it is oscillatable at least through a limited arc with respect to the camshaft 26 during the rotation of the camshaft, an action which will adjust the phase of the camshaft 26 relative to the crankshaft.

An annular pumping vane 60 is fixedly positioned on the camshaft 26, the vane 60 having a diametrically opposed pair of radially outwardly projecting lobes 60a, 60b and being attached to an enlarged end portion 26a of the camshaft by bolts 62 which pass through the vane 60 into the end portion 26a. In that regard, the camshaft 26 is also provided with a thrust shoulder 26b to permit the camshaft to be accurately positioned relative to an associated engine block, not shown. The pumping vane 60 is also precisely positioned relative to the end portion 26a by a dowel pin 64 which extends therebetween. The lobes 60a, 60b are received in radially outwardly projecting recesses 32a, 32b, respectively, of the sprocket 32, the circumferential extent of each of the recesses 32a, 32b being somewhat greater than the circumferential extent of the vane lobes 60a, 60b which are received in such recesses to permit limited oscillating movement of the sprocket 32 relative to the vane 60. The recesses 32a, 32b are closed around the lobes 60a, 60b, respectively, by spaced apart, transversely extending annular

6

plates 66, 68 which are fixed relative to the vane 60 and, thus, relative to the camshaft 60, by bolts 70 which extend from one to the other through the same lobe, 60a or 60b. Further, the inside diameter 32c of the sprocket 32 is sealed with respect to the outside diameter of the portion 60d of the vane 60 which is between the lobe 60a, 60b, and the tips of the lobes 60a, 60b of the vane 60 are provided with sealed receiving slots 60e, 60f, respectively. Thus, each of the recesses 32a, 32b of the sprocket 32 is capable of sustaining hydraulic pressure, and within each recess 32a, 32b, the portion on each side of the lobe 60a, 60b, respectively, is capable of sustaining hydraulic pressure.

The functioning of the structure of the embodiment of FIGS. 2–10, as thus far described, may be understood by reference to FIG. 11. Hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 32a, 32b by way of a common inlet line 82. The inlet line 82 terminates at a juncture between opposed check valves 84 and 86 which are connected to the recesses 32a, 32b, respectively, by branch lines 88, 90, respectively. The check valves 84, 86 have annular seats 84a, 86a, respectively, to permit the flow of hydraulic fluid through the check valves 84, 86 into the recesses 32a, 32b, respectively. The flow of hydraulic fluids through the check valves 84, 86, is blocked by floating balls 84b, 86b, respectively, which are resiliently urged against the seats 84a, 86a, respectively, by springs 84c, 86c, respectively. The check valves 84, 86, thus, permit the initial filling of the recesses 32a, 32b and provide for a continuous supply of makeup hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters the line 82 by way of a spool valve 92, which is incorporated within the camshaft 26, and hydraulic fluid is returned to the spool valve 92 from the recesses 32a, 32b by return lines 94, 96, respectively. Because of the location of the check valves 84 and 86 which block the backflow of hydraulic fluid, the need for the spool valve 100 to return to the null (centered) position to prevent such backflow is eliminated.

The spool valve 92 is made up of a cylindrical member 98 and a spool 100 which is slidable to and fro within the member 98. The spool 100 has cylindrical lands 100a and 100b on opposed ends thereof, and the lands 100a and 100b, which fit snugly within the member 98, are positioned so that the land 100b will block the exit of hydraulic fluid from the return line 96, or the land 100a will block the exit of hydraulic fluid from the return line 94, or the lands 100a and 100b will block the exit of hydraulic fluid from both return lines 94 and 96, as is shown in FIG. 11, where the camshaft 26 is being maintained in a selective intermediate position relative to the crankshaft of the associated engine.

The position of the spool 100 within the member 98 is influenced by an opposed pair of springs 102, 104 which act on the ends of the lands 100a, 100b respectively. Thus, the spring 102 resiliently urges the spool 100 to the left, in the orientation illustrated in FIG. 11, and the spring 104 resiliently urges the spool 100 to the right in such orientation. The position of the spool 100 within the member 98 is further influenced by supply of pressurized hydraulic fluid within a portion 98a of the member 98, on the outside of the land 100a, which urges the spool 100 to the left. The portion 98a of the member 98 receives its pressurized fluid (engine oil) directly from the main oil gallery ("MOG") 130 of the engine, and

7

5,184,578

8

this oil is also used to lubricate a bearing 132 in which the camshaft 26 of the engine rotates.

The control of the position of the spool 100 within the member 98 is in response to hydraulic pressure within a control pressure cylinder 134 whose piston 134a bears against an extension 100c of the spool 100. The surface area of the piston 134a is greater than the surface area of the end of the spool 100 which is exposed to hydraulic pressure within the portion 98a, and is preferably twice as great. Thus, the hydraulic pressures which act in opposite directions on the spool 100 will be in balance when the pressure within the cylinder 134 is one-half that of the pressure within the portion 98a. This facilitates the control of the position of the spool 100 in that, if the springs 102 and 104 are balanced, the spool 100 will remain in its null or centered position, as illustrated in FIG. 11, with less than full engine oil pressure in the cylinder 134, thus allowing the spool 100 to be moved in either direction by increasing or decreasing the pressure in the cylinder 134, as the case may be.

The pressure within the cylinder 134 is controlled by a solenoid 106, preferably of the pulse width modulated type (PWM), in response to a control signal from a closed loop feedback system 108, shown schematically, in FIG. 11. The feedback control system processes a signal sent from a sensing device 107 which measures the phase angle between the camshaft 26 and the crankshaft, not shown. The closed loop feedback system 108 compares the phase angle to a predetermined set point and issues a signal to the solenoid 106. With the spool 100 in its null position when the pressure in the cylinder 134 is equal to one-half the pressure in the portion 98a, as heretofore described, the on-off pulses of the solenoid 106 will be of equal duration; by increasing or decreasing the on duration relative to the off duration, the pressure in the cylinder 134 will increased or decreased relative to such one-half level, thereby moving the spool 100 to the right or to the left, respectively. The solenoid 106 receives engine oil from the main engine oil gallery (MOG) 130 through an inlet line 114 and selectively delivers engine oil from such source to the cylinder 134 through a supply line 138. As is shown in FIGS. 4 and 5, the cylinder 134 may be mounted at an exposed end of the camshaft 26 so that the piston 134a bears against an exposed free end 100c of the spool 100. In this case, the solenoid 108 is preferably mounted in a housing 134b which also houses the cylinder 134a.

Makeup oil for the recesses 32a, 32b of the sprocket 32 to compensate for leakage therefrom is provided by way of a small, internal passage 120 within the spool 100, from the passage 98a to annular space 98b of the cylindrical member 98, from which it can flow into the inlet line 82. A check valve 122 is positioned within the passage 120 to block the flow of oil from the annular space 98b to the portion 98a of the cylindrical member 98.

