# Exhibit 17

US005657725A

# United States Patent [19]

## Butterfield et al.

| [11] | Patent Number: | 5,657,725 |
|---|---|---|
| [45] | Date of Patent: | Aug. 19, 1997 |

[54] **VCT SYSTEM UTILIZING ENGINE OIL PRESSURE FOR ACTUATION**

[75] Inventors: **Roger P. Butterfield**, Trumansburg; **J. Christian Haesloop**, Rock Stream, both of N.Y.

[73] Assignee: **Borg-Warner Automotive, Inc.**, Sterling Heights, Mich.

[21] Appl. No.: **715,720**

[22] Filed: **Sep. 19, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 306,787, Sep. 15, 1994, abandoned.

[51] Int. Cl.[6] ........................................... F01L 1/344
[52] U.S. Cl. ............................ 123/90.17; 123/90.31
[58] Field of Search .......................... 123/90.15, 90.17, 123/90.31

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 4,771,742 | 9/1988 | Nelson et al. | 123/90.17 |
|---|---|---|---|
| 4,787,345 | 11/1988 | Thoma | 123/90.17 |
| 4,854,273 | 8/1989 | Uesugi et al. | 123/90.17 |
| 4,858,572 | 8/1989 | Shirai et al. | 123/90.12 |
| 4,993,370 | 2/1991 | Hashiyama et al. | 123/90.17 |
| 5,002,023 | 3/1991 | Butterfield et al. | 123/90.15 |
| 5,003,937 | 4/1991 | Matsumoto et al. | 123/90.12 |
| 5,046,460 | 9/1991 | Butterfield et al. | 123/90.15 |
| 5,107,804 | 4/1992 | Becker et al. | 123/90.17 |
| 5,172,659 | 12/1992 | Butterfield et al. | 123/90.17 |
| 5,205,249 | 4/1993 | Markley et al. | 123/90.17 |
| 5,367,992 | 11/1994 | Butterfield et al. | 123/90.17 |
| 5,386,807 | 2/1995 | Linder | 123/90.17 |

#### FOREIGN PATENT DOCUMENTS

388244    9/1990    European Pat. Off. .

*Primary Examiner*—Weilun Lo
*Attorney, Agent, or Firm*—Brinks, Hofer, Gilson & Lione; Greg Dziegielewski

[57] **ABSTRACT**

A camshaft (126) has a vane (160) secured to an end thereof for non-oscillating rotation therewith. The camshaft (126) also carries a housing (129) which can rotate with the camshaft (126) but which is oscillatable with the camshaft (126). The vane (160) has opposed lobes (160a, 160b) which are received in opposed recesses (131, 132), respectively, of the housing (129). The recesses (131, 132) have greater circumferential extent than the lobes (160a, 160b) to permit the vane (160) and housing (129) to oscillate with respect to one another, and thereby permit the camshaft (126) to change in phase relative to a crankshaft. The camshaft (126) tends to change direction in reaction to engine oil pressure and/or camshaft torque pulses which it experiences during its normal operation, and it is permitted to either advance or retard by selectively blocking or permitting the flow of engine oil through the return lines (101, 102) from the recesses (131, 132) by controlling the position of a spool (300) within a spool valve body (198) in response to a signal indicative of an engine operating condition from an engine control unit (108). The spool (300) is selectively positioned by controlling hydraulic loads on its opposed end in response to a signal from an engine control unit (108). The vane (160) can be biased to an extreme position to provide a counteractive force to a unidirectionally acting frictional torque experienced by the camshaft (126) during rotation.

**14 Claims, 10 Drawing Sheets**



Case 1:05-cv-00048-SLR    Document 284-6    Filed 10/12/2006    Page 3 of 47



FIG. 1A



FIG. 1B



FIG. 1c



FIG. 1D



FIG. 2



FIG. 3A



FIG. 3B

Case 1:05-cv-00048-SLR    Document 284-6    Filed 10/12/2006    Page 10 of 47



FIG. 3c



FIG. 4A



FIG. 4B

5,657,725

1

## VCT SYSTEM UTILIZING ENGINE OIL PRESSURE FOR ACTUATION

### CROSS REFERENCE TO CO-PENDING APPLICATION

This patent application is a continuation of Ser. No. 08/306,787 filed Sep. 15, 1994, now abandoned.

### FIELD OF THE INVENTION

This invention relates to a hydraulic system for controlling the operation of a variable camshaft timing (VCT) system of the type in which the position of the camshaft is circumferentially varied relative to the position of a crankshaft. In such a VCT system, a hydraulic system at least partially utilizing engine oil pressure for actuation is provided to effect the repositioning of the camshaft. A control system is provided to selectively permit or prevent the hydraulic system from effecting such repositioning.

### BACKGROUND OF THE INVENTION

Consideration of information disclosed by the following U.S. Patents, which are all hereby incorporated by reference, is useful when exploring the background of the present invention.

U.S. Pat. Nos. 5,002,023 and 5,046,460 both describe a VCT system within the field of the invention in which the system hydraulics include a pair of oppositely acting hydraulic cylinders with appropriate hydraulic flow elements to selectively transfer hydraulic fluid from one of the cylinders to the other, or vice versa, to thereby advance or retard the circumferential position of a camshaft relative to a crankshaft in response to torque reversals experienced within the camshaft. The control system utilizes a control valve in which the exhaustion of hydraulic fluid from one or another of the oppositely acting cylinders is permitted by moving a spool within the valve one way or another from its centered or null position. The movement of the spool occurs in response to an increase or decrease in control hydraulic pressure, $P_c$, on one end of the spool and the relationship between the hydraulic force on such end and an oppositely direct mechanical force on the other end which results from a compression spring that acts thereon.

U.S. Pat. No. 5,107,804 describes an alternate type of VCT system within the field of the invention in which the system hydraulics include a vane having lobes within an enclosed housing which replaces the oppositely acting cylinders disclosed by the aforementioned U.S. Pat. Nos. 5,002,023 and 5,046,460. The vane is oscillatable with respect to the housing, with appropriate hydraulic flow elements to transfer hydraulic fluid within the housing from one side of a lobe to the other, or vice versa, to thereby oscillate the vane with respect to the housing in one direction or the other, an action which is effective to advance or retard the position of the camshaft relative to the crankshaft in response to torque reversals. The control system of this VCT system is identical to that divulged in U.S. Pat. No. 5,002,023, using the same type of spool valve responding to the same type of forces acting thereon.

Another feature of U.S. Pat. No. 5,046,460, discussed above, is biased actuation elements. A counteracting force is applied directly to the opposed cylinders to overcome the effect of a unidirectionally acting frictional torque experienced by the camshaft during normal operation. A similar problem with rotational friction also exists with any vane-type variable camshaft timing system.

2

In all the systems described above, timing control is achieved in response to torque reversals, or pulses, from the camshaft generated during normal operation of the engine. However, in some engines, camshaft torque reversals are not suitable for actuation of the aforementioned hydraulic system. For example, in-line six-cylinder engines have low amplitude camshaft torque characteristics which are inadequate to actuate a variable camshaft timing system. Another example is in-line four-cylinder engines which typically operate at high speeds and generate very high frequency torque pulses to which the VCT system cannot react quickly enough to cause actuation.

### SUMMARY OF THE INVENTION

The current invention addresses the problems previously discussed by using the engine oil pump pressure as one source of energy for actuating the VCT mechanism. The construction of this new mechanism differs from previous mechanisms by utilizing re-routed hydraulic passages and new check valve positions. The present invention may be broken down into three separate embodiments, all of which utilize engine oil pressure, at least partially, for VCT actuation. While the embodiments are depicted primarily in use with a vane-type VCT system such as the one disclosed by U.S. Pat. No. 5,107,804, it is understood that the present invention may also be applied to systems utilizing other types of phase actuation elements such as the cylinder-type described in U.S. Pat. Nos. 5,002,023 and 5,046,460, or equivalent devices.

In the first embodiment of the present invention, a "single-chamber" system, oil pressure from the engine oil pump flows through an inlet check valve inside a spool valve and is directed into one of two opposing actuation elements. The second actuation element is vented to atmosphere by the same spool valve. If the valve is moved in a direction opposite to that of the original movement, the pressurized and vented actuation elements are reversed, causing a phase shift of the VCT mechanism.

In situations where more torque is needed to adjust the phase of the camshaft, the above embodiment can be slightly modified by adding two hydraulic lines and utilizing the "free" chambers of the recesses. The new configuration, or "double-chamber" system, will result in twice the amount of torque usually generated by the above single-chamber system. However, both the single and double-chamber systems are two-position devices only and cannot provide incremental phase adjustments to the camshaft.

The single and double-chamber devices described above, which are two-position devices only (full advance or full retard), may be modified to achieve a continuously variable system. This system allows incremental adjustments to the camshaft phase to be made in lieu of adjusting phase solely to one extreme position or its opposite. The hydraulic fluid (engine oil) inlet line is split, with a branch traveling to each recess of the vane. Check valves are provided in each branch of the inlet line to allow flow to, but not from, the recesses. When the control valve is in the null position, both recesses are fed makeup oil but neither can exhaust. This maintains the camshaft at a fixed phase angle with respect to the crankshaft. The VCT mechanism will shift toward the advanced position when the control valve is moved to allow flow to the advance recess through its inlet line and to block flow to the retard recess while opening its exhaust line to vent. The VCT mechanism will shift toward the retard position in a similar manner when the control valve is moved to allow flow to the retard recess and blocking flow to the

5,657,725

3

advance recess while opening its exhaust line to vent. Precise positioning of the control valve allows this system to be continuously variable.

Another slight modification yields a configuration which counteracts the system's "natural" tendency to retard due to frictional torque experienced by the camshaft. The advance chamber is connected to supply oil pressure instead of venting to atmosphere. This gives the system a bias in the advance direction opposite to the natural bias in the retard direction so that the system will advance utilizing supply pressure alone, but will only retard with some torque pulse characteristics in that direction.

The second embodiment of the present invention utilizes both engine oil pressure and camshaft torque pulses in combination as the source of energy for actuation. The oil exit of the advance recess has a split path, with one path going through a check valve to the retard recess, and the other path going directly to exhaust. If there is a significant torque pulse pressurizing the advance recess, the check valve will open when the advance recess pressure exceeds supply pressure. Oil will then flow through two paths: one path feeds the retard recess through the check valve while the other feeds to exhaust. If the pressure generated in the advance recess by a torque pulse is less than the makeup pressure from the engine, then the check valve will remain closed and the only exit path from the advance recess will be through the exhaust. Therefore, oil will flow to the retard recess due to oil from the advance recess or from makeup oil through the inlet check valve. With the control valve in the other extreme position, oil will empty from the retard recess and the advance recess will fill with oil. This design has the advantage of requiring less makeup oil flow than in other mechanisms while still being able to operate under any condition, such as high speed, since oil pump pressure is also used as a source of actuation.

