# Exhibit 23

# REDACTED

# Exhibit 24

# REDACTED

# Exhibit 25

# REDACTED

# Exhibit 26

**REDACTED**