# EXHIBIT 3

Contains BorgWarner Confidential AEO Information

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC. ) ) ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-048-SLR |
| ) | |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., ) ) ) | |
| Defendants. ) | |

|  |
|---|
| BORGWARNER INC., ) |
| ) |
| Counterclaimant, ) |
| ) |
| v. ) |
| ) |
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC. ) ) |
| ) |
| Counterdefendants. ) |

## EXPERT REPORT OF ROBERT KUHN, P.E. ON
## THE INVALIDITY OF U.S. PATENT NO. 5,497,738

**Contains BorgWarner Confidential AEO Information**

In accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Hitachi Ltd. and Hitachi Automotive Products (USA), Inc. hereby disclose the following report of Robert Kuhn, who may be used at trial to present evidence.

## I.    INTRODUCTION

1.    I have been retained by the firm of Foley & Lardner LLP, which represent Plaintiffs Hitachi Ltd. and Hitachi Automotive Products (USA), Inc. (collectively "Hitachi") in this case, as an expert in variable camshaft timing (VCT) systems. My expertise related to this case includes knowledge in the design and operation of VCTs; hydraulic control systems in automobiles; knowledge of the design and operation of spool valves, and related control systems, in hydraulic control systems in automobiles; and knowledge of the overall design, component interaction and operation of automotive engines, including variable camshaft timing components, and various aspects of the engine control unit and other devices commonly used in automobiles.

2.    Within the past four years, I have provided expert testimony in the cases listed in my curriculum vitae, attached hereto as Exhibit 1.

3.    My employer, Exponent, Inc., charges $235 per hour for my services. This includes preparation for testimony in depositions or in court. Exponent's payment and my salary from Exponent are not dependent on or related in any manner to the outcome of the current litigation. In other words, neither I nor Exponent have any financial interest in the outcome of this litigation.

## II.    QUALIFICATIONS

4.    I joined Exponent in 2003. Exponent is a technical consulting firm. I am currently employed as a Managing Engineer in Exponent's Vehicle Engineering Practice. While working for Exponent I have been retained as a consultant for a variety of design

Contains BorgWarner Confidential AEO Information

A.    **The Butterfield Article Renders Claim 10 of the '738 Patent Invalid**

56.    The article "A Unique Approach to Design of a VCT Mechanism" (HIT 0441379-83) by Roger Butterfield ("Butterfield Article") (Exhibit 28) discloses a vane-type CTA VCT. Butterfield Article, at 1, ¶ 2 (Ex. 28). I have been advised by Hitachi's counsel that this article was publicly available in September 1991. BorgWarner has several issued patents describing the VCT system described in this article, including the '659 patent (Ex. 19) and the '804 patent (Ex. 18), which list Roger Butterfield as an inventor. The person of ordinary skill in the art would readily recognize that the VCT system described in the Butterfield Article is that shown in the '804 and '659 patents, *e.g.*, Figs. 18, 19, and 22 of the '804 patent (Ex. 18) or Fig. 12 of the '659 patent (Ex. 19).

57.    As recognized by the person of ordinary skill in the art, the VCT system described in the Butterfield article (Ex. 28) includes a crankshaft, a crankshaft sprocket, a camshaft and a camshaft sprocket. *See also* '804 patent, at 5:44-6:5, and Figs. 3-8 (Ex. 18). A chain or belt connects the crankshaft sprocket with the camshaft sprocket. *Id.*

58.    The Butterfield Article (Ex. 28) discloses the same vane structure described in the '738 patent (Ex. 3) under BorgWarner's interpretation. In particular, (a) a rotor with vanes attached to the camshaft, (b) a vane housing with an integral sprocket mounted on the camshaft (co-planar with the rotor) to provide chambers between the vanes and the housing, where the vane housing is rotatable with and oscillatable with respect to the camshaft, (c) vane chambers including an advance chamber and retard chamber, and (d) a hydraulic control system to direct oil flow between advance and retard chambers to either advance or retard the position of the rotor/vane assembly in relation to the chamber/sprocket assembly. Butterfield Article, at 1, ¶¶ 3-4, and 2, ¶ 2 (Ex. 28).

20

**Contains BorgWarner Confidential AEO Information**

prior art references, *i.e.*, Butterfield '659 patent (Ex. 19), Strauber '774 patent (Ex. 7), Linder '477 patent (Ex. 8) and Hendrixon '420 patent (Ex. 45). In particular, the Bruss Patent (Ex. 6) combines many features of the '738 patent into a single disclosure (*see* Section VIII, B above), showing that there was a motivation to combine many of the relevant features from these four references. In sum, the Bruss Patent (Ex. 6) would have been a more complete disclosure of the claim elements had it been disclosed to the USPTO.

Date:    September 6, 2006

Robert Kuhn, P.E.

# EXHIBIT 4

**Page 1**

```
 1
 2          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
 3
 4   HITACHI, LTD., and UNISIA NORTH )
     AMERICA, INC.,                  )
 5        Plaintiffs,                )
                                     ) Civil Action No:
 6        v.                         ) 05-048-SLR
                                     )
 7   BORGWARNER INC., and            )
     BORGWARNER MORSE TEC INC.,      )
 8        Defendants.                )
     ------------------------------- )
 9   BORGWARNER INC.,                )
          Counterclaimant,           )
10                                   ) Civil Action No:
          v.                         ) 05-048-SLR
11                                   )
     HITACHI, LTD., and UNISIA NORTH )
12   AMERICA, INC.,                  )
          Counterdefendants.         )
13   ------------------------------- )
14
15            VIDEOTAPED DEPOSITION
                      of
16              MS. SARAH ROGERS
17
     On Tuesday, 24th January 2006
18
19
20
21   Taken at:
         Institute of Mechanical Engineers,
22       1 Birdcage Walk,
         Westminster,
23       London SW1H 9JJ,
         England
24
25       Reported by: Alan Bell MBIVR
```

**Page 2**

```
 1
 2          A P P E A R A N C E S
 3   On behalf of the Plaintiffs:
 4      FOLEY & LARDNER LLP
        Washington Harbour,
 5      3000 K Street, Suite 500,
        Washington, DC 20007-5143
 6
 7         By:  MR. C. EDWARD POLK
 8   On behalf of the Defendants:
 9      SIDLEY AUSTIN LLP
        One South Dearborn,
10      Chicago, Illinois 60603
11         By:  MS. LARA V. HIRSHFELD
12
     On behalf of the Institute of Mechanical
13   Engineers:
14      BRISTOWS
        3 Lincoln's Inn Fields,
15      London WC2A 3AA
        England
16
17         By:  MS. LAURA REYNOLDS
18   Also in attendance:
19      Mr. Mike Claxton
20
21
22   Court Reporter:
        Alan J. Bell MBIVR
23      Marten Walsh Cherer Ltd.,
        Midway House
24      27/29 Cursitor Street,
        London EC4A 1LT
25
```

**Page 3**

```
 1
 2                I N D E X
 3   Deponent                    Page
 4   MS. SARAH ROGERS
 5   Errata                        4
     Direct Examination by Mr. Polk        7
 6   Cross-Examination by Ms. Hirshfeld    83
     Redirect Examination by Mr. Polk      96
 7
 8          ----------
 9       Exhibits marked during this deposition
10      Exhibit              Page
11       1                    13
         2                    15
12       3                    25
         4                    35
13       5                    37
         6                    40
14       7                    40
         8                    40
15       9                    40
        10                    53
16      11                    56
        12                    68
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1
 2          E R R A T A
        (Please make any corrections here,
 3          not in the transcript)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1 (Pages 1 to 4)

ROGERS

```
 1                      ROGERS
 2   (The deposition commenced at 3.06 p.m.)
 3          THE VIDEOGRAPHER:  On 24th January
 4   2006 in the United States District Court for the
 5   District of Delaware, Civil Action No. 05-048-SLR
 6   in the case Hitachi Ltd. and Unisia North America,
 7   Inc., Plaintiffs v. Borgwarner Inc., and
 8   Borgwarner Morse Tec Inc., Defendants.  Borgwarner
 9   Inc., Counterplaintiffs v. Hitachi Ltd., and
10   Unisia North America, Inc., Counterdefendants.
11          This is the deposition of Ms. Sarah
12   Rogers, held at the Institute of Mechanical
13   Engineers in Birdcage Walk, Westminster, London.
14          MR. POLK:  I guess normally we get
15   the counsels' names on the record.  For the
16   plaintiff Hitachi, Edward Polk from Foley &
17   Lardner.
18          MS. HIRSHFELD:  For the defendant
19   Lara Hirshfeld, Sidley Austin.
20          MS. REYNOLDS:  Laura Reynolds of
21   Bristows for the Institute of Mechanical
22   Engineers.
23          MR. POLK:  Lara, I am going to ask
24   if are there any objections to stipulating that
25   the oath that is about to be administered will
```

Page 5

ROGERS

```
 1   have the same force and effect as if administered
 2   by a Registered Professional Reporter and Notary
 3   Public in the United States?
 4          MS. HIRSHFELD:  Excuse me?  I
 5   couldn't hear.
 6          MR. POLK:  I am sorry.  I said I am
 7   going to request that we stipulate that the oath
 8   that is about to be administered to the witness
 9   will have the same force and effect as if
10   administered by a professional reporter and Notary
11   in the United States?
12          MS. HIRSHFELD:  Who will be
13   administering the oath?
14          MR. POLK:  The court reporter.
15          MS. HIRSHFELD:  OK, that is fine.
16          MS. SARAH ROGERS, SWORN
17          MR. POLK:  Lara, for the record,
18   since counsel may not be familiar with the US
19   procedure, since we have to specifically ask for
20   the opportunity to review, correct and sign
21   pursuant to Federal Rules, I will ask counsel if
22   she would like to state that on the record.
23          MS. REYNOLDS:  Yes, we would like a
24   copy of the transcript to check and confirm that
```

Page 6

ROGERS

```
 1   the contents are accurate.
 2          MR. POLK:  Any objections, Lara?
 3          MS. HIRSHFELD:  No.
 4   DIRECT EXAMINATION BY MR. POLK
 5      Q.   Ms. Rogers, would you please state
 6   your name and address for the record.
 7      A.   My name is Sarah Rogers and my
 8   address is 6 Kinderton Close(?), London.
 9      Q.   Have you ever been deposed before?
10      A.   No.
11      Q.   Let me give you a little
12   understanding of what is going to happen today.  I
13   am going to ask a series of questions for you to
14   answer.  My questions and your answers will be
15   recorded by the court reporter and obviously, as
16   you see, by the videographer.
17          Please speak up so that the court
18   reporter can be able to accurately record your
19   answers.  He cannot record a head nod so if it is
20   yes, please say "Yes", rather than nodding your
21   head.  If you don't understand one of my questions
22   please let me know and I will try to rephrase it
23   so it is a little more understandable.
24          If at any point you need to take a
```

Page 7

ROGERS - POLK

