# EXHIBIT 5

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------)
HITACHI, LTD., and UNISIA NORTH )
AMERICA, INC., )
Plaintiffs, )
) Civil Action No:
v. ) 05-048-SLR
)
BORGWARNER INC., and )
BOGWARNER MORSE TEC INC., )
Defendants. )
------------------------------)
BORGWARNER INC., )
Counterclaimant, )
) Civil Action No:
v. ) 05-048-SLR
)
HITACHI, LTD., and UNISIA NORTH )
AMERICA, INC., )
Counterdefendants. )
------------------------------)

VIDEOTAPED DEPOSITION
of
MR. MIKE CLAXTON

On Tuesday, 24th January 2006

Taken at:
Institute of Mechanical Engineers,
1 Birdcage Walk,
Westminster,
London SW1H 9JJ,
England

Reported by: Alan Bell MBIVR

Page 2

APPEARANCES

On behalf of the Plaintiffs:
FOLEY & LARDNER LLP
Washington Harbour,
3000 K Street, Suite 500,
Washington, DC 20007-5143

By: MR. C. EDWARD POLK

On behalf of the Defendants:
SIDLEY AUSTIN LLP
One South Dearborn,
Chicago, Illinois 60603
By: MS. LARA V. HIRSHFELD

On behalf of the Institute of Mechanical Engineers:
BRISTOWS
3 Lincoln's Inn Fields,
London WC2A 3AA
England

By: MS. LAURA REYNOLDS

Also in attendance:
Ms. Sarah Rogers

Court Reporter:
Alan J. Bell MBIVR
Marten Walsh Cherer Ltd.,
Midway House
27/29 Cursitor Street,
London EC4A 1LT

Page 3

INDEX

| Deponent | Page |
|---|---|
| MR. MIKE CLAXTON | |
| Errata | 4 |
| Direct Examination by Mr. Polk | 6 |
| Cross-Examination by Ms. Hirshfeld | 35 |

----------

No exhibits were marked during this deposition

Exhibits referred to during this deposition

| Exhibit | Page |
|---|---|
| 1 | 12 |
| 2 | 13 |
| 3 | 13 |
| 4 | 15 |
| 5 | 15 |
| 6 | 18 |
| 7 | 29 |
| 8 | 29 |
| 9 | 30 |
| 10 | 32 |
| 11 | 33 |

Page 4

ERRATA

(Please make any corrections here, not in the transcript)

CLAXTON

(The deposition commenced at 5.33 p.m.)

THE VIDEOGRAPHER: On 24th January 2006 in the United States District Court for the District of Delaware, Civil Action No. 05-048-SLR in the case Hitachi Ltd. and Unisia North America, Inc., Plaintiffs v. Borgwarner Inc., and Borgwarner Morse Tec Inc., Defendants. Counterclaim: Borgwarner Inc., Counterclaimants, v. Hitachi Ltd., and Unisia North America, Inc., Counterdefendants.

This is the deposition of Mr. Mike Claxton being taken in the Institute of Mechanical Engineers at number 1 Birdcage Walk, Westminster, London. Also present are?

MR. POLK: Edward Polk for the plaintiff Hitachi, from Foley & Lardner.

MS. REYNOLDS: Laura Reynolds from Bristows, representing the Institute of Mechanical Engineers.

MS. HIRSHFELD: Lara Hirshfeld, defendants, Sidley Austin.

MR. POLK: Lara, the same stipulation regarding swearing in this witness?

MS. HIRSHFELD: Yes, that's fine.

Page 5

CLAXTON

MR. MIKE CLAXTON, SWORN

MR. POLK: Counsel, do you want to get on the record his ability to review and make any corrections to the transcript?

MS. REYNOLDS: Yes, we would like a copy of the transcript so we could review and make any necessary corrections.

DIRECT EXAMINATION BY MR. POLK

Q. Mr. Claxton, would you please state your name and address for the record.

A. It's Michael Claxton. My address is 14 King's Road, Tonbridge, Kent.

Q. And have you been deposed before?

A. I haven't.

Q. OK. Let me go through the process again. I am going to ask you a series of questions that hopefully are clear and concise so you can understand them and provide an answer. Again, the court reporter will be here to take your answers. Please speak up so the court reporter can hear you. Head nods will not get on the record.

A. I understand.

Q. If you need to take a break at any

Page 6

CLAXTON - POLK

time, please let me know. If there's any answers that you later realise are incorrect or incomplete that you need to go back and correct, feel free to go ahead and correct those. Again, if you need to take a break. And is there any reason you know of right now that you cannot give honest and accurate testimony?

A. No.

Q. And are you currently employed?

A. I'm employed at the Institution of Mechanical Engineers.

Q. And how long have you been employed with -- I'm going to call them IMechE -- how long have you been employed with IMechE?

A. I started with IMechE in 1971 but I joined the library department in 1973.

MS. HIRSHFELD: Excuse me, what did you say?

A. I'll repeat that. I started at the Institution of Mechanical Engineers in 1971 with the records department. I moved to the library department in 1973.

BY MR. POLK:

Q. And how long have you been with the

Page 7

CLAXTON - POLK

library department?

A. Ever since that time in 1973.

Q. OK, and when you joined the library department in 1973, I know this is a while back, but can you remember your responsibilities?

A. I joined, I believe it was library assistant, in a junior role.

Q. And what were your responsibilities as a library assistant?

A. It was to do with processing books but without the responsibility of the catalogue and other responsibilities I had later. So it was a clerical role at first.

Q. OK, and you mentioned something about cataloguing. Can we be clear for the record, when you were a library assistant, what was your involvement in cataloguing?

A. My part of the process would have been things like labelling books, and whatever, largely manual procedures we had then. This was prior to computerization.

Q. OK. How long were you a library assistant?

A. I can't recall exactly. It might

Page 8

CLAXTON - POLK

have been in the region of two to three years. I can't be positive.

