IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 05-048-SLR ) ) ) ) ) ) |
| BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | ) ) **PUBLIC VERSION** ) ) ) ) ) ) ) ) ) ) ) |

**SUPPLEMENTAL DECLARATION OF MARY B. MATTERER IN SUPPORT OF THE RESPONSIVE CLAIM CONSTRUCTION BRIEF OF BORGWARNER INC. AND BORGWARNER MORSE TEC INC.**

*OF COUNSEL:*

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Thomas D. Rein
Lisa Schneider
Marc A. Cavan
Lara V. Hirshfeld
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com
*Attorneys for BorgWarner Inc. and BorgWarner Morse TEC Inc.*

Original Dated: October 23, 2006
Redacted Date: October 31, 2006

I, Mary B. Matterer, do hereby declare and say as follows:

1. I am a member in good standing of the Bar of the State of Delaware and a partner at the law firm of Morris, James, Hitchens & Williams LLP, counsel to Defendant BorgWarner Morse TEC Inc. and Defendant/Counterclaimant BorgWarner Inc. (collectively "BorgWarner") in the above action.

2. I submit this declaration in support of the Responsive Claim Construction Brief of BorgWarner Inc. and BorgWarner Morse TEC Inc.

3. Attached hereto as Exhibit 18 is a true and correct copy of Expert Report of William B. Ribbens Regarding Validity of U.S. Patent No. 5,497,738.

4. Attached hereto as Exhibit 19 is a true and correct copy of U.S. Patent No. U.S. Patent No. 6,920,854 (Komaki).

5. Attached hereto as Exhibit 20 is a true and correct copy of U.S. Patent No. 5,657,725 (Butterfield, *et al.*).

6. Attached hereto as Exhibit 21, submitted under seal, is a true and correct copy of BW 136921-35.

7. Attached hereto as Exhibit 22 is a true and correct copy U.S. Patent No. 6,772,721 (Gardner, *et al.*).

8. Attached hereto as Exhibit 23 is a true and correct copy of the January 4, 1994 Office Action.

9. Attached hereto as Exhibit 24 is a true and correct copy of the August 1, 1994 Office Action from the prosecution of the '738 patent.

10. Attached hereto as Exhibit 25, submitted under seal, is a true and correct copy of the Sughrue Opinion of Counsel, dated April 30, 1999 from the prosecution of the '738 patent.

11. Attached hereto as Exhibit 26 is a true and correct copy of U.S. Patent No. 5,012,774 (Strauber, *et al.*).

12. Attached hereto as Exhibit 27, submitted under seal, is a true and correct copy of the Expert Report of Robert Kuhn, P.E. on the Invalidity of U.S. Patent No. 5,497,738.

13. Attached hereto as Exhibit 28, submitted under seal, is a true and correct copy of Kuhn Exhibit 26, Comparison of Prior Art References Against Claim 10 Under BorgWarner's Interpretation.

14. Attached hereto as Exhibit 29 is a true and correct copy of U.S. Patent No. 6,807,931 (Taylor, *et al.*).

15. Attached hereto as Exhibit 30, submitted under seal, is a true and correct copy of HIT 480121-131.

16. Attached hereto as Exhibit 31 is a true and correct copy of U.S. Patent Application No. 2005/0257762 (Sawada).

17. Attached hereto as Exhibit 32, submitted under seal, is a true and correct copy of the Expert Report of Dr. Thomas G. Livernois, P.E. on the Invalidity of U.S. Patent No. 5,497,738

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 23, 2006

Mary B. Matterer

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I caused the following document, **REDACTED VERSION OF SUPPLEMENTAL DECLARATION OF MARY B. MATTERER IN SUPPORT OF THE RESPONSIVE CLAIM CONSTRUCTION BRIEF OF BORGWARNER INC. AND BORGWARNER MORSE TEC INC.** to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on October 31, 2006, I caused the foregoing document to be served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Pavan K. Agarwal, Esq.
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
pagarwal@foley.com
lpeterson@foley.com

　　　　　　　　　　　　　　　　　　　/s/ Mary B. Matterer
　　　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. #2696)
　　　　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants and Counterclaimant,
　　　　　　　　　　　　　　　　　　　BORGWARNER INC., and
　　　　　　　　　　　　　　　　　　　BORGWARNER MORSE TEC INC.