# EXHIBIT 20

US005657725A

# United States Patent [19]

## Butterfield et al.

[11] Patent Number: 5,657,725

[45] Date of Patent: Aug. 19, 1997

[54] VCT SYSTEM UTILIZING ENGINE OIL PRESSURE FOR ACTUATION

[75] Inventors: Roger P. Butterfield, Trumansburg; J. Christian Haesloop, Rock Stream, both of N.Y.

[73] Assignee: Borg-Warner Automotive, Inc., Sterling Heights, Mich.

[21] Appl. No.: 715,720

[22] Filed: Sep. 19, 1996

### Related U.S. Application Data

[63] Continuation of Ser. No. 306,787, Sep. 15, 1994, abandoned.

[51] Int. Cl.$^6$ ............................... F01L 1/344
[52] U.S. Cl. ........................ 123/90.17; 123/90.31
[58] Field of Search ...................... 123/90.15, 90.17, 123/90.31

[56]          References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,771,742 | 9/1988 | Nelson et al. | 123/90.17 |
| 4,787,345 | 11/1988 | Thoma | 123/90.17 |
| 4,854,273 | 8/1989 | Uesugi et al. | 123/90.17 |
| 4,858,572 | 8/1989 | Shirai et al. | 123/90.12 |
| 4,993,370 | 2/1991 | Hashiyama et al. | 123/90.17 |
| 5,002,023 | 3/1991 | Butterfield et al. | 123/90.15 |
| 5,003,937 | 4/1991 | Matsumoto et al. | 123/90.12 |
| 5,046,460 | 9/1991 | Butterfield et al. | 123/90.15 |
| 5,107,804 | 4/1992 | Becker et al. | 123/90.17 |
| 5,172,659 | 12/1992 | Butterfield et al. | 123/90.17 |
| 5,205,249 | 4/1993 | Markley et al. | 123/90.17 |
| 5,367,992 | 11/1994 | Butterfield et al. | 123/90.17 |
| 5,386,807 | 2/1995 | Linder | 123/90.17 |

#### FOREIGN PATENT DOCUMENTS

388244  9/1990  European Pat. Off. .

Primary Examiner—Weilun Lo
Attorney, Agent, or Firm—Brinks, Hofer, Gilson & Lione; Greg Dziegielewski

[57]          ABSTRACT

A camshaft (126) has a vane (160) secured to an end thereof for non-oscillating rotation therewith. The camshaft (126) also carries a housing (129) which can rotate with the camshaft (126) but which is oscillatable with the camshaft (126). The vane (160) has opposed lobes (160a, 160b) which are received in opposed recesses (131, 132), respectively, of the housing (129). The recesses (131, 132) have greater circumferential extent than the lobes (160a, 160b) to permit the vane (160) and housing (129) to oscillate with respect to one another, and thereby permit the camshaft (126) to change in phase relative to a crankshaft. The camshaft (126) tends to change direction in reaction to engine oil pressure and/or camshaft torque pulses which it experiences during its normal operation, and it is permitted to either advance or retard by selectively blocking or permitting the flow of engine oil through the return lines (101, 102) from the recesses (131, 132) by controlling the position of a spool (300) within a spool valve body (198) in response to a signal indicative of an engine operating condition from an engine control unit (108). The spool (300) is selectively positioned by controlling hydraulic loads on its opposed end in response to a signal from an engine control unit (108). The vane (160) can be biased to an extreme position to provide a counteractive force to a unidirectionally acting frictional torque experienced by the camshaft (126) during rotation.

14 Claims, 10 Drawing Sheets





FIG. IA



FIG. 1B.



FIG. 1c



FIG. 1D



FIG. 2



FIG. 3A



FIG. 3B



FIG. 3c



FIG. 4A



FIG. 4B

5,657,725

1

## VCT SYSTEM UTILIZING ENGINE OIL PRESSURE FOR ACTUATION

### CROSS REFERENCE TO CO-PENDING APPLICATION

This patent application is a continuation of Ser. No. 08/306,787 filed Sep. 15, 1994, now abandoned.

### FIELD OF THE INVENTION

This invention relates to a hydraulic system for controlling the operation of a variable camshaft timing (VCT) system of the type in which the position of the camshaft is circumferentially varied relative to the position of a crankshaft. In such a VCT system, a hydraulic system at least partially utilizing engine oil pressure for actuation is provided to effect the repositioning of the camshaft. A control system is provided to selectively permit or prevent the hydraulic system from effecting such repositioning.

### BACKGROUND OF THE INVENTION

Consideration of information disclosed by the following U.S. Patents, which are all hereby incorporated by reference, is useful when exploring the background of the present invention.

U.S. Pat. Nos. 5,002,023 and 5,046,460 both describe a VCT system within the field of the invention in which the system hydraulics include a pair of oppositely acting hydraulic cylinders with appropriate hydraulic flow elements to selectively transfer hydraulic fluid from one of the cylinders to the other, or vice versa, to thereby advance or retard the circumferential position of a camshaft relative to a crankshaft in response to torque reversals experienced within the camshaft. The control system utilizes a control valve in which the exhaustion of hydraulic fluid from one or another of the oppositely acting cylinders is permitted by moving a spool within the valve one way or another from its centered or null position. The movement of the spool occurs in response to an increase or decrease in control hydraulic pressure, $P_c$, on one end of the spool and the relationship between the hydraulic force on such end and an oppositely direct mechanical force on the other end which results from a compression spring that acts thereon.

U.S. Pat. No. 5,107,804 describes an alternate type of VCT system within the field of the invention in which the system hydraulics include a vane having lobes within an enclosed housing which replaces the oppositely acting cylinders disclosed by the aforementioned U.S. Pat. Nos. 5,002,023 and 5,046,460. The vane is oscillatable with respect to the housing, with appropriate hydraulic flow elements to transfer hydraulic fluid within the housing from one side of a lobe to the other, or vice versa, to thereby oscillate the vane with respect to the housing in one direction or the other, an action which is effective to advance or retard the position of the camshaft relative to the crankshaft in response to torque reversals. The control system of this VCT system is identical to that divulged in U.S. Pat. No. 5,002,023, using the same type of spool valve responding to the same type of forces acting thereon.

Another feature of U.S. Pat. No. 5,046,460, discussed above, is biased actuation elements. A counteracting force is applied directly to the opposed cylinders to overcome the effect of a unidirectionally acting frictional torque experienced by the camshaft during normal operation. A similar problem with rotational friction also exists with any vane-type variable camshaft timing system.

2

In all the systems described above, timing control is achieved in response to torque reversals, or pulses, from the camshaft generated during normal operation of the engine. However, in some engines, camshaft torque reversals are not suitable for actuation of the aforementioned hydraulic system. For example, in-line six-cylinder engines have low amplitude camshaft torque characteristics which are inadequate to actuate a variable camshaft timing system. Another example is in-line four-cylinder engines which typically operate at high speeds and generate very high frequency torque pulses to which the VCT system cannot react quickly enough to cause actuation.

### SUMMARY OF THE INVENTION

The current invention addresses the problems previously discussed by using the engine oil pump pressure as one source of energy for actuating the VCT mechanism. The construction of this new mechanism differs from previous mechanisms by utilizing re-routed hydraulic passages and new check valve positions. The present invention may be broken down into three separate embodiments, all of which utilize engine oil pressure, at least partially, for VCT actuation. While the embodiments are depicted primarily in use with a vane-type VCT system such as the one disclosed by U.S. Pat. No. 5,107,804, it is understood that the present invention may also be applied to systems utilizing other types of phase actuation elements such as the cylinder-type described in U.S. Pat. Nos. 5,002,023 and 5,046,460, or equivalent devices.

In the first embodiment of the present invention, a "single-chamber" system, oil pressure from the engine oil pump flows through an inlet check valve inside a spool valve and is directed into one of two opposing actuation elements. The second actuation element is vented to atmosphere by the same spool valve. If the valve is moved in a direction opposite to that of the original movement, the pressurized and vented actuation elements are reversed, causing a phase shift of the VCT mechanism.

In situations where more torque is needed to adjust the phase of the camshaft, the above embodiment can be slightly modified by adding two hydraulic lines and utilizing the "free" chambers of the recesses. The new configuration, or "double-chamber" system, will result in twice the amount of torque usually generated by the above single-chamber system. However, both the single and double-chamber systems are two-position devices only and cannot provide incremental phase adjustments to the camshaft.

The single and double-chamber devices described above, which are two-position devices only (full advance or full retard), may be modified to achieve a continuously variable system. This system allows incremental adjustments to the camshaft phase to be made in lieu of adjusting phase solely to one extreme position or its opposite. The hydraulic fluid (engine oil) inlet line is split, with a branch traveling to each recess of the vane. Check valves are provided in each branch of the inlet line to allow flow to, but not from, the recesses. When the control valve is in the null position, both recesses are fed makeup oil but neither can exhaust. This maintains the camshaft at a fixed phase angle with respect to the crankshaft. The VCT mechanism will shift toward the advanced position when the control valve is moved to allow flow to the advance recess through its inlet line and to block flow to the retard recess while opening its exhaust line to vent. The VCT mechanism will shift toward the retard position in a similar manner when the control valve is moved to allow flow to the retard recess and blocking flow to the

5,657,725

3

advance recess while opening its exhaust line to vent. Precise positioning of the control valve allows this system to be continuously variable.

Another slight modification yields a configuration which counteracts the system's "natural" tendency to retard due to frictional torque experienced by the camshaft. The advance chamber is connected to supply oil pressure instead of venting to atmosphere. This gives the system a bias in the advance direction opposite to the natural bias in the retard direction so that the system will advance utilizing supply pressure alone, but will only retard with some torque pulse characteristics in that direction.

The second embodiment of the present invention utilizes both engine oil pressure and camshaft torque pulses in combination as the source of energy for actuation. The oil exit of the advance recess has a split path, with one path going through a check valve to the retard recess, and the other path going directly to exhaust. If there is a significant torque pulse pressurizing the advance recess, the check valve will open when the advance recess pressure exceeds supply pressure. Oil will then flow through two paths: one path feeds the retard recess through the check valve while the other feeds to exhaust. If the pressure generated in the advance recess by a torque pulse is less than the makeup pressure from the engine, then the check valve will remain closed and the only exit path from the advance recess will be through the exhaust. Therefore, oil will flow to the retard recess due to oil from the advance recess or from makeup oil through the inlet check valve. With the control valve in the other extreme position, oil will empty from the retard recess and the advance recess will fill with oil. This design has the advantage of requiring less makeup oil flow than in other mechanisms while still being able to operate under any condition, such as high speed, since oil pump pressure is also used as a source of actuation.

The third embodiment of the present invention is a dual-mode hybrid device with a three-position spool valve utilizing a slightly modified hydraulic line configuration. The system will either operate in the "oil pressure only" mode and/or the "torque pulse only" mode, depending upon the position of the spool valve. The selection of one of the valve's three positions is governed by the engine control unit which is typically pre-programmed to respond to various conditions and engine parameters. The three-position spool valve device can only achieve full advance or full retard and cannot maintain an intermediate position.

An additional feature of the present invention involves biasing the actuation elements in a manner very similar to that disclosed in U.S. Pat. No. 5,046,460. The biasing provides a force counteractive to a unidirectional frictional torque experienced by the camshaft during the rotation of normal operation. Biasing the actuation elements can be achieved either by modifying the hydraulic line configuration to allow the use of engine oil pressure as a biasing force on the actuation element or by employing a mechanical spring to act directly upon the actuation element.

Accordingly, it is an object of the present invention to provide an improved method and apparatus for varying camshaft timing in an internal combustion engine.

It is a further object of the present invention to provide an improved method and apparatus for varying camshaft timing in an automotive variable camshaft timing system which utilizes oppositely acting hydraulic means at least partially actuated by engine oil pressure.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawings and

4

the following brief descriptions thereof, to the detailed description of the preferred embodiment, and to the appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a schematic view of the hydraulic equipment of a single-chamber vane-type VCT arrangement according to an embodiment of the present invention in which only engine oil pressure provides the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 1B is a schematic view of the hydraulic equipment of a double-chamber two-position vane-type VCT arrangement according to an embodiment of the present invention in which only engine oil pressure provides the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 1C is a schematic view of the hydraulic equipment of a continuously variable vane-type VCT arrangement according to an embodiment of the present invention in which only engine oil pressure provides the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 1D is a schematic view of the hydraulic equipment of a continuously variable vane-type VCT arrangement according to an embodiment of the present invention in which at least slight torque pulse characteristics must be present to provide the energy for phase shift actuation illustrating the condition where the control valve is in the advance position.

FIG. 2 is a schematic view of the hydraulic equipment of a hybrid vane-type VCT arrangement according to an embodiment of the present invention in which both torque reversals and engine oil pressure provide the energy for phase shift actuation illustrating the condition where the control valve is in the advance position;

FIG. 3A is a schematic view of the hydraulic equipment of a vane-type VCT arrangement having a three-position valve according to an embodiment of the present invention where the valve is in the first position.

FIG. 3B is a schematic view of the hydraulic equipment of a VCT arrangement having a three-position valve according to an embodiment of the present invention where the valve is in the second position.

FIG. 3C is a schematic view of the hydraulic equipment of a VCT arrangement having a three-position valve according to an embodiment of the present invention where the valve is in the third position;

FIG. 4A is a schematic view of the hydraulic equipment of a standard vane-type VCT arrangement according to an embodiment of the present invention utilizing engine oil pressure as a biasing force in the advance direction on the hydraulic actuator; and,

FIG. 4B is a schematic view of the hydraulic equipment of a standard vane-type VCT arrangement according to an embodiment of the present invention utilizing engine oil pressure as a biasing force in the advance direction on the hydraulic actuator.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention relates to an internal combustion engine having a conventional crankshaft and camshaft arrangement as shown in FIGS. 1A–4B. Crankshaft 426 is connected to camshaft 126 via chain 403 which engages crankshaft sprocket 402 and camshaft sprocket 401.

5,657,725

| 5 | 6 |

The most basic embodiment of the present invention, referred to as a "single-chamber" system, is shown schematically in FIG. 1A. Lobes 160a and 160b of annular pumping vane 160 function as hydraulic operators to ultimately effect the phase adjustment of camshaft 126 with respect to the crankshaft in response to engine oil pressure only. Vane 160 and associated hardware may be of standard construction, such as that described by the U.S. Patents previously incorporated by reference.

