IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>Plaintiffs, <br><br>v. <br><br>BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br>Defendants. <br><br>BORGWARNER INC., <br><br>Counterclaimant, <br><br>v. <br><br>HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>Counterdefendants. | Civil Action No. 05-048-SLR |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Stephanie P. Koh of the law firm of Sidley Austin LLP to represent BorgWarner Inc. and BorgWarner Morse TEC Inc. in this matter.

Dated: November 1, 2006

             _/s/ Mary B. Matterer_
             Richard K. Herrmann (# 405)
             Lewis H. Lazarus (#2374)
             Mary M. Matterer (#2696)
             MORRIS JAMES HITCHENS & WILLIAMS LLP
             222 Delaware Avenue, 10th Floor
             Wilmington, DE 19801
             (302) 888-6800

             Attorneys for BORGWARNER INC. and
             BORGWARNER MORSE TEC INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *Stephanie P. Koh*

Date: 11/1/06

Stephanie P. Koh
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 1st day of November, 2006, the foregoing document was served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com

        /s/ Mary B. Matterer
Richard K. Herrmann (#405)
Lewis H. Lazarus (#2374)
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for BORGWARNER INC. and
BORGWARNER MORSE TEC INC.