IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. <br><br> ——————————————————— <br><br> BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | Civil Action No. 05-048-SLR |

## STIPULATION AND ORDER TO AMEND SCHEDULE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties and subject to the approval of the Court, that the following deadlines shall be extended to the dates indicated, but that the current case schedule otherwise shall remain unchanged:

| | |
|---|---|
| Opposition summary judgment briefs | 11-13-06 |
| Expert discovery to conclude | 12-07-06 |
| Daubert motions | 12-14-06 |
| Reply summary judgment briefs | 12-15-06 |
| Exchange of fact witness lists | 12-21-06 |
| Exchange of rebuttal fact witness lists | 01-22-07 |
| Deposing Fact Witnesses who have not been previously deposed | 02-22-07 |

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| /s/ John G. Day | /s/ Mary B. Matterer |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | mmatterer@morrisjames.com |
| sbalick@ashby-geddes.com | |
| *Of Counsel:* | *Of Counsel:* |
| William J. Robinson | Hugh A. Abrams |
| Kenneth E. Krosin | Thomas D. Rein |
| Michael D. Kaminski | Lisa A. Schneider |
| Pavan K. Agarwal | Marc A. Cavan |
| Liane M. Peterson | Lara V. Hirshfeld |
| C. Edward Polk | 10 South Dearborn Street |
| FOLEY & LARDNER LLP | Chicago, Illinois 60603 |
| Washington Harbour | (312) 853-7000 |
| 3000 K Street, N.W., Suite 500 | *Attorneys for BorgWarner Inc. and* |
| Washington, D.C. 20007-5143 | *BorgWarner Morse TEC Inc.* |
| (202) 672-5300 | |
| *Attorneys for Hitachi, Ltd. and* | |
| *Hitachi Automotive Products (USA), Inc.* | |

**SO ORDERED** this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson