# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>      Plaintiffs, <br><br>  v. <br><br>BORGWARNER INC., <br>and BORGWARNER MORSE TEC INC., <br><br>      Defendants. <br>_____ <br><br>BORGWARNER INC., <br><br>      Counterclaimant, <br><br>  v. <br><br>HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>      Counterdefendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-048-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF DEPOSITION OF ROGER L. MAY**

PLEASE TAKE NOTICE that defendants BorgWarner Inc. and BorgWarner Morse Tec Inc. (collectively "BorgWarner"), by and through its counsel, will take the deposition upon oral examination of Roger L. May.

The deposition will take place under oath and before a duly authorized notary public, or other person authorized by law to administer the oath. The deposition will be recorded by stenographic means by a court reporter and by audio and visual means by a videographer. The deposition will take place at 9:00 a.m. at the offices of Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. 20005 on November 7, 2006.

   You are requested to produce the witness at the indicated time and place and are invited to attend and cross-examine.

Dated: November 6, 2006        */s/ Mary B. Matterer*
                Richard K. Herrmann (I.D. #405)
                Lewis H. Lazarus (I.D. #2374)
                Mary B. Matterer (I.D. #2696)
                Morris James Hitchens & Williams LLP
                222 Delaware Avenue, 10th Floor
                Wilmington, DE 19899
                (302) 888-6800

                Hugh A. Abrams *(pro hac vice)*
                Thomas D. Rein *(pro hac vice)*
                Lisa A. Schneider *(pro hac vice)*
                Paul E. Veith *(pro hac vice)*
                Marc A. Cavan *(pro hac vice)*
                Stephanie P. Koh *(pro hac vice)*
                Lara V. Hirshfeld *(pro hac vice)*
                Sidley Austin LLP
                1 South Dearborn Street
                Chicago, Illinois 60603
                (312) 853-7000

                *Attorneys for BorgWarner Inc., and*
                *BorgWarner Morse Tec Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF ROGER L. MAY**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 6th day of November, 2006, the foregoing document was served via email on the following non-registered participants:

Michael D. Kaminski, Esq.
Liane Peterson, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
mkaminski@foley.com
lpeterson@foley.com

                                                  /s/ Mary B. Matterer
                                       Mary B. Matterer (I.D.#2696)
                                       MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                       222 Delaware Avenue, 10th Floor
                                       Wilmington, Delaware 19801
                                       302.888.6800
                                       mmatterer@morrisjames.com

                                       Attorneys for Defendants and Counterclaimant,
                                       BORGWARNER INC., and
                                       BORGWARNER MORSE TEC INC.

1482152/1