IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BORGWARNER INC., and BORGWARNER MORSE TEC INC.,<br><br>Defendants. | Civil Action No. 05-048-SLR |
| BORGWARNER INC.,<br><br>Counterclaimant,<br><br>v.<br><br>HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,<br><br>Counterdefendants. |  |

### NOTICE OF DEPOSITION OF CATE ELSTEN

PLEASE TAKE NOTICE that Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc., by and through their counsel, will take the deposition upon oral examination of Cate Elsten on November 9, 2006, at Sidley Austin, 555 California Street, Suite 200, San Francisco, CA 94104, beginning at 9:00 am. The deposition will be taken for the purposes of discovery, for use at trial or hearings, and for any other purpose allowed under the orders of the presiding Court and the Federal Rules of Civil Procedure, and will be taken before an officer, notary public or

other person authorized to administer oaths. Some or all of the deposition testimony may be recorded by stenographic, audio, audio visual, and/or real-time computer means.

          ASHBY & GEDDES

          */s/ Tiffany Geyer Lydon*

          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          Tiffany Geyer Lydon (I.D. #3950)
          222 Delaware Avenue, 17th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          (302) 654-1888
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          tlydon@ashby-geddes.com

          *Attorneys for Plaintiffs Hitachi, Ltd. and*
          *Hitachi Automotive Products (USA), Inc.*

*Of Counsel*:

Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
C. Edward Polk
Liane M. Peterson
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007–5109
(202) 672–5300

William J. Robinson
Foley & Lardner LLP
2029 Century Park East Blvd., Ste. 3500
Los Angeles, CA 90067-3021
(310) 277-2223

Dated: November 8, 2006
174975.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of November, 2006, the attached **NOTICE OF DEPOSITION OF CATE ELSTEN** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| Hugh A. Abrams, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | <u>VIA FEDERAL EXPRESS</u> |

/s/ Tiffany Geyer Lydon
_____
Tiffany Geyer Lydon

154486.1