# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 05-048-SLR |
| BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DECLARATION OF WILLIAM B. RIBBENS
### IN SUPPORT OF BORGWARNER'S OPPOSITIONS
### TO PLAINTIFFS' SUMMARY JUDGMENT MOTIONS

I, William B. Ribbens, do hereby declare and say as follows:

1. I have been retained by the law firm of Sidley Austin LLP, which represents Defendants BorgWarner Inc. and BorgWarner Morse Tec Inc. (collectively "BorgWarner") in this case, as an expert in automotive technologies, including electronic control systems.

2. I submit this declaration in support of BorgWarner's Oppositions to Plaintiffs' Summary Judgment Motions.

3. Attached hereto as Exhibit 1 is a true and correct copy of my Expert Report Regarding Infringement of U.S. Patent No. 5,497,738, and to the best of my present knowledge, the statements contained therein are true and accurate.

4. Attached hereto as Exhibit 2 is a true and correct copy of my Expert Report Regarding Validity of U.S. Patent No. 5,497,738, and to the best of my present knowledge, the statements contained therein are true and accurate.

5. Attached hereto as Exhibit 3 is a true and correct copy of my Supplemental Expert Report Regarding Infringement of U.S. Patent No. 5,497,738, and to the best of my present knowledge, the statements contained therein are true and accurate.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 13, 2006

_William B. Ribbens_
William B. Ribbens