IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. <br><br>――――――――――――――――――――― <br><br> BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | Civil Action No. 05-048-SLR |

### NOTICE OF DEPOSITION OF JOHN JAROSZ

PLEASE TAKE NOTICE that defendants BorgWarner Inc. and BorgWarner Morse Tec Inc. (collectively "BorgWarner"), by and through its counsel, will take the deposition upon oral examination of John Jarosz.

The deposition will take place under oath and before a duly authorized notary public, or other person authorized by law to administer the oath. The deposition will be recorded by stenographic means by a court reporter and by audio and visual means by a videographer. The deposition will take place at 9:00 a.m. at the offices of Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. 20005 on November 21, 2006.

You are requested to produce the witness at the indicated time and place and are invited to attend and cross-examine.

Dated: November 17, 2006

/s/ Mary B. Matterer
Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899
(302) 888-6800

Hugh A. Abrams *(pro hac vice)*
Thomas D. Rein *(pro hac vice)*
Lisa A. Schneider *(pro hac vice)*
Paul E. Veith *(pro hac vice)*
Marc A. Cavan *(pro hac vice)*
Stephanie P. Koh *(pro hac vice)*
Lara V. Hirshfeld *(pro hac vice)*
Sidley Austin LLP
1 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for BorgWarner Inc., and BorgWarner Morse Tec Inc.*