# Exhibit 2

A(N)



Solid Mechanics and Machine Systems Group

A European Seminar -

# CAMSHAFT DRIVES

Date: 24 September 1991

Venue: IMechE HQ, London    (S993)

In collaboration with the Automobile Division.

HIT 0441379

## "A UNIQUE APPROACH TO DESIGN OF A VCT MECHANISM"

### R Butterfield - Borg-Warner Automotive

#### BASIC PRINCIPLE OF OPERATION

Modern engines have been engineered to minimise friction. Because of this, as a camshaft turns to open and close poppet valves, the torque of the camshaft varies between positive and negative, with the magnitude of the positive and negative torques being nearly equal. The torque is positive as a valve is opened, but as the valve closes it tends to accelerate the rotation of the camshaft, causing a negative torque.

The Morse VCT mechanism utilises the resulting positive and negative torque pulses as the source of energy to cause phase shifting of the camshaft.

Attached to the camshaft is a rotor which has vanes extending into chambers in the sprocket. These chambers are filled with engine oil and the oil volume in each chamber is controlled by a hydraulic control system. The hydraulic control system selectively allows oil to flow from one chamber to the other, or blocks the flow between chambers.

If it is desired to shift the camshaft in the retard direction, then the hydraulic control system allows the oil to flow out of the advance chamber and into the retard chamber. If it is desired to shift the camshaft in the advance direction, then the hydraulic control system allows the oil to flow out of the retard chamber and into the advance chamber. In either case, the oil is allowed to flow only in one direction. If it is desired to hold the camshaft in an intermediate position, then the hydraulic control system blocks the flow of oil out of both chambers, effectively locking the camshaft to the sprocket.

A spool valve is located in the centre of the mechanism and is moved axially to control the opening of ports that block the oil from exiting the vane chambers. A check valve is located in the spool valve and allows oil to enter the mechanism to make up for leakage. A centre passage allows oil to enter either chamber through one of a pair of check valves. In this configuration, oil is always allowed into the vane chambers, but is selectively blocked from flowing out of the vane chambers.

If the spool valve is moved to the left as shown in the figure, then the oil can flow out of the retard chamber when the a negative camshaft torque pressurises that chamber. The oil that flows out of the retard chamber flows through a check valve and into the advance chamber. If the valve is held in this position, the oil will continue to flow on every negative pulse until the camshaft is shifted to full advance position. If the valve is returned to the centre (or null) position before the mechanism is fully shifted to advance, then the mechanism will hold in that intermediate position.

If the spool valve is moved to the right as shown in the figure, then the oil can flow out of the advance chamber when the a positive camshaft torque pressurises that chamber. The oil that flows out of the advance chamber flows through a check valve and into the retard chamber. If the valve is held in this position, the oil will continue to flow on every positive pulse until the camshaft is shifted to full retard position. If the valve is returned to the centre (or null) position before the camshaft is fully shifted to retard, then the mechanism will hold in that intermediate position.

HIT 0441380

- 2 -

The spool valve position is controlled by a combination of springs and hydraulic pressures. There are two springs, one on each end of the valve, which are arranged to centre the valve in the absence of hydraulic pressure. One end of the valve is exposed to engine oil pressure which is fed into the camshaft through a specially modified bearing. The other end of the spool valve is in contact with a hydraulic piston. The pressure on this hydraulic piston is controlled by a pulse width modulated (PWM) solenoid. If the pressure on the piston is low, the oil pressure acting against the end of the spool valve pushed the valve to the left as shown in the figure. If the oil pressure on the piston is high, then the valve is pushed to the right. If the force of the piston balance the force of the oil pressure on the spool valve, then the springs return the valve to its centre, or null, position.

### DESCRIPTION OF THE MECHANISM

There are various possible arrangements for this VCT mechanism, which can be tailored to suit packaging requirements for any particular engine. A cross sectional view of one arrangement is shown in figure x. In this design, the sprocket is an integral part of the outer vane housing. The rotor is co-planar with the vane housing/sprocket, and an end plate seals the cavities on each side. The axial clearances and tolerances required are very similar to those of engine oil pumps. The spool valve is located within a tubular sleeve which contains the oil ports leading to the vane cavities. The spool valve contains an inlet check valve, and is located axially by the two coil springs. The rotating VCT mechanism is attached to the camshaft with three bolts. A stationary control body houses the piston which pushes against the end of the spool valve.

