# Exhibit 3

# SEMINARS & CONFERENCES

### Major changes in the railways
Over the past four years IMechE's Railway Division Young Members' Committee has organised two very successful seminars covering topics of interest to, and specifically aimed at, its young membership.

Over September 5-6 the Committee has organised a further seminar to discuss significant changes in the rail market, and the shape of things to come.

Leading speakers from the networks, industry and the Department of Trade and Industry will present papers giving their views on the state of the present rail market and its future, discussing business needs that have to be met to continue the growth of rail transportation, addressing requirements of future vehicle designs in the freight, passenger and mass transit areas, and describing station design, construction of tunnels and the changing role of maintenance depots.

Lively discussion and syndicate sessions are also planned.

As previous seminars have been oversubscribed, this year's event is to be staged at the larger facilities offered by the University of Birmingham. However, interest is anticipated to be high so early registration is recommended through Lisa Nicols or Jessica Hoey at IMechE HQ, on 071 222 7899 ext 280 or 307.

### Bulk materials in small containers
On September 12 an IMechE HQ seminar will examine the problems posed by the handling and use of bulk materials in flexible and rigid small unit load containers in the capacity range of 25kg to two tonne.

Specific areas to be addressed include movement and storage of stock, control of dust, mess and spillage, operator protection filling and discharging aspects, automation/ergonomics, and workstations.

The event will be accompanied by an exhibition of the best available techniques, provided by several leading companies in the field.

Contact Deborah Kielty at IMechE HQ, for more details on 071 222 7899 ext 226.

### Camshaft drives
Timing belts and roller chains are the main contenders for camshaft drives in IC engines. Recent developments in the design and manufacture of belts and chains have allowed increased life and quieter reliable performance.

Providing a background to recent developments in this field and a look forward to future performance requirements is an IMechE HQ seminar billed for September 24.

Designed to be of interest to all engineers involved in the design, specification, installation and maintenance of camshaft drives, the event will feature major European manufacturers of belts and chains, as well as engine designers and other equipment manufacturers.

For more information, contact Maria Clarke on 071 973 1213.

### Consumer waste recycling
Current and future developments in consumer waste recycling will be examined at a seminar, to be staged at IMechE HQ, Westminster on September 26.

It will explore the opportunities and technology available for waste recycling and energy recovery from used cars, tyres, domestic appliances, packaging and household waste.

Organised in association with the Centre for Exploitation of Science and Technology, the event will be relevant to waste producers, waste processors, raw materials suppliers and purchasers, planners, engineers, scientists, local authorities, consultants and investors.

Paul Gallagher has more details on 071 973 1290.

### Pressure towards Europe
The second of two pressure systems seminars entitled Essential requirements of directives, will be held at IMechE HQ, Westminster on October 1.

The event will consider essential requirements from the European Commission and offer views from government, industry and nominated Inspection Bodies. Quality Assurance procedures in Europe and the role of the Institution in Engineering Inspection and Certification will also be reviewed.

Address further enquiries to Cyril Corbett on 071 222 7899 ext 306.

### Tooling control at work
Computer systems, now widely used across industry, address almost every aspect of manufacturing. However, one significant area remains relatively untouched — that of shop floor tooling control and management.

From a business point of view, computerised tool management offers quantifiable benefits leading to short pay-back periods. Better tooling control also leads to a more organised, smoother running shop floor.

Reasons for lack of adoption are mainly due to the perception of significant imp difficulties, based on lengthy tim resource needs and the necessity procedural practices.

On October 15, an IMechE sem staged at the National Motorcycle I dressing these implementation iss the direct experiences of end-users; ing opportunity to investigate the la from leading suppliers.

Jane Culcheth has more details 1301.

### Bulk 2000 — bulk materials h: towards the year 2000
This international conference slate( 29-31, at the Kensington Confere Kensington Town Hall, London, wil elopments in the storage, handling ε tation of bulk materials.

It aims to promote an exchange ideas and information on bulk mat dustries such as mining, power gene construction, chemicals, pharmace and agriculture.

Topics will embrace the control of ρ ity, the control and metering mea flow characteristics, handling at lo\ plant wear, and computer aided des: but a few.

Alison Elgar is available to ans enquiries regarding registration an space on 071 973 1281.

### Automotive electronics
The eighth international conl automotive electronics will be held c 28-31 at the Institution of Electrica Savoy Place, London.

Organised by IMechE and the IEE ence is co-sponsored by automotive ar professional societies and instituti USA, Japan and Europe, with the p FISITA.

The event will examine both curren future trends in design, developmen tion of electronic components and applied to motor vehicles, and their with road traffic management systen

A technical visit to the Transpor Research Laboratory will be held o October 31.

Interested parties should contact Services, IEE, Savoy Place, London or tel 071 240 1871 ext 222.

ENGINEERING NEWS July 1991

HIT0445542