# Exhibit 4

Case 1:05-cv-00048-SLR    Document 314-5    Filed 11/20/2006    Page 2 of 4

# ENGINEERING NEWS

The Newspaper of The Institution of Mechanical Engineers                September 1991    No.79



*'gineers must be seen to be reducing rather than contributing to disasters, says Sir William Francis — airman of Engineering Council's rking party on engineers and risk.*

## Code for disaster prevention

DRAFT voluntary code of practice is being circulated by the Engineering Council in response to concern over recent headline making disasters.

The council believes publication of fully fledged code in October next year will improve assessment and management of risk, reducing the incidence of future disasters.

The draft has been produced by a working party whose chairman, Sir William Francis, says that the best way for engineers to be seen as fulfilling their obligations, and thus avoid prosecution, is to follow the code. "The aim is for UK engineers to be seen by the public as helping to reduce disasters rather than contributing to their causes."

The draft contains what might be called 10 commandments. These admit all 'engineers' (the final code may be more definitive about this term) to recognition and awareness of many risk and safety factors.

They must recognise their 'proactive' role in safeguarding society and environment; recognise the need for a disciplined and comprehensive approach to risk issues and human safety; continuously apply professional judgment and experience to proper' identification, assessment and control of risks

### Risk assessment

Engineers should be aware of risk assessment methods associated with their work, and regularly make systematic studies to identify potential hazards. They should ensure that the risk characteristics of action options, and their commercial implications, are evaluated whenever appropriate. Engineers need to be aware of, and understand when to exercise, management disciplines for safeguarding society and the environment, says the code.

As well as familiarity with the Engineering Council's Code and Rules of Conduct, engineers should have an awareness of the legal framework within which they work. They must seek education and training to keep up to date on risk issues, and inform and advise society about the technical aspects of such issues.

Send comments in writing by November 30 to Perry Goodman, director Industry and Regions, Engineer-

# IMechE's hi-tech ILS first for information

### Award for HQ Library highlights superior data services

AGAINST stiff competition from other leading suppliers of business and technical information the IMechE has won a prestigious award, reflecting the superior quality of its Library services, which are available by phone, fax, post, or in person from 1 Birdcage Walk *(see picture story below)*.

Representing some 24 000 librarians in the UK, the London based Library Association awarded an engraved crystal glass prism to the IMechE at a ceremony addressed by Arts Minister Timothy Renton, on July 19 in the House of Commons.

The accolade is in the Association's 'specialist library' category of annual public relations and publicity awards and recognises the appealing professional design of an IMechE Information and Library Service promotional brochure.

The significance of this award for members, and other users of business and technical information services, lies in its elevation of the IMechE's ILS above other suppliers, in a field which is becoming increasingly competitive with the widespread use of electronic data storage and retrieval.

Once thought of perhaps as a collection of dusty tomes dating back to Stephenson's time, the IMechE's Library in 1991 can claim to be fully conversant with the needs of today's computer literate engineering community.

As the award winning ILS brochure reveals, computerised database searches offer a quick and cost effective method of scanning vast amounts of information. The IMechE's ILS has access to hundreds of such technical and business databases. One prominent example is Compendex — an exclusively engineering index holding 2.5M references with abstracts to worldwide literature, except patents, in all engineering fields and related areas since 1970.

Another, *Enviroline*, has over 140 000 citations and abstracts from 1971 on environmental issues and the management and use of resources.



*In the Library at 1 Birdcage Walk, information officer John Devine responds to an enquiry by searching a CD ROM database.*

*Fluidex* has 200 000 citations with abstracts from worldwide literature relating to behaviour and application of fluids in engineering, fluid mechanics, port and harbour technology, flow meters and measurement, flooding, flow dynamics, and corrosion. It is based on over 1000 journals, books, conferences, standards, technical reports, theses and patents dating from 1973.

The database *Standardline* holds citations and abstracts from current BSI standards and specifications, from the last five years. It also features an historical file.

In the business field, the Information and Library Service has access to up-to-the-minute company information, news, prices, products, markets, annual accounts, trade and consumer data in continental Europe and the US, as well as the UK and several other countries. Data may be selected by criteria such as company turnover, number of employees and type of industry, to form tailored specifications for several companies.

