# Exhibit 5

# ENGINEERING NEWS

The Newspaper of The Institution of Mechanical Engineers    May 1992    No.87

## INSIDE

**Members' free ads: Page 15**

**Readers' views Page three**

**Council report Page two**

**IMechE abroad Page 16**

## 'Motivate workforce' message for next engineer managers

### People now most important company asset

'TRADITIONAL industrial management must make way for leadership, teamwork and workforce involvement if UK Ltd is to become world class'. This was the broad message for some 275 young member delegates to take away from two days of management presentations, enthusiastic discussion and business games that formed their recent annual conference, reports assistant editor Frances Barthorpe.

It was Joe Booth from City management consultants Coopers and Lybrand Deloitte who put over most forcefully the concept that what separates the best manufacturing companies from the mediocre is the way people perform and behave. "There never used to be a people agenda. They were always the responsibility of personnel. Now they are one of the most important assets a company has, but the most difficult to realise," he stressed.

The problem goes back 70 years to the second industrial revolution and introduction of mass production by Henry Ford, he said. Costs came down, sparking off a massive demand spiral which led to large numbers being employed.

Today people are still being trained to think along the lines of mass production. Yet, it is in this area that the largest losses are felt.

Mass production is out. Lean production, which gets the most out of people and creates a vital sense of purpose, is in, he declared.

He instanced times of war, when the nation is driven and united by a strong sense of purpose, and wonderful things achieved. World class companies have taken this sense of purpose and used it to their advantage, he said. They learn to harness the potential in every worker and make them feel important.

Lean production was introduced by

Japan 10 years ago and is exemplified in companies like Toyota and Nissan. A diet of hypotheses, books, and advice from gurus and academics on why Japanese firms are world class has followed. Joe Booth cited Konosuke Matsushita, chairman of Matsushita, who was asked by journalists why he allowed Ameri-



*Young Member conference delegates, plus planning panel chairman Andrew Knight, tackle consultant Joe Booth on workforce management in the '90s.*

cans and Europeans to crawl all over his factory, take photographs and rush home to set up in competition. He replied that Western firms will lose for reasons that are within them. They work with the bosses doing the thinking while the workers wield the screwdrivers.

For Japan, management is the art of mobilising the intellectual resources of every worker.

It is this philosophy which makes the difference between success and failure. It is not culture which makes the Japanese world class he argued. They have exploded this myth themselves by setting up successful companies in America and UK.

Nissan is the best manufacturing site in the UK he ventured. "Out of 11 measures of performance, the guys constantly outperform their Japanese parent on four of them."

As to changing a brown field site, he said it just can't be done in companies that have existed for 20-30 years, where old style management persists. Everything is wrapped up in formal procedures, and top management makes decisions and gives the orders. This is 'mind set' he said.

Everyone has been educated and trained to think in a certain way. Managers make decisions, while workers work to "pay the mortgage ... have enough money for a few beers" or even "to make them at the top rich".

These attitudes have to change. The supervisor must become an enabler and a leader who involves everyone as a team.

The only way to change a brown field site is to get rid of the old and bring in the new, he concluded. Change the management and then select the right people to share a sense of purpose.

Feature: Page four

## Your Council vote counts!

Voting papers for the bi-ennial election of members to the IMechE ruling Council have been mailed directly to all Corporate Members. They should be completed and returned in accordance with printed instructions, to reach certifiers by noon on Tuesday May 19.

All Corporate Members are urged to exercise their democratic right by participating in this election.

The final list of candidates agreed at the nominations meeting of March 25 appears on page two.

### ANNUAL REPORT IN THIS ISSUE

PAGES 5 TO 10

## 1991: growth reform and recession

INTRODUCING the IMechE's annual report – reproduced on six pages of this issue – President Prof Tom Patten tells of a year of great contrasts.

1991 saw membership reach an all time high. The vision of a new future for mechanical engineers, arm in arm with electrical colleagues evaporated, but was soon replaced with the prospect of a possibly more radical reform of the whole profession, offering far-reaching benefits to engineers.

While there will be no direct representation in talks towards a new engineering body, mechanical engineers are likely to have a good advocate in their president elect.

Activities were staged in 1991, or planned for '92, which were to reflect the concern for the future of the UK manufacturing. Others directed much media attention to the work of engineers, activities like the M1 air crash survivability seminar, *Nuclear Decom 92*, and the *Tribology Action*.

Recession took a severe toll of the Institution's income in the year. But, major events *Autotech* and *Aerotech* – both representing traditional industries facing shrinking markets – in the circumstances enjoyed success beyond expectation.

In the year, preparations got under way for the Institution to take its turn running in Westminster, the premier international automotive technology congress *FISITA*.

## President 1992-93



*A lifetime on the Leeds campus: Prof Duncan Dowson CBE.*

## Tribologist, bioengineer to preside

ONE of the principal players in tribology's first quarter century as a discrete science, Duncan Dowson CBE FRS FEng FIMechE, 63, head of mechanical engineering at University of Leeds, will succeed Tom Patten as Institution president on May 27.

He has spent the best part of a working lifetime at *his alma mater*, returning as a lecturer in 1953 after two years' industrial experience of guided weapons aerodynamics research with Armstrong Whitworth.

When tribology became 'respectable' in 1966 he took the chair of engineering fluid mechanics and

Continued on page three

## Dowson on interfaces

PROF Duncan Dowson takes the theme of 'interfaces' for the address he will deliver to members at HQ, Westminster on May 27, following his election as Institution president for 1992-93.

Engineers, he says, face challenges at interfaces between established disciplines, experiences and structures. He will tell of his fascination for thin films of lubricant at the interfaces between moving machine components and body masses in the human frame.

He will consider developments in engineering education, particularly promotion of interdisciplinary subjects, and opportunities for interfacing with overseas institutions. He believes the interfaces between industry, universities and professional bodies to be essential foundations for promotion of a research and knowledge led competitive industrial base next century.

● Ordinary Meeting, open to all members and their guests, to be held Wednesday May 27, at 6pm, immediately after the Institution's annual meeting. Light refreshments will be available in the Marble Hall from 4.45pm.

## 26 years on, tribology goes public



The easily understood suggestion that for want of an 'ology' the wheels and gears of industry could turn faster with less wear and tear, saving money in the process, gave the headline writers a field day, and filled the airwaves with debate over how you prefixed it – 'trib' or 'tribe'?

Launched on March 24 and previewed in the last issue, the IMechE's Tribology Action campaign drew unprecedented national media attention, not only to the quarter century old but largely 'unknown' science of moving surfaces in contact, but to the Institution's promotion of something everyone can understand and appreciate, be they technically unaware member of public or board member of a high tech manufacturer. For, it was made clear, that as well as in the car engine, there is a fundamental need for tribology in every joint of the human body.

Supported by the DTI and with sponsorship from industry, the awareness campaign aims to save UK Ltd £1.5bn, through encouraging application of tribological principles to production processes of all kinds, to maintenance, and to design.

Major elements of Tribology Action are a self-help pack – which includes 100 page source book, explanatory

Continued on page three

R-R example: back page

IMECHE'S TOP EVENTS IN MAY: First meeting of UK LPM club – May 4 ★ Developments in pressure vessel technology – May 5 ★ Privatisation of the water industry – May 19 ★ Tribology action workshop – May 21 ★ Data organisation for rapid design, seminar and AGM – May 27 ★ Details inside

Opinions expressed in articles, readers' views, editorial comment, or advertisements are not necessarily those of the Council, unless clearly described as such.

**SOURCES**                                                                    **COUNCIL REPOR**

### A great idea from IMechE's Information & Library Service

**ARCHIVE PHOTOGRAPHS**
Photographic prints in colour, black and white, or sepia — as appropriate to the original — of engineering's glorious past, all from the Institution's unique archives, could decorate your home or office. They might make gifts for friends, colleagues or clients. They are excellent illustrations — with due credit — for books, company literature, exhibitions, or presentations.

**Famous Engineers**
Photographs and portraits, including all the Presidents of IMechE.
★ **Stock Prints:** Oil paintings of George and Robert Stephenson, John Lucas, 1847 & 1851 (AP0042 & AP0044).

**Railways**
Drawings and photographs of early steam locomotives, including the David Joy (1814-1852) collection of sketches. Photographs of the construction of the Shore Ghat Railway (India, c1850s).
★ **Stock Prints:** George Stephenson's Rocket locomotive, model (AP0038). Locomotive baggage engine, David Joy sketch, 1845 (AP0036).

**Steam Engines**
Drawings for land and marine engines, including a Boulton and Watt collection.
★ **Stock Prints:** Boulton and Watt beam engine, colour drawing, 1795 (AP0015). A steam engine for Lord Penrhyn of Jamaica, colour plan, 1790 (AP0033).

**Marine Steam Power**
Including famous photographs of the building of The Great Eastern steamship in 1857.
★ **Stock Prints:** The Turbinia alongside Mauretania, 1907 (AP0047). A selection from The Great Eastern collection: I K Brunel in front of the hauling chains (sepia, AP0053; black & white, AP0006); others of Great Eastern (AP0011; AP0024; AP0021; AP0028; AP0020).

**Towers, Bridges and more**
Other archive items as diverse as drawings of the Eiffel Tower under construction (1890) and photographs of Blackfriars Bridge, London, being rebuilt c1880s.

Prices are from £15 + VAT, according to colour and sizes (10 x 8, 15 x 12, 20 x 16 are stocked).

Further information, and orders: contact Mike Claxton, Assistant Librarian, Information and Library Service, Institution of Mechanical Engineers, 1 Birdcage Walk, London, SW1H 9JJ. Telephone: 071 222 7899. Fax: 071 222 8762. Telex: 917944.

## MEMBERS' MEETINGS



Notice of Annual Meeting

# Rising popularity o industrial Divisions

### President Tom Patten hears evidence of growth in recession

THE work of two engineering Divisions featured prominently in Council's meeting of March 25.

Aerospace chairman, Tom Sharples, spoke of his Division's increasing involvement in the industry it serves. One measure of success is the growth in registered members — up 5% to 9544. The Division has presented seven well-attended events since last September, including Aerotech '92. This attracted nearly 1300 delegates to 39 seminars over four days and was supported by a schools seminar and an exhibition drawing in many of the major names in the industry.

The Division's work is carried out through close co-operation with the Royal Aeronautical Society, the Institution of Electrical Engineers and the Society of British Aerospace Companies. Young members' interests are much to the fore and two YMs serve on the Board. During the year Board members attended Branch meetings in a conscious effort to involve more people in their work.

#### Process' progress

Paul Packman, chairman of the Process Industries Division, reported that his membership had increased by 6.5% to 17 608. Part E of the Proceedings — The journal of process mechanical engineering — now has over 1100 subscribers, of whom 600 are members with personal subscriptions. Attendance at events was better, on average, than the previous year in spite of the difficult economic climate.

The DTI has provided some financial backing for action on electronic data interchange in the process industries. The Division is now planning Processtech '93, a major event focusing on needs and technology of industry.

Both these reports are very encouraging evidence of progress in quite difficult circumstances and must give us heart for the future.

Reg Whitworth spoke about the work of the Benevolent Fund. Their



Past President Prof Sir Bernard Crossland joins Marconi, Fleming, Whittle, Cockcroft, Appleton, Barnes Wallis, and Hinton, among many other eminent recipients of the Civils' medal set up in memory of physicist Lord Kelvin as a tribute to engineers.

full report was published in the last edition of Engineering News. Their main task continues to be to spread the news of the fund's work and to appeal to members for support.

For many years past the typical beneficiaries have been the elderly. This picture has changed because of the recession and the fund is now called on to assist members in mid-career.

I am sure we all owe a debt of gratitude to the members who work so hard on our behalf through their involvement with the Benevolent Fund.

Prof Duncan Dowson reported on the first meeting of the Fairclough initiative study group. Sir James Hamilton has been appointed as the roving ambassador for this project and is holding discussions with the secretaries of all institutions. There are encouraging signs of practical activity but it is too early for any real progress to be identified.

Council approved the sale price of property we own in Old Queen Street, behind Birdcage Walk, which is sur-

plus to our requirements. Maki sale in these times is quite achievement and the result of hard work by our agents.

I have a visit scheduled in M Lithuania and Belorussia to se myself the current state of their tific academies and engineering stitutions. Whilst I am there I h be able to present Honorary Fe ship of IMechE to a most distingu Lithuanian engineer. Council quick to agree to this nominatio until he has accepted this hon cannot divulge details.

#### Lessons from failed ever

We considered a report from working party established to re the disappointing financial outco EUROTECH DIRECT, the br focused research technology tra event held in July. It was found whilst the poor attendance may been caused, in part, by the rece the potential audience for such a ranging research-centred event i small for us to repeat the initi again in its original form.

Our well thought-out conference icy and procedures manual antici many of the problems encountered has now been revised to streng requirements it makes in major r of concern highlighted by EUROTECH review. The lesson have learned must be firmly estal ed and applied with vigour in futu

#### Past president's 'Civil' me

On a happier note, I was delight tell Council that our distingui Past President, Prof Sir Ber Crossland, has been awarded Kelvin Medal of the Institution Civil Engineers. Awarded tri-enn for "distinguished service in the plication of science to enginee rather than the development of p cal science itself," this medal is c their highest awards and espec well deserved in this instance.

## Your candidates for May election

THE final list of candidates in the annual election to Council (see story on page one), agreed at the nominations meeting on March 25, is as follows:

President (unopposed): Prof Duncan Dowson

Deputy President (unopposed): Brian Hamilton Kent

Vice-Presidents (unopposed): Dr Robert William Ernest Shannon, Prof John Spence

Ordinary Members of Council

Fellows, any age (three to be elected)
Gregor Fyfe Clark
Robert Ian McMillan
Arthurton
James Neville Randle
Prof Gordon Purves Blair
Ronald Ashford
Prof Derek Francis Sheldon
Prof Robert David Adams

Fellows under 50 years (two to be elected)
David Butler

Eur Ing James McLeman Crawford
Prof Anthony Unsworth
Robin Philip Smith
W Cdr Terence John Smith
Christopher Vincent John Simpson
Ronald William Elston

Members any age (one to be elected)
Christine Elizabeth Smith
Brian David Peter Halligan
Eur Ing Peter Third Marr
Eur Ing John Christopher Smith
Eur Ing Dr Eric Murray Smith

Members under 38 years (one to be elected)
Dr Gordon Thomson
Yun-Wha Phillip Wong
Eur Ing Patrick Edward Kniveton

Members under 30 years (one to be elected)
Clare Jane Rose
Carol Frances Mary Smith
Eur Ing Andrew Augustino Forestiero



# First non-CIS academician

Dr H Peter Jost CBE Fellow, the IMechE's vice-presi who is credited with giving the science of moving surf in contact its special identity in the 1960s, has rece another accolade to add to the many he has collected fo efforts in the name of tribology.

He has been elected the first honorary foreign memb the Russian Academy of Engineering.

Executive chairman of K S Paul Group, Peter is p dent of the International Tribology Council, of which former USSR was a founder member.

Rarely out of the limelight — as a result of his links many professional bodies — he has been drawn lately the considerable media coverage of the IMechE's Tribo Action campaign which is endeavouring to promote science's practical benefits to the many uninitiated in trialists in Britain.

# READERS' VIEWS

# NEWS

### Misread skyline

Sir, Regarding the report in your April issue, *Corporate Member rise smooths IMechE's skyline*, the facts are that there are several thousand fewer corporate members at present than there were 10 years ago. However, there are, as you point out, many more new members who show every sign of moving towards corporate membership in due course.

Furthermore, there was a 4.5% increase in student recruitment in 1990, in stark contrast to the decrease reported for that year.

**Nick Goodall**
Membership Development Officer

*Sources: Annual report 1981, Annual report 1991 (draft); Communications Board Feb 1992.*

### Practising qualification

Sir, You were kind enough to print some of my letter concerning retired members contributions in March. As you had to edit the contribu-

tion I find myself in something of a difficulty with some retired members.

I would like to correct the impression that I was only calling for the contributions to be raised. Another alternative for retired members should be the option to pay no subscription but to be able to continue to use the initials followed by 'rtd'; such members would not receive any publications.

**G J Terry Fellow**
Hon Secretary
Thamesway Branch

*Editor's note: Apart from space considerations, your suggestion was edited because it was a non starter. Membership of the IMechE must involve, at the least, receiving communications about the Institution's activities, developments, what it is doing with members' money, what it is doing to advance mechanical engineering. The letters awarded on election to membership, surely, have to be supported by a degree of commitment to mechanical engineering. Is it not intended to be a practising qualification?*

### Enhancing status

Sir, I support any positive action by individuals or by the Institution, either alone or in combination with other similar professional engineering bodies which will enhance the status of British engineers, for this is long overdue.

I regard *Eur ing* as a diversion of effort, as rather an engineering Esperanto.

Being an engineer by choice I shall continue in my retirement to pay my (now reduced) subscription; and ... I trust all the young people who, being able to read, write, count and think, and thinking, thought themselves into this vital and exciting profession (especially in Africa), will continue to further enhance the Mechanicals, as they already appear to be doing, by public as well as by professional activities.

**R Thompson-Holland**
*Member*
Woodmansey
East Yorks

## Liberal view of accuracy

IN a week when *The Guardian* newspaper, in just one story, made four references to CBI director general Sir John Banham as plain John Banham (he was knighted as long ago as New Year), it also suggested that IMechE's London HQ had been used by Neil Kinnock and the BBC.

The six column wide caption to the Labour leader's picture appeared on the front page of the March 31 edition, and of course referred to 'Institute' rather than Institution.

Members who thought this to be either overt courting of one party, or a desperate fund raising move (or both) may rest assured the interview's location, in fact was the Institution of Civil Engineers.

## Tribology goes public
*from page one*

case study video, d-i-y performance audit, and access to personal expert consultancy counselling – and a national tour in early summer of intensive, highly participative all-day tribology workshops.

The workshops will be tailored to specific needs of audiences in Birmingham (May 19), Manchester (May 21), Stirling (June 2), Chester-le-Street (June 4), Barnsley (June 16), London (June 18), and Bristol (June 23). But, they will have basic common objectives: of identifying

areas in an organisation where tribology can save money, offering practical advice on unlocking benefits through a review of best practice, reviewing sources which will help achieve savings, and providing a forum for sharing experience with colleagues and tribology experts.

Full details of the self-help action pack, plus these workshops, are available from Marion Blower or Maria Clarke on the dedicated Tribology action hotline: 071 973 1250.

**DUNCAN DOWSON CBE**
*from page one*

tribology. He rose to prominence as the founder of the pioneering Leeds Institute of Tribology. He was its director for 20 years.

Over the years Prof Dowson has involved himself in numerous areas of university life. Notably he has chaired the Centre for Studies in Medical Engineering, the Committee on Development, and the Engineering Faculty Board. He was pro-vice chancellor 1983-1985. He has held the post of Dean for International Relations since 1988.

Duncan Dowson's research interests have been particularly focused on elastohydrodynamic lubrication and studies of the lubrication of machine elements, such as bearings, piston rings, cams and gears; also bioengineering related to studies of lubrication of natural synovial joints and tribological characteristics of total replacement joints.

He is the author of a major history of tribology, co-author of books on elastohydrodynamic lubrication, ball bearing lubrication and the biomechanics of joints and joint replacement; also author/co-author of some 375 papers.

Prof Dowson declares interests in the education of engineers and research in tribology and bioengineering have been guided by a

conviction that both activities be viewed as a continuum alongside the requirements of industry and professional engineering.

Duncan Dowson has been the recipient of many medals and awards from British and US institutions in recognition of his tribological work.

High point of his public service in mid-career must have been the contribution he made to the Ministry of Education and Science report on lubrication which was to give tribology its special identity in 1966.

Involvement in Institution affairs has included membership and secretaryship of North Midlands Branch, membership and then chairmanship of Engineering in Medicine and Tribology Groups from their earliest days.

The board of the Institution's Mechanical Engineering Publications has been chaired by Prof Dowson, his term of office ending in March this year. He exercises editorial control of the engineering in medicine papers published in the Institution's *Proceedings*. For many years he influenced the content of the *Journal of mechanical engineering science*, now part of the *Proceedings*.

The latest venture to occupy him when not lecturing is the Fairclough Initiative which proposes a new umbrella federation for the engineering profession.



## RETIREMENT INVESTMENT

# RETIRING SOON?

**I**f you answer 'yes' to these three questions, we can help you by putting together a comprehensive plan that will safeguard your financial needs through your retirement.

Deciding how to invest your retirement lump sum can be a real worry, particularly as many 'advisors' may not be impartial because they represent only one company. Or they're tied to

recommending one particular investment.

Frizzell is different. **Because we're completely independent and not obligated to anyone.** So our advice is truly impartial. We'll give you honest advice on how to invest your lump sum, with a recommendation that's

made-to-measure to suit your financial needs precisely. So you'll be able to enjoy your retirement with true peace-of-mind. And the knowledge that you've made sound financial provisions for the future.

The service is free to Mechanical Engineers. And yours for the asking. Just complete and post the coupon. Or phone and ask for 'Retirement Advice'.

**071-247 6595**

YES NO

**1** Will you receive a lump sum on retirement?

**2** Would you like sound, impartial advice, without commitment?

**3** Do you want a solid and safe spread of investments, rather than a high risk 'opportunity'?

*Post the coupon to: Frizzell, Department (L + FF), FREEPOST, London E1 6BR*
*I would like your advice on the investment of my lump sum.*

Name

Address

Postcode

Telephone (Home)                    (Work)

Retirement Date                    Lump-sum Amount £

NO STAMP NEEDED

# FRIZZELL
*Where customer care comes first*

Frizzell Life & Financial Planning Ltd., Frizzell House, 14-22 Elder Street, London E1 6DF

# PRODUCT AND PEOPLE MANAGEMENT



*It's hard to disagree with the practical logic of halving product development time as a boost to competitiveness. But how to go about it and at what cost will test a company steeped in the tradition of conventional management practices. Herein lies the problem, says US management consultant and author Don Reinertsen, who put his radical proposals for the product process before an IMechE HQ seminar at the end of February. The Assistant Editor reports.*

# 'Barnacles block route to that new product's premiere'

DON REINERTSEN has been a consultant on product development for 10 years. In that time he has developed and honed innovative, analytical techniques for assessing the product development process. The secret to success, he says, lies in specific management techniques.

Speaking at IMechE's seminar — the second in a suite of six on the theme of the new product process — Don Reinertsen outlined practical steps a company can take to shorten cycle times, both before and during the development process, to achieve an enormously competitive weapon in the fight to survive the 1990s.

Time is of the essence stresses Reinertsen, from when a new product is identified through to its production. Unfortunately, it is at the beginning that critical time saving opportunities are lost.

Studies of companies' development cycles from when a market need is first recognised to when a team actually begins work revealed that more than 50% of the cycle time was wasted just getting started. He warned: "The market clock starts ticking from when the development project *could* have begun." There has to be a balance between necessary analysis and achieving a competitive speed.

Shortening this part of the development cycle requires continuous monitoring of markets and technology, and development of supporting technology offline. An express lane needs to be built through the approval process stressed Reinertsen.

He suggests the design be done in conjunction with planning, rather than adopting the traditional bias towards perfect product planning first, that is plan to work and work to plan.

He likened the situation to walking down a road in thick fog with only 50 yards visibility. "You cover the first 50 yards in certain knowledge that at the end you will be able to see where to go for the next 50 yards. The message is, do just enough planning to begin the design and then design while you plan.

The beauty of formulating plans on a short time chart is that it is easier to work out where things will be in 12 months rather than 24 months' time, he said. Long range scaling can prove time consuming and inaccurate and result in redesign and more planning later.

KEEP plans simple and avoid complexity, emphasised Don Reinertsen. "The price of complexity is far higher than most companies realise."

Incremental innovation is the key to shorter cycle times, he says. The most effective way to make progress quickly is to take many small steps, making frequent changes on the way. Mitsubishi adopted this policy when they completely upgraded an existing 3hp heat pump over five years by making incremental, but co-ordinated changes annually. At the end they had a revolutionary product.

He acknowledges incremental innovation is one of the most difficult concepts to grasp by those used to more conventional planning methods. The technique is to take small, quick steps, make technology transition transparent, freeze the design early, have a long term strategy for the product time, borrow heavily from existing products and learn from sales instead of market research.

A good product specification is essential stressed Reinertsen. Focus should be on the benefits of a product first, then its key features. Unimportant features should be left loosely defined and there should be built-in architectural flexibility. "The more one can use high level parameters, the more freedom will be given to the design team, whilst producing something useful for the customer."

Product architecture can be used as a managerial tool to solve business as well as technical problems, he added. Modular structures should be used but kept to a minimum. They should be used to reduce variables as this can cause queues in the design process. Resource requirements should also be kept low.

Don Reinertsen also recommends careful management of interfaces, with loose coupling at the marketing interface: a very different philosophy from that suggested by the present buzz word 'integration'. He sees tight coupling as a potential source of instability.

ONE more important consideration is team structure, selection and organisation. His experience shows that large teams mean many team members each with low levels of involvement. Teams must be kept below 10 members — any larger and communication problems go up, meetings take longer and are less frequent.

