# Exhibit 8

HIT0480412

