# Exhibit 9



HIT0480415