# Exhibit 10



24 OCT 1991

**Solid Mechanics and Machine Systems Group**

**A European Seminar -**

# CAMSHAFT DRIVES

Date: 24 September 1991

Venue: IMechE HQ, London    (S993)

In collaboration with the Automobile Division.



EXHIBIT
IMechE
#5
24 JAN 2006 AJB

# THE GATES RUBBER COMPANY LIMITED

## POWER TRANSMISSION DIVISION

### Trends & Developments in Synchronous Belt

### Camshaft Drives

### R A Cherry and M Farrenkopf, Gates Rubber Co. Ltd - Scotland

Since their introduction in the mid 1960's, Synchronous Belts have become the accepted means of driving camshafts on small and medium size, petrol and diesel engines.  During these last 25 years, engine and vehicle design trends have had a major impact on belt design and belt material selection.

This paper is intended to discuss these trends and to explain how belts have changed to meet current and future requirements.

These trends, is with higher working temperatures, increased loads and widths, greater durability and reduced noise levels, belt material advances include new polymers and fabrics. Resultant resistance and their positive effect on the new requirements is discussed briefly

# "A UNIQUE APPROACH TO DESIGN OF A VCT MECHANISM"

## R Butterfield - Borg-Warner Automotive

### BASIC PRINCIPLE OF OPERATION

Modern engines have been engineered to minimise friction. Because of this, as a camshaft turns to open and close poppet valves, the torque of the camshaft varies between positive and negative, with the magnitude of the positive and negative torques being nearly equal. The torque is positive as a valve is opened, but as the valve closes it tends to accelerate the rotation of the camshaft, causing a negative torque.

The Morse VCT mechanism utilises the resulting positive and negative torque pulses as the source of energy to cause phase shifting of the camshaft.

Attached to the camshaft is a rotor which has vanes extending into chambers in the sprocket. These chambers are filled with engine oil and the oil volume in each chamber is controlled by a hydraulic control system. The hydraulic control system selectively allows oil to flow from one chamber to the other, or blocks the flow between chambers.

If it is desired to shift the camshaft in the retard direction, then the hydraulic control system allows the oil to flow out of the advance chamber and into the retard chamber. If it is desired to shift the camshaft in the advance direction, then the hydraulic control system allows the oil to flow out of the retard chamber and into the advance chamber. In either case, the oil is allowed to flow only in one direction. If it is desired to hold the camshaft in an intermediate position, then the hydraulic control system blocks the flow of oil out of both chambers, effectively locking the camshaft to the sprocket.

A spool valve is located in the centre of the mechanism and is moved axially to control the opening of ports that block the oil from exiting the vane chambers. A check valve is located in the spool valve and allows oil to enter the mechanism to make up for leakage. A centre passage allows oil to enter either chamber through one of a pair of check valves. In this configuration, oil is always allowed into the vane chambers, but is selectively blocked from flowing out of the vane chambers.

If the spool valve is moved to the left as shown in the figure, then the oil can flow out of the retard chamber when the a negative camshaft torque pressurises that chamber. The oil that flows out of the retard chamber flows through a check valve and into the advance chamber. If the valve is held in this position, the oil will continue to flow on every negative pulse until the camshaft is shifted to full advance position. If the valve is returned to the centre (or null) position before the mechanism is fully shifted to advance, then the mechanism will hold in that intermediate position.

If the spool valve is moved to the right as shown in the figure, then the oil can flow out of the advance chamber when the a positive camshaft torque pressurises that chamber. The oil that flows out of the advance chamber flows through a check valve and into the retard chamber. If the valve is held in this position, the oil will continue to flow on every positive pulse until the camshaft is shifted to full retard position. If the valve is returned to the centre (or null) position before the camshaft is fully shifted to retard, then the mechanism will hold in that intermediate position.

2/...

- 2 -

The spool valve position is controlled by a combination of springs and hydraulic pressures.  There are two springs, one on each end of the valve, which are arranged to centre the valve in the absence of hydraulic pressure.   One end of the valve is exposed to engine oil pressure which is fed into the camshaft through a specially modified bearing.  The other end of the spool valve is in contact with a hydraulic piston.  The pressure on this hydraulic piston is controlled by a pulse width modulated (PWM) solenoid.  If the pressure on the piston is low, the oil pressure acting against the end of the spool valve pushed the valve to the left as shown in the figure.  If the oil pressure on the piston is high, then the valve is pushed to the right. If the force of the piston balance the force of the oil pressure on the spool valve, then the springs return the valve to its centre, or null, position.

DESCRIPTION OF THE MECHANISM

There are various possible arrangements for this VCT mechanism, which can be tailored to suit packaging requirements for any particular engine.  A cross sectional view of one arrangement is shown in figure x. In this design, the sprocket is an integral part of the outer vane housing.  The rotor is co-planar with the vane housing/sprocket, and an end plate seals the cavities on each side.  The axial clearances and tolerances required are very similar to those of engine oil pumps.  The spool valve is located within a tubular sleeve which contains the oil ports leading to the vane cavities.  The spool valve contains an inlet check valve, and is located axially by the two coil springs.  The rotating VCT mechanism is attached to the camshaft with three bolts.  A stationary control body houses the piston which pushes against the end of the spool valve.

The end view shows the rotor within the sprocket, and the check valves are visible in the rotor (see fig x).

This particular mechanism is designed to be mounted on, and phase an intake camshaft, but other arrangements are possible, such as mounting the VCT on an exhaust camshaft and phasing the intake camshaft though a cam to cam chain drive.

CONTROL SYSTEM

The method of moving the spool valve with hydraulic pressure and springs is just one way to control the VCT device.  Other methods could include a linear proportional solenoid, stepper motor, vacuum, or alternative hydraulic arrangements.  If continuous control of the VCT mechanism is not required for a particular engine, then a simple on/off mechanical solenoid could be used.

Regardless of the method chosen to move the spool valve, the VCT phase angle is controlled by the engine electronic control unit (ECU). Controlling the VCT mechanism with the ECU allows coordination between camshaft phase, fuel, and spark to optimise engine performance for any operating condition.

- 3 -

Because this VCT mechanism allows continuous control of camshaft phase angle between limits, a feedback loop is required so that the ECU is constantly informed of the actual camshaft position. The ECU then compares the actual phase angle with the desire phase angle and takes corrective action if required. The camshaft position signal typically would be generated from a toothed wheel mounted on the camshaft and an inductive of Hall effect sensor which senses the passing of each tooth on the wheel. This method is now in common use for sensing crankshaft position.

If continuous control of the VCT mechanism is not required for a particular engine, then the feedback loop is not required.

CAMSHAFT TORQUE INFLUENCE ON VCT PERFORMANCE

Because the VCT mechanism depends on torque reversals in the camshaft as the source of energy for actuation, friction in the valvetrain is extremely important to VCT performance. In an ideal situation with no friction, the positive and negative torque pulses in the camshaft would be essentially equal in either direction, that is shifting the device in the advance direction could be done at the same rate as a shift in the retard direction. In reality, there will always be some friction in the valvetrain. This friction tends to shift the torque curve up, resulting in more positive torque than negative torque. This torque shift has the effect of slowing down the VCT shift toward the advance direction and speeding up the shift toward the retard direction.

If necessary, a spring compensation mechanism can be applied to achieve increased VCT actuation rate toward the advanced direction.

Different engine types have varying suitability for the Morse VCT mechanism. Particular design features of any engine also affect suitability, but the following table rates the suitability of various engine types for the Morse VCT mechanism.

| ENGINE TYPE | SUITABILITY | COMMENTS |
|---|---|---|
| I-3 DOHC | EXCELLENT | |
| I-4 DOHC | FAIR | TORQUE CHARACTERISTICS AT HIGH SPEED ARE QUESTIONABLE. SUITABILITY WILL BE DEPENDENT ON VALVETRAIN GEOMETRY. |
| I-5 DOHC | POOR | TORQUE CHARACTERISTICS ARE TOO SMOOTH FOR GOOD OPERATION OF THE VCT MECHANISM |
| I-6 DOHC | POOR | TORQUE CHARACTERISTICS ARE TOO SMOOTH FOR GOOD OPERATION OF THE VCT MECHANISM |
| V-6 DOHC 60° | EXCELLENT | ALTERNATE FIRING BANK TO BANK RESULTS IN VERY DISTINCT TORQUE PULSES. |
| V-8 DOHC 90° | EXCELLENT | |
| V-12 DOHC | POOR | SAME AS I-6 |

4/...

