# Exhibit 11

③

PART LM/F

<u>Author</u>   MC
<u>Approved</u>
<u>Distribution</u>

<u>Issue</u>   No 1
<u>Date</u>   OCTOBER 1991
<u>Page</u>   No 1

## ENTERING ITEMS ON CAIRS LMS CATALOGUE

From ILS Main Menu:-

1. Select line for 'CAIRS LMS' &lt;CR&gt; &lt;CR&gt; &lt;CR&gt;

2. Select line for 'F - Catalogue and Acquisitions' &lt;CR&gt;

3. Enter '2' &lt;CR&gt;
   (Cataloguing module appears)

4. Enter '1'
   (First page of a new computer record appears)

From the screen:-

'01.  Accession number':   Allocated later by system - will be by-passed

'02.  Entry/mod date':   &lt;CR&gt; System automatically fills in today's date

'03.  Bulletin number':   &lt;CR&gt; no function at present

'04.  Security':   <u>Either</u>
If the book is loanable: &lt;CR&gt;
('A' appears)

<u>Or</u>
If the book is reference only: enter 'R' &lt;CR&gt;

'05.  Status code':   Enter 'B' &lt;CR&gt; (=Being processed)

'06.  Item category':   <u>Either</u>
If the book is loanable: &lt;CR&gt;
('A' appears = 3 weeks loan period).

<u>Or</u>
If reference only: enter 'C' &lt;CR&gt;
('B' reserved for short loans)

'07.  ISBN no':   <u>Either</u>
Enter ISBN without spaces
(often on reverse of title page) &lt;CR&gt;

<u>Or</u>
If no ISBN is available: &lt;CR&gt; only
(system allocates a number)

HIT0445513

Cont'd...

PART LM/F

Author      MC  
Approved  
Distribution

Issue   No 1  
Date   OCTOBER 1991  
Page   No 2

---

'08.   Author':                Enter all individual authors as follows:-

                                      Smith J F <CR>  
             or             Smith J F, Jones T R, Bloggins I P <CR>  
             or             Smith J F (ed), Jones T R (comp) <CR>  
             Important   Use spaces as above, commas between authors, no final comma

'09.   Corporate author':   Use if appropriate for organisations.  
Enter the organisation by usual acronym, but divisions in full, e.g:-

IMechE Information and Library Service  
ASME Solar Energy Division

If none just <CR>

             Important   Use spaces and commas as for individual authors

'10.   Title':                 Enter title, etc., as given on title page, but use a capital letter for the first word only, e.g.:-

'Build your own gizmo: a handy guide' <CR>

except for proper nouns:-

e.g: British Rail <CR>

'11.   (Number of) copies':  <CR> (= 1 copy in stock)

'12.   Copy number':         <CR> (= no previous copies)

'13.   Series':                Enter a series title only is appropriate. Use single spaces and no punctuation. ASME publications are entered e.g:-

'HTD Vol 126' <CR>  
If no series, just <CR>

'14.   Place':                 (= town in which published)

Either  
If United Kingdom - enter town only  
e.g: 'Cambridge' <CR>

Or  
If overseas - enter town and country  
e.g: 'Cambridge, 'United States' <CR>

HIT0445514

Cont'd...

PART LM/F

| | |
|---|---|
| Author    MC | Issue   No 1 |
| Approved | Date    OCTOBER 1991 |
| Distribution | Page    No 3 |

                                        Or
If printed overseas and available here enter town and country:-
e.g: 'New York, United States and London' <CR>
(to show written abroad, but available here)

'15.   Publisher':   Enter publisher from title page, omitting 'Ltd', 'plc', etc:-
e.g: 'Macmillan'
If an organisation, enter in full:-
e.g: American Society of Mechanical Engineers

'16.   Edition':   Either
If a 1st edition <CR>

Or
'2nd ed' (or '3rd', etc) <CR>

'17.   Period':   (= year of publication, see title page, or failing this, copyright date on reverse of title page)

Enter year <CR>

'18.   Pages':   Enter total number of pages, including indexes, supplements, etc.

Then enter size (height of page)
e.g: 231pp(3 spaces)30cm
<CR>

'19.   Price':   If known (sterling)
enter without '£' symbol,
e.g: '52.00'

If known (foreign)
e.g: '$31.00'

If unknown/unpriced
enter as '00.00'
<CR>

'20.   Class':   (= shelf mark)
Examples:-
621.43 SMI
621.438 000 31 JON
510.782 BLO (D)(N)
510 (P)(N)
<CR>

HIT0445515

Cont'd...

PART LM/F

Author    MC
Approved
Distribution

Issue    No 1
Date    OCTOBER 1991
Page    No 4

---

'21.  Location':     (= general indication of collection)
                     Choose from:-
                     Library                              Staff Library
                     Directory Rack                       Standards
                     Pamphlets
                     Basement
                     Gallery
                     Archive Gallery

'22.  Remarks':      <CR> if none
                     (Note: donors must be included here with
                     their names tagged for indexing, '< >')

At the bottom of the page 'Accept, Modify, Cancel [ ]' appears.

5.  Make final check of page.

   If all is correct

   Enter 'A' <CR> to accept.

   If an error has been made earlier

   This may now be corrected. Enter 'M' for modify, followed by the field
   number, e.g: to correct:-

   '09. Corporate author Institution of Mechanical Engineers'
   Type 'M09' <CR>
   Then type the correct spelling over the incorrect.
   Then accept with 'A' <CR>

   (This is the end of the procedures for entering an item. The pages which
   follow must be left blank, but accepted to create a computer record).

   ('Record page 2' appears)

6.  Hold down <CR> until bottom of page is reached.

7.  Enter 'A' <CR>
    ('Abstracts/Notes' page appears)

8.  <CR> 'A' <CR>
    ('Records entry - keywords page '1' appears)

9.  Enter @ <CR> on top line.

10. Enter 'A' <CR> to finish.
    (Computer displays an accession number for the book)

HIT0445516

Cont'd

PART LM/F

Author    MC                          Issue    No 1
Approved                              Date     OCTOBER 1991
Distribution                          Page     No 5

11.  Write the accession number on the bookplate.

12.  Either
     If more books are to be processed:-
     'y' <CR>

     Or
     If session is finished:-
     'n' <CR>

HIT0445517