# Exhibit 12

PART        IM/BB

Author      AW                                              Issue   No 1
Approved    AW/00                                           Date    MAY 1993
Distribution  All Staff                                     Page    No 1

C.C. Jacqui Ollerton

## SEARCHING

1. Enter the CAIRS system

2. Select IMS full or, LMS full or search only system. Then select the appropriate database.

   a. Full System

   From the front end menu select the option searching (3 on LMS; 2 on IMS). The search menu then appears. Select the search type and proceed as below.

   b. Search Only

   The front menu lists the options available select the search type and proceed as below.

3.
   a. Search menu - full system

   CAIRS SEARCH MENU

   1. Search database
   2. OPAC search
   3. Boolean logic search
   4. Inverted file search
   5. Serial search
   6. Word distance search
   7. Update file search
   8. Accession number search
   9. View inverted file
   10. Help system

   Enter number and press enter to select option or press ^ for main menu

   b. Search menu - search only system

   CAIRS SEARCH MENU

   1. Search database
   2. OPAC search
   3. Boolean logic search
   4. Inverted file search
   5. View inverted file
   6. View sets
   7. EXIT CAIRS

   Enter number and press enter to select search

4. Each of the search types are listed below.

HIT0445526

| | | | |
|---|---|---|---|
| PART | IM/BB | | |
| Author | AW | Issue | No 1 |
| Approved | | Date | MAY 1993 |
| Distribution | All Staff | Page | No 2 |

4.1    Search database

a.    Features:

Menu driven searching of the index terms or keywords in certain fields
Useful for the casual user, ie. members
Search key is automatically truncated
Can only select one keyword at a time from displayed list
Can not combine terms

b.    To use:

Select option 1 from menu <CR>. You will be presented with a menu which varies with the database entered.

For example:

>    IMechE DATABASE 1988 ONWARDS

>    Welcome.......

>    Select the search you wish to perform.....

>    1.    Author name search
>    2.    Title word search
>    3.    Source search
>    4.    Full catalogue search
>    5.    Thesaurus only search.

>    Press asterisk to return to main menu

PLEASE SELECT THE TYPE OF SEARCH REQUIRED [    ]

By entering the number <CR> for the type of search required the last prompt will change to:

ENTER YOUR SEARCH TERM AND PRESS RETURN [    ]

Enter the search key, <CR>.

If a match is found:

The catalogue entry, and the number of records for that entry, will be displayed.

>    CATALOGUE ENTRY ......... RECORDS

>    1.    SMITH         3
>    2.    SMITHE        1
>    3.    SMYTHE        1

PAGE ON (Y/N) OR LINE NUMBER (DIGIT) [ ]

HIT0445527

| | | | |
|---|---|---|---|
| PART | IM/BB | | |
| Author | AW | Issue | No 1 |
| Approved | | Date | MAY 1993 |
| Distribution | All Staff | Page | No 3 |

Either:

page on by use of Y to display any further terms with the same stem

or:

use N to return to enter search term prompt to repeat search or <CR> to return to search menu

or:

enter the line number (left hand side), and <CR> through the output prompt and the document(s) selected are displayed. Entries will be displayed a screen at a time. Move through the records using the instructions in the action bar.

Repeat task (Y/N) appears when complete. Type N to return to the main search menu or Y to carry out another search and select type of search required and repeat.

If no match is found then the message:

NO CATALOGUE ENTRIES CAN BE FOUND - TRY AGAIN

will appear with the enter search term prompt. Either enter another term <CR> or press <CR> to select another search field option or asterisk out to return to the main menu.

To display the Help pages a question mark (?) is entered at the prompt:

PLEASE SELECT TYPE OF SEARCH REQUIRED [ ]

The first help page will then be displayed. This will give further information about the menu facilities. By entering the number of the type of search required, the help page for that search will then be displayed. If you press RETURN at any of these prompts, you will be returned to the first menu page.

4.2  **OPAC search**

a.  Features:

More complex search
Automatically truncates
Combine with boolean logic
Expert level available
Select output formats
Menu driven search creates a print spool file
Help is available by use of ?

b.  To Use:

Select option 2 <CR>.

