# Exhibit 13







```
RN 206669
TI A unique approach to design of a VCT mechanism
NF 2
RS BUTTERFIELD R
DF DD-MON-YYYY
CD 17-SEP-1992
MT PAPER
PK CONF-00523
AS Butterfield
AF R
AI R
ATP PER
AR AUTH
AS Institution of Mechanical Engineers
ATP CORP
AR CAUTH
TD 1991
PD 01-JAN-1991
SUBTP SUBJ
SU DRIVES
XS PAP
XC S993
PAG p001-004
AB The Morse VCT system offers significant advantages over other VCT
   systems including a wider range of travel, faster actuation rate,
   continuously variable capability, and low oil consumption.The system is
```

currently being tested and is expected to be ready for prototyping for specific applications by the first quarter of 1992.

*

Case 1:05-cv-00048-SLR   Document 314-13   Filed 11/20/2006   Page 4 of 4