# Exhibit 14

## INSTITUTION SERVICES

# ILS much more than a library




Victorian arches, balconies with wrought iron spiral staircases and railings, set in a forest of polished oak and sycamore make an improbable setting for a 1990s technical and business information centre. But, as manager of the IMechE's centre Jacqui Ollerton reveals, the Information and Library Service — as it is known — is much more than just a traditional library, for it must continually strive to meet the changing needs of the engineers it serves.

THE Institution's Information and Libary Service is much more than just a traditional repository for books and journals. Its *Information* section provides immediate access to technical and business data via computer terminals linked to databases throughout the world, and the new compact disc based CD-ROM technology.

Exclusively IMechE originated publications are indexed on a unique database which goes back to 1984.

Enquiries can be made by phone, fax, telex, post or in person.

Rubbing shoulders with the *Information* section, the Institution's long established *Library* provides the back-up, being able to draw on over 120 000 volumes covering mechanical engineering in the widest sense.

Material held by the library is available for loan to members in the UK. Anything not in stock may be obtained by calling on the vast resources of the British Library.

The Institution owns a wide variety of engineering treasures. They include letters, drawings, manuscripts, photographs, patent seals, personal memorabilia, and impressive models and books of great historical interest. The library is responsible for their administration.

## Now meet the staff who will respond to your needs...



**Gordon Morrison, librarian,** is the longest serving member of the library's staff and the most well known. He has expert knowledge of the history of the Institution with which to answer enquiries.
He deals with conservation of archives and artefacts, and recently had the job of ensuring that a British Library conservation grant was put to good use.



**Emily Lloyd, assistant librarian,** is responsible for administration of the loans system. Ring Emily if you wish to borrow, renew or request material from stock or from other libraries.



**Mike Claxton, assistant librarian,** is responsible for acquisition of books, standards and journals. He is editor of the *Additions list* which gives details of all new material added to the library by purchase or donation. Contact Mike to be added to the free mailing list, or if you would be interested in making a donation to the library.



**Annette Watts, senior information officer,** is responsible for the Information Service, co-ordinating enquiries and production of publications. She specialises in business information, so contact her for details of companies and products.



**Bill Brown, senior archivist/records officer.** Bill is responsible for the Library Service and for looking after archives and artefacts. He will be drawing on his expertise to organise an Institution wide records management system.



**Elizabeth Ellis, information officer,** is the first person to contact if you want to arrange a visit to the Library, or request a demonstration of facilities, or even have staff visit you. Elizabeth will be visiting the branches to spread the word about what the ILS can do for members.
She also deals with enquiries and is editor of a new current awareness bulletin called *Green engineering*.



**John Devine, information officer,** deals with technical enquiries and specialises in using online databases. He edits a current awareness bulletin *Material matters*, among other publications.



**Millicent Fitzgerald, ILS assistant,** is responsible for processing orders and acquisition to the library stock. Millicent also looks after financial records and photocopying.



**Suzanne Wrate, secretary to the ILS manager,** provides secretarial and administrative support to the Library Service.



**Veronica Bailey, junior secretary,** provides secretarial and clerical support to *Information* staff, and administers the sale of publications.

## ENQUIRIES HOTLINES: 071 973 1266/1267
## LOANS: 071 973 1274


Member of the Association of Learned & Professional Society Publishers

**ENGINEERING NEWS**  Member of the Audit Bureau of Circulations [ABC]

The Newspaper of The Institution of Mechanical Engineers   ISSN 0267-5145   Price: UK £32.00 Export: £39.00

Published by MECHANICAL ENGINEERING PUBLICATIONS LTD London and Birmingham, Alabama, for the INSTITUTION OF MECHANICAL ENGINEERS
Editorial Office: Northgate Avenue, Bury St Edmunds, Suffolk IP32 6BW   Telephone: 0284 763277   Telex: 817376   Facsimile: 0284 704006 Publisher:
Patrick Caird-Daley Editor: Michael Farmer MJI Editorial Assistant: Frances Barthorpe MJI Advertisement Manager: David Williams at Headquarters, 1 Birdcage
Walk, Westminster, London SW1H 9JJ   Telephone: 071 222 7899   Telex: 917944   Telegrams: MECH LONDON SW1H 9JJ   Facsimile: 071 222 4557
Final classified copy date Thursday prior to publication. Publication date normally third Wednesday of each month preceding cover date.
This publication is copyright under the Berne Convention and the International Copyright Convention. Apart from any fair dealing for the purpose of private study, research, criticism or review, as permitted under the Copyright, Designs and Patents Act, 1988, no part may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, electrical, chemical, mechanical, photocopying, recording or otherwise, without the prior permission of the copyright owners. Unlicensed multiple

INSTITUTION OF MECHANICAL ENGINEERS
1 Birdcage Walk, London, SW1H 9JJ
Telephone 071 222 7899. Telex 917944 IMELDN
Telegrams MECH LONDON SW1H 9JJ. Fax 071 222 4557
President: Michael Neale OBE BSc (Eng) DIC WhSch FEng FIMechE

HIT044553S