# EXHIBIT 15

# REDACTED

# EXHIBIT 16

# REDACTED

# EXHIBIT 17

# REDACTED