# Exhibit 19

Page 1

```
 1
 2        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF DELAWARE
 3
    -------------------------)
 4  HITACHI, LTD., and UNISIA NORTH )
    AMERICA, INC.,             )
 5       Plaintiffs,            )
                               ) Civil Action No:
 6    v.                       ) 05-048-SLR
                               )
 7  BORGWARNER INC., and       )
    BORGWARNER MORSE TEC INC., )
 8       Defendants.           )
    -------------------------)
 9  BORGWARNER INC.,           )
         Counterclaimant,      )
10                             ) Civil Action No:
      v.                       ) 05-048-SLR
11                             )
    HITACHI, LTD., and UNISIA NORTH )
12  AMERICA, INC.,             )
         Counterdefendants.    )
13  -------------------------)
14
15         VIDEOTAPED DEPOSITION
                  of
16         MR. MIKE CLAXTON
17
           On Tuesday, 24th January 2006
18
19
20
21
    Taken at:
22     Institute of Mechanical Engineers,
       1 Birdcage Walk,
23     Westminster,
       London SW1H 9JJ,
24     England
25
       Reported by: Alan Bell MBIVR
```

Page 2

```
 1
 2            APPEARANCES
 3  On behalf of the Plaintiffs:
 4      FOLEY & LARDNER LLP
        Washington Harbour,
 5      3000 K Street, Suite 500,
        Washington, DC 20007-5143
 6
        By: MR. C. EDWARD POLK
 7
 8  On behalf of the Defendants:
 9      SIDLEY AUSTIN LLP
        One South Dearborn,
10      Chicago, Illinois 60603
11      By: MS. LARA V. HIRSHFELD
12
    On behalf of the Institute of Mechanical
13  Engineers:
14      BRISTOWS
        3 Lincoln's Inn Fields,
15      London WC2A 3AA
        England
16
        By: MS. LAURA REYNOLDS
17
18  Also in attendance:
19      Ms. Sarah Rogers
20
21
22  Court Reporter:
        Alan J. Bell MBIVR
23      Marten Walsh Cherer Ltd.,
        Midway House
24      27/29 Cursitor Street,
        London EC4A 1LT
25
```

Page 3

```
 1
 2                INDEX
 3  Deponent                      Page
 4  MR. MIKE CLAXTON
 5  Errata                         4
    Direct Examination by Mr. Polk    6
 6  Cross-Examination by Ms. Hirshfeld  35
 7   ----------
 8  No exhibits were marked during this deposition
 9  Exhibits referred to during this deposition
10     Exhibit             Page
11       1                  12
         2                  13
12       3                  13
         4                  15
13       5                  15
         6                  18
14       7                  29
         8                  29
15       9                  30
        10                  32
16      11                  33
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2              E R R A T A
       (Please make any corrections here,
 3        not in the transcript)
 4
 5
 6
 ...
25
```

1 (Pages 1 to 4)

MARTEN WALSH CHERER LTD 27-29 CURSITOR STREET      LONDON EC4A 1LT
TELE: 020 7405 5010 E-MAIL: info@martenwalshcherer.com  FAX: 020 7405 5026

### Page 5

```
 1              CLAXTON
 2    (The deposition commenced at 5.33 p.m.)
 3          THE VIDEOGRAPHER: On 24th January
 4    2006 in the United States District Court for the
 5    District of Delaware, Civil Action No. 05-048-SLR
 6    in the case Hitachi Ltd. and Unisia North America,
 7    Inc., Plaintiffs v. Borgwarner Inc., and
 8    Borgwarner Morse Tec Inc., Defendants.
 9    Counterclaim: Borgwarner Inc., Counterclaimants,
10    v. Hitachi Ltd., and Unisia North America, Inc.,
11    Counterdefendants.
12          This is the deposition of Mr. Mike
13    Claxton being taken in the Institute of Mechanical
14    Engineers at number 1 Birdcage Walk, Westminster,
15    London. Also present are?
16          MR. POLK: Edward Polk for the
17    plaintiff Hitachi, from Foley & Lardner.
18          MS. REYNOLDS: Laura Reynolds from
19    Bristows, representing the Institute of Mechanical
20    Engineers.
21          MS. HIRSHFELD: Lara Hirshfeld,
22    defendants, Sidley Austin.
23          MR. POLK: Lara, the same
24    stipulation regarding swearing in this witness?
25          MS. HIRSHFELD: Yes, that's fine.
```

### Page 6

```
 1              CLAXTON
 2       MR. MIKE CLAXTON, SWORN
 3          MR. POLK: Counsel, do you want to
 4    get on the record his ability to review and make
 5    any corrections to the transcript?
 6          MS. REYNOLDS: Yes, we would like a
 7    copy of the transcript so we could review and make
 8    any necessary corrections.
 9    DIRECT EXAMINATION BY MR. POLK
10    Q.    Mr. Claxton, would you please state
11    your name and address for the record.
12    A.    It's Michael Claxton. My address
13    is 14 King's Road, Tonbridge, Kent.
14    Q.    And have you been deposed before?
15    A.    I haven't.
16    Q.    OK. Let me go through the process
17    again. I am going to ask you a series of
18    questions that hopefully are clear and concise so
19    you can understand them and provide an answer.
20    Again, the court reporter will be here to take
21    your answers. Please speak up so the court
22    reporter can hear you. Head nods will not get on
23    the record.
24    A.    I understand.
25    Q.    If you need to take a break at any
```

