# Exhibit 20

| | |
|---|---|
| From: | Jean MELCHIOR [j.melchior@wanadoo.fr] |
| Sent: | Thursday, February 16, 2006 10:20 AM |
| To: | Polk, Jr., C. Edward |
| Subject: | Re: RE: |

Mr Polk,

After the interference, I have signed a licence agreement with BorgWarner. As a consequence, I cannot contribute to any action against them.

I am sorry not to be in a position to help you

regards
Jean Melchior


Le 16 févr. 06 à 14:06, Polk, Jr., C. Edward a écrit :

> Mr. Melchior,
>
> Thanks for your reply, do you know anyone that may have attended?
> I am
> wondering how you got a copy of the Butterfield article that was
> presented at the Institute of Mechanical Engineers in London, England.
> Also, how did you learn about this article?  If you recall, you used
> this article as an exhibit during the interference proceeding with
> Borg
> Warner.   I represent a party that is now in litigation with Borg
> Warner
> over one of Borg Warner's VCT patents.  Can I call you?
>
> C. Edward Polk, Jr.
> Foley & Lardner LLP
> Washington Harbour
> 3000K Street, NW, Suite 500
> Washington, DC 20007
> 202-295-4634
> epolk@foley.com
>
>
> -----Original Message-----
> From: Jean MELCHIOR [mailto:j.melchior@wanadoo.fr]
> Sent: Thursday, February 16, 2006 8:02 AM
> To: Polk, Jr., C. Edward
> Subject:
>
>
> Hello M. Polk
>
> Sorry, I did not attend this seminar.
>
> Regards
> Jean Melchior
>
> The preceding email message may be confidential or protected by the
> attorney-client privilege. It is not intended for transmission to, or
> receipt by, any unauthorized persons.  If you have received this
> message in error, please (i) do not read it, (ii) reply to the sender
> that you received the message in error, and (iii) erase or destroy the
> message.  Legal advice contained in the preceding message is solely

1

```
> for the benefit of the Foley & Lardner LLP client
> (s) represented by the Firm in the particular matter that is the
> subject of this message, and may not be relied upon by any other
> party.
>
>
> Internal Revenue Service regulations require that certain types of
> written advice include a disclaimer. To the extent the preceding
> message contains advice relating to a Federal tax issue, unless
> expressly stated otherwise the advice is not intended or written to be
> used, and it cannot be used by the recipient or any other taxpayer,
> for the purpose of avoiding Federal tax penalties, and was not written
> to support the promotion or marketing of any transaction or matter
> discussed herein.
>
>
>
```