The vane 60 is alternating urged in clockwise and counter clockwise directions by the torque pulsation in the camshaft 26 and these torque pulsations tend to oscillate the vane 60, and, thus, the camshaft 26, relative to the sprocket 32. However, in the FIG. 11 position of the spool 100 within the cylindrical member 98, such oscillation is prevented by the hydraulic fluid within the recesses 32a, 32b of the sprocket 32 on opposite sides of the lobes 60a, 60b, respectively, of the vane 60, because no hydraulic fluid can leave either of the recesses 32a, 32b, since both return lines 94, 98 are blocked by the position of the spool 100. If, for example, it is desired to

permit the camshaft 26 and vane 60 to move in a counter clockwise with respect to the sprocket 32, it is only necessary to increase the pressure within the cylinder 134 to a level greater than one-half that in the portion 98a of the cylindrical member. This will urge the spool 100 to right and thereby unblock the return line 94. In this condition of the apparatus, counter clockwise torque pulsations in the camshaft 26 will put fluid out of the portion of the recess 32a and allow the lobe 60a of vane 60 to move into the portion of the recess which has been emptied of hydraulic fluid. However, reverse movement of the vane will not occur as the pulsations in the camshaft become oppositely directed unless and until the spool 100 moves to the left, because of the blockage of the fluid flow through the return line 96 by the land 100b of the spool 100. Thus, large pressure variations induced by camshaft torque pulses will not affect the condition of the system, eliminating the need to synchronize the opening and closing of the spool valve 92 with individual torque pulses. While illustrated as a separate closed passage in FIG. 11, the periphery of the vane 60 actually has an open oil passage slot, element 60c in FIGS. 2-10, which permits the transfer of oil between the portion of the recess 32a on the right side of the lobe 60a and the portion of the recess 32b on the right side of the lobe 60b, which are the nonactive sides of the lobes 60a and 60b; thus, counter clockwise movement of the vane 60 relative to the sprocket 32 will occur when flow is permitted through return line 94 and clockwise movement will occur when flow is permitted through return line 96.

Further, the passage 82 is provided with an extension 82a to the nonactive side of one of the lobes 60a or 60b, shown as the lobe 60b, to permit a continuous supply of makeup oil to the nonactive sides of the lobes 62a and 62b for better rotational balance, improved damping of vane motion, and improved lubrication of the bearing surfaces of the vane 60.

The elements of the structure of FIGS. 2-10 which correspond to the elements of FIG. 11, as described above, are identified in FIGS. 2-10 by the referenced numerals which were used in FIG. 11, it being noted that the check valves 84 and 86 are disc type check valves in FIGS. 2-10 as opposed to the ball type check valves of FIG. 11. While this type check valves are preferred for the embodiment of FIGS. 2-10, it is to be understood that other types of check valves can also be used.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. In an internal combustion engine having a rotatable crankshaft and a rotatable camshaft, the camshaft being position variable relative to the crankshaft, being subject to torque reversals during the rotation thereof, having a vane with at least one lobe secured to the camshaft for rotation therewith, and having a housing mounted on the camshaft for rotation with the camshaft and for oscillation with respect to the camshaft, the housing having at least one recess receiving the at least one lobe of the vane and permitting oscillation of the at least one lobe within the at least one recess as the hous-

5,184,578

9

ing oscillates with respect to the camshaft, a method comprising:

providing means for transmitting rotational movement from the crankshaft to the housing;

providing means for varying the position of the housing relative to the camshaft in reaction to torque reversals in the camshaft, said means delivering hydraulic fluid to said vane;

providing check valve means functionally positioned between said housing and said means for varying the position of the housing to eliminate the need for blocking a backflow of hydraulic fluid by the operation of said means for varying the position of said housing;

providing actuating means for supplying hydraulic fluid to said means for varying the position of the housing;

providing processing means for controlling the on-off pulses of said actuating means by generating a PWM duty cycle to said actuating means; and

providing sensing means for determining a phase angle between the crankshaft and the camshaft and issuing a feedback signal to said processing means.

2. The method according to claim 1 wherein said means for varying the position of the housing comprises a hydraulic cylinder and a proportional spool valve, the position of said spool valve being controlled by the pressure of the hydraulic fluid contained in said cylinder.

3. The method of claim 1 wherein said actuating means comprises a solenoid valve, said solenoid valve controlling the flow of hydraulic fluid to said hydraulic cylinder.

4. The method according to claim 3 wherein said solenoid valve is of the pulse width modulated (PWM) variety.

5. The method of claim 1 wherein said processing means comprises:

means to control proportional gain;

means to control integral gain;

means to compensate for phase-lead; and

means to compensate for outside disturbances.

6. The method of claim 1 wherein said processing means comprises a means for filtering a predetermined set point in a single-loop system.

7. The method of claim 1 wherein said processing means further comprises at least one filtering means for compensating for the difference between actual engine dynamics and the estimation of said dynamics.

8. In an internal combustion engine having a rotatable crankshaft and a rotatable camshaft, the camshaft being position variable relative to the crankshaft and being subject to torque reversals during the operation thereof, the method comprising:

providing the camshaft with a vane having at least one lobe, the vane being rotatable with the camshaft and being non-oscillatable with respect to the camshaft;

providing the camshaft with a housing having at least one recess, the housing being rotatable with the camshaft and being oscillatable with respect to the camshaft, the at least one recess of the housing receiving the at least one lobe of the vane and permitting oscillation of the at least one lobe within the at least one recess as the housing oscillates with respect to the camshaft;

providing means for transmitting rotary movement from the crankshaft to the housing;

10

providing means for varying the position of the housing relative to the camshaft in reaction to torque reversals in the camshaft, said means delivering hydraulic fluid to said vane;

providing check valve means functionally positioned between said housing and said means for varying the position of the housing to eliminate the need for blocking a backflow of hydraulic fluid by the operation of said means for varying the position of said housing;

providing actuating means for supplying hydraulic fluid to said means for varying the position of the housing;

providing processing means for controlling the on-off pulses of said actuating means by generating a PWM duty cycle to said actuating means; and

providing sensing means for determining a phase angle between the crankshaft and the camshaft and issuing a feedback signal to said processing means.

9. The method according to claim 8 wherein said means for varying the position of the housing comprises a hydraulic cylinder and a proportional spool valve, the position of said spool valve being controlled by the pressure of the hydraulic fluid contained in said cylinder.

10. The method of claim 8 wherein said actuating means comprises a solenoid valve, said solenoid valve controlling the flow of hydraulic fluid to said hydraulic cylinder.

11. The method according to claim 10 wherein said solenoid valve is of the pulse width modulated (PWM) variety.

12. The method of claim 8 wherein said processing means comprises:

means to control proportional gain;

means to control integral gain;

means to compensate for phase-lead; and

means to compensate for outside disturbances.

13. The method of claim 8 wherein said processing means further comprises a means for filtering a predetermined set point in a single-loop system.

14. The method of claim 8 wherein said processing means further comprises at least one filtering means for compensating for the difference between actual engine dynamics and the estimation of said dynamics.

15. The method according to claim 8 wherein the means for varying the position of the housing relative to the camshaft comprises means for permitting the position of the housing to move in a first direction relative to the camshaft in reaction to a torque pulse in the camshaft in a first direction, means for preventing the position of the housing from moving relative to the camshaft in a second direction in reaction to a torque pulse in the camshaft in a second direction, and means for selectively reversing the first and second directions of the movement of the housing relative to the camshaft with respect to the first and second directions of torque pulses in the camshaft.