The third embodiment of the present invention is a dual-mode hybrid device with a three-position spool valve utilizing a slightly modified hydraulic line configuration. The system will either operate in the "oil pressure only" mode and/or the "torque pulse only" mode, depending upon the position of the spool valve. The selection of one of the valve's three positions is governed by the engine control unit which is typically pre-programmed to respond to various conditions and engine parameters. The three-position spool valve device can only achieve full advance or full retard and cannot maintain an intermediate position.

An additional feature of the present invention involves biasing the actuation elements in a manner very similar to that disclosed in U.S. Pat. No. 5,046,460. The biasing provides a force counteractive to a unidirectional frictional torque experienced by the camshaft during the rotation of normal operation. Biasing the actuation elements can be achieved either by modifying the hydraulic line configuration to allow the use of engine oil pressure as a biasing force on the actuation element or by employing a mechanical spring to act directly upon the actuation element.

Accordingly, it is an object of the present invention to provide an improved method and apparatus for varying camshaft timing in an internal combustion engine.

It is a further object of the present invention to provide an improved method and apparatus for varying camshaft timing in an automotive variable camshaft timing system which utilizes oppositely acting hydraulic means at least partially actuated by engine oil pressure.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawings and

4

the following brief descriptions thereof, to the detailed description of the preferred embodiment, and to the appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a schematic view of the hydraulic equipment of a single-chamber two-position vane-type VCT arrangement according to an embodiment of the present invention in which only engine oil pressure provides the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 1B is a schematic view of the hydraulic equipment of a double-chamber two-position vane-type VCT arrangement according to an embodiment of the present invention in which only engine oil pressure provides the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 1C is a schematic view of the hydraulic equipment of a continuously variable vane-type VCT arrangement according to an embodiment of the present invention in which only engine oil pressure provides the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 1D is a schematic view of the hydraulic equipment of a continuously variable vane-type VCT arrangement according to an embodiment of the present invention in which at least slight torque pulse characteristics must be present to provide the energy for phase shift actuation illustrating the condition where the control valve is in the advance position.

FIG. 2 is a schematic view of the hydraulic equipment of a hybrid vane-type VCT arrangement according to an embodiment of the present invention in which both torque reversals and engine oil pressure provide the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 3A is a schematic view of the hydraulic equipment of a vane-type VCT arrangement having a three-position valve according to an embodiment of the present invention where the valve is in the first position;

FIG. 3B is a schematic view of the hydraulic equipment of a VCT arrangement having a three-position valve according to an embodiment of the present invention where the valve is in the second position.

FIG. 3C is a schematic view of the hydraulic equipment of a VCT arrangement having a three-position valve according to an embodiment of the present invention where the valve is in the third position;

FIG. 4A is a schematic view of the hydraulic equipment of a standard vane-type VCT arrangement according to an embodiment of the present invention utilizing engine oil pressure as a biasing force in the advance direction on the hydraulic actuator; and,

FIG. 4B is a schematic view of the hydraulic equipment of a standard vane-type VCT arrangement according to an embodiment of the present invention utilizing engine oil pressure as a biasing force in the advance direction on the hydraulic actuator.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention relates to an internal combustion engine having a conventional crankshaft and camshaft arrangement as shown in FIGS. 1A–4B. Crankshaft 426 is connected to camshaft 126 via chain 403 which engages crankshaft sprocket 402 and camshaft sprocket 401.

5,657,725

| 5 | 6 |

The most basic embodiment of the present invention, referred to as a "single-chamber" system, is shown schematically in FIG. 1A. Lobes 160a and 160b of annular pumping vane 160 function as hydraulic operators to ultimately effect the phase adjustment of camshaft 126 with respect to the crankshaft in response to engine oil pressure only. Vane 160 and associated hardware may be of standard construction, such as that described by the U.S. Patents previously incorporated by reference.

Hydraulic fluid, in the form of engine oil, flows into either recess 131 or 132 of housing 129 via hydraulic line 101 or 102, respectively, depending upon the direction of the phase adjustment required. Each recess is divided into two chambers, each chamber being separated by a vane lobe: recess 131 is divided into chambers 131a and 131b, being separated by lobe 160a, best shown in FIG. 1A; recess 132 is divided into chambers 132a and 132b, being separated by lobe 160b. Engine oil enters either line 101 or 102 by way of spool valve assembly 192 which is incorporated into camshaft 126.

Spool valve assembly 192 is made up of cylindrical member 198 and spool 300 which is slidable to and fro within member 198. Member 198 also contains atmospheric vents 111 and 198b to facilitate the flow of engine oil. Spool 300 has cylindrical lands 304a and 304b on opposed ends thereof and center land 304c which is also cylindrical, all of which fit snugly within member 198 and are capable of selectively blocking the flow of engine oil to and from recesses 131 and 132. Spool 300 also contains small, internal passage 320. Check valve 322 is located in internal passage 320 to block the flow of oil to cavity 198a of cylindrical member 198 from recesses 131 or 132.

The position of spool 300 within member 198 is influenced by two distinct sets of opposing forces. First, spring 142 acts on the end of land 304a and resiliently urges spool 300 to the left, in the orientation illustrated in FIG. 1A. Second spring 144 acts on land 304b and resiliently urges spool 300 to the right. Second, oil pressure from cavity 198a also acts upon land 304a, urging spool 300 to the left and opposes the force applied to spool extension 304d by hydraulic piston 134a, also due to engine oil pressure.

The pressure within hydraulic cylinder 134 is controlled by a pressure control signal from controller 106, preferably of the pulse width modulated type (PWM), in response to a control signal from electronic engine control unit (ECU) 108, shown schematically, which may be of conventional construction. Controller 106 receives engine oil from main oil gallery 130 of the engine through inlet line 112 and regulates oil pressure in hydraulic line 138 and hydraulic cylinder cavity 134 by exhausting excess engine oil to sump 136 via hydraulic line 110.

Since the single chamber vane-type VCT is a two position device, i.e., full advance or full retard, an intermediate position is not achievable.

As control oil pressure in cylinder 134 is increased, spool 300 is urged to the far right, i.e., the full advance position, by pressurized piston 134a, as oriented in FIG. 1A, allowing oil to flow from main oil gallery 130 into cavity 198a, through internal passage 320, through hydraulic line 101, and into chamber 131b of recess 131, and also creating a flow path to vent cavity 198b. Vane 160 is rotated in the clockwise direction due to the oil pressure on lobe 160a, causing lobe 160b to force oil out of chamber 132b and exhausting the oil through hydraulic line 102 to vent cavity 198b.

When there is a decrease in control oil pressure in hydraulic cylinder 134, the force of spring 142 overcomes

the relatively low oil pressure applied to piston 134a to spool 300 and urges spool 300 to the far left, that is, the full retard position (not shown). With spool 300 in the retard position, engine oil flows from main oil gallery 130 into cavity 198a through internal passage 320 through hydraulic line 192 and into chamber 132b of recess 132. The pressure of the engine oil on lobe 160b rotates vane 160 in the counterclockwise direction, causing lobe 160a to force oil out of chamber 131b and exhausting the oil through hydraulic line 101 and vent 111.

When design requirements so dictate, the single chamber system may be modified to produce twice as much torque to effectuate the camshaft phase adjustment. This "double-chamber" system, as shown in FIG. 1B, is also a two-position system only and therefore is unable to maintain an intermediate position.

Like the single-chamber system, the double-chamber system has one hydraulic line 201 connecting spool valve assembly 192 and recess 131b and one hydraulic line 202 connecting spool valve assembly 192 and recess 132b. In addition, a third hydraulic line 203 connects line 202 with recess 131a, and a fourth line 204 connects line 201 and recess 132a.

In the full advance position, oil flows from the main oil gallery 130 through cavity 198a, through internal passage 320, through line 201 to recess 131b and through line 204 to recess 132a. The oil puts pressure on both lobes 160a and 160b to cause vane 160 to rotate in the clockwise direction. Lobe 160a forces oil out of recess 131a into line 203 and lobe 160b forces oil out of recess 132b into line 202 to be exhausted to cavity 198b to vent.

For the retard position, all the oil flow paths are opposite that of the advance position. Spool 300 is urged to the left by spring 142 which allows oil to flow through line 203 to recess 131a and through line 202 to recess 132b. The pressure on lobes 160a and 160b cause vane 160 to rotate in the counterclockwise direction, causing oil to flow from recesses 131b and 132a through lines 201 and 204, respectively, to be exhausted through vent 211.

Because oil pressure is applied to both lobes 160a and 160b of vane 160 instead of only one lobe, as in the single-chamber system, twice the amount of torque is applied to vane 160 as in the single-chamber system. The control portion of the system works identically to that of the single-chamber system.

The disadvantage of the above two systems, of course, is that they only allow for extreme changes in the angular position of the camshaft with respect to the crankshaft. FIG. 1C illustrates an improved continuously variable VCT system which allows for incremental changes in vane movement, resulting in proportional changes in camshaft phase angle.

In a single-chamber continuously variable system, hydraulic line 301 connects spool valve assembly 192 with recess 131b and line 302 connects spool valve assembly 192 with recess 132b. Line 305 connects spool valve assembly 192 with line 301, with check valve 305a located therebetween. Line 306 connects spool valve assembly 192 with line 302, with check valve 306a located therebetween.

In the null position (not shown), land 304c blocks oil flow through line 301 and land 304b blocks oil flow through line 302, while lines 305 and 306 remain open, allowing make-up oil to flow to recesses 131b and 132b, respectively. With make-up oil feeding both recesses 131b and 132b, but with all exhaust paths blocked, vane 160 is not allowed to move and camshaft phase remains constant.

5,657,725

| 7 | 8 |

As control oil pressure increases, hydraulic piston 134a begins to urge spool 300 to the right, and oil begins to flow from the main oil gallery 130 through cavity 198a, through internal passage 320, through line 305, through check valve 305a, to line 301, and finally to recess 131b. Vane 160 begins to rotate in the clockwise direction due to the oil pressure exerted on lobe 160a, and lobe 160b begins to force oil out of recess 132b through line 302, made possible because the movement of spool 300 has also partially opened an exhaust path to cavity 198b. The backflow of oil through line 306 is prevented by check valve 306a. If control oil pressure continues to increase, spool 300 is further urged to the right, up to and including the full advance position, as depicted by FIG. 1C. With spool 300 responding directly to control oil pressure, and backflow of oil through line 306 prevented, spool 300 may return to the null position as soon as the phase angle of the camshaft is optimized, thus stabilizing the vane in an intermediate position.

The operation of the continuously variable system in the retard position (not shown) utilizes the exact opposite engine oil flow paths as that of the advance position. As control oil pressure decreases, spring 142 exerts a force upon spool 300 which exceeds the forces of hydraulic cylinder 134 and spring 144 on the opposite side of spool 300, thereby causing spool 300 to move to the left. Oil flows from main oil gallery 130 through line 130a through cavity 198a, through internal passage 320, through line 306 and check valve 306a, and into recess 132b. The force of oil pressure on lobe 160b causes vane 160 to rotate in the counterclockwise direction, thus forcing oil out of recess 131b. Oil is exhausted back to atmosphere through line 301, spool 300, and vent 311, with the backflow through line 305 being blocked by check valve 305a. Thus, an incremental change in phase of camshaft 126 in the retard direction is achieved.