```
 1   break, please feel free to do so.  We have some
 2   refreshments, or if you need something to eat or
 3   even if you need to take a bathroom break, that is
 4   fine at any time.
 5          Feel free to consult your attorney
 6   at any time.  The only question that I ask is that
 7   you not consult while a question is pending.  If
 8   you need some clarification, ask me to clarify it
 9   for you.
10          Finally, is there anything you can
11   think of that would prevent you from giving honest
12   and accurate testimony today?
13      A.   No.
14      Q.   Are you currently employed?
15      A.   Yes.
16      Q.   And by whom?
17      A.   By the Institution of Mechanical
18   Engineers.
19      Q.   And how long have you been employed
20   by -- I am going to call them IMechE, is that OK?
21      A.   OK.
22      Q.   How long have you been employed by
23   IMechE?
24      A.   Almost six years.
```

Page 8

2 (Pages 5 to 8)

ROGERS - POLK

1
2    Q.    OK, and what is your current
3    position with IMechE?
4        A.    My current position is head of the
5    Library Service.
6        Q.    And how long have you been head of
7    Library Service?
8        A.    For about six months.
9        Q.    What was your position prior to
10   being head of Library Service?
11       A.    I was an information officer in the
12   library.
13       Q.    And how long were you an
14   information officer?
15       A.    For almost five years.
16       Q.    And if I could do my math today
17   that would put you some time around 2000 when you
18   were ----
19       A.    21st February 2000 was when I
20   joined.
21       Q.    What did you do prior to joining
22   IMechE?
23       A.    I worked in the library for Barnett
24   College.
25       Q.    OK, and how long?

Page 9

ROGERS - POLK

1
2        A.    Six months.
3        Q.    What are your responsibilities as
4    head of Library Services?
5        A.    My responsibilities are to oversee
6    the service and make sure that we meet the
7    information needs of our members.
8        Q.    OK. Anything else?
9        A.    Obviously to make sure that we
10   comply to standards in the information and UK.
11       Q.    What were your responsibilities as
12   an information officer during that five year
13   period?
14       A.    My main roles were to answer
15   enquiries, to abstract and to enter details of
16   papers on our catalogue and just develop the
17   service, market the service and develop our
18   electronic resources.
19       Q.    OK, when you say -- I believe you
20   said answer enquiries, was that it?
21       A.    Yes.
22       Q.    What do you mean by answer
23   enquiries?
24       A.    It is probably the main thing that
25   the library does. Either members or non-members

Page 10

ROGERS - POLK

1
2    can basically ask for information. They could be
3    interested in anything really, Formula 1 cars, or
4    they can ask us particular units of information,
5    and we will try and find either individual facts
6    or it may be we do literature reviews for them to
7    find out what has been published on a particular
8    subject.
9        Q.    OK, and are you familiar with
10   IMechE's current practices and procedures?
11       A.    Yes.
12       Q.    And how did you obtain that
13   knowledge?
14       A.    Because I have worked here and I've
15   obviously been involved in writing some of the
16   procedures.
17       Q.    OK, and which procedures are those?
18       A.    I have been involved in writing the
19   procedures, some of the library procedures, our
20   current procedures.
21       Q.    What I am asking is what do they
22   relate to?
23       A.    What do they relate to?  They
24   relate to how our cataloguing -- how our
25   cataloguing processes and our enquiry processes,

Page 11

ROGERS - POLK

1
2    basically our whole how our enquiry -- how we
3    respond to people and what timeframe.  All our
4    procedures, basically, for everything we do.
5        Q.    And are you familiar with the
6    practices and procedures used by the IMechE
7    library in 1991?
8        A.    I didn't work here in 1991 but I
9    can kind of, in 2000 I imagine that they were
10   similar procedures as to what they were in 1991,
11   because they used a similar system.
12       Q.    Have you spoken to anyone who was
13   here?
14       MS. HIRSHFELD:  Objection,
15   foundation.
16       MR. POLK:  I couldn't hear your
17   objection, counsel.
18       MS. HIRSHFELD:  Objection,
19   foundation.
20   BY MR. POLK:
21       Q.    Have you spoken to anyone who was
22   here around the 1991 timeframe to understand the
23   practices and procedures that were in place back
24   then?
25       A.    My colleague, Mike Claxton, was

Page 12

MARTEN WALSH CHERER LTD          27-29 CURSITOR STREET          LONDON EC4A 1LT
TELE: 020 7405 5010          E-MAIL: info@martenwalshcherer.com          FAX: 020 7405 5026

ROGERS - POLK

1 here in 1991 and he -- I've spoken to him about
2 what the procedures would have been in 1991.
3     Q.    OK, and are you familiar with the
4 practices and procedures used by the IMechE
5 library in 1992?
6     A.    In 1992 I imagine they would be the
7 same as 1991, so yes, there wouldn't have been
8 that much difference. There wouldn't have been a
9 difference.
10    (Exhibit 1 was marked for identification)
11    Q.    I am going to hand you what has
12 been marked as IMechE Exhibit Number 1. This is
13 your copy, counsel. Lara, this is the deposition
14 notice. It has been marked as Exhibit 1. Could
15 you please take a look through this document and
16 let me know when you have had a chance to review
17 it. I guess, just to save time, it might be
18 helpful if you just look at the deposition topics,
19 although you are free to look at the whole
20 document if you need to.
21    A.    Yes, I've had a look at them.
22    Q.    And looking at the topics now, are
23 you prepared to discuss the topics that are listed
24 in Exhibit 1, topics 1 through 5?

Page 13

ROGERS - POLK

1     A.    Yes, I am prepared to answer
2 questions on those.
3     Q.    And you understand that you are
4 here to answer these questions on behalf of the
5 Institute of Mechanical Engineers?
6     A.    Yes.
7     Q.    I think you have already said this.
8 Forgive me for being a little redundant, but does
9 IMechE have a library?
10    A.    Yes.
11    Q.    And how long has the library
12 existed?
13    A.    Probably from the beginning of the
14 institution.
15    Q.    When was that?
16    A.    1847.
17    Q.    And what materials, if any, are
18 kept in the IMechE library?
19    A.    Sorry, what?
20    Q.    I said what materials, if any, are
21 kept in the IMechE library?
22    MS. HIRSHFELD:   Objection, form.
23    A.    Books; standards; copies, all the
24 IMechE publications since 1847; journals; archive

Page 14

ROGERS - POLK

1 materials; original documents.
2     Q.    And do you keep seminar materials?
3     A.    Yes.
4     Q.    And does IMechE have members?
5     A.    Yes.
6     Q.    Do you know how many current
7 members there are with IMechE?
8     A.    There are approximately 75,000.
9    (Exhibit 2 was marked for identification)
10    Q.    Lara, for the record, I did not
11 send you Exhibit 2. This is something I just
12 found this morning in the library. For the
13 record, it is a copy of Engineering News from
14 November 1991. It gives you an indication of the
15 membership -- the size of the membership from
16 1991. I will produce this when I get back to the
17 United States. Let me know when you have had a
18 chance to look through ----
19    MS. HIRSHFELD:   I am going to
20 object to questioning on this document that I
21 haven't even seen.
22    MR. POLK:   Objection noted,
23 counsel.
24    Q.    Tell me when you have had a chance

Page 15

ROGERS - POLK

1 to look through Exhibit 2.
2     A.    Yes, I've had a look through it.
3     Q.    Looking at Exhibit 2, do you know
4 what this is?
5     A.    Yes, it is a copy of the front page
6 of one of the IMechE publications, Engineering
7 News.
8     Q.    OK, and what is Engineering News?
9     A.    It used to be sent out to all
10 members. It is like the institution's paper.
11    Q.    OK, and during what time period was
12 it sent to members?
13    A.    It was -- I don't know when it
14 ended. It was during the 90s. I think it
15 finished about '97.
16    Q.    Do you know when it started?
17    A.    Not for definite, no.
18    Q.    Looking at the date here, of
19 November '91, does that help refresh your
20 recollection of when it may have started?
21    A.    It was going through the 80s as
22 well. I don't know, it was about '86. It was
23 maybe a ten year period, but I don't know for
24 definite.

Page 16

4 (Pages 13 to 16)

ROGERS - POLK

1
2     Q.    If you look at Exhibit 2, it has an
3  article where it says: "Membership hits an all
4  time high - and will grow!"  Could you please just
5  take a look at that particular article and in
6  particular I am looking at where it says in 1990:
7  "Total membership over the year from September
8  1990 has averaged 77,860 and is set to rise."  Do
9  you see that section?
10    A.    Yes.
11    Q.    Do you have an understanding of
12 what that means?
13    A.    That is saying that's how many
14 members there were in 1990.
15    Q.    And is that consistent with your
16 understanding of the membership that was with
17 IMechE around 1990?
18    A.    Yes.  Yes, it is similar; similar
19 amount to today.
20    Q.    And do you know how many members
21 IMechE had, around, in, say, 1991?
22    A.    I would have thought, well, it
23 would have been a similar number to here.  I mean,
24 possibly more because obviously they're saying it
25 was growing, but it would have been a similar

Page 17

---

ROGERS - POLK

1
2  amount.
3     Q.    OK, how about 1992?
4     A.    Again, it would be a similar
5  number.
6     Q.    OK.  When you say the Engineering
7  News was distributed to your membership; the
8  entire membership it was distributed to?
9     A.    Yes, I think it was sent out to the
10 entire membership.
11    Q.    OK.  How often, I know it is no
12 longer published, but was Engineering News an
13 official IMechE ----
14    MS. HIRSHFELD:  Ed, I would like to
15 put on the record a Rule 602 objection.
16    MR. POLK:  OK, and your basis?
17    MS. HIRSHFELD:  My basis is lack of
18 personal knowledge.
19    MR. POLK:  As to?
20    MS. HIRSHFELD:  As to what was
21 going on with IMechE in the '91/'92 timeframe.
22    MR. POLK:  And you understand she
23 is here as a 30(b)(6) witness?
24    MS. HIRSHFELD:  I do not understand
25 that.

Page 18

---

ROGERS - POLK

1
2     MR. POLK:  We have styled this as a
3  Rule 30(b)(6) deposition, so she is here based on
4  not her personal knowledge, but she is speaking on
5  behalf of the institution, which, as we understand
6  Rule 30(b)(6), allows her to speak to members who
7  were here to gain that knowledge, as any 30(b)(6)
8  witness.
9     MS. HIRSHFELD:  I am going to leave
10 my objection.
11    MR. POLK:  OK, noted for the
12 record, counsel.
13    Q.    How often was Engineering News
14 published?
15    A.    Monthly.
16    Q.    OK, and it was monthly during the
17 period some time around the, say, late 80s to, I
18 guess, late 90s, mid-to late 90s?
19    A.    Yes.
20    Q.    And does the IMechE library keep
21 copies of IMechE's Engineering News publication?
22    A.    Yes.  Yes, we have copies of all
23 IMechE publications.
24    Q.    Including the Engineering News?
25    A.    Yes.

Page 19

---

ROGERS - POLK

1
2     Q.    And how long has IMechE library
3  kept copies of the Engineering News publication?
4     A.    Since it was published.
5     Q.    OK, and are these copies kept in
6  the ordinary course of IMechE's business?
7     A.    Yes.  We keep copies of the IMechE
8  publications.  We keep free copies.
9     Q.    Did you bring the Engineering News
10 with you?
11    MS. REYNOLDS:  No.
12 BY MR. POLK:
13    Q.    I am going to move on till we get
14 one of the papers I am thinking about.  What does
15 it take to become a member of IMechE?
16    A.    There's different grades of
17 membership, so it depends what grade you are going
18 for.  You can be a student grade; you can be just
19 interested in mechanical engineering, so you can
20 be an affiliate or you can be -- the corporate
21 member grades are those who, they've done a degree
22 in engineering and then they've done some training
23 to work towards the chartership process, so they
24 are Chartered Engineers; and then there's a Fellow
25 grade as well.  So there are different grades.

Page 20

5 (Pages 17 to 20)

MARTEN WALSH CHERER LTD          27-29 CURSITOR STREET          LONDON EC4A 1LT
TELE: 020 7405 5010          E-MAIL: info@martenwalshcherer.com          FAX: 020 7405 5026

ROGERS - POLK

1             ROGERS - POLK
2     Q.   Thank you.  And do you know why
3  people join IMechE?
4     A.   They join, really, to achieve
5  chartership status.
6     Q.   What does that mean?
7     A.   It's a recognised -- it's almost
8  like a status and it shows that they have the
9  skills to -- they are qualified engineers and they
10  have the right skills.
11     Q.   Do you know why people come to the
12  IMechE library?
13     A.   They come to the library to support
14  their -- mainly, as a CPD, for their CPD, to work
15  towards Chartered status, and also in their work
16  to, obviously, find answers to problems.
17     Q.   Thank you. Now, what library
18  materials could IMechE members access in 1991?
19     A.   They would be able to access what
20  they can access today in the library, pretty much.
21  There would be the books ----
22     MS. HIRSHFELD:  Objection,
23  foundation.
24     A.   There would be books; there would
25  be standards; there would be journals; there would

Page 21

1             ROGERS - POLK
2  be IMechE publications of seminars and conferences
3  and the proceedings journal.
4  BY MR. POLK:
5     Q.   How do you know this?
6     MS. HIRSHFELD:  Objection.
7     A.   How do I know this?  I can tell
8  there are .... Well, speaking to my colleagues, I
9  know that's what happened in 1991.
10  BY MR. POLK:
11     Q.   When you say they could access
12  pretty much the same materials that they do today,
13  what materials do they have access to today?
14     A.   They have access to books, they can
15  be sent on postal loan; articles; documents, they
16  can be sent out to them.  Just reading back older
17  procedures, I know that they pretty much did what
18  we do now.
19     Q.   OK.  If we could go back to Exhibit
20  2, do you now have, I guess, in front of you a
21  copy of the November 1991 issue of Engineering
22  News that was published by IMechE?
23     A.   Yes.
24     Q.   And if you look at Exhibit 2, is
25  that an accurate copy ----

Page 22

1             ROGERS - POLK
2     MS. HIRSHFELD:  If I can state for
3  the record that I don't have a copy of this
4  exhibit.
5     MR. POLK:  No problem, counsel.
6  You are talking about Exhibit 2, I take it?
7     MS. HIRSHFELD:  Yes.
8  BY MR. POLK:
9     Q.   And could you look at that and let
10  me know if Exhibit 2 is an accurate copy of the
11  front cover of the November 1991 issue of
12  Engineering News?
13     A.   Yes, it is.
14     Q.   OK.  What library materials could
15  IMechE members access in 1992?
16     A.   In 1992 it would be, again, they
17  would be able to access all the books that the
18  library held; the standards, journals and IMechE
19  publications: conferences, seminars, proceedings
20  journals.
21     Q.   What library materials could the
22  public access in 1991?
23     A.   Members of the public can come in
24  and view any of the items in the library.  They
25  can't borrow things from the library but they can

Page 23

1             ROGERS - POLK
2  view any of the journals, conferences, seminars,
3  standards, books, that are held in the library.
4     Q.   And could they make copies of
5  library materials?
6     A.   Yes, they can make copies.
7     Q.   I am talking about in 1991.
8     A.   I presume -- I think they would
9  have been able to make copies in 1991. I'm almost
10  sure they would have been.  Well, I can tell,
11  actually, that they did supply copies.
12     MS. HIRSHFELD:  Objection,
13  foundation.
14  BY MR. POLK:
15     Q.   OK, and what library materials
16  could the public access in 1992?
17     A.   The same as in 1991: all the books
18  that are held in the library, the standards, the
19  journals ----
20     MS. HIRSHFELD:  Same objection.
21     A.   ---- and, yes, all the IMechE
22  publications.
23     MS. HIRSHFELD:  Ed, the connection
24  isn't that great so I want to make sure you guys
25  are getting my objections.

Page 24

6 (Pages 21 to 24)

ROGERS - POLK

1  
2     MR. POLK: Yes, we hear your
3  objections.
4     (Exhibit 3 was marked for identification)
5     Q.    Counsel, I have marked Exhibit 3
6  for the record. Exhibit 3 has been Bates labelled
7  Hitachi 0445505A through Hitachi 0445573. Could
8  you please take look at Exhibit 3 and let me know
9  when you have had a chance to review this
10  document, or group of documents.
11     A.    Yes, I've had a look at it.
12     Q.    OK, and what is Exhibit 3?
13     A.    It's a letter I sent to you and
14  copies of our procedures and copies of Engineering
15  News.
16     Q.    OK. I just want to, I guess, first
17  look at the letter and enclosures, which is
18  445505A and B. Could you take a look at those.
19  Looking at the first two pages of Exhibit 3, did
20  you in fact write this letter?
21     A.    Yes, I did.
22     Q.    And did you write this letter on
23  about November 23rd 2005?
24     A.    Yes, I did.
25     Q.    And when I say "this letter", I'm

Page 25

ROGERS - POLK

1  
2  also including the list of enclosures on the back.
3     A.    Yes.
4     Q.    And did you also send the first two
5  pages of Exhibit 3 to Foley & Lardner on or about
6  November 23rd 2005?
7     A.    Sorry, which exhibit?
8     Q.    The first two pages.
9     A.    Yes, I did.
10     Q.    And is the first two pages of
11  Exhibit 3 an accurate copy of the letter and list
12  of enclosures that you sent to Foley & Lardner?
13  And I am talking about just the first two pages.
14     A.    All right. Yes, that's an accurate
15  copy.
16     Q.    OK. If you look further into the
17  document, you have a list of 16 enclosures. Could
18  you take a look through these enclosures.
19     A.    Yes.
20     Q.    Just kind of, if you can, thumb
21  through the enclosures, and I guess we'll -- just
22  go ahead and thumb through the enclosures.
23     A.    OK.
24     Q.    Have you had a chance to review the
25  enclosures?

Page 26

ROGERS - POLK

1  
2     A.    Yes.
3     Q.    OK, and do you recall collecting
4  the enclosures that are enclosures 1 through 16?
5     A.    Yes, I do.
6     Q.    And where did you collect these
7  enclosures from?
8     A.    Some of them are our current
9  procedures; some of them are our past procedures
10  and some of them are copies of Engineering News
11  and one of the enclosures is I printed off our
12  catalogue to show all the 1991 seminars.
13     Q.    OK, and where did you obtain each
14  of these enclosures?
15     A.    We keep an online procedures file.
16  There's a hard copy folder that has past
17  procedures kept in it.
18     Q.    And were each of these enclosures
19  kept in the ordinary course of IMechE's business?
20     A.    Yes, they were.
21     Q.    And each of these materials, did
22  you obtain them from sources within the IMechE
23  library?
24     MS. HIRSHFELD: Objection to the
25  extent it calls for a legal conclusion.

Page 27

ROGERS - POLK

1  
2     MR. POLK: Basis, counsel? I am
3  not understanding your objection.
4     MS. HIRSHFELD: It was kept in the
5  ordinary course of business.
6  BY MR. POLK:
7     Q.    OK, I understand.
8     A.    Yes, they are.
9     Q.    And when I say ordinary course of
10  business, do you know what that means?
11     A.    I think so. You just mean in the
12  day-to-day work of the library?
13     Q.    Yes, ma'am. OK, let me focus on
14  enclosure number 3. Could you turn in that, it
15  begins with page HIT 445513 and it would be,
16  again, enclosure 3. When I say HIT, I am talking
17  about the Bates labels. These were put on by our
18  counsel to identify the documents. If you look at
19  445513 through 17, do you know what these
20  documents are?
21     A.    Yes, these are our procedures for
22  entering information on to the CAIRS library
23  catalogue.
24     Q.    OK, what is the CAIRS library
25  catalogue?

Page 28

7 (Pages 25 to 28)

ROGERS - POLK