Q. OK. What was your role after being a library assistant?

A. There were a couple of promotions which eventually led up to me being termed librarian, which would have been in advance of the time period, 1991, we are considering now. I would have been librarian then.

Q. What were your responsibilities as a librarian?

A. I took over the professional side of the cataloguing, which means assigning headings to the books and class numbers for the shelves and so on.

Q. OK, how long were you a librarian?

A. Sorry?

Q. How long did you hold the position of librarian?

A. I can't recall exactly. As I said, that would have been one of well in advance of the time period we're considering in the 90s.

Q. OK, and what was your position after being a librarian?

Page 9

CLAXTON - POLK

A. After being a librarian? That is my title now, is librarian.

Q. I'm sorry, so you have been a librarian ----

A. I started off, the more clerical role was library assistant and that evolved to be a librarian post for the majority of my time here.

Q. OK, so you'd been a librarian some time before, say, '90 or '91 until the present?

A. That's right.

Q. OK. Let's focus around, say, the 1991 to 1992 timeframe. What was your kind of general day-to-day responsibilities during that timeframe?

A. I was concerned with cataloguing and classifying books, but not the papers. So when we went to computerization methods, then I would have been working with the CAIRS system and entering on the book part of that system ----

Q. OK, when ----

A. ---- rather than the papers database.

Q. I'm sorry.

A. Rather than the papers database.

Page 10

CLAXTON - POLK

Q. OK, and when did you first start working with the CAIRS system?

A. When that was first introduced, which was the early 1980s.

Q. And do you know how long the library used the CAIRS system?

A. That would have been from the early 1980s to early 1990s; approximately ten years.

Q. Say that again, it would have been from?

A. The CAIRS system, yes?

Q. Yes.

A. Started up in early 1980s until -- no, sorry, I think I made an error there. It certainly started in early 1980s and would have gone up to early 2000s is what I meant to say.

Q. OK. How familiar are you with the library's practices and procedures in 1991?

A. Sorry, say again?

Q. How familiar are you with IMechE -- the library's I am referring to -- practices and procedures in 1991?

A. Very familiar with the CAIRS books side of the software. In general terms I also

Page 11

CLAXTON - POLK

know how the papers database worked.

Q. OK, and how familiar with the practice and procedures of the library in 1992?

A. Fairly familiar.

Q. OK. Could you take a look at what was previously marked as Defendants' Exhibit 1.

A. Excuse me while I replace my microphone.

Q. If you look at, I think it's the top document, Exhibit 1. Again, for the record, it's the 30(b)(6) notice to the Institute. If you could look at the topics, the deposition topics, that are a little further into the document, I believe the second to last page.

A. Right.

Q. Have you seen this document before?

A. I've had a brief look at this.

Q. OK. Have you had a chance to review the deposition topics?

A. Just superficially, yes.

Q. OK. If you can, please review them now and let me know if you are prepared to testify on topics 1 through 5.

A. That's fine, I've reviewed those.

Page 12

HITACHI v. BORGWARNER Case 1:05-cv-00048-SLR Document 286-4 24 JANUARY 2006 Filed 10/12/2006 DEPOSITION OF MR. CLAXTON Page 5 of 30

CLAXTON - POLK

Q. Now, we had some testimony just a little earlier about the membership of the Institute of Mechanical Engineers. Could you look at Exhibit 2, please. Exhibit 2 notes that -- I guess nearer the 1990 timeframe -- that IMechE averaged around, say, 77,000 members. Based on your employment with IMechE, is that your understanding of the IMechE's membership around that timeframe?

A. My recollection is that throughout my time at the IMechE, membership has ranged from 75,000 to 80,000 and that's changed little.

Q. OK, so looking at Exhibit 2, the membership article, if you could just review that article and tell me do you believe that's an accurate description or depiction of the IMechE's membership around the 1990 timeframe?

A. Yes, that's consistent with my recollection of the membership levels.

Q. OK. If you could, could you turn to Exhibit 3, please. And if you could, please, take a look through what has been marked as Exhibit 3. For the record, again, it is HIT 445505A through 445573.

Page 13

CLAXTON - POLK

A. Sorry, am I looking through all of these?

Q. Yes, just thumb through as much as you need. I'm going to talk about some of these enclosures relating to the CAIRS system.

A. Right, I've seen what's there.

Q. If you could turn to enclosure 3. It begins on Hitachi 445513.

A. 13?

MS. HIRSHFELD: Ed, did you say enclosure 3?

MR. POLK: Yes, Lara, enclosure 3.

A. I have that.

Q. OK. Could you look through enclosure 3. It goes a couple of pages and it ends at Hitachi 445517. It's entitled "Entering item on CAIRS LMS catalogue".

A. Right.

Q. You mentioned you were most familiar with the books side of CAIRS; is that correct?

A. That is correct.

Q. And this is the side, I take it, that you were most familiar with?

Page 14

CLAXTON - POLK

A. That's right.

Q. OK, and does this accurately describe the CAIRS -- entering items on the CAIRS catalogue in October of 1991?

A. It does.

Q. OK, and could you look at Exhibit 4, please. For the record -- again, I'm talking about enclosure 4. For the record, it's Hitachi 445518-19. It is entitled "Instructions for IMS database inputting - seminar papers", and I guess this is directed to the information assistant?

A. Right.

Q. And you mentioned you were generally familiar with the papers side of the CAIRS system?

A. That's right.

Q. OK, and if you would look at enclosure 4, to the best of your understanding is it accurate for the CAIRS -- inputting CAIRS seminar papers for information assistants around the 1991 to 1992 timeframe?

A. It is.

Q. OK, and could you look at Exhibit 5, please -- I'm sorry, enclosure 5. I

Page 15

CLAXTON - POLK

keep wanting to say exhibit. If you look at enclosure 5, for the record, it's Hitachi 445520-21. Have you had a chance -- let me know when you have had a chance to review this document.