Hydraulic fluid, in the form of engine oil, flows into either recess 131 or 132 of housing 129 via hydraulic line 101 or 102, respectively, depending upon the direction of the phase adjustment required. Each recess is divided into two chambers, each chamber being separated by a vane lobe: recess 131 is divided into chambers 131a and 131b, being separated by lobe 160a, best shown in FIG. 1A; recess 132 is divided into chambers 132a and 132b, being separated by lobe 160b. Engine oil enters either line 101 or 102 by way of spool valve assembly 192 which is incorporated into camshaft 126.

Spool valve assembly 192 is made up of cylindrical member 198 and spool 300 which is slidable to and fro within member 198. Member 198 also contains atmospheric vents 111 and 198b to facilitate the flow of engine oil. Spool 300 has cylindrical lands 300a and 300b on opposed ends thereof and center land 300c which is also cylindrical, all of which fit snugly within member 198 and are capable of selectively blocking the flow of engine oil to and from recesses 131 and 132. Spool 300 also contains small, internal passage 320. Check valve 322 is located in internal passage 320 to block the flow of oil to cavity 198a of cylindrical member 198 from recesses 131 or 132.

The position of spool 300 within member 198 is influenced by two distinct sets of opposing forces. First, spring 142 acts on the end of land 300a and resiliently urges spool 300 to the left, in the orientation illustrated in FIG. 1A. Second spring 144 acts on land 300b and resiliently urges spool 300 to the right. Second, oil pressure from cavity 198a also acts upon land 300a, urging spool 300 to the left and opposes the force applied to spool extension 300d by hydraulic piston 134a, also due to engine oil pressure.

The pressure within hydraulic cylinder 134 is controlled by a pressure control signal from controller 106, preferably of the pulse width modulated type (PWM), in response to a control signal from electronic engine control unit (ECU) 108, shown schematically, which may be of conventional construction. Controller 106 receives engine oil from main oil gallery 130 of the engine through inlet line 112 and regulates oil pressure in hydraulic line 138 and hydraulic cylinder cavity 134 by exhausting excess engine oil to sump 136 via hydraulic line 110.

Since the single chamber vane-type VCT is a two position device, i.e., full advance or full retard, an intermediate position is not achievable.

As control oil pressure in cylinder 134 is increased, spool 300 is urged to the far right, i.e., the full advance position, by pressurized piston 134a, as oriented in FIG. 1A, allowing oil to flow from main oil gallery 130 into cavity 198a, through internal passage 320, through hydraulic line 101, and into chamber 131b of recess 131, and also creating a flow path to vent cavity 198b. Vane 160 is rotated in the clockwise direction due to the oil pressure on lobe 160a, causing lobe 160b to force oil out of chamber 132b and exhausting the oil through hydraulic line 102 to vent cavity 198b.

When there is a decrease in control oil pressure in hydraulic cylinder 134, the force of spring 142 overcomes the relatively low oil pressure applied to piston 134a to spool 300 and urges spool 300 to the far left, that is, the full retard position (not shown). With spool 300 in the retard position, engine oil flows from main oil gallery 130 into cavity 198a through internal passage 320 through hydraulic line 192 and into chamber 132b of recess 132. The pressure of the engine oil on lobe 160b rotates vane 160 in the counterclockwise direction, causing lobe 160a to force oil out of chamber 131b and exhausting oil through hydraulic line 101 and vent 111.

When design requirements so dictate, the single chamber system may be modified to produce twice as much torque to effectuate the camshaft phase adjustment. This "double-chamber" system, as shown in FIG. 1B, is also a two-position system only and therefore is unable to maintain an intermediate position.

Like the single-chamber system, the double-chamber system has one hydraulic line 201 connecting spool valve assembly 192 and recess 131b and one hydraulic line 202 connecting spool valve assembly 192 and recess 132b. In addition, a third hydraulic line 203 connects line 202 with recess 131a, and a fourth line 204 connects line 201 and recess 132a.

In the full advance position, oil flows from the main oil gallery 130 through cavity 198a, through internal passage 320, through line 201 to recess 131b and through line 204 to recess 132a. The oil puts pressure on both lobes 160a and 160b to cause vane 160 to rotate in the clockwise direction. Lobe 160a forces oil out of recess 131a into 203 and lobe 160b forces oil out of recess 132b into line 202 to be exhausted to cavity 198b to vent.

For the retard position, the oil flow paths are opposite that of the advance position. Spool 300 is urged to the left by spring 142 which allows oil to flow through line 203 to recess 131a and through line 202 to recess 132b. The pressure on lobes 160a and 160b cause vane 160 to rotate in the counterclockwise direction, causing oil to flow from recesses 131b and 132a through lines 201 and 204, respectively, to be exhausted through vent 211.

Because oil pressure is applied to both lobes 160a and 160b of vane 160 instead of only one lobe, as in the single-chamber system, twice the amount of torque is applied to vane 160 as in the single-chamber system. The control portion of the system works identically to that of the single-chamber system.

The disadvantage of the above two systems, of course, is that they only allow for extreme changes in the angular position of the camshaft with respect to the crankshaft. FIG. 1C illustrates an improved continuously variable VCT system which allows for incremental changes in vane movement, resulting in proportional changes in camshaft phase angle.

In a single-chamber continuously variable system, hydraulic line 301 connects spool valve assembly 192 with recess 131b and line 302 connects spool valve assembly 192 with recess 132b. Line 305 connects spool valve assembly 192 with line 301, with check valve 305a located therebetween. Line 306 connects spool valve assembly 192 with line 302, with check valve 306a located therebetween.

In the null position (not shown), land 300c blocks oil flow through line 301 and land 300b blocks oil flow through line 302, while lines 305 and 306 remain open, allowing make-up oil to flow to recesses 131b and 132b, respectively. With make-up oil feeding both recesses 131b and 132b, but with all exhaust paths blocked, vane 160 is not allowed to move and camshaft phase remains constant.

5,657,725

7

As control oil pressure increases, hydraulic piston 134a begins to urge spool 300 to the right, and oil begins to flow from the main oil gallery 130 through cavity 198a, through internal passage 320, through line 305, through check valve 305a, to line 301, and finally to recess 131b. Vane 160 begins to rotate in the clockwise direction due to the oil pressure exerted on lobe 160a, and lobe 160b begins to force oil out of recess 132b through line 302, made possible because the movement of spool 300 has also partially opened an exhaust path to cavity 198b. The backflow of oil through line 306 is prevented by check valve 306a. If control oil pressure continues to increase, spool 300 is further urged to the right, up to and including the full advance position, as depicted by FIG. 1C. With spool 300 responding directly to control oil pressure, and backflow of oil through line 306 prevented, spool 300 may return to the null position as soon as the phase angle of the camshaft is optimized, thus stabilizing the vane in an intermediate position.

The operation of the continuously variable system in the retard position (not shown) utilizes the exact opposite engine oil flow paths as that of the advance position. As control oil pressure decreases, spring 142 exerts a force upon spool 300 which exceeds the forces of hydraulic cylinder 134 and spring 144 on the opposite side of spool 300, thereby causing spool 300 to move to the left. Oil flows from main oil gallery 130 through line 130a through cavity 198a, through internal passage 320, through line 306 and check valve 306a, and into recess 132b. The force of oil pressure on lobe 160b causes vane 160 to rotate in the counterclockwise direction, thus forcing oil out of recess 131b. Oil is exhausted back to atmosphere through line 301, spool 300, and vent 311, with the backflow through line 305 being blocked by check valve 305a. Thus, an incremental change in phase of camshaft 126 in the retard direction is achieved.

Another slight modification can be used for specific engine characteristics, for example, an engine that has high retard tendencies and low advance tendencies. The new configuration is designed such that the system can advance utilizing supply pressure alone, but can only retard if torque pulse characteristics in that direction exist.

The modified system, shown in FIG. 1D, is similar to the above-described continuously variable system except that the vent to atmosphere 311 (shown in FIG. 1C) is eliminated, a two-land spool 200 is used, and the advance chamber 131b is connected to supply oil pressure via hydraulic line 301.

In the null position (not shown) the modified system works identically to the above-described continuously variable system. Land 200a blocks oil flow through line 301 and land 200b blocks oil flow through line 302, while lines 305 and 306 remain open, allowing make-up oil to flow to recesses 131b and 132b, respectively. With make-up oil feeding both recesses 131b and 132b, but with all exhaust paths blocked, vane 160 is not allowed to move and camshaft phase remains constant.

The advance position, shown in FIG. 1D, is also identical to the above-described continuous variable system. As control oil pressure increases, hydraulic piston 134a begins to urge spool 200 to the right, and oil begins to flow from the main oil gallery 130 through cavity 198a, through internal passage 220, through line 305, through check valve 305a, to line 301, and finally to recess 131b. Vane 160 begins to rotate in the clockwise direction due to the oil pressure exerted on lobe 160a, and lobe 160b begins to force oil out of recess 132b through line 302, made possible because the movement of spool 200 has also partially opened an exhaust path to cavity 198b. The backflow of oil through line 306 is

8

prevented by check valve 306a. If control oil pressure continues to increase, spool 200 is further urged to the right, up to and including the full advance position, as depicted by FIG. 1D. With spool 200 responding directly to control oil pressure, and backflow of oil through line 306 prevented, spool 200 may return to the null position as soon as the phase angle of the camshaft is optimized, thus stabilizing the vane in an intermediate position.

It is in the retard position (not shown) where the difference in operation between the embodiments illustrated by FIG. 1C and FIG. 1D occurs (the engine must display some torque pulse characteristics in FIG. 1D for the system to retard). As control oil pressure decreases, spring 142 exerts a force upon spool 200 which exceeds the forces of hydraulic piston 134a and spring 144 on the opposite side of spool 200, thereby causing spool 200 to move to the left. Oil flows from main oil gallery 130 through line 130a through cavity 198a, through internal passage 220, through line 306, check valve 306a, line 302, and into recess 132b. Oil also flows from cavity 198a, through spool 200, line 301 and into recess 131b. The force of oil pressure on lobes 160a and 160b is now equal and vane 160 is not allowed to move due to the action of supply pressure alone. A torque pulse is required to pressurize recess 131b to a higher pressure found in cavity 198a. When such a torque pulse occurs, vane 160 is urged to rotate in the counterclockwise direction which causes lobe 160a to increase pressure within recess 131b, thus overcoming supply oil pressure and forcing oil out of recess 131b. The backflow of hydraulic fluid is still blocked by check valve 305a as before, but oil is not exhausted back to atmosphere, as shown in FIG. 1C (through line 301, spool 300, and vent 311). Oil out of recess 131b backflows through line 301 and spool 200 to cavity 198a. Since the backflow of oil is resisted by supply oil pressure, the high retard tendency of the engine is reduced. This embodiment is a method for equalizing the retard and advance actuation rates.

If an engine displays some torque pulse characteristics, but the pulses alone are not always adequate to actuate the VCT system, it is possible to construct a system that uses either torque pulses or engine oil pressure for actuation. FIG. 2 schematically illustrates an embodiment of such a system. Hydraulic line 409 terminates at a juncture between opposed check valves 407a and 408a which are connected to recesses 131b and 132b, respectively, by branch lines 401 and 402, respectively. The remainder of the associated hardware, including vane 160 and spool valve assembly 192 may be constructed as previously described.

For the system to retard (not shown), the oil exit of recess 131b has a split path, with one branch connecting to recess 132b and the other connecting to exhaust. If a significant torque pulse pressurizes recess 131b, then engine oil will flow to recess 132b via check valve 407a, line 409, cavity 198c, and line 402. If the pressure generated by the torque pulse is less than supply pressure, check valve 407a will remain closed and the only exit path from recess 131b will be to exhaust via line 401 and vent 411. Recess 132b then will be filled by make-up oil flowing from main oil gallery 130 through line 130a, cavity 198a, internal passage 320, and line 402.

For the system to advance, as shown in FIG. 2, the flow path is opposite that of the retard position. If a significant torque pulse pressurizes recess 132b, then engine oil will flow to recess 131b via check valve 408a, line 409, cavity 198c, and line 401. If the pressure generated by the torque pulse is less than supply pressure, check valve 408a will remain closed and the only exit path from recess 132b will be to exhaust via line 402 and cavity 198b. Recess 131b will

5,657,725

**9**

then be filled by make-up oil flowing from main oil gallery 130 through line 130a, cavity 198a, internal passage 320, and line 401. The system shown in FIG. 2 has the advantage of requiring less make-up oil flow than previously described systems while still being able to operate under any condition, such as high speed, because of the use of oil pump pressure. However, the system is two-position only and is not capable of maintaining intermediate phase adjustments.

FIGS. 3A–3C illustrate an alternate embodiment of the present invention utilizing a three-position spool valve. The position of spool 300 is controlled by engine control unit 108 which is pre-programmed to recognize various engine conditions and direct the movement of spool 300 accordingly.

Hydraulic lines 510 and 512 connect spool valve assembly 192 with chambers 131a and 132a, respectively, while chambers 131b and 132b are vented to atmosphere. Hydraulic line 513 connects spool valve assembly 192 with line 512, and check valve 513a is located therebetween. Spool 300 is a standard three-land spool, as previously described, and vane 160 and associated hardware are of standard construction.

For the system to retard, spool 300 is located in its first position, to the left, as illustrated in FIG. 3A. With cavity 198c aligned with hydraulic line 510, a flow path is thereby created. Engine oil located in main oil gallery 130 flows through line 130a, through cavity 198a, through internal passage 320, and through line 510 to chamber 131a. The pressure on lobe 160b causes vane 160 to rotate in the counterclockwise direction, thus causing lobe. 160a to force oil out of chamber 132a. The exhausted oil flows through line 512 to cavity 198b in spool valve assembly 192 and then out through vent 511. Additionally, actuation is assisted by positive torque, i.e., torque which urges vane 160 to rotate in the counterclockwise direction, pressurizing recess 132a, thus causing oil in recess 132a to exhaust more rapidly. Backflow of oil through line 513 is prevented by check valve 513a and also by land 300b which blocks line 513. Thus system actuation to the full retard position is achieved by utilizing oil pressure assisted by positive torque pulses.