The end view shows the rotor within the sprocket, and the check valves are visible in the rotor (see fig x).

This particular mechanism is designed to be mounted on, and phase an intake camshaft, but other arrangements are possible, such as mounting the VCT on an exhaust camshaft and phasing the intake camshaft though a cam to cam chain drive.

### CONTROL SYSTEM

The method of moving the spool valve with hydraulic pressure and springs is just one way to control the VCT device. Other methods could include a linear proportional solenoid, stepper motor, vacuum, or alternative hydraulic arrangements. If continuous control of the VCT mechanism is not required for a particular engine, then a simple on/off mechanical solenoid could be used.

Regardless of the method chosen to move the spool valve, the VCT phase angle is controlled by the engine electronic control unit (ECU). Controlling the VCT mechanism with the ECU allows coordination between camshaft phase, fuel, and spark to optimise engine performance for any operating condition.

Because this VCT mechanism allows continuous control of camshaft phase angle between limits, a feedback loop is required so that the ECU is constantly informed of the actual camshaft position. The ECU then compares the actual phase angle with the desire phase angle and takes corrective action if required. The camshaft position signal typically would be generated from a toothed wheel mounted on the camshaft and an inductive of Hall effect sensor which senses the passing of each tooth on the wheel. This method is now in common use for sensing crankshaft position.

If continuous control of the VCT mechanism is not required for a particular engine, then the feedback loop is not required.

CAMSHAFT TORQUE INFLUENCE ON VCT PERFORMANCE

Because the VCT mechanism depends on torque reversals in the camshaft as the source of energy for actuation, friction in the valvetrain is extremely important to VCT performance. In an ideal situation with no friction, the positive and negative torque pulses in the camshaft would be essentially equal in either direction, that is shifting the device in the advance direction could be done at the same rate as a shift in the retard direction. In reality, there will always be some friction in the valvetrain. This friction tends to shift the torque curve up, resulting in more positive torque than negative torque. This torque shift has the effect of slowing down the VCT shift toward the advance direction and speeding up the shift toward the retard direction.

If necessary, a spring compensation mechanism can be applied to achieve increased VCT actuation rate toward the advanced direction.

Different engine types have varying suitability for the Morse VCT mechanism. Particular design features of any engine also affect suitability, but the following table rates the suitability of various engine types for the Morse VCT mechanism.

| ENGINE TYPE | SUITABILITY | COMMENTS |
|---|---|---|
| I-3 DOHC | EXCELLENT | |
| I-4 DOHC | FAIR | TORQUE CHARACTERISTICS AT HIGH SPEED ARE QUESTIONABLE. SUITABILITY WILL BE DEPENDENT ON VALVETRAIN GEOMETRY. |
| I-5 DOHC | POOR | TORQUE CHARACTERISTICS ARE TOO SMOOTH FOR GOOD OPERATION OF THE VCT MECHANISM |
| I-6 DOHC | POOR | TORQUE CHARACTERISTICS ARE TOO SMOOTH FOR GOOD OPERATION OF THE VCT MECHANISM |
| V-6 DOHC 60° | EXCELLENT | ALTERNATE FIRING BANK TO BANK RESULTS IN VERY DISTINCT TORQUE PULSES. |
| V-8 DOHC 90° | EXCELLENT | |
| V-12 DOHC | POOR | SAME AS I-6 |

HIT 0441382

4/...

- 4 -

### PERFORMANCE

Testing has shown that the Morse VCT mechanism can meet or exceed the following specification on a suitable engine:

- CAPABLE OF 60° (CRANKSHAFT) PHASE ANGLE
- ACTUATION RATE IN EXCESS OF 100°/SEC (CRANKSHAFT)
- CONTINUOUSLY VARIABLE OVER ENTIRE RANGE
- CONTROLLABLE BY ENGINE ELECTRONIC CONTROLLER
- USES ENERGY OF CAMSHAFT TORQUE PULSES FOR ACTUATION
- LOW POWER AND OIL CONSUMPTION

Compared to competitive VCT devices, the Morse VCT offers dramatic improvements in actuation rate, range of travel, and ability to control phase angle continuously.

### SUMMARY

The Morse VCT system offers significant advantages over other VCT systems including a wider range of travel, faster actuation rate, continuously variable capability, and low oil consumption. The system is currently being tested and is expected to be ready for prototyping for specific applications by the first quarter of 1992.

HIT 0441383