Specific business databases include: *Duns Marketing* which offers weekly updated credit checking information on 160 000 UK companies. *ICC Full Text Accounts* provides the entire text and numerical content of annual reports and accounts for Stock Exchange listed companies. *Key British Enterprises* holds data on 25 000 leading companies by turnover.

CD ROM technology in the Library offers access to *ECCTIS*, a service listing 60 000 higher or further education and training courses at universities, colleges and polys throughout the UK. The *PICK UP* directory of 24 000 short, work related training opportunities is also held on CD ROM, as is *MARIS* describing over 6000 open learning packages.

Those who have grappled with
*Continued on page five*

## INSIDE

**Autotech: the auto technology event** Centre pages

**Post-merger news and views** Pages four/five

**Tuning materials to your needs** Page three

**Crunch time for Nissan suppliers** Back page

## Weak, split profession faces Europe

AT times inducing snores, loud coughing and desperate resort to intermittent hand embroidery, the pace of debate at this year's Engineering Assembly left much to be desired, despite an agenda taking the theme *Europe into the next century*, reports Frances Barthorpe.

Over two days in late July 250 elected delegates — representing the 290 000 professional engineers and technicians registered with the Engineering Council — gathered at Lancaster University for the annual opportunity to debate what should be the most important issues affecting the profession.

Highlight of the proceedings proved to be presentations on the role of engineers in Europe and preparing for the Single Market.

Significant was the concern expressed at a weakened and fragmented engineering profession, suffering from an inadequate supply of skilled and broadly disciplined engineers capable of meeting the stringent demands of a highly competitive European market.

### 'Pure' projects?

Founder member of the Engineering Council and now its chairman Sir John Fairclough was not alone when he decried the fragmentary nature of the engineering profession, proclaiming its narrow specialisation and divisions made for confusion and weakness, proving an inefficient and wasteful use of resources.

"There is no such thing as a pure mechanical engineering project, nor a pure civil engineering project...", he said.

Expressing disappointment at the collapse of merger negotiations between IMechE and IEE, he stressed that rationalisation and restructuring is mandatory to ensure future industrial competitiveness and a stronger engineering profession.

Adding a European voice to the call for rationalisation — 'Mr Eur-Ing' — FEANI's president Ing Lambertus de Steur believes engineers should act as a single united group making society aware of its strength.

A warning to companies not yet prepared to compete in Europe was issued by Sir Colin Chandler — MD, Vickers plc. He supported EngC DG Denis Filer's viewpoint that many industrial companies are poorly prepared for Europe and are in danger of missing out on business

## Commons toast for ILS promoters



Seen collecting the Library Association's prestigious award for best public relations and promotion of a specialist library are Jacqui Ollerton — manager of the president and chairman of the ILS' governing Communications Board. Timothy Renton — Government Minister for the Arts, addressed the awards ceremony in

HIT0445540

y taking steps to
oducts better,
nd delivered on
t wound a good
uccess. Those un-
ay well not sur-

hastened to rem-
ises that being
...
one's nationality
inury. "UK in-
use its national
e characteristics
at some with it to
advantage"
or government to
a term view of
ring industry.
support by re-
tacles to invest-
nno ation and
financial support
ion in the cor-
burden, rather
nplex grants or
iture.
une Hernaut —
ieer and deputy
mens AG — pro-
tinental view of
d training issues,
that engineers of
ill need to live,
eathe European,
be needed is a
termed 'Fitness
over and above
fessional qualifi-
should demand
f two additional
languages, an
ing of other's
tics, social and
, coupled with a
o live and work
eral years.
n Kirkpatrick —
irector Europe of
omputer Society
on the institu-
. their weight
ally upgrading
d standards,
that accredited
is include a re-
for 'A' level
one other Euro-
ge. With one

another language. With UK's
1990 'A' level exam awards
showing that only 4.4% were
German, 11.7% French, and
28.9% English, there is a long
way to go.

Commenting on the com-
plex issues of accreditation
and equivalency across
Europe, he stated: "We risk
being confused in a fog of
sterile argument about
equivalency vis à vis the
value of degrees attained at
British Institutions and
compared with those attained
through the rest of the com-
munity. Surely the magic of
Europe is the sum of its dif-
ferences not the sum of its
equivalences — real or imag-
inary."

At the end of the day, the
message to British industry is
that it should step up its in-
volvement with the decision-
making process in Europe so
that it will not be disadvan-
taged by standards which
may be in force for many
years.