If teams are co-located, social relationships develop, there is face to face commitment, and communication problems are reduced.

Generalist engineers are often a better choice than highly specialised engineers. The leader must be chosen very carefully and volunteers are preferable. Perhaps most importantly, there must be delegation of authority. "Trust, train and educate down the line," say Reinertsen, acknowledging that for many this will not be easy as a linear way of doing things is ingrained in many company structure. Otherwise: "Slow decisions move step by step down the chain of command with each level trying to justify its existence." He believes downline people can often do the job better than supervisors.

Unfortunately, the system more often adopted is rather like a man travelling on a train from Manchester to London, says Reinertsen with a map marked out at 50 yard intervals, at which point he has to stop and report his progress. It is far better to tell him where he is going, and that there will be rewards when he gets there.

Don Reinertsen sees engineering as a process of successive approximations. He doesn't believe in the maxim 'do it right first time'. More realistically he says, 'do it almost right first time'. This way one drives down the learning curve a lot faster. In his philosophy 'perfect decisions are less valuable than fast decisions'.

Such radical thinking could prove a cultural shock to many. To Reinertsen it makes perfect sense: "Organisations that once raced to respond to new product challenge can get so encrusted with procedural barnacles they become as clumsy as garbage scows."

PHONE FRIZZELL NOW FOR AN IMMEDIATE NO-OBLIGATION QUOTATION

## Mechanical Engineers PAY LESS for your

# MOTOR INSURANCE

### HERE'S 10 GOOD REASONS WHY YOU SHOULD PHONE FRIZZELL NOW!

- Lower Choice of easy payment methods
- FREE uninsured loss recovery service
- Optional protected no-claim discount scheme
- FREE security etching
- New car replacement facility
- All claims handled by us
- Up to £50 radio cover
- FREE R.A.C. Green Card
- Over 63 years experience

## (0202) 296361

8AM - 8PM MONDAY TO SATURDAY

# FRIZZELL
*The Engineers' Choice*

Frizzell Financial Services Limited, Frizzell House, County Gates, Bournemouth, BH1 2NF, Lloyds Brokers. Registered Number 988371. England. Registered Office: Frizzell House, 14-22 Elder Street, London, E1 6DF.

# Management weekend drills future leaders

FORGED on feedback from last year's highly successful event IMechE's 1992 Young Members' conference, *Essential management skills* proved no less demanding of the attention, time and intellect, reports Frances Barthorpe.

Following an intensive three days packed full with visits, lectures, business game and interactive learning sessions — not to mention wining, dining and speeches — some 276 young delegates were left with much food for thought on the direction UK management should be taking over the next few years.

Carefully selected speakers pooled their expertise in the manufacturing and engineering fields to clearly define attributes necessary for tomorrow's successful manager: skilful leadership qualities in a management structure which is forward looking, time based instead of cost-based and which concentrates on delighting the customer.

"Too much emphasis is placed on delighting the accountant rather than the customer," voiced Hal Mather, the US guru of manufacturing management strategies. He criticised industry as being myopic and inward looking, and called for a new external focus with emphasis on flexibility, fast reliable delivery and superior quality products. "The secret is to delight the customer, but profitably." The whole company will have to work towards achieving this goal, including management, he warned.

"Traditional management styles belong to strategies of 50 years' ago. New strategies will not work with traditional management." He concluded that successful companies in the next 10 years will be those that can judge the transition.

Offering Royal Mail as an example of how an organisation can change direction successfully and focus externally, Ian Raisbeck, quality director, looked at the impact of a Total Quality strategy on an organisation's business and management process.

The second largest employer in UK with 180k employees, Royal Mail is a profitable concern with 85% of its business in people terms. It embarked on a strategy of Total Quality when extreme customer and employee dissatisfaction placed the monopoly under threat, said Ian Raisbeck. Following a mission statement clearly defining its current and future desired state, Royal Mail changed direction to achieve its objectives, and adopted a leadership charter instead of a management charter, ensuring both customers and employees were satisfied.

For Roger Harrop — IMechE Manufacturing Industries Division chairman, the Leadership Trust's definition sums up the essence of management. "Leadership is using one's personal power to win commitment and involvement of people to achieve a common purpose." These are not won easily, he ventured. People only follow those they respect and with whose ideas they can identify. Respect has to be earned, he warned, through hard work, trust, knowledge of the job and integrity.

Peter Moore of Anderson Consulting believes that all too often a business fails through management's lack of corporate finance skills. Yet financial success is crucial to the survival of engineering businesses. Companies fail only because they run out of cash, he said. "All business is built on other people's money. We continue to trade provided we meet their requirements."

He suggested the aims of a world class management system should include a clear communication strategy, action on the future rather than studies of the past, and entrepreneurial behaviour within defined limits. "Management is prudent risk taking!"

Industrial Society director Rhiannon Chapman perceived the well being of the business as being in customers' and not managers' hands. "Today's markets are not about convincing people they need the product. Now customers are demanding products customised to their needs."

She expressed concern at a serious skills shortage. "We achieve world class academic attainment but pay a high price for it," she warned. "If the wealth of a business depends on the workforce satisfying the customer it won't help if only 15-20% of the workforce has any real higher vocational education."

She called for more initiatives to encourage on-the-job training and praised Enterprise and Training Council initiatives and NCVQs as a step in the right direction.

The conference programme allowed delegates time to add



*Young members continue the debate of the day's event beyond the conference hall.*

their voices on membership of IMechE and on the future of the profession.

Those who criticise, saying the Institution appears to have little to offer except Chartered status, were reminded in an inspiring and hard hitting talk by IMechE membership development officer, Nick Goodall that responsibility for their career and for the Institution lie in their hands. "No participating means not getting anything back," he said. "You are the Institution ... IMechE is only what its membership makes it."

That responsibility for status and future of the profession also lies fairly and squarely in their laps was very clear by the end of three days.

The prospect of engineer influencing tomorrow's world was considered in a presentation by Catherine Budgett-Meakin and Tim Ogborn of Intermediate Technology Development.

In a short play about the impact of technology on a remote Ugandan village, a vision of how engineers can apply their knowledge to create a better world raised one more question for young members to take away and ponder: "How do we measure success? In terms of making money, status, or how we help a majority world?"



**ANNUAL REPORT**

# Council's Annual Report 1991

### President: Professor Tom Patten CBE FEng FRSE

### To be presented at the Annual General Meeting at Birdcage Walk, Westminster, on 27 May 1992



I MECH E



## President's Statement

I am delighted to report that in 1991 our membership numbers grew — nearly twice the rate in 1990, reaching an all-time high during the year. We are also likely to see a continuing increase in 1992. I urge you to help us maintain this success. Please encourage your non-member colleagues to join us and maximise the benefits from membership. Your own membership with pride, in both your professional and public life. In return the Institution will strive to reflect your interests and aspirations so that you will be reminded of the value of membership and make full use of all the opportunities it provides.

Another major event for the Institution in 1991 was the decision of the Institution of Electrical Engineers to stop discussions on the possibility of amalgamation. While we regret that IEE did not share our vision of moving forward together much useful work of fundamental value was done by the working groups. We shall continue to collaborate with IEE and others in regional and divisional activities and in joint projects of mutual interest.

During 1991 we saw profound changes in eastern Europe and the former Soviet Union, together with major preparations throughout the European Community in readiness for the implementation of the Single European Act. Although the mutual recognition of qualifications offers a bright future for engineers wishing to broaden their work experience throughout Europe, the lifting of barriers to trade presents a more formidable challenge. We continued to develop our international role to ensure that we remain a major player in continental Europe, providing a vital focus for our members and their organisations. We developed useful co-operative relationships with key organisations in the EC and the former Soviet Union.

In reading the reports which follow you will be struck by the variety, relevance and scope of our activities and resources. These provide awareness and change for the benefit of our members, industry and society in general. The future of UK manufacturing industry is an issue of major national concern, and we are constantly seeking new ways to collaborate in improving its effectiveness. During the year we ran a series of events focusing on best practice in management and technology within manufacturing industry. Our increasingly successful Autotech congress and exhibition was staged for the fourth time at the National Exhibition Centre in Birmingham. Busy by engineers for engineers it promoted technology transfer in the automotive industry. In our series of events which seek to help engineers and others learn lessons from major accidents, we held a seminar to crash survivability with reference to the M1 air crash.

Like many organisations, IMechE was affected by the deepening recession. The full effect was not predictable at first, and despite the steps taken throughout the Institution, the result was an unwelcome deficit of nearly £300 000 against budget. Because of the poor economic prospects in 1992, more savings are being implemented. We must accept the discomfort while hoping for better times ahead.

One of the privileges of being President is the opportunity it gives to meet members during official visits to engineering organisations and at our conferences, exhibitions, and branch events. Despite the severe industrial hardship in many of the areas I visited, I was impressed by the vision and creativity which engineers and their colleagues are applying to the challenges being faced.

I wish to give a warm and heartfelt 'thank you' to all our active members. During my year of office I was grateful for the opportunity to work with you on Council, our other Boards and committees, and in our branches. I was continually struck by your enthusiasm for our Institution and by your different perceptions and stances which live our organisation its vibrancy and colour. I was particularly impressed by the work of our Young Member groups which go from strength to strength and thereby encourage me regarding our future prospects. I wish also to thank all the staff, under Ron Medlar, for their loyalty and hard work during the year. They too deserve credit in their efforts in raising the standards of quality and professionalism in our Institution.

During the year we worked on a number of major initiatives for 1992, including Autotech 92, the congress of the International Federation of Automobile Engineering Societies (FISITA), the launch of a Tribology Action Campaign, and the conference Nuclear Decom 2. Professor Duncan Dowson, President-elect is playing an active role in the Edinburgh initiative, aimed at creating a single voice for the engineering profession.

Despite the recession we remain committed to our programme of upgrading, and a review of our corporate strategy began in 1991 is essential to our task. In a world where the pace of change is accelerating, we must constantly prepare ourselves for the challenges and opportunities ahead.

*Professor Tom Patten CBE FEng FRSE*

## Report of the Council

Council is IMechE's governing body, consisting of 65 members: the President, four Past Presidents, two Deputy Presidents, six Vice-Presidents, 27 Ordinary Members elected by our Corporate Members, and the Chairmen of each Division and Branch. Divisional Boards report directly to Council and are responsible for appropriate committees and regional Industrial Centres. Groups are administered by the Technical Policy Board, which, like other functional boards and standing committees, reports to Council through its executive committee. Our regional organisation is through geographical Branches, which in turn may comprise local Sections and Panels, with a parallel structure for Young Members. Our staff are organised under the Secretary into directorates and departments.

Although we were disappointed at the decision of the Institution of Electrical Engineers (IEE) to discontinue amalgamation discussions, collaboration will continue. We are ready to discuss amalgamation with any professional engineering organisations that share our vision of a unified profession. Council will work towards a more multidisciplinary Institution, enlisting the support of our younger members. The annual review of our strategy through the rolling five-year plan will be resumed, as will other internal studies put on one side during the amalgamation discussions.

The Annual Meeting of the Institution was held in May, when Professor Tom Patten was elected the 106th President. Six Ordinary Meetings were held in London:

**23 January** 'Ear Ing Dr Graham Patience gave the 63rd Thomas Lowe Gray Lecture: *Developments in marine propellers.*

**13 February** Peter Harrison and Professor Neil Burns delivered a James Clayton Memorial Lecture, *Joint roles in manufacturing and the forces of change.*

**27 March** Professor Keith Miller presented the 27th John Player Memorial Lecture, *Metal fatigue – past, current and future.*

**22 May** Professor Tom Patten gave his Presidential Address: *Engineering, the developing career - a personal view.*

**23 October** Admiral Sir Lindsay Bryson KCB FEng FRSE was inducted as an Honorary Fellow. Christopher Lewinton then delivered the 4th Hugh Ford Management Lecture on *Engineering the future: brains in industry.*

**11 December** The 1991 Willans Premium Prize was presented to Professor Dr George Gyarmathy, Professor Michel French gave the 78th Thomas Hawksley Memorial Lecture, *Mechatronics and the imitation of nature.*

Our Annual Dinner was held at the London Hilton on Park Lane. The principal guest speakers were the Lord Chancellor, The Right Hon The Lord Mackay of Clashfern QC FRSE, and Dr John Jennings CBE, Managing Director of the Royal Dutch/Shell Group.

### Awards and Prizes

The 1991 James Watt International Gold Medal was awarded to Mr Soichiro Honda for his outstanding contribution to automobile and motorcycle engineering. The 1990 George Stephenson Prize was awarded to Dr Alec Parker for his paper *Tribology of automotive components: development of verified predictive design techniques.* The 1991 Safety Award in Mechanical Engineering was awarded to Dr Arthur Cardrick for his paper *Responding to the challenge - a short guide to the principles underlying some recent changes to the design requirements of British military aircraft.* The 1991 Willans Premium Prize was awarded to Professor Dr George Gyarmathy for his paper *Innovation and tradition in steam turbine engineering.*

Council acknowledges with gratitude the following bequests and donations:

### Chairmen of Council Boards and Standing Committees
(as at 31 December 1991)

| | |
|---|---|
| From the late Herbert Hancocke | £1000 |
| From the Railway Industry Association to fund the George Ramshaw Curry Memorial Lecture | £5000 |
| From the late Mrs Adelaide Duncan to support a prize allocated to the Railway Division | £2000 |
| Further payment from the estate of the late Donald John Green | £623 |

| | |
|---|---|
| Council | Professor Tom Patten CBE FEng FRSE |
| Council Executive Committee | Professor Tom Patten CBE FEng FRSE |
| Finance Board | Chris Price |
| Technical Policy Board | Michael Neale OBE FEng |
| Qualifications Board | Philip Ashworth |
|   Membership Committee | Michael Kelly |
| Communications Board | Dr Tony Denton FEng |
| Board of Mechanical Engineering Publications Ltd | Professor Duncan Dowson CBE FEng FRS |
| Disciplinary Board | David Penny CBE FEng FRSE |
| Investigating Panel | Dr Walreeh Rizk CBE FEng |

| | |
|---|---|
| Council Awards Committee | Bryan Hildrew CBE FEng |
| International Affairs Committee | Brian Kent |
| Committee of Branch Chairmen | Michael Kelly |
| Engineering Inspection Authorities Board | Dr Tony Denton FEng |
| House & Property Committee | Dr Cecil French FEng |
| Young Members' Liaison Committee | Neil Calder |

**Divisional Boards**
| | |
|---|---|
| Aerospace Industries | Tom Sharples OBE FEng |
| Automobile | Professor Gordon Blair FEng |
| Engineering Manufacturing Industries | Roger Harvey |
| Power Industries | Thomas Leith OBE FEng |
| Process Industries | Paul Buchanan |
| Railway | John Mitchell |

## Engineering

The Technical Policy Board is responsible for developing, implementing and reviewing our engineering, engineering science and engineering management policies. It oversees the research, standards, technology transfer and conference services activities of the Engineering Directorate. In organisational terms the Divisions and Groups form a matrix where Divisions deal with sectors of industry and Groups cover areas of technology, science and design that cross industry boundaries. The Directorate interfaces with outside bodies which include other chartered institutions, the British Standards Institution (BSI), the Science and Engineering Research Council (SERC), the university and polytechnic funding councils, the Department of Trade and Industry (DTI) and the Parliamentary Group for Engineering Development.

### Technical Policy Board

We intensified our planning, management and public affairs roles in 1991. A Standards Committee was established to oversee activities in the area, which included the submission to the European Commission of our views on Standardisation within the European Community. We also raised substantial funds from the pregnant sectors in industry to support the work of CEN TC-54, the European committee for Standardisation in the pressure vessels area. This technical committee drafts Standards and Codes which will lead to the implementation of the EC Pressure Vessels Directive.

To better co-ordinate activities on our *Proceedings* journals we revised the editors' terms of reference and established an editors' committee.

We participated in the amalgamation discussions with IEE.

The Board re-organised its meetings to concentrate more on policy and strategy. It is currently seeking to strengthen our role in meeting industry's future needs in technology transfer. The objective is to help advance technology in the small and medium sized firms that increasingly contribute to the UK's prosperity.

We implemented a new system for conference accounting which meant that Divisions and Groups have direct financial responsibility for their events. Divisions and Groups organised 92 conferences and seminars attracting 10 154 delegates, compared with 103 conferences and seminars and 9485 delegates in 1990. During the year Conferences and Projects Directorate became part of the Engineering Directorate.

Our Research Committee has broad terms of reference which include technology transfer into industry as well as research and development (R&D) in mechanical engineering. Progress was made in the following areas:

- Representing IMechE externally on research policy and funding issues.
- Supervising the work of the Research and Standards Department.
- Working with DTI and SERC to identify areas needing research, and to develop mechanisms and schemes to stimulate research and technology transfer.

Specific achievements included:

- We held our second SERC-IMechE expert meeting, this time on *Mechanisms for failure and the criteria for performance prediction of polymeric composite structures.* It was timely because of the worldwide focus on new materials and processes. Over 50% of the delegates were from industry, and 20% from outside the UK. Although no consensus on design emerged during the group discussions, it brought industry and academia much closer together than before, and gave a clearer understanding of industry differences and the likely pattern of future developments. Our Materials Group began drafting a report on priorities for future work, for publication in 1992.

- We commented in detail to the University Funding Council on its last research selectivity exercise, and how the next exercise should be conducted.

- We responded, after consultation with the Institutions of Electrical and Civil Engineers, to SERC's Malpas Review on how it should support engineering research. It is a matter of concern to the engineering community, as resources for engineering research must not decrease because of any perception that pure science needs an increase in public funding.

*Continued over*

5

# ANNUAL REPORT

*Continued from previous page*

- Through our Materials Group we started to review research needs, technology transfer and gaps in technology in the materials area, in response to SERC's [Melford] Report on future needs for materials.

- We forged an agreement of co-operation with Cranfield R&D Management on the organisation of joint events and our sponsorship of short courses in R&D.

- In connection with industry and other sectors, we launched a comprehensive seminar programme on R&D implementation and technology transfer at I&H ITEC (IEE). The seminar programme was successful, but a particular disappointment was the failure to attract the expected number of delegates to this, our first research and technology transfer congress. We are also taking an active role in the planning and organisation of the Teaching Company Directorate's committed conference on technology transfer and implementation in 1992. The Teaching Company Scheme is a joint venture, between DTI, SERC and the Department of Education and Science, on technology transfer through research.

- European contacts were developed, and European R&D schemes and activities disseminated to our members.

- Our *Research* newsletter was launched, and two issues were produced.

## Aerospace Industries Division

Techniques for achieving commercial success through environmentally acceptable practices were discussed by a panel of engineers, industrial researchers, legal experts and representatives of UK and European governments at our seminar *Environmental pressures on manufacturing industry: the need for clean technology*.

The seminar *The man-machine interface in civil and military aircraft* highlighted the role of human factors in the design of advanced aircraft, foldables, orbiting telescopes and space stations formed the topics for discussion at the seminar *Space structures, design, deployment and stability*.

Operational and financial considerations surrounding safety in aircraft were discussed at our seminar *Safety in aircraft engineering*.

Other seminars addressed the philosophy of warning systems, the manufacture and quality control of aerospace gearboxes, and manufacturing methods for military aircraft, which included a visit to British Aerospace at Samlesbury, Lancashire.

Members interested in finite element analysis in the design of aircraft attended our workshop at the Structural Dynamics Research Corporation. This was followed by a lecture on extended-range twin operations for aircraft by an engineer from Britannia Airways.

Closer links were forged with the Royal Aeronautical Society, IEE and the Society of British Aerospace Companies. We also made efforts to establish links with aerospace engineering societies in continental Europe.

A major event was held at RAF Cranwell to commemorate the 50th anniversary of the first flight powered by a Whittle jet engine. It started with the Royal Aeronautical Society Trenchard Memorial Lecture, which was followed by a fly-past of historic and modern jet aircraft.

An evening lecture followed the AGM, on the *Development of active control technology for the next generation of combat aircraft* by Ray Lee, Head of Flight Test, British Aerospace (Military Aircraft).

Complete preparations were made for *Aerotech 92*, held in January 1992.

## Automobile Division

Our *Autotech 91* congress and exhibition – the UK's leading technical event for automotive engineers – was held in Birmingham to wide acclaim from the industry. A total of 40 seminars were presented to an audience of 2200 over the four days. Varied subject matter included the technical launch of the *Ford Zeta* engine. A schools' seminar gave 400 local school students a valuable insight into the engineering profession and an opportunity to visit the exhibition, which attracted over 10 000 visitors. Plans are in hand to expand *Autotech* in 1993.

Three major international conferences were held. *Internal combustion engine research: in universities and polytechnics* was organised in collaboration with IMechE's Combustion Engines Group. *Worldwide emission standards and how to meet them* presented the latest technologies for controlling emissions such as engine design, catalysts, and high-pressure two-stage injection systems. *Automotive electronics* was organised jointly with IEE.

Our seminar *Improving operating economics of commercial vehicles* included discussions of tests for fuel consumption, driving techniques for fuel economy, and the effects of different fuels, lubricants and fuel additives. Other seminars covered variable geometry engines, vehicle suspensions, prospects for worldwide vehicle regulations, and fuels, lubricants and the fleet operator.

Professor Gordon Blair, Pro-Vice Chancellor of the Queen's University of Belfast, gave his Chairman's inaugural address, *The two-stroke cycle engine – prouvelle or prompte?* The paper was well received both at HQ and at our 11 regional Centres. The Centres produced some 100 events in total: lectures, industry visits and social events.

We organised a lecture in Northern Ireland by a leading Japanese automotive designer as part of the UK's 1991 Japan Festival. The lecture, *Product design at Honda*, was presented at the Queen's University of Belfast by Shinya Iwakura, Senior Managing Director of Honda R&D and a member of the main Board of Honda Motor Co, Japan. He was assisted by Brydon Axe, Director of Design Research for the Rover Group. The lecture was organised jointly with the Northern Ireland Committee of the Design Council and the Industrial Development Board for Northern Ireland.

Another Student Club was set up to encourage more young people into the profession. It was organised by the Luton Centre.

We held our Annual Industrial Lunch at the Institute of Directors. The Guest of Honour was Peter Wickens, Director of Personnel and Information Systems for Nissan Motor Manufacturing (UK), who gave a speech *Business principles for successful manufacturing in the UK*.

Links with societies outside the UK continued to be a high priority. We were strongly represented at the third European Automobile Engineers' Co-operation conference *Vehicle dynamics and powertrain engineering* held in Strasbourg, France. Some 20 of the 80 papers presented were from the UK. Board representatives attended two meetings of the council of the International Federation of Automobile Engineering Societies (FISITA), held in Czechoslovakia and South Korea.

Relations with the US automotive engineering society SAE were further enhanced when we hosted its Annual Address. Dr Landon P Schmidt, past Chairman of our automotive engineering – control systems expected for information technology was given by Jack Schmidt, SAE's President-elect. The visit was reciprocated when Professor Blair visited Portland, Oregon, to deliver his paper on two-

stroke engines to SAE's *Future transport technology* congress. Collaboration continued when a joint series of SAE/IMechE conferences was initiated. The first event, *Vehicle thermal management systems*, takes place in Columbus, Ohio in 1993.

Work continued on the organisation of the 24th FISITA congress to be held at London's Queen Elizabeth II Conference Centre in June 1992. There was a major response to the call for papers from which a technical programme was prepared of more than 200 papers, running in five parallel themes.

## Engineering Manufacturing Industries Division

As well as a major conference, 17 seminars were staged, all designed to assist manufacturing industries to be more effective, both by improved management and the application of appropriate technology.

Management was a major theme. The continuing series of presentations on manufacturing logistics by the international consultant Hal Mather was well attended, and proved to be of great help to attendees and their companies. Another consultant, Professor Majime Yamashina, addressed these topics at the seminar *On Total Productive Maintenance*, a new and developing topic. A visit to Japan was organised for 17 engineers and managers to see the technique in action. Our seminar *Measuring modern manufacturing performance* discussed the need to integrate financial and non-financial indicators of performance.

The application of computers to manufacturing was covered by our biennial conference *Effective CADCAM*, together with seminars on *Towards the totally computerised factory*, *Computers in sheet metal manufacture*, *Business information systems*, *Simultaneous engineering* and *Simulation of manufacturing*.

Seminars in the field of robotics, handling and automation addressed *Automation for JIT*, *Vision systems* and *Computerised tool management systems* which included a visit to Stansted Airport's automated baggage handling facility. Seminars in the field of fluid power systems included *Ecologically acceptable hydraulic fluids*, *New standard for noise measurement*, *Maintenance and reliability of hydraulic systems*, and *Design for safety in fluid power*. An award was also made in this area, the Bramah Medal to Dr Kevin Edge for his work on pressure pulses in hydraulic systems.

Dr Joseph Whitworth Prize was awarded to Dr Shri Hinduja and Dr Paul Margresolva for their paper on *Automatic tool selection for turning*. The Strickland Prize was awarded to Dr Kevin Edge and Dr Nigel Johnston for their paper on *The secondary source method for the measurement of pump pressure ripple characteristics*.