- 4 -

PERFORMANCE

Testing has shown that the Morse VCT mechanism can meet or exceed the
following specification on a suitable engine:

-      CAPABLE OF 60° (CRANKSHAFT) PHASE ANGLE

-      ACTUATION RATE IN EXCESS OF 100°/SEC (CRANKSHAFT)

-      CONTINUOUSLY VARIABLE OVER ENTIRE RANGE

-      CONTROLLABLE BY ENGINE ELECTRONIC CONTROLLER

-      USES ENERGY OF CAMSHAFT TORQUE PULSES FOR ACTUATION

-      LOW POWER AND OIL CONSUMPTION

Compared to competitive VCT devices, the Morse VCT offers dramatic
improvements in actuation rate, range of travel, and ability to control
phase angle continuously.

SUMMARY

The Morse VCT system offers significant advantages over other VCT
systems including a wider range of travel, faster actuation rate,
continuously variable capability, and low oil consumption.  The system
is currently being tested and is expected to be ready for prototyping
for specific applications by the first quarter of 1992.

- 1 -

## History

The first Synchronous belt was produced in 1946 by the U.S. Rubber Company Inc. which later became Uniroyal and now The Gates Rubber Company. This belt was made of polychloroprene rubber compound, rayon tension member and cotton facing fabric. It replaced the existing drive belt made from linen and metal clips which synchronised the drive on a Singer sewing machine. The moulded rubber belt gave advantages of improved synchronisation, reduced noise, increased durability and reduced cost. Other Industrial Applications soon followed and in 1956, a plant was established in Edinburgh to serve the European market.

The first Automotive application was a camshaft drive on a Hans Glas engine using a bolt made from polyurethane with steel tension members. This type of construction had limitations with regard to flex fatigue, heat and oil resistance.

In 1967, the first rubber belt driven OHC engine appeared. This was the Vauxhall 1.8/2.0L 4 cylinder used in the Victor vehicle. The belt was, in fact, a standard Industrial ½" pitch belt, 3/4" pitch wide polychloropronc rubber, polyamide facing fabric and glass fibre tension members. This engine remained in Production wuntil 1988.

This same construction, but on a 3/8" pitch became the standard automative camshaft drive belt for the next decade. (Diesel engines tended to use the larger ½" pitch tooth on a 3/8" pitch belt).

During this period, the Synchronous belt became established as the preferred system for camshaft drives on a small and medium size engines offering advantages over other systems such as: -

    Reduced noise
    Reduced cost
    Accurate timing over engine life
    High efficiency
    Lubrication free
    Low maintenance costs
    Ability to drive auxiliaries.

## Trends

During the 1960's and 1970's engine and vehicle design evolved to the stage where the 1st generation of camshaft drive belts could no longer meet all the requirements imposed on them for all applications.

These increased demands can be categorised as follows: -

    a.    <u>Higher Working Temperature</u>
           Prior to this time most engines enjoyed an abundant air flow around the front of the engine. With the arrival of the Mini in 1959, albeit with the chain driven 'A' series engine, the trend was set for transverse mounted engines as the means to reduce overall vehicle length. This trend has since been followed by all the major vehicle manufacturers. The reduced engine compartment size, combined with the E.W. orientation of the engine, leads to reduced air cooling around the camshaft drive.

           The oil crisis of 1967 and 1973 regenerated interest in achieving improved economy by reducing aerodynamic drag. Reduced Cds, together with styling trends where the radiator grill has been virtually eliminated has again reduced the supply of cooling air to the under bonnet area.

- 2 -

Engine performance has continued to improve, particularly by the increased use of multi-valve engines and the popularity of turbochargers. The turbocharger itself can become a significant heat source, depending on the air flow pattern around the engine compartment.

The increase in temperature requirements cumulates in the GTI or "hot hatch" where a large (1.6L - 2.0L), multivalve, perhaps turbo charged, engine is squeezed into a small body and exported to a hot climate.
This top of the range vehicle is likely to have any remaining under bonnet space packed with ABS unit, PAS unit and airconditioning unit and finally to reduce engine noise levels, acoustic (and thermal) insulation is applied to the inner surfaces.

Improved engine emission requirements had indirectly increased temperatures by the tendency to fit slightly larger engines to compensated for the loss of power associated with catalytic convertors.

The working temperatures of engines has, generally, increased to improve the thermal efficiency. Oil coolers, a means of reducing the engine temperature, have almost disappeared due to improvements in oil technology.

b    <u>Increased Loads / Widths</u>
Some of the trends that have lead to increased temperature have also lead to increased load requirement for the camshaft drive belt.

The popular E.W. engine configuration can impose a belt width limitation where the overall engine length is restricted in order that a particular engine can be fitted into an existing small body. A few millimetres of engine length is important for fitting and servicing the engine but a few millimetres of belt width can have a significant effect on belt durability.

The continuing trend to multi valve engines means that more springs are compressed and in many cases, the use of hydraulic tappets has increased the mass of the valve train and the dynamic loads. Several diesel engines now use direct injection which operates at higher pressures and again, increases the loads on the belt.

c    <u>Customer Satisfaction</u>
The end user now expects a vehicle to be reliable, to be reasonably quiet and to have affordable servicing costs.

This means that, in addition to operating at higher temperatures and carrying greater loads, the camshaft drive belt must now have improved durability and reduced noise levels.

## Belt Developments

Belt manufactures have responded to meet these requirements in several ways.

a.    <u>Polymers</u>
The original polychloroprene belts had an operating temperatures of about 100°c continuous with occasional peak temperatures of 120°c.

- 3 -

By selecting appropriate chloroprene polymer types and suitable compounding techniques it is possible to extend the operating temperature by a further 10°c. Beyond these temperatures, alternative polymers are required.

The most widely used high temperature polymer is HNBR (Hydrogenated Nitrile Butadience Rubber) which is sometimes referred to as HSN (Highly Saturated Nitrile). Compared to polychloroprene, its operating temperature would be 130°c continuous and 150°c peak.

The other current alternative is ACSM (Alkyllated Chloro Sulphonated Monomer) and this has similar operating temperature as HNBR.

But temperature resistance alone is not the only criteria for selecting a polymer which is suitable for a camshaft drive belt.

The polymer (and compound) must also be capable of withstanding low temperatures and, indeed, be capable of surviving low temperatures after heat aging has taken place HNBR and ASCM are at least as capable of this as CR.

Belts should also be capable of operating in the event of a moderate oil leak occurring. On accelerated simulated testing the ACSM belt absorbs more oil than the CR belt but the HNBR belt actually decreases in volume (due to the dissolving of other compound ingredients) but the amounts of absorption depend on the Chlorine level in the ACSM polymer and the type of oil used.

The cyclic load carrying capacity of the different compounds is important when considering the life / width relationship for a particular belt construction. The actual relative lives obviously depends on the test conditions and the specific compounds but, in general, HNBR compounds have superior dynamic load carrying properties to those of ACSM compounds and which, in turn, are superior to those of CR compounds.

b. Fabrics
The most likely, ultimate, failure mode on camshaft drive belts is tooth shear which is initiated by fabric cracks in the root radius of the tooth.

The load carrying capacity of the belt tooth has been increased by the use of higher strength polyamide fabrics and in some cases by the use of thicker and higher strength fabrics together with reduced diameter tension members to maintain the belt PLD thus ensuring that they can run on pulleys of standard diameters. There stronger fabrics have the added advantage of also having improved heat resistance.

c. Tension Members
As belt life is prolonged by improved compounds and fabrics, it becomes necessary to improve the tensile decay properties to the tension members. On European applications, tension members are almost exclusively glass fibre. Current improvements have been achieved by changes in cord construction and cord treatments.

- 4 -

The first European application to use HNBR (HSN) compound combined with improved fabric and cord was BMW M40 engine which was introduced in 1987. Other applications quickly followed and presently, HNBR belts already account for around 20% of production volume.

d.    Tooth Profiles

The original trapezoidal automotive belt tooth designs from the mid 60's are still in production today. In some cases, the tooth profile has been modified so that the new tooth profile can still run on existing pulleys but at a reduced noise level. Noise reduction is achieved by causing the tooth to touch the bottom of the pulley groove which reduces the chordal rise and fall of the meshing tooth and cushions the impact by moving the contact area from a relatively hard area (between the teeth) to a relatively soft area (the tip of the tooth).

In 1960 Gates (Uniroyal) introduced the H.T.D. (high torque drive) tooth profile in 8 and 14mm for Industrial applications.

These larger curvilinear forms with improved stress distributions, significantly increased the load carrying capacity of the belt. An automotive version of HTD was developed and the first application was introduced in 1980 on a Renault 2.0L Diesel Engine.

Further tooth and groove profile improvements resulted in the introduction of HTD II. Here, the objective was to improve the load carrying capacity further but to reduce the noise level by allowing the tooth to enter the groove with less interference. The first engines to utilise HTD II profiles in combination with HNBR was the Renault 1.7L 16 Valve engine with a 3/8" pitch belt and the Rover 'K' series engines with an 8mm pitch.