HIT0445528

| | | | |
|---|---|---|---|
| PART | IM/BB | | |
| Author | AW | Issue | No 1 |
| Approved | | Date | MAY 1993 |
| Distribution | All Staff | Page | No 4 |

Select the number of the type of search to be carried out <CR>. Enter the search term. Move forward or backwards through the list to view all index terms using F <CR> or B <CR>.

Select the item required by entering the number from the left hand side.

Then either enter 1 <CR> ro search or combine further terms via 2 <CR> for AND, 3 <CR> for OR, 4 <CR> for AND NOT.

Options 2-4 will return to the first search screen to select another category.

Repeat until all the terms are entered.

Then select 1 <CR> and the search will begin.

The number of hits found will be displayed. Select the display format <CR> from the options provided and follow the instructions in the action bar to select records.

When complete <CR> and then follow the instructions for redisplay or print or exit.

e.g.

SEARCH COMPLETED: You have ended the search presentation. Please select from the following what you wish to do next ...

```
1 = REDISPLAY the records        4 = REFINE the present search
2 = PRINT the records            5 = GO BACK to the beginning
3 = CHANGE the presentation      6 = EXIT the OPAC search
```

Help is avilable by pressing ? <CR> at the search prompt

4.3  Boolean logic search

a.   Features:

Allows complete searching with minimal system messages
Allocates records retrieved to a set for later manipulation
Prompt use is the colon (:)
Uses Boolean logic operator & (and) + (or) # (not)
Uses truncation (/)
Uses field extensions to restrict to a field (;aut)
Uses nested logic
Searches all database
Allows numeric range searching e.g nnn.nnn, and >, <, = symbols greater than, lesser than, equal to
Can combine sets by set number eg: "01"&"04"+"05" or by preceding search profile with a Boolean operator
To make corrections use the backspace key. Press the key the number of times required to cancel out the incorrect letters. This will not delete the letters but a mirror image of the letters will appear in square brackets. The closing bracket will appear once typing resumes.

HIT0445529

| | | | |
|---|---|---|---|
| PART | IM/BB | | |
| Author | AW | Issue | No 1 |
| Approved | | Date | MAY 1993 |
| Distribution | All Staff | Page | No 5 |

b.  To use:

   Select option 3 <CR>, and the prompt (:) appear.

   Type search strategy <CR>. Items located are allocated to a set with a number eg S00.

   To display set use *OUT - for default format or follow command with output format eg *OUT DB7

   Defaults to last set, so to output earlier set use *OUT:"03" to output set 03

   Records will be displayed a screen at a time at the action prompt either typr f<CR> to go forward or S <CR> to stop.

   To exit search type *EXIT and return to main menu.

4.4  Inverted file search

a.  Features:

   Allows complex searching, as per online systems.
   Use stem of word and truncate (/)
   Use Boolean logic operators & (and) + (or) # (not)
   Uses nested logic
   Use field extensions to restrict to a particular field (;aut)
   Can select a section of the database by accession number

b.  To use:

   Select option 3 <CR>
   Select range of accession numbers or <CR> through both
   Type in search at profile prompt <CR>.

eg:

   (Waste+incin/)&(hospital/+Clinic/+Medic/)

   The number of records located will be displayed
   The cursor will be at the output prompt press <CR> to use default display or other format if required
   The records will display, move through the records following the instructions in the action bar

HIT0445530

| | | | |
|---|---|---|---|
| PART | IM/BB | | |
| Author | AW | Issue | No 1 |
| Approved | | Date | MAY 1993 |
| Distribution | All Staff | Page | No 6 |

4.5   Serial Search

a.   Features:

Performs a character match on records
Slow search
Use to search for non-indexed terms
Can specify the field by use of field numbers or for all fields using --
Right and left truncation is automatic
To avoid truncation precede or terminate term with a space character
Can use Boolean logic operators
Can use nested logic
No indication of the number of hits is given, items are displayed as located
Different field numbers with the same or different search keys can be included in the same profile
Search keys can consist of strings of letters or numbers, or punctuation and spaces

b.   To use:

Select option 5 <CR>

The system then asks the question:

RANGE [   ]

The accession number from which the search is to start should be entered, or press <CR> to default to the first accession number on the database.