### Page 7

```
 1           CLAXTON - POLK
 2    time, please let me know. If there's any answers
 3    that you later realise are incorrect or incomplete
 4    that you need to go back and correct, feel free to
 5    go ahead and correct those. Again, if you need to
 6    take a break. And is there any reason you know of
 7    right now that you cannot give honest and accurate
 8    testimony?
 9    A.    No.
10    Q.    And are you currently employed?
11    A.    I'm employed at the Institution of
12    Mechanical Engineers.
13    Q.    And how long have you been employed
14    with -- I'm going to call them IMechE -- how long
15    have you been employed with IMechE?
16    A.    I started with IMechE in 1971 but I
17    joined the library department in 1973.
18          MS. HIRSHFELD: Excuse me, what did
19    you say?
20    A.    I'll repeat that. I started at the
21    Institution of Mechanical Engineers in 1971 with
22    the records department. I moved to the library
23    department in 1973.
24    BY MR. POLK:
25    Q.    And how long have you been with the
```

### Page 8

```
 1           CLAXTON - POLK
 2    library department?
 3    A.    Ever since that time in 1973.
 4    Q.    OK, and when you joined the library
 5    department in 1973, I know this is a while back,
 6    but can you remember your responsibilities?
 7    A.    I joined, I believe it was library
 8    assistant, in a junior role.
 9    Q.    And what were your responsibilities
10    as a library assistant?
11    A.    It was to do with processing books
12    but without the responsibility of the catalogue
13    and other responsibilities I had later. So it was
14    a clerical role at first.
15    Q.    OK, and you mentioned something
16    about cataloguing. Can we be clear for the
17    record, when you were a library assistant, what
18    was your involvement in cataloguing?
19    A.    My part of the process would have
20    been things like labelling books, and whatever,
21    largely manual procedures we had then. This was
22    prior to computerization.
23    Q.    OK. How long were you a library
24    assistant?
25    A.    I can't recall exactly. It might
```

2 (Pages 5 to 8)

MARTEN WALSH CHERER LTD         27-29 CURSITOR STREET              LONDON EC4A 1LT
TELE: 020 7405 5010        E-MAIL: info@martenwalshcherer.com       FAX: 020 7405 5026

**Page 9**

CLAXTON - POLK

have been in the region of two to three years. I can't be positive.

Q. OK. What was your role after being a library assistant?

A. There were a couple of promotions which eventually led up to me being termed librarian, which would have been in advance of the time period, 1991, we are considering now. I would have been librarian then.

Q. What were your responsibilities as a librarian?

A. I took over the professional side of the cataloguing, which means assigning headings to the books and class numbers for the shelves and so on.

Q. OK, how long were you a librarian?

A. Sorry?

Q. How long did you hold the position of librarian?

A. I can't recall exactly. As I said, that would have been one of well in advance of the time period we're considering in the 90s.

Q. OK, and what was your position after being a librarian?

**Page 10**

CLAXTON - POLK

A. After being a librarian? That is my title now, is librarian.

Q. I'm sorry, so you have been a librarian ----

A. I started off, the more clerical role was library assistant and that evolved to be a librarian post for the majority of my time here.

Q. OK, so you'd been a librarian some time before, say, '90 or '91 until the present?

A. That's right.

Q. OK. Let's focus around, say, the 1991 to 1992 timeframe. What was your kind of general day-to-day responsibilities during that timeframe?

A. I was concerned with cataloguing and classifying books, but not the papers. So when we went to computerization methods, then I would have been working with the CAIRS system and entering on the book part of that system ----

Q. OK, when ----

A. ---- rather than the papers database.

Q. I'm sorry.

A. Rather than the papers database.

**Page 11**

CLAXTON - POLK

Q. OK, and when did you first start working with the CAIRS system?

A. When that was first introduced, which was the early 1980s.

Q. And do you know how long the library used the CAIRS system?

A. That would have been from the early 1980s to early 1990s; approximately ten years.

Q. Say that again, it would have been from?

A. The CAIRS system, yes?

Q. Yes.

A. Started up in early 1980s until -- no, sorry, I think I made an error there. It certainly started in early 1980s and would have gone up to early 2000s is what I meant to say.

Q. OK. How familiar are you with the library's practices and procedures in 1991?

A. Sorry, say again?

Q. How familiar are you with IMechE -- the library's I am referring to -- practices and procedures in 1991?

A. Very familiar with the CAIRS books side of the software. In general terms I also

**Page 12**

CLAXTON - POLK

know how the papers database worked.