16. The method according to claim 15 wherein the at least one recess is capable of sustaining hydraulic pressure, wherein the at least one lobe divides the at least one recess into a first portion and a second portion, and wherein the varying of the position of the housing relative to the camshaft comprises:

transferring hydraulic fluid into one of the first portion and the second portion of the recess.

5,184,578

**11**

17. The method according to claim 16 wherein the varying of the position of the housing relative to the camshaft further comprises;

    simultaneously transferring hydraulic fluid out of the other of the first portion and the second portion of the recess.

18. The method according to claim 16 wherein the hydraulic fluid is engine lubricating oil from a main oil gallery of the engine.

19. An internal combustion engine comprising:

    a crankshaft, said crankshaft being rotatable about an axis;

    a camshaft, said camshaft being rotatable about a second axis, said second axis being parallel to said axis, said camshaft being subject to torque reversals during the rotation thereof;

    a vane, said vane having at least one lobe, said vane being attached to said camshaft, being rotatable with said camshaft and being non-oscillatable with respect to said camshaft;

    a housing, said housing being rotatable with said camshaft and being oscillatable with respect to said camshaft, said housing having at least one recess, said at least one recess receiving said at least one lobe, said at least one lobe being oscillatable within said at least one recess;

    rotary movement transmitting means for transmitting rotary movement from the crankshaft to the housing; and

    means reactive to torque reversals in the camshaft for varying the position of the housing relative to the camshaft by permitting the housing to move in a first direction relative to the camshaft in reaction to a torque pulse in the camshaft in a first direction and for preventing the housing from moving in a second direction relative to the camshaft in reaction to a torque pulse in the camshaft in a second direction.

20. An engine according to claim 19 wherein said means reactive to torque reversals comprises:

    sensing means for determining a phase angle between the crankshaft and the camshaft;

    processing means for receiving a feedback signal sent from said sensing means, said processing means utilizing said feedback signal to adjust said phase angle;

    actuating means for receiving a processed signal from said processing means and for varying the position of the housing relative to the camshaft in reaction

**12**

    to torque reversals in the camshaft as detected by said sensing means; and

    check valve means functionally positioned upstream of said vane for eliminating the need for blocking a backflow of hydraulic fluid by the operation of said means for varying the position of said housing.

21. The method of claim 20 wherein said processing means further comprises a means for filtering a predetermined set point in a single-loop system.

22. The method of claim 20 wherein said processing means further comprises at least one filtering means for compensating for the difference between actual engine dynamics and the estimation of said dynamics.

23. An engine according to claim 20 wherein said at least one lobe divides said at least one recess into a first portion and a second portion, and wherein said means reactive to torque reversals comprises means for transferring hydraulic fluid into one of said first portion and said second portion, said one of said first portion and said second portion of said at least one recess being capable of sustaining hydraulic pressure.

24. An engine according to claim 23 wherein said means reactive to torque reversals further comprises means for simultaneously transferring hydraulic fluid out of the other of said first portion and said second portion.

25. An engine according to claim 24 wherein each of said first portion and said second portion of said at least one recess is capable of sustaining hydraulic pressure, and wherein said means reactive to torque reversals is capable of being reversed to transfer hydraulic fluid out of said one of said first portion and said second portion and to transfer hydraulic fluid into said other of said first portion and said second portion, said engine further comprising:

    an engine control unit responsive to at least one engine operating condition for selectively reversing the operation of said means reactive to torque reversals.

26. An engine according to claim 25 wherein said hydraulic fluid comprises engine lubricating oil, and further comprising:

    conduit means for transferring engine lubricating oil from a portion of said engine to said control means; and

    second conduit means for transferring engine lubricating oil from said control means to said portion of said engine.

* * * * *

# Exhibit 16



US005172659A

# United States Patent [19]

## Butterfield et al.

[11] **Patent Number:** 5,172,659

[45] **Date of Patent:** Dec. 22, 1992

[54] **DIFFERENTIAL PRESSURE CONTROL SYSTEM FOR VARIABLE CAMSHAFT TIMING SYSTEM**

[75] Inventors: **Roger P. Butterfield**, Interlaken; **Franklin P. Smith**, Slaterville Springs, both of N.Y.

[73] Assignee: **Borg-Warner Automotive Transmission & Engine Components Corporation**, Sterling Heights, Mich.

[21] Appl. No.: **763,514**

[22] Filed: **Sep. 20, 1991**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 713,465, Jun. 11, 1991, Pat. No. 5,107,804. which is a continuation-in-part of Ser. No. 584,913. Sep. 19, 1990, Pat. No. 5,046,460. which is a continuation-in-part of Ser. No. 422,353. Oct. 16, 1989, Pat. No. 5,002,023.

[51] Int. Cl.⁵ .......................................... F01L 1/34
[52] U.S. Cl. ............................ 123/90.17; 123/90.31; 464/2
[58] Field of Search ............... 123/90.12, 90.15, 90.17, 123/90.31; 464/2

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,858,572 | 8/1989 | Shirai et al. ................. 123/90.15 |
| 4,889,086 | 12/1989 | Scapecchi et al. ............ 123/90.15 |
| 4,903,650 | 2/1990 | Ohlendorf et al. ........... 123/90.17 |
| 5,002,023 | 3/1991 | Butterfield et al. .......... 123/90.15 |
| 5,012,773 | 5/1991 | Akasaka et al. ............. 123/90.17 |
| 5,046,460 | 6/1991 | Butterfield et al. .......... 123/90.15 |
| 5,056,477 | 10/1991 | Linder et al. .............. 123/90.17 |
| 5,056,478 | 10/1991 | Ma ......................... 123/90.17 |
| 5,058,539 | 10/1991 | Saito et al. ............... 123/90.17 |

| | | |
|---|---|---|
| 5,088,456 | 2/1992 | Suga ...................... 123/90.17 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 131808 | 6/1988 | Japan .................... 123/90.15 |
| 2120320 | 11/1983 | United Kingdom ........... 123/90.17 |

*Primary Examiner*—E. Rollins Cross
*Assistant Examiner*—Weilun Lo
*Attorney, Agent, or Firm*—Willian, Brinks, Olds, Hofer, Gibson & Lione

[57] **ABSTRACT**

A camshaft (126) has a vane (160) secured to an end thereof for non-oscillating rotation therewith. The camshaft tends to change in reaction to pulses which it experiences during its normal operation, and it is permitted to change only in a given direction, either to advance or retard, by selectively blocking or permitting the flow of hydraulic fluid, preferably engine oil, through the return lines (194, 196) from the recesses by controlling the position of a spool (200) within a valve body (198) of a control valve in response to a signal indicative of an engine operating condition from an engine control unit (208). The spool is selectively positioned within the valve body by controlling hydraulic loads on its opposed end, one end being subjected to full system pressure from the hydraulic source (230), the other end being subject to the action of an hydraulic pressure multiplier (234) which receives fluid from the hydraulic source by way of pulse width modulated solenoid (206) that acts to controllably reduce hydraulic system pressure in response to a signal from an engine control unit (208). The spool is centered when the hydraulic loads acting on its opposed ends are in balance by the action of springs (202, 204) that also act on the opposed ends of the spool.