Another slight modification can be used for specific engine characteristics, for example, an engine that has high retard tendencies and low advance tendencies. The new configuration is designed such that the system can advance utilizing supply pressure alone, but can only retard if torque pulse characteristics in that direction exist.

The modified system, shown in FIG. 1D, is similar to the above-described continuously variable system except that the vent to atmosphere 311 (shown in FIG. 1C) is eliminated, a two-land spool 200 is used, and the advance chamber 131b is connected to supply oil pressure via hydraulic line 301.

In the null position (not shown) the modified system works identically to the above-described continuously variable system. Land 200a blocks oil flow through line 301 and land 200b blocks oil flow through line 302, while lines 305 and 306 remain open, allowing make-up oil to flow to recesses 131b and 132b, respectively. With make-up oil feeding both recesses 131b and 132b, but with all exhaust paths blocked, vane 160 is not allowed to move and camshaft phase remains constant.

The advance position, shown in FIG. 1D, is also identical to the above-described continuously variable system. As control oil pressure increases, hydraulic piston 134a begins to urge spool 200 to the right, and oil begins to flow from the main oil gallery 130 through cavity 198a, through internal passage 220, through line 305, through check valve 305a, to line 301, and finally to recess 131b. Vane 160 begins to rotate in the clockwise direction due to the oil pressure exerted on lobe 160a, and lobe 160b begins to force oil out of recess 132b through line 302, made possible because the movement of spool 200 has also partially opened an exhaust path to cavity 198b. The backflow of oil through line 306 is

prevented by check valve 306a. If control oil pressure continues to increase, spool 200 is further urged to the right, up to and including the full advance position, as depicted by FIG. 1D. With spool 200 responding directly to control oil pressure, and backflow of oil through line 306 prevented, spool 200 may return to the null position as soon as the phase angle of the camshaft is optimized, thus stabilizing the vane in an intermediate position.

It is in the retard position (not shown) where the difference in operation between the embodiments illustrated by FIG. 1C and FIG. 1D occurs (the engine must display some torque pulse characteristics in FIG. 1D for the system to retard). As control oil pressure decreases, spring 142 exerts a force upon spool 200 which exceeds the forces of hydraulic piston 134a and spring 144 on the opposite side of spool 200, thereby causing spool 200 to move to the left. Oil flows from main oil gallery through line 130a through cavity 198a, through internal passage 220, through line 306, check valve 306a, line 302, and into recess 132b. Oil also flows from cavity 198a, through spool 200, line 301 and into recess 131b. The force of oil pressure on lobes 160a and 160b is now equal and vane 160 is not allowed to move due to the action of supply pressure alone. A torque pulse is required to pressurize recess 131b to a higher pressure found in cavity 198a. When such a torque pulse occurs, vane 160 is urged to rotate in the counterclockwise direction which causes lobe 160a to increase pressure within recess 131b, thus overcoming supply oil pressure and forcing oil out of recess 131b. The backflow of hydraulic fluid is still blocked by check valve 305a as before, but oil is not exhausted back to atmosphere, as shown in FIG. 1C (through line 301, spool 300, and vent 311). Oil out of recess 131b backflows through line 301 and spool 200 to cavity 198a. Since the backflow of oil is resisted by supply oil pressure, the high retard tendency of the engine is reduced. This embodiment is a method for equalizing the retard and advance actuation rates.

If an engine displays some torque pulse characteristics, but the pulses alone are not always adequate to actuate the VCT system, it is possible to construct a system that uses either torque pulses or engine oil pressure for actuation. FIG. 2 schematically illustrates an embodiment of such a system. Hydraulic line 409 terminates at a juncture between opposed check valves 407a and 408a which are connected to recesses 131b and 132b, respectively, by branch lines 401 and 402, respectively. The remainder of the associated hardware, including vane 160 and spool valve assembly 192 may be constructed as previously described.

For the system to retard (not shown), the oil exit of recess 131b has a split path, with one branch connecting to recess 132b and the other connecting to exhaust. If a significant torque pulse pressurizes recess 131b, then engine oil will flow to recess 132b via check valve 407a, line 409, cavity 198c, and line 402. If the pressure generated by the torque pulse is less than supply pressure, check valve 407a will remain closed and the only exit path from recess 131b will be to exhaust via line 401 and vent 411. Recess 132b then will be filled by make-up oil flowing from main oil gallery 130 through line 130a, cavity 198a, internal passage 320, and line 402.

For the system to advance, as shown in FIG. 2, the flow path is opposite that of the retard position. If a significant torque pulse pressurizes recess 132b, then engine oil will flow to recess 131b via check valve 408a, line 409, cavity 198c, and line 401. If the pressure generated by the torque pulse is less than supply pressure, check valve 408a will remain closed and the only exit path from recess 132b will be to exhaust via line 402 and cavity 198b. Recess 131b will

5,657,725

<table>
<tr><td>9</td><td>10</td></tr>
</table>

then be filled by make-up oil flowing from main oil gallery 130 through line 130a, cavity 198a, internal passage 320, and line 401. The system shown in FIG. 2 has the advantage of requiring less make-up oil flow than previously described systems while still being able to operate under any condition, such as high speed, because of the use of oil pump pressure. However, the system is two-position only and is not capable of maintaining intermediate phase adjustments.

FIGS. 3A–3C illustrate an alternate embodiment of the present invention utilizing a three-position spool valve. The position of spool 300 is controlled by engine control unit 108 which is pre-programmed to recognize various engine conditions and direct the movement of spool 300 accordingly.

Hydraulic lines 510 and 512 connect spool valve assembly 192 with chambers 131a and 132a, respectively, while chambers 131b and 132b are vented to atmosphere. Hydraulic line 513 connects spool valve assembly 192 with line 512, and check valve 513a is located therebetween. Spool 300 is a standard three-land spool, as previously described, and vane 160 and associated hardware are of standard construction.

For the system to retard, spool 300 is located in its first position, to the left, as illustrated in FIG. 3A. With cavity 198c aligned with hydraulic line 510, a flow path is thereby created. Engine oil located in main oil gallery 130 flows through line 130a, through cavity 198a, through internal passage 320, and through line 510 to chamber 131a. The pressure on lobe 160b causes vane 160 to rotate in the counterclockwise direction, thus causing lobe. 160a to force oil out of chamber 132a. The exhausted oil flows through line 512 to cavity 198b in spool valve assembly 192 and then out through vent 511. Additionally, actuation is assisted by positive torque, i.e., torque which urges vane 160 to rotate in the counterclockwise direction, pressurizing recess 132a, thus causing oil in recess 132a to exhaust more rapidly. Backflow of oil through line 513 is prevented by check valve 513a and also by land 300b which blocks line 513. Thus system actuation to the full retard position is achieved by utilizing oil pressure assisted by positive torque pulses.

In an alternate scenario where engine conditions are such that negative torque pulses are sufficient to actuate the timing system to the full advance position, spool 300 is relocated to its second position, as shown in FIG. 3B, and a different flow path is created. If a significant negative torque pulse pressurizes recess 131a, engine oil will flow to recess 132a via line 510, cavity 198c, line 513, check valve 513a, and line 512 to chamber 132a. Pressure on lobe 160a forces vane 160 to rotate in the clockwise direction, advancing the camshaft. Check valve 513a prevents any backflow from recess 132a when positive torque pulses pressurize recess 132a. Furthermore, backflow of oil into internal passage 320 is prevented by internal check valve 322. Thus, system actuation to the full advance position is achieved by utilizing negative torque pulses only.

When no torque pulses, either positive or negative, are present when the spool 300 is in the second position, check valve 513a opens and both the advance recess 132a and the retard recess 131a are fed make-up oil. Since the pressure in both recesses is equalized, no actuation occurs.

Finally, when oil pressure is high but torque pulses are insufficient to actuate the system, spool 300 is directed to its third position, as shown in FIG. 3C. Engine oil then flows from main oil gallery 130, through line 130a, through cavity 198a, through internal passage 320, through line 512, into chamber 132a. Pressure on lobe 160a forces vane 160 to rotate in the clockwise direction, causing lobe 160b to force

oil out of chamber 131a. Exhausted oil flows through line 510 and into cavity 198d. Backflow of oil into internal passage 320 is prevented by internal check valve 322. Thus, system actuation is achieved by utilizing oil pressure only when oil pressure is high.

Another feature of the present invention is a biased actuation element. During operation, a rotating camshaft experiences a frictional force which opposes movement in the direction of rotation. The frictional force is introduced by such items as camshaft journal bearings and cam lobe followers found in a conventional engine, thus causing the timing system to retard. To counteract this frictional force, an equal and opposite force may be applied directly to the actuation element, in this case, vane 160.

One method of applying such a force is to modify the hydraulic line configuration so that engine oil can be utilized as a biasing force, as shown in FIGS. 4A & 4B. This embodiment is a two-position device only, that is, full advance or full retard, and cannot maintain an intermediate position.

Recess 132a, designated the oil pressure bias recess, is connected to spool valve assembly 192 via hydraulic line 623. Recess 132b is connected to spool valve assembly 192 via line 621 and line 624, which is connected to spool valve assembly 192 via input line 182, with check valve 182a located therebetween. Recess 131b is connected to spool valve assembly 192 via line 622 and line 625, which is connected to spool valve assembly 192 via input line 182, with check valve 182b located therebetween. Recess 131a exhausts to atmosphere.

Shown in FIG. 4A, supply oil is connected to oil pressure bias recess 132a which creates a bias in the advance direction. When camshaft torque in the retard direction becomes greater than the advance bias, vane 160 will rotate in the counterclockwise direction, forcing oil from recess 131b. Accordingly, oil will flow to retard recess 132b via line 625, line 622, input line 182, and through check valve 182a, resulting in retard actuation. With camshaft torque in the advance direction, check valve 182a and spool valve land 200B block any flow out of recess 132b.

In FIG. 4B, supply oil is still connected to oil pressure bias recess 132a, creating a bias in the advance direction. Recess chambers 131b and 132b are also connected to supply oil pressure and are equally balanced with no camshaft torque in either direction the system will advance because of this bias. The flow path of oil is from recess 132b, through line 624, line 621, cavity 198c, inlet line 182, and check valve 182b. Any camshaft torque in the advance direction will only add to the actuation rate. Consequently, the system will actuate with either the advance bias, camshaft torque in the advance direction, or both.