```
 1                  ROGERS - POLK
 2         A.   It is the catalogue -- CAIRS is the
 3   library software and it's the catalogue we used to
 4   use in the library.
 5         Q.   And when was it used in the
 6   library?
 7         A.   It was used between 1984 and 2002.
 8         Q.   And if you look at the enclosure 3,
 9   is that an accurate description of how one entered
10   items into the CAIRS database?
11         A.   Yes.
12         MS. HIRSHFELD:  Objection,
13   foundation.
14         MR. POLK:  Basis, counsel?
15         MS. HIRSHFELD:  There's no
16   knowledge of what was going on back then.
17   BY MR. POLK:
18         Q.   Noted, counsel.  OK, if you look at
19   enclosure 4, which is on pages HIT 445518 through
20   19, could you please take a look at that, these
21   documents.
22         A.   Yes.
23         Q.   And what is enclosure 4?
24         A.   Enclosure 4 is the instructions for
25   entering a seminar paper on the CAIRS system.
```

Page 29

ROGERS - POLK

```
 1                  ROGERS - POLK
 2         MR. POLK:  Actually, Lara, maybe we
 3   can save some time here, because I am going to
 4   call Mr. Claxton as well.  Do you mind if I kind
 5   of go with both witnesses kind of at the same time
 6   with different topics?
 7         MS. HIRSHFELD:  What did you say?
 8         MR. POLK:  I said any objection to
 9   me swearing in Mr. Claxton so we don't have to
10   call him and basically go over what I am going
11   over kind of with Ms. Rogers right now -- because
12   he was here in 1991, so perhaps that might be a
13   way of saving some time.
14         MS. HIRSHFELD:  Why don't we just
15   use him, since he was there in '91, to go over the
16   topics?
17         MR. POLK:  We are using Ms. Rogers
18   because she actually collected these documents, so
19   I need her to authenticate what she collected.  So
20   we need objections to the authentication of these
21   documents, counsel, and we can answer some more
22   questions, then move on to Mr. Claxton.
23         MS. HIRSHFELD:  Can we take a short
24   break?
25         MR. POLK:  Say that again?
```

Page 30

ROGERS - POLK

```
 1                  ROGERS - POLK
 2         MS. HIRSHFELD:  Can we take a five
 3   second break?
 4         MR. POLK:  Sure, let's do that.
 5         (Break from 3.38 p.m. to 3.39 p.m.)
 6         MS. HIRSHFELD:  Ed, I guess what
 7   I'm OK with is you going through it document by
 8   document and looking at the date at the top and
 9   asking her to the extent whether that date is
10   accurate, or when it was printed or what not.  But
11   in terms of her going forward and saying that the
12   substance of this document is reflective of what
13   was going on in 1991 or what not, that I would not
14   concede.
15         MR. POLK:  All right.  Again, I
16   note your objections, counsel.  This is a Rule
17   30(b)(6) deposition.  She is entitled to gain
18   knowledge by asking other people within the
19   library and, again, she has already testified that
20   she did work on this system.  This system was in
21   place when she was here.  I believe she started
22   2000.  It was here until 2002, so the system was
23   in place, and her only knowledge would need to be
24   when the system was put in place, which she has
25   asked, she has found out.  So your objection is
```

Page 31

ROGERS - POLK