A. I've had a look at the document.

Q. OK, and for the record it says: "Instruction for IMS database inputting - seminar papers information officer." Again, you testified earlier that you were generally familiar with the seminar papers side inputting?

A. Yes, this is consistent to what I remember.

Q. And this is consistent for the procedures that the information officer would have used?

A. That's correct.

Q. OK, and if you look at enclosure 6, which is Hitachi 445522 to 23, and for the record it says "Guidelines for abstract writing". Please take a look through this and please let me know if this is familiar with your understanding of guidelines for abstract writing in CAIRS around the '91 to '92 timeframe.

Page 16

4 (Pages 13 to 16)

MARTEN WALSH CHERER LTD 27-29 CURSITOR STREET LONDON EC4A 1LT
TELE: 020 7405 5010 E-MAIL: info@martenwalshcherer.com FAX: 020 7405 5026

CLAXTON - POLK

A. This, well these guidance notes reflect the way the work was done at the time. Although I didn't enter myself, but this is what was done according to the resulting data entries.

Q. OK, and that was during the '91 to '92 timeframe?

A. That's right.

Q. And if you look at enclosure 7 of Exhibit 3, which is Hitachi 445524-25, could you please look through these two pages. That is entitled "Software". Let me know when you've had a chance to review enclosure 7.

A. OK. I recall all those databases except Typing Tutor, which is a fairly minor one, I think.

Q. Could you say that again?

A. The software numbered number 6 I don't remember. This is a fairly minor part of the software input.

Q. OK, but the rest of the -- it shows software. Do you know what this software, when or where this software was used?

MS. HIRSHFELD: Objection, foundation.

CLAXTON - POLK

BY MR. POLK:

Q. Strike that. Do you know if the IMechE library used any of the software that is shown in Exhibit 7?

A. I recall them all being used in that period apart from Typing Tutor.

Q. When you say "that period", which period are you talking about?

A. That would've been the 1990s and previous to that.

Q. OK, and that would include the '91 to '92 timeframe?

A. It would include that.

Q. If you could turn to enclosure 8, which is shown on pages Hitachi 445526 to Hitachi 445534, could you please look at the enclosure 8 that is entitled "Searching" and let me know when you've had a chance to review this enclosure?

A. I've reviewed it.

Q. Looking at enclosure 8, where it says searching, what does that refer to?

A. That's when someone wants to make an enquiry of the catalogue, which was CAIRS.

Q. OK, and does enclosure 8 accurately

CLAXTON - POLK

describe how CAIRS was searched in the 1991 to 1992 timeframe?

A. Yes, it describes the various methods of searching the catalogue.

Q. OK, and is it accurate?

A. Yes, it looks accurate.

Q. If you could turn to enclosure 9, which is Hitachi 445535.

A. OK, I have it.

Q. It says "Postal Photocopies". Do you know what that refers to?

A. I do.

Q. And what is that referencing?

A. That is when people have contacted us through telephone, letter or other means requesting a photocopy of a particular article or page from a publication.

Q. OK, and who would that request have typically gone to?

A. Would have gone to?

Q. Yes.

A. It could have gone to any of the enquiries staff, or any of the library staff, in fact. It would normally be dealt with by the

CLAXTON - POLK

library assistant.

Q. OK, and who could obtain postal copies of, say, seminar materials?

A. We send out photocopies to either members or non-members, so anybody who asks, really.

Q. And that was the case in the 1991-92 timeframe?

A. It was the case then.

Q. OK. And if you look at enclosure 10 of Exhibit 3, which is Hitachi 445536. It is entitled "Personal Loans - Members". Do you see that?

A. Yes.

Q. Could you please take a look at enclosure 10 and please review that document.

A. I have seen that.

Q. OK. Where it says "Personal Loans - Members", what is that referring to?

A. "Members" refers to members of the Institution of Mechanical Engineers and "loans" is self-explanatory, I think. So anyone could borrow a book or an entire conference proceedings if they asked for that and they were a member. Also, we

MARTEN WALSH CHERER LTD 27-29 CURSITOR STREET LONDON EC4A 1LT
TELE: 020 7405 5010 E-MAIL: info@martenwalshcherer.com FAX: 020 7405 5026

CLAXTON - POLK

lent to about three other institutions' members as well because we had an agreement with them.
Q. OK, who were those institutions?
A. That's the Royal Aeronautical Society, the Institution of Electrical Engineers and the Institution of Civil Engineers.
Q. OK, could you say that list one more time; it was?
A. Institution of Electrical Engineers.
Q. Commonly known as IEEE?
A. IEE.
Q. OK.
A. And the Institution of Civil Engineers (ICE), and the Royal Aeronautical Society, which is RAeroS.
Q. So who was -- what is IEE, what were they?
A. Institution of Electrical Engineers.
Q. And where were they located?
A. They're in Westminster as well: Savoy Place, near the hotel.
Q. Did IEE have access to the CAIRS

Page 21

CLAXTON - POLK

database?
A. Yes.
MS. HIRSHFELD: Objection, foundation.
A. We agreed some years ago to loan to each other's members and provide other facilities to each other's members, such as photocopiers.
BY MR. POLK:
Q. OK. So how did IEE have access to information on the CAIRS database? And again, I am talking about the '91 and '92 timeframe.
A. They had no direct access because CAIRS was only available within the library itself.
Q. So they had to come to the library?
A. They would have to ask us or come to the library.
Q. Could they call up?
A. They could ring, yes.
Q. Ok, so in the '91-'92 timeframe, IEEE members could either ----
A. IEE.
Q. I'm sorry, I'm thinking of the US.
A. No electronics!