In an alternate scenario where engine conditions are such that negative torque pulses are sufficient to actuate the timing system to the full advance position, spool 300 is relocated to its second position, as shown in FIG. 3B, and a different flow path is created. If a significant negative torque pulse pressurizes recess 132a, engine oil will flow to recess 132a via line 510, cavity 198c, line 513, check valve 513a, and line 512 to chamber 132a. Pressure on lobe 160a forces vane 160 to rotate in the clockwise direction, advancing the camshaft. Check valve 513a prevents any backflow from recess 132a when positive torque pulses pressurize recess 132a. Furthermore, backflow of oil into internal passage 320 is prevented by internal check valve 322. Thus, system actuation to the full advance position is achieved by utilizing negative torque pulses only.

When no torque pulses, either positive or negative, are present when the spool 300 is in the second position, check valve 513a opens and both the advance recess 132a and the retard recess 131a are fed make-up oil. Since the pressure in both recesses is equalized, no actuation occurs.

Finally, when oil pressure is high but torque pulses are insufficient to actuate the system, spool 300 is directed to its third position, as shown in FIG. 3C. Engine oil then flows from main oil gallery 130, through line 130a, through cavity 198a, through internal passage 320, through line 512, into chamber 132a. Pressure on lobe 160a forces vane 160 to rotate in the clockwise direction, causing lobe 160b to force

**10**

oil out of chamber 131a. Exhausted oil flows through line 510 and into cavity 198d. Backflow of oil into internal passage 320 is prevented by internal check valve 322. Thus, system actuation is achieved by utilizing oil pressure only while oil pressure is high.

Another feature of the present invention is a biased actuation element. During operation, a rotating camshaft experiences a frictional force which opposes movement in the direction of rotation. The frictional force is introduced by such items as camshaft journal bearings and cam lobe followers found in a conventional engine, thus causing the timing system to retard. To counteract this frictional force, an equal and opposite force may be applied directly to the actuation element, in this case, vane 160.

One method of applying such a force is to modify the hydraulic line configuration so that engine oil can be utilized as a biasing force, as shown in FIGS. 4A & 4B. This embodiment is a two-position device only, that is, full advance or full retard, and cannot maintain an intermediate position.

Recess 132a, designated the oil pressure bias recess, is connected to spool valve assembly 192 via hydraulic line 623. Recess 132b is connected to spool valve assembly 192 via line 621 and line 624, which is connected to spool valve assembly 192 via input line 182, with check valve 182a located therebetween. Recess 131b is connected to spool valve assembly 192 via line 622 and line 625, which is connected to spool valve assembly 192 via input line 182, with check valve 182b located therebetween. Recess 131a exhausts to atmosphere.

Shown in FIG. 4A, supply oil is connected to oil pressure bias recess 132a which creates a bias in the advance direction. When camshaft torque in the retard direction becomes greater than the advance bias, vane 160 will rotate in the counterclockwise direction, forcing oil from recess 131b. Accordingly, oil will flow to retard recess 132b via line 625, line 622, input line 182, and through check valve 182a, resulting in retard actuation. With camshaft torque in the advance direction, check valve 182a and spool valve land 200B block any flow out of recess 132b.

In FIG. 4B, supply oil is still connected to oil pressure bias recess 132a, creating a bias in the advance direction. Recess chambers 131b and 132b are also connected to supply oil pressure and are equally balanced with no camshaft torque in either direction the system will advance because of this bias. The flow path of oil is from recess 132b through line 624, line 621, cavity 198c, inlet line 182, and check valve 182b. Any camshaft torque in the advance direction will only add to the actuation rate. Consequently, the system will actuate with either the advance bias, camshaft torque in the advance direction, or both.

What is claimed is:

1. An internal combustion engine, comprising:

a crankshaft, said crankshaft being rotatable about a first axis;

a camshaft (126), said camshaft (126) being rotatable about a second axis, said second axis being parallel to said first axis, said camshaft (126) being subject to torque reversals during the rotation thereof;

a vane (160), said vane (160) having circumferentially spaced apart lobes (160a, 160b), said vane (160) being attached to said camshaft (126), said vane (160) being rotatable with said camshaft (126) and being non-oscillatable with respect to said camshaft (126);

a housing (129), said housing (129) being rotatable with said camshaft (126) and being oscillatable with respect

5,657,725

<div style="column-count:2">

11

to said camshaft (126), said housing (129) having first and second circumferentially spaced apart recesses (131, 132), each of said first and second recesses (131, 132) receiving one of said first and second lobes (160a, 160b) and permitting oscillating movement of said one of said first and second lobes (160a, 160b) therein, said first and second recesses (131, 132) being divided into first direction chambers (131a, 132b) and second direction chambers (131b, 132a) by said first and second lobes (160a, 160b), respectively, said first and second direction chambers (131a, 132a, 131b, 132b) of said first and second recesses (131, 132) each being capable of sustaining hydraulic pressure due to engine oil contained in said engine;

a spool valve (192) for selectively providing engine oil to said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a);

a first check valve (408a) for providing unidirectional engine oil flow from said first direction chambers (131a, 132b) and a second check valve (407a) for providing unidirectional engine oil flow from said second direction chambers (131b, 132a);

means for transmitting rotary movement to said housing (129); and,

means reactive to said engine oil pressure from an oil pump for varying the position of said housing (129) relative to said camshaft (126).

2. An engine according to claim 1 wherein said means reactive to engine oil pressure comprises control means for permitting said housing (129) to move in a first direction relative to said camshaft (126) in response to engine oil flow, and for preventing said housing (129) from moving in a second direction relative to said camshaft (126) in response to engine oil flow.

3. An engine according to claim 2 wherein said control means comprises means for transferring said engine oil into one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said control means further comprising means for simultaneously transferring engine oil out of the other of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132).

4. An engine according to claim 3 wherein said control means is capable of being reversed to transfer engine oil out of said one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of said each of said first and second recesses (131, 132) and to transfer engine oil into said other of said first direction chambers (131a, 132b ) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said engine further comprising:

an engine control unit (108), said engine control unit (108) responsive to at least one engine operating condition for selectively reversing the operation of said control means.

5. An engine according to claim 4 wherein said engine further comprises:

at least one conduit means (130a) for transferring said engine oil from a portion of said engine to said control means; and,

at least one conduit means (130a) for transferring said engine oil from said control means to said portion of said engine.

6. An engine according to claim 5 further comprising passage means connecting said one of said first direction

12

chambers (131a, 132b) and said second direction chambers (131b, 132a) of one of said first recess (131) and said second recess (132) with the other of one of said first section chambers (131a, 132b) and said second direction chambers (131b, 132a) of the other of said first recess (131) and said second recess (132) to permit engine oil flow between one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of one of said first recess (131) and said second recess (132) and the other of one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of the other of said first recess (131) and said second recess (132).

7. An engine according to claim 1 wherein said spool valve comprises:

a spool (300), said spool (300) being reciprocatable within said spool valve body (198) and having a plurality of spaced apart lands (300a, 300b, 300c);

first conduit means (101) extending from one of said first recess (131) and said second recess (132) to said spool valve body (198), one of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said first conduit means (101);

second conduit means (102) extending from the other of said first recess (131) and said second recess (132) to said spool valve body (198), another of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said second conduit means (102).

8. An engine according to claim 7 wherein at least one of said plurality of lands (300a, 300b, 300c) of said spool (300) contains a passage (320) extending therethrough, said passage (320) providing communication for the flow of engine oil through said spool (300) to said recesses (131, 132) of said housing (129), said passage (320) having check valve means for preventing flow of engine oil from said recesses (131, 132) through said spool.

9. An engine according to claim 8 wherein said housing (129) is rotatable only to a first extreme angular position in said first direction relative to said camshaft (126) and a second extreme angular position in said second direction relative to said camshaft (126).

10. An engine according to claim 9 wherein torque pulses are present in said camshaft (126), said torque pulses being of such magnitude whereby causing said housing (129) to rotate relative to said camshaft (126).

11. An internal combustion engine, comprising:

a crankshaft, said crankshaft being rotatable about a first axis;

a camshaft (126), said camshaft (126) being rotatable about a second axis, said second axis being parallel to said first axis, said camshaft (126) being subject to torque reversals during the rotation thereof;

a vane (160), said vane (160) having circumferentially spaced apart lobes (160a, 160b), said vane (160) being attached to said camshaft (126), said vane (160) being rotatable with said camshaft (126) and being non-oscillatable with respect to said camshaft (126);

a housing (129), said housing (129) being rotatable with said camshaft (126) and being oscillatable with respect to said camshaft (126), said housing (129) having first and second circumferentially spaced apart recesses (131, 132), each of said first and second recesses (131, 132) receiving one of said first and second lobes (160a, 160b) and permitting oscillating movement of said one of said first and second lobes (160a, 160b) therein, said first and second recesses (131, 132) being divided into

</div>

5,657,725

13

first direction chambers (131a, 132b) and second direction chambers (131b, 132a) by said first and second lobes (160a, 160b), respectively, said first and second direction chambers (131a, 132a, 131b, 132b) of said first and second recesses (131, 132) each being capable of sustaining hydraulic pressure due to engine oil contained in said engine;

means for transmitting rotary movement to said housing (129);

a first check valve (408a) for providing unidirectional engine oil flow from said first direction chambers (131a, 132b) and a second check valve (407a) for providing unidirectional engine oil flow from said second direction chambers (131b, 132a);

means reactive to said engine oil pressure from an oil pump for varying the position of said housing (129) relative to said camshaft (126), said reactive means comprising control means for permitting said housing (129) to move in a first direction relative to said camshaft (126) in response to engine oil flow, and for preventing said housing (129) from moving in a second direction relative to said camshaft (126) in response to engine oil flow, said control means comprising means for transferring said engine oil into one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said control means further comprising means for simultaneously transferring engine oil out of the other of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), wherein said control means is capable of being reversed to transfer engine oil out of said one of said first direction chambers (131a, 132b) and said second direction chambers (131b, 132a) of said each of said first and second recesses (131, 132) and to transfer engine oil into said other of said first direction chambers (131b, 132a) and said second direction chambers (131b, 132a) of each of said first and second recesses (131, 132), said control means still

14

further comprising a spool valve body (198), a spool (300), said spool (300) being reciprocatable within said spool valve body (198) and having a plurality of spaced apart lands (300a, 300b, 300c), first conduit means (101) extending from one of said first recess (131) and said second recess (132) to said spool valve body (198), one of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said first conduit means (101), second conduit means (102) extending from the other of said first recess (131) and said second recess (132) to said spool valve body (198), another of said plurality of lands (300a, 300b, 300c) selectively blocking and permitting flow through said second conduit means (102);

an engine control unit (108), said engine control unit (108) responsive to at least one engine operating condition for selectively reversing the operation of said control means; and,

third conduit means (130a) for transferring said engine oil from a portion of said engine to said control means and for transferring said engine oil from said control means back to said portion of said engine.

12. An engine according to claim 11 wherein at least one of said plurality of lands (300a, 300b, 300c) of said spool (300) contains a passage (320) extending therethrough, said passage (320) providing communication for the flow of engine oil through said spool (300) to said recesses (131, 132) of said housing (129), said passage (320) having a check valve means for preventing flow of engine oil from said recesses (131, 132) through said spool.

13. An engine according to claim 12 wherein said housing (129) is rotatable only to a first extreme angular position in said first direction relative to said camshaft (126) and a second extreme angular position in said second direction relative to said camshaft (126).

14. An engine according to claim 13 wherein torque pulses are present in said camshaft (126), said torque pulses being of such magnitude wherein causing said housing (129) to rotate relative to said camshaft (126).

* * * * *

# EXHIBIT 21

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT 22

US006772721B1

(12) **United States Patent**
Gardner et al.

(10) **Patent No.:**     **US 6,772,721 B1**
(45) **Date of Patent:**     **Aug. 10, 2004**

(54) **TORSIONAL ASSIST CAM PHASER FOR CAM IN BLOCK ENGINES**

(75) Inventors: **Marty Gardner**, Dryden, NY (US); **Mike Marsh**, Dryden, NY (US); **Mark Wigsten**, Lansing, NY (US)

(73) Assignee: **BorgWarner Inc.**, Auburn Hills, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/459,666**

(22) Filed: **Jun. 11, 2003**

(51) Int. Cl.[7] .................................................. F01L 1/34
(52) U.S. Cl. .............................. 123/90.17; 123/90.18; 74/568 R
(58) Field of Search .......................... 123/90.12, 90.15, 123/90.16, 90.17, 90.18, 90.31; 74/568 R; 464/1, 2, 160

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,002,023 | A | 3/1991 | Butterfield et al. | 123/90.15 |
| 5,107,805 | A | 4/1992 | Butterfield et al. | 123/90.17 |
| 5,172,659 | A | 12/1992 | Butterfield et al. | 123/90.17 |
| 5,184,578 | A | 2/1993 | Quinn, Jr. et al. | 123/90.17 |
| 5,289,805 | A | 3/1994 | Quinn, Jr. et al. | 123/90.17 |
| 5,361,735 | A | 11/1994 | Butterfield et al. | 123/90.17 |
| 5,497,738 | A | 3/1996 | Siemon et al. | 123/90.17 |
| 5,657,725 | A | 8/1997 | Butterfield et al. | 123/90.17 |
| 5,666,914 | A | 9/1997 | Ushidac et al. | 123/90.17 |
| 6,035,819 | A | * 3/2000 | Nakayoshi et al. | 123/90.17 |

| | | | | |
|---|---|---|---|---|
| 6,250,265 | B1 | 6/2001 | Simpson | 123/90.17 |
| 6,263,843 | B1 | * 7/2001 | Todo et al. | 123/90.17 |
| 6,263,846 | B1 | 7/2001 | Simpson et al. | 123/90.17 |
| 6,311,655 | B1 | 11/2001 | Simpson et al. | 123/90.17 |
| 6,338,323 | B1 | * 1/2002 | Machida | 123/90.17 |
| 6,374,787 | B2 | 4/2002 | Simpson et al. | 123/90.17 |
| 6,247,434 | B1 | 6/2002 | Simpson et al. | 123/90.17 |
| 6,439,184 | B1 | * 8/2002 | Takenaka et al. | 123/90.17 |
| 6,477,999 | B1 | 11/2002 | Markley | 123/90.17 |
| 2002/0050257 | A1 | * 5/2002 | Watanabe | 123/90.17 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 08121123 A | 5/1996 | | F01L/1/34 |

* cited by examiner

*Primary Examiner*—Thomas Denion
*Assistant Examiner*—Jaime Corrigan
(74) *Attorney, Agent, or Firm*—Brown & Michaels PC; Greg Dziegielewski

(57)     **ABSTRACT**

A phaser for maintaining an angular relationship between a crank shaft and a cam shaft or among more than one cam shafts is provided. The phaser includes a rotor having a plurality of vanes integral to the rotor and protruding from the rotor body. The plurality of vanes is disposed to oscillate within their respective chambers formed by the rotor and a housing, thereby maintaining the angular relationship. The phaser also includes a shoulder integral to the rotor and interposed between one of the pluralities of vanes and the rotor body, thereby ensuring that the rotor face is always covering a locking pin hole regardless of vane position. The phaser further includes an inlet check valve located within the phaser structure or in very close proximity to the phaser, thereby reducing control fluid leakage.