**Hi-tech ILS** *Continued from page one*

the physical mass of
European Kompass will be
pleased to know that its con-
tents are now contained on
CD ROM. Searches may be by
product to list companies in a
particular field, or by specific
company. Competitors in
geographical areas may be
located and their details
printed. Address labels for
companies may also be
printed.

The PERINORM database,
also on CD ROM, contains
bibliographic information on
all current full and draft
standards and specifications
valid in the UK. Germany
and France. European stan-
dards from CEN CENELEC
and International standards
produced by ISO and IEC are
included, as are technical

rules and regulations of
Germany and France.
Searching may be in any one
of the three languages.

A unique IMechE database
affords access to all Institu-
tion published material since
1983, be it conference paper,
seminar, proceedings or
journal.

All these computer based
services are backed up by the
usual conventional services
expected of a long established
library. Staff supporting the
Information function include
Annette Watts, John Devine
and Elizabeth Ellis. Provid-
ing a traditional library
service are Bruce Harling and
Gordon Morrison. They may
all be contacted via 071 973
1266/7 or Fax'd directly on
071 222 8762.

## Disaster guidelines

PRE-DATING the Engineer-
ing Council's code of practice
on risk issues by some 10
months (reported this edition)
was the Fellowship of Engin-
eering's conference *Warnings
of preventable disasters*.

This gathering of experts
sought to improve guidelines
for professional engineers in
the identification and prev-
ention of disasters.

EN carried a report in its
November issue. Now, the
FoEng has published the
papers presented on the day,
plus reports of session dis-
cussions, and a revised
version of the 10 point
guidelines for engineers — to
which it is seeking responses
from Institutions.

Price of the conference's A5
138 page proceedings is £20
including p and p, from the
Fellowship at 2 Little Smith
Street, London SW1P 3DL.



# 1 FREE TICKET TO 8 DESTINATIONS

CAD OFFICE POWER TRANS FASTENINGS, JOINING & ASSEMBLY MATERIALS & PROCESSES MAINTENANCE ENVIRONMENTAL TECHNOLOGY '91

ENTITLES FREE VISITS TO 2 EXTRA SHOWS

Return to: Design Engineering Show, 26 The Quadrant, Richmond, Surrey TW9 1DL

Please send me [ ] FREE tickets to The Design Engineering Show 1991
[ ] I am interested in exhibiting at The Design Engineering Show 1991

Name ....................
Title ....................
Company ....................
Address ....................
....................
....................
Post Code .......... Tel: ..........

Reed Exhibitions  **PHONE: 091 416 4570**

HIT0445541

# SEMINARS & CONFERENCES

**Major changes in the railways**
Young members attending a seminar at the Manor House, University of Birmingham Conference Centre over September 5-6 will hear leading speakers from the networks, industry and the Department of Trade and Industry present their views on significant changes in the rail market, and operating networks' business awareness.
Early registration is strongly recommended, though Lisa Nichols or Jessica Hoey on 071 222 7899 ext 280 or 307.

**Computers in engine technology**
Expected to provide an invaluable source of information for senior engineers and researchers, working on the application of computers in manufacturing technology of ic engines, is a conference to be held over September 10-12 at Robinson College, Cambridge.
More information from Hazel Anderson or Anne Nolan on 071 973 1317 or 071 973 1249.

**Bulk materials in small containers**
Problems posed by the handling and use of bulk materials in flexible and rigid small unit containers will be examined in a seminar and exhibition at IMechE HQ on September 12.
Deborah Kielty has more details on 071 222 7899 ext 226.

**Management for industrial R&D — an introduction**
Sponsored by IMechE's Research and Technology Transfer programme, and by the R&D Society, an introductory course to business in general, and management concerns of the R&D specialist, will be held over September 16-20 at the School of Mechanical Engineering, Cranfield Institute of Technology.
Registration details from Leslie Roff, Short Course Office, Cranfield Institute of Technology, Cranfield, Bedford MK43 0AL. Tel 0234 752776.

**Camshaft drives**
Recent developments and future performance requirements of belts and chains, the main contenders for camshaft drives in ic engines, will be the focus of an IMechE HQ seminar slated for September 24.
More details from Maria Clarke on 071 973 1213.