## Power Industries Division

Our two conferences were strongly oriented towards safety topics. *Flow-induced vibrations*, the third in a series of events organised in association with the American Society of Mechanical Engineers, presented techniques for reducing structural vibration caused by dynamic fluid loading. *Engineering solutions to the management of solid radioactive waste* addressed a topic of major concern to both the public and engineers in the nuclear power industry.

Seminars looked at fault and hazard analysis for nuclear plant, economics and commissioning of steam plant, and improved testing and monitoring of steam plant. Interest in more efficient, lower capital cost power generation resulted in the seminar *Viability of combined cycle power generation*.

Fluid machinery events covered the latest technologies in pump design and problems when operating at off-design conditions. These were *Process pumps – the state of the art*, *solids pumping* and *Centrifugal pump low-flow protection*. The latest developments in an environmentally friendly form of power generation were covered by *Wave energy*.

Our series of discussion meetings on energy topics covered renewable energy, nuclear power, and gas and fuel cells. Other meetings covered pipeline boosters, European standardisation, and flue-gas desulphurisation.

We responded to government with our views on the Department of Energy's consultation document on R&D programmes.

The Board continued its successful practice of holding each alternative Board meeting in a Branch area combined with a visit to an industrial company prominent in the power field. Nine such visits have been completed since the programme started.

Within the Division's area, although directly under contract to the Energy Technology Support Unit, an advisory body to the government, we organised a programme of regional seminars and workshops titled *Reducing the running costs of electric motors by using variable speed drives*. These covered an area bounded by Chester-le-Street, Chester, Bournemouth and Portsmouth.

## Process Industries Division

New and emerging technologies for the storage, handling and transportation of bulk solid materials were examined at our international conference *Bulk materials handling – towards the year 2000*. Some 40 papers provided delegates with an insight into new technical processes and their applications. During the conference the Solids Handling Award was presented to Oliver Pryon MBE to mark his outstanding contributions in the field of bulk materials handling.

A number of seminars were organised to address areas of particular technical importance. These included: *Improving quality through documentation management*, *Reliability*, *The risk of management*, *The sampling of bulk materials*, *Quality assurance and accreditation of software*, *Bulk materials in small containers*, *Plant design for solids conditions*, and *New meat processing technology*.

Creative design work through the integration of theory and practice was the subject of our evening discussion meeting on *Innovative design*.

Two technical visits were organised. The first was to Selby coalfield, and the second to the French end of the Channel Tunnel workings to see how bulk slurry from tunnelling is handled.



The courses in mechanical reliability, ran for us by the Institution of Chemical Engineers (IChemE), were repeated and again proved popular. Following 1988's symposium *Managing information for profit*, we launched, in co-operation with IChemE, an important initiative on electronic information exchange in the process industries. Support from DTI and funding industrial companies was sought.

The regional Centres in the North-East, the Midlands and Humberside attracted excellent participation from members by providing a varied programme of activities, linked to local division. Sub-groups of the Midlands centre were established in the West Midlands and Northampton. The seminar *Healthy piping systems: criteria of industry*, organised by the North-West Centre was particularly successful, attracting almost 100 delegates.

The *Journal of Process Mechanical Engineering* – Part E of our *Proceedings* journal – continued to attract papers of high quality on a range of important subjects. Two papers were awarded prizes. The Moss Prize was awarded to Richard Roothold and Graham Ogdium for their paper on storage tanks. The Ludwig Mond prize was awarded who benefited. Quality effectiveness, and best paper on the production of an natural polyethylene terephthalate tube by the *closing* the Filtration Prize for the best paper given at a Divisional seminar was awarded to Peter Simmons for his paper *Stochastic decisions in engineering design*, given at the seminar *Process plant reliability* in 1990.

Planning began for *Processtech 93*, a major new conference and exhibition.

## Railway Division

A variety of subjects concerning the railway industry and operating companies were covered at eight ordinary meetings. These included the Chairman's Address, the Sir Seymour Biscoe Tritton Lecture and the George Bainshaw Curry Memorial Lecture.

Our seminar *The railway industry in the international market* was addressed by The Rt Hon Malcolm Rifkind MP, Secretary of State for Transport. The need for safe and reliable power-operated doors was discussed at the seminar *Rolling stock doors – to meet business needs*. Our seminar *Railways – consideration of the environment*, provided a forum to discuss environmental opportunities and challenges facing the industry. Other seminars covered *The control – who benefits?*, *Quality effectiveness* and *Standardisation – the way to affordable light rail vehicles*. The Young Members' committee organised the seminar *Major changes in the railways*, to give young engineers the opportunity to further their knowledge of the industry.

The Annual Luncheon, held at the Savoy Hotel, attracted 721 members and guests. The principal Guest Speaker was Wilfred Newton CBE, Chairman of London Transport.

Close links with IEE continued, and a large number of joint activities were organised. International activities included the planning, with Netherlands Railways, of a European Railway Academy.

Our Summer technical meeting centred on Greenwich and included a visit to the Docklands Light Railway. To learn from the application of technology in other sectors of transport engineering, technical visits were also arranged to the Ford Motor Company R&D facility in Basildon, Essex, and the airports at Gatwick and Stansted.

Visits were organised to Red, the recently privatised trainmaker in Derby, and to RFS Engineering in Doncaster to examine the maintenance and refurbishment of London Underground rolling stock.

Two meetings were held under the auspices of the Railway Engineers' Forum, for which we held the sponsorship. An organised *Auditing safety on the railways*, while *Asset computing in the design of safe railways* was organised by the Institution of Railway Signal Engineers.

Full programmes of events were organised by the Centres in India, Zimbabwe and the UK. To further improve attendance at their meetings and enrolment in the Division, the Centres worked more closely with their regional Branches.

The Chairman of the Railway Division, John Mitchell, presented his Chairman's Address, *All change*, at HQ and at the Centres in Derby, Glasgow, Swindon, Doncaster and Manchester.

Two issues were published of *Railway Engineer*, which now takes the form of a newsletter.

## Combustion Engines Group

The conference *Internal combustion engine research in universities, polytechnics and colleges* was organised jointly with IMechE's Automobile Division to provide an opportunity for researchers in academia to present their work. The use of computers in the design, manufacture and testing of internal combustion engines was discussed at our *Computers in engine technology* conference at Robinson College, Cambridge.

The topic of emissions was covered in a seminar *Worldwide emission standards and how to meet them*. This event, also organised jointly with Automobile Division, had an exceptional attendance of 252 delegates. Another seminar, *Experimental methods in engine research and development* looked at techniques for improving power, economy and reliability while complying with regulations on exhaust emissions and noise.

The Group Committee combined one of its meetings with a visit to the Royal Navy's base at HMS Sultan, Gosport which provides training on diesel engines and gas turbines.

## Computing and Data Communication Group

The conference, *Computers in engineering industry*, was staged as part of EUROTECH DIRECT 91.

The increasing spread of computer applications in manufacturing industry and the pressing need for integration was addressed at our seminar *Towards the totally computerised factory*. The event featured available software systems and support tools. Another seminar was concerned with justification for and management of computing projects to meet performance objectives. The theme of computer integration was further explored in a seminar on CIM-OSA, concerning the role of open systems architecture in computer-integrated manufacturing.

The opportunities which the greater use of computers bring to more effective exploitation of company data sources were highlighted at our seminar *Exploiting engineering data*.

A Donald Julian Green Prize was awarded to Dr George Barrow, Dr Richard Hinds and Dr Joseph Antonitsoma for their paper *Plant data acquisition using computer process monitoring*.

## Energy and Thermofluid Mechanics Group

We staged a European conference on turbomachinery at which 50 papers were presented. Due to its success, links were held with Vercis Deutsche Ingenieure (VDI) to establish a European turbomachinery conference every two years on a rotating basis between ourselves, VDI, and an appropriate French Institution. Another conference, *Thermofluids engineering*, was organised as part of EUROTECH DIRECT 91.

Because of the high level of interest in Computational Fluid Dynamics (CFD) in national seminars, we launched a regional initiative for the North East at a seminar in Newcastle. This was followed by a programme of industrial visits which continues through 1992.

Other seminars covered a variety of issues. *Flow mapping using laser techniques* illustrated the use of lasers and the latest generation of computers in flow visualisation. Another seminar promoted discussion on the many aspects of engineering which involve the consideration of fire and explosions. *CFD validating codes against experiment* included a discussion of solutions to IMechE test cases, and presentations by CFD experts with experience of comparing their predictions of real engineering problems with experimental results. For the test cases, a series of engineering problems were made available, and CFD workers invited to compute solutions without access to the corresponding test results. Those who had made submissions gave brief presentations before the test data were revealed. The latest generation of mechanical coolers were covered at the seminar *New developments in cryogenic coolers*.

### Engineering in Medicine Group

A major seminar was held on engineering and medical aspects of aircrash survivability. It was based on the crash in 1989 of a Boeing 737 on the M1 near Kegworth, Leicestershire. A panel of engineers, medical experts, government inspectors and others concluded that crash survivability should be a major parameter in the design of passenger aircraft.

Another seminar addressed the advancement of new designs, materials and techniques for orthopaedic implants throughout Europe. This was examined in the context of cost containment, regulations and Standards, with presentations from orthopaedic surgeons, researchers, manufacturers and representatives of government organisations.

The Biomedical Engineering Project Competition, to encourage young engineers in this field, was held for the third year running. It proved more popular than ever and attracted substantial sponsorship from Orthofix and the British Technology Group. A new Thomas Stephen Prize Competition was also launched for postgraduates.

A Donald Julius Groen Prize was given to Professor John Paul of Strathclyde University who presented a lecture, *Bio-mechanics of human movement*.

A regular feature article on UK Biomedical Research Centres was started in the Group newsletter.

*The Guidelines for the adaptation of car controls for disabled people*, launched by us in 1990, continued to be sold and used widely.

Support was received from a number of organisations, ensuring our events were well attended. These include the British Orthopaedic Association, the Biological Engineering Society and the Royal College of Surgeons.

Preparations were made for a conference in 1992, *Joint replacements in the 1990s*.

### Environmental Engineering Group

Our third European conference on *Engineering for profit from waste* was held in Düsseldorf, Germany. This event covered environmental aspects of landfill gas, the UK's experience of industrial and commercial wastes as fuel, and the destruction of hazardous wastes in mobile incinerators.

The topic of waste was also addressed in the seminar *Opportunities for consumer waste recycling*, organised in association with the Centre for Exploitation of Science and Technology. Technologies and practices were reviewed and explored. Another seminar featured speakers with practical experience of computational fluid dynamics in environmental and building services engineering. They discussed benefits, costs and limitations of CFD in this area.

The seminar *Heat pumps in industry* covered mechanical vapour recompression and de-humidification requirements. The event also focused on techniques for heat recovery and expert systems for feasibility analysis. Another seminar gave information and guidance on the new regulations for the control of substances hazardous to health.

### Manufacturing Technology, Designing and Quality Group

Seminars emphasised a growing concern with the organisational aspects of designing and manufacturing products. *Developing manufacturing organisations for high performance* featured case studies from Digital Equipment Corporation, Lucas Aerospace, and Procter & Gamble. A seminar on the application of IS7000, a guide to managing product design, was organised for the Design Council. The benefits of simultaneous engineering were highlighted at *Product development - the Japanese way* by Hajime Yamashina, a consultant to such companies as Lucas, Electrolux and Renault. This programme continues through 1992 with seven seminars under the generic title *The near product process*.

### Materials Group

Our seminar *New standards for toughness testing* was the first in a programme planned with the Institute of Materials in the areas of materials toughness, failure and testing. We also organised the European papers for the *Fifth International conference on creep*, held in May 1992 in Florida, USA.

Our aim to produce a series of booklets under the banner of *Designing with modern materials* became reality when we secured a contract with DTI to produce the first four volumes.

Within the Group's area, although directly under contract to DTI, we successfully tendered for the development, organisation and management of an awareness campaign titled *Adhesives in engineering* under DTI's *Materials matter* programme. The campaign, comprising eight UK-wide seminars, workshops and follow-up visits, was mounted in conjunction with the new Centre for Adhesives Technology (CAT).

Contributors and presenters came from CAT, major manufacturers, successful users and eminent authors from industry. Venues embraced Kent, Avon, Lancashire and Northumberland, and an additional presentation was staged at HQ. Following the success of this inaugural campaign, we tendered for a greatly enhanced follow-up programme running through 1993 and beyond.

### Offshore Engineering Group

Our international conference, *Safety developments in the oil and gas industry* addressed such topics as the human dimension in offshore safety, materials for safe platforms, and legislating for safer engineering design.

A seminar, *Modern technology in pipe-laying and its associated work* examined pipelaying problems and cost-effective solutions, at a time when the pipe-lay market for both oil and gas developments offshore is buoyant.

Four evening discussion meetings were held: *Rig automated drilling, Engineering the control and monitoring of unmanned facilities, Technology transfer to a new territory,* and *Underwater oil and gas separation.*

Following the success of our careers symposia over the previous three years, a similar event was held at Manchester University's Institute of Science and Technology. It provided guidance on mechanical engineering opportunities in companies involved in the re-

covery of offshore oil and gas, and attracted students from all parts of the UK.

Two technical visits were arranged: to the International Drilling and Downhole Technology Centre in Aberdeen, and the British Gas Engineering Research Station at Killingworth.

We maintained liaison with the Offshore Mechanics and Arctic Engineering Division of the American Society of Mechanical Engineers (ASME), the UK Society of Petroleum Engineers, the Engineering Committee on Oceanic Resources and the Norwegian Society of Chartered Engineers.

### Pressure Systems Group

A sell-out conference was held on the *Management of in-service inspection of pressure systems*. Plans are in hand for a follow-up event in 1993.

Two seminars under the general title *Pressure towards Europe* were organised, reflecting the changes ahead. The first, *Organisation of Standards*, covered the work of BSI, the technical inputs from the UK and the links with European Standards and legislation. The second seminar considered the essential requirements of directives from the European Commission.

Five intensive short courses, together with a software workshop, on the design and manufacture of pressure vessels and piping, were organised for us by the Department of Mechanical and Process Engineering at Strathclyde University. A European dimension was introduced by looking at progress towards a European Standard. A course on finite element analysis in the design of pressure vessels was run for the first time in response to an increasing demand for a 'design by analysis' approach.

We currently hold the secretariat of the International Council for Pressure Vessel Technology, and are organising the European and African contributions to its International conference in Düsseldorf, Germany in 1992.

Closer links were forged with the Engineering Equipment and Materials Users' Association, the High Pressure Technology Association, the Process Plant Association, the Welding Institute and several European organisations such as le Centre Technique des Industries Mécaniques (CETIM).

### Solid Mechanics and Machine Systems Group

The conference, *Machine systems*, was organised as part of EUROTECH DIRECT 91.

*Mechatronics - today and the future* was the first of three seminars. This was followed by *Technology of inertial sensors and systems*, which included papers on optical and vibratory gyroscopes, the application of inertial sensors to automotive control systems and the modelling of sensor errors. A *European seminar on camshaft drives* was run in conjunction with our Automobile Division. Four of the papers and one third of the delegates for this event were from outside the UK.

A discussion meeting, *Towards a dynamic force measurement Standard*, described the development of the new draft Standard produced through work at the National Physical Laboratory and elsewhere.

A Donald Julius Groen prize was awarded to Professor Gerry Gallicly, Dr David Moreton and Dr Jim Blachut for their paper on plastic buckling predictions of the deformation and flow theories.

The Group became IMechE's official link with the International Federation for the Theory of Machines and Mechanisms.

### Tribology Group

The 25th anniversary of the word 'tribology' took place in 1991. It first appeared in 1966 in a Department of Education and Science report, *Lubrication (tribology) - education and research*.

After identifying the field of high temperature lubrication as being in need of further research, we made progress possible by awarding the Senior Clayton Fellowship to Dr Tony Lansdown, an independent consultant.

Funds were raised for six leading tribologists from the former Soviet Union to visit the UK. Technical visits to centres of excellence for tribology were arranged for them, and they lectured at HQ on composites and friction transfer, boundary lubrication, lubrication in machinery and human joints, micromechanics of friction and wear, abrasive wear, and the tribology of electrical contacts.

The Tribology International Gold Medal was presented to Professor Avraldil Chinchinadze of the former Soviet Union. Silver Medals were awarded to Professor Jack Schofield of Liverpool Polytechnic and Dr Robert Waterhouse of Nottingham University. For the first time, a Tribology Medal was presented to a woman, Dr Tracy Colgan of Shell Research, who was awarded a Bronze Tribology Medal.

Professor David Tabor presented the 1990 Donald Julius Groen Prize Lecture, *Friction, surface science and tribology - a personal view*. Professor Tony Unsworth presented the 1991 Groen Prize Lecture, *Tribology of human and artificial joints*.

Both Shell Oils and Exxon Chemicals continued to sponsor competitions to encourage young engineers. A research forum was arranged at HQ for post-graduate researchers in bio-engineering to discuss their tribology projects.

The sixth British Petroleum lecture, *Tribology of engine design* was presented by our immediate past President, Michael Neale OBE. An evening lecture was also given by Ms Joanne Sadowska-Mazur on *The lubrication carbide composite coatings*.

Co-operation continued with the Institute of Physics' Tribology Group and the tribological centres of excellence at Swansea, Risley and Leeds.

Planning continued for the launch in March 1992 of the *Tribology action campaign*, a major initiative to make UK industry aware of the benefits of tribology. The campaign is backed by substantial funds from DTI and a number of leading British companies.

## Qualifications, Education and Training

The Qualifications Board has responsibility for our qualifications policy and membership standards. It is also responsible for schools liaison and the education, training and professional development of our members.

The move towards a competence-based qualification system was a major national development in the field of qualifications. Driven by the Department of Employment, it aims to provide a national vocational qualification for the entire employment scene. We worked closely with IEE on a joint committee to promote the two Institutions' objectives. This enabled IEE and ourselves to influence the government and the other organisations involved. We both became key players in professional level on two organisations formed to co-ordinate the work: the Standing Conference for Engineering Manufacture, and the Engineering Services Standing Conference.

The Department of Employment supported our workshop on professional development. Fifty selected mentors from the Monitored Professional Development Scheme (MPDS) met to discuss a proposed *Guide to professional development*, to be published in 1992.

### Membership

Total membership rose by 1468 during 1991 to a year-end all-time high of 77 774. This continued from the rise in membership in 1990. The numbers of Fellows, Associate Members, Graduates and Student members increased significantly. The further increase in applications during 1991 is likely to be reflected in continued increases in membership during 1992. Department staff made a major contribution to the recruitment campaign by spending over 30 person-days at engineering industry exhibitions advising existing and prospective members.

Losses due to resignation or failure to pay subscriptions increased by 439 to 3604, but new elections increased by 294 to 4455. Requests due to failure to pay subscriptions remained high at 2411.

Some 528 applications for registration in European Engineer (EUR ING) were processed during the year, representing a considerable reduction of those handled in 1990. This no-incided with an increase in fees by the European Federation of National Engineering Associations (FEANI).

The use of direct debit for subscription payments continued to be popular. As it simplifies procedures and reduces costs considerably, we hope that more members will pay by this method.



### Schools liaison

Why should young people consider a career in mechanical engineering? The UK launch of our video - to Local Authorities and engineers active in schools liaison - answered this question. It received universal acclaim from students, teachers and our regional schools liaison officers, with such comments as 'one of the best videos I have seen' and 'thank goodness for an honest, professional film.' As a result of this response, extra copies were ordered and there are now 800 in use. Some 300 of these are available to schools on free loan and are much in demand. Over 500 schools have already hired the video and we send a promotional poster to schools each month to maintain interest.

Our annually published guide *Sponsorship and training opportunities in engineering* was enhanced with colour pages, making it even more attractive to contributors and recipients. A total of 50 000 copies were distributed by all ten sponsors.

### Degree accreditation

We visited 25 academic establishments, including Hong Kong University, to accredit degree courses, compared with 18 visits in 1990.

There was an encouraging increase in courses incorporating business studies, management, or a European language in the title. Many academic institutions have well-established links with continental Europe including student-transfers, and nearly every course now includes a foreign language.

Since chartered engineer status through a degree course accredited by a professional engineering institution is increasingly regarded by students as essential, academic institutions continued to request accreditation. With the changes proposed in the Government's White Paper, a number of further education colleges have indicated their intention to set up degree courses and will be seeking accreditation.

We issued two sets of guidelines on accreditation. The first outlined our accreditation requirements, and the second was a policy statement to curb the unacceptable increase in direct entry of students to the final year of degree courses. This policy was rapidly adopted by other engineering institutions and the Engineering Council.

To assist candidates on our Mature Candidate Scheme we set up a network of 'mentors' - members who had recently completed the route - to give advice and support. During the year 50 candidates entered the scheme, subject to meeting the academic requirements. Forty-five reached final interview, and 32 were recommended for corporate membership. The scheme booklet was revised for publication in 1992.

Our typical *Lightening the load seminar*, on the content of engineering degree courses, proved popular among those running them, and attracted a near capacity audience. They discussed the implications for students and staff, and the lively debate was published in the seminar report.

### Training and development

Companies which have had their training applications accredited now total 153, with another 132 approved companies awaiting accreditation. Our training advisers visited over 120 companies. Such visits provide a valuable opportunity to advise industry about professional training, mentorship and the Institution in general. More academic establishments now operate MPDS and have had their training element validated.

Professional training seminars were effective in disseminating our policy and seeking industry's views. Some 520 delegates attended the 17 regional and in-company seminars run throughout the UK. New this year were seminars on the role of the mentor, which is fundamental to the success of MPDS. Since mentoring is not restricted to engineering, our seminars interested delegates from outside engineering. Twelve seminars were run, attracting 150 delegates.

Increasing numbers of engineers are interested in achieving chartered status, and more companies are now recognising the importance of accreditation of their training schemes for the quality-assurance role it fulfils. Our training advisers spent 40 days running membership 'surgeries', advising well over 500 existing and potential members on their most appropriate grade.

Continued over

# ANNUAL REPORT



Continued from previous page

**Diploma in Engineering Management**

1991 was the first year of formal co-sponsorship of the diploma, and new management under the Joint Board for Engineering Management. The diploma received both a new look and impetus from several initiatives, the most notable of which was the employer support scheme. This offers employers the opportunity to become involved with the development of the diploma, and will encourage more employers to support and promote the qualification. This will give the programme greater credibility and ultimately an increase in numbers of candidates. Some 50 employers registered on the scheme, and many more expressed interest.

A total of 105 candidates took the part one examinations at a number of centres within and outside the UK. Of these, 87 were awarded passes indicating an improved pass-rate of 84%. In the part two examinations 88 candidates sat the papers and 86 passed. In the academic year ending July 1991 a further seven candidates successfully completed their part three projects and were awarded diplomas. The Trevor Braybrooke award for best overall performance on the diploma was won by Russ Barr, a civil engineer. The 191 registrations for part one represented a 23% increase on 1990. This, in a year where recession decimated training budgets, was an encouraging result.

The Joint Board held its first annual dinner, attended by the president of the four sponsoring institutions. The guest of honour was Professor Kumar Bhattacharyya, head of the Warwick Manufacturing Systems Group, who presented the diplomas and gave an address on the development of engineers as managers.

**Awards**

Demand for our awards again increased, and the total value of the 70 awards made in 1991 was £30 024. Some 100 applications were considered, an increase of 98% on 1990, of which 70 were successful, 15 were rejected, four were withdrawn and 11 will be considered for 1992 awards. Of the 70 successful applications, 23 were for Thomas Andrew Common grants, and 19 were for senior engineers' conference grants. Both these awards help members attend conferences at other countries. Nine applications were for overseas study bursaries and three were for Floating grants, both of these categories assist with study and training outside the UK. We made 12 awards in the area of research and special training opportunities. The Students' Aid Fund provided four grants to help students experiencing temporary financial difficulties.

The finals of the 1991 Queen's Silver Jubilee Competition, which encourages communications skills, consisted of 15 presentations. Their standard was excellent, resulting in a long period of consideration by the judges, who this year included Dr David Whitehouse, IBIC-Kaller's science and technology correspondent. After a close contest the winner was Peter Todd of Southampton University, whose presentation Control of a self-tuning vibration absorber won the first prize of £800 and a hologram trophy. The second prize of £450 and a document was awarded to Jonathan Adlee of Durham University for his presentation A portable grip strength monitor. The runners-up, each receiving £400, were Darren Graham of Ulster University and Stuart Baker of Leicester University. Two additional prizes, each of £250, were awarded at the finals. These were the Computing Data and Communication prize won by Andrew Thompson of Harfield Polytechnic, and the Materials prize, won by Alan Thomas of Wales Polytechnic.

Some 41 applications were received for our Undergraduate Scholarships, of which 14 were selected to attend for interview. The calibre of applicants was exceptional, with the 11 shortlisted candidates typically having four or five A-levels at grade A. Six applicants were awarded scholarships valued at £500 per year for three years.