**Tensioning**

In order to function satisfactorily the camshaft belt should be installed at the correct tension. This means operating in a tension band which is sufficiently high so that peak belt tooth loads are minimised but sufficiently low so that belt noise is not created.

Belt tensioning has been improved by the current availability of accurate tension measuring devices such as belt frequency meters. Currently, there is a lot of interest in automatic tensioning device which can provide:-

-    Simplified installation tensioning
-    Thermal compensation
-    Belt growth compensation
-    Reduced noise
-    Increased durability
-    Reduced warranty claims

**Future Requirements**

Short term future requirements are likely to be an extension of current trends -

-    Increased durability - 100,000 mile by legislation

- 5 -

- "Green vehicles"
  - Fuel efficient
  - Re-cycleable
  - Low effusion
  - Reduced weight
  - Low noise

- Reduced costs
  - Narrow belts
  - Automated assembly

These needs will be met by: -

- Development of existing materials
- Completely new constructions
- Fine tuning of profiles
- Wider use of automatic tensioners
- Use of lightweight pulleys

In their relatively short life span. Camshaft drive belts have succeeded in evolving to meet the ever increasing demands of engine and vehicle designers. Development programmes are in progress, to ensure that these needs will continue to be met into the 21st Century.

SACHS INDUSTRIES S.A.

LP/BB/314

# DEVELOPMENT OF A VARIABLE VALVE TIMING CONTROL SYSTEM :
## THE SACHS' VARYCAM ®

by : P. MOURY and L. PAVY - SACHS INDUSTRIES, an activity of FICHTEL and SACHS

### Introduction :

For some years, there has been a general trend toward DOHC engines, multivalve heads, turbochargers, superchargers and other systems to get more and more power. But at the same time cars had to be smoother too and in the early eighties automotive designers had also to concentrate their efforts on reducing emissions levels and improving specific fuel economy.

To respect those goals and to operate smoothly in a broad dynamic range (from 1000 to 7500 rpm) a variable valve timing system can be fitted on those modern electronically controlled engines. *(VVT)*

VVT is not really new to the engine designer but all of those systems have at least one of the following limitations :

- . unprecise controllability,
- . N.V.H and durability concerns,
- . Complex hardware and
- . Expensive hardware,

Introducing now the SACHS' VARYCAM ® system, and performance data are presented.

### Description of the SACHS' VARYCAM system :

. The VARYCAM system is a two position VVT system. It changes valve timing setting by increasing or decreasing the length of the chain between the timing sprockets.

. The modification of the chain length is made by two hydraulic devices (see Picture 1). One is located on the tight side of the chain and has two positions, so it can increase or not the length of this tight side. The other hydraulic device is located on the slack side of the chain ; it design provides an accurate control of the chain in spite of length variations.

. Regular engine oil pressure provides the system with enough power to swich from one position to the other. Position change is obtained in actuating the two solenoid valves of the system. These solenoid valves can be actuated by the engine control unit, for instance in function of inlet pressure and engine speed.

SACHS INDUSTRIES S.A.

PICTURE 1



EXHAUST CAMSHAFT

INLET CAMSHAFT

E.C.U.

SENSORS

SOLENOID VALVE

CRANKSHAFT



EX

IN



15 degrees

30 degrees

SACHS INDUSTRIES S.A.

**Performances of a test engine equiped with a VARYCAM system** :

. A VARYCAM system has been assembled on a test engine on the secondary chain between the two camshafts, and moves inlet diagram. Three different angle variations have been tested : 20, 25 and 30 degrees (crankshaft).

. We have got the following results :

1/ The VARYCAM system garanties a constant and stable angle variation whatever the engine speed is.

2/ The response time to switch from the regular position to the earlier inlet diagram is longer than to switch back to the regular setting (see Picture 2). This phenomena is very easy to understand : Advancing inlet diagram requires increasing the camshaft speed for a short time and the power required to accelerate the camshaft is supplied by the VARYCAM system. Switching back to the regular inlet setting does not need any power, so, it is the reason why the reponse time is shorter.
The response time to advance inlet diagram is around 0,9 second for 30 degrees and around 0,6 for 20 degrees. The response time to switch back to the regular setting is under 0,4 second.

3/ The engine torque can be increased up to 10 % around 2000 rpm. But this value must only be considered as an example. The torque improvement value depends on the initial camshaft setting, on the profile of the cams and can be different from on engine to another.
Regarding pollution, our targets are to reduce HC emissions at idle speed and NOx emissions a low speed and high load.



PICTURE 2



SACHS INDUSTRIES



PICTURE 3





SACHS INDUSTRIES S.A.

. An example of VARYCAM actuation mapping is described on picture 3. The P1, N1, N2 values are function of the engine. We get an earlier inlet diagram only when the inlet pressure is over P1 and when the engine speed is between N1 and N2.

. Example of engine running with VARYCAM

| Point | Car speed | Engine load | Inlet setting |
|-------|-----------|-------------|---------------|
| A | Constant | Under P1 | Regular |
| B | Beginning of acceleration | Over P1 | Advanced |
| C | End of acceleration | Over P1 | Advanced |
| D | Constant | Under P1 | Regular |

**Required conditions to adapt a VARYCAM system on engine :**

. This system can be only adapted on DOHC ENGINES
. The minimum centerline distance between the two camshafts is 90 mm for a 20 degrees angle variation and 105 mm for a 30 degrees angle variation.
. The minimum required oil pressure for the VARYCAM system is 2,5 bars.

**Some other informations :**

. The production of the VARYCAM system will be starting in 1993.

. The VARYCAM is a price competitive VVT system and then was not only developped for niche cars but for high volume of production.



# CORRECT CAM BELT TENSION-THE ESSENTIAL ELEMENT

B.A. Hutchinson, BSc, Phd, and P.M.R. Smith, BSc, MSc, Phd,

Integrated Display Systems, Wallsend, United Kingdom.

## 1. INTRODUCTION

With the introduction of engine warranties for 3 or more years or 60,000 miles it is essential that camshaft timing belts are correctly tensioned during the manufacture of the vehicle. Incorrectly tensioned timing belts can have a catastrophic and costly effect.

Many techniques have been tried on automotive engine production lines to achieve correct timing belt tension and these are listed below, in order of their tension setting capability.

- A spring loaded tensioning idler which is locked at the position determined by the force of the spring.
- The use of a force/deflection tension measuring gauge such as the 'BORROUGHS' gauge, in conjunction with manual adjustment of a tensioning idler.
- The use of a force/deflection 'limit switch' used in conjunction with an air tool on a tensioning idler with screw adjustment. Such equipment was manufactured by ATLAS COPCO.
- The use of a force/deflection transducer used in conjuction with an air tool on a tensioning idler with screw adjustment. This equipment manufactured by SEEM is an enhancement of the previous system, allowing setting of the tension parameter by electronic means.
- The use of a non-contacting tension measurement meter with manual adjustment of the belt tensioning idler. This meter uses the natural frequency of vibration of the belt to measure tension and is know as the CLAVIS gauge.
- The use of non-contacting tension measurement system with full closed loop adjustment of a screw adjusted tensioning idler using electric tooling. This equipment is the automatic CLAVIS production line system.

## 2. THE TENSION SETTING PROCESS

Having a gauge on which to measure belt tension, is however no guarantee that the belt tension will be set correctly, as the measuring and tension adjustment process which is employed is critical!

Timing belt tension setting has produced a plethora of processes. Invariably the flywheel is locked, and usually the camshaft(s) too. The belt is fitted such that all the slack is on the side where the tensioner operates, which does rely on the fact that the teeth in the belt and on the drive pulleys are positioned so that there is no 'slack' in the non tensioned side of the belt. If however there was zero 'slack', it would make fitting of the belt very difficult, so usually some is always present. This has been considered not to be of consequence, as it is merely the return path of the belt and does not transmit any driving power.

However, even though the belt is toothed and is engaged round the camshaft pulley, the cords within the belt transmit some of the change in tension on the tensioned side through to the 'slack '

side of the belt ( Figure 1a ). With a pre-load on the 'slack' side the same effect may be observed , once the pre-load force is overcome by increasing tension on the 'tight' side ( Figure 1b ). The reverse effect is shown in figure 1c. Here the effective tension in a belt span under constant load is modified by the variation in tension in an adjoining span, even though the belt passes over a locked pulley. The amount of tension transfer over locked toothed pulleys does depend upon the number of teeth in engagement. On the engines under investigation this has varied from 6 to 16.