A set number can also be entered here

RANGE ["XX"]

where XX is the set number.

If a set number is entered the second RANGE prompt will not appear.

RANGE [0000000] TO [   ]

The system asks for the accession number at which the search should end to be entered or press <CR> to default to the last accession number.

Enter the search profile at the prompt with the following format:

Enter the field number or to search the entire record precede the search key with two dashes "--".

At the output prompt press <CR> to display records found.

At the continue prompt press Y or N.

HIT0445531

| | | | |
|---|---|---|---|
| PART | IM/BB | | |
| Author | AW | Issue | No 1 |
| Approved | AW | Date | MAY 1993 |
| Distribution | All Staff | Page | No 7 |

4.6   Word Distance Search

a.   Features:

To search for the occurrence of words within a specified distance (eg within 5 words of each other)
To prevent false drops restrict the search to only obtain the words where they are with a specified number of words of each other
Performed as a serial search. Left and right hand truncation is automatically active, but you can prevent either by proceeding or finishing the word with a space.

b.   To use:

First search for the general occurrence of the words as an inverted file search first, (option 3/4), form a set by using S as an output prompt, and then refine the search using word proximity with this task.

Then enter option 6 <CR>

You are asked:

SET NUMBER [ ]

Enter a one or two digit set number to specify the set that contains the records that you with to perform the word proximity search on.

FIELD NUMBER [ ]

The word proximity search much be performed on the contents of a particular field. Enter the user field number for the field that you want to search on.

PROXIMITY [ ]

Enter a number in the range 1 - 99 to specify the proximity limit that you want to set (eg 6, would retrieve those records where the two words are within 6 words or less of each other).

WORD 1 [            ]

Enter the first word that you want to search. You may enter in upper or lower case.

WORD 2 [            ]

Enter the second word that you want to search.

You will now receive the message:

WORD SEARCHING - PLEASE WAIT ..... And then
NUMBER OF RECORDS LOCATED = XXXXX
OUTPUT [ ]

To display the results in the standard format press <CR>.

HIT0445532

PART        IM/BB

Author       AW                                    Issue   No 1
Approved     AGL                                   Date    MAY 1993
Distribution All Staff                             Page    No 8

---

Between each page of output the message CONTINUE (Y/N) will appear. On completion the message REPEAT TASK (Y/N) will appear. Answer Y to repeat for another set.

4.7   Update File

   a. Features:

   Insertions, deletions and modifications are entered into the update file for processing at the next update.
   Use to obtain a listing of the records present on the update file by a serial search strategy.

   b. To use:

   Enter option 7 <CR>
   The prompt: SPECIFY ENTRIES (E), MODIFICATIONS (M) OR DELETIONS (D) will appear.
   To obtain a listing of the new entries enter "E"
   For records modifications enter "M", and for record deletions enter "D"
   Any combination of these three codes can be entered.
   Enter a serial search profile to select the records
   Or all items enter 010
   At the output prompt press <CR> to default.
   When completed the message appears:

   REPEAT TASK Y/N [ ]


4.8   Accession number search

a.    Features:

   Searches for one specific record only.

b.    To use:

   Select option 8 <CR>
   Enter the accession number of the item required and <CR>.
   At the output prompt press <CR> to view and the record will appear on the screen.
   Repeat the task by answering Y to REPEAT (Y/N) or return to the menu by answering N.

4.9   View inverted file

a.    Features:

   This holds all index terms in the database in alphabetical order, with a number indicating how many items are coded under it.

HIT0445533

| | |
|---|---|
| PART | IM/BB |

| | | | |
|---|---|---|---|
| Author | AW | Issue | No 1 |
| Approved | AGW/ | Date | MAY 1993 |
| Distribution | All Staff | Page | No 9 |

b.  To use:

Enter option 9 <CR>
Enter the term at which you wish to begin the listing in upper case and press <CR>.
The Index file list will then appear and can be browsed by answering Y to CONTINUE (Y/N).
To quit answer N to CONTINUE (Y/N).

HIT0445534