Q. OK, and how familiar with the practice and procedures of the library in 1992?

A. Fairly familiar.

Q. OK. Could you take a look at what was previously marked as Defendants' Exhibit 1.

A. Excuse me while I replace my microphone.

Q. If you look at, I think it's the top document, Exhibit 1. Again, for the record, it's the 30(b)(6) notice to the Institute. If you could look at the topics, the deposition topics, that are a little further into the document, I believe the second to last page.

A. Right.

Q. Have you seen this document before?

A. I've had a brief look at this.

Q. OK. Have you had a chance to review the deposition topics?

A. Just superficially, yes.

Q. OK. If you can, please review them now and let me know if you are prepared to testify on topics 1 through 5.

A. That's fine, I've reviewed those.

3 (Pages 9 to 12)

MARTEN WALSH CHERER LTD          27-29 CURSITOR STREET          LONDON EC4A 1LT
TELE: 020 7405 5010              E-MAIL: info@martenwalshcherer.com          FAX: 020 7405 5026

CLAXTON - POLK

Q. Now, we had some testimony just a little earlier about the membership of the Institute of Mechanical Engineers. Could you look at Exhibit 2, please. Exhibit 2 notes that -- I guess nearer the 1990 timeframe -- that IMechE averaged around, say, 77,000 members. Based on your employment with IMechE, is that your understanding of the IMechE's membership around that timeframe?

A. My recollection is that throughout my time at the IMechE, membership has ranged from 75,000 to 80,000 and that's changed little.

Q. OK, so looking at Exhibit 2, the membership article, if you could just review that article and tell me do you believe that's an accurate description or depiction of the IMechE's membership around the 1990 timeframe?

A. Yes, that's consistent with my recollection of the membership levels.

Q. OK. If you could, could you turn to Exhibit 3, please. And if you could, please, take a look through what has been marked as Exhibit 3. For the record, again, it is HIT 445505A through 445573.

Page 13

CLAXTON - POLK

A. Sorry, am I looking through all of these?

Q. Yes, just thumb through as much as you need. I'm going to talk about some of these enclosures relating to the CAIRS system.

A. Right, I've seen what's there.

Q. If you could turn to enclosure 3. It begins on Hitachi 445513.

A. 13?

MS. HIRSHFELD: Ed, did you say enclosure 3?

MR. POLK: Yes, Lara, enclosure 3.

A. I have that.

Q. OK. Could you look through enclosure 3. It goes a couple of pages and it ends at Hitachi 445517. It's entitled "Entering item on CAIRS LMS catalogue".

A. Right.

Q. You mentioned you were most familiar with the books side of CAIRS; is that correct?

A. That is correct.

Q. And this is the side, I take it, that you were most familiar with?

Page 14

CLAXTON - POLK

A. That's right.

Q. OK, and does this accurately describe the CAIRS -- entering items on the CAIRS catalogue in October of 1991?

A. It does.

Q. OK, and could you look at Exhibit 4, please. For the record -- again, I'm talking about enclosure 4. For the record, it's Hitachi 445518-19. It is entitled "Instructions for IMS database inputting - seminar papers", and I guess this is directed to the information assistant?

A. Right.

Q. And you mentioned you were generally familiar with the papers side of the CAIRS system?

A. That's right.

Q. OK, and if you would look at enclosure 4, to the best of your understanding is it accurate for the CAIRS -- inputting CAIRS seminar papers for information assistants around the 1991 to 1992 timeframe?

A. It is.

Q. OK, and could you look at Exhibit 5, please -- I'm sorry, enclosure 5. I

Page 15

CLAXTON - POLK

keep wanting to say exhibit. If you look at enclosure 5, for the record, it's Hitachi 445520-21. Have you had a chance -- let me know when you have had a chance to review this document.

A. I've had a look at the document.

Q. OK, and for the record it says: "Instruction for IMS database inputting - seminar papers information officer." Again, you testified earlier that you were generally familiar with the seminar papers side inputting?

A. Yes, this is consistent to what I remember.

Q. And this is consistent for the procedures that the information officer would have used?

A. That's correct.

Q. OK, and if you look at enclosure 6, which is Hitachi 445522 to 23, and for the record it says "Guidelines for abstract writing". Please take a look through this and please let me know if this is familiar with your understanding of guidelines for abstract writing in CAIRS around the '91 to '92 timeframe.

Page 16

4 (Pages 13 to 16)

MARTEN WALSH CHERER LTD           27-29 CURSITOR STREET           LONDON EC4A 1LT
TELE: 020 7405 5010           E-MAIL: info@martenwalshcherer.com           FAX: 020 7405 5026

Page 17

CLAXTON - POLK
1
2  A.  This, well these guidance notes
3  reflect the way the work was done at the time.
4  Although I didn't enter myself, but this is what
5  was done according to the resulting data entries.
6  Q.  OK, and that was during the '91 to
7  '92 timeframe?
8  A.  That's right.
9  Q.  And if you look at enclosure 7 of
10 Exhibit 3, which is Hitachi 445524-25, could you
11 please look through these two pages. That is
12 entitled "Software". Let me know when you've had
13 a chance to review enclosure 7.
14 A.  OK. I recall all those databases
15 except Typing Tutor, which is a fairly minor one,
16 I think.
17 Q.  Could you say that again?
18 A.  The software numbered number 6 I
19 don't remember. This is a fairly minor part of
20 the software input.
21 Q.  OK, but the rest of the -- it shows
22 software. Do you know what this software, when or
23 where this software was used?
24     MS. HIRSHFELD:  Objection,
25 foundation.