15 Claims, 14 Drawing Sheets





FIG. 1



FIG. 2



FIG. 6



FIG. 3

FIG. 5



FIG. 4

FIG. 9



FIG. 7



FIG. 8



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 15          FIG. 16



FIG. 14



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21

5,172,659

1

# DIFFERENTIAL PRESSURE CONTROL SYSTEM FOR VARIABLE CAMSHAFT TIMING SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of co-pending application Ser. No. 713,465 filed Jun. 11, 1991 now U.S. Pat. No. 5,107,804, which, in turn, is a continuation-in-part of co-pending application Ser. No. 584,913, filed Sept. 19, 1990 now U.S. Pat. No. 5,046,460, the disclosure of which is incorporated by reference herein. The aforesaid co-pending application Ser. No. 584,913, in turn, was a continuation-in-part of application Ser. No. 422,353 filed Oct. 16, 1988 which was co-pending therewith, now U.S. Pat. No. 5,002,023, the disclosure of which is also incorporated by reference herein.

## FIELD OF THE INVENTION

This invention relates to an hydraulic control system for controlling the operation of a variable camshaft timing (VCT) system of the type in which the position of the camshaft is circumferentially varied relative to the position of a crankshaft in reaction to torque reversals experienced by the camshaft during its normal operation. In such a VCT system, an hydraulic system is provided to effect the repositioning of the camshaft in reaction to such torque reversals, and a control system is provided to selectively permit or prevent the hydraulic system from effecting such repositioning.

## BACKGROUND OF THE INVENTION

The aforesaid U.S. Pat. No. 5,002,023 describes a VCT system within the field of the invention in which the system hydraulics includes a pair of oppositely acting hydraulic cylinders with appropriate hydraulic flow elements to selectively transfer hydraulic fluid from one of the cylinders to the other, or vice versa, to thereby advance or retard the circumferential position of a camshaft relative to a crankshaft. The aforesaid co-pending application Ser. No. 713,465 further describes a VCT system within the field of the invention in which the system hydraulics include a vane having lobes within an enclosed housing, the vane being oscillatable with respect to the housing, with appropriate hydraulic flow elements to transfer hydraulic fluid within the housing from one side of a lobe to the other, or vice versa, to thereby oscillate the vane with respect to the housing in one direction or the other, an action which is effective to advance or retard the position of the camshaft relative to the crankshaft. The control system for the VCT system of U.S. Pat. No. 5,002,023 utilizes a control valve in which the exhaustion of hydraulic fluid from one or another of the oppositely acting cylinders is permitted by moving a spool within the valve one way or another from its centered or null position. The movement of the spool occurs in response to an increase or decrease in control hydraulic pressure on an end of the spool and the relationship between the hydraulic force on such end and an oppositely directed mechanical force on the other end which results from a compression spring that acts thereon.

A problem with the control system of the aforesaid type is that it relies on an hydraulic force of variable magnitude to counteract a mechanical force. This problem arises from the fact that the pressure and viscosity of the hydraulic fluid that is used in the control system, illustratively engine lubricating oil in an automotive

2

VCT application, can change over a period of time due to changes in the engine r.p.m., the operating temperature or age of the oil, or variations in the composition of the engine oil from time to time as a result of an oil change in which the old oil is replaced by an oil of a different brand or grade. In any case, in a control system of the aforesaid type the actual hydraulic control pressure, which is at least partly related to viscosity in a dynamic system, is maintained at a predetermined value by changing the duty cycle of a pulse width modulated (PWM) solenoid. The PWM solenoid, which is included in a control system of the aforesaid type, is used to control the hydraulic pressure at a reduced level from a higher pressure source, for example, the engine oil gallery, based on the duration of the "on" cycles of the PWM solenoid relative to its "off" cycles. Very sophisticated software is required to control the duty cycle of a PWM solenoid to prevent changes in engine oil pressure or viscosity from undesirably changing the desired centered or null position of the control valve spool.

## SUMMARY OF THE INVENTION

The present invention provides an improved method and apparatus for controlling the position of a spool in an hydraulic control valve. Specifically, the present invention provides an improved method and apparatus for controlling the position of a spool in an hydraulic control valve in a VCT system, for example, an hydraulic control valve which is used in an oppositely-acting hydraulic cylinder VCT timing system of the type disclosed in U.S. Pat. No. 5,002,023, or an hydraulic control valve which is used in a vane-type VCT timing system of the type disclosed in U.S. Ser. No. 713,465.

The control system of the present invention utilizes hydraulic force on both ends of the spool, hydraulic force on one end resulting from directly applied hydraulic fluid from the engine oil gallery at full hydraulic pressure. The hydraulic force on the other end of the spool results from an hydraulic cylinder or other force multiplier which acts thereon in response to system hydraulic fluid at reduced pressure from a PWM solenoid. Because the force at each of the opposed ends of the spool is hydraulic in origin, based on the same hydraulic fluid, changes in pressure or viscosity of the hydraulic fluid will be self-negating, and will not affect the centered or null position of the spool.

Preferably, the force multiplier which acts on the other end of the spool will exactly double the force acting on the one end of the spool, assuming equal hydraulic pressures acting on each. This can be accomplished by providing the hydraulic force multiplier with a piston whose cross-sectional area is exactly double the cross-sectional area of the end of the spool which is acted on directly by system hydraulic pressure. In this way, the hydraulic forces acting on the spool will be exactly in balance when the hydraulic pressure within the force multiplier is exactly equal to one-half that of system hydraulic pressure. This operating condition is achieved with a PWM solenoid duty cycle of 50%, a desirable number because it permits equal increases and decreases in force at the force multiplier end of the spool, to thereby move the spool in one direction or the other by the same amount and at the same rate by increasing or decreasing the duty cycle of the PWM solenoid.

5,172,659

3

Accordingly, it is an object of the present invention to provide an improved method and apparatus for controlling the operation of an hydraulic control valve of the spool type. It is a further object of the present invention to provide an improved method and apparatus for controlling the operation of an hydraulic control valve of the spool type in an automotive variable camshaft timing system which utilizes oppositely acting, torque reversal reactive hydraulic means.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawing and the following brief description thereof, to the detailed description of the preferred embodiment, and to the appended claims.

BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a fragmentary view of a dual camshaft internal combustion engine incorporating an embodiment of a variable camshaft timing arrangement according to the present invention, the view being taken on a plane extending transversely through the crankshaft and the camshafts and showing the intake camshaft in a retarded position relative to the crankshaft and the exhaust camshaft;

FIG. 2 is a fragmentary view similar to a portion of FIG. 1 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 3 is a fragmentary view taken on line 3—3 of FIG. 6 with some of the structure being removed for the sake of clarity and being shown in the retarded position of the device;

FIG. 4 is a fragmentary view similar to FIG. 3 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 5 is a fragmentary view showing the reverse side of some of the structure illustrated in FIG. 1;

FIG. 6 is a fragmentary view taken on line 6—6 of FIG. 4;

FIG. 7 is a fragmentary view taken on line 7—7 of FIG. 1;

FIG. 8 is a sectional view taken on line 8—8 of FIG. 1;

FIG. 9 is a sectional view taken on line 9—9 of FIG. 3;

FIG. 10 is an end elevational view of a camshaft with an alternative embodiment of a variable camshaft timing system applied thereto;

FIG. 11 is a view similar to FIG. 10 with a portion of the structure thereof removed to more clearly illustrate other portions thereof;

FIG. 12 is a sectional view taken on line 12—12 of FIG. 10;

FIG. 13 is a sectional view taken on line 13—13 of FIG. 10;

FIG. 14 is a sectional view taken on line 14—14 of FIG. 11;

FIG. 15 is an end elevational view of an element of the variable camshaft timing system of FIGS. 10–14;

FIG. 16 is an elevational view of the element of FIG. 15 from the opposite end thereof;

FIG. 17 is a side elevational view of the element of FIGS. 15 and 16;

FIG. 18 is an elevational view of the element of FIG. 17 from the opposite side thereof; and

FIG. 19 is a simplified schematic view of the variable camshaft timing arrangement of FIGS. 10–18; and

4

FIG. 20 is a fragmentary view similar to FIG. 12 of an alternative embodiment of a variable camshaft timing system; and

FIG. 21 is a fragmentary schematic view similar to FIG. 19 of an alternative embodiment of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

In the embodiment of FIGS. 1–9, a crankshaft 22 has a sprocket 24 keyed thereto, and rotation of the crankshaft 22 during the operation of the engine in which it is incorporated, otherwise not shown, is transmitted to an exhaust camshaft 26, that is, a camshaft which is used to operate the exhaust valves of the engine, by a chain 28 which is trained around the sprocket 24 and a sprocket 30 which is keyed to the camshaft 26. Although not shown, it is to be understood that suitable chain tighteners will be provided to ensure that the chain 28 is kept tight and relatively free of slack. As shown, the sprocket 30 is twice as large as the sprocket 24. This relationship results in a rotation of the camshaft 26 at a rate of one-half that of the crankshaft 22, which is proper for a 4-cycle engine. It is to be understood that the use of a belt in place of the chain 28 is also contemplated.

The camshaft 26 carries another sprocket, namely sprocket 32, FIG. 3, 4 and 6, journalled thereon to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable with the camshaft 26. Rotation of the camshaft 26 is transmitted to an intake camshaft 34 by a chain 36 which is trained around the sprocket 32 and a sprocket 38 that is keyed to the intake camshaft 34. As shown, the sprockets 32 and 38 are equal in diameter to provide for equivalent rates of rotation between the camshaft 26 and the camshaft 34. The use of a belt in place of the chain 36 is also contemplated.

As is illustrated in FIG. 6, an end of each of the camshafts 26 and 34 is journalled for rotation in bearings 42 and 44, respectively, of the head 50, which is shown fragmentarily and which is bolted to an engine block, otherwise not shown, by bolts 48. The opposite ends of the camshafts 26 and 34, not shown, are similarly journalled for rotation in an opposite end, also not shown, of the head 50. The sprocket 38 is keyed to the camshaft 34 at a location of the camshaft 34 which is outwardly of the head 50. Similarly, the sprockets 32 and 30 are positioned, in series, on the camshaft 26 at locations outwardly of the head 50, the sprocket 32 being transversely aligned with the sprocket 38 and the sprocket 30 being positioned slightly outwardly of the sprocket 32, to be transversely aligned with the sprocket 24.

The sprocket 32 has an arcuate retainer 52 (FIGS. 7 and 8) as an integral part thereof, and the retainer 52 extends outwardly from the sprocket 32 through an arcuate opening 30a in the sprocket 30. The sprocket 30 has an arcuate hydraulic body 46 bolted thereto and the hydraulic body 46, which houses certain of the hydraulic components of the associated hydraulic control system, receives and pivotably supports the body end of each of a pair of oppositely acting, single acting hydraulic cylinders 54 and 56 which are positioned on opposite sides of the longitudinal axis of the camshaft 26. The piston ends of the cylinders 54 and 56 are pivotally attached to an arcuate bracket 58, and the bracket 58 is secured to the sprocket 32 by a plurality of threaded fasteners 60. Thus, by extending one of the cylinders 54

5,172,659

| 5 | 6 |

and 56 and by simultaneously retracting the other of the cylinders 54 and 56, the arcuate position of the sprocket 32 will be changed relative to the sprocket 30, either to advance the sprocket 32 if the cylinder 54 is extended and the cylinder 56 is retracted, which is the operating condition illustrated in FIGS. 2 and 4, or to retard the sprocket 32 relative to the sprocket 30 if the cylinder 56 is extended and the cylinder 54 is retracted, which is the operating condition illustrated in FIGS. 1, 3, 7 and 8. In either case, the retarding or advancing of the position of the sprocket 32 relative to the position of the sprocket 30, which is selectively permitted or prevented in reaction to the direction of torque in the camshaft 26, as explained in the aforesaid U.S. Pat. No. 5,002,023, will advance or retard the position of the camshaft 34 relative to the position of the camshaft 26 by virtue of the chain drive connection provided by the chain 36 between the sprocket 32, which is journalled for limited relative arcuate movement on the camshaft 26, and the sprocket 38, which is keyed to the camshaft 34. This relationship can be seen in the drawing by comparing the relative position of a timing mark 30b on the sprocket 30 and a timing mark 38a on the sprocket 38 in the retard position of the camshaft 34, as is shown in FIGS. 1 and 3, to their relative positions in the advanced position of the camshaft 34, as is shown in FIGS. 2 and 4.

FIGS. 10–19 illustrate an embodiment of the present invention in which a housing in the form of a sprocket 132 is oscillatingly journalled on a camshaft 126. The camshaft 126 may be considered to be the only camshaft of a single camshaft engine, either of the overhead cam shaft type or the in block camshaft type. Alternatively, the camshaft 126 may be considered to be either the intake valve operating camshaft or the exhaust valve operating camshaft of a dual camshaft engine. In any case, the sprocket 132 and the camshaft 126 are rotatable together, and are caused to rotate by the application of torque to the sprocket 132 by an endless roller chain 138. shown fragmentarily, which is trained around the sprocket 132 and also around a crankshaft, not shown. As will be hereinafter described in greater detail, the sprocket 132 is oscillatingly journalled on the camshaft 126 so that it is oscillatable at least through a limited arc with respect to the camshaft 126 during the rotation of the camshaft, an action which will adjust the phase of the camshaft 126 relative to the crankshaft.

An annular pumping vane 160 is fixedly positioned on the camshaft 126, the vane 160 having a diametrically opposed pair of radially outwardly projecting lobes 160a, 160b and being attached to an enlarged end portion 126a of the camshaft 126 by bolts 162 which pass through the vane 160 into the end portion 126a. In that regard, the camshaft 126 is also provided with a thrust shoulder 126b to permit the camshaft to be accurately positioned relative to an associated engine block, not shown. The pumping vane 160 is also precisely positioned relative to the end portion 126a by a dowel pin 164 which extends therebetween. The lobes 160a, 160b are received in radially outwardly projecting recesses 132a, 132b, respectively, of the sprocket 132, the circumferential extent of each of the recesses 132a, 132b being somewhat greater than the circumferential extent of the vane lobe 160a, 160b which is received in such recess to permit limited oscillating movement of the sprocket 132 relative to the vane 160. The recesses 132a, 132b are closed around the lobes 160a, 160b, respectively, by spaced apart, transversely extending annular

plates 166, 168 which are fixed relative to the vane 160, and, thus, relative to the camshaft 126, by bolts 170 which extend from one to the other through the same lobe, 160a, 160b. Further, the inside diameter 132c of the sprocket 132 is sealed with respect to the outside diameter of the portion 160d of the vane 160 which is between the lobes 160a, 160b, and the tips of the lobes 160a, 160b of the vane 160 are provided with seal receiving slots 160e, 160f, respectively. Thus each of the recesses 132a, 132b of the sprocket 132 is capable of sustaining hydraulic pressure, and within each recess 132a, 132b, the portion on each side of the lobe 160a, 160b, respectively, is capable of sustaining hydraulic pressure.