What is claimed is:

1. An internal combustion engine, comprising:

a crankshaft, said crankshaft being rotatable about a first axis;

a camshaft (126), said camshaft (126) being rotatable about a second axis, said second axis being parallel to said first axis, said camshaft (126) being subject to torque reversals during the rotation thereof;

a vane (160), said vane (160) having circumferentially spaced apart lobes (160a, 160b), said vane (160) being attached to said camshaft (126), said vane (160) being rotatable with said camshaft (126) and being non-oscillatable with respect to said camshaft (126);

a housing (129), said housing (129) being rotatable with said camshaft (126) and being oscillatable with respect

5,657,725

11

to said camshaft (126), said housing (129) having first and second circumferentially spaced apart recesses (131, 132), each of said first and second recesses (131, 132) receiving one of said first and second lobes (160a, 160b) and permitting oscillating movement of said one of said first and second lobes (160a, 160b) therein, said first and second recesses (131, 132) being divided into first direction chambers (131a, 132b) and second direction chambers (131b, 132a) by said first and second lobes (160a, 160b), respectively, said first and second direction chambers (131a, 132a, 131b, 132b) of said first and second recesses (131, 132) each being capable of sustaining hydraulic pressure due to engine oil contained in said engine;

a spool valve (192) for selectively providing engine oil to said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a);

a first check valve (408a) for providing unidirectional engine oil flow from said first direction chambers (131a, 132b) and a second check valve (407a) for providing unidirectional engine oil flow from said second direction chambers (131b, 132a);

means for transmitting rotary movement to said housing (129); and,

means reactive to said engine oil pressure from an oil pump for varying the position of said housing (129) relative to said camshaft (126).

2. An engine according to claim 1 wherein said means reactive to engine oil pressure comprises control means for permitting said housing (129) to move in a first direction relative to said camshaft (126) in response to engine oil flow, and for preventing said housing (129) from moving in a second direction relative to said camshaft (126) in response to engine oil flow.

3. An engine according to claim 2 wherein said control means comprises means for transferring said engine oil into one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said control means further comprising means for simultaneously transferring engine oil out of the other of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132).

4. An engine according to claim 3 wherein said control means is capable of being reversed to transfer engine oil out of said one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of said each of said first and second recesses (131, 132) and to transfer engine oil into said other of said first direction chambers (131a, 132b ) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said engine further comprising:

an engine control unit (106), said engine control unit (106) responsive to at least one engine operating condition for selectively reversing the operation of said control means.

5. An engine according to claim 4 wherein said engine further comprises:

at least one conduit means (130a) for transferring said engine oil from a portion of said engine to said control means; and,

at least one conduit means (130a) for transferring said engine oil from said control means to said portion of said engine.

6. An engine according to claim 5 further comprising passage means connecting said one of said first direction

12

chambers (131a, 132b) and said second direction chambers (131b, 132a) of one of said first recess (131) and said second recess (132) with the other of one of said first section chambers (131a, 132b) and said second direction chambers (131b, 132a) of the other of said first recess (131) and said second recess (132) to permit engine oil flow between one of said first direction chambers (131a, 132b) and second direction chambers (131b, 132a ) of one of said first recess (131) and said second recess (132) and the other of one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a ) of the other of said first recess (131) and said second recess (132).

7. An engine according to claim 1 wherein said spool valve comprises:

a spool (300), said spool (300) being reciprocatable within said spool valve body (198) and having a plurality of spaced apart lands (300a, 300b, 300c);

first conduit means (101) extending from one of said first recess (131) and said second recess (132) to said spool valve body (198), one of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said first conduit means (101);

second conduit means (102) extending from the other of said first recess (131) and said second recess (132) to said spool valve body (198), another of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said second conduit means (102).

8. An engine according to claim 7 wherein at least one of said plurality of lands (300a, 300b, 300c) of said spool (300) contains a passage (320) extending therethrough, said passage (320) providing communication for the flow of engine oil through said spool (300) to said recesses (131, 132) of said housing (129), said passage (320) having check valve means for preventing flow of engine oil from said recesses (131, 132) through said spool.

9. An engine according to claim 8 wherein said housing (129) is rotatable only to a first extreme angular position in said first direction relative to said camshaft (126) and a second extreme angular position in said second direction relative to said camshaft (126).

10. An engine according to claim 9 wherein torque pulses are present in said camshaft (126), said torque pulses being of such magnitude whereby causing said housing (129) to rotate relative to said camshaft (126).

11. An internal combustion engine, comprising:

a crankshaft, said crankshaft being rotatable about a first axis;

a camshaft (126), said camshaft (126) being rotatable about a second axis, said second axis being parallel to said first axis, said camshaft (126) being subject to torque reversals during the rotation thereof;

a vane (160), said vane (160) having circumferentially spaced apart lobes (160a, 160b), said vane (160) being attached to said camshaft (126), said vane (160) being rotatable with said camshaft (126) and being non-oscillatable with respect to said camshaft (126);

a housing (129), said housing (129) being rotatable with said camshaft (126) and being oscillatable with respect to said camshaft (126), said housing (129) having first and second circumferentially spaced apart recesses (131, 132), each of said first and second recesses (131, 132) receiving one of said first and second lobes (160a, 160b) and permitting oscillating movement of said one of said first and second lobes (160a, 160b) therein, said first and second recesses (131, 132) being divided into

5,657,725

13

first direction chambers (131a, 132b) and second direction chambers (131b, 132a) by said first and second lobes (160a, 160b), respectively, said first and second direction chambers (131a, 132a, 131b, 132b) of said first and second recesses (131, 132) each being capable of sustaining hydraulic pressure due to engine oil contained in said engine;

means for transmitting rotary movement to said housing (129);

a first check valve (408a) for providing unidirectional engine oil flow from said first direction chambers (131a, 132b) and a second check valve (407a) for providing unidirectional engine oil flow from said second direction chambers (131b, 132a);

means reactive to said engine oil pressure from an oil pump for varying the position of said housing (129) relative to said camshaft (126), said reactive means comprising control means for permitting said housing (129) to move in a first direction relative to said camshaft (126) in response to engine oil flow, and for preventing said housing (129) from moving in a second direction relative to said camshaft (126) in response to engine oil flow, said control means comprising means for transferring said engine oil into one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said control means further comprising means for simultaneously transferring engine oil out of the other of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said control means is capable of being reversed to transfer engine oil out of said one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of said each of said first and second recesses (131, 132) and to transfer engine oil into said other of said first direction chambers (131b, 132a) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said control means still

14

further comprising a spool valve body (198), a spool (300), said spool (300) being reciprocatable within said spool valve body (198) and having a plurality of spaced apart lands (300a, 300b, 300c), first conduit means (101) extending from one of said first recess (131) and said second recess (132) to said spool valve body (198), one of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said first conduit means (101), second conduit means (102) extending from the other of said first recess (131) and said second recess (132) to said spool valve body (198), another of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said second conduit means (102);

an engine control unit (108), said engine control unit (108) responsive to at least one engine operating condition for selectively reversing the operation of said control means; and,

third conduit means (130a) for transferring said engine oil from a portion of said engine to said control means and for transferring said engine oil from said control means back to said portion of said engine.

12. An engine according to claim 11 wherein at least one of said plurality of lands (300a, 300b, 300c) of said spool (300) contains a passage (320) extending therethrough, said passage (320) providing communication for the flow of engine oil through said spool (300) to said recesses (131, 132) of said housing (129), said passage (320) having a check valve means for preventing flow of engine oil from said recesses (131, 132) through said spool.

13. An engine according to claim 12 wherein said housing (129) is rotatable only to a first extreme angular position in said first direction relative to said camshaft (126) and a second extreme angular position in said second direction relative to said camshaft (126).

14. An engine according to claim 13 wherein torque pulses are present in said camshaft (126), said torque pulses being of such magnitude wherein causing said housing (129) to rotate relative to said camshaft (126).

* * * * *

# Exhibit 18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HITACHI, LTD., and HITACHI AUTOMOTIVE )
PRODUCTS (USA), INC.,                 )
               Plaintiffs,   )
                       )
           v.                 )     Civil Action No. 05-048-SLR
                       )
BORGWARNER INC., and                  )
BORGWARNER MORSE TEC INC.,            )
                       )
           Defendants.         )

BORGWARNER INC.,                      )
                       )
           Counterclaimant,    )
                       )
           v.                 )
                       )
HITACHI, LTD., and HITACHI AUTOMOTIVE )
PRODUCTS (USA), INC.,                 )
                       )
           Counterdefendants.  )

## DECLARATION OF ROBERT KUHN IN SUPPORT OF MOTION
## FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 112, ¶ 1
## BASED ON THE REGULATING RECITATION OF CLAIM 10 UNDER
## HITACHI'S CLAIM CONSTRUCTION

I, Robert Kuhn, declare as follows:

1.    I have been retained by the firm of Foley & Lardner LLP, which represents

Plaintiffs Hitachi Ltd. and Hitachi Automotive Products (USA), Inc. (collectively "Hitachi") in

this case, as an expert in variable camshaft timing (VCT) systems.  My expertise related to this

case includes knowledge in the design and operation of VCTs; hydraulic control systems in

automobiles; knowledge of the design and operation of spool valves, and related control systems,

in hydraulic control systems in automobiles; and knowledge of the overall design, component interaction and operation of automotive engines, including variable camshaft timing components, and various aspects of the engine control unit and other devices commonly used in automobiles.

2.    I joined Exponent in 2003.  Exponent is a technical consulting firm.  I am currently employed as a Managing Engineer in Exponent's Vehicle Engineering Practice.  While working for Exponent I have been retained as a consultant for a variety of design and development projects relating to vehicle engines and their sub-systems including base engine hydraulics, fuel system management, exhaust systems, and camshaft/valvetrain system durability.  Prior to joining Exponent, I was employed by DaimlerChrysler in a number of engineering and supervisory positions within the Activity Vehicle (Jeep) platform.  My most recent assignment was as Supervisor, Liberty Vehicle Development and Synthesis.  My responsibilities included overall vehicle performance and durability testing, engine system to vehicle integration, and coordination/resolution of engine system related vehicle issues affecting performance, durability, and reliability.  While at DaimlerChrysler, I also received two patents for the design of two different hydraulic/mechanical vehicle systems and worked within the Large Car Platform engine development group doing base engine durability and development testing.

3.    Prior to joining DaimlerChrysler in 1995, I worked for the Ford Motor Company as an engine development engineer responsible for base engine durability and performance development.   In this position, I was involved in developing and testing gasoline engine components including but not limited to camshafts, engine valves, timing chains, and camshaft driven balance shaft systems.  During this assignment, I also was involved in testing and

2

evaluating the effects of camshaft to crankshaft phase angle changes on engine performance as well as testing and evaluating prototype engine components and systems.

4.    Throughout my career, I have been involved with all aspects of the engine design and development processes, including design, testing, assembly, and teardown analysis of complete engine assemblies and various subsystems. I personally was involved in the design and development of the camshaft/balance shaft system used in the Ford V10 modular engine. This included testing various designs, implementing and testing design improvements, and measuring and evaluating camshaft torsional fluctuations to optimize system durability. While at Ford and Chrysler, I also was responsible for evaluating the effects of camshaft timing (*i.e.*, phase angle of the camshaft relative to the crankshaft) on engine power, emissions, and driveability. I also was responsible for testing the performance of various intake manifold, exhaust manifold, and camshaft timing combinations in several different configurations of engines including I4, V6, and V10 cylinder arrangements. As a part of these duties, I was involved in creating engine performance maps at various combinations of engine speeds and loads. These maps were used to provide closed loop control for other engine subsystems such as fuel injection and ignition systems during engine dynamometer durability testing of the engine. These maps were later incorporated into the vehicle level calibration used by the engine control unit to control engine performance.