```
 1                  ROGERS - POLK
 2   noted, but I think the witness, as a 30(b)(6)
 3   witness, is proper to testify.
 4         MS. HIRSHFELD:  I am just saying
 5   several of the documents were dated before 2002
 6   and also, if you want to offer another witness to
 7   talk about the substance, that is fine, but I
 8   don't want you using two witnesses for the same
 9   thing.
10         MR. POLK:  OK.  Objection noted,
11   counsel, so we will go through and make sure we
12   have properly authenticated the documents.  Again,
13   for the record, let's go back to the question.
14         Q.   Let's go back to enclosure 4.  If
15   you take a look at enclosure 4 again, it is
16   Hitachi 445518 through 19.  Could you please take
17   a look at Exhibit 4 and let me know when you've
18   had a chance to review the document.
19         A.   Yes, I have had a look at it.
20         Q.   How did you obtain enclosure 4?
21         A.   It was in the procedures for our
22   CAIRS system for our past library procedures.
23         Q.   Let me make sure I understand you.
24   Was it in a folder?
25         A.   Yes, it was in a folder.
```

Page 32

MARTEN WALSH CHERER LTD     27-29 CURSITOR STREET     LONDON EC4A 1LT
TELE: 020 7405 5010     E-MAIL: info@martenwalshcherer.com     FAX: 020 7405 5026

ROGERS - POLK

1  Q. And what's in that folder?
2  A. Old library procedures.
3  Q. OK. Is that folder maintained in
4  the ordinary course of IMechE's business?
5  A. Yes, it is.
6  Q. And is enclosure 4 an accurate copy
7  of the document that you copied from that folder?
8  A. Yes, it is.
9  Q. And it is an accurate copy of the
10 document that you sent to Foley & Lardner on or
11 about November 23rd 2005?
12 A. Yes, it is.
13 Q. OK. If you could look at enclosure
14 5, please, which is Hitachi 445520 to 21 and let
15 me know when you have had a chance to look at
16 enclosure 5.
17 A. Yes, I've had a look at it.
18 Q. OK, and what is enclosure 5?
19 A. It's instructions for entering
20 seminar papers on the CAIRS system.
21 Q. OK, and where did you obtain
22 enclosure 5 from?
23 A. It was in our past procedures
24 folder.

Page 33

ROGERS - POLK

1  Q. Is that the same folder you
2  referenced regarding enclosure 4?
3  A. Yes.
4  Q. OK. This document, which is
5  enclosure 5, was kept by IMechE in the ordinary
6  course of its business?
7  A. Yes, it was.
8  Q. Is that an accurate copy of the
9  instructions that you obtained from the library
10 folder?
11 A. Yes, it is.
12 Q. Is enclosure 5 an accurate copy of
13 the enclosure you sent to Foley & Lardner on or
14 about November 23rd 2005?
15 A. Yes, it is.
16 Q. If we can look at enclosure 6,
17 could you please take a look -- which is Hitachi
18 445522 to 23.
19 MS. HIRSHFELD: Ed, if you want to
20 just do enclosures 6 through 11 in bulk, that's
21 fine with me.
22 BY MR. POLK:
23 Q. OK. So if you look through
24 enclosures 6 through 11, are these accurate

Page 34

ROGERS - POLK

1  copies? Again, look through enclosures 6 through
2  11 and let me know if they are accurate copies of
3  materials obtained from the folder that we have
4  been discussing that is kept by IMechE in the
5  ordinary course of its business that houses past
6  procedures?
7  A. Yes, it is. Yes, they are.
8  Q. OK, and these are all accurate
9  copies of the enclosures that you sent to Foley &
10 Lardner?
11 A. Yes, they are.
12 (Exhibit 4 was marked for identification)
13 MR. POLK: Lara, Exhibit 4 is, for
14 the record, Hitachi 441379 through 383.
15 MS. HIRSHFELD: What?
16 MR. POLK: It's the Camshaft Drives
17 article. Exhibit 4 is Hitachi 441379 through
18 441383. Do you have that, Lara?
19 MS. HIRSHFELD: Yes.
20 BY MR. POLK:
21 Q. Ms. Rogers, could you please look
22 through what has been marked as Exhibit 4 and let
23 me know when you've had a chance to review it?
24 A. Yes, I've looked at it.

Page 35

ROGERS - POLK

1  Q. OK. Have you seen Exhibit 4
2  before?
3  A. Yes, I have.
4  Q. And what is Exhibit 4?
5  A. It is a copy of a paper from the
6  Camshaft Drives seminar from 1991 and that's a
7  copy of the front cover of the seminar.
8  Q. OK, and does the IMechE library
9  maintain a copy of what is shown here as
10 Exhibit 4?
11 A. Yes, it does.
12 Q. And is it maintained in the
13 ordinary course of IMechE's business?
14 A. Yes.
15 Q. When was the last time you have
16 seen a copy of what is Exhibit 4 in IMechE's
17 library?
18 A. I've seen it this morning.
19 Q. And looking now at Exhibit 4, is it
20 an accurate copy of that article?
21 A. Yes.
22 Q. And, again, this article was kept
23 in the IMechE library in the ordinary course of
24 its business?

Page 36

9 (Pages 33 to 36)

ROGERS - POLK

**Page 37**

1
2      A.   Yes, it was.
3      (Exhibit 5 was marked for identification)
4           MR. POLK:  Lara, Exhibit 5 is what
5  I sent you in the e-mail that was too large to
6  copy.  It is the entire procedure materials.  It
7  has probably five or six different articles in it.
8  The only one of relevance to us would be the
9  Butterfield article and I will produce this when I
10  return to the United States.
11          MS. HIRSHFELD:  I do object to the
12  extent I don't have a copy of this exhibit in my
13  hand.
14  BY MR. POLK:
15      Q.   OK.  Please take a look through
16  Exhibit 5, Ms. Rogers, and let me know when you
17  have had a chance to review it.
18      A.   Yes, I have had a look at it.
19      Q.   What is Exhibit 5?
20      A.   It is a copy of the camshaft
21  seminar from 1991.
22      Q.   And looking at it, I believe it
23  includes all of the articles that were presented
24  at that seminar; is that correct?
25      A.   Yes, I believe it does.

ROGERS - POLK

**Page 38**

1
2      Q.   OK.  Now, does the IMechE library
3  maintain a copy of Exhibit 5 in the library?
4      A.   Yes.  Yes, it does.
5      Q.   OK, and is Exhibit 5, or a copy
6  thereof that is kept in the IMechE library, is it
7  kept in the ordinary course of IMechE's business?
8      A.   Yes, it is.
9      Q.   And looking at Exhibit 5, is that
10  an accurate copy of the document that is kept in
11  the IMechE library?
12      A.   Yes, it is.
13          MS. HIRSHFELD:  Ed, when did you
14  first get this document?
15          MR. POLK:  I copied this yesterday.
16          MS. HIRSHFELD:  So you have not
17  seen it before yesterday?
18          MR. POLK:  No, not before I came
19  here to London.  What we did was I went in and
20  looked at the full copy.  Actually, we did produce
21  you a copy of one of the articles.  I believe it
22  is the Sachs Varycam, I believe; something like
23  that.
24          MS. HIRSHFELD:  But you have not
25  produced the entire thing?

ROGERS - POLK

**Page 39**

1
2          MR. POLK:  No, we didn't have the
3  entire thing since all I copied it here in London.
4          MS. HIRSHFELD:  OK.
5          MR. POLK:  And I sent you the
6  e-mail that you know that we were going to be
7  using this and that, again, it was too large to
8  fax.
9          MS. HIRSHFELD:  Yes.
10  BY MR. POLK:
11      Q.   Do you know, Ms. Rogers, where is
12  Exhibit 5 -- where in the IMechE library is it
13  kept.
14      A.   It's kept with the IMechE seminars,
15  with the other 1991 seminars, and they are filed
16  alphabetically.
17      Q.   OK.  Is there a separate section of
18  the library that houses the seminar materials?
19      A.   Yes, all the IMechE seminars and
20  conferences are kept together.
21          MR. POLK:  Lara, I am about to pull
22  up the pictures I sent you by e-mail.
23          MS. HIRSHFELD:  Right.
24          MR. POLK:  We are going to
25  introduce four of them.

ROGERS - POLK

**Page 40**

1
2          MS. HIRSHFELD:  You are going to
3  introduce what?
4          MR. POLK:  Let me get all of the
5  pictures marked.
6          MS. HIRSHFELD:  You are going to do
7  all of them?
8          MR. POLK:  No, I am marking four of
9  them and I will describe for you the ones that we
10  are going to mark.
11          MS. HIRSHFELD:  All right.
12          (Exhibits 6 through 9
13  were marked for identification)
14  BY MR. POLK:
15      Q.   Ms. Rogers, would you please take a
16  look through what I believe are Exhibits 6 through
17  9 and let me know when you have had a chance to
18  review them.  Lara, so I can describe them to you,
19  Exhibit 6 -- what's the best way to describe this?
20  There are a bunch of red books on the left side.
21  It's a tall perspective of the shelves, rather
22  than a side view.  Are you following, Lara?
23          MS. HIRSHFELD:  I think I have it.
24          MR. POLK:  I am going to show you
25  what has been marked -- again, Ms. Rogers, if we

MARTEN WALSH CHERER LTD          27-29 CURSITOR STREET          LONDON EC4A 1LT
TELE: 020 7405 5010          E-MAIL: info@martenwalshcherer.com          FAX: 020 7405 5026

**Page 41**

```
 1              ROGERS - POLK
 2    could focus on Exhibit 6.  Do you know how many --
 3    when I say shelves, I am talking about the entire
 4    shelving unit, you understand, not just the
 5    individual vessel, but how many units the library
 6    materials up to 1992, how many shelving units
 7    there are in the library that contain that
 8    material.
 9        A.    There's probably five shelves.
10    There's five shelves.
11        Q.    But I am talking about the entire
12    collection.
13        A.    How many volumes?
14        Q.    Let me just focus on Exhibit 6,
15    then.  What is shown here in Exhibit 6?  I am
16    talking about mainly the middle section of the
17    shelves.
18        A.    In the middle section is where --
19    that's where the institution started publishing
20    conference proceedings, so that's where the
21    conference proceedings sequence begins.
22        Q.    If you could probably just -- here,
23    let me hand you a pen.  Actually, you could use
24    counsel's pen.  Could you circle the materials
25    that relate to the seminar -- relate to IMechE
```

**Page 42**

```
 1              ROGERS - POLK
 2    seminars?  Just kind of a big circle over all of
 3    the materials that are collections of seminar
 4    papers.  Again, just on that middle shelf.  We
 5    have another picture of the other one.
 6        A.    On the middle shelf it's
 7    conferences and the seminars begin on the next
 8    shelf.
 9        Q.    OK.  Could you circle where they
10    begin?  The entirety of that section that are
11    seminar papers.
12        A.    (The witness marked the photograph
13    accordingly)
14        Q.    OK, and if you could turn to
15    Exhibit 7.  Do you have that?
16        A.    (No verbal response)
17        Q.    If you look at the shelf that is
18    mainly shown in Exhibit 7, is that all seminar
19    materials there?
20        A.    Yes, they're all seminar materials.
21    There are some proceedings journals as well, but
22    they are all seminars: IMechE seminars and
23    conference publications.
24        MS. HIRSHFELD:  Ed, which picture
25    are you talking about now?
```

**Page 43**

```
 1              ROGERS - POLK
 2        MR. POLK:  I am sorry, Exhibit 7.
 3    It's the next shelf over.  At the bottom left
 4    corner you will see a little bit of a desk with
 5    like a bag -- some kind of package that may be on
 6    the left, and on the right you will see, it looks
 7    like a heater.
 8        MS. HIRSHFELD:  OK, I've got it.
 9    BY MR. POLK:
10        Q.    And if you look at Exhibit 7, that
11    shelf contains -- the entirety of that shelving
12    system contains seminar papers.
13        A.    Seminars.  Yes, IMechE seminar
14    publications and conferences.
15        Q.    And you also mentioned proceedings?
16        A.    Oh and the proceedings journal as
17    well.  The red volumes are the proceedings
18    journal.
19        Q.    What is the difference between a
20    proceedings journal and a seminar paper, or
21    materials from the seminars?
22        A.    The proceedings is the main journal
23    of the institution, so they are refereed papers,
24    and the seminars and conferences are the papers
25    that come out of the seminars and conferences that
```

**Page 44**