Page 22

CLAXTON - POLK

Q. IEE members could call a member of the IMechE library staff to access the CAIRS database or they could actually come to the library itself to access the CAIRS database?
A. Yes. Normally we would search on their behalf because there weren't publicly available terminals then. So the normal procedure would be that they would ask us and we would then interrogate the database.
Q. OK, and ICE, which I believe you said was the Institute of Civil Engineering?
A. Yes.
Q. And where were they located?
A. Civil engineers are about 50 feet that way across the road.
Q. That's the building there across the walk?
A. It is One Great George Street.
Q. So what is ICE?
A. They are a sister institution, as are the other two I mentioned, a sister engineering institution. And the ICE, the IEE and ourselves were known as "The Big Three", probably still are for all I know; so the bigger

Page 23

CLAXTON - POLK

engineering institutions.
Q. How did ICE have access to the information on the CAIRS database?
A. OK, by the same means. They would contact us, we would search for them.
Q. And ICE members could also come to the IMechE library and search the database?
A. In fact, any member of the public could come to the library as well.
Q. OK, and just so we are clear, we're talking about the '91 and '92 timeframe?
A. That's right, but it hasn't changed.
Q. OK. It hasn't changed today?
A. No, we're still open to the public as well as to members.
Q. And Royal Aeronautical Society, who are they?
A. It's another sister institution which deals with branches of aeronautical engineering.
Q. OK, and how did Royal -- or RAS, I will call them RAS. How did RAS members have access to the information on the CAIRS database in

Page 24

HITACHI v. BORGWARNER Case 1:05-cv-00048-SLR Document 286-4 26 JANUARY 2006 Filed 10/12/2006 DEPOSITION OF MR CLAXTON Page 8 of 30

CLAXTON - POLK

the '91-'92 timeframe?

A. It's the same situation; no direct access, they would ask us.

Q. And they could come to the library?

A. They could visit, yes.

Q. In the '91-'92 timeframe did you have terminals in the library?

A. Not for public use.

Q. OK, it was searched by the staff?

A. Yes.

Q. OK. Enclosure 11, if we could turn to that, which is Hitachi 445537, mentions postal loans. Do you see that?

A. Yes.

Q. And what is that referring, to postal loans?

A. That is documents such as books, conferences, seminars, which we sent through the post for people to borrow.

Q. OK, and if you look at enclosure 13, which is Hitachi 445539.

A. I have it.

Q. OK. It shows a gentleman, a dappper looking gentleman named Mike Claxton, with

Page 25

CLAXTON - POLK

the reference "Mike Claxton". Is that you, Mr. Claxton?

A. That's me.

Q. The other people who are mentioned on this page, were they employees of IMechE?

A. They were employees, in the library in fact.

Q. OK, and did you work with these individuals on a regular basis?

A. On a day-to-day basis, yes.

Q. Did you work with Gordon Morrison on a day-to-day basis?

A. I did.

Q. Did you learn any of the -- in your work with Gordon Morrison, did you learn pretty much what he did on a day-to-day basis?

A. I think so, yes.

Q. And Emily Lloyd, did you work with her on a day-to-day basis? And I am talking about the '91-'92 timeframe.

A. Right. Yes, I had varying contacts with the different people, but I worked with them all to some degree.

Q. OK, so if we could save a little

Page 26

CLAXTON - POLK

time here.

A. As part of a team, yes.

Q. You worked with everyone listed on Hitachi 445539 to some degree?

A. Yes.

Q. And during that timeframe did you understand what each of these people's roles and responsibilities were with the library?

A. I don't recall every role that every person had in detail, but roughly, yes.

Q. So you were generally familiar with what they were doing?

MS. HIRSHFELD: Objection, foundation.

A. (No verbal response)

BY MR. POLK:

Q. OK, if you could turn to enclosure 16, which begins on Hitachi 445543 and ends at Hitachi 445573. Do you see that?

A. Enclosure 16?

Q. Yes, enclosure 16.

A. I've got it, yes.

Q. For the record it says it is a list of IMechE seminars for 1991. Based on your

Page 27

CLAXTON - POLK

employment with IMechE during, say, the '91-'92 timeframe, does this appear to be an accurate list of the seminars that were held in 1991?

A. It does, yes.

Q. Could you take a look at Exhibit 5, please.

MS. HIRSHFELD: What exhibit, 2 did you say?

MR. POLK: I am sorry, that's the one you don't have, is Exhibit 5.

A. I have that in front of me.

Q. Which is again the entire booklet of materials presented at the camshaft seminar. It has not been Bates stamped at this point?

A. Yes, it is.

Q. And have you seen Exhibit 5 before?

A. Only in the last couple of days -- that I recall.

Q. OK. And when was the last time you saw Exhibit 5? And I mean the copy that IMechE maintains in this library.

MS. HIRSHFELD: Ed, just real quick, did you say you have to be done in the next half hour?

Page 28

7 (Pages 25 to 28)

MARTEN WALSH CHERER LTD 27-29 CURSITOR STREET LONDON EC4A 1LT
TELE: 020 7405 5010 E-MAIL: info@martenwalshcherer.com FAX: 020 7405 5026

HITACHI v. BORGWARNER Case 1:05-cv-00048-SLR Document 286-4 24 JANUARY 2006 Filed 10/13/2006 DEPOSITION OF MR CLAXTON Page 9 of 30

CLAXTON - POLK

MR. POLK: 6.30, yes.

MS. HIRSHFELD: OK, because just remember I have questions as well. I just wanted to make you aware of that.

THE WITNESS: They're not going to actually chuck us out so we can overrun a little.

MR. POLK: OK. Counsel, since you don't have Exhibit 5, I'll move on. We've already talked about that document. If you could look at Exhibit 6 for you, please. Actually, Exhibits 6, 7 and 8, if you look at them collectively. Again, Lara, these are the pictures, 6, 7 and 8.

MS. HIRSHFELD: Yes.

BY MR. POLK:

Q. We've had prior testimony of these shelves as containing the seminar materials, at least up to 1992. Looking at Exhibits 6, 7 and 8, is that a reasonably accurate depiction of how the materials would have been housed in the library in around the 1991-92 timeframe?