**11 Claims, 8 Drawing Sheets**





**U.S. Patent**        Aug. 10, 2004        Sheet 1 of 8        US 6,772,721 B1



Fig. 1



Fig. 2

Fig. 3



Fig. 4



**U.S. Patent**     Aug. 10, 2004     Sheet 5 of 8     US 6,772,721 B1

Fig. 5



Fig. 6



Fig.7



U.S. Patent     Aug. 10, 2004     Sheet 8 of 8     US 6,772,721 B1

Fig. 8



US 6,772,721 B1

<div style="text-align:center">

1

**TORSIONAL ASSIST CAM PHASER FOR
CAM IN BLOCK ENGINES**

FIELD OF THE INVENTION

</div>

The invention pertains to the field of cam phasers. More particularly, the invention pertains to torsional assist cam phasers for internal combustion engines.

BACKGROUND OF THE INVENTION

The performance of an internal combustion engine can be improved by the use of dual camshafts, one to operate the intake valves of the various cylinders of the engine and the other to operate the exhaust valves. Typically, one of such camshafts is driven by the crankshaft of the engine, through a sprocket and chain drive or a belt drive, and the other camshaft is driven by the first, through a second sprocket and chain drive or a second belt drive. Alternatively, both of the camshafts can be driven by a single crankshaft powered chain drive or belt drive. Engine performance in an engine with dual camshafts can be further improved, in terms of idle quality, fuel economy, reduced emissions or increased torque, by changing the positional relationship of one of the camshafts, usually the camshaft which operates the intake valves of the engine, relative to the other camshaft and relative to the crankshaft, to thereby vary the timing of the engine in terms of the operation of intake valves relative to exhaust valves or in terms of the operation of its valves relative to the position of the crankshaft.

Consideration of information disclosed by the following U.S. Patents, which are all hereby incorporated by reference, is useful when exploring the background of the present invention.

U.S. Pat. No. 5,002,023 describes a VCT system within the field of the invention in which the system hydraulics includes a pair of oppositely acting hydraulic cylinders with appropriate hydraulic flow elements to selectively transfer hydraulic fluid from one of the cylinders to the other, or vice versa, to thereby advance or retard the circumferential position of a camshaft relative to a crankshaft. The control system utilizes a control valve in which the transfer of hydraulic fluid from one or another of the oppositely acting cylinders is permitted by moving a spool within the valve one way or another from its centered or null position. The movement of the spool occurs in response to an increase or decrease in control hydraulic pressure, $P_{C}$, on one end of the spool and the relationship between the hydraulic force on such end and an oppositely directed mechanical force on the other end which results from a compression spring that acts thereon.

U.S. Pat. No. 5,107,804 describes an alternate type of VCT system within the field of the invention in which the system hydraulics include a vane having lobes within an enclosed housing which replace the oppositely acting cylinders disclosed by the aforementioned U.S. Pat. No. 5,002,023. The vane is oscillatable with respect to the housing, with appropriate hydraulic flow elements to transfer hydraulic fluid within the housing from one side of a lobe to the other, or vice versa, to thereby oscillate the vane with respect to the housing in one direction or the other, an action which is effective to advance or retard the position of the camshaft relative to the crankshaft. The control system of this VCT system is identical to that divulged in U.S. Pat. No. 5,002,023, using the same type of spool valve responding to the same type of forces acting thereon.

U.S. Pat. Nos. 5,172,659 and 5,184,578 both address the problems of the aforementioned types of VCT systems

2

created by the attempt to balance the hydraulic force exerted against one end of the spool and the mechanical force exerted against the other end. The improved control system disclosed in both U.S. Pat. Nos. 5,172,659 and 5,184,578 utilizes hydraulic force on both ends of the spool. The hydraulic force on one end results from the directly applied hydraulic fluid from the engine oil gallery at full hydraulic pressure, $P_{S}$. The hydraulic force on the other end of the spool results from a hydraulic cylinder or other force multiplier which acts thereon in response to system hydraulic fluid at reduced pressure, $P_{C}$, from a PWM solenoid. Because the force at each of the opposed ends of the spool is hydraulic in origin, based on the same hydraulic fluid, changes in pressure or viscosity of the hydraulic fluid will be self-negating, and will not affect the centered or null position of the spool.

U.S. Pat. No. 5,289,805 provides an improved VCT method which utilizes a hydraulic PWM spool position control and an advanced control algorithm that yields a prescribed set point tracking behavior with a high degree of robustness.

In U.S. Pat. No. 5,361,735, a camshaft has a vane secured to an end for non-oscillating rotation. The camshaft also carries a timing belt driven pulley which can rotate with the camshaft but which is oscillatable with respect to the camshaft. The vane has opposed lobes which are received in opposed recesses, respectively, of the pulley. The camshaft tends to change in reaction to torque pulses which it experiences during its normal operation and it is permitted to advance or retard by selectively blocking or permitting the flow of engine oil from the recesses by controlling the position of a spool within a valve body of a control valve in response to a signal from an engine control unit. The spool is urged in a given direction by rotary linear motion translating means which is rotated by an electric motor, preferably of the stepper motor type.

U.S. Pat. No. 5,497,738 shows a control system which eliminates the hydraulic force on one end of a spool resulting from directly applied hydraulic fluid from the engine oil gallery at full hydraulic pressure, $P_{S}$, utilized by previous embodiments of the VCT system. The force on the other end of the vented spool results from an electromechanical actuator, preferably of the variable force solenoid type, which acts directly upon the vented spool in response to an electronic signal issued from an engine control unit ("ECU") which monitors various engine parameters. The ECU receives signals from sensors corresponding to camshaft and crankshaft positions and utilizes this information to calculate a relative phase angle. A closed-loop feedback system which corrects for any phase angle error is preferably employed. The use of a variable force solenoid solves the problem of sluggish dynamic response. Such a device can be designed to be as fast as the mechanical response of the spool valve, and certainly much faster than the conventional (fully hydraulic) differential pressure control system. The faster response allows the use of increased closed-loop gain, making the system less sensitive to component tolerances and operating environment.

U.S. Pat. No. 5,657,725 shows a control system which utilizes engine oil pressure for actuation. The system includes a camshaft with a vane secured to an end thereof for non-oscillating rotation therewith. The camshaft also carries a housing which can rotate with the camshaft but which is oscillatable with the camshaft. The vane has opposed lobes which are received in opposed recesses, respectively, of the housing. The recesses have greater circumferential extent than the lobes to permit the vane and housing to oscillate

US 6,772,721 B1

3

with respect to one another, and thereby permit the camshaft to change in phase relative to a crankshaft. The camshaft tends to change direction in reaction to engine oil pressure and/or camshaft torque pulses which it experiences during its normal operation, and it is permitted to either advance or retard by selectively blocking or permitting the flow of engine oil through the return lines from the recesses by controlling the position of a spool within a spool valve body in response to a signal indicative of an engine operating condition from an engine control unit. The spool is selectively positioned by controlling hydraulic loads on its opposite end in response to a signal from an engine control unit. The vane can be biased to an extreme position to provide a counteractive force to a unidirectionally acting frictional torque experienced by the camshaft during rotation.

U.S. Pat. No. 6,247,434 shows a multi-position variable camshaft timing system actuated by engine oil. Within the system, a hub is secured to a camshaft for rotation synchronous with the camshaft, and a housing circumscribes the hub and is rotatable with the hub and the camshaft and is further oscillatable with respect to the hub and the camshaft within a predetermined angle of rotation. Driving vanes are radially disposed within the housing and cooperate with an external surface on the hub, while driven vanes are radially disposed in the hub and cooperate with an internal surface of the housing. A locking device, reactive to oil pressure, prevents relative motion between the housing and the hub. A controlling device controls the oscillation of the housing relative to the hub.

U.S. Pat. No. 6,250,265 shows a variable valve timing system with actuator locking for an internal combustion engine. The system is comprised of a variable camshaft timing system comprising a camshaft with a vane secured to the camshaft for rotation with the camshaft but not for oscillation with respect to the camshaft. The vane has a circumferentially extending plurality of lobes projecting radially outwardly therefrom and is surrounded by an annular housing that has a corresponding plurality of recesses, each of which receives one of the lobes and has a circumferential extent greater than the circumferential extent of the lobe received therein to permit oscillation of the housing relative to the vane and the camshaft, while the housing rotates with the camshaft and the vane. Oscillation of the housing relative to the vane and the camshaft is actuated by pressurized engine oil in each of the recesses on opposite sides of the lobe therein, the oil pressure in such recess being preferably derived in part from a torque pulse in the camshaft as it rotates during its operation. An annular locking plate is positioned coaxially with the camshaft and the annular housing and is moveable relative to the annular housing along a longitudinally central axis of the camshaft between a first position, where the locking plate engages the annular housing to prevent its circumferential movement relative to the vane and a second position where circumferential movement of the annular housing relative to the vane is permitted. The locking plate is biased by a spring toward its first position and is urged away from its first position toward its second position by engine oil pressure, to which it is exposed by a passage leading through the camshaft, when engine oil pressure is sufficiently high to overcome the spring biasing force, which is the only time when it is desired to change the relative positions of the annular housing and the vane. The movement of the locking plate is controlled by an engine electronic control unit either through a closed loop control system or an open loop control system.

U.S. Pat. No. 6,263,846 shows a control valve strategy for vane-type variable camshaft timing systems. The strategy

4

involves an internal combustion engine that includes a camshaft and hub secured to the camshaft for rotation therewith, where a housing encloses the hub and is rotatable with the hub and the camshaft, and is further oscillatable with respect to the hub and camshaft. Driving vanes are radially inwardly disposed in the housing and cooperate with the hub, while driven vanes are radially outwardly disposed in the hub to cooperate with the housing and also circumferentially alternate with the driving vanes to define circumferentially alternate with the driving vanes to define circumferentially alternating advance and retard chambers. A configuration for controlling the oscillation of the housing relative to the hub includes an electronic engine control unit, and an advancing control valve that is responsive to the electronic engine control unit and that regulates engine oil pressure to and from the advance chambers. A retarding control valve responsive to the electronic engine control unit regulates engine oil pressure to and from the retard chambers. An advancing passage communicates engine oil pressure between the advancing control valve and the advance chambers, while a retarding passage communicates engine oil pressure between the retarding control valve and the retard chambers.

U.S. Pat. No. 6,311,655 shows multi-position variable cam timing system having a vane-mounted locking-piston device. An internal combustion engine having a camshaft and variable camshaft timing system, wherein a rotor is secured to the camshaft and is rotatable but non-oscillatable with respect to the camshaft, is described. A housing encloses the rotor, is rotatable with both the rotor and the camshaft, and is further oscillatable with respect to both the rotor and the camshaft between a fully retarded position and a fully advanced position. A locking configuration prevents relative motion between the rotor and the housing, is mounted within either the rotor or the housing, and is respectively and releasably engageable with the other rotor and the housing in either the fully retarded position, the fully advanced position, or positions therebetween. The locking device includes a locking piston having keys terminating one end thereof, and serrations mounted opposite to the keys on the locking piston for interlocking the rotor to the housing. A controlling configuration controls oscillation of the rotor relative to the housing.

U.S. Pat. No. 6,374,787 shows a multi-position variable camshaft timing system actuated by engine oil pressure. A hub is secured to a camshaft for rotation synchronous with the camshaft, and a housing circumscribes the hub and is rotatable with the hub and the camshaft and is further oscillatable with respect to the hub and the camshaft within a predetermined angle of rotation. Driving vanes are radially disposed within the housing and cooperate with an external surface on the hub, while driven vanes are radially disposed in the hub and cooperate with an internal surface of the housing. A locking device, reactive to oil pressure, prevents relative motion between the housing and the hub. A controlling device controls the oscillation of the housing relative to the hub.

U.S. Pat. No. 6,477,999 shows a camshaft that has a vane secured to an end thereof for non-oscillating rotation therewith. The camshaft also carries a sprocket that can rotate with the camshaft but is oscillatable with respect to the camshaft. The vane has opposed lobes that are received in opposed recesses, respectively, of the sprocket. The recesses have greater circumferential extent than the lobes to permit the vane and sprocket to oscillate with respect to one another. The camshaft phase tends to change in reaction to pulses that it experiences during its normal operation, and it is permitted to change only in a given direction, either to

US 6,772,721 B1

5

advance or retard, by selectively blocking or permitting the flow of pressurized hydraulic fluid, preferably engine oil, from the recesses by controlling the position of a spool within a valve body of a control valve. The sprocket has a passage extending therethrough the passage extending parallel to and being spaced from a longitudinal axis of rotation of the camshaft. A pin is slidable within the passage and is resiliently urged by a spring to a position where a free end of the pin projects beyond the passage. The vane carries a plate with a pocket, which is aligned with the passage in a predetermined sprocket to camshaft orientation. The pocket receives hydraulic fluid, and when the fluid pressure is at its normal operating level, there will be sufficient pressure within the pocket to keep the free end of the pin from entering the pocket. At low levels of hydraulic pressure, however, the free end of the pin will enter the pocket and latch the camshaft and the sprocket together in a predetermined orientation.

However, in a phaser having passages for pressurized fluid flowing therein, leakage of fluid is undesirable. Furthermore, a locking pin is required to keep a fixed angular relationship between such things as the crank and cam shaft, in which the locking pin is disposed to be disengaged by fluid pressure. Therefore, it is desirous to have phaser having a structure, whereby fluid leakage is significantly reduced.

SUMMARY OF THE INVENTION

An inlet check valve built within the structure of the phaser or in close proximity to the phaser is provided for reducing control fluid leakage.

A shoulder integral to the rotor and interposed between one of the plurality of vanes and the rotor body is provided.

A centered mounted spool valve disposed along a center line perpendicular to the rotor is provided.

A torsion spring is provided for compensating the cam bearing friction or the oil pump loads which tend to force the phaser in a direction opposite of base timing.