**Opportunities for consumer waste recycling**
A seminar to be staged at IMechE HQ on September 26, will explore technologies and opportunities in consumer waste recycling.
Providing a state of the art update, the event will embrace materials or energy recovery from used cars, tyres, domestic appliances, packaging and household waste.
Further information from Paul Gallagher on 071 233 1654.

**Pressure towards Europe**
Billed for October 1 at IMechE HQ, Westminster, the second of two pressure systems seminars will consider essential requirements from the European Commission and offer views from Government, industry and nominated inspection bodies.
Cyril Corbett can supply more details on 071 222 7899 ext 306.

**Russian tribologists**
Six visiting soviet tribologists, all experts in their field, will be presenting a series of papers at IMechE HQ, Westminster on October 3. Subjects range from composites and friction transfer, boundary lubrication, and liquid crystals as lubricants in machinery and human joints, to mechanics of friction and wear, abrasive wear and acoustic emission method for study of friction tairs.
Contact Maria Clarke at IMechE HQ for further information on 071 222 7899 ext 213.

**Increase cost effectiveness by using simulation**
Sponsored by the DTI, a recent study examining use of simulation in UK industry discovered that awareness of the technology and its potential benefits, is extremely low.
A seminar has been organised for October 4 at IMechE HQ to address in practical terms the use of simulation in seeking out or proving actions to raise cost effectiveness.
More information from Jane Culcheth on 071 973 1301.

**Towards a dynamic force measurement standard**
Recent work at the National Physical Laboratory and at Instron Ltd has produced a new draft standard, based around a novel method of calibration.
October 9 sees the staging of an IMechE HQ seminar describing development of the new standard, placing it in context with the existing static calibration chain and giving sample results for machines calibrated to the new procedure.
Angela Lewis has more details on 071 973 1269.

**Man-machine interface in civil and military aircraft**
On October 10 a seminar at IMechE HQ will review technical advances made in cockpit automation and aircraft control, together with the views of pilots required to employ them.
Contact Maria Taylor on 071 222 7899 ext 211 for more details.

**Computational fluid dynamics — validating codes against experiment**
A seminar to be staged at IMechE's HQ, Westminster, October 11 will feature presentations in the morning by computational fluid dynamic experts who have direct experience of comparing their computer predictions of real engineering problems with experimental results. The afternoon session will be devoted to discussion of solutions to IMechE test cases.
In October 1990, IMechE made available a series of engineering problems. CFD workers were invited to compute solutions without access to the corresponding test results. Those who have made submissions will give brief presentations before the test data is revealed.
Liza Hearst can provide more details on request. Tel 071 222 7899 ext 224.

**North East CFD initiative**
A one day visit to British Steel, Teesside has been arranged by IMechE's Energy and Thermofluid Mechanics Group for Tuesday October 10. Further details are available from Dr Eric Fisher, University of Newcastle upon Tyne, tel 091 222 6245.

**CIM—OSA**
In 1984 a collaborative R & D effort was launched under the European ESPRIT programme to develop an Open Systems Architecture for computer integrated engineering (CIM).
Termed CIM—OSA, this architecture has been developed as the anatomic basis for achieving the aims of CIM.
On October 15, IMechE are staging a seminar to provide an introduction to the principles, structure and content of CIM—OSA.
Interested engineers should contact Maria Clarke at Institution headquarters, on 071 973 1262.

**Tooling control at work**
IMechE is staging a seminar at the National Motorcycle Museum on October 15 addressing implementation issues of computerised tool management through the direct experiences of end-users.
Jane Culcheth will answer further enquiries on 071 973 1301.

**Design for safety in hydraulic power**
Organised by IMechE's Fluid Power Systems Committee for October 17 at headquarters, a seminar will address the importance of designing safe hydraulic power systems, by considering safety critical applications.
Relevant standards will also be discussed, along with methods of assessing the risks associated with failure.
For more details contact Jane Culcheth on 071 973 1301.

**Solids pumping**
The subject of solids pumping in varied applications will be embraced during a seminar to be held at IMechE HQ on October 22.
Topics will include pump problems encountered in mining and process industries, the design and testing of a prototype slurry pump for FGD plants and plunger and submersible pumps for specific applications.
Contact Jane Hughes on 071 973 1304.