There were 91 applications for Whitworth Awards. Of these, 18 were invited for interview and 10 received awards valued at £1300 for the 1991/92 academic year. A further 12 previous award holders were made Whitworth Scholars after successfully completing their degree courses. The Rt Hon Tim Eggar, Minister of State for Education and Science, presented the awards.

A total of 116 Student members, including 12 joint winners, were awarded prizes in recognition of outstanding project work. The total value of project prizes was £11 000.

## Branches

**The Committee of Branch Chairmen is responsible for local services to members throughout the UK, Eire, Canada and Australia. The interests of Young Members are specifically catered for by the Young Members' Liaison Committee (YMLC). This is composed of representatives from each Young Members' Section and Division.**

**Young Members**

Will engineers be the chief executives of the future? Judging by the enthusiasm with which the 324 delegates at the Young Members' conference tackled the acquisition of Essential management skills for engineers, they are keen to prepare themselves. The conference, at Keele University, proved that our Young Members are truly initiative to overcome the problems of the recession, and are eagerly anticipating the challenges of the future.

Innovative thinking was also evident at the Young Members' Assembly where representatives from all Young Members' Sections developed an IMechE strategy for our younger members. Some items were controversial, but all bore the mark of reassurance that our future is in good hands. These and other current views of the younger members were constantly kept before our decision makers through the attendance of members of YMLC at meetings of Council and other standing boards and committees.



The mobility of most younger members following a normal career progression can lead to fluctuations in the success of any particular Young Members' Section. The challenge of facing up to such situations is tackled with determination. For example in the South Eastern Branch the remaining committee members actively recruited enthusiastic replacements for their committee and ran an attractive programme of events designed to attract young engineers.

Our Student Panel at Sheffield Polytechnic recruited 80 Student members thanks to the vitality of its committee members. Greater London Panel attracted 150 potential Student members to hear Heinz Wolff explain manned exploration of the solar system at their annual informal reception.

**Branch activities**

In a move planned to lead to greater integration of industry, academia and local Branch activity, the Committee of Branch Chairmen accepted responsibility for both Industrial Liaison Officers (ILOs) and Academic Liaison Officers (ALOs).

The 28 Industrial Secretaries appointed by all Branches in the UK enthusiastically accepted the opportunity to improve liaison, and established increasing numbers of ILOs in local companies.

Branches were quick to grasp the importance of their link with ILOs, especially as a line of rapid personal communication to notify members in their companies about Branch activities. For example in the Bristol Panel area, at least 700 members can be contacted personally by just 16 strategically placed ILOs. Also, by encouraging suitably qualified colleagues to apply for membership, ILOs can have a dramatic effect on recruitment. This, when coupled with the efforts of ALOs in recruiting student members, opens up exciting possibilities.

Many of the companies in which ILOs are based offer to host industrial visits by Branch members. These visits, along with social events and talks by visiting speakers, give members a valuable insight into different aspects of engineering.

Branch members played an important part in schools liaison, encouraging local young people to consider a career in mechanical engineering.

Representatives of our Benevolent Fund at each Branch continued to maintain contact with members and give help when necessary.

The President visited members working in many engineering organisations throughout the UK and Eire.



## International Affairs

**The International Affairs Committee represents the interests of our members outside the UK and ensures the provision of local services to them. It develops relationships with engineering organisations worldwide.**

To reflect the expanding range of our interests, the Overseas Affairs Committee was renamed the International Affairs Committee. This was the first year of operation for the International Affairs Department. Much was achieved, and we are now able to respond rapidly to assist our representatives in other countries who wish to organise local activities.

We signed two agreements of co-operation. The first was with the Lithuanian Academy of Sciences, agreeing to "encourage each other's activities in the areas of research and technology transfer and to foster good relations between mechanical engineers in Lithuania and the UK." The second was with the Norwegian Society of Chartered Engineers on conferences, courses and other joint activities to reflect areas of common interest.

Our representatives visited the headquarters of Verein Deutscher Ingenieure (VDI) in Düsseldorf to gain an understanding of the role in Germany. Members of our South Eastern Branch and the British Section of the then Société des ingénieurs et Scientifiques de France (ISF) visited Lille, France to meet continental engineers and examine engineering projects, notably the Lille Metro's fully automated light underground system and the civil engineering workings for the Channel Tunnel high-speed rail link.

Our President, Professor Tom Patten, was guest speaker at the annual dinner of our Swiss members in Baden, attended amongst others by local members of IEE. The President said that the mutual recognition of qualifications should present a bright future for our Young Members as they broaden their work experience throughout Europe.

Jean Rorel, the then President of ISF with which we signed an agreement of co-operation in 1990, visited our HQ to discuss even closer collaboration. He proposed joint initiatives to address issues such as the new Europe, plus the creation of joint special-interest groups.

In operating the secretariat for the International Council for Combustion Engines (CIMAC), a programme of consolidation, linked with new developments in the publishing sector, were the main activities. Despite the problems of the Gulf War, the biennial congress was organised successfully in Florence, Italy. More than 560 participants were attracted from 22 countries. A further publication in CIMAC's Recommendations series was produced, dealing with Fuel requirements for diesel engines. We approved drafts of two more covering exhaust emission tests and structure-borne noise.

We also operate the secretariat of the International Federation of Automobile Societies (FISITA). The Council of FISITA met in Prague, Czechoslovakia and Seoul, South Korea. A number of organisations joined in 1991: a different society from Sweden, a new joint committee representing Czech and Slovak, the Trust and Independent automobile society in the former Soviet Union. New task groups were established to cover energy, vehicle systems and the environment. These supplement the work already being done on finance, policy and young engineers.

## Communications

**Communications Board is responsible for the development of the Institution's public relations and professional, information and library services.**

**Information and Library Service**

The highlight of the year was the recognition achieved by winning the Library Association's prestigious Public Relations and Publicity Special Award for a specialised library. The presentation was made at the House of Commons and attended by Dr Tony Denton Pfng, Chairman of the Communications Board. The citation quoted "an attractive and professionally designed leaflet used to promote the service". The award was well reviewed, particularly in Engineering News which linked the award to our high-technology information services.

We were well publicised through articles in technical and professional information and library journals such as the Library Association Record and the Association for Information Management's ASLIB Information. A variety of presentations about our service were made to members including Branch officers and Young Members.

The extensive promotion of our services resulted in staff dealing with over 17 400 enquiries. This represents a 25% increase over 1990, after taking into account the August closure, and is the highest recorded number since comparable statistics began in 1977.

Publications included a new sourcebook on Project Management and bibliographies on Maintenance, Quality Assurance and Kevlar. Following the success of our Greenhouse Effect sourcebook, a new current awareness bulletin Green Engineering was published. It focuses on environmental issues for the engineering profession.

We started a new information service on training and courses in engineering. It is based on three educational databases, and uses the latest computer disc technology.

Information staff offered the online computerised searches to members at the Design Engineering Show.

We launched an archive photographic service and a genealogical search service. Conservation work was carried out on George Stephenson's letters with the help of a grant from the British Library.

A portrait of our past-President Sir William Anderson, donated by his great grandson, was added to our archive collection. Two gas turbine engine combustion chambers, presented by Aero and Industrial Technology, were put on permanent display in the Whittle room.

We assessed our valuable collection of paintings in Gordon Grosby after recent auction prices were achieved by other owners, and purchased a new set of Crosby prints.

To raise awareness of mechanical engineering we loaned engineering models and other material to public exhibitions. Models were supplied to Centre Exhibitions for the Model Show, and to IER for the fourth photographic and engineering models exhibition. Material was also loaned to the Design Council for its Hundred years of British invention exhibition.

Exchange visits were arranged between our staff and library staff from the Royal Automobile Club and the Royal Society. Closer liaison was established with the IEE Librarian and Archivist, through our participation in the amalgamation discussions.

**Professional Services**

The increased demands for our services from members and others was encouraging. We dealt with a huge number of members' problems which were wide-ranging and covered a variety of subjects outside the fields of qualification, education and training. An increased number of members were unfortunately made redundant. Many were interested in our our Redundancy booklet and the Professional Engineers' Appointments Directory operated for our members by the Guildeeaths company.

Our revised and enlarged third-edition Consultancy booklet, produced to assist those interested in establishing a consultancy practice, was most successful. Sales of this and other recent publications covering Arbitration, Direct Professional Access and Product Liability were higher than anticipated. Similarly, demand for copies of the 1990 Employment Survey was 13% higher than earlier surveys. Work on the 1992 Employment Survey was started, and questionnaires issued.

Interest in the services of our members registered and practising as consultants and expert witnesses reached a new record, while the number of requests for the services of member arbitrators was similar to last year's record.

Work continued on a Directory of experts, listing details of consultant and expert witness members. A sample of members interested in participating in the scheme were issued with a variety of documentation for comments. We will continue to operate our existing consultancy database, and the new directory will release time for other tasks. The Communications Board considered the department to be under-resourced but noted that improvements were not immediately possible. It also decided reluctantly to terminate the Career Counselling service due to the lack of trained and experienced personnel. The department can introduce enquirers to an external service.

Members continued to make good use of the Pension Advisory Service of Jack Walder who, over the years, solved many problems relating to pensions. Following his untimely death, the service continues through Jack Walder Associates. The Benevolent Fund received generous donations from members who used the service.

Staff submitted a response to DTI on the proposed European Commission directive on The providers of services with defects. Similarly, assistance was given to DTI on matters associated with unfair tendering practices by local authorities. We were also involved in the amalgamation discussions with IEE.

Staff and members reported on the Engineering Council's discussion document An evolyn code of practice on engineers' and risk issues. Board members also commented on the Fellowship of Engineering's publication Warnings of preventable disasters.

# ANNUAL REPORT

## ublic Relations

he Institution's membership development strategy saw a net increase in membership numbers which was nearly twice the growth of 1990, against a background of recession in the engineering industries. Particular success was observed in the Student class, with a 16% increase in applications. There was a six-fold increase in former members applying for re-admission.

The *Design Engineering Show* was organised under its current pic for the last time, since the show will take a new form as *Manufacturing Week* in 1992. We planned with its organisers how to save the show's original objectives into the changed circumstances of the 1990s. *Autotech 91* took place against the severe difficulties icing the automotive industry. At both events interest in IMechE membership kept staff fully occupied.

A programme of media relations enabled our corporate news to ain wide and accurate coverage in the print and broadcast media. Highlights were our amalgamation discussions with IEE, *Autotech 91*, nd our seminar *The M1 Kegsworth air accident – engineering and medical aspects of survivability* which gained exceptional coverage nd with other events raised awareness of the relevance of engineering to medicine. There was a humorous mention of our *Blow-injured structures* conference on Radio 3's Steve Wright Show, and we contributed to a discussion programme on BBC Radio Scotland. We developed our contacts with media organisations in the UK and Europe. Letters on engineering policy relating to current issues were written for publication in national newspapers, and articles on IMechE's activities were written for a number of magazines and newspapers targeted at business, industry, and schools. Planning began for the *Voice of IMechE*, a panel of corporate spokespeople who would be trained and available for media interviews.

Our corporate identity became firmly established as a vital element in IMechE's communications. It was applied to exhibition stands, publications, audio-visual material, electronic organisers for our academic liaison officers, and a number of items for sale by Benfund: ties, a pen, a calculator, and a Christmas card. The corporate and format of a *Corporate identity manual* were finalised, for production in 1992. This manual will enable authorised users to apply the corporate identity accurately.

Another heavily used item was our *Visual resource of images* of he activities of members. During the year it was publicised through ztaff workshops, a video, an exhibition, and a media relations campaign.

The River Thames came to a halt as the President presented an Engineering Heritage Hallmark Plaque to the Thames Barrier. It is the world's largest moveable flood barrier, incorporating novel technology, and is a clear case of engineering for the good of mankind. The award, made during a routine closure, was featured in news items on :elio and TV throughout the day. Another plaque was awarded to the Princess of Wales Conservatory at the Royal Botanic Gardens, :ew, which is the world's most advanced energy-efficient conservatory featuring a fully integrated computer-controlled system. The :erms of reference for these awards were developed to allow any group of our members to nominate subjects, and to pay attention to heir industrial aspects.

Members and staff planned activities for 1992 to raise IMechE's affluence with the media, government departments, Parliament, the iy industry, and students.

## Mechanical Engineering Publications

ublishing activities at IMechE date back to its foundation. Our publishing company Mechanical Engineering Publications Ltd (MEP) maintains our important position in international publishing and investigates new areas of revenue-earning activity. in ever increasing number of academic papers are published, and members are kept informed of our activities and news of the profession.

### Mainstream journals

Our five mainstream journals were affected by serious falls in advertising revenues. Classified recruitment advertising fell by nearly 50% against budget due to the severe recession and reduced recruitment of engineers. Despite these difficulties, *Professional Engineering* increased its market share for product advertising among general engineering publications. *Engineering News*, in proportion to its expenditure, suffered the most severe downturn in income due to its almost total dependence on recruitment advertising. *Automotive Engineer*, however, performed remarkably well despite the recession in the vehicle manufacturing industry. The development of *Aluminium Industry* slowed during the year due to the recession but it is hoped, through a re-structuring of the marketing and sales function, to improve its position in 1992. *Environmental Engineering*, published on behalf of the Society of Environmental Engineers, continued to perform extremely well.

### Learned journals

The highlight of the year was the launch of *Green Engineering*, a new monthly synoptic journal. This exceeded its subscription sales target during the year and we are confident that it will continue to perform well and fulfil an essential function.

Regular contact with our cultural board in the former Soviet Union provided a regular supply of synopses and completed papers for our *Proceedings* journals. During the year eight of these editors visited MEP and IMechE.

We expanded the *Proceedings* to nine Parts, with the addition of the *Journal of Systems and Control Engineering*. Problems were still experienced in obtaining enough quality papers for three of the Parts, and members are asked to help by writing papers for these journals. Sales of *Proceedings* journals as the substantially reduced price to members performed very well.

The *Journal of Strain Analysis* and *Transactions of the Institution of Diesel and Gas Turbine Engineers* also performed reasonably well. However, all these journals suffered from a downturn in the number of subscriptions sold outside the UK, particularly in North America, Japan and India.

### Books, conference volumes, seminar volumes and other publications

Although we published only nine books, four of which were for the European Structural Integrity Society, a large number of new manuscripts were processed and the book programme for the next two years looks secure.

Eight seminar volumes were published. The majority of these related to seminars held by our Power Industries Division. Fourteen Conference Volumes were published, four of which covered SUROTECH DIRECT 91. Sales continued to be strong despite the continued cut-backs in purchases by libraries.

Sales of the *Model forms of general conditions of contract* performed badly due to the recession in the manufacturing industries.

---

We further strengthened our links with publishers outside the UK, particularly in Germany, and developed a new initiative with contacts in the Russian Academy of Sciences to enable us to republish selected titles from the former Soviet Union in English.

### ASME Agency

Sales of the books and conference titles published by the American Society of Mechanical Engineers improved substantially. We also introduced a selected number of ASME Codes and Standards to our list. The combined list of MEP and ASME titles dealing with mechanical engineering now exceeds 1000 and represents the biggest single source for mechanical engineering and related disciplines.

## Engineering Inspection Authorities Board

The Engineering Inspection Authorities Board acts in collaboration with government and industry on behalf of Council in matters concerning quality assurance, quality management and safety. In particular the Board is active in the assessment and certification of engineering inspection organisations.

We obtained national accreditation for certification activities on inspection organisations during the year. This gives IMechE a leading role among the senior professional institutions in contributing to the development of the UK's health and safety regimes. Staffing was increased during the year to enable us to provide a continuing high level of service to our clients in industry and government. A significant number of applications for assessment were processed from independent and user inspectorates in both the new construction and in-service inspection fields.

In addition to carrying out assessments, we also act as secretariat for the National Certification Scheme for In-Service Inspection Bodies. Significant progress was made, in conjunction with the Health and Safety Executive, in obtaining a wider acceptance and take-up of the scheme.

Work under the terms of our contract for the assessment and surveillance of Nuclear Electric's quality assurance arrangements for Sizewell B continued throughout the year and the terms of the contract were widened to include the commissioning phase of the project.

Steps were taken to revise the Board's structure to enable us to better serve our clients in both the voluntary and regulated sectors.

## Finance

The Accounts for the year ended 31 December 1991 include the results of the Institution's publishing house, Mechanical Engineering Publications Ltd (MEP).

The recession, which proved to be deeper and to last longer than anticipated, had a serious effect on several sources of the Institution's income and forced expenditure to be cut during the year.

Income increased in only one area, subscription and membership activities, with an increase of 8% from the previous year. In total, income was the same as for 1990. Income fell below expectations in technical activities (with conference and seminar attendances down) and EUROTECH DIRECT 91 falling below target); MEP income (mainly due to reduced appointments advertising); interest and dividends (down due to the poor state of the property market and the consequent delayed sale of properties in Old Queen Street, Westminster, and also due to changes in the investment portfolio); and rents received (under budget due to space becoming vacant at the end of the tenancies and not being re-let due to property market conditions).

Expenditure on activities was £9.91m compared with £9.59m in 1990 and was lower than planned in response to the achieved income. Exceptional expenditure was reduced, partly through simplification and re-scheduling of fire safety work at our Bury St Edmunds offices and partly due to IEE calling off amalgamation discussions.

The plan had been to break even on ordinary activities and to fund exceptional expenditure from the Accumulated Fund. The final result of the lower income and expenditure for the year was that there was a total charge to the Accumulated Fund of £656 000. Against this, the investment portfolio produced a realised gain of £422 000, and sales of fixed assets produced a surplus of £3 000 resulting in a net reduction in the Accumulated Fund of £231 000.

Capital expenditure was held down to £165 000 compared with £279 000 in the previous year.

During the year Council agreed a policy on the maintenance of Institution reserves and the balance between real property and investments held in the Accumulated Fund. The intention is to achieve a modest surplus on ordinary activities for the next few years.

### ACCOUNTING POLICIES

The financial statements have been prepared in accordance with applicable Accounting Standards in the United Kingdom. A summary of the more important group accounting policies, which have been applied consistently, is set out below.

**1. Basis of Accounting**

The annual accounts have been prepared on the historical cost basis of accounting.

---

**2. Basis of Consolidation**

The assets and liabilities of MEP Ltd and its trading result for the year have been incorporated in the accounts. This policy should be read in conjunction with Note 8 to the financial statements.

**3. Tangible fixed assets**

Tangible fixed assets are stated at cost less depreciation. Depreciation is not provided on freehold property in London, which comprises the Institution building. Depreciation is calculated to write off the cost of other fixed assets in equal annual instalments at the following rates:

| | |
|---|---|
| Freehold property – Bury St Edmunds | 2% per annum over the remaining period of the lease |
| Short leasehold property | |
| Furniture and equipment | 10% to 33% per annum |

**4. Investments**

Investments are stated at cost. Income from investments and bank deposits is included in the accounts when due to be paid. Interest is included gross and dividends include the related tax credits.

**5. Stocks and work-in-progress**

Stocks and work-in-progress are valued at the lower of cost and estimated net realisable value. The valuation of books ready for sale and in process of production includes an appropriate proportion of production overhead expenses.

**6. Foreign currency**

Bank balances held abroad are translated at the rates of exchange ruling on 31 December 1991. All gains or losses arising on translation have been dealt with in the Income and Expenditure Account.

**7. Library books, works of art and archive materials**

No value for items of this nature is included in these financial statements.

**8. Pension fund**

Contributions to the Institution's pension and life assurance scheme are charged to the Income and Expenditure account so as to spread the cost of pensions over employees' working lives with the Institution.

**9. Accounting by charities**

The Institution is aware of the need to communicate the details of its charitable purposes and activities to its members and the world in general. Guidelines are given in the Statement of Recommended Practice (SORP) No 2 *Accounting by Charities*, Council's Annual Report is prepared each year detailing the Institution's activities and achieving its finances. This report contains a summary of the financial statements: full accounts being available on request. The Annual Report is published in November.

**10. Cash flow statement**

The Institution has adopted Financial Reporting Standard No 1 and *Cash flow statements*.

**11. Prepaid expenditure – conferences**

In 1991 ... prepaid expenditure ... conferences ... (text partially illegible) ...

### INCOME AND EXPENDITURE ACCOUNT
For the year ended 31 December 1991

| | Income £'000 | Expenditure £'000 | 1991 Net £'000 | 1990 Net £'000 |
|---|---|---|---|---|
| **Finance** | | | | |
| Subscriptions & membership | 3 491 | 596 | 2 895 | 2 600 |
| Interest & dividends | 590 | 11 | 579 | 645 |
| Rents received | 156 | 40 | 116 | 195 |
| Sundry income | 1 | | 1 | |
| Depreciation | | 288 | (288) | (283) |
| | 4 528 | 925 | 3 405 | 3 298 |
| **Activities** | | | | |
| Central | 128 | 789 | (661) | (667) |
| Communications | 84 | 1 042 | (958) | (936) |
| Branches | | 572 | (572) | (586) |
| Technical | 1 732 | 2 990 | (1 258) | (1 105) |
| Qualifications | 308 | 883 | (577) | (450) |
| MEP Ltd | 2 812 | 3 112 | (300) | 17 |
| | 5 062 | 8 988 | (3 926) | (3 827) |
| Total income & expenditure | 9 590 | 9 913 | | |
| (Deficit) on ordinary activities for the year | | | (321) | (289) |
| **Accumulated fund** | | | | |
| Balance 1 January 1991 | | | 4 610 | 4 991 |
| Deficit on ordinary activities | | | (321) | (289) |
| Profit on sale of investments | | | 422 | 262 |
| Profit on sale of fixed assets | | | 3 | 5 |
| Special repairs to HQ, including fire safety work | | | (383) | (261) |
| From Hall improvements at HQ | | | | 12 |
| Professional fees re Institution property | | | | (229) |
| Amalgamation expenses | | | (47) | 119 |
| Balance 31 December 1991 | | | 4 109 | 4 610 |

**Note:** The categories of Activities used above were changed during the year to reflect the current pattern. The 1990 figures have been adjusted accordingly.

# ANNUAL REPORT

*Continued from previous page*

**BALANCE SHEET**
At 31 December 1991

| | Notes | 1991 £'000 | 1990 £'000 |
|---|---|---|---|
| **Fixed assets** | | | |
| Tangible assets | 1 | 1 242 | 1 574 |
| Investments | 2 | 2 983 | 2 900 |
| | | 4 225 | 4 274 |
| **Current assets** | | | |
| Stock | 3 | 353 | 310 |
| Debtors | 4 | 1 493 | 1 471 |
| Cash on deposit, at bank and in hand | 5 | 658 | 600 |
| | | 2 504 | 2 381 |
| **Creditors: amounts falling due within one year** | | | |
| Creditors | 6 | 786 | 1 007 |
| Deferred income | 7 | 1 344 | 908 |
| | | 2 130 | 1 915 |
| Net current assets | | 374 | 466 |
| Total assets less current liabilities | | 4 599 | 4 640 |
| **Creditors: amount falling due after more than one year** | | | |
| Provisions for liabilities and charges | 13 | 90 | - |
| | | 4 509 | 4 640 |
| Accumulated fund | | 4 509 | 4 640 |

The figures shown in this report are abridged from the full financial statements on which the report of the auditors was unqualified. Copies of those financial statements are available from the Public Relations Department in London.

**CASH FLOW STATEMENT**
For the year ended 31 December 1991

| | Notes | 1991 £'000 | 1990 £'000 |
|---|---|---|---|
| **Operating activities** | | | |
| Net cash inflow/(outflow) | 15 | 105 | (214) |
| **Exceptional activities** | | | |
| Front Hall improvements at HQ | | - | (122) |
| Professional fees re Institution property | | - | (22) |
| Amalgamation expenses | | (471) | (9) |
| Fire safety work at HQ | | (161) | (204) |
| Net cash outflow | | (133) | (247) |
| **Investing activities** | | | |
| Purchase of investments | | (1 245) | (711) |
| Sale of investments | | 1 543 | 1 099 |
| Purchase of fixed assets | | (103) | (279) |
| Sales of fixed assets | | 10 | 3 |
| Net cash inflow | | 186 | 112 |
| Increase/(decrease) in cash & cash equivalents | 5 | 158 | (349) |

**NOTES TO THE FINANCIAL STATEMENTS**
For the year ended 31 December 1991

**1. Fixed assets - tangible assets**

| | Freehold London £'000 | Freehold Bury St Edmunds £'000 | Short Leasehold Property £'000 | Furniture and Equipment £'000 | Total £'000 |
|---|---|---|---|---|---|
| **Cost** | | | | | |
| At 1 January 1991 | 521 | 256 | 44 | 1 616 | 2 437 |
| Additions | - | - | - | 163 | 163 |
| Disposals | - | - | - | (58) | (58) |
| At 31 December 1991 | 521 | 256 | 44 | 1 721 | 2 542 |
| **Depreciation** | | | | | |
| At 1 January 1991 | 73 | 22 | 968 | 1 063 |
| Eliminated on disposals | - | - | (53) | (53) |
| Amount provided | 5 | 1 | 282 | 288 |
| At 31 December 1991 | 78 | 23 | 1 199 | 1 300 |
| **Net book value** | | | | | |
| At 31 December 1991 | 521 | 178 | 21 | 522 | 1 242 |
| At 31 December 1990 | 521 | 183 | 22 | 648 | 1 374 |

**2. Fixed assets - investments**

| | 1991 Book value £'000 | 1991 Market value £'000 | 1990 Book value £'000 | 1990 Market value £'000 |
|---|---|---|---|---|
| Listed investments | | | | |
| Fixed interest | 364 | 369 | 459 | 462 |
| Equities UK | 2 204 | 3 655 | 1 875 | 3 106 |
| USA | 143 | 163 | 258 | 235 |
| Japan | 91 | 180 | 64 | 187 |
| Europe | 183 | 188 | 244 | 255 |
| | 2 985 | 4 557 | 2 900 | 4 245 |

The investments are managed by Schroder Investment Management Ltd.

| Movement of investments | Book value £'000 |
|---|---|
| At 1 January 1991 | 2 900 |
| Disposals | (1 160) |
| Additions | 1 245 |
| At 31 December 1991 | 2 985 |



**3. Stock**

| | 1991 £'000 | 1990 £'000 |
|---|---|---|
| Raw materials and consumable stores | 43 | 56 |
| Work-in-progress | 68 | 91 |
| Books ready for sale | 242 | 163 |
| | 353 | 310 |

**4. Debtors**

| | 1991 £'000 | 1990 £'000 |
|---|---|---|
| Trade debtors | 998 | 1 071 |
| Other debtors | 61 | 332 |
| Pre-payments | 434 | 68 |
| | 1 493 | 1 471 |

All trade and other debtors are due within less than one year. See the Accounting Policies Section concerning a change in accounting policy on prepaid conference expenditure.