Consequently the amount of 'slack' in the 'slack' side of the belt during the tensioning procedure does contribute to the overall tension of the belt. Therefore although the tension in the drive side of the belt may be very accurately set, after the engine has been rotated which tends to equalise the spread of tension throughout all the spans, a significant variation in drive side tension may be observed due to the initial variation in slack side tension. Even though wide tolerance limits are accepted, a significant percentage of engines fall outside of these limits after the initial tensioning sequence.

It is essential at this stage however to emphasize the correct measurement procedure. Accurate belt tension measurement is achieved by using a Clavis guage which uses the non-contact measurement of the natural frequency of vibration of the belt to determine belt tension. The position of the crankshaft must be constant to avoid tension variations created by the loading of the belt by the valve train. Measurements should be taken immediately after the belt has been tensioned to minimise the reduction in tension due to the relaxation effect. In addition the flexing of a new belt by rotation significantly lowers the tension in the belt. Depending upon the belt up to 40 rotations may be required before rotation causes no further reduction in tension.

## 3. A MULTI-SPAN TIMING BELT TENSION SETTING SYSTEM

Extensive testing at the RNUR (Renault) automotive engine factory at Cleon, confirmed the need for the timing belt tensioning procedure to include the setting of the slack side tension. In practice on the range of motors to be considered the belt passed over further pulleys in addtion to the crankshaft and camshaft. Provided these pulleys rotated freely the tension in the belt is equally distributed throughout the various spans. The diesel variant of this engine may have two types of injector pump fitted, and as with the valve train rotation it is possible to discern the variation in tension caused by the spring pressures of the pumping mechanism. Variations between pump types were studied and it was confirmed that there was no siginificant variation in characteristics.

'Slack' side tension is increased by rotating the camshaft anti-clockwise. Very small angular rotations which are necessary to increase the tension in the 'slack' side. For study purposes this was achieved with an air cylinder, which had to be manually locked before the tension in the 'tight' side could be set correctly. As described earlier because of tension variation over locked pulleys, tension adjustment on the 'slack' and 'tight' sides must be performed sequentially and iteratively to achieve the correct tension in both sides of the belt. The flow chart (Figure 2) was developed to define this sequence of operation. Integrated Display Systems, the manufacturers of the CLAVIS system, have developed this technique into production equipment.

## 4. PRACTICAL IMPLEMENTATION

Figure 3 illustrates the primary features of the system. Sensing heads are positioned on both the 'slack' and 'tight' sides of the belt. Both laser and acoustic vibration sensors have been employed on Clavis production line equipment, but space constraints prohibited the use of the laser sensor. An electromagnetic cantilever belt exciter which forces the belt into vibration was a developed for this implementation, as the standard pneumatic piston device would also not fit into the restricted space. The vibration signal from each span is processed by the control cabinet. 16 vibration cycles produced from 1 exciter impact are required to determine the fundamental frequency with sufficient accuracy (better than 0.5%). The camshaft drive unit locates by a hardened steel pin into existing holes within the camshaft pulley. As the precise position of the camshaft pulley is not known when the jig is offered up to the camshaft, a microprocessor controlled automatic location

sequence is initiated.

After the 'slack' side of the belt has been tensioned the 'tight' side tension is adjusted using the conventional adjuster pulley which is pushed against the belt by a DC motor driven screw assembly. Setting of the tension of both sides of the belt is performed by 'measure then adjust' cycles. The number of adjustment steps is minimised by the mapping of tension changes with respect to adjustment step size within the controlling microprocessor. Typically three to four 'measure/adjust' cycles will bring a belt span to the desired tension, within a tolerance of better than 2%. Two to three iterations between the 'slack' side and the 'tight' side are required to bring both sides to a 2% tolerance. The complete adjustment procedure does not exceed 20 seconds.

## 5. FUTURE DEVELOPMENTS

The system just described has enabled timing belt tension to be set to an accuracy 5 to 10 tens greater than that previously observed. The implementation of this system into volume engine manufacture at Cleon is restricted due to the many engine variants requiring differing location jigs for the sensors and camshaft drive unit. A composite jig plate which can accept all variants will be under development in 1991. This unit will auto-sense the engine type to which it is fitted, so that the correct tension setting parameters will be identified from an internal look up table.

## 6. CONCLUSION

A timing belt tensioning system has been described, which is the first to consider the effect of tension transfer between multiple spans of the belt. A system has been manufactured which provides for tensioning of individual spans of that belt, which has resulted in a tensioning system which is more accurate than all currently available systems. This will enable timing belt life to be predicted with more confidence, therefore increasing engine reliability.





Fig. 1: Variation in 'Slack' side Tension

Fig. 2: Tension Sequence Flowchart



Fig. 3: Layout of Tensioning System

# iwis ketten

A EUROPEAN SEMINAR CAMSHAFT DRIVES

24 September 1991, IMECHE HQ, London

## Precision Timing-Chain-Camshaft-Drives:

## The IWIS-System-Approach

Author: Dr.-Ing. Uwe Grünberg
        IWIS-KETTEN
        Joh. Winklhofer & Söhne
        Munich / Germany

**iwis ketten**

Ladies and Gentlemen,

As you have realized from the earlier presentations, the Timing-Drive is a very important item of a modern IC-engine. So far today, we heard a lot about solutions which consist of belt-drives. No one so far talked about chain-drives, although since decades it has got a huge part of all timing-drive-applications and we think, it will even cover a larger portion in the years to come, because the performance requirements on timing-drives point in a direction, which can be solved in a very favourable way with chain-systems.

Let us have a look on what the engine-manufacturers desire:

Overhead 1:   <u>Engine requirements generate timing-drive-solutions</u>

IWIS has done a lot of product- and system-development to meet the requirements of the application best.

Prior to discussing the components- and system-improvements in detail, I would like to show you some final results, which means solutions of at present existing most modern series-production engines:

Overhead 2:   <u>Mercedes - V12  6,0 l</u>

Overhead 3:   <u>BMW - V12   5,0 l</u>

Overhead 4:   <u>Mercedes - V8   5,0 l</u>

Overhead 5:   <u>BMW - R6   3,6 l</u>

Overhead 6:   <u>BMW - R6, 2,0 / 2,5 l</u>

Overhead 7:   <u>Mercedes - R6   3,0 l</u>

Overhead 8:   <u>VW - VR6   2,8 l (2,5 l)</u>

Overhead 9:   <u>FORD - V6   2,4/ 2,9 / 4,0 l</u>

Overhead 10:  <u>GM - Quad - 4 - R4   2,3 l</u>

Overhead 11:  <u>FORD - DOHC 4 Cyl./ 2,0 l</u>

I could go on with more examples, because there are so many, however that might be boring for you.
Unfortunately we do not supply all components to these timing-drives, however, we had a great deal of influence on their lay-out.

**iwis ketten**

All these drives show very good service-performance and we are sure, there will be no major problems in the future.

Why are we so sure about this?

There are some very simple reasons:
We did very much development-work not only on the drive-components and their sub-components, but also on the static and dynamic behaviour of the total drive-system, and that is what makes us sure, that the IWIS-system is the best solution.

Let me come back to Overhaed 1 and look first to the first three application desires and let me ask, what we did to the components in order to meet these requirements.

At first what did we do to the chain:

Overhead 12: <u>Major timing chains</u>
The basic designs are 3/8"-pitch single- and double-row-roller- and bush-chains. Some applicaions have 8 mm-chains.
Bush-chains have got the same pitch- and outer-dimensions as roller-chains, however the pins are respectively thicker. That is why they are applied in highly loaded chains, like in Diesel-engines.

Overhead 13: <u>Development-activities and progress on IWIS-chains</u>
Although IWIS-chains have met the objectives in the past, we worked hard to come to further progress for even better solutions in the future. Because the influences are so manifold, let me just mention some as examples:
\* fine-blanking or stamping plus additional shaving leads to:
  - better interferance-fit plate - bush or plate - pin
  - less deviation from straight-line in pin/bush-contact ($< 10\ \mu m$)
  - less out-of-roundness ($< 20\ \mu m$).

Overhead 14: <u>Radial and axial innerlink-shape of optimized IWIS-chain D 67 HRZ</u>
The results of above efforts are shown on this overhead. Ideal round and straight contact-conditions. This is essential because a chain-joint is mainly comparable to a journal bearing. These contact-conditions are very favourable for low wear in the chain-joints.

**iwis ketten**

Results of wear-tests with chains with such joint-conditions are shown on

Overhead 15: <u>Wear-test-results on optimized</u>
<u>IWIS-chain D 67 HRZ</u>
The results of this constant load- and speed wear-test show very little wear-rates. After 600 h running-time the wear per joint is about 4 μm. This corresponds to about <0,05 % wear prolongation of the chain. Since our customers did a lot of rig- and vehicle-testing and we compared this to test-results from Taxi's in Munich, we know, that this corresponds to less than 0,5 % over the life-time of a vehicle or about 100.000 miles. There is a fixed correlation between our rest-rig-results and the actual conditions in a vehicle.