Page 18

CLAXTON - POLK
1
2  BY MR. POLK:
3  Q.  Strike that. Do you know if the
4  IMechE library used any of the software that is
5  shown in Exhibit 7?
6  A.  I recall them all being used in
7  that period apart from Typing Tutor.
8  Q.  When you say "that period", which
9  period are you talking about?
10 A.  That would've been the 1990s and
11 previous to that.
12 Q.  OK, and that would include the '91
13 to '92 timeframe?
14 A.  It would include that.
15 Q.  If you could turn to enclosure 8,
16 which is shown on pages Hitachi 445526 to Hitachi
17 445534, could you please look at the enclosure 8
18 that is entitled "Searching" and let me know when
19 you've had a chance to review this enclosure?
20 A.  I've reviewed it.
21 Q.  Looking at enclosure 8, where it
22 says searching, what does that refer to?
23 A.  That's when someone wants to make
24 an enquiry of the catalogue, which was CAIRS.
25 Q.  OK, and does enclosure 8 accurately

Page 19

CLAXTON - POLK
1
2  describe how CAIRS was searched in the 1991 to
3  1992 timeframe?
4  A.  Yes, it describes the various
5  methods of searching the catalogue.
6  Q.  OK, and is it accurate?
7  A.  Yes, it looks accurate.
8  Q.  If you could turn to enclosure 9,
9  which is Hitachi 445535.
10 A.  OK, I have it.
11 Q.  It says "Postal Photocopies". Do
12 you know what that refers to?
13 A.  I do.
14 Q.  And what is that referencing?
15 A.  That is when people have contacted
16 us through telephone, letter or other means
17 requesting a photocopy of a particular article or
18 page from a publication.
19 Q.  OK, and who would that request have
20 typically gone to?
21 A.  Would have gone to?
22 Q.  Yes.
23 A.  It could have gone to any of the
24 enquiries staff, or any of the library staff, in
25 fact. It would normally be dealt with by the

Page 20

CLAXTON - POLK
1
2  library assistant.
3  Q.  OK, and who could obtain postal
4  copies of, say, seminar materials?
5  A.  We send out photocopies to either
6  members or non-members, so anybody who asks,
7  really.
8  Q.  And that was the case in the
9  1991-92 timeframe?
10 A.  It was the case then.
11 Q.  OK. And if you look at enclosure
12 10 of Exhibit 3, which is Hitachi 445536. It is
13 entitled "Personal Loans - Members". Do you see
14 that?
15 A.  Yes.
16 Q.  Could you please take a look at
17 enclosure 10 and please review that document.
18 A.  I have seen that.
19 Q.  OK. Where it says "Personal Loans
20 - Members", what is that referring to?
21 A.  "Members" refers to members of the
22 Institution of Mechanical Engineers and "loans" is
23 self-explanatory, I think. So anyone could borrow
24 a book or an entire conference proceedings if they
25 asked for that and they were a member. Also, we

5 (Pages 17 to 20)

CLAXTON - POLK

1 lent to about three other institutions' members as
2 well because we had an agreement with them.
3     Q.   OK, who were those institutions?
4     A.   That's the Royal Aeronautical
5 Society, the Institution of Electrical Engineers
6 and the Institution of Civil Engineers.
7     Q.   OK, could you say that list one
8 more time; it was?
9     A.   Institution of Electrical
10 Engineers.
11     Q.   Commonly known as IEEE?
12     A.   IEE.
13     Q.   OK.
14     A.   And the Institution of Civil
15 Engineers (ICE), and the Royal Aeronautical
16 Society, which is RAeroS.
17     Q.   So who was -- what is IEE, what
18 were they?
19     A.   Institution of Electrical
20 Engineers.
21     Q.   And where were they located?
22     A.   They're in Westminster as well:
23 Savoy Place, near the hotel.
24     Q.   Did IEE have access to the CAIRS

Page 21

CLAXTON - POLK

1 database?
2     A.   Yes.
3         MS. HIRSHFELD:  Objection,
4 foundation.
5     A.   We agreed some years ago to loan to
6 each other's members and provide other facilities
7 to each other's members, such as photocopiers.
8 BY MR. POLK:
9     Q.   OK.  So how did IEE have access to
10 information on the CAIRS database?  And again, I
11 am talking about the '91 and '92 timeframe.
12     A.   They had no direct access because
13 CAIRS was only available within the library
14 itself.
15     Q.   So they had to come to the library?
16     A.   They would have to ask us or come
17 to the library.
18     Q.   Could they call up?
19     A.   They could ring, yes.
20     Q.   Ok, so in the '91-'92 timeframe,
21 IEEE members could either ----
22     A.   IEE.
23     Q.   I'm sorry, I'm thinking of the US.
24     A.   No electronics!