The functioning of the structure of the embodiment of FIGS. 10–18, as thus far described, may be understood by reference to FIG. 19. It also is to be understood, however, that the hydraulic control system of FIG. 19 is also applicable to an opposed hydraulic cylinder VCT system corresponding to the embodiment of FIGS. 1–9, as well as to a vane type VCT system corresponding to the embodiment of FIGS. 10–18.

In any case, hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 132a, 132b by way of a common inlet line 182. The inlet line 182 terminates at a juncture between opposed check valves 184 and 186 which are connected to the recesses 132a, 132b, respectively, by branch lines 188, 190, respectively. The check valves 184, 186 have annular seats 184a, 186a, respectively, to permit the flow of hydraulic fluid through the check valves 184, 186 into the recesses 132a, 132b, respectively. The flow of hydraulic fluid through the check valves 184, 186 is blocked by floating balls 184b, 186b, respectively, which are resiliently urged against the seats 184a, 186a, respectively, by springs 184c, 186c, respectively. The check valves 184, 186, thus, permit the initial filling of the recesses 132a, 132b and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters the line 182 by way of a spool valve 192, which is incorporated within the camshaft 126, and hydraulic fluid is returned to the spool valve 192 from the recesses 132a, 132b by return lines 194, 196, respectively.

The spool valve 192 is made up of a cylindrical member 198 and a spool 200 which is slidable to and fro within the member 198. The spool 200 has cylindrical lands 200a and 200b on opposed ends thereof, and the lands 200a and 200b, which fit snugly within the member 198, are positioned so that the land 200b will block the exit of hydraulic fluid from the return line 196, or the land 200a will block the exit of hydraulic fluid from the return line 194, or the lands 200a and 200b will block the exit of hydraulic fluid from both the return lines 194 and 196, as is shown in FIG. 19, where the camshaft 126 is being maintained in a selected intermediate position relative to the crankshaft of the associated engine.

The position of the spool 200 Within the member 198 is influenced by an opposed pair of springs 202, 204 which act on the ends of the lands 200a, 200b, respectively. Thus, the spring 202 resiliently urges the spool 200 to the left, in the orientation illustrated in FIG. 19, and the spring 204 resiliently urges the spool 200 to the right in such orientation. The position of the spool 200 within the member 198 is further influenced by a supply of pressurized hydraulic fluid within a portion 198a of the member 198, on the outside of the land 200a, which urges the spool 200 to the left. The portion 198a of the

5,172,659

7

member 198 receives its pressurized fluid (engine oil) directly from the main oil gallery ("MOG") 230 of the engine by way of a conduit 230a, and this oil is also used to lubricate a bearing 232 in which the camshaft 126 of the engine rotates.

The control of the position of the spool 200 within the member 198 is in response to hydraulic pressure within a control pressure cylinder 234 whose piston 234a bears against an extension 200c of the spool 200. The surface area of the piston 234a is greater than the surface area of the end of the spool 200 which is exposed to hydraulic pressure within the portion 198, and is preferably twice as great. Thus, the hydraulic pressures which act in opposite directions on the spool 200 will be in balance when the pressure within the cylinder 234 is one-half that of the pressure within the portion 198a, assuming that the surface area of the piston 234a is twice that of the end of the land 200a of the spool. This facilitates the control of the position of the spool 200 in that, if the springs 202 and 204 are balanced, the spool 200 will remain in its null or centered position, as illustrated in FIG. 19, with less than full engine oil pressure in the cylinder 234, thus allowing the spool 200 to be moved in either direction by increasing or decreasing the pressure in the cylinder 234, as the case may be. Further, the operation of the springs 202, 204 will ensure the return of the spool 200 to its null or centered position when the hydraulic loads on the ends of the lands 200a, 200b come into balance. While the use of springs such as the springs 202, 204 is preferred in the centering of the spool 200 within the member 198, it is also contemplated that electromagnetic or electrooptical centering means can be employed, if desired.

The pressure within the cylinder 234 is controlled by a solenoid 206, preferably of the pulse width modulated type (PWM), in response to a control signal from an electronic engine control unit (ECU) 208, shown schematically, which may be of conventional construction. With the spool 200 in its null position when the pressure in the cylinder 234 is equal to one-half the pressure in the portion 198a, as heretofore described, the on-off pulses of the solenoid 206 will be of equal duration; by increasing or decreasing the on duration relative to the off duration, the pressure in the cylinder 234 will be increased or decreased relative to such one-half level, thereby moving the spool 200 to the right or to the left, respectively. The solenoid 206 receives engine oil from the engine oil gallery 230 through an inlet line 212 and selectively delivers engine oil from such source to the cylinder 234 through a supply line 238. Excess oil from the solenoid 206 is drained to a sump 236 by way of a line 210. As is shown in FIGS. 12 and 13, the cylinder 234 may be mounted at an exposed end of the camshaft 126 so that the piston 234a bears against an exposed free end 200c of the spool 200. In this case, the solenoid 208 is preferably mounted in a housing 234b which also houses the cylinder 234a.

By using imbalances between oppositely acting hydraulic loads from a common hydraulic source on the opposed ends of the spool 200 to move it in one direction or another, as opposed to using imbalances between an hydraulic load on one end and a mechanical load on an opposed end, the control system of FIG. 19 is capable of operating independently of variations in the viscosity or pressure of the hydraulic system. Thus, it is not necessary to vary the duty cycle of the solenoid 208 to maintain the spool 200 in any given position, for example, in its centered or null position, as the viscosity

8

or pressure of the hydraulic fluid changes during the operation of the system. In that regard, it is to be understood that the centered or null position of the spool 200 is the position where no change in camshaft to crankshaft phase angle is occurring, and it is important to be able to rapidly and reliably position the spool 200 in its null position for proper operation of a VCT system.

Make-up oil for the recesses 132a, 132b of the sprocket 132 to compensate for leakage therefrom is provided by way of a small, internal passage 220 within the spool 200, from the passage 198a to an annular space 198b of the cylindrical member 198, from which it can flow into the inlet line 182. A check valve 222 is positioned within the passage 220 to block the flow of oil from the annular space 198b to the portion 198a of the cylindrical member 198.