5.    During my career, I also have spent a considerable amount of time supervising the buildup and evaluation of prototype and development engines in test and fleet vehicles. This type of activity has afforded me a substantial amount of experience evaluating engine calibrations and the electrical and electronic systems required for these engines to operate reliably in the field. These systems include camshaft sensors, crankshaft sensors, variable

induction systems, engine oiling systems, fuel injection and ignition systems, and various closed loop monitoring systems such as O2 sensors and turbocharger wastegate systems.

6.      During the past 22 years, I also have built, and continue to build, engines for my own competitive and personal vehicles, including race, vintage, and street vehicles.  I am a member of the Society of Automotive Engineers ("SAE"), The American Society of Mechanical Engineers (ASME), and hold a professional engineering license in the state of Michigan.

7.      During the last three years, I have been retained as a consultant on a number of engine related issues including alternate fuel use, engine system field performance, and engine system design and validation practices.

8.      I have reviewed the specification and claims of U.S. Patent No. 5,497,738 (and any other patent referenced herein).

9.      I focused on the recitation in claim 10 of "a method of regulating the flow of hydraulic fluid from a source to a means for regulating rotary movement from said crankshaft to a housing."

10.     Hitachi's proposed interpretation of the structure for the "means for transmitting rotary movement from said crankshaft to a housing" is "[a] sprocket attached to the housing and a chain or belt attaching the sprocket to a crankshaft, or the equivalents under § 112 ¶ 6." Hitachi's proposed interpretation means that the regulating recitation requires regulating flow of fluid from a source to a chain/belt and sprocket attached to a housing.

11.     The '738 patent does not teach any such regulation.  Instead, the '738 patent teaches regulating the flow between opposed pistons or vane chambers in the two disclosed embodiments of the phase adjustment actuator.

12.    The first embodiment is an opposed piston structure. The '738 patent refers to, and incorporates by reference, U.S. Patent No. 5,002,023 for operation of the opposed piston structure. *See* '738 patent, at 5:57-61; *see also* 1:31-36. As explained in the '023 patent, engine oil "does not have to flow through the main lubricating pump during the short interval in which the phase adjustment must take place." '023 patent, at 2:27-29. Instead, oil flows from one piston chamber to the other, thereby bypassing the engine oil sump during a phase shift. This internal oil circuit is described as an important feature of the claimed CTA system because it eliminates fluctuations in engine oil pressure as a system variable. *See id.*, at 2:19-35. This first embodiment is shown by Figure 12 of the '023 patent, where oil flows from piston 54 through branch line 88, return line 94, an annular space (formed between spool lands 100*a* and 100*b*), inlet line 82, check valve 86 and branch line 90 to the opposed piston 56. Check valves 84, 86 and the annular recess in the spool, along with cam torque reversals, direct the flow within the internal oil circuit.

13.    The second embodiment in the '738 patent in also a CTA-type VCT and relies upon the same internal oil circuit described above. However, this second embodiment (shown in Figure 19 of the '738 patent) uses a vane structure rather than opposed pistons. Figure 19 shows a rotating vane 160 contained within recesses 132a and 132b of housing 132. As with the first embodiment, internal oil flow pressurized by camshaft torque reversals causes a phase change. Oil flows between the recesses (132a, 132b), branch lines (188, 190), return lines (not labeled) and inlet line 182. This oil flow path is thus substantially the same as the path for the first opposed-piston embodiment.

14.    A person of ordinary skill in the art reviewing the '738 patent specification would understand that the only regulation of oil flow is between opposed pistons or between the vane

5

recesses. A skilled artisan would not find any such regulation to a belt or outer housing as part of the phase change outlined in method step 10.

15.    The person of ordinary skill in the art would understand that there is no disclosure, or even need, to also regulate flow from any type of source to a chain/belt and sprocket attached to a housing in changing the phase. There is no discussion of regulating oil flow to a chain/belt.

16.    As understood in the automotive art, typically in an automobile engine, a crankshaft sprocket is chained to a camshaft sprocket using a chain. The chain is lubricated by an unregulated flow of oil that is either sprayed or splashed onto the chain in the engine crankcase. The spraying or splashing of oil on this chain is not a regulated flow that creates a phase change between a camshaft and crankshaft. Rather, the oil used for this "spraying" or "splashing" operation typically comes from an unregulated tap off of another supply galley in an automobile engine.

17.    It is also well known in the automotive art that, if a timing belt is used instead of a chain to train the crankshaft to the camshaft, oil is not typically splashed onto the timing belt. Rather a belt-driven system typically operates in a dry, un-lubricated environment. *See, e.g.,* U.S. Patent No. 5,361,735 at 1:21-32.

I declare under penalty of perjury that the foregoing is true and correct.

September 28, 2006

Robert Kuhn, P.E.

# Exhibit 19

US005361735A

## United States Patent [19]

### Butterfield et al.

[11]  Patent Number: 5,361,735

[45]  Date of Patent:  * Nov. 8, 1994

| | | |
|---|---|---|
| 5,107,804 | 4/1992 | Becker et al. ............ 123/90.17 |
| 5,121,717 | 6/1992 | Simko et al. ............ 123/90.17 |

[54] **BELT DRIVEN VARIABLE CAMSHAFT TIMING SYSTEM**

[75] Inventors: **Roger P. Butterfield**, Interlaken; **Stanley K. Dembosky**, Ithaca; **Franklin R. Smith**, Slaterville Springs, all of N.Y.

[73] Assignee: **Borg-Warner Automotive Transmission & Engine Components Corporation**, Sterling Heights, Mich.

[ * ] Notice: The portion of the term of this patent subsequent to Mar. 26, 2008 has been disclaimed.

[21] Appl. No.: 870,437

[22] Filed: **Apr. 16, 1992**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 713,465, Jun. 11, 1991, Pat. No. 5,107,804, which is a continuation-in-part of Ser. No. 584,913, Sep. 19, 1990, Pat. No. 5,046,460, which is a continuation-in-part of Ser. No. 422,353, Oct. 16, 1989, Pat. No. 5,002,023.

[51] Int. Cl.⁵ ............................................. F01L 1/34
[52] U.S. Cl. .................... 123/90.17; 123/90.31; 464/2
[58] Field of Search ............ 123/90.15, 90.17, 90.31; 464/1, 2, 160

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,498,431 | 2/1985 | Nakamura et al. | 123/90.17 |
| 4,895,113 | 1/1990 | Speier et al. | 123/90.17 |
| 5,002,023 | 3/1991 | Butterfield et al. | 123/90.15 |
| 5,012,773 | 5/1991 | Akasaka et al. | 123/90.31 |
| 5,046,460 | 9/1991 | Butterfield et al. | 123/90.15 |
| 5,056,477 | 10/1991 | Linder et al. | 123/90.17 |
| 5,056,478 | 10/1991 | Ma | 123/90.17 |
| 5,088,456 | 2/1992 | Suga | 123/90.31 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0388244 | 9/1990 | European Pat. Off. . |
| 0422791 | 4/1991 | European Pat. Off. . |
| 3619956 | 12/1987 | Germany . |
| 10469 | 11/1989 | WIPO . |

*Primary Examiner*—E. Rollins Cross
*Assistant Examiner*—Weilun Lo
*Attorney, Agent, or Firm*—William, Brinks, Hofer

[57]  **ABSTRACT**

A camshaft (326) has a vane (360) secured to an end thereof for a non-oscillating rotation therewith. The camshaft also carries a timing belt driven pulley (332) which can rotate with the camshaft but which is oscillatable with respect to the camshaft. The vane has opposed lobes (360a, 360b) which are received in opposed recesses (332a, 332b), respectively, of the pulley. The recesses have greater circumferential extent than the lobes to permit the vane and sprocket to oscillate with respect to one another and thereby permit the camshaft to change in phase relative to a crankshaft whose phase relative to the sprocket is fixed by virtue of the timing belt (338) drive extending therebetween. The camshaft tends to change in reaction to torque pulses which it experiences during its normal operation and it is permitted to advance or retard by selectively blocking or permitting the flow of engine oil from the recesses by controlling the position of a spool (400) within a valve body (392) of a control valve in response to a signal from an engine control unit (408). The spool is urged in a given direction by rotary linear motion translating means (682) which is rotated by an electric motor (686), preferably of the stepper motor type.

**19 Claims, 12 Drawing Sheets**





FIG. I



FIG. 2



FIG. 3



FIG. 4



FIG. 6            FIG. 7



FIG. 5



FIG. 8



FIG. 9





FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 16



FIG. 15

5,361,735

| 1 | 2 |

# BELT DRIVEN VARIABLE CAMSHAFT TIMING SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of copending application Ser. No. 713,465, filed Jun. 11, 1991, now U.S. Pat. No. 5,107,804, which, in turn, is a continuation-in-part of co-pending application Ser. No. 584,913, filed Sep. 19, 1990, now U.S. Pat. No. 5,046,460, the disclosure of which is incorporated by reference herein. The aforesaid co-pending application Ser. No. 584,913, in turn, was a continuation-in-part of application Ser. No. 422,353, filed Oct. 16, 1989, which was co-pending therewith, now U.S. Pat. No. 5,002,023, the disclosure of which is also incorporated by reference herein.

## FIELD OF THE INVENTION

This invention relates to a belt driven variable camshaft timing (VCT) system for an automotive engine, the VCT system being of the type in which the position of the camshaft is circumferentially varied relative to the position of a crankshaft in reaction to torque reversals experienced by the camshaft during its normal operation. The VCT system of this invention includes a system which operates with a dry or unlubricated timing belt to transmit torque from a crankshaft to one or more camshafts, whereas its chain driven counterparts utilize a timing chain which is advantageously continuously lubricated by the engine lubricating oil.

## BACKGROUND OF THE INVENTION

The aforesaid U.S. Pat. No. 5,002,023 specifically illustrates and describes a hydraulically operated VCT system in which the operating hydraulic fluid is engine lubricating oil and in which the camshaft(s) is (are) driven by a timing chain which is continuously lubricated by the engine lubricating oil to ensure proper operation of the chain and its associated components. However, many engine types utilize cogged timing belts in transmitting torque from a crankshaft to the camshaft(s) of a single camshaft or multiple camshaft engine, and such belt driven systems are usually operated in a dry or unlubricated condition. Thus, to adapt a VCT system of the aforesaid U.S. Pat. No. 5,002,023 to a timing belt driven engine, it is desirable that appropriate seals be utilized to prevent engine lubricating oil from contacting the belt(s) and the associated pulleys and other components which regularly contact the belt(s) during the operation of the engine.

Further, the use of the hydraulically operated control system of the aforesaid Ser. No. 713,465 to control the positioning of a spool in the hydraulic circuitry of the VCT actuating vane pump and related hydraulic circuitry would introduce substantial complexity into the design of the control system and the environment around it to suitably seal the control system and thereby ensure the proper, dry operation of the timing belt(s) and associated components. In the present invention, this can be accomplished by using a linearly acting electric motor, such as a stepper motor, to position the spool of the VCT control system spool valve.