```
 1              ROGERS - POLK
 2    the institution runs.
 3        Q.    Again, I think you have already
 4    testified that the entirety of these shelves are
 5    either seminar papers or conference materials, or
 6    proceeding materials?
 7        A.    Yes.
 8        Q.    Could we turn to ----
 9        MS. HIRSHFELD:  Ed, that
10    mischaracterises the witness's testimony.
11        MR. POLK:  Could we turn now, I
12    guess, to Exhibit 8.  Lara, Exhibit 8 is a side
13    view on the other side of the shelves.  There is a
14    box -- do you see a box on the left side that is
15    sitting on top of the heater, an open box?
16        MS. HIRSHFELD:  Yes.
17        MR. POLK:  It's a side view; it
18    shows two different shelves.
19        MS. HIRSHFELD:  Is this a
20    horizontal?
21        MR. POLK:  Exactly, the horizontal
22    picture.  That's it.  And I guess you can see a
23    tweed coat hanging over the chair.  Do you see
24    that?
25        MS. HIRSHFELD:  Yes.
```

MARTEN WALSH CHERER LTD          27-29 CURSITOR STREET          LONDON EC4A 1LT
TELE: 020 7405 5010          E-MAIL: info@martenwalshcherer.com          FAX: 020 7405 5026

ROGERS - POLK

BY MR. POLK:

3  Q.    OK. Ms. Rogers, looking at Exhibit
4  8, can you tell me what that is?
5      A.    They're, again, seminar and
6  conference and proceedings journals. They're all
7  IMechE publications.
8      Q.    OK, and where do the 1992 materials
9  stop?
10     A.    The 1992? It's somewhere probably
11 on, I think probably the top; that top shelf.
12     Q.    OK, that would be -- Lara, so you
13 can understand where she is referring, and also
14 for the record, she is referring to the shelf on
15 the right. The second full shelf on the right;
16 the top row is where the 1992 materials stop. Is
17 that correct, Ms. Rogers?
18     A.    Yes.
19     Q.    Actually, could you kind of draw a
20 circle around all the materials that lead up to --
21 OK. Are you able to circle that?
22     A.    I don't think that's ....
23     Q.    Try a different pen.
24     A.    (The witness marked the photograph
25 accordingly)

Page 45

ROGERS - POLK

2      Q.    OK, you've got it. So you've
3  circled a portion of the top row of the right
4  shelves and I guess all of the shelves on the left
5  would be seminar materials?
6      A.    Yes.
7      Q.    Is that correct?
8      A.    And conferences and proceedings
9  journals.
10     Q.    And if you could turn to Exhibit 9,
11 please. Lara, Exhibit 9 is the close-up of the
12 '91 materials, from A to L.
13     MS. HIRSHFELD: OK.
14 BY MR. POLK:
15     Q.    Ms. Rogers, could you please take a
16 look at Exhibit 9 and let me know when you've had
17 a chance to review the document. What is
18 Exhibit 9?
19     A.    It's where the conferences and
20 seminars -- it's the conferences and seminars for
21 1991.
22     Q.    OK. And looking at the different,
23 I guess for lack of a better word, binders or
24 folders that are listed on Exhibit 9, can you tell
25 me which one of those folders contained, I believe

Page 46

ROGERS - POLK

2  it was Exhibit 5? Can you refer back to Exhibit 5
3  so you understand what that is.
4      A.    Yes, the camshafts seminar appeared
5  in the first box; the A to Co.
6      Q.    Say that again?
7      A.    It would have been in the first
8  conference and seminars box, it would have been
9  within the A to Co box, and at the beginning of
10 the Cs.
11     Q.    OK, how are the seminar materials
12 arranged in the IMechE library?
13     A.    They are arranged alphabetically by
14 title.
15     Q.    And are they arranged in any other
16 way?
17     A.    There can be more than one copy, in
18 which case the reference copies can be shelved
19 behind and the loan copies would be shelved in
20 front.
21     Q.    OK. Are they arranged
22 chronologically?
23     A.    Oh yes, the 1991. Yes, they're
24 shelved by year and alphabetically.
25     Q.    So within the year they are

Page 47

ROGERS - POLK

2  alphabetical?
3      A.    Yes.
4      Q.    And what is done alphabetically?
5      A.    The title. They are shelved by the
6  seminar title.
7      Q.    OK, and do you know how IMechE
8  names its seminars?
9      A.    How?
10     Q.    Strike that. To the best of your
11 understanding are seminar materials descriptive of
12 the material that is presented at the seminar?
13     A.    Yes, they are named after whatever
14 the seminar is about.
15     Q.    OK, and looking now at again
16 exhibits -- I believe that was 6 through 9.
17 Again, do they accurately reflect where the
18 seminar materials are housed within the IMechE
19 library?
20     A.    Yes, they do.
21     Q.    And do they accurately reflect how
22 those materials would have been housed in, say,
23 1991?
24     MS. HIRSHFELD: Objection,
25 foundation; form.

Page 48

12 (Pages 45 to 48)

ROGERS - POLK

1   A.   Yes, they would have been kept in
the same way.
BY MR. POLK:
   Q.   And do they accurately reflect how
those materials would have been kept in 1992?
   A.   Yes, they would have been kept in
the same way.
   MS. HIRSHFELD: Same objections.
BY MR. POLK:
   Q.   Do you know how long the IMechE has
sponsored technical seminars?
   A.   It started doing seminars in the
80s. They did conferences in the 70s and they
started doing seminars at some point in the 80s.
   Q.   OK. What, if any, materials are
typically made available to seminar attendees?
   A.   They normally get a copy of the
seminar -- of the papers that are being read at
the seminar.
   Q.   OK. Do you know when they are
given them?
   MS. HIRSHFELD: Objection, could
you specify the timeframe you are asking about?
   MR. POLK: I am just talking

Page 49

ROGERS - POLK

seminar or conference.
   Q.   OK. Do you know how many people
typically attend IMechE seminars?
   A.   It ranges, depends how popular the
subject is.
   Q.   OK. Do you know where these
seminars are typically held?
   A.   They are normally held in the main
lecture theatre in the building.
   Q.   OK, and do you know where the
camshaft seminar was held, by any chance?
   A.   No.
   Q.   Now, if no one registered for ----
   A.   Although it does say it was held in
the building. They are not always held in the
building.
   Q.   OK. It was held in ----
   A.   It says it was held in the
building.
   Q.   OK, so in the main IMechE building
here?
   A.   Yes.
   MS. HIRSHFELD: Objection, lack of
foundation.

Page 51

ROGERS - POLK

generally right now. I haven't gotten into a
timeframe yet.
   A.   Sorry, what was the question?
   Q.   Do you know when seminar materials
are typically made available to the attendees?
   A.   Normally when they attend the
event, they are given out at the event.
   Q.   Now, are you required to --
typically, does IMechE require people to register
star for its seminars?
   A.   Yes, they register and they pay a
fee to attend the seminar in advance.
   Q.   What does IMechE typically do with
the papers that it collects for a seminar?
   A.   After the seminar? After the
seminar they are passed down to the library. The
library gets copies of the seminars.
   Q.   OK. Why does it send those copies
to the library?
   A.   Because we are the record, really,
of the institution's publications and, obviously,
if anybody wants to find -- wasn't able to attend
that event, they can find out, they can get copies
of any of those papers that were given at the

Page 50

ROGERS - POLK

BY MR. POLK:
   Q.   OK. Now, if no one registers for a
seminar, does the seminar still go forward?
   A.   No. If they haven't got enough
people to attend, it's not really viable, so it's
probably unlikely for it to happen.
   MS. HIRSHFELD: Objection,
foundation.
BY MR. POLK:
   Q.   OK. Is there kind of a minimum
number of people that are required to have a
seminar go forward?
   A.   It's approximately -- probably the
minimum would be round about 15 people.
   Q.   And how do you know that?
   A.   Because I have spoken to colleagues
in the Events Department and they know that that's
sort of their kind of -- that's about how many
people they need to make an event viable.
   Q.   OK. Now, in the 1991 to 1992
timeframe, did IMechE normally keep materials from
its seminars?
   A.   Yes, because we have them in the
library.

Page 52

MARTEN WALSH CHERER LTD          27-29 CURSITOR STREET          LONDON EC4A 1LT
TELE: 020 7405 5010          E-MAIL: info@martenwalshcherer.com          FAX: 020 7405 5026

ROGERS - POLK

1
2     Q.    OK, and where were these materials
3   kept?
4     A.    They were kept in the library.
5     Q.    And if we remember the shelving
6   from exhibits, I believe that's 6 through 9, is
7   that where the materials would have been housed?
8     MS. HIRSHFELD:  Ed, are you going
9   to put up the other witness on this topic as well?
10    MR. POLK:  Yes.
11    A.    They would have been -- I mean,
12  they have been moved round but they would have
13  been ordered in the same way and all been pretty
14  much in that area.
15    Q.    OK, and in the 1991 to 1992
16  timeframe, did IMechE typically advertise its
17  seminars?
18    A.    I know it did because I've seen
19  adverts in the Engineering News.
20    (Exhibit 10 was marked for identification)
21    Q.    For the record, Exhibit 10 is
22  Engineering News publication from September 1991.
23  Could you please look at Exhibit 10 and let me
24  know when you have had a chance to look through
25  it. Lara, I guess you can look at enclosure 14 in

Page 53

ROGERS - POLK

1   the letter that Ms. Rogers sent to us.
2     MS. HIRSHFELD:  Ed, what is the
3   Bates number on that?
4     MR. POLK:  Hitachi 445540.
5     MS. HIRSHFELD:  Is it just one
6   page?
7     MR. POLK:  Yes, one page, but I
8   have copied a second page that apparently was in
9   that as well.
10    Q.    Do you know if that is anywhere in
11  these materials? Please let me know when you have
12  had a chance to look through Exhibit 10?
13    A.    Yes, I've had a look at it.
14    Q.    I am also handing you a copy of I
15  guess the September 1991 Engineering News that is
16  housed in the IMechE library. If you could please
17  take a look at that.
18    MS. HIRSHFELD:  What did you say,
19  Ed? I didn't hear you.
20    MR. POLK:  I said I also gave her a
21  copy of the actual Engineering News that is kept
22  in the library here for reference.
23    MS. HIRSHFELD:  OK.
24  BY MR. POLK:
25

Page 54

ROGERS - POLK

1
2     Q.    If you could take a look at
3   Exhibit 10 and let me know when you have had a
4   chance to review that.
5     A.    Yes, I've had a look at it.
6     Q.    And if you look at Exhibit 10, is
7   that an accurate copy of the front cover and page
8   11 within the Engineering News?
9     A.    Yes. Yes, it is.
10    Q.    And is this Exhibit 10 -- again,
11  obviously, it is not a full copy, but a partial
12  copy, but is it an accurate copy of the
13  Engineering News that is maintained by the
14  Institute of Mechanical Engineers?
15    A.    Yes, it is.
16    Q.    And is this Engineering News kept
17  by IMechE in the ordinary course of its business?
18    A.    Yes, it is.
19    Q.    And you mentioned that IMechE
20  advertises its seminars; is that correct?
21    A.    Yes.
22    Q.    And if you would look at page 11,
23  is that the type of advertising that you recall
24  that IMechE did for its seminars?
25    A.    Yes; and they do a similar thing

Page 55

ROGERS - POLK

1   now. They do advertise the seminars.
2     Q.    Do you know if the IMechE seminar
3   actually went forward?
4     A.    We have copies of it in the
5   library, so it means that it happened.
6     (Exhibit 11 was marked for identification)
7     Q.    Please take a look at Exhibit 11.
8   For the record, Exhibit 11 is a May 1992 copy of
9   Engineering News. Lara, I am sorry, you do not
10  have a copy of this again. I just copied this
11  right before the deposition.
12    MS. HIRSHFELD:  I am going to
13  object again to the extent I don't have a copy of
14  this document. It hasn't been produced prior to
15  the deposition.
16    MR. POLK:  I understand, counsel.
17  Had someone from Borgwarner been here, I would
18  have been able to hand you a copy, but since you
19  are participating by phone at short notice, I was
20  not able to fax you this to you, or any of the
21  other documents I copied you this morning.
22    MS. HIRSHFELD:  Fax works pretty
23  well. I just wanted to make that point.
24    MR. POLK:  We couldn't hear that.
25

Page 56

14 (Pages 53 to 56)

ROGERS - POLK

MS. HIRSHFELD: Fax would have worked fine for sending some of these shorter documents to me this morning, Ed.

MR. POLK: I am sorry, fax. OK.

Q. I am also handing you a copy of Engineering News that I believe is kept by the IMechE library. Could you please take a look at the Engineering News. Again, Lara, I have handed her the full newspaper that's kept in the library for the May 1992 Engineering News report.

MS. HIRSHFELD: Is this in the documents you produced to me?

MR. POLK: No, this is just what I copied it from.

MS. HIRSHFELD: Are you marking this as an exhibit?

MR. POLK: No, I couldn't mark the paper. That is their only copy. I just marked two pages that were copied out of the front cover and one page from the inside.

MS. HIRSHFELD: I just want to be clear what you are marking. I have no understanding.

MR. POLK: Objection noted,

Page 57

ROGERS - POLK

counsel.

Q. Would you please take a look at -- you've had a chance to review Exhibit 11?

A. Yes.

Q. For the record, again, Exhibit 11 is two pages from the IMechE publication Engineering News, dated May 1992. Could you please take a look at Exhibit 11 and let me know if that is an accurate copy of the front cover and page 7 of the Engineering News that is kept in the IMechE library published May 1992.

A. Yes, it is.

Q. Again, realising that this isn't the full document, but are these two pages kept within the IMechE library in the ordinary course of its business?

A. Yes. Yes, they are.

Q. If you look at page 11 [sic] where it says "Solid Mechanics and Machine Systems Group", do you see that heading?

A. You mean, sorry, which page?

Q. If you look at page 7, I am sorry. Did I say 11? Page 7 of Exhibit 11, which is really page 2, but it is page 7 from the actual

Page 58

ROGERS - POLK

news article. Do you see the heading near the middle of the page where it says "Solid Mechanics and Machine Systems Group"?

A. Yes.

Q. First question, what is an annual report?

A. It's a report of the activities of the institution -- well, an annual report of the activities of whatever the report is on.

Q. OK, and how long has IMechE created an annual report?

A. Almost, probably, from the beginning.

Q. If you look where it says "Solid Mechanics and Machine Systems Group", underneath, probably midway in the paragraph, it says: "A European seminar on camshaft drives was run in conjunction with our automobile division. Four of the papers and one third of the delegates for this event were from outside the UK." Do you see that?

A. Yes.

Q. What is a delegate?

A. Somebody who attends the conference or seminar.

Page 59

ROGERS - POLK

Q. OK. So where it says "four of the papers and one third of the delegates for this event were from outside the UK", do you have an understanding of what that means?

A. Yes, four of the people who gave papers at that seminar were from outside the UK.

MS. HIRSHFELD: Objection, foundation.

BY MR. POLK:

Q. OK, and what about where it says "one third of the delegates for this event were from outside the UK", do you know what that means?

MS. HIRSHFELD: Objection, foundation.

A. Well, yes, a third of the people attending the event were from outside the UK.

BY MR. POLK:

Q. If we can turn back to Exhibit 3.

MS. HIRSHFELD: Did you say Exhibit 3?

MR. POLK: Yes, I am sorry Lara, Exhibit 3.

Q. If you look at Exhibit 3, enclosure 12, could you turn to that. That is Hitachi

Page 60

MARTEN WALSH CHERER LTD
TELE: 020 7405 5010

27-29 CURSITOR STREET
E-MAIL: info@martenwalshcherer.com

LONDON EC4A 1LT
FAX: 020 7405 5026

ROGERS - POLK

Page 61