A. The same general arrangement would have been in place, which is the IMechE proceedings papers and volumes, the conferences and the seminars are all filed by year and for the

Page 29

CLAXTON - POLK

conferences and seminars, alphabetically within the year.

Q. And alphabetically by?

A. By the first important word in the title of the seminar or conference.

Q. OK, so the camshafts seminar, based on your understanding of IMechE procedures in '91 and '92, how would that have been placed on the shelves?

A. Can you remind me of the date of the ----

Q. It was 1991.

A. 1991, so it would have been ....

Q. And if you need any help you can look at Exhibit 9, if that helps you.

A. OK, that's fine. So that would have been filed under 1991 year and, within that, under "C" for camshafts.

Q. If you look at Exhibit 9, please. That's the enlarged picture, OK?

A. Right.

Q. Have you had a chance to look at Exhibit 9?

A. Yes.

Page 30

CLAXTON - POLK

Q. Looking at Exhibit 9, say in the 1991-92 timeframe, where would the camshafts seminar booklet have been housed?

MS. HIRSHFELD: Objection, foundation; speculation.

A. It would almost certainly be within that first full box shown on the left: A-Co.

Q. OK, and based on your understanding of the library in the 1991-92 timeframe, is this kind of an accurate depiction of how it would have been housed on the IMechE shelves?

A. Yes. The boxes might have been moved round the shelves but the same general arrangement would have been adopted.

Q. OK. Now, in the 1991 timeframe, is it your understanding that after the seminar had taken place that two copies would have been placed on the shelves?

A. That's right. The copies would have arrived in the library and been dealt with by the assistant, who stamps them and enters them on the cards and then, immediately after that, the two copies, the B and C copies, would have been put on the shelves for use and the A copy would

Page 31

CLAXTON - POLK

have been retained for indexing.

Q. OK. You said they were indexed on cards. What were you referring to?

A. This would be when the title of the seminar or conference would be entered on a card for that purpose. So you would have a card, or cards, for each year, so there would have been one for 1991. And then, as the seminars were received, they would have been entered by title on that card and the number of copies received.

Q. And the card, again so I am clear, it would have had 1991 -- or let's take 1991 for example. It would have said 1991 at the top and as seminars came in they would have been listed ----

A. ---- all in boxes on that card.

Q. And if you could turn to Exhibit 10, please.

A. Right.

Q. Look at the second page, where it mentions Camshaft Drives. Do you see that?

A. Is that on the -- which page is that on?

Q. Actually, from the article itself,

Page 32

8 (Pages 29 to 32)

MARTEN WALSH CHERER LTD 27-29 CURSITOR STREET LONDON EC4A 1LT
TELE: 020 7405 5010 E-MAIL: info@martenwalshcherer.com FAX: 020 7405 5026

CLAXTON - POLK

it would be page 11. It's the second page of Exhibit 10.

A. Yes, it mentions camshaft drives.

Q. And do you know what that is referring to?

A. That's obviously the seminar that we have as another exhibit -- Exhibit 5.

Q. Is it your understanding, in the '91-'92 timeframe, that IMechE advertised upcoming seminars?

A. That's right. Policy would almost certainly would have been, as it is now, leaflets would have been sent out on mailshots and also an advertisement would have been made in our newspaper, as I have in front of me now.

Q. You said leaflets would have been sent out on a mailshot. What did you mean by that?

A. There were mailings made in advance of conferences or seminars and I believe that would have been the case during the 1990s as well.

Q. Could you turn to Exhibit 11, please.

MS. HIRSHFELD: And I don't have a

Page 33

CLAXTON - POLK

copy of this one, right?

MR. POLK: No.

A. I have Exhibit 11.

Q. Again, for the record, it's the May 1992 copy of Engineering News, the cover page and page 7 on the inside of that news article.

A. Yes.

Q. If you look where it says "Solid Mechanics and Machine Systems Group" on page 7.

A. Right, it's circled, yes.

Q. Under the heading where it says "Solid Mechanics and Machine Systems Group", midway down it says: "A European seminar on Camshaft Drives was run in conjunction with our automobile division. Four of the papers and one third of the delegates for this event were from outside the UK", do you see that?

A. I see that.

Q. It says: "The camshafts drives seminar was run in conjunction with our automobile division". Do you know what that means?

A. That means that the personnel here concerned with the automobile division would have organised this conference.

Page 34

CLAXTON - POLK

Q. Does that mean that the camshaft seminar actually took place?

A. My reading of that would be, just from the words, that it says the delegates for this event were from outside the UK, which suggests it definitely happened. But I wasn't present in that department, so I have no personal knowledge of that, but certainly the reading here would suggest it.

Q. Now, do you understand, kind of just generally, how seminars were run in the '90-'92 timeframe?

A. Again, no personal knowledge of that, but I have no reason to believe that it was much different.

MR. POLK: Lara, I have no further questions.

CROSS-EXAMINATION BY MS. HIRSHFELD

Q. I guess I have a couple. Mr. Claxton, are you being paid for your testimony today?

A. I'm not.

Q. And did you meet with Mr. Polk prior to giving your testimony today?

Page 35

CLAXTON - HIRSHFELD

A. At some brief intervals today and yesterday.

Q. OK, and for how long did you meet with Mr. Polk?

A. Pretty much only to answer individual questions such as where something could be found on the shelf or how the seminars were arranged round the shelves, but just brief occasions for each.