Accordingly, a phaser for maintaining an angular relationship between a crank shaft and a cam shaft or among more than one cam shafts is provided. The phaser includes a rotor having a plurality of vanes integral to the rotor and protruding from the rotor body. The plurality of vanes is disposed to oscillate within their respective chambers formed by the rotor and a housing, thereby maintaining the angular relationship. The phaser also includes a shoulder integral to the rotor and interposed between one of the plurality of vanes and the rotor body, thereby ensuring that the rotor face is always covering a locking pin hole regardless of vane position.

Accordingly, a phaser for maintaining an angular relationship between a crank shaft and a cam shaft or among more than one cam shafts is provided. The phaser includes a rotor having a plurality of vanes integral to the rotor and protruding from the rotor body, the plurality of vanes being disposed to oscillate within their respective chambers formed by the rotor and a housing, thereby maintaining the angular relationship; and an inlet check valve located within the phaser structure or in very close proximity to the phaser, thereby reducing control fluid leakage.

BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 shows a first exploded view of the present invention.

FIG. 2 shows a second exploded view of the present invention.

6

FIG. 3 shows a first sectional perspective view of the present invention.

FIG. 4 shows a second sectional perspective view of the present invention.

FIG. 5 shows a first diagrammatical view of the present invention.

FIG. 6 shows a second diagrammatical view of the present invention.

FIG. 7 shows a third diagrammatical view of the present invention.

FIG. 8 shows a fourth diagrammatical view of the present invention.

DESCRIPTION OF THE PREFERRED EMBODIMENT

In a variable cam timing (VCT) system, the timing gear on the camshaft is replaced by a variable angle coupling known as a "phaser", having a rotor connected to the camshaft and a housing connected to (or forming) the timing gear, which allows the camshaft to rotate independently of the timing gear, within angular limits, to change the relative timing of the camshaft and crankshaft. The term "phaser", as used here, includes the housing and the rotor, and all of the concomitant parts to control the relative angular position of the housing and rotor, which allows the timing of the camshaft to be offset from the crankshaft. In any of the multiple-camshaft engines, it will be understood that there would be one phaser on each camshaft, as is known in the prior art.

Referring to FIGS. 1–8, a rotor 1 is fixedly positioned on the camshaft (not shown), by means of mounting flange (also not shown), to which it (and sometimes a rotor front plate) is fastened by screws (not shown). The rotor 1 has a plurality of radially outwardly projecting vanes. In the present figure rotor 1 has a pair of ordinary vanes 16, and a special type vane 18 having a pair of shoulders 20 interposed between the center circumferential rotor body and the special type vane 18. Each vane 16, 18 fits into its respective recess or chambers (advance and retard) in the housing body (also not shown). The inner plate, housing body, and outer plate may be fastened together around rotor 1 by screws (not shown), so that the recesses holding the vanes 16, 18, enclosed by an outer plate and inner plate, form fluid-tight chambers. The timing gear or sprocket 22 is connected to the inner plate by screws (not shown). Collectively, the inner plate, housing body, outer plate and timing gear will be referred to herein as the "housing".

Referring specifically to FIG. 1, a first exploded view of the present invention is depicted. Rotor 1, disposed to rotate with a housing (not shown), is provided. Rotor 1 has a built-in check valve 30 positioned in close proximity to rotor 1. Rotor 1 has a center portion disposed to rotate in relation to a center axis. The center portion is of a substantially cylindrical shape. Rotor 1 possesses a shoulder 20 formed upon the cylindrical shape for positioning and sealing of a lock pin 34. A lock pin spring 34a is coupled to lock pin 34 for engaging lock pin 34 against a counter force exerted by control fluid pressure. Upon shoulder 20, vane 18 is formed. The second vane 16, is formed directly upon the cylindrical shape of rotor 1. As can be seen, vane 16, vane 18, shoulder 20, and the cylindrical shape form an integral part of rotor 1.

On the center of the cylindrical shape of rotor 1, there is a cylindrical hollow disposed to receive sequentially a control valve spring 31a, a sleeve 33 with a sleeve plug 31,

US 6,772,721 B1

7

8

a control valve 32, and a retainer ring 32b. Control valve spring 31a is disposed to have a one end thereof engaging sleeve plug 31 and the other end engaging one end of control valve 32. Control valve 32 possesses a number of lands 32a. In this case, three lands 32a are provided. A retainer ring 32b is positioned on a second end of control valve 32. A ball 50 is provided which is disposed to be press fitted into rotor 1. A number of dowel pins are provided for connecting purposes. For example, pin 52 is used for giving radial position for timing and pin 54 is used for radial orientation for spring retention plate 26.

Referring specifically to FIG. 2, a second exploded view of the present invention is depicted. As can be seen in FIG. 2, all the members of FIG. 1 are shown herein, and additionally some other members are depicted. Specifically, a housing 2 is provided to contain rotor 1 substantially therein. A set of elements is interposed between rotor 1 and housing 2. The elements are vane tip seal 44 positioned over housing 2 with vane tip seal spring (not shown) interposed therebetween, and vane tip seals 56 positioned over rotor 1 with vane tip (seal) spring 56a interposed therebetween.

Along the center axis and positioned on top of rotor 1 and housing 2, an outer plate 24 is provided. Outer plate 24 has a set of apertures for a corresponding set of housing bolts 42 which are disposed to pass through the apertures and terminate upon a set of corresponding receiving seats on housing 2. A spring retention plate 26 is provided to be positioned on outer plate 24 at the other side of rotor 1. Spring retention plate 26 has a set of apertures for a corresponding set of cam shaft mounting bolts 60, which are disposed to pass through the apertures and terminate upon a set of corresponding receiving seats on rotor 1. A torsional spring 28 is disposed to be positioned upon spring retention plate 26 which has a set of suitable receiving elements for torsional spring 28. A ring 58 is provided along the center axis as shown.

Referring specifically to FIG. 3, a first sectional perspective view of the present invention is depicted. Substantially all the elements or members are introduced in FIGS. 1 and 2. In the first sectional perspective view, a sectional view of check valve 30 is shown. As can be seen check valve 30 is positioned within the confines of rotor 1 and housing 2. Alternatively, check valve 30 may be positioned anywhere in close proximity to a phaser, for example in the cam shaft end that is in close proximity to the phaser. Additionally, a sectional view of control valve 32 is shown depicting some of the passages for flow of control fluid, the mechanism of which is shown infra. Furthermore, sectional views of other members are shown herein as well. The other members include sprocket 22, housing 2, rotor 1, ball 50, sleeve 33, cam shaft mounting bolts 60, outer plate 24, torsional spring 28, and spring retention plate 26 respectively.

Control fluid coming from a source (not shown in FIG. 3) has to pass through check valve 30 first and is limited to check valve 30 before flowing through the rest of the VCT control passages which are depicted infra.

Referring specifically to FIG. 4, a second sectional perspective view of the present invention is depicted. Substantially all the elements or members are introduced in FIGS. 1 and 2, as well as FIG. 3. In the second sectional perspective view, a sectional view of lock pin 34 and lock pin spring 34a are shown. As can be seen, receiving hole 40 formed on sprocket 22 is used to lock the phaser at a fixed angular relationship between two shafts. A sectional view of vane tip seals 56 interposed between vane 18 and a cavity in housing 2 is also shown. Also noted is the shoulder 20 formed by

overlaying upon the cylindrical portion of rotor 1. This structure may be due to the compact size of the phaser in that given the form factors of lock pin 34 and rotor 1, it is desirable to have shoulder 20 in order to better retain control fluid enclosed by the relevant members.

Referring specifically to FIG. 5, a first diagrammatical view of the present invention is depicted. The first diagrammatical view specifically shows a phase shift to advance position while lock pin 34 is disengaged with receiving hole 40, thereby the phaser maintains the unlocked state. In the phase shift to advance process, control valve 32 is positioned as shown in which control fluid is permitted to flow from retard chamber R to advance chamber A. Thereby vane 16 or vane 18 moves toward chamber R.

If there is insufficient control fluid within the above described circulation, control fluid from a source is permitted to replenish. This is achieved by having fluid from the source, which is in one way fluid communication with the rest of VCT fluid passages as shown in the present figure to flow unidirectionally through check valve 30.

Both retard chamber R and advance chamber A define a cavity within housing 2. The cavity in conjunction with vane 16 or vane 18 defines chamber R and chamber A. The built-in lock pin 34 is encompassed by rotor 1 and engaged by lock pin spring 34a. In the present figure, lock pin 34 is disengaged from receiving hole 40 by such means as control liquid pressure. An actuator 70 such as a solenoid, which is controlled by controller 80 is disposed to engage control valve 32 at a first end thereof. On a second or opposite end of control valve 32, control valve spring 31 a engages control valve 32 to balance a force exerted by actuator 70. Control valve 32 is contained substantially within sleeve 33.

If there is an over supply of control fluids, a sink or channels the excess control fluid away from the VCT passages. The sink also functions to channel undesirable air contained within the VCT passages away therefrom.

Referring specifically to FIG. 6, a second diagrammatical view of the present invention is depicted. The second diagrammatical view specifically shows a null position— while lock pin 34 is disengaged with receiving hole 40, thereby the phaser maintains the unlocked state. In the null position, control valve 32 is positioned as shown in which control fluid is neither permitted to flow from retard chamber R to advance chamber A, nor permitted to flow from advance chamber A to retard chamber R. Thereby a fixed angular relationship is maintained by having no substantial relative movement between rotor 1 and housing 2 with rotor 1 being represented by vane 16 or vane 18.

Similar to FIG. 5, if there is insufficient control fluid within the above described circulation, control fluid from a source is permitted to replenish that fluid from the source, which is in one way fluid communication with the rest of VCT fluid passages, as shown in the present figure by means of check valve 30. Both chamber R and chamber A define a cavity within housing 2. The cavity in conjunction with vane 16 or vane 18 defines chamber R and chamber A. The built-in lock pin 34 is encompassed by rotor 1 and engaged by lock pin spring 34a. In the present figure, lock pin 34 is disengaged from receiving hole 40 by such means as control liquid pressure. An actuator 70, which is controlled by controller 80 is disposed to engage control valve 32 at a first end thereof. On a second or opposite end of control valve 32, control valve spring 31 a engages control valve 32 to balance a force exerted by actuator 70. Control valve 32 is contained substantially within sleeve 33. If there is an over supply of control fluids, a sink or sump channels the excess control

US 6,772,721 B1

9                                                          10

fluid away from the VCT passages. The sink also functions
to channel undesirable air contained within the VCT pas-
sages away therefrom.

Referring specifically to FIG. 7, a third diagrammatical
view of the present invention is depicted. The third diagram-
matical view specifically shows a locked position—at full
advance wherein lock pin 34 is engaged with receiving hole
40, thereby the phaser maintains the locked state with vane
16 or vane 18 set full advance position. In the locked
position, lock pin 34 extends into receiving hole 40 thereby
no relative movement between rotor 1 and housing 2 occurs.

Referring specifically to FIG. 8, a fourth diagrammatical
view of the present invention is depicted. The fourth dia-
grammatical view maybe considered as a reversal of FIG. 5.
FIG. 8 specifically shows a phase shift to retard position
while lock pin 34 is disengaged with receiving hole 40,
thereby the phaser maintains the unlocked state. In the phase
shift to retard process, control valve 32 is positioned as
shown in which control fluid is permitted to flow from
advance chamber A to retard chamber R. Thereby vane 16 or
vane 18 allows fluid movements toward chamber A. Also
similar to FIG. 5, if there is insufficient control fluid within
the above described circulation, control fluid from a source
is permitted to replenish that fluid from the source, which is
in one way fluid communication with the rest of VCT fluid
passages as shown in the present figure by means of check
valve 30. Both chamber R and chamber A define a cavity
within housing 2. The cavity in conjunction with vane 16 or
vane 18 defines chamber R and chamber A. The built-in lock
pin 34 is encompassed by rotor 1 and engaged by lock pin
spring 34a. In the present figure, lock pin 34 is disengaged
from receiving hole 40 by such means as control liquid
pressure. An actuator 70, which is controlled by controller
80 is disposed to engage control valve 32 at a first end
thereof. On a second or opposite end of control valve 32,
control valve spring 31a engages control valve 32 to balance
a force exerted by actuator 70. Control valve 32 is contained
substantially within sleeve 33. If there is an over supply of
control fluids, a sink or sump channels the excess control
fluid away from the VCT passages. The sink also functions
to channel undesirable air contained within the VCT pas-
sages away therefrom.

As can be appreciated, the present invention includes
components that constitute a phaser such as a sprocket 22,
rotor 1, housing 2, endplate 24, spring retention plate 26 and
a bias spring 28. The phaser is designed to mount to a
camshaft (not shown) so that the camshaft can be phased
relative to a driving shaft such as a crankshaft (also not
shown). The rotor 1 is mounted to the camshaft with three
fasteners 60 which go through the spring retention plate 26
to fasten the rotor 1 to the cam. The rotor 1 pilots to the
camshaft on (one) counter bore on the backside of the rotor
1. The counter bore may be a 2 millimeter deep counter bore
on the backside of the rotor 1. The endplate 24 and housing
2 are bolted to the cam sprocket 22 which moves relative to
the rotor 1 assembly. This relative motion is caused by cam
torsional energy or oil pressure. The phaser bearing surface
is the inside diameter 22b of the sprocket 22.

The present invention further teaches a novel rotor 1
assembly which includes several structural features. The
first feature is the inlet check valve 30 built within the
structure of the phaser or in close proximity to the phaser for
reducing control fluid leakage. A torsional assist phaser has
an inlet check valve 30 to eliminate back drive of the phaser
which is caused by torque reversals. The check valve 30
closes when chamber pressure goes high thereby preventing
control fluid such as oil to flow backwards. This check valve

30 also helps improve response time, decreases oscillation,
and decreases oil consumption. Furthermore, check valve 30
also allows the phaser to move during cranking when there
are sufficient cam torsionals and very little oil pressure. In
addition, inlet check valve 30 is suitably located within the
phaser structure or in very close proximity to the phaser such
as within the cam shaft structure at the phaser end. Thereby,
the control fluid leakage is reduced.

The present invention further provides a centered
mounted spool 32. Spool 32 is center mounted in the rotor
1, thereby reducing the number of leak paths between the
control system and the phaser as on other non-center
mounted valves. With a center mounted spool 32 all control
ports and control oil leakage is internal to the phaser. This
allows for a simpler camshaft structure. In the present
embodiment only one passage is needed in the camshafts as
compared to a conventional oil pressure device which
requires two oil passages in the camshaft. A center mounted
spool 32 design also has the flexibility of using an electro-
mechanical actuator or an electro-hydraulic actuator.