**ISO 9000**
The Engineering Quality Forum, of which IMechE is a founder-member, is holding the third event in its Business success series at IMechE HQ, Birdcage Walk on October 25.
ISO 9000 — a foundation for quality worldwide, aims to provide delegates with a clearer understanding of how ISO 9000 relates to and is complementary to Total Quality
Further details from John Lawrence on 071 973 1268.

**Using new standards for toughness testing**
October 30 sees the staging of an IMechE HQ seminar, drawing together experts involved in the production of new standards for determination of materials toughness.
Jane Culcheth will supply further details on request. Tel 071 973 1301.

**Bulk 2000 — bulk materials handling towards the year 2000**
The latest developments in the storage, handling and transportation of bulk materials will be discussed at a conference to be staged at Kensington Conference Centre, London over October 29-31.
Storage issues and conveying aspects of bulk materials handling will be addressed, as will environmental issues, including the general problems of dust, mess and spillage.
Further information from Alison Elgar or Phil Woodford on 071 973 1281 or 1297.

**Gearbox manufacture and quality control**
Recent developments in materials, production, machining, assembly and quality assurance of aerospace gearboxes, including helicopter transmission, engine accessory drives, secondary power systems and actuator mechanisms will be reviewed in a seminar billed for October 31 at Bristol University.
For more details contact Helen Griffiths on 071 222 7899 ext 245.

---

## Thermofluids military style

IMECHE's Energy and Thermofluid Mechanics Group are proposing to run a seminar in June 1992 on the subject of Military thermofluids redeployed.
This will be an opportunity to examine the state of the art military related developments and applications in thermodynamics, fluid mechanics and related area deployment.
The Group would like to hear from potential paper authors and delegates before September 31. Telephone or write to Liza Hearst at IMechE HQ, Westminster, tel 071 973 1269.

---

# IMECHE'S DIARY

This diary features brief details of activities organised by IMechE London and Bury offices for the month of issue, and beyond where space permits.
You are advised to check details by telephoning Jackie Moorhouse on 071 222 7899 ext 248 or the organising body quoted. Conferences and seminars usually require advance registration with the Conference Department or the relevant Division at HQ. All dates are subject to alteration.
This list is not definitive. Check elsewhere in the Looking Ahead pages for late entries of other activities this month.

**Contact numbers**
Aerospace Division.................071 222 7899 x 244
Automobile Division................071 222 7899 x 287
Conference Department............071 222 7899 x 314
Council Department..................071 222 7899 x 209
Educational Services................0284 763277 x 469
Manufacturing and
Technology..........................071 222 7899 x 269
Power Industries Division.........071 222 7899 x 290
Process Industries Division......071 222 7899 x 219
Project Department..................071 222 7899 x 286
Railway Division.....................071 222 7899 x 280
Research and Standards...........071 222 7899 x 306
Training and Development
Department............................0284 763277 x 402

*Major changes in the railways.* Young Members' seminar. SEPTEMBER 5-6. Birmingham University. Railway Division.
*Railway Division chairman's address.* SEPTEMBER 9. HQ. Railway Division.
*Computers in engine technology.* Conference. SEPTEMBER 10-12. Robinson College, Cambridge. Combustion Engines Group. Power Industries Division.
*Adhesives in engineering.* Seminar. SEPTEMBER 11. Airport Moat House, Newcastle. Projects Department.

*Designing, developing, manufacturing of flue gas desulphurisation system for Drax.* Evening discussion meeting. SEPTEMBER 11. HQ. Power Industries Division.
*Bulk materials in small containers.* Exhibition and seminar. SEPTEMBER 12. HQ. Process Industries Division.
*Simultaneous engineering — tools and achievements.* Seminar. SEPTEMBER 17. Birmingham Motorcycle Museum. Computers in Manufacturing Committee. Manufacturing and Technology.
*Technology transfer to a new territory — engineering design and construction of offshore gas platform and pipelines for Mossgas, South Africa.* Evening Discussion meeting. SEPTEMBER 19. HQ. Offshore Engineering Group. Process Industries Division.
*Fuel cells — cogeneration for 21st century.* Evening lecture. SEPTEMBER 23. HQ. Power Industries Division.
*Failure mechanisms and criteria for prediction of the performance of polymeric composite structures.* Seminar. SEPTEMBER 23-25. Sopwell House, St Albans. Research and Standards Department. By invitation only.
*European seminar on camshaft drives.* SEPTEMBER 24. HQ. Solid Mechanics and Machines Systems Group. Manufacturing and Technology.
*Consumer waste recycling.* Seminar. SEPTEMBER 26. HQ. Environmental Engineering Group. Power Industries Division.
*Pressure towards Europe — essential requirements of directives.* Seminar. OCTOBER 1. HQ. Pressure Systems Group. Process Industries Division.
*Adhesives in engineering.* Seminar. OCTOBER 2. Stakis Windmill Hotel, Leeds. Projects Department.
*Friction, surface, science and tribology.* Donald Julius Groen lecture. OCTOBER 3. HQ.