**5. Cash on deposit, at bank and in hand**

| | 1991 £'000 | 1990 £'000 | Change £'000 | 1990 £'000 | 1989 £'000 | Change £'000 |
|---|---|---|---|---|---|---|
| Cash awaiting reinvestment | 166 | 356 | (190) | 356 | 239 | 117 |
| Short term investments | 600 | 110 | 490 | 110 | 450 | (340) |
| Other balances | (108) | 34 | (142) | 34 | 160 | (126) |
| | 658 | 500 | 158 | 500 | 849 | (349) |

**6. Creditors – amounts falling due within one year**

| | 1991 £'000 | 1990 £'000 |
|---|---|---|
| Trade creditors | 476 | 760 |
| Other creditors | 8 | - |
| Accruals | 201 | 167 |
| Taxation and social security | 101 | 80 |
| | 786 | 1 007 |

**7. Deferred income**

| | 1991 £'000 | 1990 £'000 |
|---|---|---|
| Deferred income | 1 344 | 908 |

Deferred income represents the value of membership subscriptions, journal subscriptions, property rents, and event income received in respect of the next calendar year.

**8. Mechanical Engineering Publications Ltd**

The whole of the issued share capital of this company is held by nominees on behalf of the Institution. The Institution has made a payment of £172 000 (1990 £185 000) to the company, which represents the value of work carried out by the company for the Institution. The cost to the Institution of making this contribution has been included in the Income and Expenditure Account under the activity corresponding to the type of work involved. The revenue in the hands of the company is included in its stated income figure of £2 812 000. This treatment has been adopted to convey the relative scale of each activity. The company's deficit of £300 000 (1990 surplus £17 000) is before its depreciation charge of £17 000 (1990 £25 000). This charge is included in the Finance section of the Income and Expenditure Account.

**9. Taxation**

The Institution is able, as a registered charity, to benefit from various exemptions to UK taxation. Mechanical Engineering Publications Ltd is subject to Corporation Tax.

**10. Meeting expenses reimbursed to Members of Council**

| | 1991 £'000 | 1990 £'000 |
|---|---|---|
| Travelling and subsistence expenses | 13 | 13 |

**11. Staff**

| Average numbers of staff employed | 1991 | 1990 |
|---|---|---|
| The Institution | 168 | 155 |
| MEP Ltd | 39 | 37 |
| | 207 | 192 |

| Employment costs | 1991 £'000 | 1990 £'000 |
|---|---|---|
| Salaries and benefits | 3 502 | 2 987 |
| Employer's social security costs | 254 | 219 |
| Employer's pension costs | 458 | 410 |
| | 4 014 | 3 616 |

**12. Pensions**

The Institution operates a pension scheme providing benefits based on final pensionable salaries. The assets of the scheme are held separately from those of the Institution. Contributions to the scheme are charged to the income and expenditure account so as to spread the cost of pensions over employees' working lives with the Institution. The contributions are determined by a qualified actuary on the basis of triennial valuations using the projected unit credit method. The last valuation was as at 1 January 1991. The assumptions which have the most significant effect on the results of the valuation are those relating to the rate of return on investments and the rates of increase in salaries and pensions. It was assumed that the investment returns would be 8.5% per annum than salary increases would average 7.5% per annum and that present and future post retirement pensions would increase at the rate of 3.0% per annum on post April 1988 Guaranteed Minimum Pension (GMP) with a 5.0% per annum increase on the excess over GMP.

The most recent actuarial valuation showed that the market value of the scheme's assets was £7 133 000 and that the actuarial value of those assets represented 104% of the benefits that had accrued to members, after allowing for expected future increases in earnings. In recommending that the contributions of the institution and employees be maintained at 18% and 9% of earnings respectively, the actuary took into account the equalisation of scheme benefits for men and women introduced on 1 January 1991. The pension charge for 1991 was £458 000, including a special contribution of £43 000, (1990 £410 000), based on a normal cost of £447 000. In 1990 the normal cost was £434 000, this was on the basis of the contributions recommended under the actuarial valuation as at 1 January 1988 and prior to the equalisation of benefits. The surplus revealed in the valuation as at 1 January 1991 is being amortised over 15 years, the average remaining service lives of employees.

**13. Provisions for liabilities and charges**

The £100 000 represents a provision for a future dilapidations liability in respect of 16-18 Old Queen Street, Westminster.

The Institution holds a lease from the landlord of the property which expires on 24 June 2008. A sublease was granted by the Institution which has subsequently expired. During the year the tenant paid the Institution £100 000 in respect of dilapidations for their period of occupation of the property.

As the Institution will have an, as yet, unquantified liability to the landlord for dilapidations when the original lease expires in 2008, it has been deemed prudent to carry the £100 000 in the accounts as a provision for future dilapidations.

On 12 February 1992 the Executive Committee of Council accepted (subject to Council ratification at its meeting on 25 March 1992) an offer for the remaining period of the lease. If this offer reaches completion the £100 000 will be treated as a capital receipts in the year when that takes place.

**14. Auditor's remuneration**

| | 1991 £'000 | 1990 £'000 |
|---|---|---|
| Fees charged in respect of the Institution, MEP Ltd and Trust Funds | 29 | 31 |

During the year a further £8 000 was paid in respect of non-audit work.

**15. Reconciliation of deficit on ordinary activities to net cash inflow from operating activities**

| | 1991 £'000 | 1990 £'000 |
|---|---|---|
| (Deficit) | (521) | (209) |
| Depreciation charges | 288 | 303 |
| (Increase) in stocks | (43) | (70) |
| (Increase) in debtors | (22) | (101) |
| (Decrease) increase in creditors | (221) | 17 |
| Increase (decrease) in deferred income | 446 | (111) |
| Increase in provisions | 100 | - |
| Net cash inflow (outflow) from operating activities | 105 | (214) |

# Legal and administrative details

**Legal status**
Royal Charter, 22 April 1930
Charity registration number: 206882

**Bankers**
National Westminster Bank plc
PO Box 269
66 Trafalgar Square
London WC2N 5EE

**Auditor**
Coopers & Lybrand Deloitte
Mount Pleasant House
Huntingdon Road
Cambridge CB3 0BE

**Investment advisors**
Schroder Investment Management Ltd
36 Old Jewry
London EC2R 8BS

**Registered address**
1 Birdcage Walk
London SW1H 9JJ
Telephone: 071-222 7899
Facsimile: 071-222 4557
Telex: 917944 IMELDN

COMING UP AT IMECHE PROFESSIONAL DEVELOPMENT EVENTS

# Auto extravaganza set for big impact

OVER June 7-11 IMechE will host what promises to be one of the largest gatherings of automotive engineers in the UK for many years, bringing together an expected 1000 delegates at the Queen Elizabeth II Conference Centre in Westminster to hear and discuss nearly 200 papers.

It is a mark of the international significance of this, the FISITA '92 congress that approximately 70% of the papers will be presented by authors from as many as 19 countries.

Today's global auto industry faces new challenges and opportunities in response to increasing public awareness of the impact of motor vehicles on society. These are well represented in FISITA's technical programme themed Automotive technology serving society.

Five key areas address major aspects of technology in dynamics, production and safety as well as current developments to meet environmental concerns and customers' aspirations.

## Latest developments

Dynamics will form the largest part of the programme covering vehicle suspensions, transmissions handling and engine structures.

Two major sessions will highlight advances in active and semi-active suspensions investigating high frequency distribution response of vehicle suspension and developments in the broad bandwidth active suspension concept.

Transmission systems and control strategy will be examined in presentations including electronic control (Torotrak) and push belt technology for CVT applications. There will also be a study of the widely accepted but little known science of viscous coupling.



Research has been done by UK's Transport and Research Laboratory into front underrun guards which prevent the higher structure of an HGV penetrating a passenger compartment. The underrun guard provides a surface for the stiffer, energy absorbing areas of the car structure to react against. If the guard is made to absorb energy during its collapse the 'ride down' distance available to belted occupants in the car can be increased still further. Vehicle safety – what are the needs? by J Wall presents aspects of TRRL's research into frontal and side impact protection, total risk analysis, pedestrian safety and accident avoidance measures.

Latest developments in vehicle handling, including four wheel steering and synthetic control systems, prediction and modelling of vehicle handling will be reviewed, with a significant study on the braking behaviour of commercial vehicles while turning.

Major sessions on engine structures will consider alternative power trains along with the gas turbine electric vehicle concept and stratified charge two-stroke engine.

## A 'green' aspect

The theme Vehicle and the environment goes one step further in response to ever tightening emission standards by examining a range of new technologies and fuels. Setting the scene, the first session will consider environmental impact of transport with papers from North America detailing measures to promote zero emission vehicles in Southern California and worldwide health impacts of vehicle pollution.

Following this will be new technologies for engine development, fuel quality, combustion and after treatment technology, in-service and analytical measuring as well as vehicle noise emissions and vehicle recycling, with details of BMW's car recycling project.

As industry has responded to consumers' environmental concerns so in recent years it has become aware of the importance of customer satisfaction and the demanding engineering task of achieving significant perceived improvement. Engineering for the customer examines noise and vibration – one area of refinement where considerable progress has been made. This will be addressed in three seminars covering perception and investigation of noise through its measurement and assessment, to techniques used to tackle noise problems in actual components.

## Customer satisfaction

On the manufacturing side papers will range from design of car seats and truck cabs to use of simulators, with case studies on actual vehicles.

Products must satisfy the customer and be delivered at a competitive price in an ever decreasing lead time to market. There are limits to the levels of business performance that can be achieved through manufacturing practice. The theme Integration of design and manufacture will address the product introduction process.

A revolutionary change in the way products are brought to market place is urgently needed if business is to remain competitive. This session will bring together work and experience of leading research institutions and companies who have developed and implemented philosophies, methods, tools and techniques, to support this competitive drive. Emphasis will be on management and organisational issues, design methods and techniques, computer support, and education and training augmented wherever possible with case studies.

In the fifth and final theme, congress will explore developments in safety, with papers on safety needs and international harmonisation including proposed European regulations. Safety, the vehicle and the road, will consider primary and secondary safety vehicle guidance systems and side impact resistance.

Human interface with the vehicle is to be reviewed in a session on driver behaviour and heavy vehicle safety. Roll over resistance of bus structures and car underrun will be embraced in relation to front bumpers.

Each of the five themes could be major conferences in their own right. Instead they will provide delegates with a broad and rounded view of best developments within the automotive industry.

Engineers who wish to register should contact IMechE's Conference Department on 071 222 7899.

FISITA (la Fédération Internationale des Sociétés d'Ingénieurs des Techniques de l'Automobile) established in 1948 has grown to become a world-wide federation of 28 automotive engineering societies providing the most broadly based forum in the world for the exchange of information on automotive engineering. Its objective is to promote development of the automobile, the automotive industry and its component parts and its use, by the exchange of experience and accomplishments between members of affiliated associations.

---

# Take on board the maintenance challenge

DURING the next two months a series of events has been organised to help engineers meet the challenge of reducing maintenance costs.



May 5 sees the very first meeting of UK TPM Club taking place at ICE HQ. Organised by IMechE it will feature executive director of the Japanese Institute of Plant Maintenance, Tokutaro Suzuki speaking on total productive maintenance's (TPM) concept.

This will be followed by a presentation on the UK scene and open discussion with 15 senior visiting Japanese engineer.

As a follow-up, two one-day courses have been organised for Wednesday May 6 in Warrington, and Thursday May 7 in London. They will deal with advantages of a TPM approach to equipment effectiveness and its application in a UK environment.

For engineers who want to see where TPM first began in Japan a fact finding mission has been organised over May 15-23.

As a study tour this will provide an opportunity to visit four of Japan's most successful companies who have implemented TPM and received excellence awards. Guests will hear from experts how companies can realise their aspirations to become world class.

The International Centre in Birmingham will host the next productive maintenance event over June 16-17 — an international conference, workshop and study tour. This will provide a unique opportunity for those already well down the TPM route as well as those just starting to learn from industrial experts, say the organisers. Delegates will visit Land Rover — one of UK's outstanding plants committed to TPM — and will participate in practical workshops.

The business challenge aspect of maintenance will be the subject of an IMechE Railway Division conference at the Centennial Centre, Birmingham over June 16-17, designed to create business advantage for attendees.

The event will examine current maintenance strategies and techniques applied to rolling stock, and their contributions to achievements of business objectives in a railway environment.

It will also explore opportunities offered by developments in maintenance systems and technology, and how they can be applied to the benefit of future performance.

The business challenge of maintenance has to be realised by professional engineers, whether in manufacturing, supply, maintenance, or general management. These events will help engineers realise this goal, say the organisers.

Contact Liza Hearst for more details on 071 222 7899 ext 224.

---

# The art of rapid designing

THE fourth in a series of seven seminars grouped under the generic theme The new product process is to be staged at IMechE HQ on May 27.

Data organisation for rapid design will tackle current issues concerning design engineers aiming to achieve greatly reduced product design leadtimes by 50% to 70%.

The morning session will include design data validation, how to search and identify relevant international standards and current EC legislation. Sources of new materials information and data will also be established.

Case studies will provide real examples of company experience in implementing design technology. The main topics addressed will be use of hypermedia in design, making the transition to a concurrent design environment, how to control design review, and approval process for reduced leadtimes.

A series of demonstrations will be given to show current technology capabilities.

Further details are available from Jane Culcheth on 071 973 1301.

---

COMING UP ON OTHER PAGES: ★ Booking service 12 ★ Lectures and meetings 12 and 14 ★ Branch meetings 13 ★ Seminars and conferences 14 ★ IMechE's diary 14 ★ Call for papers 15

## COMING UP AT IMECHE BRANCH TECHNICAL AND SOCIAL EVENTS

### BOOKING SERVICE

## Sussex & Surrey Panel
## South Eastern Branch

### CHANNEL TUNNEL LECTURE

A follow up to previously successful lectures on the Channel Tunnel project, this lecture will cover the transportation system, presented by Richard Storer, civil engineering manager, Eurotunnel.

The event will be held at 6.30pm on **Tuesday May 12**, at the Conference Centre, Crawley College, Crawley.

Admission to the meeting is free but by ticket only. An optional buffet with wine will follow the meeting, cost £5 per person.

Please complete the slip below and send with a SAE complete with cheque (if appropriate) to D H Webb TD, tel 0342 714336.

✂ .......................................................................

To: D H Webb TD, Little Sorrel, New Domewood, Copthorne, W Sussex RH10 3HE.

Name ................................................................

I require ...... ticket(s) for the Channel Tunnel lecture on May 12.
I do/do not wish to attend the buffet and enclose a cheque (payable to IMechE SE Branch) for £......

Address ...........................................................

..........................................................................

..........................................................................

.......................................... Tel ......................

## Aberdeen Panel
## Scottish Branch

### SUMMER VISIT
Peterhead Power Station

A visit has been organised to Peterhead Power Station on **Saturday June 6**. Meet at 10am at the station. Please return slip below to John Torrance, Carsecraig, 46 Snipe Street, Ellon, Aberdeenshire AB41 9FW. Tel 0224 595763.

✂ .......................................................................

To: John Torrance, Carsecraig, 46 Snipe Street, Ellon, Aberdeenshire AB41 9FW. Tel 0224 595763.

I wish to attend the visit to Peterhead Power Station.

I should like to bring ...... guests.

Name ................................................................

Address ...........................................................

..........................................................................

..........................................................................

.......................................... Tel ......................

## Western Centre
## Automobile Division

### SUMMER SOCIAL
Haynes Motor Museum

The Western Centre Committee summer social will be held at Haynes Motor Museum, Sparkford, nr Yeovil on **Friday June 12**, 7pm. 250 exhibits will be on display spanning 100 years of motoring history.

Tickets are £9 for adults and £7.50 for children between 5 and 16. Under fives free. These prices include a buffet. A licensed bar will be available.

This is a ticket only event and booking is essential, through Roger Trubridge, 7 Walnut Close, Nailsea, Bristol BS19 2YH.

✂ .......................................................................

To: Roger Trubridge, 7 Walnut Close, Nailsea, Bristol BS19 2YH.

I should like ...... adult ticket(s) and ...... ticket(s) for the summer social on June 12.

Name ................................................................

Address ...........................................................

..........................................................................

..........................................................................

.......................................... Tel ......................

## Wessex Branch

### BEHIND THE SCENES VISIT
National Motor Museum, Beaulieu

On Friday **May 29**, 6.45 for 7pm, a conducted tour of Beaulieu Motor Museum and stores, lasting approximately two hours, will be given by Michael E Ware, curator and Douglas Hill, workshop/museum supervisor.

See the museum by night and vehicles and artefacts not on display to the public.

Due to the level of access to exhibits this is limited to members and their guests over 18 years of age. Tickets cost £4 each. Early booking is recommended to avoid disappointment. Send reply slip below to Adrian Bennett, 56 Stokes Ave, Poole, Dorset BH15 2EB. Tel 0202 665566 ext 6706 (9-4pm) or 0202 673148 (9 to 10pm).

✂ .......................................................................

To: Adrian Bennett, 56 Stokes Ave, Poole, Dorset BH15 2EB.

Please send me ...... tickets at £4 each. I enclose remittance of £........ Cheques made payable to IMechE Wessex Branch.

Name ................................................................

Address ...........................................................

..........................................................................

.......................................... Tel ......................

## North Western Branch

### ENGINEERS' BALL
June 27
Britannia Hotel
Portland Street
Manchester

Live jazz band, late bar 'till the small hours, dinner, wine and cocktail, price £20. Evening dress preferred. Accommodation available at the hotel, £50 b&b double, £30 b&b single.

For further details contact D Thirlby, Thirlby Publicity, 9 Leicester Street, Northwich, Cheshire. Tel 0606 42279.

✂ .......................................................................

To: D Thirlby, Thirlby Publicity, 9 Leicester Street, Northwich, tel 0606 42279.

I should like ...... tickets for the Engineers' Ball. I do/do not require accommodation at the Britannia Hotel at the rates quoted. I enclose a cheque made payable to IMechE NW YMS for £...... and enclose a list of names and addresses of my guests.

Name ................................................................

Address ...........................................................

..........................................................................

.......................................... Tel no. ...............

## Northern Panel
## Greater London Branch

### GUEST EVENING
Weather forecasting — how it is done

On **Friday May 22**, following a sherry reception at 7pm, a talk will be given by Dr Starr of the London Weather Centre. It will begin at 7.30pm at Middlesex Polytechnic, Bounds Green Road, London N11, followed by buffet supper with wine. Cost £6.50 each.

Return the reply slip below to M Foster, 149 Squires Lane, Finchley, London N3 2AA, tel 081 346 5335.

✂ .......................................................................

To: M Foster, 149 Squires Lane, Finchley, London N3 2AA, tel 081 346 5335.

Please send ...... tickets at £6.50 each. I enclose remittance at ...... Cheques made payable to IMechE GLB Northern Panel.

Name ................................................................

Address ...........................................................

..........................................................................

Tel (work)................. Tel (home).................

## Eastern Branch

### SUMMER MEETING
Come and meet your President

The summer meeting will be held on board a Stena ferry which sails from Harwich to the Hook of Holland on **June 13** at 11 am and arrives back at Harwich 7am on **Sunday June 14**.

During the outward journey there will be a talk by a senior member of the engineering staff.

On arrival at the Hook there will be a coach tour lasting approximately two hours. Dinner will be served on the return journey.

The cost of the meeting including coach tour, dinner and cabin accommodation for the night of June 13 will be £35 each. This does not include parking fee (about £3) at Parkeston Quay, lunch, wines and breakfast.

Payment must accompany order for ticket(s). Any reduction in the final cost will be refunded. Send coupon to A E B Kearsey, 27 Lynton Road, Thorpe Bay, Southend on Sea, SS1 3BE.

✂ .......................................................................

To: A E B Kearsey, 27 Lynton Road, Thorpe Bay, Southend on Sea, SS1 3BE.

Please send me ...... ticket(s) at £35 per person for the summer meeting. I understand that because of conditions of booking with Stena it will not be possible to be reimbursed for any unused ticket.

I enclose a cheque for the sum of £...... made payable to Eastern Branch, IMechE, and look forward to receiving further details.

Name ................................................................

Address ...........................................................

..........................................................................

.......................................... Tel no. ...............

## Wessex Branch

### VISIT
Sunseekers International

The Wessex Branch has organised a visit to Sunseekers International — successful international luxury power boat manufacturers (recently featured on TVS Exporter of the year programme), on **Thursday July 2**. Those attending should meet at 2pm at Sunseekers International, West Quay Road, Poole.

Numbers are limited to 12 so early booking is recommended. Send reply slip below to Adrian Bennett, 56 Stokes Avenue, Poole, Dorset BH15 2EB, tel 0202 665566 ext 6706 (9am to 4pm), or 0202 673148 (8 to 10pm).

✂ .......................................................................

To: Adrian Bennett, 56 Stokes Avenue, Poole, Dorset BH15 2 EB. Tel 0202 665566 ext 6706 (9am to 4pm), or 0202 673148 (8 to 10pm).

I wish to book ...... place(s) for the visit to Sunseekers International on July 2.

Name ................................................................

Address ...........................................................

..........................................................................

..........................................................................

.......................................... Tel ......................

### LECTURES & MEETINGS

**CALS technical meeting**
Computer aided acquisition and logistic support (CALS) is a strategy for managing integration and automatic interchange of computer-based information.

It has its roots in requirements identified by the US Department of Defence for design, manufacture and support of large, complex systems.

A technical meeting will be held at IMechE HQ on **May 14** to provide an awareness of the background and current status of the CALS initiative with particular reference to Europe, and to a concurrent engineering approach. Tools, techniques and emerging standards will be reviewed as will managing a CALS strategy. The application of CALS will be illustrated and benefits identified.

Jane Culcheth has more details on 071 973 1301.

**Innovation, profits and investment — the lifeblood of manufacturing industry**
Ronald Garrick, chief executive and MD of Weir Group plc is to present this year's Engineering Manufacturing Forum lecture on **May 13**.

Organised by the Fellowship of Engineering, and co-sponsored by IMechE and IEE, the lecture will provide reasons for past UK performance, both good and bad, highlighting key ingredients for future success from a manufacturer's experience and viewpoint.

● Lecture is at 6pm in the John Anderson Theatre of Strathclyde University. Admission is free but by ticket only, available from Christa Langan, The Fellowship of Engineering. Tel 071 222 2688.

Continued on page 14

## COMING UP AT IMECHE: BRANCH TECHNICAL AND SOCIAL EVENTS

## BRANCH MEETINGS

### EASTERN

This house believes the world needs nuclear power: Debate. For — Dr J Gittus, director general, British Nuclear Forum. Opposer — C Bennett, consulting engineer and chairman of Shut down Sizewell campaign. WED MAY 6, 7.30pm. Cambridge Union Debating Hall, Cambridge. Bill Lewis, tel 0462 811550.



Dr John Gittus

### EAST MIDLANDS

Caravans: Visit and social event followed by pub supper. WED MAY 13, 7pm. John Waterfield for ticket, tel 0332 792523 (home).

### GREATER LONDON

Visit: Stansted Airport. WED MAY 6. Fully booked.

I've read o' men dying when you hit 'em fair on the breastbone: Lecture by Prof D Taylor, Dept of Mech Engg, Brunel University. THURS MAY 7, 7 for 7.30pm. Mech Engg common room, Howell Bldg, Brunel University, Uxbridge. NW Panel guest evening. Contact J B Lloyd on 081 950 1416.