Overhead 16: <u>Pitch-definition of bush-chains</u>
If we look at the pitch-definition and the way it is measured, it can easily be understood, that the inner-link-pitch remains constant - wear occurs only in the bushes, the measuring however takes place at the bush-outer-diameters - and the outer-link-pitch grows with increasing wear, because the wear of two joints completely generates pitch-increase of the outer-link.

These led us to a design-rule stating that at the new chain the outer-pitch has to be somewhat shorter than the inner-link-pitch, because it grows over lifetime.

This measure led to considerable improvement of the engine-control-accuracy over the life-time of the engine.

Due to the limited time available I cannot talk about the details concerning the outer items/features of the chain. However they all contributed to better chain performance after being optimized, in the same way. And finally when it comes to wear, they led to the results, which I showed you on overhead 15.

What did we do to the tensioners:

Overhead 17: <u>Chain tensioner</u>
Let us first ask about the function and the objectives of a tensioner.

# iwis ketten

Overhead 18: <u>Function of hydraulic tensioner</u>
Its function is demonstrated on this overhead.
The viscos damping can be influenced by the
bore-diameter in the plunger and/or by the
clearance plunger/housing.

The damping equalizes the high dynamic-load
generated by the cam-driving and the engine-
crankshaft-system, than the chain-load will
be less dynamic.

The right dimensions for all details have to be
determined experimentally by really optimizing
the fired engine.

Overhead 19: <u>Design of check-valve</u>
Overhead 20: <u>Design of ratchet-system (none return device)</u>
Both show details of the design of these two
essential features of a tensioner.

Now let me come back to the fourth item on the overhead 1
concerning "low noise":

Unfortunately generation of vibrations, which might lead to
noise, is system-inherent to chain-drives because of their
design.

Overhead 21: <u>Polygonal effect generates longitudinal and
radial vibrations</u>
The lower the number of teeth, the higher these
ununiformities become.

Overhead 22: <u>Speed variation as a function of number of
teeth</u> $z_1$
As we can see from this diagram, the speed
variation  - or the ununiformity - becomes
very, very little beyond $z_1 = 18$. This means
that at real timing-drive-conditions the
polygonaleffect is really minimized and is in
many cases not worse than at teeth-belt drives.

The number of teeth for crank- and camshaft-
sprockets is limited, because of the space-
requirements.

Now, since we know, that chain-drives generate noise, how
does this compare to other noise-generators in an IC-engine?

# iwis ketten

Overhead 23: <u>Influence of engine components on noise generation</u>
Fortunately the timing-drive is not the only noise-generator, it is however dominating in a engine-speed-range, which the driver uses very often. At high speeds it is covered by crank- and camshaft noise-generation.

Overhead 24: <u>Teeth impact can be identified in the whole range of engine operation</u>
As can be seen from this diagram the teeth impact engine-orders can be easily identified.

All noise-evaluation investigations – including the Overhead 24-results – were made at a high-performance R6-engine of BMW.

Overhead 25: <u>BMW – M1</u>
This test-engine is the same as on Overhead 5. It has been equipped with a number of measuring-devices to determine:
- structure-born noise (acceleration-sensors)
- air-born noise (microphones)
- chain-forces (strain-gages)
- tensioner-forces (load cells)
Air-born noise was measured in line with respective standards.

Let us just look at some results:

Overhead 26: <u>Effect of rotational speed on noise generation</u>
Rotational speed of the engine of course increases the noise intensity. And as can be seen, the tensioner influence in this case was not very high. There were however cases, where by means of a respective tensioner layout remarkable improvements were achieved.

Overhead 27: <u>Influence of wear-conditions on noise generation</u>
New chain, used and almost exhausted chain from a tough Test-drive are compared here. Because of the fact, that the chain wears so little – even after Nardo-test <0,3 % – there can almost be recognized no influence. This means, that the chain does its job over the whole life-time satisfactorily.

# iwis ketten

Overhead 28: <u>Influence of trace-misalignment on noise generation</u>
These results were achieved with the camshaft-sprockets being axially displaced to each other by about 1 mm.
These results prove that good components alignment is prerequisite to good timing-drive-performance.

Overhead 29: <u>Idler-sprockets generate additional noise</u>
The test-engine had an idler-sprocket, which has high influence on the noise-generation. For comparison-reasons this idler had been removed and replaced by a respective guide-rail. The chain had been shortened and the tensioner-position adapted.

Overhead 30: <u>Idler-sprockets generate additional noise</u>
The measuring results show a considerable influence of an idler being in the system. Thus the consequence should be: avoid idlers and minimize the number of metal to metal contacts.

If we add up all the results achieved, we arrive at some design-rules, which always lead to better results:

Overhead 31: <u>Influence of chain-drive design on noise generation</u>

Overhead 32: <u>Influences on noise generation</u>
Here the influences are summarized and the potential for improving the system are mentioned. Respective layout rules for new projects can be derived.

However, the most important answer of all this is:
It cannot be said it is the chain that is noisy or makes the timing-drive noisy. It is the system that is noisy and what has to be done is to look at the whole system at the complete engine.
Every engine-design has to be optimized individually and we managed so far to get them all silent.

There is a lot of development-work still going on in IWIS with regard to noise-reduction and it has been found out so far, that there is still quite some potential for further reduction of noise-generation by means of some very simple, however very effective design-changes.

I am coming back to the last requirement on Overhead 1 concerning reduced space.

**iwis ketten**

Space-minimizing is always a compromise between actual strength and wear demands of a drive on the one side and the space required on the other side. With IWIS-chain-design and chain-selection we are always able to realize the optimum concerning space needed and safety of function. For every application we can choose the right chain - single/double-roller or bush-chain - because many, many years of experience and still on-going development tells us, what the right solution will be.

What about the future of chain-drive-systems?

Overhead 33: <u>Future prospects of chain-timing-drive-systems</u>
Chain will definitely not disappear although many competitors from the belt-side try to tell this everybody, because the application require-ments are on our side. Thus the chain-drive will regain a bigger portion.


Ladies and gentlemen,
this brings me to the end of our short excursion into chain-timing-drive-systems. I do hope, I gave you the right picture and that from now on all new engines everywhere will be designed and equipped with IWIS-chain-drive-systems.

If that were the case, this presentation would have been very successful.

Thank you very much.

# iwis ketten

## Engine requirements generate timing-drive-solutions

| engine application desires | timing-drive requirements | answer of IWIS timing-drive-systems |
|---|---|---|
| extended engine life | components-life = life of engine | improved IWIS timing-chain with respectively adapted tensioner and guide-systems |
| higher engine temperature because of higher efficiency for better fuel economy and exhaust | high temperature resistance | steel-, aluminium- and plastic products with no restrictions within the required temperature limits |
| high accuracy in engine control | accurate products from the beginning with little change over life-time | improved IWIS-chain and tensioners |
| low noise | low "actual" noise and noise generation level | improved IWIS-system-layout |
| reduced space requirements, easier packaging, particularly at transverse mounted engines | low width | IWIS double and particularly single-row roller and bush-chains |

Produkttechnik 09/91

iwis ketten

# MERCEDES - V12   6,0 l



# BMW - V12  5,0 l



# iwis ketten

## MERCEDES - V8  5,0 l



Produkttechnik 09/91

iwis ketten

BMW - R6   3,6 l



iwis ketten

# BMW - R6  2,0 / 2,5 l



iwis ketten

# MERCEDES - R6   3,0 l



Produkttechnik 09/91

iwis ketten

# VW - VR6  2,8 l



# iwis ketten

## FORD - V6   2,4 / 2,9 / 4,0 l



Produkttechnik 09/91

iwis ketten

# GM - QUAD 4 - R4   2,3 l



# iwis ketten

## FORD - DOHC  4 Cyl. / 2,0 l



iwis ketten

# Major timing chains



single bush chain, single roller chain, double roller chain

pitch 3/8" (8 mm)

# iwis ketten

# Development-activities and progress on IWIS-chains

**objectives:**

- eliminating pressfit-settings prior to application

- reducing the running-in period of increased wear

- reducing total wear over life-time

**items / features considered:**

- plates fine-blanking or stamping plus additional shaving

- inner-link joint-contact-shape axial and radial

- pin straightness and roundness

- pin roughness and hardness

- middle-plate contact conditions

- pitch-difference between inner- and outer-link

- radial joint-clearance

- axial joint-clearance

- cleaning and corrosion protection process

- preloading

- running-in procedure

# Radial and axial innerlink-shape of optimized IWIS-chain D 67 HRZ



# iwis ketten

## Wear-test-results on optimized IWIS-chain D 67 HRZ



Test conditions:

p   =       9   KW
n   =  6000   rpm
F   =    510   N
Z1  =      18
Z2  =      36
v   =     17   m/sec

iwis ketten

# Pitch definition of bush chain

$$s = 2*P = Pil + Pol + Db - Dp$$



# iwis ketten

## Chain tensioner

**Objectives:**

- keeping chain preloaded under all running conditions, particularly
  * at starting
  * at high dynamic running conditions
  * at stopping with eventual reversing