Page 22

CLAXTON - POLK

1     Q.   IEE members could call a member of
2 the IMechE library staff to access the CAIRS
3 database or they could actually come to the
4 library itself to access the CAIRS database?
5     A.   Yes.  Normally we would search on
6 their behalf because there weren't publicly
7 available terminals then.  So the normal procedure
8 would be that they would ask us and we would then
9 interrogate the database.
10     Q.   OK, and ICE, which I believe you
11 said was the Institute of Civil Engineering?
12     A.   Yes.
13     Q.   And where were they located?
14     A.   Civil engineers are about 50 feet
15 that way across the road.
16     Q.   That's the building there across
17 the walk?
18     A.   It is One Great George Street.
19     Q.   So what is ICE?
20     A.   They are a sister institution, as
21 are the other two I mentioned, a sister
22 engineering institution.  And the ICE, the IEE and
23 ourselves were known as "The Big Three", probably
24 still are for all I know; so the bigger

Page 23

CLAXTON - POLK

1 engineering institutions.
2     Q.   How did ICE have access to the
3 information on the CAIRS database?
4     A.   OK, by the same means.  They would
5 contact us, we would search for them.
6     Q.   And ICE members could also come to
7 the IMechE library and search the database?
8     A.   In fact, any member of the public
9 could come to the library as well.
10     Q.   OK, and just so we are clear, we're
11 talking about the '91 and '92 timeframe?
12     A.   That's right, but it hasn't
13 changed.
14     Q.   OK.  It hasn't changed today?
15     A.   No, we're still open to the public
16 as well as to members.
17     Q.   And Royal Aeronautical Society, who
18 are they?
19     A.   It's another sister institution
20 which deals with branches of aeronautical
21 engineering.
22     Q.   OK, and how did Royal -- or RAS, I
23 will call them RAS.  How did RAS members have
24 access to the information on the CAIRS database in

Page 24

6 (Pages 21 to 24)

MARTEN WALSH CHERER LTD          27-29 CURSITOR STREET          LONDON EC4A 1LT
TELE: 020 7405 5010              E-MAIL: info@martenwalshcherer.com   FAX: 020 7405 5026

```
                    CLAXTON - POLK
 1
 2   the '91-'92 timeframe?
 3        A.   It's the same situation; no direct
 4   access, they would ask us.
 5        Q.   And they could come to the library?
 6        A.   They could visit, yes.
 7        Q.   In the '91-'92 timeframe did you
 8   have terminals in the library?
 9        A.   Not for public use.
10        Q.   OK, it was searched by the staff?
11        A.   Yes.
12        Q.   OK. Enclosure 11, if we could turn
13   to that, which is Hitachi 445537, mentions postal
14   loans. Do you see that?
15        A.   Yes.
16        Q.   And what is that referring, to
17   postal loans?
18        A.   That is documents such as books,
19   conferences, seminars, which we sent through the
20   post for people to borrow.
21        Q.   OK, and if you look at enclosure
22   13, which is Hitachi 445539.
23        A.   I have it.
24        Q.   OK. It shows a gentleman, a
25   dappper looking gentleman named Mike Claxton, with
```
Page 25

```
                    CLAXTON - POLK
 1
 2   time here.
 3        A.   As part of a team, yes.
 4        Q.   You worked with everyone listed on
 5   Hitachi 445539 to some degree?
 6        A.   Yes.
 7        Q.   And during that timeframe did you
 8   understand what each of these people's roles and
 9   responsibilities were with the library?
10        A.   I don't recall every role that
11   every person had in detail, but roughly, yes.
12        Q.   So you were generally familiar with
13   what they were doing?
14             MS. HIRSHFELD: Objection,
15   foundation.
16        A.   (No verbal response)
17   BY MR. POLK:
18        Q.   OK, if you could turn to enclosure
19   16, which begins on Hitachi 445543 and ends at
20   Hitachi 445573. Do you see that?
21        A.   Enclosure 16?
22        Q.   Yes, enclosure 16.
23        A.   I've got it, yes.
24        Q.   For the record it says it is a list
25   of IMechE seminars for 1991. Based on your
```
Page 27

```
                    CLAXTON - POLK
 1
 2   the reference "Mike Claxton". Is that you,
 3   Mr. Claxton?
 4        A.   That's me.
 5        Q.   The other people who are mentioned
 6   on this page, were they employees of IMechE?
 7        A.   They were employees, in the library
 8   in fact.
 9        Q.   OK, and did you work with these
10   individuals on a regular basis?
11        A.   On a day-to-day basis, yes.
12        Q.   Did you work with Gordon Morrison
13   on a day-to-day basis?
14        A.   I did.
15        Q.   Did you learn any of the -- in your
16   work with Gordon Morrison, did you learn pretty
17   much what he did on a day-to-day basis?
18        A.   I think so, yes.
19        Q.   And Emily Lloyd, did you work with
20   her on a day-to-day basis? And I am talking about
21   the '91-'92 timeframe.
22        A.   Right. Yes, I had varying contacts
23   with the different people, but I worked with them
24   all to some degree.
25        Q.   OK, so if we could save a little
```
Page 26

```
                    CLAXTON - POLK
 1
 2   employment with IMechE during, say, the '91-'92
 3   timeframe, does this appear to be an accurate list
 4   of the seminars that were held in 1991?
 5        A.   It does, yes.
 6        Q.   Could you take a look at Exhibit 5,
 7   please.
 8             MS. HIRSHFELD: What exhibit, 2 did
 9   you say?
10             MR. POLK: I am sorry, that's the
11   one you don't have, is Exhibit 5.
12        A.   I have that in front of me.
13        Q.   Which is again the entire booklet
14   of materials presented at the camshaft seminar.
15   It has not been Bates stamped at this point?
16        A.   Yes, it is.
17        Q.   And have you seen Exhibit 5 before?
18        A.   Only in the last couple of days --
19   that I recall.
20        Q.   OK. And when was the last time you
21   saw Exhibit 5? And I mean the copy that IMechE
22   maintains in this library.
23             MS. HIRSHFELD: Ed, just real
24   quick, did you say you have to be done in the next
25   half hour?
```
Page 28