The vane 160 is alternatingly urged in clockwise and counterclockwise directions by the torque pulsations in the camshaft 126 and these torque pulsations tend to oscillate the vane 160, and, thus, the camshaft 126, relative to the sprocket 132. However, in the FIG. 19 position of the spool 200 within the cylindrical member 198, such oscillation is prevented by the hydraulic fluid within the recesses 132a, 132b of the sprocket 132 on opposite sides of the lobes 160a, 160b, respectively, of the vane 160, because no hydraulic fluid can leave either of the recesses 132a, 132b, since both return lines 194, 196 are blocked by the position of the spool 200, in the FIG. 19 condition of the system. If, for example, it is desired to permit the camshaft 126 and vane 160 to move in a counterclockwise direction with respect to the sprocket 132, it is only necessary to increase the pressure within the cylinder 134 to a level greater than one-half that in the portion 198a of the cylindrical member. This will urge the spool 200 to the right and thereby unblock the return line 194. In this condition of the apparatus, counterclockwise torque pulsations in the camshaft 126 will pump fluid out of the portion of the recess 132a and allow the lobe 162a of vane 160 to move into the portion of the recess which has been emptied of hydraulic fluid. However, reverse movement of the vane will not occur as the torque pulsations in the camshaft become oppositely directed unless and until the spool 200 moves to the left, because of the blockage of fluid flow through the return line 196 by the land 200b of the spool 200. While illustrated as a separate closed passage in FIG. 19, the periphery of the vane 160 has an open oil passage slot, element 160c in FIGS. 10, 11, 15, 16 and 17, which permits the transfer of oil between the portion of the recess 132a on the right side of the lobe 160a and the portion of the recess 132b on the right side of the lobe 160b, which are the non-active sides of the lobes 160a, 160b; thus, counterclockwise movement of the vane 160 relative to the sprocket 132 will occur when flow is permitted through return line 194 and clockwise movement will occur when flow is permitted through return line 196.

Further, the passage 182 is provided with an extension 182a to the non-active side of one of the lobes 160a, 160b, shown as the lobe 160b, to permit a continuous supply of make-up oil to the non-active sides of the lobes 160a, 160b for better rotational balance, improved damping of vane motion, and improved lubrication of the bearing surfaces of the vane 160. It is to be noted that the supply of make-up oil in this manner avoids the need to route the make-up oil through the solenoid 206. Thus, the flow of make-up oil does not affect, and is not affected by, the operation of the solenoid 206. Specifi-

9

cally make-up oil will continue to be provided to the lobes 160a, 160b in the event of a failure of the solenoid 206, and it reduces the oil flow rates that need to be handled by the solenoid 206.

The elements of the structure of FIGS. 10–18 which correspond to the elements of FIG. 19, as described above, are identified in FIGS. 10–18 by the reference numerals which were used in FIG. 19, it being noted that the check valves 184 and 186 are disc-type check valves in FIGS. 10–18 as opposed to the ball type check valves of FIG. 19. While disc-type check valves are preferred for the embodiment of FIGS. 10–18, it is to be understood that other types of check valves can also be used.

FIG. 20 illustrates a modification of the embodiment of FIGS. 10–18. The elements of FIG. 20 which correspond in structure and function to the elements of FIGS. 10–18 are identified by a 300 series or a 400 series numeral, the last two digits of which correspond to the last two digits of the elements of FIGS. 10–18. In the embodiment of FIG. 20, the piston 434a is not aligned with the spool 400 and is incapable of bearing against its exposed free end 400c. Rather, the piston 434a acts an end 440a of a lever arm 440, an opposite end 440b of which bears on the free end 400c of the spool. The lever arm 440 is pivoted at a location 440c between its ends, for example at a location on the engine block or on a housing attached thereto, to function as a first class lever. The embodiment of FIG. 20, thus, is somewhat shorter in axial length, along the axis of the associated camshaft, than is an advantage in adapting the variable camshaft timing system of the present invention to some vehicle/engine configurations.

FIG. 21 schematically illustrates a modification of the arrangement of FIG. 19. The elements of FIG. 21 which correspond in structure and function to the elements of FIG. 19 are identified by a 500 series numeral or a 600 series numeral, the last two digits of which correspond to the last two digits of the embodiment of FIG. 19.

In the embodiment of FIG. 21 there is provided a spool valve 592 which is actually an extension of a camshaft 526. In this way all applicable hydraulic fluids are kept within the camshaft 526. This arrangement minimizes the required external dimensional requirements relative to those of other embodiments of the invention, and this is especially important in engine and vehicle configurations wherein space within an engine compartment longitudinally of the camshaft is particularly limited. Thus, in the embodiment of FIG. 21, the spool valve 592 is made up of a cylindrical portion 598 of the camshaft 526 and a spool 600 which is slidable to and fro within the portion 598. The spool 600 has cylindrical lands 600a and 600b on opposed ends thereof, and the lands 600a and 600b, which fit snugly within the portion 598, are positioned so that the land 600b which is slidable to and fro within the portion 598. The spool 600 has cylindrical lands 600a and 600b on opposed ends thereof, and the lands 600a and 600b, which fit snugly within the portion 598, are positioned so that the land 600 600b will block the exit of hydraulic fluid from the return line 596, or the land 600a will block the exit of hydraulic fluid from the return line 594, or the lands 600a and 600b will block the exit of hydraulic fluid from both the return lines 594 and 596, as is shown in FIG. 21, where the camshaft 526 is being maintained in a selected intermediate position relative to the crankshaft of the associated engine.

10

The position of the spool 600 within the member 598 is influenced by an opposed pair of springs 602, 604 which act on the ends of the lands 600a, 600b, respectively. Thus, the spring 602 resiliently urges the spool 600 to the left, in the orientation illustrated in FIG. 21, and the spring 604 resiliently urges the spool 600 to the right in such orientation. The position of the spool 600 within the portion 598 is further influenced by a supply of pressurized hydraulic fluid within a subportion 598a of the portion 598, on the outside of the land 600a, which urges the spool 600 to the left. The subportion 598a of the portion 598 receives its pressurized fluid (engine oil) directly from the main oil gallery ("MOG") 630 of the engine by way of a conduit 230a, and this oil is also used to lubricate a bearing 632 in which the camshaft 526 of the engine rotates.

The hydraulic fluid within the subportion 598a, which is at full system pressure, acts on the end of the land 600a of the spool 600 to urge the spool 600 to the left, in the configuration illustrated in FIG. 21. However, the hydraulic fluid within the subportion 598a is permitted to bleed into an otherwise closed, interior portion 526a of the camshaft 526 where it acts on a surface 600e of a transversely extending portion 600f of an extension 600g of the spool 600. Since the exposed surface area of the surface 600e is greater than the exposed surface area of the end of the land 600a, the net effect of the hydraulic fluid entering the subportion 598a from the main oil gallery 630 is to urge the spool 600 to the right in the FIG. 21 configuration.