## SUMMARY OF THE INVENTION

The present invention provides a belt driven VCT system which relies on hydraulic forces in the phase adjustment of the camshaft(s) of an automotive engine relative to the crankshaft, but which incorporates suitable seals around the belt(s) and associated components to ensure the dry operation thereof, notwithstanding their proximity to hydraulically operated devices.

The present invention also provides an improved method and apparatus for controlling the position of a spool in an hydraulic control valve. Specifically, the present invention provides a non-hydraulic method and apparatus for controlling the position of a spool in a hydraulic control valve in a VCT system, for example, an hydraulic control valve which is used in an oppositely-acting hydraulic cylinder VCT timing system of the type disclosed in U.S. Pat. No. 5,002,023, or an hydraulic control valve which is used in a vane-type VCT timing system of the type disclosed in U.S. Ser. No. 713,465.

The position of the spool in the control valve of the VCT system of the present invention is adjusted by a linearly acting electric motor, such as a stepper motor, and this eliminates the presence of hydraulic fluid at an end of the control valve which could otherwise be a source of undesirable leakage of engine oil or other hydraulic fluid into the belt driven system.

Accordingly, it is an object of the present invention to provide a method and apparatus for varying the positional orientation or phase of one or more camshaft(s) in relation to a crankshaft of an internal combustion engine, in which the crankshaft to camshaft drive elements are protected from exposure to engine oil or other hydraulic fluid which is flowing in proximity to one or more of such drive elements.

It is also an object of the present invention to provide a variable camshaft timing system in which the position of a linearly acting control valve member for the system is subject to change in a non-hydraulic manner, for example, in response to the operation of a linearly acting electric motor.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawing and the following brief description thereof, to the detailed description of the preferred embodiment, and to the appended claims.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is an end elevational view of a camshaft with an embodiment of a variable camshaft timing system applied thereto;

FIG. 2 is a sectional view taken on line 2—2 of FIG. 1;

FIG. 3 is a view similar to FIG. 1 with a portion of the structure thereof removed to more clearly illustrate other portions thereof;

FIG. 4 is a sectional view taken on line 4—4 of FIG. 1;

FIG. 5 is a sectional view taken on line 5—5 of FIG. 3;

FIG. 6 is an end elevational view of an element of the variable camshaft timing system of FIGS. 1–5;

FIG. 7 is an elevational view of the element of FIG. 6 from the opposite end thereof;

FIG. 8 is a side elevational view of the element of FIGS. 6 and 7;

FIG. 9 is an elevational view of the element of FIG. 8 from the opposite side thereof; and

FIG. 10 is a simplified schematic view of the variable camshaft timing arrangement of FIGS. 1–9;

5,361,735

3

FIG. 11 is a view similar to FIG. 1 of a belt driven variable camshaft timing system according to the present invention;

FIG. 12 is a view taken on line 12—12 of FIG. 11;

FIG. 13 is a view similar to FIG. 12 of an alternative embodiment of the present invention;

FIG. 14 is a schematic view of a control system operator for either the embodiment of FIGS. 11 and 12 or the embodiment of FIG. 13;

FIG. 15 is a schematic view similar to FIG. 14 of an alternative embodiment of a control system operator for either the embodiment of FIGS. 11 and 12 or the embodiment of FIG. 13; and

FIG. 16 is a schematic view similar to FIGS. 14 and 15 of another alternative embodiment of a control system operator for either the embodiment of FIGS. 11 and 12 or the embodiment of FIG. 13.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIGS. 1–10 illustrate an embodiment of the present invention in which a housing in the form of a sprocket 132 is oscillatingly journalled on a camshaft 126. The camshaft 126 may be considered to be the only camshaft of a single camshaft engine, either of the overhead camshaft type or the in block camshaft type. Alternatively, the camshaft 126 may be considered to be either the intake valve operating camshaft or the exhaust valve operating camshaft of a dual camshaft engine. In any case, the sprocket 132 and the camshaft 126 are rotatable together, and are caused to rotate by the application of torque to the sprocket 132 by an endless roller chain 138, shown fragmentarily, which is trained around the sprocket 132 and also around a crankshaft, not shown. As will be hereinafter described in greater detail, the sprocket 132 is oscillatingly journalled on the camshaft 126 so that it is oscillatable at least through a limited arc with respect to the camshaft 126 during the rotation of the camshaft, an action which will adjust the phase of the camshaft 126 relative to the crankshaft.

An annular pumping vane 160 is fixedly positioned on the camshaft 126, the vane 160 having a diametrically opposed pair of radially outwardly projecting lobes 160a, 160b and being attached to an enlarged end portion 126a of the camshaft 126 by bolts 162 which pass through the vane 160 into the end portion 126a. In that regard, the camshaft 126 is also provided with a thrust shoulder 126b to permit the camshaft to be accurately positioned relative to an associated engine block, not shown. The pumping vane 160 is also precisely positioned relative to the end portion 126a by a dowel pin 164 which extends therebetween. The lobes 160a, 160b are received in radially outwardly projecting recesses 132a, 132b, respectively, of the sprocket 132, the circumferential extent of each of the recesses 132a, 132b being somewhat greater than the circumferential extent of the vane lobe 160a, 160b which is received in such recess to permit limited oscillating movement of the sprocket 132 relative to the vane 160. The recesses 132a, 132b are closed around the lobes 160a, 160b, respectively, by spaced apart, transversely extending annular plates 166, 168 which are fixed relative to the vane 160, and, thus, relative to the camshaft 126, by bolts 170 which extend from one to the other through the same lobe, 160a, 160b. Further the inside diameter 132c of the sprocket 132 is sealed with respect to the outside diameter of the portion 160d of the vane 160 which is between the lobes 160a, 160b, and the tips of the lobes 160a, 160b

4

of the vane 160 are provided with seal receiving slots 160e, 160f, respectively. Thus each of the recesses 132a, 132b of the sprocket 132 is capable of sustaining hydraulic pressure, and within each recess 132a, 132b, the portion on each side of the lobe 160a, 160b, respectively, is capable of sustaining hydraulic pressure.

The functioning of the structure of the embodiment of FIGS. 1–9, as thus far described, may be understood by reference to FIG. 10. Hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 132a, 132b by way of a common inlet line 182. The inlet line 182 terminates at a juncture between opposed check valves 184 and 186 which are connected to the recesses 132a, 132b, respectively, by branch lines 188, 190, respectively. The check valves 184, 186 have annular seats 184a, 186a, respectively, to permit the flow of hydraulic fluid through the check valves 184, 186 into the recesses 132a, 132b, respectively. The flow of hydraulic fluid through the check valves 184, 186 is blocked by floating balls 184b, 186b, respectively, which are resiliently urged against the seats 184a, 186a, respectively, by springs 184c, 186c, respectively. The check valves 184, 186, thus, permit the initial filling of the recesses 132a, 132b and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters the line 182 by way of a spool valve 192, which is incorporated within the camshaft 126, and hydraulic fluid is returned to the spool valve 192 from the recesses 132a, 132b by return lines 194, 196, respectively.

The spool valve 192 is made up of a cylindrical member 198 and a spool 200 which is slidable to and fro within the member 198. The spool 200 has cylindrical lands 200a and 200b on opposed ends thereof, and the lands 200a and 200b, which fit snugly within the member 198, are positioned so that the land 200b will block the exit of hydraulic fluid from the return line 196, or the land 200a will block the exit of hydraulic fluid from the return line 194, or the lands 200a and 200b will block the exit of hydraulic fluid from both the return lines 194 and 196, as is shown in FIG. 10, where the camshaft 126 is being maintained in a selected intermediate position relative to the crankshaft of the associated engine.

The position of the spool 200 within the member 198 is influenced by an opposed pair of springs 202, 204 which act on the ends of the lands 200a, 200b, respectively. Thus, the spring 202 resiliently urges the spool 200 to the left, in the orientation illustrated in FIG. 10, and the spring 204 resiliently urges the spool 200 to the right in such orientation. The position of the spool 200 within the member 198 is further influenced by a supply of pressurized hydraulic fluid within a portion 198a of the member 198, on the outside of the land 200a, which urges the spool 200 to the left. The portion 198a of the member 198 receives its pressurized fluid (engine oil) directly from the main oil gallery ("MOG") 230 of the engine by way of a conduit 230a, and this oil is also used to lubricate a bearing 232 in which the camshaft 126 of the engine rotates.

The control of the position of the spool 200 within the member 198 is in response to hydraulic pressure within a control pressure cylinder 234 whose piston 234a bears against an extension 200c of the spool 200. The surface area of the piston 234a is greater than the surface area of the end of the spool 200 which is exposed to hydraulic pressure within the portion 298, and is preferably twice as great. Thus, the hydraulic pressures which act in opposite directions on the spool 200 will be in balance

5,361,735

**5**

when the pressure within the cylinder 234 is one-half that of the pressure within the portion 198a, assuming that the surface area of the piston 234a is twice that of the end of the land 200a of the spool. This facilitates the control of the position of the spool 200 in that, if the springs 202 and 204 are balanced, the spool 200 will remain in its null or centered position, as illustrated in FIG. 10, with less than full engine oil pressure in the cylinder 234, thus allowing the spool 200 to be moved in either direction by increasing or decreasing the pressure in the cylinder 234, as the case may be. Further, the operation of the springs 202, 204 will ensure the return of the spool 200 to its null or centered position when the hydraulic loads on the ends of the lands 200a, 200b come into balance.

The pressure within the cylinder 234 is controlled by a solenoid 206, preferably of the pulse width modulated type (PWM), in response to a control signal from an electronic engine control unit (ECU) 208, shown schematically, which may be of conventional construction. With the spool 200 in its null position when the pressure in the cylinder 234 is equal to one-half the pressure in the portion 198a, as heretofore described, the on-off pulses of the solenoid 206 will be of equal duration; by increasing or decreasing the on duration relative to the off duration, the pressure in the cylinder 234 will be increased or decreased relative to such one-half level, thereby moving the spool 200 to the right or to the left, respectively. The solenoid 206 receives engine oil from the engine oil gallery 230 through an inlet line 212 and selectively delivers engine oil from such source to the cylinder 234 through a supply line 238. Excess oil from the solenoid 206 is returned to a sump 236 through line 210. As is shown in FIGS. 2, 4 and 10, the cylinder 234 may be mounted at an exposed end of the camshaft 126 so that the piston 234a bears against an exposed free end 200c of the spool 200. In this case, as is shown in FIGS. 2 and 4, the solenoid 206 is preferably mounted in a housing 234b which also houses the cylinder 234a.

By using imbalances between oppositely acting hydraulic loads from a common hydraulic source on the opposed ends of the spool 200 to move it in one direction or another, as opposed to using imbalances between a hydraulic load on one end and a mechanical load on an opposed end, the control system of FIG. 10 is capable of operating independently of variations in the pressure of the hydraulic system. Thus, it is not necessary to vary the duty cycle of the solenoid 206 to maintain the spool 200 in any given position, for example, in its centered or null position, as the pressure of the hydraulic fluid changes during the operation of the system. In that regard, it is to be understood that the centered or null position of the spool 200 is the position where no change in camshaft to crankshaft phase angle is occurring, and it is important to be able to rapidly and reliably position the spool 200 in its null position for proper operation of a VCT system.