```
1              ROGERS - POLK
2   445538.
3          MS. HIRSHFELD: Are you going to
4   mark this page as a separate exhibit?
5          MR. POLK: I hadn't planned on it.
6   Actually, before we start talking about
7   Exhibit 12, Exhibit 16 -- I'm sorry, enclosure 16.
8   Could you turn to that?
9          MS. HIRSHFELD: What is the Bates
10  number on that?
11         MR. POLK: I'm sorry, 445543. It
12  is enclosure 16 of Exhibit 3.
13         MS. HIRSHFELD: All right.
14         MR. POLK: Are you willing to
15  stipulate to this list here, Lara, or do I need to
16  go through this? I know we went 1 through 11, but
17  wee just didn't mean to exclude the news articles.
18         MS. HIRSHFELD: I need to look this
19  over.
20  BY MR. POLK:
21     Q.  OK, we can jump through the hoops
22  here. If you can look at enclosure 16,
23  Ms. Rogers, and please let me know what that is.
24     A.  It's a list of all the IMechE
25  seminars from 1991 that are listed on our
```

Page 62

```
1              ROGERS - POLK
2   catalogue.
3      Q.  OK, and, again, you testified
4   earlier that you sent all 16 enclosures with your
5   letter to Foley & Lardner; is that correct?
6      A.  Yes.
7      Q.  Where did you obtain enclosure 16?
8      A.  I did a search on the catalogue for
9   seminars that have a publication date of 1991 and
10  outputted the list.
11     Q.  OK. Again, where did this list
12  come from?
13     A.  It came from our library catalogue.
14     Q.  OK, and is the library catalogue
15  maintained in the ordinary course of IMechE's
16  business?
17     A.  Yes, it is.
18     Q.  And the list here that is shown as
19  exhibit 16; is that an accurate list of seminars
20  that were held by IMechE in 1991?
21     A.  It was a list of everything ----
22         MS. HIRSHFELD: Objection,
23  foundation.
24     A.  ---- all the seminars that the
25  library holds from 1991.
```

Page 63

```
1              ROGERS - POLK
2   BY MR. POLK:
3      Q.  Actually, let me rephrase that
4   question. Is enclosure 16 an accurate list that
5   was printed out as a result of you requesting
6   information from the library database?
7      A.  Yes.
8      Q.  And again, it's an accurate copy of
9   that list that you sent to Foley & Lardner?
10     A.  Yes.
11     Q.  If you could go back to Exhibit 12.
12  I am sorry, enclosure 12 of Exhibit 3. For the
13  record, this is Hitachi 445538. At the bottom
14  there is some handwriting that says "Engineering
15  News November 1991." Do you see that?
16     A.  Yes.
17     Q.  Did you write that?
18     A.  Yes, I did.
19     Q.  And what does that mean?
20     A.  It's a photocopy from the
21  Engineering News paper from November 1991.
22     Q.  OK, and that same engineering
23  newspaper that was the official publication of
24  IMechE?
25     A.  Yes, it was the IMechE newspaper.
```

Page 64

```
1              ROGERS - POLK
2      Q.  OK, and what is Exhibit 12 [sic]?
3   Does IMechE library maintain a copy of that in its
4   library?
5      A.  Yes, we do have a copy of that
6   newspaper.
7      Q.  I believe you have the November 1
8   Engineering News official copy that's in the
9   IMechE library with you; is that correct?
10     A.  Yes.
11     Q.  Could you take a look through the
12  IMechE official publication and let me know if
13  Exhibit 12 [sic] is accurate information derived
14  from that publication, or copied from that
15  publication.
16     A.  Yes, it is.
17     Q.  What page is that copied from, of
18  the November 1991 Engineering News publication?
19     A.  It's from page 2.
20     Q.  From page 2? Again, looking at
21  enclosure 12, is that an accurate copy of that
22  page?
23     A.  Yes, it is.
24     Q.  If we could go to Exhibit 13.
25         MS. HIRSHFELD: Did you say
```

16 (Pages 61 to 64)

MARTEN WALSH CHERER LTD    27-29 CURSITOR STREET    LONDON EC4A 1LT
TELE: 020 7405 5010    E-MAIL: info@martenwalshcherer.com    FAX: 020 7405 5026

ROGERS - POLK

```
1              ROGERS - POLK
2   Exhibit 13?
3          MR. POLK: I am sorry, enclosure
4   13.
5          MS. HIRSHFELD: What page is that?
6          MR. POLK: It is Hitachi 445539. I
7   am looking at enclosure 13 of Exhibit 3.
8   Actually, strike that. I will save this for
9   Mr. Claxton, enclosure 13. I believe Exhibit 14
10  [sic], we've already introduced that as one of the
11  exhibits.
12         MS. HIRSHFELD: Are you talking
13  about enclosure 14?
14         MR. POLK: Enclosure 14, yes. I
15  believe we had already introduced this as one of
16  our exhibits. Let me check. Yes, that's the
17  front cover of Exhibit 10. Looking at enclosure
18  14, Ms. Rogers.
19      A.  14?
20      Q.  Enclosure 14 of Exhibit 3. Again,
21  is that an accurate copy of what has, I guess,
22  already been entered as Exhibit 10 -- the front
23  cover?
24      A.  Yes.
25      Q.  If you could turn to Hitachi
```

Page 65

ROGERS - POLK

```
1   445542. It's right before enclosure 16. Again,
2   445542. At the top it says "Seminars &
3   Conferences". Let me know when you have had a
4   chance to review this page.
5       A.  Yes, I've had a look at it.
6       Q.  What is that?
7       A.  It is copy of advertisements for
8   seminars and conferences from Engineering News
9   paper from 1991 -- July 1991.
10      Q.  OK, and is this one of the
11  enclosures that you sent to Foley & Lardner?
12      A.  Yes, it is.
13      Q.  And where did you get this
14  information from?
15      A.  I photocopied it from the
16  Engineering News from July 1991.
17      Q.  And is that from the official copy
18  that is kept in the IMechE library?
19      A.  Yes.
20      Q.  And is this an accurate depiction
21  of what you copied from the July 1991 Engineering
22  News?
23      A.  Yes, it is.
24         MR. POLK: Ms. Rogers, I am going
```

Page 66

ROGERS - POLK

```
1   to make sure I am clear for the record again (and
2   I am referring to the '91 and '92 timeframe) how
3   the article. Let me refer to it as the seminar
4   materials, which is Exhibit 5. Again, just to be
5   clear for the record, how was this Camshaft Drives
6   material arranged on the IMechE library shelves
7   during the time period from, say '91 to '92?
8       A.  Well, my understanding is ----
9          MS. HIRSHFELD: Objection,
10  foundation.
11      A.  ---- that they were arranged pretty
12  much as they are arranged now, so they are
13  arranged by year and alphabetically by title of
14  the seminar or conference.
15  BY MR. POLK:
16      Q.  When did you start putting -- and I
17  am not talking about the proceedings, but seminar
18  materials. When did the library start housing
19  seminar materials?
20      A.  At some point in the 80s.
21      Q.  OK, at some point during the 80s,
22  if I wanted to look at seminar materials on
23  camshafts, I could have, say, started at whatever
24  year it began in the mid-80s and looked at the C
```

Page 67

ROGERS - POLK