Q. Did you speak to Mr. Polk at any time prior to yesterday?

A. Not before his visit yesterday, no.

Q. Have you spoken to Mr. Polk on the phone?

A. I haven't.

Q. Have you spoken to anyone else from Mr. Polk's lawfirm?

A. I haven't.

Q. Have you spoken to anyone from Hitachi?

A. I haven't.

Q. And did Mr. Polk tell you anything about the lawsuit underway between Hitachi and Borgwarner?

Page 36

CLAXTON - HIRSHFELD

A. No, he hasn't mentioned that to me.
Q. OK, and have you provided any materials of any sort to Mr. Polk?
A. I have helped with pulling some of these things off the shelf. The Engineering News, I recall, I was involved looking for. That's Exhibit 11 you have.
Q. OK. Did you provide any letters or e-mails or anything of that sort?
A. I didn't.
Q. OK. Now, I would like for you to look at enclosure 16 of Exhibit 3.
A. I'm just waiting for that one. Oh, 3, yes. I'm getting confused with the enclosures. I have Exhibit 3, yes.
Q. OK, I want to make sure that is a printout from the current library catalogue; correct?
A. This is Exhibit 3 we are looking at? Oh, sorry, enclosure 16 I am looking for now. List of IMechE seminars from 1991, yes.
Q. And that is from your current library catalogue; correct?
A. This would be. Yes it is, yes.

Page 37

CLAXTON - HIRSHFELD

Q. I would like for you to look at Exhibit 4. It's the camshaft drives document.
A. Yes, I have that.
Q. Have you ever seen it before today?
A. No -- well, sorry, I have seen it before today. I've seen it in the last two days.
Q. Have you seen it at any time prior to that?
A. Not that I recall. I may have taken it out for someone but I don't recall that.
Q. OK. Who did you speak to in preparation for your deposition today?
A. Well, Sarah Rogers.
Q. Did you speak with anybody else?
A. Briefly with the Institution's solicitor.
Q. Pardon me?
A. Sorry, briefly with our representative today.
Q. So you did not speak, though, with any other staff member of the IMechE library; correct?
A. I don't think specifically, no.
Q. OK, and then how long did you and

Page 38

CLAXTON - HIRSHFELD

Sarah meet or talk in advance of the deposition?
A. A few minutes. We have looked at, you know, if there was any documentation we could find or anything of that nature.
Q. OK, and Mr. Claxton?
A. Yes.
Q. Do you know who input the data into your database system for the camshaft drives document of Exhibit 4; do you know that?
A. It's impossible to say who exactly but it would have been someone on the information team, either an information assistant for some of the data, information officer to check and complete the data. So it would have been the information staff. I was on the library staff, so I knew generally what they did, but I couldn't tell you who input this particular thing.
Q. Seminar papers were not published nine months prior to any conferences; correct?
A. Sorry, nine months prior to?
Q. Papers were not published nine months prior to any conferences; correct?
A. They wouldn't have been made available, as far as I know, before the date of

Page 39

CLAXTON - HIRSHFELD

the conference itself.
Q. Did you ever attend any of the IMechE seminars?
A. I've never been to one, no.
Q. OK, then I would just like you to refer to Exhibits 6 through 9, the pictures.
A. Right, OK.
Q. Is that somebody's office, or what is that?
A. No, this is part of the library. Members can browse these shelves.
Q. OK, so the desks there, those are just desks for people to use when they come to visit the library?
A. That's right. Either they can browse themselves or we can search for a document for them.
MS. HIRSHFELD: That is all I have.
MR. POLK: I don't have anything further. I guess we can conclude at this point. I thank both of you for coming and helping us in this case here and we appreciate your time.
(The deposition concluded at 6.17 p.m.)

Page 40

CERTIFICATE OF WITNESS

I, MIKE CLAXTON, am the witness in the foregoing statement under oath. I have read the foregoing statement and, having made such changes and corrections as I desired, I certify that the transcript is a true and accurate record of my responses to the questions put to me on Tuesday, 24th January 2006.

Signed ....................
MIKE CLAXTON
Dated this ........ day of ......... 2006

CERTIFICATE OF COURT REPORTER

I, Alan Bell (Accredited Court Reporter, Member of the British Institute of Verbatim Reporters) do hereby certify that MIKE CLAXTON was duly sworn, that I took the Stenograph Notes of the foregoing statement under oath and that the transcript thereof is a true and accurate record transcribed to the best of my skill and ability.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which the deposition was taken, and that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

.......................
Alan Bell

# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HITACHI, LTD., and UNISIA NORTH AMERICA, INC.,
Plaintiffs,

v.

BORGWARNER INC., and BORGWARNER MORSE TEC INC.,

Defendants.

Civil Action No. 05-048-SLR

BORGWARNER INC.,

Counterclaimant,

v.

HITACHI, LTD., and UNISIA NORTH AMERICA, INC.,

Counterdefendants.

**PLAINTIFFS HITACHI, LTD.'S AND UNISIA NORTH AMERICA, INC.'S REPLY TO BORGWARNER'S OPPOSITION TO HITACHI'S MOTION TO COMPEL THE PRODUCTION OF WITHHELD PROSECUTION DOCUMENTS**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs*

*Of Counsel:*

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated: April 12, 2006

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

regarding its prior art status. *See Cooper Cameron Corp. v. Kvaerner Oilfield Prods., Inc.*, 291 F.3d 1317, 1324 (Fed. Cir. 2002). BorgWarner's "antedating" argument is separately addressed in Section E.2 below.