An active locking pin 34 built within the phaser is
provided. Active locking pin 34 is required so that the phaser
does not unlock during an undesirable condition such as
engine start up or cranking. The lock 34 is pressurized when
the spool 32 is commanded to move away from its default
position. In this embodiment, the default phaser position is
full advance as shown in FIG. 7. However, other positions
such as full retard may be designated as the default phaser
position in lieu of full advance. When spool 32 is "out," the
advance chamber A is pressurized and the retard chamber R
and lock pin 34 are vented to the crank case, which moves
the phaser to full advance. The lock pin spring 34a pushes
the lock pin 34 into a receiving hole 40 of the cam sprocket
22 which locks the phaser at full advance. A locking pin 34
is needed to lock the phaser in the correct position during
start up. It is also required to have an active lock so that the
phaser does not unlock during extreme temperature condi-
tions when the device or the phaser may be difficult to
control by using the spool valve 32.

In addition, within the rotor 1, cushioned stops are pro-
vided. This feature restricts the oil flow out of the chamber
that is being exhausted. This restriction occurs only when
the phaser is operating close to or at the physical stops of the
device. The trapped oil acts as a hydraulic damper which
reduces the impact forces of the rotor 1 hitting the cavity
wall of housing 2. The cushioning is achieved by forming
passages opening 90 and 100 of rotor 1 on both shoulders of
vane 18 or vane 16, and forming the cavity of housing 2 in
such a way as shown in FIG. 7.

The present invention provides a special vane shape. The
special shape is a pair of shoulders 20 of the rotor 1 forming
the lock pin chamber. Only one vane 18 has the special shape
if there exists only one locking pin. The shoulder 20 is
interposed between vane 18 and the body of rotor 1. This
shape (with the shoulders 20) reduces lock pin 34 leakage
when the phaser is away from the locked position. This vane
geometry including the shoulders 20 ensures that the rotor 1
face is always covering the locking pin hole 40 regardless of
the vane position.

Furthermore, a center mounted spool 32 valve is pro-
vided. The typical 4-way valve has four lands. To help
reduce package and other form factor related issues, the
spool 32 valve of the present invention is reduced to three
lands 32a. The two center lands are the lands used in the
control of this device. The center annulus is where supply oil
enters the device. The spool/sleeve 33 are designed such that

US 6,772,721 B1

11

the inlet underlap is always greater than or equal toe the exhaust overlap. This feature guarantees that the chamber being filled does not create a vacuum, which would cause air to be sucked into the device.

Torsion spring 28 mounted on the front of the phaser is provided. The torsion spring 28 is required to ensure that the phaser can reach base timing under all conditions. Since base timing is at full advance the phaser uses a bias spring 28 to overcome the cam bearing friction and the oil pump loads which tend to force the phaser opposite of base timing. These mean torque inputs typically force the phaser towards the retard stop.

The following are terms and concepts relating to the present invention.

It is noted that the hydraulic fluid or fluid referred to supra are actuating fluids. Actuating fluid is the fluid which moves the vanes in a vane phaser. Typically the actuating fluid includes engine oil, but could be separate hydraulic fluid. The VCT system of the present invention may be a Cam Torque Actuated (CTA) VCT system, in which the VCT system uses torque reversals in the camshaft caused by the forces of opening and closing engine valves to move the vane. The control valve in a CTA system allows fluid flow from advance chamber to retard chamber, allowing the vane to move, or stops flow, locking the vane in position. The CTA phaser may also have oil input to make up for losses due to leakage but does not use engine oil pressure to move the phaser. The vane is a radial element, upon which actuating fluid acts, housed in the chamber. A vane phaser is a phaser which is actuated by vanes moving in chambers.

There may be one or more camshafts per engine. The camshaft may be driven by a belt, chain, gears, or another camshaft. Lobes may exist on the camshaft to push the valves. A multiple camshaft engine, most often has one shaft for exhaust valves and one shaft for intake valves. A "V" type engine usually has either two camshafts (one for each bank) or four (intake and exhaust for each bank) camshafts.

A chamber is defined as a space within which a vane rotates. A chamber may be divided into an advance chamber, which makes valves open sooner relative to the crankshaft, and a retard chamber, which makes valves open later relative to the crankshaft. A check valve is defined as a valve which permits fluid flow in only one direction. A closed loop is defined as a control system which changes one characteristic in response to another, then checks to see if the change was made correctly and adjusts the action to achieve the desired result (e.g. moves a valve to change phaser position in response to a command from the ECU, then checks the actual phaser position and moves valve again to correct position). A control valve is a valve which controls flow of fluid to the phaser. The control valve may exist within the phaser in a CTA system. The control valve may be actuated by oil pressure or a solenoid. The crankshaft takes power from the pistons and drives the transmission and camshaft. A spool valve is defined as a control valve of spool type. Typically the spool rides in a bore, connecting one passage to another. Most often the spool is located on the center axis of a rotor of a phaser.

A Differential Pressure Control System (DPCS) is a system for moving a spool valve, which uses actuating fluid pressure on each end of the spool. One end of the spool is larger than the other, and fluid on that end is controlled (usually by a Pulse Width Modulated (PWM) valve on the oil pressure). Full supply pressure is supplied to the other end of the spool (hence differential pressure). A Valve Control Unit (VCU) is a control circuitry for controlling the

12

VCT system. Typically the VCU acts in response to commands from the ECU.

A driven shaft is any shaft which receives power (in a VCT, most often a camshaft). A driving shaft is any shaft which supplies power (in a VCT, most often a crankshaft, but possibly a camshaft driving another camshaft). ECU is the Engine Control Unit that is the car's computer. Engine Oil is the oil used to lubricate the engine. Oil pressure can be tapped to actuate the phaser through a control valve.

The housing is defined as the outer part of the phaser with chambers. The outside of the housing can be a pulley (for timing belt), sprocket (for timing chain), or gear (for timing gear). Hydraulic fluid is any special kind of oil used in hydraulic cylinders, similar to brake fluid or power steering fluid. Hydraulic fluid is not necessarily the same as engine oil. Typically the present invention uses "actuating fluid". A lock pin is disposed to lock a phaser in position. Usually a lock pin is used when oil pressure is too low to hold the phaser, as during engine start or shutdown.

An Oil Pressure Actuated (OPA) VCT system uses a conventional phaser, where engine oil pressure is applied to one side of the vane or the other to move the vane.

An open loop is used in a control system which changes one characteristic in response to another (e.g., moves a valve in response to a command from the ECU) without feedback to confirm the action.

The phase is defined as the relative angular position of the camshaft and crankshaft (or camshaft and another camshaft, if the phaser is driven by another cam). A phaser is defined as the entire part which mounts to the cam. The phaser is typically made up of a rotor and housing and possibly a spool valve and check valves. A piston phaser is a phaser actuated by pistons in cylinders of an internal combustion engine. A rotor is the inner part of the phaser, which is attached to a cam-shaft.

Pulse-width Modulation (PWM) provides a varying force or pressure by changing the timing of on/off pulses of current or fluid pressure. A solenoid is an electrical actuator which uses electrical current flowing in a coil to move a mechanical arm. A variable force solenoid (VFS) is a solenoid whose actuating force can be varied, usually by PWM of the supply current. A VFS differs from an on/off (all or nothing) solenoid.

A sprocket is a member used with chains such as engine timing chains. Timing is defined as the relationship between the time a piston reaches a defined position (usually top dead center (TDC)) and the time something else happens. For example, in VCT or VVT systems, timing usually relates to when a valve opens or closes. Ignition timing relates to when the spark plug fires.

A Torsion Assist (TA)—or Torque Assisted phaser is a variation on the OPA phaser, which adds a check valve in the oil supply line (i.e. a single check valve embodiment) or a check valve in the supply line to each chamber (i.e. a two check valve embodiment). The check valve blocks oil pressure pulses due to torque reversals from propagating back into the oil system and stops the vane from moving backward due to torque reversals. In the TA system, motion of the vane due to forward torque effects is permitted; hence the expression "torsion assist" is used. The graph of vane movement is a step function.

A VCT system includes a phaser, control valve(s), control valve actuator(s), and control circuitry. Variable Cam Timing (VCT) is a process, not a thing, that refers to controlling and/or varying the angular relationship (phase) between one or more camshafts, which drive the engine's intake and/or

US 6,772,721 B1

13

exhaust valves. The angular relationship also includes the phase relationship between the cam and the crankshafts, in which the crank-shaft is connected to the pistons.

Variable Valve Timing (VVT) is any process which changes the valve timing. VVT could be associated with VCT, or could be achieved by varying the shape of the cam or the relationship of cam lobes to cam or valve actuators to cam or valves, or by individually controlling the valves themselves using electrical or hydraulic actuators. In other words, all VCT is VVT, but not all VVT is VCT.

Accordingly, it is to be understood that the embodiments of the invention herein described are merely illustrative of the application of the principles of the invention. References herein to details of the illustrated embodiments are not intended to limit the scope of the claims, which themselves recite those features regarded as essential to the invention.

What is claimed is:

1. A phaser for maintaining an angular relationship between a crank-shaft and a cam-shaft or among more than one cam-shaft, comprising:

a housing, having at least one locking pin hole and at least one cavity defined by an arcuate outer wall, a first side wall, and a second side wall;

a rotor, disposed to move relative to the housing, the rotor including:

a hub;

a plurality of vanes integral to the rotor and protruding from the hub, the plurality of vanes being disposed to oscillate within their respective chambers formed by the rotor and the housing, thereby maintaining the angular relationship; and

a shoulder integral to the rotor extending from the hub into the chamber, wherein the shoulder oscillates with the vane, thereby ensuring that the rotor face is always covering the locking pin hole, such that the locking pin hole is not exposed to the control fluid pressure of the respective chamber of the vane, regardless of vane position; the first side wall and second side wall of the cavity being formed with recesses to accommodate the shoulder; and

a locking pin located in the vane and positioned to engage the locking pin hole in the housing.

2. The phaser of claim 1 further comprising an inlet check valve located within the phaser structure or in very close proximity to the chamber, thereby reducing control fluid leakage.

3. The phaser of claim 2, wherein the inlet check valve is located within the cam-shaft, thereby reducing control fluid leakage.

14

4. The phaser of claim 1 further comprising a center mounted spool disposed along a center line perpendicular to the rotor.

5. The phaser of claim 4, wherein the center mounted spool includes three lands.

6. The phaser of claim 1 further comprising a torsion spring for compensating the cam bearing friction or the oil pump loads which tend to force the phaser opposite of base timing.

7. A phaser for maintaining an angular relationship between a crank-shaft and a cam-shaft or among more than one cam-shaft, comprising:

a housing, having at least one cavity defined by an arcuate outer wall, a first side wall, and a second side wall;

a rotor, disposed to move relative to the housing, the rotor including:

a hub, and

a plurality of vanes integral to the rotor and protruding from the hub, the plurality of vanes being disposed to oscillate within their respective chambers formed by the rotor and the housing, thereby maintaining the angular relationship; and

an inlet check valve located within the camshaft, thereby reducing control fluid leakage.

8. The phaser of claim 7 further comprising:

a shoulder integral to the rotor and extending from the hub into the chamber, wherein the shoulder oscillates with the vane, thereby ensuring that the rotor face is always covering a locking pin hole in the housing, such that the locking pin hole is not exposed to the control fluid pressure of the respective chamber of the vane, regardless of vane position; the first side wall and second side wall of the cavity being formed with recesses to accommodate the shoulder; and

a locking pin located in the vane and positioned to engage the locking pin hole in the housing.

9. The phaser of claim 7 further comprising a center mounted spool disposed along a center line perpendicular to the rotor.

10. The phaser of claim 9, wherein the center mounted spool includes three lands.

11. The phaser of claim 7 further comprising a torsion spring for compensating the cam bearing friction or the oil pump loads which tend to force the phaser opposite of base timing.

* * * * *

# EXHIBIT 23



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/056,635 | 05/03/93 | SIEMON | | E    92007 |

| | | EXAMINER |
|---|---|---|
| | | LO,W |

| | ART UNIT | PAPER NUMBER |
|---|---|---|
| 34M2/0104 | | /2 |

BORG-WARNER AUTOMOTIVE, INC.
PATENT DOCKET ADMINISTRATOR
6700 18-1/2 MILE ROAD
P. O. BOX 8022
STERLING HEIGHTS, MI 48311-8022

3402
DATE MAILED:
01/04/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), __0__ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.    2. ☒ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☒ _Examiner Interview Sum_,

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _1-11, and 13-15_ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _1-11 and 13-15_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev. 2/93)

BW 002149

Serial Number: 08/ 056,635                                              -2-

Art Unit: 3402

    This application currently names joint inventors.  In
considering patentability of the claims under 35 U.S.C. § 103,
the examiner presumes that the subject matter of the various
claims was commonly owned at the time any inventions covered
therein were made absent any evidence to the contrary.  Applicant
is advised of the obligation under 37 C.F.R. § 1.56 to point out
the inventor and invention dates of each claim that was not
commonly owned at the time a later invention was made in order
for the examiner to consider the applicability of potential 35
U.S.C. § 102(f) or (g) prior art under 35 U.S.C. § 103.

The following is a quotation of 35 U.S.C. § 103 which forms the

basis for all obviousness rejections set forth in this Office

action:

    A patent may not be obtained though the invention is not
    identically disclosed or described as set forth in section
    102 of this title, if the differences between the subject
    matter sought to be patented and the prior art are such that
    the subject matter as a whole would have been obvious at the
    time the invention was made to a person having ordinary
    skill in the art to which said subject matter pertains.
    Patentability shall not be negatived by the manner in which
    the invention was made.

    Subject matter developed by another person, which qualifies
    as prior art only under subsection (f) or (g) of section 102
    of this title, shall not preclude patentability under this
    section where the subject matter and the claimed invention
    were, at the time the invention was made, owned by the same
    person or subject to an obligation of assignment to the same
    person.