Tribology Group. Manufacturing Technology.
*Russian tribologists.* Seminar. OCTOBER 3. HQ. Tribology Group. Manufacturing and Technology.
*How to increase the cost-effectiveness of existing plant using simulation.* Seminar. OCTOBER 4. HQ. Computers in Manufacturing Committee. Manufacturing and Technology.
*Design and engineering at Honda Motor.* FISITA lecture. OCTOBER 4. Queen's University, Belfast. Automobile Division.
*Towards a dynamic force measurement standard.* Half day discussion. OCTOBER 9. HQ. Solid Mechanics and Machine Systems Group. Manufacturing and Technology.
*Man/machine interfaces.* Seminar. OCTOBER 10. HQ. Aerospace Industries Division.
*CFD — validating codes against experiment.* Seminar. OCTOBER 11. HQ. Energy and Thermofluid Mechanics Group. Manufacturing and Technology.
*New turbo trains for Chiltern lines.* Ordinary meeting. OCTOBER 14. HQ. Railway Division.
*Tool management systems at work.* Seminar. OCTOBER 15. Birmingham Motorcycle Museum. Manufacturing Industries Division.
*Computers in manufacturing — open systems architecture.* Seminar. OCTOBER 15. HQ. Computing and Data Communications Group. Manufacturing and Technology.
*Product liability for engineering designers.* Seminar. OCTOBER 16. HQ. Manufacturing Technology, Design and Quality Group.
*Design for safety in hydraulic power.* Seminar. OCTOBER 17. HQ. Manufacturing Industries Division.
*Maintenance the Japanese way.* Seminar. Hajime Yamashina. OCTOBER 18. HQ. Manufacturing Industries Division.
*Maintenance the Japanese way.* Seminar. Hajime Yamashina. OCTOBER 19. HQ. Manufacturing Industries Division.
*Solids pumping.* Seminar. OCTOBER 22. HQ. Power Industries Division.

*Extended range twin operations — an airline's viewpoint.* EROPS lecture. OCTOBER 22. HQ. Aerospace Industries Division.
*Adhesives in engineering.* Seminar. OCTOBER 22. Haydock Thistle Hotel. Projects Department.
*Hugh Ford management lecture.* By Christopher Lewinton, chairman TI Group plc. OCTOBER 23. HQ. Manufacturing Industries Division.
*Railways — consideration of the environment.* Seminar. OCTOBER 24. HQ. Railway Division.
*Automotive electronics.* Conference. OCTOBER 28-31. Olympia. Co-sponsored by Automobile Division.
*Bulk 2000 — bulk materials handling — towards the year 2000.* Conference. OCTOBER 29-31. Kensington and Chelsea Conference Centre, London. Process Industries Division.
*Mechanical engineering careers in the offshore industry.* Symposium. OCTOBER 30. University of Manchester. Institute of Science and Technology. Offshore Engineering Group. Process Industries Division.
*Using new standards for toughness testing.* Seminar. OCTOBER 30. HQ. Materials Group. Manufacturing and Technology.
*Acceptance testing and monitoring of steam plant.* Seminar. OCTOBER 31. HQ. Power Industries Division.
*Gearbox manufacture and quality control.* Seminar. OCTOBER 31. Bristol University. Aerospace Industries Division.
*Railway Division visit to RFS Industries, Doncaster.* OCTOBER 31. Railway Division.
*Future for worldwide vehicle regulations.* Seminar. NOVEMBER 1. Automobile Division.
*Preserved railways.* Ordinary meeting. NOVEMBER 4. HQ. Railway Division.
*Plant design for seismic conditions.* Seminar. NOVEMBER 5. HQ. Process Industries Division.
*Modern technology in pipelaying and its associated works.* Seminar. NOVEMBER 5. HQ. Offshore Engineering Group. Process Industries Division.