The Morgan car, yesterday and today: Lecture. WED MAY 13, 6.30 for 7pm. Lewisham College. Cancelled.

Modernising Network South East: J Vine, project director. THURS MAY 21, 7 for 7.30pm. Kingston Polytechnic, Penrhyn Road. SW Panel meeting. Light refreshments.

Human powered ornithopters: Lecture by Bryn Bird. THURS MAY 21, 6.30 for 7pm. L e w i s h a m C o l l e g e, Breakspears Road, London. Ivor Gotheridge, tel 081 857 6039.

Historic engineering works in Greater London: Lecture by Dr D Smith. THURS MAY 21, 7 for 7.30pm. Room G9, Croydon College. Southern Panel. Light refreshments.

Weather forecasting — how it is done: Lecture at the London Weather Centre. FRI MAY 22, 7 for 7.30pm. Middlesex Polytechnic, Bounds Green. Northern Panel guest evening. Lecture to be followed by wine and buffet supper. Tickets from M Foster, tel 081 346 5335.

Luncheon club: FRI MAY 29, 12 for 12.30pm. Croydon College. L Summers, tel 081 660 3558.

### MERSEYSIDE AND NORTH WALES

Queen's Silver Jubilee competition: Merseyside, North Wales and North West. JUNE. Liverpool University. Date and times to be confirmed. J Ollivier, School of Engineering Science, Harrison Bldg, University of Liverpool, Brownlow Hill, PO Box 147, Liverpool L69 3BX, for entry forms and information.

### MIDLANDS

Visit and paper: Climatic wind tunnel. Dr C Hickman, MIRA. TUES MAY 5, 6.30pm. MIRA. Coventry AD Centre sec.

Visit and lecture: Visit to Dunlop Aviation followed by lecture on aircraft brake manufacture by J Whelan, Dunlop. Coventry. MON MAY 11, 7pm. Holbrook Lane, Coventry. PI Div sec Midlands, D C Woodward, tel 0203 464363.

Visit: Severn Trent Water, Frankley. TUES MAY 12, 7pm. PI Div (West Midlands) sec, A J Leigh.

Ford Zeta engines: Talk by G Gould and C Beckley, Ford. TUES MAY 12, 7.30pm. Coventry Polytechnic. Coventry AD YM sec, D Mossop.

History of Michelin in Stoke on Trent: Talk by P Nibblit. TUES MAY 19, 7 for 7.30pm. Post House Hotel, Newcastle. Joint with and organised by IEE. J Banks, tel 0785 760149.

Visit: CMB food packaging. WED MAY 20, 7.30pm. Worcs sec H Robinson. Limited to 20 people.

### NORTH EASTERN

Design of high gain flight control systems: Lecture by B Caldwell, BAe. TUES MAY 5, 5.30 for 6.15pm. Marc Court, University of Newcastle upon Tyne. Joint with IEE. Contact P C Cooper, tel 091 276 3322.

National Motorcycle Museum, Birmingham. SUN MAY 10. D Andrews, tel 0642 602221 for details and to reserve a place. Cost £5.

Pressure systems and transportable gas containers regulations 1989: Lecture by J Lee, National Vulcan. TUES MAY 12, 7.30pm. Cad-cam Centre, Middlesbrough. D Bell, tel 0642 602221.

AGM: TUES MAY 19, 7pm. Swallow Hotel, Stockton. D Andrews, tel 0642 602221.

### NORTH MIDLANDS

The JCB fastrac: Lecture by K Bradley, JCB. TUES MAY 5, 7.30pm. Dept of Mech Engg, Leeds University. D Bradley, tel 0484 682227. IAgE/AD.

Visit: Interface Flooring Systems (UK) Ltd, non woven carpeting. B Thompson, manufacturing director. THURS MAY 14, 6.30pm. Shelf Mills, Shelf, Halifax. Contact D Bradley to reserve places on tel 0484 682227. HH Panel.

Summer evening visit: West Yorkshire Transport Museum, including a ride on one of the buses. TUES JUNE 2, 7pm. Ludlam St Depot, Mill Lane, Bradford. Contact D Bradley to obtain tickets tel 0484 682227. £1.50 for bus and entry.

### NORTH WESTERN

Social occasion: The engineers' ball. SAT JUNE 27, 7.30 for 8pm. The Britannia Hotel, Manchester. Tickets £20 from Thirlby Publicity, tel 0606 42279.

### SCOTTISH

Summerlee Heritage Trust: MON MAY 11, Assemble at Summerlee at 6.30pm. Allan McNeill, tel 041 883 7036. Please complete form on programme sheet and return to hon sec.

Visit: Lewis C Grant. TUES MAY 19, 7 for 7.30pm. Dysart, Kirkcaldy. C Spencer, tel 031 652 1807 (eve).

Summer visit: Peterhead Power Station. SAT JUNE 6, meet at 10am. Peterhead Power Station. John Terrance, tel 0224 595763. See coupon in this issue.

### SOUTH EASTERN

The Channel Tunnel transportation system: Lecture by Richard Storer, civil engineering manager, Eurotunnel. TUES MAY 12, 6 for 6.30pm. Conference Centre, Crawley College, Crawley. D H Webb, tel 0342 714336. Optional buffet supper after at £5 per person. See reply slip in this issue.

Vacuum pumping in the chemical industry — a green approach: Lecture by speaker from Edwards High Vacuum International. THURS MAY 14, 6 for 6.30pm. Room C005. Crawley College, Crawley. K M Ransom, chairman YM Sec, tel 0903 232195 (home) or 0273 454461 (work). Light refreshments.

Mini voyage and tour: Includes sight seeing, lectures and social events in Belgium. Various speakers with Belgian, French Members of ISF and IMechE. SAT MAY 23 to MON MAY 25. 7 J Pugh, tel 0843 592518 (home) or 071 973 1303. See entries in EN.

Family day and picnic: Tour of the facility. SAT JUNE 6, from 11am. Visit to Riverfield Carp Fish Farm at Marden, Kent. Alan Greig, tel 0622 744470 (home) or 0580 891767 (work).

### THAMESWEY

Dinner: Panel. R I M Arburton, director of Passenger Services, London Underground Ltd. FRI MAY 12. Kings Arms, Amersham. W T File, tel 0844 208046.

Visit: IMechE Library, Birdcage Walk. Annette Watts, library officer. WED MAY 13, 1pm depart Oxford Poly. Douglas Higgins, tel 0865 819507 or 0865 63473. YMS.

Visit: Deenzan, Control Specialists, High Wycombe. WED MAY 20, 1pm depart Oxford Poly. Douglas Higgins, tel 0865 819507 or 0865 63473. YMS.

Tidal power: Lecture and buffet. Dr M Ralph, N E I Parsons. WED MAY 20, 6pm buffet and 7pm lecture. Foster Wheeler Lecture Theatre, Aldwych House, Blagrave Street, Reading. Graham Rice, 33 Gordon Road, Thatcham, Newbury RG13 3DE. Tel 0635 865120. If not available ring Les Coward on 0734 472670.

Visit: Cardington museum and aerodrome. FRI JUNE 12. J M P Calnan, tel 02406 4978 (home).

Visit: Rover at Cowley, Oxford. Date to be finalised — May or June. Douglas Higgins, tel 0865 819507 or 0865 63473. YMS.

### WESSEX

Visit: Sunseekers International — successful international luxury power boat manufacturers. THURS JULY 2, 2pm. Sunseekers International, West Quay Road, Poole. Adrian Bennett, 56 Stokes Ave, Poole, Dorset BH15 2EB. Tel 0202 665566 ext 6706 (9 to 4pm), or 0202 673148 (8 to 10pm). Numbers are limited to 12 so please book early to avoid disappointment. See coupon in this issue.

Behind the scenes visit: National Motor Museum, Beaulieu. FRI MAY 29, 6.45 for 7pm. National Motor Museum, Beaulieu. Visit lasts approx two hours. Adrian Bennett, 56 Stokes Ave, Poole, Dorset BH15 2EB. Tel 0202 665566 ext 6706 (9 to 4pm), or 0202 673148 (8 to 10pm). Numbers are limited to 12 so please book early. See coupon in this issue. Joint between Bournemouth and Southampton Panels.

### AUTOMOBILE DIVISION

The JCB fastrac: Lecture by K Bradley, JCB. TUES MAY 5, 7.30pm. Dept of Mech Engg, Leeds University. D Bradley, tel 0484 682227. IAgE/AD.

Visit and lecture: Visit to the Climatic Wind Tunnel, MIRA followed by lecture by Dr C Hickman, director of R&D, MIRA. TUES MAY 5, 6.30pm. visit, 7.30pm lecture. MIRA Proving Ground, Nuneaton. Warwickshire. A D Beach, tel 0203 348541.

Continuously variable transmission: Lecture by Chris Greenwood, Torotrack (Development) Ltd. TUES MAY 12, 6.45 for 7.15pm. British Commercial Vehicle Museum, Leyland, Lancs. Terry Spall, tel 0772 422911 ext 273. Please note anyone wishing to look around the museum may do so from 5.30pm. Light refreshments are available from 6.45pm.

Ford rally operations: Evening presentation by Ford representatives. TUES MAY 12, 7.30pm. Coventry Polytechnic. D Mossop, hon sec, tel 0203 303060 ext 6763.

Student talks competition: An undergraduate from each of Birmingham and Coventry Polytechnics and Universities has been chosen by pre-heat talks for this competition. WED MAY 13, 6 for 6.30pm. Birmingham Medical Institute, 36 Harborne Road. This event is intended to provide public speaking experience to the young engineers. Members are requested to give their support. Wine and buffet meal will precede talks.

Young engineers into Europe: Visit. Porsche, Renault Motor Sport, FSA, M Benz. FRI MAY 15 to TUES MAY 19. F McBride visits' secretary, tel 0926 644424.

Alternative propulsion systems and development of electric vehicles: Seminar. WED MAY 20, 7.30pm. Crest Hotel, Basildon. Richard Folkson, tel 0268 703128.

Summer evening visit: West Yorkshire Transport Museum, including a ride on one of the buses. TUES JUNE 2, 7pm. Ludlam St Depot, Mill Lane, Bradford. Contact D Bradley to obtain tickets on 0484 682227. Cost £1.50 for bus and entry.

Summer social: Haynes Motor Museum, Sparkford, nr Yeovil. FRI JUNE 12, 7pm.

Haynes Motor Museum, Roger Trubridge, 7 Walnut Close, Nailsea, Bristol BS19 2YH. Admission by ticket only. Cost £9 adults and £7.50 children.

### PROCESS INDUSTRIES DIVISION

Visit: Dunlop Aviation and lecture on aircraft brakes manufacture, by J Whelan, director, Dunlop Aviation. MON MAY 11, 7pm. Dunlop Aviation. D C Woodward, tel 0203 464363 or 0203 688771.

Visit: Severn Trent Water, Frankley Treatment Works. TUES MAY 12, 7pm. Severn Trent Water, Frankley Works. M A Leeke, tel 0562 882976.

AGM: Followed by conducted tour of the bridge by M L Stockwell, Bridgemaster. WED MAY 13, 7pm AGM, 7.30pm tour. Both at Humber Bridge. J Laird, tel 0469 577695 or 0652 34010 (eve).

### RAILWAY DIVISION

Visit: Manchester Light Rail Transport. THURS MAY 21. Meet at G Mex Station, Inbound platform, 2pm. Car parking available at G Mex. D Reeves, tel 0325 469419.

While every effort is made to ensure accuracy, members are advised to check with branch organisers before planning a journey. Branch organisers are asked to check entries immediately on publication.

## SE Branch to visit UK TPM award winner

A FEW places still remain for the South Eastern Branch visit to Gent in Belgium over the Spring Bank Holiday weekend, May 23-25.

A busy itinerary includes visits to Bruxelles to see the flower, bird and antiques markets, together with museums and buildings old and new, and a trip to Waterloo, Autoworld and tram museums.

Bank Holiday Monday will be devoted to technical visits, including Volvo Cars — the first non Japanese company to win the Total Productive Maintenance award from the Japanese Institute of Plant Maintenance.

Tickets will cost £180 including travel from Dover and wine and meals. These are available, with more details from Peter Pugh on 071 973 1303 or 0843 592518.

**SPECIAL HOME HOURS FOR MECHANICAL ENGINEERS**

If you've decided to move house - there's rarely been a better time. House prices are so much cheaper, there's no stamp duty to pay until 19th August 1992 and interest rates are lower than they've been in years.

However, moving may also mean greater financial commitment.

This is why Frizzell have negotiated a new kind of Home Mover's Mortgage - especially for Mechanical Engineers. Funds are, however, restricted so it's first come, first served. Apply now - so that you don't miss out.

You pay a reduced rate of interest during those first years of home ownership when it's so important to keep costs down.

In addition you save even more money in the first year with:
- No hidden fees or extra costs for arranging your mortgage.
- A contribution of up to £100 towards legal costs on completion.
- Refund of valuation fees on completion.
- Fixed price solicitors fees.

To obtain a no-obligation quotation, simply phone the Mechanical Engineers Home Mover's Hotline FREE on 0800 252 171 and ask for Dept. 52E, or return the coupon to Frizzell (L&P), Dept. 52E, FREEPOST, London E1 6BR (no stamp needed).

**REDUCE YOUR MORTGAGE PAYMENTS FOR 5 YEARS WITH A MORTGAGE ENGINEERED FOR YOU**

Phone the Mechanical Engineers Home Mover's Hotline
FREE 0800 252 171
and ask for Dept. 52E
Lines are open Mon. - Fri. 9am - 8pm

**FRIZZELL**
Where customer care comes first

**MECHANICAL ENGINEERS HOME MOVER'S MORTGAGE**
Name: Mr/Mrs/Miss/Ms
Address
Post code
Daytime telephone no.
Value of property you wish to purchase £
Amount of mortgage required £
Sole/Joint Mortgage?
Sole/Male Earner details
Name Mr/Mrs/Miss/Ms?
Date of birth
Occupation
Annual salary gross £
Salary increase 6/12 months? £
Self/Employed/Unemployed?
Smoker Yes/No

*For your application please supply as much detail as you can on a separate piece of paper.*

*Your home is at risk if you do not keep up repayments on a mortgage or other loan secured on it.*

Frizzell Life & Financial Planning Limited, Frizzell House, 14/22 Elder Street, London E1 6DF. A life insurance agency only. FIMBRA does not regulate this service, however area associated life policy will be covered by the FIMBRA rules. Written quotations are available on request. Frizzell Life and Financial Planning Limited is a licensed credit broker.

# COMING UP AT IMECHE: PROFESSIONAL DEVELOPMENT EVENTS

## SEMINARS & CONFERENCES

### Developments in pressure vessel technology

Second in a series of three seminars organised by IMechE's Pressure Systems Group, the British Standards Institution and University of Strathclyde, a seminar on May 8 will look at design aspects in pressure vessel technology in relation to relevant standards, principally BS5500, BS806 and BS2654.

Topics will include, among others, a new design method for saddle supported cylinders, stress classification and the use of notch analysis, and numerical analysis results in assessment procedures.

Deborah Kielty has further details on 071 222 7899 ext 226.

### 21st century aero engine design — 1992 scenario

The fourth in a biennial series of seminars, billed for May 7-8, will establish a forum for discussion between aerospace engineers.

Technical background for the event, which will be staged at St Catherine's College, Oxford, continues to be based on significant advances or changes in a wide range of technologies, environmental issues, and marketing requirements associated with aircraft, expected to influence concept and design of the aircraft propulsion unit.

Discussion topics will include engine/airframe interface, hypersonic and supersonic propulsion, combustion and the environment, also innovations for 21st century powerplant.

Helen Griffiths or Uloma Otuonye can supply more details on 071 973 1245/1309.

### Current and future UK and EC food industry directives

The European food industry is in the midst of being standardised by the adoption of common manufacturing facilities, operating standards and procedures.

In general, these are administered under EC Directives but to this are added recent UK safety laws. In future there will be CEN Directives — proposing manufacturing standards relating to hygenic food equipment processes and machines.

On May 7 an IMechE HQ seminar will provide a guide to existing and future legislation which confronts the industry.

Contact Deborah Kielty for further information on 071 222 7899 ext 226.

### Safety on the ground

IMechE's Airworthiness Technical Activity Committee has organised a seminar at Cranfield Institute of Technology, Bedfordshire, on aerodrome ground safety billed for May 12.

Control and planning of airfield maintenance, a pilot's view of ground safety, and operational and engineering requirements of surface movement radar will be discussed along with visual aids for surface movement guidance and control, bird hazards and fire control vehicles. Developments in protective clothing will also be reviewed.

For more details contact Maria Taylor at IMechE HQ on 071 222 7899 ext 242.

### Power station pumps and fans

The availability, reliability and maintainability of pumps and fans will be focus of attention at a major international conference staged at IMechE HQ over May 12-13.

Design improvements of machines, upkeep evaluation and mean time between failures will be reviewed as will cause of failure, configuration definition, fault-free analysis, condition monitoring and vibration analysis of bearings and rotating elements.

Prospective delegates should contact Alison Elgar at IMechE HQ on 071 973 1281.

### Joint replacement in the 1990s

The East Midlands Conference Centre, Nottingham is to be the venue of a major European conference focusing on introduction of new joint replacement into Europe at a time of considerable change and financial constraint.

Scheduled for May 18-19 the event will deal with organisation of clinical trials, ISO standards and European regulations, bulk buying and marketing strategies.

Full details are available from Alison Elgar or Phil Woodford on 071 973 1281/1297.

### Project management in the single European market

Implications of European Community legislation for the Single Market on management of major engineering projects will be examined at an IMechE HQ conference on May 20.

Aspects of business activity will be considered including public procurement, competition policy, contract terms, employment, standards, health and safety and the environment.

Speakers will hail from government, and senior management in international companies representing all engineering disciplines.

They will examine many aspects of engineering projects affected by the Directives scheduled for incorporation into national legislation of all member states by December 31.

For more details contact Anne Nolan on 071 973 1249.

### Computer simulation for fluid flow

A regional computational fluid dynamics (CFD) seminar for the West and South Wales will be staged at British Aerospace Welfare Association, Southmead Road, Bristol, May 20.

It will feature presentations on general CFD packages becoming available to industry, focusing on problems of developing specialist software, and giving indication of underlying computational problems.

Experienced users from industry, consultancy and the academic world will provide practical advice.

Angela Lewis of IMechE's Manufacturing and Technology Support Department has more details. Tel 071 973 1269.

### Integrated logistics support — the design contribution

During the lifespan of engineering products the cost of support can often exceed initial purchase price by a considerable margin. Those organisations which can deliver lower overall life cycle costs will have a competitive edge in markets which are becoming ever more sophisticated and demanding.

Considerable developments which are taking place in the field of integrated logistics support — developments which are putting in place more rigorous and analytical regimes — will be reviewed during a seminar at Lucas Automotive, Solihull on May 21.

Management and organisational issues will be addressed and new techniques and methodologies explained.

Maria Clarke can supply more information on 071 973 1262.

### Towards the totally computerised factory — II

In today's competitive world, a totally integrated, or as near to, computer system can be the deciding factor between success or failure for many small or medium size manufacturing companies.

Demonstrating how, in practical terms an open system should be planned and managed, an IMechE HQ seminar on June 2 will feature representatives from successful companies in this field, and presentations of two papers illustrating how success was achieved.

For further details contact Jane Culcheth on 071 973 1301.

### Training of engineering personnel for the offshore oil and gas industry

On June 2 an IMechE HQ seminar will provide a platform for presentation and discussion of papers relating to recent developments, initiatives and policies concerned with training engineering personnel for the offshore oil and gas industry.

Further details can be obtained from Gareth Edwards on 071 973 1243.

### Safety of high technology devices in medicine

Safety related issues of high technology devices used in medicine will be explored on June 17 in an IMechE HQ seminar.

The way in which computer based systems are organised can affect ways in which medical personnel interact with equipment, ranging from the need to confirm every small action, through to a totally automated system over which medical personnel have no influence.

Since many of the devices are safety critical, the way in which the elements are structured is also of prime importance.

These aspects will be discussed together with examples of safety issues taken from more advanced applications in anaesthesia, imaging, lithotripsy and robotic surgery. The legal implications will also be discussed.

Contact Maria Clarke for more details on 071 973 1262.

### An introduction to process systems reliability

IMechE and the University of Manchester will stage a three day awareness course over June 23-25 at the university's Department of Engineering. It is designed to provide an introductory guide to key concepts, techniques and potential of reliability engineering, emphasising applications to mechanical systems in the process and other industries.

The lecturers are joint authors of *Reliability of mechanical systems*, published by the IMechE's MEP as one of its guides for the process industries. This will be the basis of course documentation.

Contact the Continuing Education Unit at the University of Manchester for more details on 061 275 4396.

## IMECHE'S DIARY

*This diary features brief details of activities organised by IMechE London and Bury offices for the month of issue, and beyond where space permits.*

*You are advised to check details by telephoning Jackie MountView on 071 222 7899 ext 245 or the organising body quoted. Conferences and seminars usually require advance registration with the Conference Department or the relevant Division at HQ. All dates are subject to alteration.*

*This list is not definitive. Check elsewhere in the Coming up at IMechE pages for late entries of other activities this month.*

### Contact numbers

| | |
|---|---|
| Aerospace Division | 071 222 7899 x 214 |
| | 071 973 1309 x 314 |
| Automobile Division | 071 222 7899 x 216 |
| | 071 222 7899 x 314 |
| Combustion Engines & | 071 222 7899 x 209 |
| Fuels Group | 071 222 7899 x 213 |
| Computer Aided Engineering Group | 071 973 1235 |
| Fluid Machinery Group | 071 222 7899 x 202 |
| Information Technology | 071 222 7899 x 235 |
| Internal Combustion Engine Group | 071 222 7899 x 209 |
| Management Group | 071 973 1245 |
| Manufacturing Industries Division | 071 973 1299 |
| Nuclear Energy Committee | 071 222 7899 x 204 |
| Power Industries Division | 071 973 1269 |
| Process Industries Division | 071 222 7899 x 208 |
| Pressure Systems Group | 071 222 7899 x 226 |
| Railway Division | 071 222 7899 x 422 |

**Concept of TPM.** Lecture. MAY 5. Institution of Civil Engineers. Engineering Manufacturing Division. Manufacturing and Technology.

**Developments in pressure vessel technology** — design aspects. Seminar. MAY 5. HQ. Pressure Systems Group. Process Industries Division.

**Total productive maintenance.** Seminar. MAY 6. Lord Daresbury Hotel, Warrington. Engineering Manufacturing Division. Manufacturing and Technology.

**Total productive maintenance.** Seminar. MAY 7. HQ. Engineering Manufacturing Division. Manufacturing and Technology.

**Current and future UK and EC food industry directives.** Seminar. MAY 7. HQ. Process Industries Division.

**21st century aero engine design — 1992 scenario.** Seminar. MAY 7-8. St Catherine's College, Oxford. Aerospace Industries Division.

**Summer technical meeting.** MAY 10-15. York. Railway Division.

**Engineering Manufacturing Industries Division AGM and prize giving.** MAY 11. HQ. Manufacturing and Technology.

**Safety on the ground.** Seminar. MAY 12. Cranfield Institute of Technology. Aerospace Industries Division.

**Power station pumps and fans.** Conference. MAY 12-13. HQ. Power Industries Division.

**Professional training seminar.** MAY 13. Crest, Taunton. Training Department.

**Computer aided acquisition and logistic support.** Seminar. MAY 14. HQ. Manufacturing Industries Division.

**Joint replacement in the 1990s — clinical studies, financial implications and marketing approaches.** Conference. MAY 18-19. East Midlands Conference Centre, Nottingham. Engineering in Medicine Group. Manufacturing and Technology.

**Privatisation of the water industry.** Annual achievement lecture. MAY 19. National Hilton Hotel, Warwick. Process Industries Division.

**Tribology in action workshop.** MAY 19. Clarendon Suite, Birmingham. Projects Department.

**Project management in the Single European Market.** Conference. MAY 20. HQ. Engineering Project Management Forum. Manufacturing and technology.

**Computer simulation for fluid flow.** A regional CFD seminar for the West and South Wales. MAY 20. Filton, Bristol. Energy and Thermofluid Mechanics Group. Manufacturing and Technology.

**Energy efficient plain bearings.** Seminar. MAY 21. HQ. Tribology Group. Manufacturing and Technology.

**Impact of design on integrated logistic support.** Seminar. MAY 21. Lucas Automotive Advanced Engineering Centre, Solihull. Aerospace Industries Division.

**Tribology in action workshop.** MAY 21. Post House Hotel, Haydock. Project Department.

**Presidential address.** Annual meeting. MAY 27. HQ. Council. *See page one, this issue.*

**Data organisation for rapid design.** Seminar. MAY 27. HQ. Manufacturing and Technology.

**Transfer of technology in advanced manufacturing.** Joint. Conference Department.

**Tribology in action workshop.** JUNE 2. Stakis Dunblane Hydro Hotel, Dunblane. Project Department.

**Towards the totally computerised factory.** Seminar. JUNE 2. HQ. Manufacturing and Technology.

**Training of engineering personnel for the oil and gas industry.** Seminar. JUNE 2. Aberdeen Exhibition and Conference Centre. Offshore Engineering Group. Process Industries.