- eliminating influence of chain-wear on function of control

- damping of chain vibrations



# Function of hydraulic tensioner



- spring preloads the chain at 0 oil-pressure

- ratchet prevents the chain from getting too much slack over running time
  at all conditions

- check-valve prevents the loss of oil-pressure at dynamic conditions

# iwis ketten

## Design of check-valve

housing 

ball 

spring 

**iwis ketten**

## Design of ratchet-system (none return device)



# iwis ketten

## Polygonal effect generates longitudinal and radial vibrations





Z = 6

Z = 12



$$\text{speed variation} = \frac{Vmax - Vmin}{Vmin}$$

iwis ketten

# Speed variation as a function of number of teeth z1



speed variation $\delta$

$$\delta = \frac{Vmax - Vmin}{Vm}$$

iwis ketten

# Influence of engine components on noise generation



noise intensity

crankshaft
camshaft
dominating

teeth
impact
covered

teeth impact
dominating

crankshaft
camshaft
oilpump
can be
recognized

teeth impact
can be
recognized

low          medium          high rotational speed

Produkttechnik 09/91

iwis ketten

# Teeth impact can be identified in the whole range of engine operation



6 Cyl. Engine  z1 = 18

# iwis ketten

## BMW - M1



Measuring arrangement

| | |
|---|---|
| 1, 2, 6 | structure-borne sound sensor |
| 3, 4, 5 | load sensor (wire strain gange) |
| 7 | load sensor (load cell) |

## Effect of rotational speed on noise generation



rotational speed rpm

6 Cyl.-Eng. different tensioners

# iwis ketten

## Influence of chain wear-conditions on noise generation

| chain | wear-condition |
|-------|----------------|
| 448/1 | 0 % |
| 75 h | approx. 0,05 % |
| Nardo | approx. 0,3 % |



rotational speed rpm

iwis ketten

# Influence of trace-misalignment on noise generation



structure-borne sound

correct assembly

misalignment

between cam-shaft-sprockets

rotational speed  rpm

# iwis ketten

## Idler-sprockets generate additional noise

timing-drive-principle



tensioner

without idler
chain shortened
by 2 links

Produkttechnik 09/91

**iwis ketten**

# Idler sprockets generate additional noise



rotational speed rpm

Produkttechnik 09/91

# iwis ketten

# Influence of chain-drive design on noise generation

## primary measures

| item | measure | remarks |
|---|---|---|
| idler-sprockets | to be avoided | |
| guides | slightly curved guides are advantageous apply tensioner at camshaft/camshaft drive or "closed" guides | no chain-part unguided |
| tensioner | dynamic optimization by means of adapting hydraulic and mechanical proporties to each other | has to be repeated at any change to the system |

**iwis ketten**

# Influences on noise generation

| Influence on noise | magnitude | optimization potential |
|---|---|---|
| rotational speed | +++ | |
| time-drive-layout | +++ | |
|   primary measures | | +++ |
|   secondary measures | | ++ |
| chain-pitch | ++ | (+) |
| number of teeth | + | (+) |
| chain | + | |
|   kind | | (+) |
|   wear conditions, accuracy | | (0) |
| sprockets | + | |
|   gap-shape | | (+) |
|   secondary measures | | (+) |

iwis ketten

# Future prospects of chain-timing-drive-systems

Chain-drives will definitely not disappear because the application requirements are directed in favour of chain-drive.

Majority of high-performance engines will be equipped with chain-drive.

Even smaller and medium performance engines will be converted to chain-drive.

More chain or longer chain will be applied because of the increased number of 4-valve-engine-designs.

A(N)

## CAMSHAFT DRIVES FOR ROVER PETROL ENGINES



Ray Greenman
Rover Power Train
24th September 1991

## CAMSHAFT DRIVES FOR ROVER PETROL ENGINES

### Introduction.

#### "Belts?...They're for holding your trousers up!"

This was a typical reaction from Rover engineers in the early 1960's when belts were first proposed as a possible alternative to chains to drive petrol engine camshafts.

The prospect of "rubber-bands" being used on engine primary drives was greeted with derision by Rover and, (in retrospect complacently), by Rovers chain supplier at that time.

These opinions although biased were not without basis. Initial belt samples had proved to be totally unsuitable for engine applications. The steel cord tension members easily fatigued and the rubber compound was not resistant to oil. Chains were firmly established.

Over the next few years however, this policy changed completely, all new Rover engines would adopt cambelts and chains would be out.

The purpose of this paper is to briefly demonstrate the rationale behind Rovers policy change by taking a historical reflection at previous Rover camdrives, and trace their chronological development and evolution.

In conclusion, the reasons for change will be revisited and, with the benefit of hindsight, examined to establish whether or not any real advantages were realised.

Note;  The scope of this document encompasses only Longbridge produced petrol engines.

1

## Rover 1950's Camshaft Drives

The starting point for this historical preamble is in the 1950's with the "A" Series engine...Figure 1.



1000 cc                    1275 cc

**Figure 1**
**"A" Series Chain Camshaft Drive**

The camdrive employed was typical of volume produced engines at that time. A simple continuous roller chain was utilised to drive the in-block located camshaft. Overhead valves were actuated by pushrods/rockers. The chain was lubricated by oil splash and the drive was enclosed by a simple pressed steel cover and there was provision for sealing. The chain was supplied to trackside pregreased in a sealed plastic bag.

This engine is still in production at Longbridge for Mini, although it is now only produced in low volume and in 1300cc guise.

Since its introduction in excess of 10 million "A" Series engines have been produced. The chain drive has proved to be reliable and durable, however it was necessary to introduce an automatic tensioner in the early 1970's to address a refinement concern. Without the tensioner and after high mileage the chain would "rattle" obviously not an acceptable condition.

2

## Rover 1960's Camshaft Drives

In the 1960's camshaft drives for volume produced engines took a major leap forward with the widespread introduction of overhead camshafts (OHC).

Performance engines utilising OHC had been around for a long time but Rover didn't introduce its first "volume" single OHC engine into production until 1968 with the "E" Series engines...Figure 2.



**Figure 2**
**"E" Series SOHC Chain Drive**

This engine carried over chain drives for the camshaft, but now there were some new considerations as well as all the old ones:

The chain still had to be lubricated and the sealing had to be effective, but the chain was much longer now than before and it was entombed inside the head/block assembly to aid lubrication, breathing **and contain noise**. Running clearances for the chain were minimal and the chances were that the chain would rattle against the cast walls of its "chamber". This meant an automatic tensioner was now an essential requirement to take up chain stretch and wear. This was an expensive addition to the drive and it had to be packaged. Guides were necessary over virtually the whole length of the chain to prevent excessive excitation.

Encasing the chain inside the head/block assembly resulted in a situation where the chain could not be dressed as a continuous item. An open chain had to be threaded through the engine on assembly and the final link secured by hand.

3

### Rover 1960's Camshaft Drives

Whilst the chain driven "E" Series was being developed at Rover the belt manufacturers had also been busy. Improvements in materials, construction and production methods had brought belts into serious contention with chains for the first time; Rover decided to give them another look.

The first time cambelts appeared on a Rover engine was in 1968 on the **9X** prototype engine...Figure 3.



**Figure 3**
**9X SOHC Belt Drive**

For various reasons this engine didn't go into production. Despite this, this engine proved to be something of a watershed for Rover engine design. The engine had many innovative features, of primary interest to this review was the appearance for the first time of a single OHC drive utilising a cam belt. The water pump, also driven by the cam belt, was adjustable to permit fitment and tensioning. A double OHC version of this engine was also considered.

4

## Rover 1960's Camshaft Drives

Of secondary interest are some of the more unusual (at that time) features of the power unit....Figure 4.



**Figure 4**
**9X Engine**

# The engine was all aluminium, except for the iron block.
# The oil pump was driven from the nose of the crankshaft.
# A centrifugal oil filter was proposed.
# The distributor was driven from the rear of the camshaft.
# The alternator was incorporated into the flywheel and clutch assembly.

5

## Rover 1960's Camshaft Drives

All of these measures were designed to reduce the overall package size of the engine and reduce weight. The proposed use of a cambelt was still not entirely accepted at Rover, however, comparing the camdrive principle of the **9X** engine with the chain driven "E" Series engine the following benefits appeared evident.......