7 (Pages 25 to 28)

MARTEN WALSH CHERER LTD        27-29 CURSITOR STREET            LONDON EC4A 1LT
TELE: 020 7405 5010            E-MAIL: info@martenwalshcherer.com   FAX: 020 7405 5026

CLAXTON - POLK

1 MR. POLK: 6.30, yes.
2 MS. HIRSHFELD: OK, because just
3 remember I have questions as well. I just wanted
4 to make you aware of that.
5 THE WITNESS: They're not going to
6 actually chuck us out so we can overrun a little.
7 MR. POLK: OK. Counsel, since you
8 don't have Exhibit 5, I'll move on. We've already
9 talked about that document. If you could look at
10 Exhibit 6 for you, please. Actually, Exhibits 6,
11 7 and 8, if you look at them collectively. Again,
12 Lara, these are the pictures, 6, 7 and 8.
13 MS. HIRSHFELD: Yes.
14 BY MR. POLK:
15 Q. We've had prior testimony of these
16 shelves as containing the seminar materials, at
17 least up to 1992. Looking at Exhibits 6, 7 and 8,
18 is that a reasonably accurate depiction of how the
19 materials would have been housed in the library in
20 around the 1991-92 timeframe?
21 A. The same general arrangement would
22 have been in place, which is the IMechE
23 proceedings papers and volumes, the conferences
24 and the seminars are all filed by year and for the

Page 29

CLAXTON - POLK

1 conferences and seminars, alphabetically within
2 the year.
3 Q. And alphabetically by?
4 A. By the first important word in the
5 title of the seminar or conference.
6 Q. OK, so the camshafts seminar, based
7 on your understanding of IMechE procedures in '91
8 and '92, how would that have been placed on the
9 shelves?
10 A. Can you remind me of the date of
11 the ----
12 Q. It was 1991.
13 A. 1991, so it would have been ....
14 Q. And if you need any help you can
15 look at Exhibit 9, if that helps you.
16 A. OK, that's fine. So that would
17 have been filed under 1991 year and, within that,
18 under "C" for camshafts.
19 Q. If you look at Exhibit 9, please.
20 That's the enlarged picture, OK?
21 A. Right.
22 Q. Have you had a chance to look at
23 Exhibit 9?
24 A. Yes.

Page 30

CLAXTON - POLK

1 Q. Looking at Exhibit 9, say in the
2 1991-92 timeframe, where would the camshafts
3 seminar booklet have been housed?
4 MS. HIRSHFELD: Objection,
5 foundation; speculation.
6 A. It would almost certainly be within
7 that first full box shown on the left: A-Co.
8 Q. OK, and based on your understanding
9 of the library in the 1991-92 timeframe, is this
10 kind of an accurate depiction of how it would have
11 been housed on the IMechE shelves?
12 A. Yes. The boxes might have been
13 moved round the shelves but the same general
14 arrangement would have been adopted.
15 Q. OK. Now, in the 1991 timeframe, is
16 it your understanding that after the seminar had
17 taken place that two copies would have been placed
18 on the shelves?
19 A. That's right. The copies would
20 have arrived in the library and been dealt with by
21 the assistant, who stamps them and enters them on
22 the cards and then, immediately after that, the
23 two copies, the B and C copies, would have been
24 put on the shelves for use and the A copy would