In the illustrated position of the spool 600 in FIG. 21, the hydraulic forces which urge the spool 600 to the right, as explained above, are balanced by hydraulic forces within another portion 526c of the camshaft 526 which act on an opposed surface 600h of the extension 600g of the spool 600. Since the surface area of the surface 600h is greater than that of the surface 600e, nominally twice as great, the spool 600 will be centered in its null position by the springs 602, 604 when the hydraulic pressure within the portion 526c is less than the hydraulic pressure within the portion 526a. The hydraulic pressure within the portion 526c is controlled by a solenoid 606, preferably of the pulse width modulated type (PWM), in response to a control signal from an electronic engine control unit (ECU) 608, shown schematically, which may be of conventional construction. With the spool 600 in its null position when the pressure in the portion 526e is equal to some predetermined ratio of the pressure in the portion 526d, the on-off pulses of the solenoid 606 will be of equal duration; by increasing or decreasing the on duration relative to the off duration, the pressure in the portion 526e will be increased or decreased relative to such predetermined ratio, thereby moving the spool 600 to the left or to the right, respectively. The solenoid 606 receives engine oil from the engine oil gallery 630 through an inlet line 612 and selectively delivers engine oil from such sources to the portion 526e through a supply line 238. Excess oil from the solenoid 606 is drained to a sump 636 by way of a line 610.

The embodiment of FIG. 21 is also especially well suited for use in a belt driven variable camshaft timing system, because it is usually highly desirable that the belts and pulleys and other belt contacting elements in such a system be operated in a dry, unlubricated condition. This is relatively easy to accomplish with the embodiment of FIG. 21 because all hydraulic fluids are maintained within the interior of the camshaft 526,

5,172,659

| 11 | 12 |

thereby eliminating the need for complex sealing arrangements at an end thereof.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. In an internal combustion engine having a rotatable crankshaft and a rotatable camshaft, the camshaft being position variable in a circumferential direction relative to the crankshaft, means for varying the position of the camshaft relative to the crankshaft, said means for varying comprising a source of hydraulic fluid under pressure, a first hydraulic operator connected to said crankshaft and to said camshaft, the operation of said first hydraulic operator being effective to vary the position of the camshaft relative to the crankshaft in a given circumferential direction, first conduit means for delivering hydraulic fluid from the source to the first hydraulic operator to operate the first hydraulic operator, a second hydraulic operator connected to said crankshaft and to said camshaft, the operation of said second hydraulic operator being effective to vary the position of the camshaft relative to the crankshaft in an opposed circumferential direction, second conduit means for exhausting hydraulic fluid from the first hydraulic operator, third conduit means for delivering hydraulic fluid from the source to the second hydraulic operator to operate the second hydraulic operator, fourth conduit means for exhausting hydraulic fluid from the second hydraulic operator and control means for controlling the exhausting of hydraulic fluid from the first hydraulic operator and the second hydraulic operator to selectively permit hydraulic fluid from the source to operate one or another of said first hydraulic operator and said second hydraulic operator, said control means comprising:

a spool valve in communication with said second conduit means and fourth conduit means, said spool valve comprising a housing and a valve member, said valve member being reciprocable within said housing and comprising first and second opposed ends and first and second spaced apart lands between said opposed ends, said first land being capable of blocking flow through said second conduit means in first and third positions of said valve member and permitting flow through said second conduit means in a second position of said valve member, said second land being capable of blocking flow through said fourth conduit means in said first and second positions of said valve member and permitting flow through said second conduit means in said third position of said valve member;

fifth conduit means for transmitting hydraulic pressure from the source to act on a first surface of said valve member at substantially the pressure of the source to urge the valve member in a given direction;

force imposing means for imposing a load on said valve member to urge said valve member in an opposed direction, said force imposing means having a second surface with an area that is substantially greater than the area of said first surface;

sixth conduit means for transmitting hydraulic pressure from the source to the force imposing means to act on said second surface of said force imposing means, said sixth conduit means comprising a control member therein to controllably reduce the pressure of the source that acts on said second surface of said force imposing means; and

centering means for centering said valve member in a substantially fixed position relative to said housing when the hydraulic forces acting on said valve member are in balance.

2. An internal combustion engine according to claim 1 wherein said force imposing means comprises an hydraulic piston, wherein one of said first surface and said second surface is an end of said valve member, and wherein the other of said first surface and said second surface is a surface of said hydraulic piston.

3. An internal combustion engine according to claim 2 wherein said hydraulic piston is positioned in alignment with said other of the opposed ends of said valve operator.

4. An internal combustion engine according to claim 2 wherein said hydraulic piston is positioned out of alignment with said other of the opposed ends of said valve operator, and further comprising first class lever means for transmitting a load from said hydraulic piston to said other of the opposed ends of said valve operator.

5. An internal combustion engine according to claim 1 wherein said control member comprises a pulse width modulated solenoid.

6. An internal combustion engine according to claim 2 wherein said control member comprises a pulse width modulated solenoid.

7. An internal combustion engine according to claim 6 wherein the area of said surface of said hydraulic piston is substantially equal to a multiple of 2.0 of the surface area of said one of the ends of said valve operator, and wherein said valve member remains in said first position when said pulse width modulated solenoid operates on a 50% duty cycle to reduce the pressure from the source that acts on the area of said surface to substantially 50% of the pressure of the source.

8. An internal combustion engine according to claim 7 wherein said centering means comprises first and second compression spring members acting, respectively, on said first and second opposed ends of said valve member, said first and second compression spring members imposing oppositely directed loads on said first and second opposed ends, said oppositely directed loads being substantially equal in magnitude when said valve member is in said first position.

9. An internal combustion engine according to claim 2 wherein said valve member further comprises a portion between said first and second lands, said portion defining an hydraulic fluid flow passage with said housing of said spool valve; wherein said control means further comprises seventh conduit means in communication with said hydraulic fluid flow passage in each of said first, second and third positions of said valve member and with said first conduit means and said third conduit means, said seventh conduit means permitting the flow of hydraulic fluid from said hydraulic fluid flow passage to said first hydraulic operator and said second hydraulic operator, whereby hydraulic fluid being exhausted from one of said first hydraulic operator and said second hydraulic operator will be returned to the other of said first hydraulic operator and said

5,172,659

13

second hydraulic operator without returning to the source of hydraulic fluid.

10. An internal combustion engine according to claim 9 and further comprising check valve means for preventing flow of hydraulic fluid from said first hydraulic operator and said second hydraulic operator through said first conduit means and said third conduit means into said seventh conduit means.

11. An internal combustion engine according to claim 9 wherein said valve member has an internal passage for permitting flow of hydraulic fluid from the source of hydraulic fluid through said valve member from said one of the opposed ends to said hydraulic fluid flow passage, said internal passage having internal passage check valve means for preventing flow from said hydraulic fluid flow passage back through said internal passage.

12. An internal combustion engine according to claim 1 wherein the hydraulic fluid under pressure is engine lubricating oil.

14

13. An internal combustion engine according to claim 5 wherein the camshaft is subject to torque reversals driving the operation thereof and wherein the exhaust of hydraulic fluid from the first and second hydraulic operators occurs selectively in reaction to the direction of torque in the camshaft.

14. An internal combustion engine according to claim 6 and further comprising:

an engine control unit responsive to at least one engine operating condition for controlling the operation of the pulse width modulated solenoid to selectively increase or decrease the hydraulic pressure acting on said surface of said hydraulic piston; and thereby change the position of the valve member within the housing of the spool valve.

15. An internal combustion engine according to claim 1 wherein said valve member further comprises an extension extending beyond one of the ends thereof, and wherein one of said first surface and said second surface is a surface on said extension and extends generally parallel to said one of the ends.

* * * * *