Make up oil for the recesses 132a, 132b of the sprocket 132 to compensate for leakage therefrom is provided by way of a small, internal passage 220 within the spool 200, from the passage 198a to an annular space 198b of the cylindrical member 198, from which it can flow into the inlet line 182. A check valve 222 is positioned within the passage 220 to block the flow of oil from the annular space 198b to the portion 198a of the cylindrical member 198.

The vane 160 is alternatingly urged in clockwise and counterclockwise directions by the torque pulsations in

**6**

the camshaft 126, as explained in the aforesaid U.S. Pat. Nos. 5,046,460 and 5,002,023, and these torque pulsations tend to oscillate the vane 160, and, thus, the camshaft 126, relative to the sprocket 132. However, in the FIG. 10 position of the spool 200 within the cylindrical member 198, such oscillation is prevented by the hydraulic fluid within the recesses 132a, 132b of the sprocket 132 on opposite sides of the lobes 160a, 160b, respectively, of the vane 160, because no hydraulic fluid can leave either of the recesses 132a, 132b, since both return lines 194, 196 are blocked by the position of the spool 200, in the FIG. 10 condition of the system. If, for example, it is desired to permit the camshaft 126 and vane 160 to move in a counterclockwise direction with respect to the sprocket 132, it is only necessary to increase the pressure within the cylinder 234 to a level greater than one-half that in the portion 198a of the cylindrical member. This will urge the spool 200 to the right and thereby unblock the return line 194. In this condition of the apparatus, counterclockwise torque pulsations in the camshaft 126 will pump fluid out of the portion of the recess 132a and allow the lobe 160a of vane 160 to move into the portion of the recess which has been emptied of hydraulic fluid. However, reverse movement of the vane will not occur as the torque pulsations in the camshaft become oppositely directed unless and until the spool 200 moves to the left, because of the blockage of fluid flow through the return line 196 by the land 200b of the spool 200.

While illustrated as a separate closed passage in FIG. 10, the periphery of the vane 160 has an open oil passage slot, element 160c in FIGS. 1, 3, 6 and 8, which permits the transfer of oil between the portion of the recess 132a on the right side of the lobe 160a and the portion of the recess 132b on the right side of the lobe 160b, which are the non-active sides of the lobes 160a, 160b; thus, counterclockwise movement of the vane 160 relative to the sprocket 132 will occur when flow is permitted through return line 194 and clockwise movement will occur when flow is permitted through return line 196.

Further, the passage 182 is provided with an extension 182a to the non-active side of one of the lobes 160a, 160b, shown as the lobe 160b, to permit a continuous supply of make-up oil to the non-active sides of the lobes 160a, 160b for better rotational balance, improved damping of vane motion, and improved lubrication of the bearing surfaces of the vane 160. It is to be noted that the supply of make-up oil in this manner avoids the need to route the make-up oil through the solenoid 206. Thus, the flow of make-up oil does not affect, and is not affected by the operation of the solenoid 206. Specifically, make-up oil will continue to be provided to the lobes 160a, 160b in the event of failure of the solenoid 206, and it reduces the oil flow rates that need to be handled by the solenoid 206.

The elements of the structure of FIGS. 1–9 which correspond to the elements of FIG. 10, as described above, are identified in FIGS. 1–9 by the reference numerals which were used in FIG. 10, it being noted that the check valves 184 and 186 are disc-type check valves in FIGS. 1–9 as opposed to the ball type check valves of FIG. 10. While disc-type check valves are preferred for the embodiment of FIGS. 1–9, it is to be understood that other types of check valves can also be used.

FIGS. 11 and 12 illustrate an embodiment of the present invention which, like the embodiment of FIGS. 1–10, utilizes an engine oil operated, hydraulic vane

5,361,735

7

pump to change the circumferential position, or phase angle, of a camshaft relative to a crankshaft in an internal combustion engine. However, the embodiment of FIGS. 11 and 12 is suitable for use in an engine which utilizes a cogged timing belt to transmit torque from the crankshaft of the associated engine, not shown, to the camshaft, as opposed to a roller chain 138 in the embodiment of FIGS. 1–10, as some vehicle and engine manufacturers have a preference for belt driven camshafts over chain driven camshafts. In any case, the elements of the embodiment of FIGS. 11 and 12 which correspond in function to the elements of the embodiment of FIGS. 1–10 are identified by a three-digit numeral, the first digit of which is two integers higher than the first digit of the numeral for the corresponding element of the embodiment of FIGS. 1–10, and the last two digits of which are the same as the last two digits of the numeral for the corresponding element of FIGS. 1–10.

Thus, in the embodiment of FIGS. 11 and 12, there is provided a housing in the form of a pulley 332 for a cogged timing belt, the pulley 332 being oscillatingly journalled on a camshaft 326. The pulley 332 and the camshaft 326 are rotatable together, and are caused to rotate by the application of torque to the pulley 332 by an endless cogged timing belt 338, shown fragmentarily, which is trained around the pulley 332 and also around a crankshaft, not shown. As will be hereinafter described in greater detail, the pulley 332 is oscillatingly journalled on the camshaft 326 so that it is oscillatable at least through a limited arc with respect to the camshaft 326 during the rotation of the camshaft 326, an action which will adjust the phase of the camshaft 326 relative to the crankshaft.

An annular pumping vane 360 is fixedly positioned on the camshaft 326, the vane 360 having a diametrically opposed pair of radially outwardly projecting lobes 360a, 360b and being attached to an enlarged end portion 326a of the camshaft 326 by bolts 362 which pass through the vane 360 into the end portion 326a. The lobes 360a, 360b are received in radially outwardly projecting recesses 332a, 332b, respectively, of the pulley 332, the circumferential extent of each of the recesses 332a, 332b being somewhat greater than the circumferential extent of the vane lobe 360a, 360b which is received in such recess to permit limited oscillating movement of the pulley 332 relative to the vane 360. The recesses 332a, 332b are closed around the lobes 360a, 360b, respectively, by spaced apart, transversely extending annular plates 366, 368 which are fixed relative to the pulley 332 by bolts 370 which extend from one of the plates 366, 368 to the other through the pulley 332. Further, the tips of the lobes 360a, 360b are sealed against an inside diameter 332c of the recesses 332a, 332b of the pulley 332 by seal means, not shown. Thus, each of the recesses 332a, 332b of the pulley 332 is capable of sustaining hydraulic pressure, and within each recess 332a, 332b, the portion on each side of the lobe 360a, 360b, respectively, is capable of sustaining hydraulic pressure.

As in the case of the embodiment of FIGS. 1–10, hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 332a, 332b by way of a common inlet line, not shown. The inlet line terminates at a juncture between opposed check valves 384, 386. The hydraulic fluid enters the inlet line by way of a spool valve 392 which is positioned within an end of the camshaft 326. The spool valve 392 is provided with

8

a spool 400 which is slidable to and fro with respect to and along the longitudinal axis of the camshaft 326 to thereby controllably permit hydraulic fluid to be exhausted from one or another of the recesses 332a, 332b in reaction to the direction of torque pulsations in the camshaft 326, which will vary during the normal rotation thereof as is explained in the aforesaid U.S. Pat. Nos. 5,002,023 and 5,046,460. In turn, the controlled exhaustion of hydraulic fluid from one or another of the recesses 332a, 332b will result in a controlled changing of the phase angle of the camshaft 326 relative to the pulley 332, and thus, relative to the associated crankshaft.

To prevent the hydraulic fluid which is within the recesses 332a, 332b and within the associated lines leading thereto and therefrom from contacting the portion of the pulley 332 which engages the timing belt 338, an annular seal 442 is provided between the annular plate 366 and the cylinder head or engine block C to permit the pulley 332 and the plate 366 to sealingly oscillate relative to the cylinder head or engine block C, and also relative to the camshaft 326. In that regard, annular seals 450, 452 are positioned between the plate 366 and the pulley 332, and between the plate 368 and the pulley 332, respectively. Further, an outermost end 400c of the spool 400, and end which is acted on by a longitudinally acting control system operator as will be hereinafter described more fully, is enclosed within an annular flexible diaphragm 446, the annulus of which sealingly engages a rigid disc element 448. The disc element 448, in turn, is longitudinally aligned with the spool 400 and is positioned to act against the end 400c thereof against the effect of a spring 402 which acts on the other end thereof. The periphery 446a of the diaphragm 446, in turn, is sealingly affixed to the inside of a longitudinally extending annular shoulder 368a of the annular cover plate 368. All of the return oil flow from the camshaft 326 occurs within the flexible diaphragm 446, as is indicated by the arrow A in FIG. 13.

In the embodiment of FIG. 13, the elements which correspond in function to the elements of the embodiment of FIGS. 11 and 12 are identified by a three digit numeral, the first digit of which is two integers higher than the first digit of the numeral for the corresponding element of FIGS. 11 and 12, and the last two digits of which are the same as the last two digits of the numeral for the corresponding element of FIGS. 11 and 12.

Thus, in the embodiment of FIG. 13, there is provided a housing in the form of a pulley 532 for a cogged timing belt, the pulley 532 being oscillatingly journalled on a camshaft 526. The pulley 532 and the camshaft 526 are rotatable together, and are caused to rotate by the application of torque to the pulley 532 by an endless cogged timing belt, not shown, which is trained around the pulley 532 and also around a crankshaft, also not shown. As will be hereinafter described in greater detail, the pulley 532 is oscillatingly journalled on the camshaft 526 so that it is oscillatable at least through a limited arc with respect to the camshaft 526 during the rotation of the camshaft 526, an action which will adjust the phase of the camshaft 526 relative to the crankshaft.

An annular pumping vane 560 is fixedly positioned on the camshaft 526, the vane 560 having a diametrically opposed pair of radially outwardly projecting lobes 560a, 560b and being attached to an enlarged end portion 526a of the camshaft 526 by bolts 562 which pass through the vane 560 into the end portion 526a. The lobes 560a, 560b are received in radially outwardly

5,361,735

9

projecting recesses 532a, 532b, respectively, of the pulley 532, the circumferential extent of each of the recesses 532a, 532b being somewhat greater than the circumferential extent of the vane lobe 560a, 560b which is received in such recess to permit limited oscillating movement of the pulley 532 relative to the vane 560. The recesses 532a, 532b are closed around the lobes 560a, 560b, respectively, by spaced apart, transversely extending annular plates 566, 568 which are fixed relative to the pulley 532 by bolts 570 which extend from one of the plates 566, 568 to the other through the pulley 532. Further, the tips of the lobes 560a, 560b are sealed against an inside diameter 532c of the recesses 532a, 532b of the pulley 532 by seal means, not shown. Thus, each of the recesses 532a, 532b of the pulley 532 is capable of sustaining hydraulic pressure, and within each recess 532a, 532b, the portion on each side of the lobe 560a, 560b, respectively, is capable of sustaining hydraulic pressure.