```
1   on each shelf and looked to see if there were any
2   seminars relating to camshafts; is that accurate?
3       A.  Yes, if there was anything that had
4   the title of "Camshaft", yes.
5       Q.  And the camshaft drives, what is
6   Exhibit 5, was arranged on the shelves
7   alphabetically by C; is that correct?
8          MS. HIRSHFELD: Objection,
9   foundation.
10  BY MR. POLK:
11      Q.  And the seminar materials, again,
12  were arranged by year; is that correct as well?
13      A.  Yes, they are arranged by year.
14         (Exhibit 12 was marked for identification)
15         BY MR. POLK: Lara, for the record,
16  Exhibit 12, again this is a document that I
17  e-mailed to you. It's just a screen printout.
18         MS. HIRSHFELD: Sorry?
19         MR. POLK: It's a screen printout.
20      Q.  Ms. Rogers, could you please take a
21  look through Exhibit 12 and let me know when you
22  have had a chance to review it?
23      A.  I've had a look at it.
24      Q.  And what is Exhibit 12?
```

Page 68

17 (Pages 65 to 68)

ROGERS - POLK

1
2      A.   It's a screenshot of our library
3   catalogue.
4      Q.   OK, and who created the screenshot?
5      A.   I produced it.
6      Q.   And where did you obtain this
7   material, or this information?
8      A.   It's from -- it's a screenshot of
9   the library catalogue, so I took a screenshot of
10  our catalogue.
11     Q.   And you say "a screenshot of our
12  catalogue". What catalogue are you referring to?
13     A.   The library's Olib -- the library
14  catalogue, the electronic catalogue.
15     Q.   OK, and is this electronic
16  catalogue maintained by IMechE in the ordinary
17  course of its business?
18     A.   Yes, it is.
19     Q.   And is what is shown as Exhibit 12
20  an accurate copy of the screen printout that you
21  created from the IMechE database?
22     A.   Yes, it is.
23     Q.   OK. If you look at the first page
24  of Exhibit 12, where it says "Title No.", what the
25  that?

Page 69

ROGERS - POLK

1
2      A.   That's a unique identifier for that
3   record on the catalogue.
4      Q.   And there's a heading that says
5   "Authority Control Details"?
6      A.   Yes.
7      Q.   And below that it says "Cat Date"
8   and a date. Can you tell me what that means?
9      A.   That's the date that it would have
10  been entered on the system, or on the catalogue,
11  or it will be the date that it was last modified
12  on the system.
13     Q.   OK, and when you say put on the
14  system, what system are you referring to?
15     A.   Well, this date will have come from
16  CAIRS, from the previous catalogue, because our
17  new catalogue, the software have, we got that in
18  2000, so that's the date that it was entered on
19  the CAIRS system.
20     Q.   OK, and when you say the CAIRS
21  system, are you referring to, I guess if we turn
22  back to Exhibit 3, I guess what is referenced
23  enclosure 3, say -- 3 and 4. Several of the
24  documents reference the CAIRS system. Is that
25  what you are referring to?

Page 70

ROGERS - POLK

1
2      A.   Yes.
3      Q.   OK, and if you would look at the
4   second page of Exhibit 2 [sic], do you see that?
5   What is this information showing?
6      A.   That's a screenshot of the front
7   page of the catalogue record for that paper, the
8   Butterfield paper, and below there's all the
9   database fields from the library catalogue.
10     Q.   OK. Now, if we could, I guess, go
11  back a little bit. I just want to understand when
12  a seminar is finished, what happens to those
13  materials?
14     A.   Free copies are given to the
15  library. They are marked A, B and C. Are you
16  talking about now?
17     Q.   Just now, yes. I just generally
18  want to know how this works?
19     A.   They are marked A, B and C and then
20  the B and C copies go on the shelf, so they are
21  available for loan or for people coming in, and
22  then the A is treated as a reference copy, so it
23  will always stay in the library, but it's the copy
24  that we will then enter abstracts or enter details
25  of those papers on the library catalogue.

Page 71

ROGERS - POLK

1
2      Q.   When are copies generally put on
3   the shelves?
4      A.   They're generally put on the shelf,
5   the B and C copies would go straight on the shelf
6   once -- well, now we would enter details of the
7   seminar on our system and once we've got a record
8   that we've received that seminar, the B and C
9   copies would go on the shelf.
10     Q.   OK, and when would they go on the
11  shelf?
12     A.   Probably a few days after we'd
13  received the seminar.
14     Q.   OK. Once an article was entered
15  into CAIRS, what was its availability? I mean who
16  had access to this article?
17         MS. HIRSHFELD: Objection,
18  foundation.
19     A.   You mean on the catalogue or
20  in ----
21  BY MR. POLK:
22     Q.   I'm talking about, if we can go
23  back to, say, the 1991/92 timeframe, when an
24  article is put into CAIRS, at that point who had
25  access to the article?

Page 72

18 (Pages 69 to 72)

ROGERS - POLK

1     A.   Well, the catalogue was only
2 available in the library at that period, but
3 anyone could call up and the library would search
4 on their behalf, so they could give details of
5 anything on the catalogue. But the items on
6 shelf, is that what you are referring to?
7     Q.   No, I am just talking about what is
8 in the database itself.
9     A.   So mainly it was only library staff
10 who used the software but they would search it on
11 behalf of anybody coming in to the library or
12 anybody calling up.
13     Q.   OK, and then in the 1991/92
14 timeframe, when are again talking about CAIRS,
15 what fields were searchable?
16     A.   On CAIRS you could both search by
17 subject, by title, by the abstract field; you
18 could just do a general keyword search, so you
19 could have probably searched across most of the
20 fields on the database.
21     Q.   Turning to Exhibit 5, do you have
22 Exhibit 5?
23     A.   Yes, I do.
24     Q.   There is a date stamp on Exhibit 5.

Page 73

ROGERS - POLK

1 24 September 1991", do you know what that means?
2     A.   That's the date the seminar was
3 held.
4     Q.   OK, and where it says "Venue:
5 IMechE HQ, London", do you know what that means?
6     A.   That means it was held at the
7 IMechE headquarters in London.
8     Q.   When it says "(S993)", do you know
9 what that means?
10     A.   Seminars are assigned codes, so
11 it's a seminar code.
12     Q.   When it says "In collaboration with
13 the Automobile Division", do you know what that
14 means?
15     A.   They're the organisers, the IMechE
16 Automobile Division, and the Solid Mechanics and
17 Machine Systems Group would be the people
18 organising the seminar.
19     Q.   OK. We've been going for a little
20 while. Do you want to take a ten minute break?
21 We are going to take a ten minute break and then
22 come back, because we've been going for a while.
23     MS. HIRSHFELD: How much more time
24 do you think you have with this witness?

Page 75

ROGERS - POLK

1 Do you see that?
2     A.   Yes.
3     Q.   Do you know what that date stamp
4 is?
5     A.   That would be when seminars come
6 into the library, they would be stamped.
7     MS. HIRSHFELD: Again, I want to
8 object to the extent I don't have a copy of
9 Exhibit 5.
10     MR. POLK: The part we are talking
11 about is the front page, basically. Counsel if
12 you look at the front page of Exhibit 4, that is
13 the front page of Exhibit 5. They are identical.
14     Q.   I'm not sure if I was interrupted
15 during the questioning, but the date stamp, where
16 it says October 24, 1991; what is that date again?
17     A.   That is probably going to be the
18 date that it was received in the library.
19     Q.   Probably?
20     A.   Well, it gets stamped when it
21 arrives in the library, so you can pretty much say
22 that's the day it got put in the library.
23     Q.   OK, and where it says at the bottom
24 of the page on Exhibit 5, where it stays "Date:

Page 74

ROGERS - POLK

1     MR. POLK: Not sure, counsel.
2 Maybe 15-20 minutes.
3     MS. HIRSHFELD: OK.
4     (Break from 4.42 p.m. to 4.55 p.m.)
5 BY MR. POLK:
6     Q.   Ms. Rogers, I believe you testified
7 earlier that there was a period of time where you
8 worked with the CAIRS software; is that correct?
9     A.   Yes, when I first came to the
10 institution we were using the CAIRS software.
11     Q.   So you worked with CAIRS from 2000
12 until what year?
13     A.   In 2001-02 we were doing the data
14 transfer. I did everything. I moved the data
15 from CAIRS to Olib.
16     Q.   So what time period can we say you
17 actually worked with CAIRS, as far as inputting --
18 as far as worked with it as a software programme?
19     A.   2000-2001.
20     Q.   OK, from 2000-2001; and do you know
21 if the CAIRS system changed from the 1991 to 1992
22 timeframe until, say, 2001?
23     A.   No, it would've been the same. We
24 were using the procedures that I have set out here

Page 76

19 (Pages 73 to 76)

ROGERS - POLK

1   
2  when I came.
3  Q.  OK, and when was the CAIRS system
4  officially replaced?
5  A.  It was replaced -- the web
6  catalogue went live in 2002, so it was officially
7  replaced at the end of 2001.
8  Q.  OK.  At the beginning or end of
9  2001?
10  A.  The end of 2001.
11  Q.  OK, and how much of your daily
12  activities involved using the CAIRS system?
13  A.  Most of my daily activities would
14  have involved using the CAIRS system.  I would
15  have been abstracting papers and if we were
16  issuing things, everything.  CAIRS, basically, is
17  the management software for the library.
18  Q.  OK.  If I could turn back to
19  Exhibit 3.  I want to start with enclosure 3, if I
20  could.  If you look at enclosure 3 again.  It is
21  Hitachi 445513 through 17 and it is described:
22  "ENTERING ITEMS ON CAIRS LMS CATALOGUE." Based on
23  your experience of using CAIRS, is enclosure 3 an
24  accurate description of how one would enter
25  information on the CAIRS LMS catalogue?

Page 77

ROGERS - POLK

1   
2  A.  CAIRS was split into two parts, the
3  LMS and the books catalogue, so I would have been
4  entering more things on the LMS catalogue.  But
5  this is how we entered things on the LMS
6  catalogue.
7  Q.  And what was the LMS catalogue
8  again?
9  A.  Sorry, the?
10  Q.  LMS, what was that?
11  A.  The LMS just contained details of
12  the books in the library and the LMS section
13  contained details of the papers.
14  Q.  OK, so if we look at enclosure 4,
15  which is Hitachi 445518 through 19, it is titled
16  "INSTRUCTIONS FOR LMS DATABASE INPUTTING SEMINAR
17  PAPERS - INFORMATION ASSISTANT".  If you look
18  through enclosure 4, based on your experience of
19  using the CAIRS system, is that an accurate
20  description of how seminar papers were entered
21  into the CAIRS system?
22  MS. HIRSHFELD:  Ed, when are you
23  asking about this?
24  MR. POLK:  She said there was no
25  changes between the CAIRS from 1991-2002 timeframe

Page 78

ROGERS - POLK

1   
2  until it was displaced, so I'm basically covering
3  the entire period.
4  MS. HIRSHFELD:  It's just that I
5  see the date on the document is '99.
6  BY MR. POLK:
7  Q.  Your understanding of CAIRS is
8  there was no changes to the software and the way
9  it was used from 1991-92 timeframe until it was
10  replaced; is that accurate?
11  A.  As far as I know, it stayed the
12  same.  They used CAIRS in 1991 and there was no
13  reason for it to be different in 2000.
14  Q.  Again, based on your experience of
15  using the CAIRS software, is the instructions in
16  enclosure 4 accurate of how seminar papers were
17  entered into CAIRS?
18  A.  Yes, this was the procedure I
19  followed to enter papers on to the CAIRS system.
20  Q.  OK, if you look at enclosure 5,
21  what is the difference between enclosure 4 and 5?
22  One is for information assistant and one is for
23  information officer.  What is the difference?
24  A.  The difference is that if at some
25  point, sometimes we had an assistant help us and

Page 79

ROGERS - POLK

1   
2  they would enter the differences.  They are
3  exactly the same apart from an information officer
4  put on the keywords or wrote an abstract.  If
5  there was an abstract in the paper, the
6  information assistant wouldn't have done that;
7  they would have left it for the information
8  officer.  So there was basically the keywords,
9  they are exactly the same, apart from an
10  information assistant wouldn't have entered
11  keywords or written an abstract if there wasn't
12  one there.
13  Q.  OK.  If you look at enclosure 6,
14  which is Hitachi 445522, it mentions "GUIDELINES
15  FOR ABSTRACT WRITING", do you see that?  What do
16  these guidelines relate to?
17  A.  Guidelines for producing the
18  abstract of the seminar or conference papers.
19  Q.  OK, and that was used for CAIRS, as
20  far as your understanding, from the 1991-92
21  timeframe until it was replaced in, I guess at the
22  end of 2001, generally?
23  A.  Yes.  As far as I can tell, this
24  would be -- this is how you would have guidelines
25  for writing an abstract for that period.

Page 80

20 (Pages 77 to 80)

**Page 81**

ROGERS - POLK

1
2 Q. If you look at enclosure 8, which
3 is on page Hitachi 445526, and it goes until --
4 again, enclosure 8 goes into Hitachi 445534. If
5 you could please take a look at enclosure 8.
6 A. Yes, I have seen it.
7 Q. OK. Looking at enclosure 8, it's
8 entitled "SEARCHING". Is that an accurate
9 description, enclosure 8, of how items were
10 searched on CAIRS ----
11 A. Yes.
12 Q. ---- around the 1991-92 timeframe
13 until it was replaced in 2001?
14 A. I mean, this is the method that I
15 would have used to search the catalogue, both the
16 IMS and the LMS sections, and there's no reason
17 to -- I don't see why it would have been different
18 in 1991.
19 Q. OK, and if you look at enclosure 9
20 it mentions "POSTAL PHOTOCOPIES". Exhibit 9 [sic]
21 is Hitachi 445535; do you see that? What does
22 that mean -- what is that referring to, postal
23 photocopies?
24 A. Basically, anyone, they can phone
25 or e-mail or fax the library and request a copy of

**Page 82**

ROGERS - POLK

1
2 a paper and then we would send it out to them.
3 Q. OK, and was that the case in the
4 1991-92 timeframe?
5 A. Yes, it was.
6 Q. OK. If you look at Exhibit 10 --
7 excuse me, enclosure 10 of Exhibit 3, which is
8 Hitachi 445536; do you see that?
9 A. Yes.
10 Q. What is Exhibit 10 referring to?
11 It says "PERSONAL LOANS - MEMBERS".
12 A. It's the procedure for loaning
13 books out to members.
14 Q. OK, and that's only to members?
15 A. Loans are only made to members.
16 Q. When you say books, does that also
17 include seminar materials?
18 A. Yes, seminars and conferences would
19 be loaned as well.
20 Q. OK, and was this procedure used
21 during, say, the 1991-92 timeframe until the CAIRS
22 system was replaced in 2001?
23 MS. HIRSHFELD: Objection,
24 foundation.
25 A. I'm not sure about what the

**Page 83**

ROGERS - POLK

1
2 loans -- I'm not sure about the system in '91 for
3 loans.
4 BY MR. POLK:
5 Q. Fair enough. In enclosure 11,
6 where it says "POSTAL LOANS", were you familiar
7 with that procedure in the 1991-92 timeframe?
8 A. This is probably likely to be the
9 procedure in '91. It was not a procedure I
10 followed. We loaned on the automatic system when
11 I came and this is putting in loan slips, which we
12 didn't do when I joined the library.
13 Q. OK, but is it similar to the
14 procedures you use now?
15 A. It's similar, apart from we use an
16 electronic system now, rather than this is talking
17 about a manual system.
18 MR. POLK: Counsel, I believe that
19 is all the questions I have now for Ms. Rogers.
20 If you want to do cross-examination.
21 CROSS-EXAMINATION BY MS. HIRSHFELD
22 Q. Let me just get myself organised.
23 Ready?
24 A. Yes.
25 Q. Ms. Rogers, where were you employed

**Page 84**

ROGERS - HIRSHFELD

1
2 in 1991 through 1992?
3 A. Where was I?
4 Q. Where were you employed?
5 A. Where was I employed?
6 Q. Where were you employed in 1991
7 through 1992?
8 A. I wasn't employed; I was studying.
9 Q. And where were you studying?
10 A. I was studying at the University of
11 Birmingham.
12 Q. OK. Ms. Rogers, are you being paid
13 for your testimony today?
14 A. No.
15 Q. OK, and did you meet with Mr. Polk
16 prior to giving testimony today?
17 A. I have seen -- he has been in the
18 library, so I have seen him.
19 Q. OK. Did you guys have any
20 conversations during that time?
21 A. I have spoken to him.
22 Q. OK, when?
23 A. Yesterday.
24 Q. And for how long?
25 A. Just about five minutes. He was

MARTEN WALSH CHERER LTD
TELE: 020 7405 5010

27-29 CURSITOR STREET
E-MAIL: info@martenwalshcherer.com

LONDON EC4A 1LT
FAX: 020 7405 5026

ROGERS - HIRSHFELD

1  just asking about where the seminars were in the
2  library.
3      Q.   Was anything else discussed?
4      A.   No.
5      Q.   Was anyone else -- did you witness
6  Mr. Polk talk to anybody else?
7      A.   He was talking to all the library
8  staff to try and work out how things were arranged
9  and where to find things and asking for copies of
10  things.
11      Q.   Could you just tell me who else he
12  spoke with?
13      A.   I think he mainly dealt with Lisa
14  Davies, who is one of the information officers.
15      Q.   And did Miss Davies work at the
16  IMechE in 1991/92?
17      A.   No, she didn't.
18      Q.   And have you had any phone
19  conversations with Mr. Polk?
20      A.   Yes, I have.
21      Q.   How many?
22      A.   Four or five, probably.
23      Q.   When did you guys first speak?
24      A.   Probably in November.

Page 85

ROGERS - HIRSHFELD

1      Q.   Do you have a more exact date?
2      A.   I don't have an exact date.  It
3  would have been around about the 23rd November.
4      Q.   OK, and how long was the
5  conversation?
6      A.   Short; about ten -- ten minutes
7  probably.
8      Q.   And what did you discuss?
9      A.   He was asking about if we had
10  copies of procedures from 1991 and about how
11  seminars and conferences, how they were -- kind of
12  our current procedures and what our procedures
13  would have been in 1991.
14      Q.   OK, and then when was your next
15  phone conversation with him?
16      A.   Probably more recently, just to say
17  that a deposition would be occurring.
18      Q.   Was anything else discussed?
19      A.   No, nothing else was discussed.
20      Q.   And then the materials that were
21  provided in your letter, November 23rd 2005; were
22  those provided in response to your first telephone
23  conversation with Mr. Polk?
24      A.   Yes, I think it was probably the

Page 86

ROGERS - HIRSHFELD

1  first -- yes, they would have been in response to
2  his telephone conversation.
3      Q.   Did you provide any other materials
4  beyond what is included in that exhibit?
5      A.   No, we didn't provide -- I
6  didn't provide anything else.
7      Q.   OK.  Have you had any conversations
8  with anyone else from Mr. Polk's lawfirm, Foley &
9  Lardner?
10      A.   No, I haven't.
11      Q.   How about anyone at Hitachi?
12      A.   No, I haven't.
13      Q.   Did Mr. Polk at any time mention
14  the lawsuit that is currently underway between
15  Hitachi and Borgwarner?
16      A.   Just he did say it was to do with a
17  patent infringement case.
18      Q.   Did he say anything else?
19      A.   No.  I mean, just generally that it
20  was to do with a patent infringement case and
21  there was something in the Butterfield paper that
22  was significant to the case.
23      Q.   Did he say what was significant
24  about it?

Page 87

ROGERS - HIRSHFELD

1      A.   No.
2      Q.   And did you at any time provide any
3  other materials to Mr. Polk beyond what you sent
4  on November 23rd?
5      A.   Only the e-mail that has the copies
6  about the catalogue and he was asking recently
7  about the electronic -- if we had an electronic
8  record on the system of when the seminar was
9  entered. So that came in an e-mail and I e-mailed
10  that over to him.
11      Q.   When did you e-mail that to him?
12      A.   Probably last week.  I don't know.
13  I think it was last week.
14      MS. HIRSHFELD:  Mr. Polk, did you
15  provide us -- do you know if Mr. Polk provided --
16  or Mr. Polk did you provide us a copy of this
17  e-mail?
18      MR. POLK:  I provided you the
19  attachment with the e-mail.
20  BY MS. HIRSHFELD:
21      Q.   Was there anything -- what did the
22  e-mail say?
23      A.   What, my e-mail?
24      Q.   Yes.

Page 88

22 (Pages 85 to 88)

ROGERS - HIRSHFELD

1
2  A.   I just said that this, the request
3  was -- the request came via, it was copied in to
4  our lawfirm and they were requesting if there was
5  an electronic record, electronic date for when
6  that item was catalogued, and I just said these
7  are copies of what I found on our library
8  catalogue. I don't know exactly what I said.
9      Q.   Ms. Rogers, when did you first see
10 Exhibit 4, the article, the camshaft drives
11 document?
12     A.   Probably around about the November
13 period when they were -- when I first spoke to
14 Mr. Polk and he was saying that it was subject to
15 a case in America.
16     Q.   So had you ever seen that document
17 before Mr. Polk contacted you?
18     A.   I mean, I could have done. I could
19 have seen it before. I could have lent it out or
20 I could have photocopied, but I don't remember
21 seeing it before.
22     Q.   Have you at any time ever tried to
23 access that specific document prior to your
24 conversations with Mr. Polk?
25     A.   Sorry? I don't understand the

Page 89

ROGERS - HIRSHFELD

1  0445543.
2      A.   Yes, I have that.
3      Q.   Was this printed from ----
4      MR. POLK: Hold it, counsel. I
5  don't think I am where you are at, enclosure which
6  one?
7      MS. HIRSHFELD: It is your
8  enclosure 16, I believe.
9      MR. POLK: Oh 43. I am sorry, I
10 thought you said 53.
11 BY MS. HIRSHFELD:
12     Q.   Ms. Rogers, was this printed from
13 your current library catalogue?
14     A.   Yes, it was.
15     Q.   So it was not printed out from the
16 1991 system; correct?
17     A.   It wasn't but that -- it wasn't
18 printed out from the '91 system but all the data
19 was transferred into our new system.
20     Q.   OK. Ms. Rogers, what did you do to
21 prepare for your deposition today?
22     A.   Nothing much, really. I just
23 looked through the letter that I had sent to
24 Mr. Polk.

Page 91

ROGERS - HIRSHFELD

1  question.
2      Q.   Did you ever try and access or view
3  the document at Exhibit 4 prior to your telephone
4  conversation with Mr. Polk?
5      A.   I don't remember trying to see it
6  before.
7      Q.   Are papers ever published or
8  sometimes published prior to conference
9  proceedings, in general?
10     A.   No, they -- I mean, this isn't a
11 formal publication. Publications only come out
12 afterwards.
13     Q.   How far afterwards?
14     MR. POLK: Objection, vague.
15     A.   For the seminars, because they hand
16 them out at the event, we get copies. If they
17 have copies, we normally get them as soon, pretty
18 much, after the event, almost a day or so after
19 the event, but it depends. They may not have
20 spare copies so we may have to wait for them to be
21 copied.
22 BY MS. HIRSHFELD:
23     Q.   Could I ask you to refer to
24 enclosure 16 of Exhibit 3, starting at HIT

Page 90

ROGERS - HIRSHFELD

1      Q.   Did you speak with anyone other
2  than -- who did you speak with at IMechE?
3      A.   At IMechE I've spoken to the senior
4  directors and I've obviously spoken to our legal
5  representatives.
6      Q.   Who is your director?
7      A.   The director? My immediate
8  director is Nigel Southwood and the director, my
9  senior director I've spoken to is Robert
10 Howard-Jones.
11     Q.   Did you at any time speak with
12 Gordon Morrison?
13     MR. POLK: Objection, foundation.
14 BY MS. HIRSHFELD:
15     Q.   I am referring to enclosure, I
16 guess 13.
17     A.   No, I didn't speak to him. I don't
18 think we have contacts with him.
19     Q.   OK, how about Emily Lloyd?
20     A.   No, I didn't speak to her.
21     Q.   Annette Watts.
22     A.   No, I didn't speak to her.
23     Q.   Bill Brown?
24     A.   No.

Page 92

23 (Pages 89 to 92)

MARTEN WALSH CHERER LTD          27-29 CURSITOR STREET          LONDON EC4A 1LT
TELE: 020 7405 5010          E-MAIL: info@martenwalshcherer.com          FAX: 020 7405 5026

ROGERS - HIRSHFELD

1
2  Q.   Elizabeth Ellis?
3  A.   No, I didn't speak to her.
4  Q.   John Devine?
5  A.   He is unfortunately dead, so I
6  didn't speak to him.
7       MR. POLK:  Counsel, can I make it
8  clear, we are talking about in preparations for
9  today's deposition, right?
10      MS. HIRSHFELD:  Yes.
11      MR. POLK:  OK.
12 BY MS. HIRSHFELD:
13      Q.   Millicent Fitzgerald.
14      A.   I didn't speak to Millie.
15      Q.   Suzanne Wrate?
16      A.   I didn't speak to anybody, apart
17 from Mike Claxton, that's on that page.
18      Q.   OK, and how long did you speak to
19 Mr. Claxton?
20      A.   I mean, we work together, so
21 probably -- I mean, you know, on and off I've
22 asked him a few things to just clarify that, you
23 know, that the procedures were similar in 1991 to
24 what we do today.
25      Q.   So you spoke to him, you said, just

Page 93

ROGERS - HIRSHFELD

1  briefly?
2       MR. POLK:  We couldn't hear that
3  first part, counsel.
4       MS. HIRSHFELD:  Could you repeat
5  your answer.  I had a hard time hearing you.
6       MR. POLK:  Can you repeat the
7  answer?
8       (The reporter read back as directed)
9  BY MS. HIRSHFELD:
10      Q.   OK, so you spoke to him a few
11 times, you said?
12      A.   Yes, yes.
13      Q.   OK.  Do any of the people that are
14 listed, that are identified, on enclosure 13,
15 besides Mike Claxton, still work for IMechE?
16      A.   No, none of them work for the
17 institution.
18      Q.   OK.  Can I ask you to refer to
19 Exhibit 12?
20      A.   Yes.
21      Q.   This is a screenshot from your
22 current catalogue; correct?
23      A.   Sorry, Exhibit 12?  Sorry, I am
24 looking at the wrong thing.

Page 94

ROGERS - HIRSHFELD

1
2  Q.   Do you have the right one?
3  A.   This is from our current catalogue.
4  Q.   OK.  When did you print this
5  screenshot?
6  A.   I don't know definitely when but it
7  was some time -- it was possibly last week or the
8  week before.
9       Q.   OK, and when did you first provide
10 this to counsel?
11      A.   Either last week or the week
12 before.
13      Q.   Can I refer your attention to on
14 the first page of Exhibit 12, where it says "Cat
15 Date"; do you see that?
16      A.   Yes.
17      Q.   Is it correct that it references
18 September 17, 1992?
19      A.   Yes, it does.
20      Q.   And then is that the date that the
21 camshaft drives document would have been
22 catalogued?
23      A.   Yes, that's likely to be the date
24 it was catalogued.
25      MS. HIRSHFELD:  OK, I guess, then,

Page 95

ROGERS

1
2  I believe that is all I have with this witness.
3  REDIRECT EXAMINATION BY MR. POLK
4       Q.   Just one follow-up question.  You
5  mentioned an e-mail that you sent to me.  Was your
6  counsel copied on that e-mail?  Strike that.  My
7  hand was in the way.  Let me say that again.  Let
8  me ask the question again.  You mentioned an
9  e-mail that you sent to me.  Was your counsel
10 copied on that e-mail?
11      A.   Yes, yes.
12      Q.   Do you remember the date that you
13 actually sent that?
14      A.   No, I don't.
15      MR. POLK:  I have no further
16 questions, counsel.  Should we move to Mr. Claxton
17 now?
18      MS. HIRSHFELD:  Yes, that would be
19 fine.  Should we go off the record while you get
20 ready.
21      (The deposition concluded at 5.21 p.m.)
22
23
24
25

Page 96

24 (Pages 93 to 96)