**B. *Prima Facie* Evidence Shows That The Butterfield Article Is Also Prior Art Under Section 102(b)**

IMECHE keeps a separate section in its library for seminar materials. The materials include the articles presented at the various seminars from the mid-1980s to the present. Supp. Exh. 14, Claxton Dep. Tr. at 29-31 & Exh. 29, Rogers Dep. Tr. at 39-49. The seminar materials are organized on the shelves by year and alphabetized within each year. *Id.* For example, all seminar papers on "camshafts' that were presented in 1991 are put on the shelves with papers for all other seminars from that same year. The "camshaft" seminar papers are indexed, as would be expected, by the letter "C." *Id.* Competent testimony and photographs show that the IMECHE library indexed the Butterfield Article on its shelves, in this manner, shortly after the IMECHE seminar in September 1991. *Id.* & Exh. 30 (pictures of IMECHE library shelves). In fact, the IMECHE deponent testified that the article would have gone to the shelves "a few days after we'd received the seminar." Exh. 29, Rogers Dep. Tr. at 72. Prior to placing the seminar materials on the library shelves, they would have been indexed on a card catalogue system that was available to the reference librarian. Supp. Exh. 14, Claxton Dep. Tr. at 31-32. These facts show that the Butterfield Article could have been located by the interested public through a routine search of the IMECHE card catalogue system and the library shelves. As such, there is *prima facie* evidence that the Butterfield Article

was a "printed publication" under 35 U.S.C. § 102(b).) *See Constant v. Advanced Micro-Devices, Inc.*, 848 F.2d 1560, 1568 (Fed. Cir. 1988).

In addition, the 30(b)(6) deponent for IMECHE testified that its normal practice and procedure was to provide copies of seminar articles to registered participants:

> Q. Do you know how long the IMECHE has sponsored technical seminars?
>
> A. It started doing seminars at some point in the 80s.
>
> Q. OK. What, if any, materials are typically made available to seminar attendees?
>
> A. They normally get a copy of the seminar -- of the papers that are being read at the seminar ...

Exh. 29, Rogers Dep. Tr. at 49. This normal practice and procedure of distributing the seminar articles to conference attendees is also *prima facie* evidence that the Butterfield Article is a "printed publication" under Section 102(b)). *See Hall*, 781 F.2d at 899.

BorgWarner misquotes the testimony of Phil Mott in arguing that the Butterfield Article was not handed out at the IMECHE seminar. Opp. at 12-13. Mott's statement that "I'm quite sure there wouldn't be" related to distribution of his ***presentation materials*** (*e.g.*, his slides and outline), not distribution of the Butterfield Article. Mott had no knowledge of whether IMECHE handed out the ***article*** to the conference attendees. BorgWarner Opp. Exh. E at 250. Mott's lack of knowledge cannot rebut the testimony regarding the routine practice of IMECHE to distribute its materials to conference attendees.[6] *See Hall*, 781 F.2d at 899.

---

6 Even though the deponent was not herself at the IMECHE library in 1991, her knowledge of this routine practice was gained through discussion with the IMECHE staff responsible for organizing and hosting the 1991 seminar. Exh. 29, Rogers Dep. Tr., at 52.

**CONTAINS HIGHLY CONFIDENTIAL INFORMATION**

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Unisia North America, Inc.*

*Of Counsel*:

Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated: April 12, 2006
168508.1

# EXHIBIT 7

(4)

PART IM/E

Author LG
Approved [signature]
Distribution IS Staff

Issue No 3
Date JUN 1999
Page No 1

## INSTRUCTIONS FOR IMS DATABASE INPUTTING

## SEMINAR PAPERS - INFORMATION ASSISTANT

Double click on the IMS icon. Type MODE in the Task box. Select "Data entry/editing" and then select "Create new record".

1. **Date.** This is the date you are inputting, i.e. today's date. Enter as **010699** for 1 June 1999 or **260699** for 26 June 1999.

2. **File code.** This denotes the type of publication you are inputting. The choice of codes is as follows:

   **A** - Automotive Engineer
   **C** – Conferences
   **J** – Journal of Strain Analysis
   **M** – Miscellaneous
   **P** – Professional Engineering
   **S** – Seminars
   **T** – Proceedings

   All codes are in upper case. Seminar papers would have file code S.

3. **Author.** Authors are entered thus: **Smith J D** in mixed case with no punctuation. However, two or more authors are separated by commas, e.g. **Smith J D, Jones B.**

4. **Title.** This is the title of the paper. Begin the title with a capital letter; the rest is in lower case, e.g. **Understanding and controlling attrition and wear.**

5. **Source.** This is the title of the whole seminar, and should be entered in the same way as the paper title, e.g. **Successful pneumatic conveying.** You can also set up a decode for the source to save typing.

6. **Source 2.** Leave blank.

7. **Confplace.** This is the location where the seminar took place, and should be entered thus: **Coventry.**
   There are decodes for many locations, or you can create one.

8. **Confdate.** This is the day and month when the seminar took place, and should be entered thus: **01 <Jun>** for 1 June and **26 <Jun>** for 26 June.

| | | | |
|---|---|---|---|
| PART | IM/E | | |
| Author | LG | Issue | No 3 |
| Approved | | Date | JUN 1999 |
| Distribution | IS Staff | Page | No 2 |

9. **Volume.** Leave blank.

10. **Part.** Leave blank.

11. **Issue.** Leave blank.

12. **Year.** This is the year in which the conference took place, so enter e.g. **1999.**

13. **Pages.** This denotes the pages covered by the conference paper. If there is pagination, enter e.g. **p002- 004**, if not count the number of pages and enter e.g. **3pp.**

14. **Paper number.** Here enter the number at the top of the first page of the paper, e.g.**C494/070/99.**

15. **Editor.** Leave blank.

16. **Organiser.** This is the Division or Group which organised the conference, so enter e.g. **Bulk Materials Handling Committee, Institution of Mechanical Engineers.** There are decodes for many of these, or you can create one.

17. **Cosponsor.** The organisation(s) which assisted with the planning, organisation, publicity and finance of the conference. These are entered like this e.g. **Materials Handling Engineers Association.** If there is more than one cosponsor, separate them by a comma. There are decodes for many of these, or you can create one.

18. **Publisher.** Leave blank.

19. **Abstract.** If there is a synopsis, summary or abstract already on the paper, enter that, using no more than one and a half screens to do so. If there are references at the end of the paper, enter e.g. 5 **refs.** at the end of the abstract. If there are no references, enter **No refs.** If there is no abstract, leave blank, and attach a small Post-It note to the page with "No abstract" written on it.