    Claims 1-11 and 13-15 are rejected under 35 U.S.C. § 103 as

being unpatentable over Linder et al., Butterfield et al. ('659),

and Strauber et al.  Linder et al. show a camshaft phase varying

system including the utilization of camshaft torque reversals and

a solenoid valve 24 to control the flow of the working fluid

between two chambers 7 and 8.  Linder et al. also shows a close-

loop feed back system to control a camshaft phase varying

BW 002150

Serial Number: 08/ 056,635                                    -3-
Art Unit: 3402

mechanism (fig. 7). Butterfield et al. show an internal
combustion engine with a camshaft phase varying system
substantially as claimed including a vane, a housing, a spool
valve, and various return lines. Butterfield et al. show in fig.
20 a lever arrangement to actuate the spool valve. Strauber et
al. are relied upon to further show a camshaft phase varying
mechanism which utilizes a solenoid to operate a spool valve to
control the flow of the working fluid. Strauber et al. show a
common solenoid which includes all the elements as claimed. It
would have been obvious for one of ordinary skill in the art at
the time the invention was made to have made a system as
presently claimed by the showing and teaching of Linder et al.,
Butterfield et al., and Strauber et al. in that the mechanism of
Linder et al. and Butterfield et al. are functionally equivalent
and a close-loop system would control the system of Butterfield
et al. more accurately. It would have been obvious for said
individual to have used the lever arrangement to actuate the
spool valve and to amplify the stroke or provide a net gain in
force by varying the lever ratio which is a basic engineering
principle.

        Claims 1, 10, 11, 14, 15, and claims dependent thereon are
rejected under 35 U.S.C. § 112, second paragraph, as being
indefinite for failing to particularly point out and distinctly

BW 002151

Serial Number: 08/ 056,635                                      -4-

Art Unit: 3402

claim the subject matter which applicant regards as the
invention.  In claim 1, line 11, "." should be change to -- ; --.
In claim 10, line, "8" should be changed to -- 9 --.  In claim
11, line 25, "or" should be change to -- and --; line 26, --
fluid -- should be added after "hydraulic".  In claim 14, line 1,
"12" should be changed to -- 11 --.  In claim 15, line 1, "13"
should be changed to -- 14 --.

     The terminal disclaimer received on 12/20/93 is acceptable.

     The prior art made of record and not relied upon is
considered pertinent to applicant's disclosure.

     Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Weilun Lo
whose telephone number is (703) 308-1957.

     Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is (703) 308-0861.


Weilun  Lo
Patent Examiner
Art Unit 3402
December 22, 1993

E. Rollins Cross
Supervisory Patent Examiner
Group 340

BW 002152

PTO FORM 948
(REV. 7-92)

GROUP 3402

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

ATTACHMENT TO PAPER NUMBER 12

APPLICATION NUMBER 056635

# NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

THE PTO DRAFTSMEN REVIEW ALL ORIGINALLY FILED DRAWINGS REGARDLESS
OF WHETHER THEY WERE DESIGNATED AS INFORMAL OR FORMAL. ADDITIONALLY, THE PATENT
EXAMINER WILL ALSO REVIEW THE DRAWINGS FOR COMPLIANCE WITH THE REGULATIONS.

The drawings filed  5/3/93.

A. ☐ are approved by the draftsperson.

B. ☑ are objected to by the draftsperson under 37 CFR 1.84 for the reason(s) checked below. The examiner will require
submission of new, corrected drawings at the appropriate time. Corrected drawings must be submitted according to the
instructions listed on the back of this Notice.

1. Paper and Ink. 37 CFR 1.84(a)
   ☐ Sheet(s)_____Poor.

2. Size of Sheet and Margins. 37 CFR 1.84(b)
   Acceptable Paper Sizes and Margins

| Margin | 8 1/2 by 14 inches | 8 1/2 by 13 inches | DIN size A4 21 by 29.7 cm. |
|---|---|---|---|
| Top | 2 inches | 1 inch | 2.5 cm. |
| Left | 1/4 inch | 1/4 inch | 2.5 cm. |
| Right | 1/4 inch | 1/4 inch | 1.5 cm. |
| Bottom | 1/4 inch | 1/4 inch | 1.0 cm. |

Paper Size

   ☐ Proper Size Paper Required.
   All Sheets Must be Same Size.
   Sheet(s)_____
   ☑ Proper Margins Required.
   Sheet(s) Fig. 19/20.
   ☑ TOP        ☐ RIGHT
   ☑ LEFT       ☐ BOTTOM

3. Character of Lines. 37 CFR 1.84(c)
   ☑ Lines Pale or Rough and Blurred.
   Fig(s) 1-20
   ☐ Solid Black Shading Not Allowed.
   Fig(s)_____

4. ☐ Photographs Not Approved.

6. Hatching and Shading. 37 CFR 1.84(d)
   ☐ Shade Lines are Required.
   Fig(s)_____
   ☐ Criss-Cross Hatching Not Allowed.
   Fig(s)_____
   ☐ Double Line Hatching Not Allowed.
   Fig(s)_____
   ☐ Parts in Section Must be Hatched.
   Fig(s)_____

6. Reference Characters. 37 CFR 1.84(f)
   ☑ Reference Characters Poor or Incorrectly Sized.
   Fig(s) 1-20
   ☐ Reference Characters Placed Incorrectly.
   Fig(s)_____

7. Views. 37 CFR 1.84(i) & (j)
   ☐ Figures Must be Numbered Properly.
   ☐ Figures Must Not be Connected.
   Fig(s)_____

8. ☐ Identification of Drawings. 37 CFR 1.84(l)
   Extraneous Matter or Copy Machine
   Marks Not Allowed. Fig(s)_____

9. ☐ Changes Not Completed from Prior
   PTO-948 dated_____

☐ Comments;_____

Telephone inquires concerning this review should be directed to the Chief Draftsperson at telephone number (703) 305-8404.

_____
Reviewing Draftsperson

7/30/93
_____
Date

Note: Any objection to the drawings made by the examiner will be communicated separately in an office action.

PTO Copy

BW 002153

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3–78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 056,635 | GROUP ART UNIT 3402 | ATTACHMENT TO PAPER NUMBER | 12 |
|---|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) SIEMON et al. | | | |

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 5 1 7 2 6 5 9 | 12/92 | BUTTERFIELD et al. | 123 | 90,17 | |
| | B | 5 0 1 2 7 7 4 | 5/91 | STRAUBER et al. | | | |
| | C | 5 0 5 6 4 7 7 | 10/91 | LINDER et al. | | | |
| | D | 5 2 1 8 9 3 5 | 6/93 | QUINN, JR. et al. | | | |
| | E | 5 2 0 1 2 8 9 | 4/93 | IMAI | | | |
| | F | 5 1 5 0 6 7 1 | 9/92 | SUGA | ↓ | ↓ | |
| | G | 4 8 5 6 4 6 5 | 8/89 | DENZ et al. | | | |
| | H | 4 7 6 2 1 4 1 | 8/88 | KARPIS | 137 | 312 | |
| | I | 5 0 0 0 4 2 0 | 3/91 | HENDRIXON | ↓ | 625.65 | |
| | J | | | | | | |
| | K | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG. | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

**OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER | DATE 12/22/93 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

# EXHIBIT 24

 

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/056,635 | 05/03/93 | SIEMON | | E    92007 |

|  |
|---|
| **EXAMINER** |
| .LO,W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3402 | *14* |

34M2/0801
BORG-WARNER AUTOMOTIVE, INC.
PATENT DOCKET ADMINISTRATOR
6700 18-1/2 MILE ROAD
P. O. BOX 8022
STERLING HEIGHTS, MI 48311-8022

DATE MAILED:
08/01/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☒ Responsive to communication filed on *7/5/94*    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), __0__ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.    2. ☐ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims *1-10 and 13-15* are pending in the application.

Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims *1-11 and 13-15* are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the
examiner; ☐ disapproved by the examiner. (see explanation).

11. ☒ The proposed drawing correction, filed *7/5/94* , has been ☒ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
☐ been filed in parent application, serial no. _____ ; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other _____

**EXAMINER'S ACTION**

PTOL-326 (Rev. 2/93)

Serial Number: 08/ 056,635                                           -2-

Art Unit: 3402

     The following is a quotation of 35 U.S.C. § 103 which forms the basis for all obviousness rejections set forth in this Office action:

     A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

     Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

     Claims 1-11 and 13-15 are rejected under 35 U.S.C. § 103 as being unpatentable over Butterfield et al. ('659), Linder et al., Hendrixon et al., and Strauber et al.   Butterfield et al. show an internal combustion engine with a camshaft phase varying system substantially as claimed including a vane, a housing, a spool valve, and various return lines.  Butterfield et al. also show in fig. 20 a lever arrangement to actuate the spool valve. Linder et al. teach a camshaft phase varying system including the utilization of camshaft torque reversals similar to the system of the instant application and are relied upon solely to teach a solenoid control valve 24 to control the flow of the working fluid between two chambers 7 and 8.  Strauber et al. are relied upon solely to teach a solenoid operated spool valve to control

BW 002164

Serial Number: 08/ 056,635 .                                     -3-

Art Unit: 3402

the flow of the working fluid which includes all the detailed
elements as claimed.  All solenoid valves are of the variable
force type by nature, which depend on the voltage or current
change delivered to the solenoids.  To provide for a variable
force solenoid valve to obtain linear control and variable fluid
rate of flow is well known as taught by Hendrixon et al.  It
would have been obvious for one of ordinary skill in the art at
the time the invention was made to have made a system as
presently claimed by utilizing a solenoid control valve of Linder
et al. and well known elements thereof as taught by Strauber et
al. to include a variable force function as taught by Hendrixon
et al. for the similar variable force controlled hydraulic spool
valve system of Butterfield et al. in that a solenoid controlled
spool valve could provide a quicker response and to better
control of the working fluid in the system.  It would have been
obvious for said individual at the time the invention was made to
have used a lever arrangement to actuate the spool valve as
taught by Butterfield et al. and to additionally amplify the
stroke or provide a net gain in force by varying the lever ratio
which is a basic engineering principle and not a "complex
arrangement" as alleged; using a lever to gain amplification of
force is not a new or unusual result.

BW 002165

Serial Number: 08/ 056,635                                              -4-

Art Unit: 3402

    Applicant's arguments with respect to the claims  have been considered but are deemed to be moot in view of the new grounds of rejection.

    The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Weilun Lo whose telephone number is (703) 308-1957.

    Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-0861.

Weilun  Lo
Patent Examiner
Art Unit 3402
July 28, 1994

E. Rollins Cross
Supervisory Patent Examiner
Group 340

# EXHIBIT 25

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT 26

# United States Patent [19]

## Strauber et al.

| | |
|---|---|
| [11] | Patent Number: **5,012,774** |
| [45] | Date of Patent: **May 7, 1991** |

[54] **DEVICE FOR THE RELATIVE ANGULAR ADJUSTMENT OF A CAMSHAFT**

[75] Inventors: Hans-Jürgen Strauber, Stuttgart; Robert Niklas; Rolf Ohlendorf, both of Weinstadt; Wolfgang Speier, Tübingen, all of Fed. Rep. of Germany

[73] Assignee: Daimler-Benz AG, Fed. Rep. of Germany

[21] Appl. No.: 486,933

[22] Filed: Mar. 1, 1990

[30] **Foreign Application Priority Data**

Mar. 4, 1989 [DE] Fed. Rep. of Germany ....... 3907077

[51] Int. Cl.⁵ ............................ F01L 1/34; F01L 1/46
[52] U.S. Cl. ................................. 123/90.17; 123/90.31
[58] Field of Search ............... 123/90.11, 90.12, 90.15, 123/90.17, 90.31

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,978,829 | 9/1976 | Takahashi et al. | 123/90.15 |
| 4,231,330 | 11/1980 | Garcea | 123/90.15 |
| 4,494,496 | 1/1985 | Nakamura et al. | 123/90.15 |
| 4,811,698 | 3/1989 | Akasaka et al. | 123/90.17 |
| 4,841,924 | 6/1989 | Hampton et al. | 123/90.15 |
| 4,889,086 | 12/1989 | Scapecchi et al. | 123/90.31 |
| 4,895,113 | 1/1990 | Speier et al. | 123/90.17 |
| 4,903,650 | 2/1990 | Ohlendorf et al. | 123/90.17 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3316162 | 11/1983 | Fed. Rep. of Germany . | |
| 3247916 | 6/1984 | Fed. Rep. of Germany . | |
| 0017214 | 1/1985 | Japan | 123/90.17 |
| 0134012 | 5/1989 | Japan | 123/90.17 |

*Primary Examiner*—David A. Okonsky
*Assistant Examiner*—Weilun Lo
*Attorney, Agent, or Firm*—Evenson, Wands, Edwards, Lenahan & McKeown

[57]                          **ABSTRACT**

The invention relates to a device for angularly adjusting an internal combustion engine camshaft in relation to a crankshaft and comprises an adjusting bushing connected to the camshaft, with an input sleeve surrounding said bushing, and with an actuator displaceably arranged there between. An input sleeve, the actuator, and the adjusting bushing are each provided with helical gear teeth to translate axial shifting of the actuator into relative rotation between the camshaft and crankshaft. In order to prevent rattling noises in the gear teeth that are caused by changing moments in the drive of the camshaft, the actuator is guided in stop-free fashion. A stop, which is effective between the input sleeve and camshaft, limits the angular adjustment so that the actuator is stressed between the input sleeve and camshaft to avoid backlash during rattling.

**6 Claims, 1 Drawing Sheet**



U.S. Patent                    May 7, 1991                    5,012,774



Fig. 1

Fig.2

5,012,774

1

## DEVICE FOR THE RELATIVE ANGULAR ADJUSTMENT OF A CAMSHAFT

## BACKGROUND AND SUMMARY OF THE INVENTION

The invention relates to a device for the relative angular adjustment of an internal combustion engine camshaft in relation to its crankshaft wherein an adjusting bushing is rotationally fixed on the input end of the camshaft and has external gear teeth. An input sleeve with internal gear teeth surrounds the adjusting bushing and is connected to an input gear. An actuator is displaceably arranged between the input sleeve and adjusting bushing and has double gear teeth, one in engagement with the internal gear teeth of the input sleeve and the other in engagement with the external gear teeth of the adjusting bushing and wherein at least one gear teeth pair is designed with helical teeth. A spring holds the actuator in an initial position and rotational movement of the camshaft is limited by a stop.

A device of this general construction is known from DE-OS 3,316,162. In this device, an actuation path of the actuator arranged between input sleeve and adjusting bushing is limited by stops. Here, the stops are effective between the actuator and adjoining components of the device. Due to this arrangement of the stops, stressing of the gear teeth between input sleeve and adjusting bush is not possible. This has the disadvantage that in the end positions of the actuator, rattling noises can occur in the gear teeth due to backlash arising from production tolerances.