**Tribology in action workshop.** JUNE 4. Lumley Castle Hotel, Chester-Le-Street. Project Department.

**FISITA '92.** Congress. JUNE 7-11. Queen Elizabeth II Conference Centre. Automobile Division.

**Professional training seminar.** JUNE 10. Moat House, Washington. Training Department.

**Tribology in action workshop.** JUNE 16. Ardsley Moat House, Barnsley. Projects Department.

**Maintenance — the business challenge.** Conference. JUNE 16-17. Centennial Centre, Birmingham. Railway Division.

**Safety of technological devices.** JUNE 17. HQ. Engineering in Medicine Group. Manufacturing and Technology.

**Tribology in action workshop.** JUNE 18. Burnham Beeches, Moat House, Slough/Windsor. Projects Department.

**Railway Division summer open social day.** JUNE 20. Keighley and Worth Valley Railway. Railway Division.

**Tribology in action workshop.** JUNE 23. Crest Hotel, Hambrook. Bristol. Projects Department.

**Professional customer satisfaction.** Seminar. JUNE 24. HQ. Manufacturing Technology, Design and Quality Group. Manufacturing and Technology.

**Conceptual design of products.** Seminar. JULY 8. HQ. Manufacturing Technology, Design and Quality Group. Manufacturing and Technology.

**Professional training seminar.** JULY 8. Erskine Bridge Crest, Glasgow. Training Department.

**Fourth biomedical project competition finals.** JULY 9. HQ. Engineering in Medicine Group. Manufacturing and Technology.

**Donald Julius Groen prize lecture.** JULY 9. HQ. Engineering in Medicine Group. Manufacturing and Technology.

## LECTURES & MEETINGS

Continued from page 12

### Privatisation of the water industry

Achievements of the privatised water industry are widely misunderstood believes Vic Cocker, MD of Severn Trent Water Ltd. He will be presenting the 1992 IMechE Process Industries annual achievement lecture, *Privatisation of the water industry and business opportunities it provides*, at Hilton National Hotel, Warwick on May 19.

Water is becoming a global business, with companies using their great financial strengths to develop other business which will allow them to offer diversified services in the UK and rest of the world.

Vic Cocker will be developing this theme with factual evidence based on achievements of Severn Trent and the water industry as a whole. Severn Trent is second largest of the recently privatised water companies. It has demonstrated an ambitious business diversification strategy in an attempt to generate revenue and profitability from 'non-regulated' sources.

Vic Cocker was involved in establishing some of Severn Trent's non-core trading activities prior to privatisation and was involved in the national privatisation process, representing the industry on matters of economic regulations.

The meeting is open to members and non-members. For more details contact Gareth Edwards on 071 973 1243.

### Mechtronics forum

A mechatronics presentation will be made at University of Salford on Wednesday May 27.

As only 30 places at £16 each are available they will be allocated on a first-come first served basis. Engineers interested in attending should contact Liza Hearst at IMechE HQ on 071 973 1269.

# MEMBERS' FREE ADS



**Conditions**

## BOOKS AND PAPERS

FOR SALE *Theory of machines*, by Thomas Bevan; *Gears* by H E Merritt, and *Machinery's handbook*. ☎ 0462 453528.

MODEL ENGINEER magazine. Back numbers for sale or swap, whole and part volumes from 1949 on. List from A H Ithell, 31 Westmorland Road, Felixstowe IP11 9TE. ☎ 0394 270131.

30 PLUS books from student to professional level, centred on automotive engineering, published circa 1890-1920, for disposal. Can be seen in East Sussex, ☎ 0435 866652.

WANTED, ANY out-of-print books on aircraft, helicopter or aircrew engineering design. Good price offered. Dr John Dixon, Technology (EM), The Open University, Milton Keynes, MK7 6AA, ☎ 0908 653976 (o) or 807654 (h).

## CARS

BEETLE, 1963, customised 1200cc, 6V, complete but not used for the last six years. Registration number worth £900. Offers or free in exchange for its registration number when 'on the road'. S Namvari, ☎ 0865 739394.

## FOR SALE

AUCKLAND, NEW Zealand, 3000 sq ft luxury mod style cliff top, architecturally designed, 3 year old house with magnificent views and steps to secluded beach, £190 000. For details write owner, 3 Ealing Crescent, Beachlands, Auckland, New Zealand.

WEST WORTHING, two bedrm apartment built 1987. Close station, shops and sea. South facing. Fitted wardrobes, economy storage heating, car port. Low maintenance. 996 years' leasehold. Ground rent £1 pa. ☎ 0903 821110. £76 500.

NERJA (COSTA del Sol) 2km. Two bdrm villa with panoramic sea and mountain views from exceptionally large terrace which enjoys the sun from dawn until dusk. Shared pool set in beautiful grounds. Escritura held, price £54 000. ☎ 0622 850222.

FOR SALE bound volumes of IMechE *Proceedings*, vol 168-186, 1954 to 1972; bound volumes of Automobile Division *Proceedings*, 3 vols, 1959 to 1962 and 7 vols; Part 2A, 1963 to 1970; The *Chartered Mechanical Engineer*, vol 1-25, 1954 to 1977, in IMechE binders and vol 26-35, 1978 to

1988, in single copies (four copies missing). *Engineering in Medicine*, vols 1-4, 17 issues. Offers? Buyer to collect. ☎ 0706 30918.

LOVELY FAMILY home with 3 reception, 6 bdrms, 2 bthrms, set in three acres parkland which includes small paddock, orchard and mature woodland. 30 miles from Cambridge, 24 miles Ipswich, 5 mins from A45. £195 000, OIRO. Property has opp for extension. ☎ 0359 70359 for more details.

EMSWORTH, HANTS. Nearly new 3 bdrm house in smart, small, twee estate near boats, shops, trains. The ultimate sailor's paradise. Tiny, contemplative Japanese-style garden. Welsh connection. Not less than £130/k but carpets thrown in, character free. ☎ 0243 372711.

COSTA DEL SOL, Torrox Costa. Luxury detch villa, 3 dbl bdrms, 2½ bths, kit, utility, lrg lounge, dng rm, garage, 3 patios, swimming pool. Hillside one mile from sea. Small villa development. Completely furnished. Price £120 000. Will consider exchange with 3 bdrm flat, preferably on south coast. ☎ 081 500 1977.

ENTERPRISE DINGHY, stainless steel rig, racing sails, complete with Snipe trailer, little used, £1350. ☎ Elmswell 0359 42049.

TECHNICS EX50L electronic organ o/w organ cover, padded stool, instruction manuals. Nice condition. Must sell. Can deliver locally. £750 ono. West Sussex (07986) 438.

TIMESHARE APARTMENT, Carihuela, Torremolinas, Costa de Sol, two weeks Feb/

March every year or exchange. Sleeps 4 to one bdrm. Fully fitted, all services. ☎ 07968 438.

RIVERSIDE HOUSE with 30ft mooring, 40 min Heathrow. Split-level house in unique riverside site, many interesting features. Private inlet from lake and island amidst shared 12 acres of parkland. Split level galleried lounge, 4 bedrms, 5 bed-study-office rooms, 3 bth/shwr, one en-suite main bthrm. Upper level lounge opens onto huge terrace with inlet and river views, further balcony. Sep dbl garage, plus parking. Low outgoings incl upkeep of grounds bordered by Thames and farmland. Private around £320/k. Retired member. ☎ 0491 873758.

ELLIOTT STEAM engine indicator, cased, complete with springs, scales etc, £40. J Bilney, ☎ 0892 24016.

## HOLIDAYS

WEST WALES, nr Cardigan, superbly equipped bungalow sleeps 4. Panoramic views from pic window of Pembrokeshire coastline, incl Strumble Head lighthouse. Half a mile from beach and coast path. Regret no children or pets. ☎ 0239 86273.

CORNWALL, 18TH century cottage overlooking Polperro harbour. South facing with walled garden. Two mins shops, harbour and beautiful coastal walks. Laura Ashley decor. Colour TV. Sleeps 4/5. ☎ 0277 822279 for details.

LANZAROTE - PUERTO del Carmen, 2 bdrm ground-floor apartment, sleeps 4/6. Patio overlooking gardens and pool. Secluded complex near old

town. Shops, restaurants, beaches, close by. Maid service. Flightcar hire if required. ☎ 0274 564626.

VAL DE LOIRE. Cottage, sleeps 8, in tranquil surroundings. 120 km west of Paris and south of Le Havre. Ideal for short breaks or complete holidays. From £100 per week. ☎ 0992 33447 for brochure.

MENORCA, MACARET, delightful villa with one dbl, 2 twin bdrms, 2 bthrms, lounge kit. Covered patio with built in barbeque, superb private shared 32m x 14m swimming pool, sheltered sandy and safe beach 150m. Golf at Son Parc 4 miles. ☎ 0491 873758.

SKIING WITHOUT queuing in Swiss Alps, excellent family skiing for beginners and experts. Luxury fully furnished chalet apartment, at alt 1546m. Sleeps 5. Chairlift only 350m giving direct access to local area and the 4 valleys network to Verbier. Excellent snow record. Superb views to Matterhorn. Tranquil location. ☎ 0491 873758.

ALGARVE, PORTUGAL, Aug 23-Sep 6. Studio apartment for two in sea front resort complex close to Albufeira. Many facilities, excellent beach, well equipped flat with private balcony. £250 for two weeks. R Horder, ☎ 0327 702334.

MENORCA, S'ALGAR. Lux villa, 3 dbl bdrms, 2 bthrms, lrg dining rm with bar. Patio and lrg sun roof. Excel lse pool nearby. Peaceful area. Ideal holiday for all the family. Flights can be arranged. ☎ Colin, 081 660 2885, 24hr.

## MISCELLANY

MEMBER WITH overseas consultancy experience taking early retirement invites contracts from members with design and commissioning experience related to power stations, energy and fuel technology for joint venture. CVs to 22 Barrow Close, Quedgeley, Gloucester GL2 6YP with SAE.

## WANTED

BRITISH GAS Corporation or North Thames Gas regulations relating to domestic meter installations, pre-1976 edition. A McMahon, ☎ 081 508 9437.

A COPY, in good condition, of *Wealth of nations* by Adam Smith. D H Newton, ☎ 0296 21668.

A COPY of handbook, *Stress and strength* by Lipson and Juvinall. Derek Chatto, ☎ 0773 821051 (work) or 0773 853635 (home).

WANTED, PLANIMETER. Paul Sharman, Bourne End, Bucks. ☎ 06285 26651.

ENGINEERING HERITAGE. Highlights from the history of mechanical engineering; Vol 2. Pub by the IMechE. Offers to C W Ward, ☎ 0483 765018.

TEXT BOOKS of any age, covering aero/marine/general structures and stress analysis. ☎ A Marchant 0794 388645 (eve) or 68988 (day).

A SOURCE of thin cheap water soluble film is sought. It must be able to be rolled up. A fine netlike or perforated form would be ideal. P V AI is too expensive. ☎ 041 883 5876.

---

# PAPERS PLEASE

## Machine actuators and controls

A seminar planned for 31 March 1993 will examine the advantages of and differences between electrical, electrohydraulic and electropneumatic drives. Emphasis will be on the 'total system'.

Papers in these areas are invited from both academia and industry and should be based on case study applications or experimental data.

Abstracts of 150-200 words should be submitted to Jane Culcheth at IMechE HQ, Birdcage Walk, as soon as possible.

## Failure and disputes in a contract

Papers are sought for a seminar on contract failure and disputes, to be held at Haydock Park Racecourse, November 12.

Organised by the North West and Merseyside, and North Wales Branches of IMechE, the event will concentrate on mediation, conciliation and arbitration and will include risk limitation, dispute resolution/arbitration case studies, and IMechE/IEE documents.

Synopses should be sent to David Thirlby, 9 Leicester Street, Northwich, Cheshire CW9 5LA, tel 0606 42279.

## Practical and design aspects of micro-CHP for building services engineers

The object of a seminar billed for December 8, at IMechE HQ, Westminster is to provide design and field engineers with an understanding of combined heat and power technology, to examine regions of project suitability, and to discuss current best practice.

Papers are invited from manufacturers, consultants, and contractors, embracing such topics as CHP design and current technology, principles of CHP integration into mechanical services, impact of CHP upon the external environment, commissioning practice, field experience, control considerations and forecast, and feedback economics.

Synopses of 150-200 words should be sent as soon as possible to Paul Gallagher at IMechE HQ.

## Toll systems

Recent developments in toll systems technology, coupled with ever-rising volumes of traffic, have encouraged toll operators to introduce new systems to reduce operating costs and traffic delays.

In October the IEE is staging a toll systems colloquium at its Savoy Place HQ, on behalf of the Road Transport Forum.

Papers are invited for presentation. Synopses of 200 words should be sent by Friday June 26, to Dr A J R Pawley, technical director, Acer Consultants, Acer House, Medawar Road, Surrey Research Park, Guildford, Surrey GU2 5AR, tel 0483 35000.

## VTMS

The first Vehicle Thermal Management Systems conference will be a joint venture between IMechE and SAE International.

Scheduled for 29 March to 1 April 1993, in Columbus, Ohio, USA, the meeting will provide a three-day technical forum for reporting results of technical efforts in areas of heat transfer related projects.

Prospective authors should submit abstracts before June 1 to Ian Bowden at IMechE, Westminster.

## Waste — an untapped resource

On January 26 next, an IMechE HQ seminar will discuss techniques to identify necessary waste, how to manage effectively energy and water resources, opportunities for waste reduction and methods for designing our waste production from scratch.

Papers will particularly concentrate on energy management, monitoring and targeting techniques, water management, process integration for environmental energy audits and materials recovery.

Synopses of 150 to 200 words should be sent by May 1 to Paul Gallagher at IMechE HQ.

## Waste — handling processing and recycling

With increasing emphasis on waste management, the aim of a seminar billed for 27 April 1993 is to provide a forum to discuss and assess development in waste handling, processing, reclamation and recycling.

Papers are invited embracing all aspects of waste separation and which will review treatments available to produce saleable materials such as metals, plastics and compost. It is envisaged that developments in energy from waste will also be reviewed as part of an integrated waste management operation.

Synopses comprising 200 words maximum should be sent by May 12 to Paul Gallagher at IMechE HQ.

---

## Effective CADCAM '91

The proceedings of the fifth European conference on Effective CADCAM, organised by the IMechE, provided an opportunity for engineers to discuss their experience of systems currently available as well as future developments.

**Contents include:**

The role of product models in effective CADCAM
Knowledge-based engineering systems in practice
Design and implementation of a general purpose knowledge-based gap analysis system with particular reference to the implementation of effective material requirements planning systems.
Knowledge-based design system for light engineering components
The concept of computer integrated design
Increasing competitiveness through simulation in planning and scheduling
The use of a simulation and scheduling system for materials and capacity requirements in a JIT factory environment.
The business perspective

0 85298 767 6/297 x 210mm/softcover/158 pages/December 1991
£66.00 inclusive of free delivery within the UK. Overseas customers please add 10% for delivery.
IMechE Members please **deduct 20% discount**.

Telephone orders using Visa/Mastercard welcome. Please ring 0284 763277 ext 444

| Please send me | copy/ies **Effective CADCAM** @ £66.00 | £....... |
| Overseas customers please add 10% for delivery | | £....... |
| | Total payment enclosed | £....... |

☐ Please charge my Mastercard/Visa (delete as applicable) account with the sum of:

Account No:
Expiry Date
Signature:

Please make cheques payable to: **Mechanical Engineering Publications Limited.**

Name: ......................................

MECHANICAL ENGINEERING PUBLICATIONS

Return to Sales Department, Mechanical Engineering Publications Limited, Northgate Avenue, Bury St. Edmunds, Suffolk IP32 6BW, England. Tel: (0284) 763277  Fax: (0284) 704006  Telex: 817376

# IMECHE AROUND THE WORLD



Fellow Aldwyn L Lequay has received Trinidad's Humming Bird Medal.



INTERNATIONAL NEWSLINE

IMechE around the world

# Become IMechE rep in the Single Market

MEMBERS in Denmark, Luxembourg, the Netherlands and Spain! How about representing IMechE in your country? The International Affairs Committee wants to complete its appointment of Corresponding Members in European Community countries by the end of 1992 and completion of the Single Market.

### What's a Corresponding Member?

John Freestone says of his role as Corresponding Member in Switzerland: "It certainly isn't the easiest of jobs, but can be rewarding. It requires a good deal of motivation, some organisational talent and ideas for visits and events. It is most rewarding when, after spending some time organising an event, you get a good turn-out and everyone thoroughly enjoys it."

In the next few months IMechE's members in Switzerland can look forward to a guided tour of the Palais des Congres Montreux by its architect, a visit to Iveco R&D facilities in Arbon, and a weekend of walking with the Institution of Electrical Engineers in Emmental.

Corresponding Members provide a link between members local to an area, IMechE headquarters and representatives in other countries. They provide guidance to local members on IMechE issues, organise local events where possible and provide a voice for local members. They are actively encouraged to work with local engineering societies. Karl Lohaus for example — Corresponding Member and chairman of the Advisory Committee in Germany, is also chairman of the society of German engineers' (VDI) Lake Constance Division. Corresponding Members are reimbursed for expenses in connection with their role.

### Appointment as a Corresponding Member

All appointments are made by the International Affairs Committee. Whilst Corresponding Members are usually Fellows or Members of IMechE, this is not always the case. If you would be interested in representing IMechE in Denmark, Luxembourg, the Netherlands or Spain please write to Amanda Richards or Peter Davies of IMechE's International Affairs Department. Further details are available in the form of guidelines.

### . . .and elsewhere

While the Single European Market in 1993 may be focusing immediate thoughts on expanding IMechE's network in the EC, members from other countries are also encouraged to apply to become Corresponding Member representatives.

### Dowson to South Africa

Prof Duncan Dowson will be visiting South Africa in June as president of IMechE, accompanied by secretary Ron Mellor and their wives.

The party will be attending events to mark the centenary of South Africa's Institution of Mechanical Engineers (SAIMechE) with which IMechE has a long association. The incoming president will present an illuminated address to SAIMechE on June 29, centenary day. Centenary co-ordinator-is Member Arnold Nelson.

Prof Dowson will deliver the sixth George Stephenson Lecture in Johannesburg, Durban and Cape Town. Prof Adams of IMechE's Advisory committee in South Africa will arrange for the party to meet local members.

### Patten to Canada

In the first week of May outgoing president, Prof Patten, the secretary and their wives will be visiting Canada for a five day itinerary of local visits and meetings. The party will spend time with members of the Central and Eastern Canada Branches. Their visit will conclude with attendance at the annual meeting of the Committee of Mechanical Engineering Society Presidents in Montreal on May 8.

### Trinidad recognises engineer

Trinidad resident Aldwyn L Lequay Fellow has been awarded the Humming Bird Medal in recognition of his contributions to engineering. He received the gold medal on the occasion of Trinidad and Tobago's 29th anniversary of independence last August.

As well as being a member of IMechE for over 35 years, Mr Lequay is a Fellow of the Institution of Electrical Engineers, and of the Association of Professional Engineers of Trinidad and Tobago.

He is also a Member of the American Society of Mechanical Engineers.

Mr Lequay is currently MD of Inspection Services Co Ltd which is based in Trinidad and Tobago. He has held office on national bodies, and has published articles and papers on training and boilers.

L C C Martin Fellow, IMechE's Corresponding Member in Trinidad and Tobago, will be visiting IMechE HQ in July. He reports that as many IMechE members in his area also belong to APETT and ASME the opportunity is taken to hold joint local meetings including visits to engineering installations.

In 1990 the initiative was taken by local mechanical engineers to form an engineering co-operative society. It was 'to mobilise the engineering community for national technological and socio-economic development', whilst it started off as a mechanical engineering co-operative, membership has since been extended to all fields of engineering. The society has grown steadily since formation, running seminars and short courses. It is developing as a technological and management resource.

### New man in Zambia

Robbie Kasuba Member has taken over as Corresponding Member in Zambia from E A Kashita Fellow, who has been in the post since 1986. Mr Kasuba is a member of the Engineering Institution of Zambia and currently owns and runs B B Jones Machinists Ltd, a precision engineering machinery company. He was works manager in the commercial explosives industry for 10 years prior to spending four years in general management in the plastics packaging field. He also worked in the capital equipment procurement, service and construction helicopter industries.

### Danes' centenary

IMechE is congratulating Dansk Ingeniorforening, the Danish society of chemical, civil, electrical and mechanical engineers, on its 100th anniversary. The Danes are organising international conferences and seminars under the title Tekno Vision with the theme of 'Technology — a servant of man'.

A substantial area in the centre of Copenhagen will be turned into an exhibition which organisers say will have only one serious competition in 1992, the World Exhibition in Seville. Throughout the summer, there will be satellite links between the two events.

Tekno Vision commences May 7, running until August 30. Further information from Amanda Richards in the International Affairs office at headquarters, 071 222 7899.

---

APPOINTMENTS

### RAILWAY ELECTRIFICATION

## Giving you the power to move forward.

£12K - £20K    CROYDON

Network Electrification provides a professional engineering service which is vital to the smooth and safe operation of Network SouthEast's electrified railways.

We are involved in all aspects of railway electrification, from the design and testing of equipment for 750 VDC systems, to specifying, purchasing and installing conductor rail equipment, high voltage and DC switchgear, transformers, rectifiers, cables and remote supervisory control systems.

The challenges and opportunities presented by a new generation of trains, and by the Channel Tunnel, mean that we are expanding our professional engineering groups. Now is an excellent time to really develop your ability and experience to the full.

We are looking for women and men with an HNC or degree in Electrical, Electronic or Mechanical Engineering to work in either equipment development and specification and contract management or project implementation and management.

Salary will depend upon ability and experience.  Our index linked pension scheme is one of the best available and most existing pension rights can be transferred to it.  After a qualifying period, you and your family will be eligible for free and reduced rate rail travel in the UK and on the Continent.  We provide the opportunity for professional training and regular career reviews can assist in promotion either on a managerial or professional basis.

If you feel that working in railway electrification is right for you, please telephone 071-928 5151, quoting reference number SC034, for an application form.

British Rail - working towards equal opportunities




Network SouthEast

---

# Senior Mechanical Engineer
## Whetstone, Leicester

GEC ALSTHOM ENGINEERING SYSTEMS LIMITED comprises 6 business divisions, each making a significant contribution to our reputation for technical excellence.

Our Marine & Defence Division has a wide variety of mechanical design work for the off-shore oil industry, Royal Navy and foreign navies. Typical products include lifts, weapons handling systems, emergency evacuation systems, refuelling at sea, cargo loading, mooring systems, bridges and more.

Using your aptitude for conceptual design, you will have total project engineering and design responsibility from concept through to completion. This total engineer role entails assisting in the preparation of tenders, the conceptual design work, executing contracts to agreed budgets and specification. It will also involve frequent face-to-face customer contact and occasional travel.

To be considered, you must be a qualified Mechanical Engineer with several years of commercial and innovative design experience, preferably in a marine or off-shore industry. Ideally you should have a degree, or an HNC as a minimum qualification, and a working knowledge of BS5750. Your outgoing personality, team skills and self-motivation will be key factors in building an attractive long-term career with us.

In return, we offer a competitive salary, a relocation package where appropriate, a contributory pension scheme, and discounted BUPA.

To apply please send your full CV and salary details to Mark Lindley, Personnel Services Manager, or telephone for an application form.

### GEC ALSTHOM
ENGINEERING SYSTEMS

GEC ALSTHOM ENGINEERING SYSTEMS LIMITED, Cambridge Road, Whetstone, Leicester LE8 3LH.
Tel: (0533) 750750 Ext. 3721.

---

### Senior Project Engineer (Mechanical)
OXFORD    £ NEGOTIABLE

Helios, a world leading X Ray source which is set to revolutionise VLSI microchip production, has been developed by Oxford Instruments. Helios 1 is now operating at an IBM factory and Helios 2 is under construction. Oxford now requires a Senior Mechanical Engineer to work on the entire superconducting 2Tesla magnets and on other innovative superconducting magnet projects. Candidates should have good communications skills, an aptitude for technical design and a proven ability to expedite complex design/manufacturing projects. They should have a good honours degree in Engineering and at least 3 years experience in a high-value high-tech industrial environment. Knowledge of UHV technology, cryogenics or magnetics would be desirable, but is not essential.

### Development Engineers (Mechanical)
South-East England    £15K TO £30K PACKAGE

We are looking to expand our Mechanical Engineers to assist with the development and manufacture new systems. You should be aged over 25, with at least five years experience either in production engineering or in a field support environment. You should be able to demonstrate good technical skills and a mature approach to problems, with knowledge of CAD systems being an advantage.