Benefits of belts compared to chains (circa 1968):

1.  Chain lubrication and oil sealing eliminated.
2.  The chain automatic tensioner was deleted.
3.  Manufacturing complexity was reduced.
4.  Overall engine package size was reduced.
5.  Front end weight reduction.
6.  Drive easier to service.
7.  Cost saving.

6

## Rover 1960's Camshaft Drives

These potential and evident benefits were sufficient justification for
further investigation into the use of belts.
The particular issues of reliability, durability and noise necessitated the
instigation of exhaustive development programmes. What was once deep-
seated reluctance to belts was now evaporating as each test was successfully
completed. Rover weren't a pioneer in this work, other European engine
manufacturers, notably Vauxall and Fiat , had both gone into production
with belts in the late 1960's and this added to the overall level of confidence
in their use.

During this same period chains still presented the same difficult challenges to
the engine designer, and there appeared to be little prospect that things
would  become any easier in the near future.

Perhaps chain suppliers didn't take the threats that belts presented seriously
enough until it was too late; as far as Rover was concerned the next new
production engine was too late for chains.

7

### Rover Camshaft Drives Since 1970

Belt utilisation in Europe was widespread by the time Rovers first production cambelt driven engine was introduced in 1977, the "O" Series single OHC engine...Figure 5.



**Figure 5**
**"O" Series SOHC Belt Drive**

In its original form this engine utilised a belt with trapezoidal form teeth. This tooth profile became notorious in the field for its tendency to jump, particularly in cold climate vehicle markets where snow impact was more likely.

This concern with trapezoidal tooth form belts was only eliminated by the development of HTD1 tooth profile belts in the early 1980's. These were adopted by Rover in 1983 initially on "S" Series (replacing the old "E" Series chain drive) and soon after on the revised "O" Series engine for Montego.

8

## Rover Camshaft Drives Since 1970

The next significant milestone in Rovers camdrives came in 1986 with the introduction of Rovers first volume production double OHC engine, the M16 engine...Figure 6.



**Figure 6**
**M16 DOHC Belt Drive**

The M16 cambelt carried over the same construction and toothform, polychloroprene and HTD1 (9.525mm pitch) respectively, as that used on "O" & "S" Series'drives.

A single belt drove both cams and the water pump, tensioning was achieved by utilising an eccentric on the tensioner pulley.

Initially a power steering pump was driven from the rear of the inlet camshaft. This didn't prove to be a good idea, and subsequently the pump was relocated in the front end accessory drive on later versions of the engine.

9

## Rover Camshaft Drives Since 1970

The introduction of "K" Series in 1989 signalled a further evolutionary step in Rovers camdrives...Figure 7.



K16                    K8

**Figure 7**
**"K" Series Camshaft Belt Drives**

Both K8 (single OHC) and K16 (double OHC) engines utilise HSN belts and HTD2 (8mm pitch) tooth profile. This has contributed to the engines overall high level of refinement and specification of belt replacement at 96000 miles.

Reliability has been further enhanced by the adoption of automatic initial belt tension setting.

**This completes the run-through of Rovers camdrive evolution.**

## CAMSHAFT DRIVES FOR ROVER PETROL ENGINES

### Review

Rover now has fourteen years production experience with belts, and there is no envisaged intention to change policy, however it would be opportune to go back to those 1968 "benefits" identified for belts and see if they were actually realised...

1.  **Chain lubrication and oil sealing eliminated.**
    This certainly happened.
    These two critical design challenges were eradicated by the move to belts. Sealing however wasn't completely eliminated. Prevention of oil leaks was replaced by sealing against ingress. Overall belts were a plus in this category.

2.  **Deletion of the chain automatic tensioner.**
    The somewhat complex hydraulic chain tensioner went, replaced by a simpler belt tensioner. A definite benefit for belts.

3.  **Reduced manufacturing complexity.**
    Using a chain required extra machining operations compared to the belt drive. Sealing faces had to be accurately machined to achieve an acceptable surface finish, paths had to be machined to supply the chain and its automatic tensioner with oil.
    Additionally, a continuous belt is easier and quicker to fit than an open- ended, pregreased chain which has to be removed from a plastic bag, threaded through the head/block casting and finally joined.

4.  **Package envelope reduced.**
    This didn't happen.
    Packaging a belt and its covers is a penalty compared to a chain drive.

11

# CAMSHAFT DRIVES FOR ROVER PETROL ENGINES

## Review

5.   **Engine weight at the front end reduced.**
     There was a substantial weight saving.
     The belt itself was lighter than the chain. The additional cast material
     required to house the chain was not needed and neither were the chain
     guides.

6.   **Drive easier to service.**
     Belts are easier to service. Resealing a chain cover after it has been
     disturbed can be difficult with the engine in the vehicle.

7.   **Cost saving.**
     The original Rover SOHC chain driven engine "E" Series was
     revised in 1983 (replaced by "S" Series). A belt drive superseded the
     chain drive at a substantial cost saving.

12

## CAMSHAFT DRIVES FOR ROVER PETROL ENGINES

### Conclusion

With the undoubted benefit of hindsight, this brief study has illustrated that, for Rover, the correct decision was made when it elected to move from chains to belts.

Belts have given Rover many real benefits, with the exception only of package envelope. Overall belts have offered the best solution to Rovers camshaft drive requirements.

Direct comparisons between belts and chains on the three fundamental issues of **reliability, durability and noise** isn't possible: Rover does not have a contemporary chain driven engine in its line-up against which to make a comparison. However belts have met, and continue to meet Rovers requirements in these categories.

Rover is committed to the use of belts in the foreseeable future, but that is no excuse for either of us, Rover or the belt suppliers, to become complacent and believe that the present solution is always going to be the best solution to driving camshafts, that has happened before.

In the very near future the/environment, particularly for belts, will become increasingly hostile due to

Underbonnet temperatures rising,
Smaller packaging envelopes,
Increasing refinement expectations and
Weight reduction.

Additionally, costs, (piece, manufacturing, service, warranty) must be continuously reduced if Rover is to remain competitive as a vehicle producer.

These are the issues that Rover and its belt supplier now face. Only by working together as a team, will we be able to overcome them.

13

# TIMING DRIVE SYSTEM

## TIMING BELT vs CHAIN COMPARISON

# TIMING BELT versus ROLLER CHAIN: COMPARISON

## INTRODUCTION

We believe that we accepted a courageous challenge when we decided to present a paper with the objective of making a comparison between timing belt drive systems and roller chain drive systems.

Why courageous?

It would be much easier for us to present only the Timing Belt Drive System with its existing performance capabilities and new developments for the future. This is truly our area of expertise. On the other hand, accepting to make a comparison means to risk not to be appropriate when we speak about the chain system.

Why did we accept this risk?

Because we believe that one of the main targets of this seminar is really to compare directly belt drives versus chain drives.

We will make this direct comparison considering mainly two aspects:

First: design
second: performance.

We will use a score system to summarize the comparison as shown in Figure 1.

## DESIGN COMPARISON

For Design comparison we intend to include the following aspects:

-    Development Time and Cost
-    Lay-out Versatility
-    Compactness
-    Lubrication Requirements
-    System Weight
-    System Cost.

JB/91

- 2 -

We will go in depth into each of these aspects. But, looking at Figure 2 you can see, by comparing the score from the Design point of view, that the advantages of the belt drive system are very clear.


## Development Time and Cost


The chain system has more parts than the belt system because, every strand requires a guide to control span vibration. Chain drive Engineers have indicated to us that optimizing this guide design for each project requires considerable time. Tensioner optimization for the roller chain also requires a very long time in terms of proper force and damping levels. Also the lubrication system requires time to be optimized.

For the belt drive system, we underline that the development time to optimize the installation tension is also very long and expensive. This work is very important for the reliability of the belt drive system as we will see later.

The concept of automatic tensioners, originally used only for the chain, is beginning to be a reality also for timing belt drive systems. Particularly for Japan, automatic tensioner systems for belt drives are quite popular. Additionally there are many new engine designs in Europe and in the USA which include automatic tensioners for timing belt systems.


## Lay-out Versatility

This is one of the most difficult points to compare because we (belt manufacturers) are not masters in the lay-out geometry of the chain drive. What we can say is that belt driven transmission systems normally provide for relatively simple movement of the different rotational axis in the available space. This ease of movement is mainly due to the ability of the belt to withstand a wide range of counter deflections and pulley wrap angles. This enables the inclusion of additional accessories in the same drive system.