Page 31

CLAXTON - POLK

1 have been retained for indexing.
2 Q. OK. You said they were indexed on
3 cards. What were you referring to?
4 A. This would be when the title of the
5 seminar or conference would be entered on a card
6 for that purpose. So you would have a card, or
7 cards, for each year, so there would have been one
8 for 1991. And then, as the seminars were
9 received, they would have been entered by title on
10 that card and the number of copies received.
11 Q. And the card, again so I am clear,
12 it would have had 1991 -- or let's take 1991 for
13 example. It would have said 1991 at the top and
14 as seminars came in they would have been
15 listed ----
16 A. ---- all in boxes on that card.
17 Q. And if you could turn to Exhibit
18 10, please.
19 A. Right.
20 Q. Look at the second page, where it
21 mentions Camshaft Drives. Do you see that?
22 A. Is that on the -- which page is
23 that on?
24 Q. Actually, from the article itself,

Page 32

**Page 33**

CLAXTON - POLK

it would be page 11. It's the second page of Exhibit 10.

A. Yes, it mentions camshaft drives.

Q. And do you know what that is referring to?

A. That's obviously the seminar that we have as another exhibit -- Exhibit 5.

Q. Is it your understanding, in the '91-'92 timeframe, that IMechE advertised upcoming seminars?

A. That's right. Policy would almost certainly would have been, as it is now, leaflets would have been sent out on mailshots and also an advertisement would have been made in our newspaper, as I have in front of me now.

Q. You said leaflets would have been sent out on a mailshot. What did you mean by that?

A. There were mailings made in advance of conferences or seminars and I believe that would have been the case during the 1990s as well.

Q. Could you turn to Exhibit 11, please.

MS. HIRSHFELD: And I don't have a

**Page 34**

CLAXTON - POLK

copy of this one, right?

MR. POLK: No.

A. I have Exhibit 11.

Q. Again, for the record, it's the May 1992 copy of Engineering News, the cover page and page 7 on the inside of that news article.

A. Yes.

Q. If you look where it says "Solid Mechanics and Machine Systems Group" on page 7.

A. Right, it's circled, yes.

Q. Under the heading where it says "Solid Mechanics and Machine Systems Group", midway down it says: "A European seminar on Camshaft Drives was run in conjunction with our automobile division. Four of the papers and one third of the delegates for this event were from outside the UK", do you see that?

A. I see that.

Q. It says: "The camshafts drives seminar was run in conjunction with our automobile division". Do you know what that means?

A. That means that the personnel here concerned with the automobile division would have organised this conference.

**Page 35**

CLAXTON - POLK

Q. Does that mean that the camshaft seminar actually took place?

A. My reading of that would be, just from the words, that it says the delegates for this event were from outside the UK, which suggests it definitely happened. But I wasn't present in that department, so I have no personal knowledge of that, but certainly the reading here would suggest it.

Q. Now, do you understand, kind of just generally, how seminars were run in the '90-'92 timeframe?

A. Again, no personal knowledge of that, but I have no reason to believe that it was much different.

MR. POLK: Lara, I have no further questions.

CROSS-EXAMINATION BY MS. HIRSHFELD

Q. I guess I have a couple. Mr. Claxton, are you being paid for your testimony today?

A. I'm not.

Q. And did you meet with Mr. Polk prior to giving your testimony today?

**Page 36**

CLAXTON - HIRSHFELD

A. At some brief intervals today and yesterday.

Q. OK, and for how long did you meet with Mr. Polk?

A. Pretty much only to answer individual questions such as where something could be found on the shelf or how the seminars were arranged round the shelves, but just brief occasions for each.

Q. Did you speak to Mr. Polk at any time prior to yesterday?

A. Not before his visit yesterday, no.

Q. Have you spoken to Mr. Polk on the phone?

A. I haven't.

Q. Have you spoken to anyone else from Mr. Polk's lawfirm?

A. I haven't.

Q. Have you spoken to anyone from Hitachi?

A. I haven't.

Q. And did Mr. Polk tell you anything about the lawsuit underway between Hitachi and Borgwarner?

9 (Pages 33 to 36)

MARTEN WALSH CHERER LTD    27-29 CURSITOR STREET    LONDON EC4A 1LT
TELE: 020 7405 5010    E-MAIL: info@martenwalshcherer.com    FAX: 020 7405 5026

CLAXTON - HIRSHFELD

2    A. No, he hasn't mentioned that to me.
3    Q. OK, and have you provided any
4 materials of any sort to Mr. Polk?
5    A. I have helped with pulling some of
6 these things off the shelf. The Engineering News,
7 I recall, I was involved looking for. That's
8 Exhibit 11 you have.
9    Q. OK. Did you provide any letters or
10 e-mails or anything of that sort?
11    A. I didn't.
12    Q. OK. Now, I would like for you to
13 look at enclosure 16 of Exhibit 3.
14    A. I'm just waiting for that one. Oh,
15 3, yes. I'm getting confused with the enclosures.
16 I have Exhibit 3, yes.
17    Q. OK, I want to make sure that is a
18 printout from the current library catalogue;
19 correct?
20    A. This is Exhibit 3 we are looking
21 at? Oh, sorry, enclosure 16 I am looking for now.
22 List of IMechE seminars from 1991, yes.
23    Q. And that is from your current
24 library catalogue; correct?
25    A. This would be. Yes it is, yes.