As in the case of the embodiment of FIGS. 11 and 12, hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 532a, 532b by way of a common inlet line, not shown. The inlet line terminates at a juncture between opposed check valves, only one of which, the check valve 584, is shown in FIG. 13. The hydraulic fluid enters the inlet line by way of a spool valve 592 which is positioned within an end of the camshaft 526. The spool value 592 is provided with a spool 600 which is slidable to and fro with respect to and along the longitudinal axis of the camshaft 526 to thereby controllably permit hydraulic fluid to be exhausted from one or another of the recesses 532a, 532b in reaction to the direction of torque pulsations in the camshaft 526, which will vary during the normal rotation thereof as is explained in the aforesaid U.S. Pat. Nos. 5,002,023 and 5,046,460. In turn, the controlled exhaustion of hydraulic fluid from one or another of the recesses 532a, 532b will result in a controlled changing of the phase angle of the camshaft 526 relative to the associated crankshaft.

To prevent the hydraulic fluid which is within the recesses 532a, 532b and within the associated lines leading thereto and therefrom from contacting the portion of the pulley 532 which engages the timing belt 538, a longitudinally spaced apart pair of annular seals 642, 644 is provided between the pulley 532 and the annular plates 566, 568, respectively, to permit the pulley 532 and the plates 566, 568 to sealingly oscillate relative to the camshaft 526 and the cylinder head or engine block C1. In that regard, annular seals 650,652 are positioned between the plate 566 and the pulley 532, and between the plate 568 and the pulley 532, respectively. Further, an outermost end 600c of the spool 600, an end which is acted on by a longitudinally acting control system as will be hereinafter described more fully, is positioned to be directly contacted by such a control system operator. To prevent the flow of hydraulic fluid from within the camshaft 526 to the control system operator an annular seal 680 is provided between the end 600c of the spool 600 and the portion of the camshaft 526 which surrounds the end 600c.

The control system operators which are schematically illustrated in FIGS. 14–16 are specifically illustrated in conjunction with the embodiment of the variable camshaft timing system invention which is illustrated in FIG. 13, but it is to be understood that the control system operators of FIGS. 14–16 can also be used in conjunction with other embodiments of the

10

variable camshaft timing system of the present invention, including, but not limited to, that of FIGS. 11 and 12. Specifically, the spool 600 is caused to move longitudinally within the spool valve 592 to the right in the illustrated arrangement, against the biasing return force of the return spring 602. In the embodiment of FIG. 14, the movement of the spool 600 is actuated by the head portion 682a of a lead screw 682 which is longitudinally aligned with the spool 600. The lead screw 682, which is urged to its fully advanced position by a spring 684, is caused to linearly extend or retract, as the case may be, by the rotary motion of a drive shaft of an electrical motor 686. The motor 686 is illustrated schematically and is preferably in the form of a stepper motor for precise control over the number and magnitude of the increments of extend and retract movements of the spool 600. The operation of the motor 686, in turn, is controlled by an engine control unit (ECU) 608, which corresponds in construction and function to the engine control unit 208 of FIG. 10. The spring 684 can be eliminated by directly connecting the lead screw 682 to the spool 660. However, this is not preferred since the spool 600 is biased against the lead screw 682 by the spring 602, and the spring 684 serves to offset the force on the lead screw 682 as a result of the action of spring 602.

In the embodiment of FIG. 15 the rotary to linear motion translation function of the motor 686 and the lead screw 682 of FIG. 14 is performed by an axial face cam 782 which is caused to rotate in small increments by the operation of a stepper or other electrical motor 786. The axis of rotation of a drive shaft the motor 786 is aligned with the longitudinal axis of the spool 600 and the operation of the motor 786 is also controlled by an engine control unit (ECU) 708, which is analogous in construction and function to the engine control unit 608 of the embodiment of FIG. 14.

In the embodiment of FIG. 16, the rotary to linear motion translation function of the motor 686 and the lead screw 682 of FIG. 14, and of the motor 786 and axial face cam 782 of FIG. 15, is performed by a rotary cam 882 which is caused to rotate in small increments by the operation of a stepper or other electrical motor 886. The axis of rotation of a drive shaft of the motor 886 extends perpendicularly to the longitudinal axis of the spool 600, and the operation of the motor 886 is also controlled by an engine control unit (ECU) 808, which is analogous in construction and function to the engine control unit 608 of the embodiment of FIG. 14 and to the engine control unit 708 of the embodiment of FIG. 15.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. A method of varying a relative phase position between a rotatable camshaft and a rotatable crankshaft in an internal combustion engine having a rotatable camshaft and a rotatable crankshaft, the camshaft being position variable relative to the crankshaft and being subject to torque reversals during the operation thereof, the method comprising:

5,361,735

11

providing oppositely acting first and second hydrau-
lic means for varying the position of the camshaft
relative to the crankshaft;

providing timing belt means for transmitting rota-
tional movement from the crankshaft to the cam-  5
shaft;

varying the position of the camshaft relative to the
crankshaft by transferring hydraulic fluid from one
of the first and second hydraulic means to the other
of the first and second hydraulic means; and  10

actuating the means for varying the position of the
camshaft relative to the crankshaft in reaction to
torque reversals in the camshaft.

2. The method according to claim 1 wherein the
oppositely acting first and second hydraulic means com-  15
prise first and second circumferentially spaced apart
lobes of a vane, the vane being attached to the camshaft,
wherein the second members of the first and second
hydraulic means comprise first and second circumferen-
tially spaced apart recesses of a housing in the form of a  20
pulley adapted to be driven by the timing belt means,
each of the first and second recesses of the housing
receiving one of the first and second lobes and permit-
ting oscillating movement of one of the first and second
lobes therein.  25

3. The method according to claim 2 wherein the
means for varying the position of the housing relative to
the camshaft comprises means for permitting the posi-
tion of the housing to move in a first direction relative
to the camshaft in reaction to a torque pulse in the cam-  30
shaft in a first direction, means for preventing the posi-
tion of the housing from moving relative to the cam-
shaft in a second direction in reaction to a torque pulse
in the camshaft in a second direction, and means for
selectively reversing the first and second directions of  35
the movement of the housing relative to the camshaft
with respect to the first and second directions of torque
pulses in the camshaft.

4. The method according to claim 3 wherein each of
the recesses is capable of sustaining hydraulic pressure,  40
wherein each of the lobes divides the recess in which it
is received into a first portion and a second portion, and
wherein the varying of the position of the housing rela-
tive to the camshaft comprises:

transferring hydraulic fluid into one of the first por-  45
tion and the second portion of each of the recesses.

5. The method according to claim 4 wherein the
varying of the position of the housing relative to the
camshaft further comprises:

simultaneously transferring hydraulic fluid out of the  50
other of the first portion and the second portion of
each of the recesses.

6. The method according to claim 4 wherein the
hydraulic fluid is engine lubricating oil from a main oil
gallery of the engine.  55

7. An internal combustion engine comprising:

a crankshaft, said crankshaft being rotatable about an
axis;

a camshaft, said camshaft being rotatable about a
second axis, said second axis being parallel to said  60
axis, said camshaft being subject to torque reversals
during the rotation thereof;

oppositely acting first and second hydraulic means
for varying the position of the camshaft relative to
the crankshaft, each of said first and second hy-  65
draulic means having a first member attached to
said camshaft, being rotatable with said camshaft
and being non-oscillatable with respect to said

12

camshaft, each of said first and second hydraulic
means further having a second member, each of the
second members being rotatable with said camshaft
and being oscillatable with respect to said cam-
shaft;

timing belt means for transmitting rotary movement
from the crankshaft to the second members of the
first and second hydraulic means; and

means reactive to torque reversals in the camshaft for
varying the positions of the second members of the
first and second hydraulic means relative to the
camshaft.

8. An internal combustion engine according to claim
7 wherein the first members of said first and second
hydraulic means comprise first and second circumferen-
tially spaced apart lobes of a vane, said vane being at-
tached to said camshaft, and wherein the second mem-
bers of said first and second hydraulic means comprise
first and second circumferentially spaced apart recesses
of a housing in the form of a pulley adapted to be driven
by said timing belt means, each of the first and second
recesses of said housing receiving one of the first and
second lobes and permitting oscillating movement of
said one of said first and second lobes therein.

9. An engine according to claim 8 wherein said means
reactive to torque reversals comprises control means for
permitting the housing to move in a first direction rela-
tive to the camshaft in reaction to a torque pulse in the
camshaft in a first direction and for preventing the hous-
ing from moving in a second direction relative to the
camshaft in reaction to a torque pulse in the camshaft in
a second direction.

10. An engine according to claim 9 wherein each of
said first and second lobes respectively divides each of
said first and second recesses into a first portion and a
second portion, wherein said control means comprises
means for transferring hydraulic fluid into one of said
first portion and said second portion of each of said first
and second recesses, each of said one of said first por-
tion and said second portion of each of said first and
second recesses being capable of sustaining hydraulic
pressure and further comprising annular seal means for
sealing the timing belt means and the portion of the
housing which is contacted by the timing belt means
from contact with the hydraulic fluid.

11. An engine according to claim 10 wherein said
control means comprises means for simultaneously
transferring hydraulic fluid out of the other of said first
portion and second portion of said each of said first and
second recesses.

12. An engine according to claim 11 wherein each of
said first portion and said second portion of each of said
first and second recesses is capable of sustaining hydrau-
lic pressure, and wherein said control means is capable
of being reversed to transfer hydraulic fluid out of said
one of said first portion and said second portion of said
each of said first and second recesses and to transfer
hydraulic fluid into said other of said first portion and
said second portion of said each of said first and second
recesses, said engine further comprising:

an engine control unit response to at least one engine
operating condition for selectively reversing the
operation of said control means.

13. An engine according to claim 12 wherein said
hydraulic fluid comprises engine lubricating oil, and
further comprising:

conduit means for transferring engine lubricating oil
from a portion of said engine to said control means.

5,361,735

**13**

14. An engine according to claim 13 wherein said control means includes a spool valve, said spool valve having a body and a spool member which is adapted to move longitudinally within said body, said spool member having an outermost end, force means for selectively imposing a force on said spool member to move said spool member away from said force means, and seal means for preventing the engine lubricating oil from contacting said force means.

15. An engine according to claim 14 wherein said force means comprises a rotary, electrically operated motor and rotary to linear motion translation means aligned with said spool for converting rotary motion of said motor into linear motion.

**14**

16. An engine according to claim 15 wherein said motor is a stepper motor.

17. An engine according to claim 15 wherein said rotary to linear motion translation means comprises a lead screw.

18. An engine according to claim 15 wherein said rotary to linear motion translation means comprises an axial face cam.

19. An engine according to claim 15 wherein said motor has a drive shaft with an axis of rotation which extends generally perpendicularly of said spool, and wherein said rotary to linear motion translation means is a rotary cam which is carried on said drive shaft and which is rotatable therewith.

* * * * *