```
 1
 2                CERTIFICATE OF WITNESS
 3
 4        I, SARAH ROGERS, am the witness in
 5   the foregoing statement under oath.  I have read
 6   the foregoing statement and, having made such
 7   changes and corrections as I desired, I certify
 8   that the transcript is a true and accurate record
 9   of my responses to the questions put to me on
10   Tuesday, 24th January 2006.
11
12
13
14
15
16   Signed  ....................
17        SARAH ROGERS
18   Dated this ........ day of ......... 2006
19
20
21
22
23
24
25
```

Page 97

```
 1
 2             CERTIFICATE OF COURT REPORTER
 3
 4        I, Alan Bell (Accredited Court
 5   Reporter, Member of the British Institute of
 6   Verbatim Reporters) do hereby certify that SARAH
 7   ROGERS was duly sworn, that I took the Stenograph
 8   Notes of the foregoing statement under oath and
 9   that the transcript thereof is a true and accurate
10   record transcribed to the best of my skill and
11   ability.
12        I further certify that I am neither
13   counsel for, related to, nor employed by any of
14   the parties to the action in which the deposition
15   was taken, and that I am not a relative or
16   employee of any attorney or counsel employed by
17   the parties hereto, nor financially or otherwise
18   interested in the outcome of the action.
19
20   ......................
21   Alan Bell
22
23
24
25
```

Page 98

MARTEN WALSH CHERER LTD          27-29 CURSITOR STREET          LONDON EC4A 1LT
TELE: 020 7405 5010          E-MAIL: info@martenwalshcherer.com          FAX: 020 7405 5026