20. **Subject heading.** Leave blank.

21. **Major descriptors.** Leave blank.

22. **Notes.** Leave blank.

23. **Keywords.** Leave blank. Put a @ in the first keyword space to finish the record.

Make a note of the accession number, at the top of the first page of the paper.

# EXHIBIT 8



PART IM/E

Author LG
Approved
Distribution IS Staff

Issue No 3
Date JUN 1999
Page No 1

## INSTRUCTIONS FOR IMS DATABASE INPUTTING

## SEMINAR PAPERS - INFORMATION OFFICER

Double click on the IMS icon. Type MODE in the Task box. Select "Data entry/editing" and then select "Create new record". If you are checking a record, select "Modify by accession number" and check the details have been entered correctly as below, and add the abstract, keywords and subject heading as instructed below.

1. **Date.** This is the date you are inputting, i.e. today's date. Enter as **010699** for 1 June 1999 or **260699** for 26 June 1999.

2. **File code.** This denotes the type of publication you are inputting. The choice of codes is as follows:

   **A** - Automotive Engineer
   **C** – Conferences
   **J** – Journal of Strain Analysis
   **M** – Miscellaneous
   **P** – Professional Engineering
   **S** – Seminars
   **T** – Proceedings

   All codes are in upper case. Seminar papers would have file code S.

3. **Author.** Authors are entered thus: **Smith J D** in mixed case with no punctuation. However, two or more authors are separated by commas, e.g. **Smith J D, Jones B.**

4. **Title.** This is the title of the paper. Begin the title with a capital letter; the rest is in lower case, e.g. **Understanding and controlling attrition and wear.**

5. **Source.** This is the title of the whole seminar, and should be entered in the same way as the paper title, e.g. **Successful pneumatic conveying.** You can also set up a decode for the source to save typing.

6. **Source 2.** Leave blank.

7. **Confplace.** This is the location where the seminar took place, and should be entered thus: **Coventry**. There are decodes for many locations, or you can create one.

8. **Confdate.** This is the day and month when the seminar took place, and should be entered thus: **01 <Jun>** for 1 June and **26 <Jun>** for 26 June.

9. **Volume.** Leave blank.

HIT0445520

| PART | IM/E | | |
|---|---|---|---|
| Author | LG | Issue | No 3 |
| Approved | | Date | JUN 1999 |
| Distribution | IS Staff | Page | No 2 |

10. **Part.** Leave blank.

11. **Issue.** Leave blank.

12. **Year.** This is the year in which the seminar took place, so enter e.g. **1999.**

13. **Pages.** This denotes the pages covered by the seminar paper. If there is pagination, enter e.g. **p002-004,** if not count the number of pages and enter e.g. **3pp.**

14. **Paper number.** Here enter the seminar number, e.g. **S609.**

15. **Editor.** Leave blank.

16. **Organiser.** This is the Division or Group which organised the seminar, so enter e.g. **Bulk Materials Handling Committee, Institution of Mechanical Engineers.** There are decodes for many of these, or you can create one.

17. **Cosponsor.** The organisation(s) which assisted with the planning, organisation, publicity and finance of the seminar. These are entered like this e.g. **Materials Handling Engineers Association.** If there is more than one cosponsor, separate them by a comma. There are decodes for many of these, or you can create one.

18. **Publisher.** Leave blank.

19. **Abstract.** If there is a synopsis, summary or abstract already on the paper, enter that, using no more than one and a half screens to do so. If there are references at the end of the paper, enter e.g. **5 refs.** at the end of the abstract. If there are no references, enter **No refs.** If there is no abstract, create one using your skill and judgement, again using no more than one and a half screens.

20. **Subject heading.** Use the existing subject headings or discuss with SIO if nothing seems suitable.

21. **Major descriptors.** Leave blank.

22. **Notes.** Enter any unusual features, e.g. **Synopsis only.**

23. **Keywords.** Assign 4-6 keywords to each paper, using the existing keywords where possible. Check with SIO if nothing seems suitable, or when entering proper names or company or product names. When you have finished entering keywords, enter a @ in the next keyword space to finish.

Make a note of the accession number at the top of the first page of the paper. Put on library shelves with "B" and "C" copies when all papers finished.

# EXHIBIT 9

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 10

WorldView - [Title Search (1)]
Bibliographic - Full
Selection Manager
Search
Folder
Workspace

EXHIBIT
IMechE
#12
24 JAN 2006 AJB

RN 206669
TI A unique approach to design of a VCT mechanism
NF 2
RS BUTTERFIELD R
DF DD-MON-YYYY
CD 17-SEP-1992
MT PAPER
PK CONF-00523
AS Butterfield
AF R
AI R
ATP PER
AR AUTH
AS Institution of Mechanical Engineers
ATP CORP
AR CAUTH
TD 1991
PD 01-JAN-1991
SUBTP SUBJ
SU DRIVES
XS PAP
XC S993
PAG p001-004
AB The Morse VCT system offers significant advantages over other VCT systems including a wider range of travel, faster actuation rate, continuously variable capability, and low oil consumption.The system is

currently being tested and is expected to be ready for prototyping for
specific applications by the first quarter of 1992.
*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2006, I caused the following document, **REDACTED VERSION OF DECLARATION OF LISA A. SCHNEIDER IN SUPPORT OF BORGWARNER'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT THAT THE BUTTERFIELD PAPER SUBMITTED TO IMECHE DOES NOT CONSTITUTE PRIOR ART UNDER 35 U.S.C. §§ 102(a) OR 102(b)** to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on October 12, 2006, I caused the foregoing document to be served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Pavan K. Agarwal, Esq.
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com
lpeterson@foley.com

*/S/ MARY B. MATTERER*

MARY B. MATTERER (I.D. #2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com
Attorneys for Defendants and Counterclaimant,
BORGWARNER INC., and
BORGWARNER MORSE TEC INC.