An object on which the invention is based is to create a device for relative angular adjustment of a camshaft and crankshaft in which stressing is achieved in the gear teeth between an input sleeve and adjusting bushing in at least an end position of the actuator.

This object is achieved by virtue of having the stop mechanism act between the input sleeve and the adjusting bushing.

By shifting of the stop away from the actuator, the actuator can move in the gear teeth in a stop-free fashion in at least one adjustment direction. Limiting the adjusting movement in one position is achieved by having the stop act between the input sleeve and camshaft. As a result, the actuator is pressed into the gear teeth of the input sleeve and camshaft, which are blocked with respect to one another by the stop when the actuator is moved into an end position under the pressure of a spring or some other control means, e.g. under the pressure of the lubricating oil from the lubricating oil circuit.

The backlash is bridged by virtue of the resulting stressing in the gear teeth and the occurrence of rattling noises is avoided in an advantageous manner.

It has been found that the rattling noises are strongest in the starting and idling phase of the internal combustion engine. In these operating phases, the adjusting device is in a so-called initial position, (i.e. the angular adjustment between input sleeve and camshaft is equal to zero and the camshaft is set to "retard") and the actuator is in an end position. To eliminate rattling noises in this initial position of the device, it is sufficient if the stop is effective between the input sleeve and camshaft. The actuator is stop-free in its corresponding other end position.

An embodiment of the stop which is space-saving as regards construction and favorable in terms of produc-

2

tion is obtained by having the stop formed by at least one driving tooth arranged on the input sleeve to engage in a corresponding recess on a part of the camshaft, or vice versa. A clearance is provided between flanks of the driving tooth and contact faces of the recess. The angular clearance distance substantially corresponds to the angular adjustment of the camshaft. The adjusting bushing has a disc-shaped flange which is bolted to a corresponding counter-flange on the input end of the camshaft. The input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange. The collar projects radially from the outer surface and the driving tooth engages (as an axial prolongation of the input sleeve) into an open edge of the recess provided on the collar.

Other objects, advantages and novel features of the present invention will become apparent from the following detailed description of the invention when considered in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the device for the angular adjustment of the camshaft in a longitudinal section,

FIG. 2 shows the arrangement and design of the stop between input sleeve and camshaft, in a section II—II from FIG. 1.

## DETAILED DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a device for the angular adjustment of a camshaft in relation to a crankshaft driving the latter. An input gear 1 is driven via a chain (not shown) from a crankshaft (not shown) and is seated on an input sleeve 3 provided with internal gear teeth 2. An annular actuator 6 is connected internally to the input sleeve 3 via corresponding external gear teeth 4 and is arranged so as to be axially displaceable and rotatable with respect to the input sleeve 3. On its inside, the actuator 6 has gear teeth 7 which are positively engaged with external gear teeth 8 on an adjusting bushing 9 so as to be axially displaceable and rotatable with respect to the busing. This adjusting bushing 9 has a flange 12 which is attached to a counter-flange of a camshaft 11 via a screwed connection 10. The input sleeve 3 is rotatably supported on a radial outward edge 43 of the flange 12, arranged at the camshaft end of the adjusting bushing 9, and on a cover 14 facing a crankcase part 13. Together, the cover 14, input sleeve 3, adjusting bushing 9 and camshaft 11 form an annular chamber, which is divided by longitudinally displaceable annular actuator 6 into two working chambers 15 and 16.

In order to achieve an angular displacement of the camshaft 11 with respect to the crankshaft, an axial displacement of the actuator 6 is necessary and is obtained by having at least one gear teeth pair 2,4 or 7,8 being designed with helical gear teeth. In the present example, both gear teeth pairs are provided with opposing helical gear teeth.

The division of the one necessary helical gear teeth set into the two helical gear teeth sets 2,4 and 7,8 shown, permits a reduction in the helix angle of each of the individual helical gear teeth sets necessary to obtain an identical longitudinal adjustment path. In this way it is possible to achieve a large range for the angular adjustment with a simultaneously short axial adjustment

5,012,774

3

path. This allows for a short space-saving embodiment of the adjustment device.

A control piston 17 is inserted into the hollow adjusting bushing 9 and is rotatable and displaceable in the direction of its longitudinal axis. The piston has a circumferential oil groove 18 and is spring biased into an initial position toward the camshaft 11 by a spring 20 supported on one end 19 of the adjusting bushing 9 to bear against the piston 17. An armature 21 of an electromagnet 22 (fixed to the engine) is connected via a screwed connection 23 to the side of the control piston which faces away from the camshaft 11. The electromagnet 22 is designed as an annular magnet into which the armature 21 is inserted with freedom to rotate. The electromagnet is connected electrically to a control device (not shown) via a terminal 24. Upon application of an electric voltage to the electromagnet 22 by the control device, the rotating armature 21 is caused to move toward the electromagnet 22 and to carry the control piston 17, connected firmly to it and counter to the force of the spring 20, out of its initial position into a working position, in which the control piston 17 rests against a face 25 of the adjusting bushing 9. Face 25 of the adjusting bushing 9 is situated opposite its camshaft 11 end. The position of this face 25 is chosen so that the axial adjustment path of the control piston 17 is limited, so that in its working position, the armature 21 will not come into contact with a housing part of the electromagnet 22. In this way no friction occurs between the rotating armature 21 and the stationary housing 13 of the crankcase. The control piston 17 remains in this working position for as long as voltage is applied to the electromagnetic 22 and only returns to its initial position towards the camshaft 11 through force of the spring 20 once this voltage has been switched off.

In the de-energized condition of the electromagnet 22, the control piston 17 is held by the force of the spring 20 in its initial position. Lubricating oil passes under pressure from the engine oil circuit into the circumferential oil groove 18 of the control piston 17 via a longitudinal oil bore 26 in the camshaft 11. a connecting bore 27 and an oil bore 28, having a circumferential annular groove 29 in the flanged shaft. The adjusting bushing 9 has a radial oil feed bore 30 which leads to the first working chamber 16 and when the piston 17 is in its right-most position, the bore 30 is connected to the oil groove 18. The oil discharge bore 31 of the working chamber 16 is simultaneously closed by virtue of the position of the control piston 17. This results in the actuator 6 being brought by the oil pressure into its initial position, located away from the camshaft 11. Oil in the second working chamber 15 is unpressurized in this position, since the second oil feed bore 32 is closed by the control piston 17. The oil in chamber 15 can pass out of the working chamber 15, via the gear teeth set 2,4, the oil bore 5 in the actuator 6, the second gear teeth set 7,8 and a second, radial oil discharge bore 33 in the adjusting bushing 9 and into a longitudinal bore 36 of the control 17 via radial bores 35 and then through a channel 37, arranged in the camshaft 11, from whence it flows back to the engine oil circuit.

The adjustment of the device into the working position is initiated by the control device that actuates the electromagnet 22 to attract the armature 21 and the control piston 17 (counter to the force of the spring 20) until said control piston comes to rest with its shoulder against a face 25 of the adjusting bushing 9. Pressurized oil from the engine oil circuit passes out of the longitu-

4

dinal oil bore 26 of the camshaft 11 and into the circumferential oil groove 18 of the control piston 17. Due to the changed position of the control piston 17, the oil feed bore 30 leading to the working chamber 16 is closed but oil discharge bore 31 is open. During the adjustment movement of the actuator 6, oil in working chamber 16 can be forced out via this bore 31 and a control piston chamber 36 on the camshaft side into the channel 37 and be passed back to the engine oil circuit. Also the drain of oil from the second working chamber 15 via the longitudinal bore 36, the radial bores 35 and the control piston 17 is rendered impossible by the position of the control piston 17. The pressurized oil passes out of the circumferential oil groove 18, via the open second oil feed bore 32 leading to the oil bore 5 of the actuator 6 and into working chamber 15. During this procedure, the actuator 6 is displaced axially towards the camshaft 11 and, as described above, forces oil out of working chamber 16. Due to the helical gear teeth sets 2,4 and 7,8 the bushing 19 and camshaft 11, connected thereto, undergo a relative rotation in relation to the driven input gear 1 during the longitudinal displacement of the actuator 6. However, this working position of the actuator 6 is only retained for as long as the electromagnet 22 is supplied with voltage via the control device. When the electromagnet 22 is switched off, the control piston 17 is pushed into its initial position according to FIG. 1 by the spring 20 and the rotation of the camshaft 11 is reversed so as to be moved into its initial position by the renewed longitudinal displacement of the actuator 6 and the consequent rotation of the bushing 9.

The cover 14 has a recess 38 on its side facing the actuator 6. This provides a gap 39 between the end of the gear teeth sets 2,4 or 7,8 and the cover 14, by virtue of which the actuator 6 can be moved in stop-free fashion when moved out of the working position (illustrated) into the initial position drawn in chain-dotted lines. In the initial position, the angular adjustment between input gear 1 and camshaft 11 is equal to zero. This position between input gear 1 and camshaft 11 is blocked by stop 40, which is effective between the adjusting bushing 9 and the input sleeve 3. The stop 40 simultaneously prevents a further movement of the actuator 6 in the direction of the cover 14 and the rotation of the gear teeth. However by virtue of the gap 39, the actuator 6 can (in the initial position) be pressed into the gear teeth by the control medium in working chamber 16 until any backlash present is bridged and stressing between the tooth flanks is achieve. Thus occurrence of rattling noises is thereby excluded.

In the starting and idling phase, the device is in the initial position shown in FIG. 1. In the starting phase, the control pressure in working chamber 16 is still not sufficiently high to be able to force the actuator 6 into the gear teeth.

To compensate for this lack of control pressure, a compression spring 41 is arranged in working chamber 16 to bias the rotor 6 to the left. Spring 41 is supported on the adjusting bushing 9 and on the actuator 6 to press the actuator 6 into the gear teeth. Thus it is ensured that rattling of the device is avoided even in the starting phase. Since according to the embodiment in FIG. 1, the actuator 6 is displaced into the initial and working position by means of the control medium, the spring 41 is designed in such a way that its thrust is just sufficient to hold the actuator 6 in the initial position.

5,012,774

5

The input sleeve 3, rotatably supported on a cylindrical outer surface 42 of the flange 12 of the adjusting bushing 9, is guided in the axial direction between the cover 14 and a collar 43 projecting radially from the outer surface 42 of the flange 12.

According to FIG. 2, the stop 40 comprises a recess 44 in the collar 43 of the flange 12. The recess 44 is open at a radial edge and a driving tooth 45 on the input sleeve 3 engages thereinto. The driving tooth 45 is designed in simple manner as an axial extension of the input sleeve and has two end stop flanks 46 and 47. Stop flank 46 rests against a contact face 48 of the recess 44 in the initial position of the device. The width of the recess is of such a length that there is still a space corresponding to the angle of adjustment of the camshaft 11 between stop flank 47 and an opposite contact face 49 of the recess 44. As a result, the actuator 6 is fixed by the stop 40 even in the working position and can thus be held in stop-free fashion even in this position. By means of this stop 40, it is possible to prevent rattling noises which occur in the initial and working position.

To prevent these, it is sufficient, within the context of the invention, if the actuator 6 is only held in stop-free fashion in the initial position and if the stop 40 in the arrangement according to the invention is then designed in such a way that the input sleeve 3 and the camshaft are only blocked in the initial position.

Although the present invention has been described and illustrated in detail, it is to be clearly understood that the same is by way of illustration and example only, and is not to be taken by way of limitation. The spirit and scope of the present invention are to be limited only by the terms of the appended claims.

What is claimed:

1. A device for adjusting an angular position of an internal combustion engine camshaft in relation to the engine crankshaft comprising:

an adjusting bushing which is rotationally fixed on an input end of the camshaft and has external gear teeth;

an input sleeve connected to an input gear;

said input sleeve surrounding the adjusting bushing and having internal gear teeth;

an actuator displaceably arranged between the input sleeve and the adjusting bushing to be displaced 45 from an initial position to a working position;

said actuator having two sets of gear teeth, one set in engagement with the internal gear teeth of the input sleeve and the other set in engagement with the external gear teeth of the adjusting bushing;

wherein at least one of said engaging gear teeth is designed as helical teeth;

a spring means for holding the actuator in its initial position;

wherein the rotational adjustment of the camshaft is limited by a stop means; and

wherein the stop means acts between the input sleeve and the adjusting bushing.

2. Device according to claim 1 wherein the stop is formed by at least one driving tooth arranged on the input sleeve to engage in a corresponding recess on a part of the adjusting bushing;

6

wherein the driving tooth has two flanks;

wherein there is a clearance provided between the flanks and contact faces of the recess;

and wherein said clearance is of an angular distance substantially corresponding to the angular adjustment of the camshaft.

3. Device according to claim 1 wherein the stop is formed by at least one driving tooth arranged on the adjusting bushing to engage in a corresponding recess on a part of the input sleeve;

wherein the driving tooth has two flanks;

wherein there is a clearance provided between the flanks and contact faces of the recess; and

wherein said clearance is of an angular distance substantially corresponding to the angular adjustment of the camshaft.

4. Device according to claim 1, wherein the rotational fixing of the adjusting bushing to the camshaft is provided by a disc-shaped flange formed by the adjustable bushing which is bolted to a corresponding counter-flange on the input end of the camshaft;

wherein the input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange;

wherein said collar projects radially from the outer surface;

wherein the stop means is a driving tooth formed by an axial prolongation of the input sleeve to engage into the recess provided on the collar; and

wherein said recess is open at an edge to allow for engagement of the driving tooth.

5. Device according to claim 2, wherein the rotational fixing of the adjusting bushing to the camshaft is provided by a disc-shaped flange formed by the adjustable bushing which is bolted to a corresponding counter-flange on the input end of the camshaft;

wherein the input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange;

wherein said collar projects radially from the outer surface;

wherein the driving tooth is formed by an axial prolongation of the input sleeve to engage into the recess provided on the collar; and

wherein said recess is open at an edge to allow for engagement of the driving tooth.

6. Device according to claim 3, wherein the rotational fixing of the adjustment bushing to the camshaft is provided by a disc-shaped flange portion of the adjustable bushing which is bolted to a corresponding counter-flange on the input end of the camshaft;

wherein the input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange;

wherein said collar projects radially from the outer surface;

wherein the driving tooth is formed by an axial prolongation of the adjusting bushing to engage into the recess provided on the input sleeve; and

wherein said recess is open at an edge to allow for engagement of the driving tooth.

* * * * *