HRS

Contact: Lionel Eras at Human Resource Services (UK)
58 Windmill Road
Hampton Hill
Middx TW12 1QU
Tel: 081 941-2696 (24 hrs)
Fax: 081 941-1178



# ENGINEERING NEWS Appointments

Enquiries, rates and bookings/direct lines: 071-222-0788/8527/1650    FAX 071-233 1771    TELEX 917944

## MONSANTO — MAKING CHEMICALS WITH CARE

### NORTH WALES

Monsanto is one of the world's leading corporations which, with its subsidiary companies G. D. Searle, Fisher Controls and Nutrasweet, produces a wide variety of value-added chemicals, plastics, process instrumentation and controls, agrochemicals and pharmaceutical products.

The Ruabon site is situated in North East Wales just 20 miles from the historic city of Chester. We employ nearly 500 people in the manufacture of chemical products principally for the Rubber industry and due to a comprehensive restructuring programme we have vacancies for graduate calibre engineers with process industry experience to take on very significant and responsible roles.

**SENIOR MAINTENANCE ENGINEER** — Working within an integrated manufacturing team you will be responsible for the management of all engineering aspects of the continuous manufacturing unit. The successful candidate will probably have proven maintenance and project experience and will be a Chartered Engineer.

**INSPECTION ENGINEER** — This person will support and further develop a system to demonstrate the Engineering integrity of the Manufacturing site and provide an internal consultancy in areas such as corrosion materials of construction, welding and condition assessment. Candidates with a background in materials will be most attractive for this position.

**ENGINEERING SYSTEMS ENGINEER** — You will be responsible for the continuing developing of a successfully implemented On Line Engineering Management System which is at the centre of Maintenance and Project activities site wide and within the corporation.

These opportunities offer the chance to work in a challenging and professional environment. For the right candidates career prospects in production management or commercial/business roles are excellent. In addition to a competitive salary, there is a non-contributory pension scheme.

**Please send CV to:**
**Clare Stevens, Monsanto Plc, Ruabon Works**
**Cefn Mawr, Wrexham, Clwyd LL14 3SL**

## MONSANTO

---

## THE UNIVERSITY OF AUCKLAND
### New Zealand

## LECTURESHIP/SENIOR LECTURESHIP
### (IN DYNAMICS, CONTROL OR VIBRATION)

**Department of Mechanical Engineering**
**School of Engineering**
**(Vacancy UAC.127)**

The Department of Mechanical Engineering has a strong postgraduate group with research covering a wide field including manufacturing systems, biomechanics, yachting, alternative energy sources, wind engineering, composite materials, metal forming, dynamics and control of mechanical systems. Applications are sought for a Lectureship or Senior Lectureship in the area of dynamics, vibrations or control.

The Dynamics and Control Systems Group has research interests in microprocessor control systems, expert systems, vibrations and structural dynamics. This vacancy arises as part of a programme to increase the strength and scope of research and teaching in this area and is an opportunity to join an expanding research group.

Applicants must have a postgraduate qualification and additional research or industrial experience. The successful applicant should have demonstrated the ability to work as a member of a research team and would be expected to join the appropriate research group. Additionally, the applicant would be expected to contribute to undergraduate teaching and to develop and strengthen links with industry in New Zealand.

Commencing salary per annum will be established within the range: NZ$37,440-NZ$49,088 (Lecturer) or NZ$52,000-NZ$60,944 (Senior Lecturer).

Conditions of Appointment and Method of Application are available from the Appointments Officer, Association of Commonwealth Universities, 36 Gordon Square, London WC1H 0PF; or from the Assistant Registrar (Academic Appointments), University of Auckland, Private Bag, Auckland, New Zealand, to whom applications should be forwarded by 31 May 1992.

Please quote Vacancy Number UAC.127 in all correspondence.

*The University of Auckland*
*An Equal Employment Opportunity Employer*

---

## METROLOGISTS

## - CALIBRATION STANDARDS

Project Al Yamamah is Britain's largest ever export agreement - a far-reaching responsibility to help build and maintain a modern, self-reliant Royal Saudi Air Force.

It is a project which offers challenge and reward on an unprecedented scale, combining the chance to experience a rich and fascinating culture with a once-in-a-lifetime opportunity to earn an exceptional salary, free of tax, for two years or more.

RSAF Laboratories calibrate and repair a wide range of test, measurement and diagnostic equipment, and we are now looking for experienced specialists in the following areas to join our team in Saudi Arabia.

### ELECTRICAL, OPTICAL/TEMPERATURE, PHYSICAL SCIENCES

Ideally a graduate in an appropriate technical subject, you will have at least five years practical calibration experience - which must include 2+ years metrology or precision measurement in a Primary Standards Laboratory or equivalent.

**Electrical** specialists should be thoroughly familiar with electrical, radio frequency, microwave and ATE calibrations.

**Optical/Temperature** specialists should have a good knowledge of laser, precision optical, photometrics and temperature calibrations.

**Physical Sciences** specialists should be experienced in dimensional, mass, force pressure, vacuum and flow calibrations.

If you have the right skills and experience you can enjoy a high salary, free of tax, plus benefits which include free messing, free accommodation, free medical care and free life assurance, as well as generous leave and travel paid UK flights.

Add to that substantial discounts on a wide range of Rover cars for you and your immediate family and you begin to get a true measure of this once in a lifetime opportunity.

For further information write enclosing relevant details and quoting ref. no. EN 015 to: The Personnel Officer, Al Yamamah Business Office, FREEPOST, British Aerospace Defence Ltd, Systems and Services Division, Warton, Preston, Lancs PR4 1BR.  Or telephone Preston (0772) 634317.



في المملكة العربية السعودية    BRITISH AEROSPACE    IN SAUDI ARABIA
سوف تكسب بقدر ما تجتهد    EVERYTHING YOU MAKE IT

---



## PAISLEY COLLEGE

**Department of Mechanical and Manufacturing Engineering**

## LECTURER

Paisley College is joining the Scottish Universities and will be funded through the Scottish Higher Education Funding Council. The College has in excess of 4000 full-time equivalent students on vocationally orientated degree and honours degree courses.

Applications are invited from suitably qualified candidates for the above vacancy. Preference will be given to holders of Higher Degrees with industrial and/or research experience.

The successful applicant will be appointed for a fixed term of up to two years, in the first instance, in one of the following areas:

**Manufacturing Engineering** - in which candidates will have industrial experience in the formulation of strategy and implementation of the inter-dependent methodologies and technologies required by the systems approach to the design and operation of competitive modern manufacturing business.

**Control Engineering** — The appointee will contribute to the lecturing and laboratory work of the Department and will be involved with the application of automatic control and instrumentation in the Manufacturing Systems and Design areas through student project work and personal involvement.

The successful candidate will be expected to develop interest in an appropriate research field or in educational development in the fields of course design and assessment procedures.

**Salary Scale £12897-£19176 (bar) — £23145 pa**

Application forms and further details may be obtained from the Personnel Office, Paisley College, High Street, PAISLEY, PA1 2BE (Tel No 041-848 3692) to which completed applications should be returned by Friday 1st May, 1992. Informal enquiries may be made to Professor I N Marshall on 041-848 3562.

---

## PRINCIPAL ENGINEER
## MECHANICAL

### WATER ENGINEERING

**NORTH WEST**    **TO £25,000 + CAR + BENEFITS**

This highly successful company is well established as one of the UK's leading Engineering and Environmental Consultancies, with an impressive list of project successes worldwide. Ongoing expansion due to an ever increasing workload has created the need to further strengthen the existing engineering team with the appointment of a Principal Mechanical Engineer.

Based in the North West, you will be personally responsible for the activities of a mechanical design team, as well as providing direct technical backup during the construction phase of various multi-disciplinary projects. Resource planning plus the management of external agencies are essential aspects.

In order to fulfil this challenging role you will need to be a Chartered Mechanical Engineer with several years experience of Mechanical design, with proven man management skills gained within the Water Industry. A degree of computer literacy as well as contract terms and administration knowledge are highly desirable.

On a personal level you will need to demonstrate an effective combination of communication skills, natural leadership qualities and strong commercial awareness. This is a genuine opportunity for a technically skilled professional engineer to have a major influence on the future development of an already successful engineering consultancy.

Interested candidates should, in the first instance contact **MARK BERRY** on 021 233 2233, or alternatively send a comprehensive CV to:- **HB ASSOCIATES, 19 Coleshill Street, Sutton Coldfield, West Midlands, B72 1SD** quoting reference HBA/201.

## HB Associates

APPOINTMENTS

# THE Glaxo FORMULA FOR SUCCESS



The phenomenal growth of Glaxo over the last decade, now the world's 2nd largest pharmaceutical company, can largely be attributed to the abilities of people to adapt to and manage change for the benefit of the company.

Nowhere is this more evident than within Glaxo Manufacturing Services, the company's secondary pharmaceutical manufacturing operation with sites at Ware and Barnard Castle.

GMS, firmly committed to excellence, now seeks the next generation of engineering managers with outstanding management and leadership skills: dedicated professionals who are capable of devolving responsibility, knowledge and experience, to build and develop the teams who will continue our success and achieve further growth in the future.

## ENGINEERING MANAGERS
### c£35,000–£40,000 + Benefits

**Cephalosporins Manufacturing Centre – Barnard Castle, Co. Durham**
**Inhalations Manufacturing Centre – Ware, Herts.**

Senior professionals are now required to lead teams of engineers and technicians dedicated to the provision of the highest levels of engineering support and the optimisation of all manufacturing, packaging and associated plant services.

Setting the highest standards of engineering practice, you will also ensure that maintenance schedules are developed and implemented in conjunction with external engineering services.

For both positions, you should be of graduate calibre with at least 10 years' experience, including significant managerial responsibility gained in the pharmaceutical or a similar manufacturing environment. You will also possess excellent interpersonal, communication and motivational skills.

In return for your commitment, GMS offer an excellent salary and benefits package, individual development and training and a structured career path.

Take your next step into a more rewarding and progressive stage of your engineering career, contact Richard Lee on 0233 638651 for an initial discussion or simply write/fax enclosing a detailed c.v. to the address below specifying which location and position you are applying for.



**GMS**
QUALITY
MEDICINES
WORLDWIDE
GLAXO MANUFACTURING SERVICES

**Recruitment Holdings Ltd**
*Search Select Advertising*

The Cedars, Church Road, Ashford, Kent TN23 1RQ.
Tel: 0233 638651   Fax: 0233 645702

---

## Advertisements

It is a condition of acceptance of advertisement orders that MEP Ltd do not guarantee the insertion of any particular advertisement on a specified date, or at all although every effort will be made to meet the wishes of advertisers; further they do not accept liability for any loss or damage caused by an error or inaccuracy in the printing or non-appearance of any advertisement. They also reserve the right to edit or delete any objectionable wording or reject any advertisement.

Although every advertisement is carefully checked, occasionally mistakes do occur. We therefore ask advertisers to assist us by checking their advertisements carefully and advise us immediately should an error occur. We regret that we cannot accept responsibility for more than ONE INCORRECT insertion and that no republication will be granted in the case of typographical or minor changes which do not affect the value of the advertisement.

---

### University College London
### KNOWLEDGE BASED SYSTEM FOR OFFSHORE STRUCTURAL INSPECTION SCHEDULING

The NDE Centre at University College is seeking to appoint a Research Assistant at post-graduate /post-doctoral level to join a European Collaborative Research Project. The area of research will be:

★ Knowledge based systems for aiding offshore structural inspection scheduling based on reliability analysis. Techniques being investigated/employed include object-oriented methods, pattern matching, and planning and scheduling. Implementation will be carried out on IBM workstations using C and C++ as well as with a high-level application development system.

Applications are invited from graduates with a First class or Upper second degree in Mechanical Engineering, Mathematics, or Computer Science. The salary will be on the Research Assistants Scale ranging from £14,171 to £21,370 including London Allowance. Please apply with a full CV to:

NDE Centre
Department of Mechanical Engineering
University College London
Torrington Place
London WC1E 7JE

*Equal Opportunities Employer*

---

## KUWAIT UNIVERSITY
### COLLEGE OF ENGINEERING & PETROLEUM

The department of **MECHANICAL ENGINEER-ING** at Kuwait University invites applications for faculty positions beginning **September 1992 and February 1993**. Duties include teaching courses at undergraduate and graduate levels, specialities required are:

- **MATERIAL SCIENCE**
- **THERMAL SCIENCES & FLUID MECHANICS**
- **MANUFACTURING & PRODUCTION**
- **DESIGN**

The successful candidate must have a PhD in MECHANICAL ENGINEERING.

Application forms and additional information may be obtained from:

Cultural Affairs Office
Embassy of the State of Kuwait
46 Queen's Gate
London SW7 5HR, UK

Completed applications must be returned to:
OFFICE OF THE DEAN
COLLEGE OF ENGINEERING & PETROLEUM
KUWAIT UNIVERSITY
PO BOX 5969, SAFAT 13060, KUWAIT
Fax No (965) 4811772. Tel No (965) 4817175

---

## MECHANICAL ENGINEERS
# Time for a change and a challenge?

Working with VSO in the Third World could be one of the most stimulating and rewarding chapters in your career.

**Mechanical Engineers** are in regular demand for positions in training institutions — as well as for upgrading skills in the workplace.

We have a variety of interesting postings which require a range of engineering experience.

Apart from the more experienced Production and Mechanical Engineers, we can often place men and women who are newly graduated.

We particularly welcome enquiries from people with specialised skills.

In all cases, VSO provides medical insurance, National Insurance contributions, return air fares and various grants and allowances. A local rate of pay and accommodation are provided by the country concerned.

For details and an application form, call: **081-780 1331** (24 hr. ansaphone).

Or write to: **Enquiries Unit, VSO,**
**317 Putney Bridge Rd., London SW15 2PN.**

# VSO
### It's a working experience.

*Charity no. 313757*   Ref: ENS

---

COURSES

## QUALITY BY DESIGN COURSE
### May 5th–7th

This intensive 3 day course gives an appreciation of all the major quality techniques used in engineering today:
- ★ FMEA
- ★ Poka Yoke
- ★ SPC
- ★ BS5750
- ★ Problem Solving
- ★ Zero Defects
- ★ Taguchi
- ★ Quality Function Deployment
- ★ Process Capability
- ★ Total Quality

## TAGUCHI FOR DESIGNERS COURSE
### May 26th–28th

Practitioner course in Taguchi Quality techniques for Design and Production Engineers. Taguchi leads to an immediate payback through efficient design of experiments. Covers:
- ★ Design of Experiments
- ★ Loss Function
- ★ Design Robustness
- ★ Parameter Design
- ★ Signal to Noise Ratio
- ★ Cost of Quality

To reserve a place and/or obtain more details, please contact:
Tel: (0926) 336423   Fax: (0926) 450679

**The Smallpeice Trust,**
**27 Newbold Terrace East,**
**Leamington Spa,**
**Warwickshire CV324ES.**

The Smallpeice Trust

---

## CONCURRENT ENGINEERING

3 Day Short Course for Design
Managers and Technical Staff
to be held at
The University of Nottingham.
1–3 JULY 1992

The course will be taught by an experienced group of academics and industrial practitioners, drawn from leading centres in Europe and the USA involved in concurrent engineering research and consultancy services. There will be lectures, workshops and demonstrations with a high degree of interaction and discussion. Cost £495.

Please send for a brochure from Office for Professional and Industrial Training, The University of Nottingham, University Park, Nottingham NG7 2RD.

Tel: (0602) 792841
(direct line).

Fax: (0602) 501718
(direct line).

---

## For rates and data please telephone Frances Fox on 071-222-0788

---

## HEADLINE NEWS

# Tribology crucial to R-R's competitive edge

### Engine fatigue reduced and economy boosted by tribology



WHAT more convincing real world leading edge example of the benefits to be had from applying tribology in manufacturing could be offered to the unconvinced and uninitiated than that of Rolls-Royce aero engines?

Thus it fell to Phil Ruffles *Fellow*, as director engineering of that prestigious, perennially successful company to reveal to top industrialists and the press gathered at IMechE HQ on March 24 for

the launch of the *Tribology Action* campaign, just how critical tribology is to a manufacturer bent on maintaining a vital competitive edge in terms of product performance, sophistication and price.

He told how, with experience of rapid wear of early aero gas turbines, R-R set up a tribology test centre to develop and understand wear mechanisms. A database has been compiled of vibration and sliding wear, rubbing,

friction and high speed abradability, enabling the company to both predict and solve problems.

Along with advances in materials science, aerodynamics and turbine blade cooling, this relatively simple practice has contributed to a dramatic increase in component reliability, life and performance, resulting in significant cost savings to customers and enhanced product competitiveness, he said.

He instanced the RB211 engine's performance retention, better than either of its American competitors. The 535E4 variant in the Boeing 757 is the most reliable engine ever, he claimed, helping it take 57% of the market in the last three years.

The understanding and application of tribology is intimately associated with these improvements, he declared. The successful introduction of advanced materials, such as titanium in compressor and single crystal cast turbine blades, relies heavily on tribology.

Phil Ruffles showed how reduction in fatigue failures caused by frettage and vibration effects has contributed to the gradual improvement in reliability. This has led to new types of operation, such as twin-engined aircraft on long routes over water, transforming profitability of some operators.

#### Highest efficiency

In the RB211, high pressure turbine blades rotate at over 10 000 rev/min in a gas stream some 200°C above the melting point of the material. Application of oxidation and wear resistant coatings to the interlocking shrouds of these blades, which helps prevent blade vibration, has contributed to an increase in blade life from 800 hrs in the early 1970s to over 20 000 hrs now, equivalent to travelling over 11M miles, he said.

The blade shroud also helps maintain engine performance between overhauls, saving on average some £37 000 per year in fuel costs for a four-engined aircraft.

In the case of the long haul Boeing 747-400 a 1% fuel saving allows an extra 30 passengers to be carried. Thus, it is essential to minimise blade tip clearance for highest efficiency, he said.

In RB211 compressors, R-R uses a plasma sprayed abradable seal to control tip clearance. This has to perform with controlled wear on the engine lining and minimal wear on compressor blade. This feature is responsible for reducing specific fuel consumption by 0.5%, which equates to a saving of over £43 000 per year per four-engined aircraft, whilst improved performance retention leads to further savings of equal magnitude.

He explained in addition to aircraft operator cost savings, R-R's application of coatings and surface treatments have given benefits in reduced machining costs, component weight, improved engine handling and safety.



*Tribology Action campaigners who spread the word on March 24 that friction, wear and lubrication are big business. From left, Kenneth Warren — at the time MP and chairman of the Commons' select committee on trade and industry, Dr Peter Jost — IMechE vice-president and president of the International Tribology Council, who has his name inextricably linked with the report of 1966 which gave tribology its identity, Mike Neale — past-president of IMechE and tribology consultant, Brian Halligan — chairman of the campaign and technical director of James Walker, Martin Peters — technical planning director of*

BAe, and Phil Ruffles — director engineering, R-R Aerospace Group.

Peter Jost said he hoped the campaign would make industry compel higher education institutions to include sufficient tribology in degree courses which would enable graduates to design reliable plant and machinery. Brian Halligan revealed that campaign material had been mailed to chief executives of the UK's top one thousand companies with the invitation to them to appoint 'tribology champions'. These could be likened to TQM managers, for this campaign complements total quality management drives.

"Ours is one of the most meaningful to be associated with the engineering profession, and certainly the most current and authoritative on conditions of employment for mechanical engineers," says Malcolm.

He is urging members to draw the document's availability to the attention of personnel and recruitment staff in their companies.

Also available is a limited results version of the survey findings for use by those who are solely interested in comparing their salary with others in mechanical engineering. It contains 15 tables.

An order form and prices appear on page 19 of this issue.



*A dramatic increase in component reliability, life and performance has resulted from R-R's long term study and understanding of wear, and subsequent application of appropriate tribology.*

## News from the Information and Library Service

### Standards and software on disc

Just two new CD ROM discs held by the Institution's Information and Library Service at 1 Birdcage Walk provide the key to huge software resources and vast banks of international standards.

Underlining the significance of these small but powerful additions to the ILS' repertoire of electronic data sources is the offer of free trial use until end of June.

#### Software Users' Yearbook 1992

A comprehensive guide for the UK software and service industry. Sources over 10 000 software products and over 2500 suppliers of software and related services, such as training, recruitment, consultants and technical authors. Lists of software on a topic such as project management or finite element methods can be retrieved and printed or put to disc, with details of supplier and further contact details.

#### Standards Infodisk

A comprehensive bibliographic database on national and international standards. Over 150 000 standards and specifications are covered from over 60 issuing authorities, worldwide. Locate details of those elusive standards on many subjects, including equivalents, amendments and foreign standards.

#### Special Offer

Make use of our free special offer, running until the end of June: a print out of up to 20 records, from either disc. From July the normal charge of 30p per record will apply.

Further details from:

**Annette Watts or John Devine
Information and Library Service
Institution of Mechanical Engineers
1 Birdcage Walk, London, SW1H 9JJ
Tel: 071 973 1266/1267**

# More pay data from survey

| The top four engineering institutions compared | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Institution | Under 25 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50-54 | 55-59 | 60-64 | Over 64 | Indp. at age |
| **Corporate members** | | | | | | | | | | | |
| Institution of Chemical Engineers | — | 23000 | 27700 | 31600 | 33300 | 36600 | 36200 | 36000 | 31300 | — | 32000 |
| Institution of Civil Engineers | 12900 | 18400 | 21700 | 24000 | 25600 | 28000 | 28200 | 25300 | 31300 | 31000 | 25600 |
| Institution of Electrical Engineers | — | 22100 | 25100 | 28000 | 30500 | 31500 | 31000 | 39100 | 27000 | 29000 | 29000 |
| Institution of Mechanical Engineers | — | 21500 | 23600 | 29200 | 29500 | 30700 | 30000 | 28000 | 25600 | 24200 | 29000 |
| **Non-corporate members** | | | | | | | | | | | |
| Institution of Chemical Engineers | 15300 | 20000 | 24100 | 28900 | 31900 | 36000 | 35100 | — | — | — | 20400 |
| Institution of Civil Engineers | 13500 | 15600 | 19100 | 19600 | 21200 | 22200 | 21200 | 22500 | 17500 | — | 17000 |
| Institution of Electrical Engineers | 14800 | 18200 | 22100 | 25000 | 27800 | 29500 | 28000 | 26500 | 33000 | — | 28000 |
| Institution of Mechanical Engineers | 14000 | 17600 | 21600 | 24200 | 26000 | 27500 | 28400 | 33000 | 21650 | — | 19800 |

Chemical engineers once again have secured highest mid point salaries in surveys published this spring by the top professional engineering institutions, reports Malcolm Priest — professional services manager responsible for IMechE's own survey.

As may be seen in the comparative table reproduced here from that document (see also our March and April issues) electrical engineers rank second over mechanicals, and then civil engineers. This ranking is broken in age bands over 55 years.

A further three tables comparing findings of the four institutions are to be found in IMechE's 'full' report which consists of 30 tables and five pages of detailed analyses.

 Member of the Association of Learned & Professional Society Publishers

# ENGINEERING NEWS

The Newspaper of The Institution of Mechanical Engineers*   ISSN 0267-5145   Price: UK £37.00 Export: £42.00

Member of the Audit Bureau of Circulations [ABC]

Published by MECHANICAL ENGINEERING PUBLICATIONS LTD London and Birmingham, Alabama, for the INSTITUTION OF MECHANICAL ENGINEERS
Editorial Office: Northgate Avenue, Bury St Edmunds, Suffolk IP32 6BW   Telephone: 0284 763277   Telex: 817376   Facsimile: 0284 704006 Publisher:
Patrick Caird Editor Editorial team: Michael Farmer MA1, Frances Barthorpe MJI Advertisement Manager: David Williams at Headquarters, 1 Birdcage Walk,
Westminster, London SW1H 9JJ   Telephone:071 222 7899   Telex: 917944   Telegrams: MECH LONDON SW1H 9JJ, Fax:071 222 4557
Final classified copy date Thursday prior to publication. Publication date normally third Wednesday of each month preceding cover date.

This publication is copyright under the Berne Convention and the International Copyright Convention. Apart from any fair dealing for the purpose of private study, research, criticism or review, as permitted under the Copyright, Designs an Patents Act, 1988, no part may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, electrical, chemical, mechanical, photocopying, recording or otherwise, without the prior permission of the copyright owners. Unlicensed multiple copying of the contents of this publication is illegal. Inquiries should be addressed to: The Managing Editor, Mechanical Engineering Publications Limited, Northgate Avenue, Bury St Edmunds, Suffolk IP32 6BW. © The Institution of Mechanical Engineers 1992.



INSTITUTION OF MECHANICAL ENGINEERS

1 Birdcage Walk, London, SW1H 9JJ
Telephone 071-222 7899, Telex 91/7944 IMELDN
Telegrams MECH LONDON SW1H 9JJ, Fax 071-222 4557
President: Professor Tom Patten CBE BSc DEng PhD FEng FIMechE FRSE
Secretary: Ronald W Mellor CBE BSc (Eng) FEng FIMechE

Typesetting and origination by GA Graphics (Bury) Ltd., Bury St Edmunds, Suffolk. Printed by Goodhead Press Ltd., Bicester, Oxon.