JB/91

- 3 -

With chain systems this capability to include other drives is not so easy. As is well known, one of the problems for the chain is elongation due to wear. For this reason in the lay-out of a chain drive you do not often see counter deflections. Instead the transmission is divided into a plurality of smaller transmissions. Very often additional accessories such as the water pump and the oil pump must be driven by additional single drives.

From the above, we believe that it is clear that the versatility of a timing belt driven system is superior.

Compactness

If we look only at the products (belt versus chain) strictly in terms of dimensional requirements at identical load capacity, you will see, in general, the advantages of the chain in terms of width.

On the other hand, considering the typical lay-out geometry and what we said before in terms of plurality of drives for the chain, you can see that it is not always true that the total width of the transmission is less for the chain. We can summarize that only for very simple lay-out geometries there is an advantage in terms of width for the chain.

Lubrication

We do not wish to spend much time discussing this matter. We will only say that belts do not require lubrication.

*/81

- 4 -

### Weight

The weight advantage of the belt is not as strong as one could easily be led to believe.  The reason for this is that the pulleys for a belt drive system are heavier than the sprockets used for a chain drive system.  On the other hand, the belt is much lighter than the chain which compensates for the heavier pulleys in the system.  But, in the total balance of the system when we include the comparison of covers and engine castings the advantage in weight for belt drive system becomes very important.

### Cost

When at the beginning we said that we were courageous, we forgot to include that one of the most important reasons for considering this as a courageous task is the difficulty involved in making the cost comparison.

Of course, the evaluation is very approximate.  What we can say for sure is that generally there is a cost advantage for the belt drive when compared to the chain drive and this advantage is in the range of 1 to 2.  But honestly speaking, we must underline that the cost of improved materials and additional cost for the tensioning system for the belt drive considerably reduces this advantage.

### Performance Comparison   (Figure 3)

Now that we have covered the design comparison it is time to speak of the performance comparison.  In particular we will speak about Durability, Timing, Efficiency, Noise and Vibration and Environment Resistance.

In this case, as you will see, we can underline two very strong positive characteristics for the chain:  Durability and Environmental Resistance.

In contrast we will show two very strong points for the belt:  Engine Timing and Drive Efficiency.

- 5 -

Durability

We believe that it is a general feeling, as well as a reality, that the chain lasts longer than the belt.

However, we do not believe that it is generally known that in the last 20 years the Research and Development in the belt drive systems has increased belt durability by a factor of 300%.

We remember that on the old belt drives it was normal to speak of 30.000 to 40.000 km. Today we normally speak of more than 100.000 km for belt drive systems.

Due to the fact that this is a very key point please permit us to support the belt drive system by giving you some information on what we forecast to happen during the next five years.

We believe that the target of 200.000 km for a belt drive system will be a reality.

One of the reasons why we say this is because that we presently are able to reach 200.000 km with many belt drive systems.

Durability of 100.000 to 200.000 km for the latest generation of timing belts is truly a reality.

The problem for most existing timing belt systems is that the spread of durability is too high.

Why this big spread?

Because of the poor system of installation and controlling belt tension.

As we stated previously, there are many new systems on the market today which use automatic tensioners for timing belts (Figures 4 and 5).

What is the effect that we forecast for belt systems which include an automatic tensioner? We believe that with the automatic tensioner we can reduce the spread of durability by 50% and increase the average durability by 25%. As a consequence of this, there is a 60% improvement in reliability. (Figure 6)

- 6 -

We would like to underline that we are not speaking of research activity but of actual devices used on the market for at least 6 years with a very good feedback of durability results. (Figure 7).

Timing

One of the most important performance requirements for the camshaft drive system is engine component timing throughout the life of the engine.
Relevant changes in timing can produce loss in the engine efficiency and changes in exhaust emission (increased pollution).

The changes in length for a belt after 160.000 km are really relatively limited in comparison to that of the chain. The reason for this is because the wear in a chain produces a pitch elongation while, for the belt, the only elongation is due to the creep of the cord plus a very small elongation created by the wear of the tooth (in particular only the land area wear produces elongation).

In a few words we can say that as per our knowledge, the chain elongates 5 times as much as the belt.

Efficiency

It is not so easy to give an exact value in this matter. Considering a very simple test that consists of measuring the power necessary to drive a camshaft, we can say, that it generally requires at least 10% more power for the chain, thereby demonstrating that the belt drive system is more efficient.

It is necessary to underline that we are speaking only of the efficiency of the drive. We must remember that the efficiency of the engine is also important and as we said before, the changes in timing can have a very strong effect.

Noise & Vibration

NOISE

Also this comparison is quite impossible to complete. In general, noise is very difficult to isolate and measure and must be compared on the same engine. You can understand that this is impossible because engines in both the belt driven version and in the chain driven version do not exist.

- 7 -

What we can say is that the total noise in a chain driven engine is more than the total noise of a belt driven engine. This is true in particular for the duplex chain. Sometimes the belt driven engine is so quiet that you can clearly distinguish the noise coming from the belt, thereby making it possible to tune the materials, profiles and lay-out geometry for reduced noise levels.

VIBRATIONS

It is important to say that the belt itself has very good damping characteristics in comparison to the chain. The consequence is a reduction of the transmission of the peak loads from one shaft to another.
The vibration amplitude is of course, different for belts and chains especially due to the existence of guides in the chain system and due to the extremely low specific weight of the belt.

We would like just to say that, for a belt drive system, using an automatic tensioner (proper force and damping level) the vibrations could be drastically reduced.

Environment Resistance

On this matter we believe that it is necessary to say that heat and oil resistance for a belt drive system have been very much improved by the development of new materials (HSN).

As for water resistance, it is well known that water, in conjunction with high temperature is very bad for the belt. I believe that it is also very bad for the chain if we contaminate the chain drive system with water.

What is the message for designers? We believe that a more accurate design to prevent water intrusion can greatly reduce this problem for the belt and thereby make it comparable to a chain system.

- 8 -

## Conclusion

We are in the belt business and it is easy for us to say that we believe in the belt drive system.  We must say that a lot of engineers in the automotive field must feel the same way if we consider that in Europe and Japan the belt system is utilized on  more than 80% of passenger cars in production today .

In the United States the belt drive system started later than in  Japan and Europe but the use of belt drive systems is practically 100% on the so-called small engines (up to 2.0 liters).

The world acceptance of timing belt systems has increased drastically over the past 20 years.(Figure 8).  Were these decisions to change from chain systems to belt systems based on any or all of the factors presented today?

We leave the conclusion to you.

# SCORE

| | |
|---|---|
| Excellent | ++ |
| Good | + |
| Sufficient | − |
| Insufficient | −− |

Figure 1



## TIMING DRIVE SYSTEM
### TIMING BELT vs ROLLER CHAIN
DESIGN COMPARISON

|  | CHAIN DRIVE | BELT DRIVE |
|---|---|---|
| Development:<br>Time and Cost | − | ++ |
| Lay-out:<br>Versatility | − − | ++ |
| Compactness:<br>− simple lay-out | ++ | + |
| − complex lay-out | + | ++ |
| Lubrication | − − | ++ |
| Weight | − | + |
| Cost | − | ++ |

Figure 2



Figure 3

# PIRELLI
# Timing Belt Tensioner
## TSUBAKIMOTO HYDRAULIC ACTUATOR



## BASIS FOR SELECTING

1. Most experienced Hydraulic Actuator

2. Ability to provide constant tension throughout range of motion

3. Existence of one way damping

4. No tendency to go into resonance (very high damping)

5. Minimal changes of damping force with temperature change

6. Most compact unit available

7. Durability proven in the world market

Figure 4

# Timing Belt Tensioner



The Actuator supplies the proper tensioning force to the arm and then to the belt pulley. The tensioner automatically maintains this belt tension throughout the life of the system. Accomodates for belt stretch, wear and thermal expansion of the engine.

Figure 5



Figure 6

# PIRELLI-TSUBAKI AUTO TENSIONERS
## REFERENCES ON THE MARKET

NISSAN VG 30 D E /DETT V6, DOHC, 24 V.
3.0 L.

MAZDA JE: V6, SOHC, 18 V. - 3.0 L.

MAZDA JED: V6, DOHC, 24 V. - 3.0 L.

MITSUBISHI 4G61/63/67: 4 cyl., DOHC,
16 V. -1.6/1.8/2.0 L.

MITSUBISHI 6G72: V6, DOHC, 24 V. - 3.0 L.

TOYOTA 3S-GE/GTE: 4 cyl., DOHC, 16 V. - 2.0 L.

TOYOTA 2VZ-FE: V6, DOHC, 24 V. - 2.5 L.

MASERATI 475: V6, DOHC, 24 V. - 2.0 L.

ALFA ROMEO V6 24 valves: 6 cyl. V DOHC,
24 V. - 3.0 L.

Figure 7



Figure 8