Page 37

CLAXTON - HIRSHFELD

2 Sarah meet or talk in advance of the deposition?
3    A. A few minutes. We have looked at,
4 you know, if there was any documentation we could
5 find or anything of that nature.
6    Q. OK, and Mr. Claxton?
7    A. Yes.
8    Q. Do you know who input the data into
9 your database system for the camshaft drives
10 document of Exhibit 4; do you know that?
11    A. It's impossible to say who exactly
12 but it would have been someone on the information
13 team, either an information assistant for some of
14 the data, information officer to check and
15 complete the data. So it would have been the
16 information staff. I was on the library staff, so
17 I knew generally what they did, but I couldn't
18 tell you who input this particular thing.
19    Q. Seminar papers were not published
20 nine months prior to any conferences; correct?
21    A. Sorry, nine months prior to?
22    Q. Papers were not published nine
23 months prior to any conferences; correct?
24    A. They wouldn't have been made
25 available, as far as I know, before the date of

Page 39

CLAXTON - HIRSHFELD

2    Q. I would like for you to look at
3 Exhibit 4. It's the camshaft drives document.
4    A. Yes, I have that.
5    Q. Have you ever seen it before today?
6    A. No -- well, sorry, I have seen it
7 before today. I've seen it in the last two days.
8    Q. Have you seen it at any time prior
9 to that?
10    A. Not that I recall. I may have
11 taken it out for someone but I don't recall that.
12    Q. OK. Who did you speak to in
13 preparation for your deposition today?
14    A. Well, Sarah Rogers.
15    Q. Did you speak with anybody else?
16    A. Briefly with the Institution's
17 solicitor.
18    Q. Pardon me?
19    A. Sorry, briefly with our
20 representative today.
21    Q. So you did not speak, though, with
22 any other staff member of the IMechE library;
23 correct?
24    A. I don't think specifically, no.
25    Q. OK, and then how long did you and

Page 38

CLAXTON - HIRSHFELD

2 the conference itself.
3    Q. Did you ever attend any of the
4 IMechE seminars?
5    A. I've never been to one, no.
6    Q. OK, then I would just like you to
7 refer to Exhibits 6 through 9, the pictures.
8    A. Right, OK.
9    Q. Is that somebody's office, or what
10 is that?
11    A. No, this is part of the library.
12 Members can browse these shelves.
13    Q. OK, so the desks there, those are
14 just desks for people to use when they come to
15 visit the library?
16    A. That's right. Either they can
17 browse themselves or we can search for a document
18 for them.
19    MS. HIRSHFELD: That is all I have.
20    MR. POLK: I don't have anything
21 further. I guess we can conclude at this point.
22 I thank both of you for coming and helping us in
23 this case here and we appreciate your time.
24    (The deposition concluded at 6.17 p.m.)
25

Page 40

10 (Pages 37 to 40)

MARTEN WALSH CHERER LTD          27-29 CURSITOR STREET          LONDON EC4A 1LT
TELE: 020 7405 5010          E-MAIL: info@martenwalshcherer.com          FAX: 020 7405 5026

```
 1
 2                CERTIFICATE OF WITNESS
 3
 4         I, MIKE CLAXTON, am the witness in
 5  the foregoing statement under oath. I have read
 6  the foregoing statement and, having made such
 7  changes and corrections as I desired, I certify
 8  that the transcript is a true and accurate record
 9  of my responses to the questions put to me on
10  Tuesday, 24th January 2006.
11
12
13
14
15
16  Signed .....................
17       MIKE CLAXTON
18  Dated this ........ day of ......... 2006
19
20
21
22
23
24
25

                       Page 41
```

```
 1
 2            CERTIFICATE OF COURT REPORTER
 3
 4         I, Alan Bell (Accredited Court
 5  Reporter, Member of the British Institute of
 6  Verbatim Reporters) do hereby certify that MIKE
 7  CLAXTON was duly sworn, that I took the Stenograph
 8  Notes of the foregoing statement under oath and
 9  that the transcript thereof is a true and accurate
10  record transcribed to the best of my skill and
11  ability.
12         I further certify that I am neither
13  counsel for, related to, nor employed by any of
14  the parties to the action in which the deposition
15  was taken, and that I am not a relative or
16  employee of any attorney or counsel employed by
17  the parties hereto, nor financially or otherwise
18  interested in the outcome of the action.
19
20  .......................
21  Alan Bell
22
23
24
25

                       Page 42
```

11 (Pages 41 to 42)

MARTEN WALSH CHERER LTD         27-29 CURSITOR STREET         LONDON EC4A 1LT
TELE: 020 7405 5010         E-MAIL: info@martenwalshcherer.com         FAX: 020 7405 5026