5,172,659

**5**

and 56 and by simultaneously retracting the other of the cylinders 54 and 56, the arcuate position of the sprocket 32 will be changed relative to the sprocket 30, either to advance the sprocket 32 if the cylinder 54 is extended and the cylinder 56 is retracted, which is the operating condition illustrated in FIGS. 2 and 4, or to retard the sprocket 32 relative to the sprocket 30 if the cylinder 56 is extended and the cylinder 54 is retracted, which is the operating condition illustrated in FIGS. 1, 3, 7 and 8. In either case, the retarding or advancing of the position of the sprocket 32 relative to the position of the sprocket 30, which is selectively permitted or prevented in reaction to the direction of torque in the camshaft 26, as explained in the aforesaid U.S. Pat. No. 5,002,023, will advance or retard the position of the camshaft 34 relative to the position of the camshaft 26 by virtue of the chain drive connection provided by the chain 36 between the sprocket 32, which is journalled for limited relative arcuate movement on the camshaft 26, and the sprocket 30, which is keyed to the camshaft 34. This relationship can be seen in the drawing by comparing the relative position of a timing mark 38a on the sprocket 30 and a timing mark 38a on the sprocket 38 in the retard position of the camshaft 34, as is shown in FIGS. 1 and 3, to their relative positions in the advanced position of the camshaft 34, as is shown in FIGS. 2 and 4.

FIGS. 10–19 illustrate an embodiment of the present invention in which a housing in the form of a sprocket 132 is oscillatingly journalled on a camshaft 126. The camshaft 126 may be considered to be the only camshaft of a single camshaft engine, either of the overhead camshaft type or the in block camshaft type. Alternatively, the camshaft 126 may be considered to be either the intake valve operating camshaft or the exhaust valve operating camshaft of a dual camshaft engine. In any case, the sprocket 132 and the camshaft 126 are rotatable together, and are caused to rotate by the application of torque to the sprocket 132 by an endless roller chain 138, shown fragmentarily, which is trained around the sprocket 132 and also around a crankshaft, not shown. As will be hereinafter described in greater detail, the sprocket 132 is oscillatingly journalled on the camshaft 126 so that it is oscillatable at least through a limited arc with respect to the camshaft 126 during the rotation of the camshaft, an action which will adjust the phase of the camshaft 126 relative to the crankshaft.

An annular pumping vane 160 is fixedly positioned on the camshaft 126, the vane 160 having a diametrically opposed pair of radially outwardly projecting lobes 160a, 160b and being attached to an enlarged end portion 126d of the camshaft 126 by bolts 162 which pass through the vane 160 into the end portion 126a. In that regard, the camshaft 126 is also provided with a thrust shoulder 126b to permit the camshaft to be accurately positioned relative to an associated engine block, not shown. The pumping vane 160 is also precisely positioned relative to the end portion 126a by a dowel pin 164 which extends therebetween. The lobes 160a, 160b are received in radially outwardly projecting recesses 132a, 132b, respectively, of the sprocket 132, the circumferential extent of each of the recesses 132a, 132b being somewhat greater than the circumferential extent of the vane lobe 160a, 160b which is received in such recess to permit limited oscillating movement of the sprocket 132 relative to the vane 160. The recesses 132a, 132b are closed around the lobes 160a, 160b, respectively, by spaced apart, transversely extending annular

**6**

plates 166, 168 which are fixed relative to the vane 160, and, thus, relative to the camshaft 126, by bolts 170 which extend from one to the other through the same lobe, 160a, 160b. Further, the inside diameter 132c of the portion 132 is sealed with respect to the outside diameter of the portion 160d of the vane 160 which is between the lobes 160a, 160b, and the tips of the lobes 160a, 160b of the vane 160 are provided with seal receiving slots 160a, 160f, respectively. Thus each of the recesses 132a, 132b of the sprocket 132 is capable of sustaining hydraulic pressure, and within each recess 132a, 132b, the portion on each side of the lobe 160a, 160b, respectively, is capable of sustaining hydraulic pressure.

The functioning of the structure of the embodiment of FIGS. 10–18, as thus far described, may be understood by reference to FIG. 19. It also is to be understood, however, that the hydraulic control system of FIG. 19 is also applicable to an opposed hydraulic cylinder VCT system corresponding to the embodiment of FIGS. 1–9, as well as to a vane type VCT system corresponding to the embodiment of FIGS. 10–18.

In any case, hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 132a, 132b by way of a common inlet line 182. The inlet line 182 terminates at a juncture between opposed check valves 184 and 186 which are connected to the recesses 132a, 132b, respectively, by branch lines 188, 190, respectively. The check valves 184, 186 have annular seats 184a, 186a, respectively, to permit the flow of hydraulic fluid through the check valves 184, 186 into the recesses 132a, 132b, respectively. The flow of hydraulic fluid through the check valves 184, 186 is blocked by floating balls 184b, 186b, respectively, which are resiliently urged against the seats 184a, 186a, respectively, by springs 184c, 186c, respectively. The check valves 184, 186, thus, permit the initial filling of the recesses 132a, 132b and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters the line 182 by way of a spool valve 192, which is incorporated within the camshaft 126, and hydraulic fluid is returned to the spool valve 192 from the recesses 132a, 132b by return lines 194, 196, respectively.

The spool valve 192 is made up of a cylindrical member 198 and a spool 200 which is slidable to and fro within the member 198. The spool 200 has cylindrical lands 200a and 200b on opposed ends thereof, and the lands 200a and 200b, which fit snugly within the member 198, are positioned so that the land 200b will block the exit of hydraulic fluid from the return line 196, or the land 200a will block the exit of hydraulic fluid from the return line 194, or the lands 200a and 200b will block the exit of hydraulic fluid from both the return lines 194 and 196, as is shown in FIG. 19, where the camshaft 126 is being maintained in a selected intermediate position relative to the crankshaft of the associated engine.

The position of the spool 200 within the member 198 is influenced by an opposed pair of springs 202, 204 which act on the ends of the lands 200a, 200b, respectively. Thus, the spring 202 resiliently urges the spool 200 to the left in the orientation illustrated in FIG. 19, and the spring 204 resiliently urges the spool 200 to the right in such orientation. The position of the spool 200 within the member 198 is further influenced by a supply of pressurized hydraulic fluid within a portion 198a of the member 198, on the outside of the land 200a, which urges the spool 200 to the left. The portion 198a of the

BW 002223

5,172,659

7

member 198 receives its pressurized fluid (engine oil) directly from the main oil gallery ("MOG") 230 of the engine by way of a conduit 230a, and this oil is also used to lubricate a bearing 232 in which the camshaft 126 of the engine rotates.

The control of the position of the spool 200 within the member 198 is in response to hydraulic pressure within a control pressure cylinder 234 whose piston 234a bears against an extension 200c of the spool 200. The surface area of the piston 234a is greater than the surface area of the end of the spool 200 which is exposed to hydraulic pressure within the portion 198, and is preferably twice as great. Thus, the hydraulic pressures which act in opposite directions on the spool 200 will be in balance when the pressure within the cylinder 234 is one-half that of the pressure within the portion 198a, assuming that the surface area of the piston 234a is twice that of the end of the land 200a of the spool. This facilitates the control of the position of the spool 200 in that, if the springs 202 and 204 are balanced, the spool 200 will remain in its null or centered position, as illustrated in FIG. 19, with less than full engine oil pressure in the cylinder 234, thus allowing the spool 200 to be moved in either direction by increasing or decreasing the pressure in the cylinder 234, as the case may be. Further, this operation of the springs 202, 204 will ensure the return of the spool 200 to its null or centered position when the hydraulic loads on the ends of the lands 200a, 200b come into balance. While the use of springs such as the springs 202, 204 is preferred in the centering of the spool 200 within the member 198, it is also contemplated that electromagnetic or electrooptical centering means can be employed, if desired.

The pressure within the cylinder 234 is controlled by a solenoid 206, preferably of the pulse width modulated type (PWM), in response to a control signal from an electronic engine control unit (ECU) 208, shown schematically, which may be of conventional construction. With the spool 200 in its null position when the pressure in the cylinder 234 is equal to one-half the pressure in the portion 198a, as heretofore described, the on-off pulses of the solenoid 206 will be of equal duration; by increasing or decreasing the on duration relative to the off duration, the pressure in the cylinder 234 will be increased or decreased relative to such one-half level, thereby moving the spool 200 to the right or to the left, respectively. The solenoid 206 receives engine oil from the engine oil gallery 230 through an inlet line 212 and selectively delivers engine oil from such source to the cylinder 234 through a supply line 238. Excess oil from the solenoid 206 is drained to a sump 236 by way of a line 240. As is shown in FIGS. 12 and 13, the cylinder 234 may be mounted at an exposed end of the camshaft 126 so that the piston 234a bears against an exposed free end 200c of the spool 200. In this case, the solenoid 206 is preferably mounted in a housing 234b which also houses the cylinder 234a.

By using imbalances between oppositely acting hydraulic loads from a common hydraulic source on the opposed ends of the spool 200 to move it in one direction or another, as opposed to using imbalances between an hydraulic load on one end and a mechanical load on an opposed end, the control system of FIG. 19 is capable of operating independently of variations in the viscosity or pressure of the hydraulic system. Thus, it is not necessary to vary the duty cycle of the solenoid 206 to maintain the spool 200 in any given position, for example, in its centered or null position, as the viscosity

8

or pressure of the hydraulic fluid changes during the operation of the system. In that regard, it is to be understood that the centered or null position of the spool 200 is the position where no change in camshaft to crankshaft phase angle is occurring, and it is important to be able to rapidly and reliably position the spool 200 in its null position for proper operation of a VCT system.

Make-up oil for the recesses 132a, 132b of the sprocket 132 to compensate for leakage therefrom is provided by way of a small, internal passage 230 within the spool 200, from the passage 198a to an annular space 198b of the cylindrical member 198, from which it can flow into the inlet line 182. A check-valve 223 is positioned within the passage 220 to block the flow of oil from the annular space 198b to the portion 198a of the cylindrical member 198.

The vane 160 is alternatingly urged in clockwise and counterclockwise directions by the torque pulsations in the camshaft 126 and these torque pulsations tend to oscillate the vane 160, and, thus, the camshaft 126, relative to the sprocket 132. However, in the FIG. 19 position of the spool 200 within the cylindrical member 198, such oscillation is prevented by the hydraulic fluid within the recesses 132a, 132b of the sprocket 132 on opposite sides of the lobes 160a, 160b, respectively, of the vane 160, because no hydraulic fluid can leave either of the recesses 132a, 132b, since both return lines 194, 196 are blocked by the position of the spool 200. In the FIG. 19 condition of the system. If, for example, it is desired to permit the camshaft 126 and vane 160 to move in a counterclockwise direction with respect to the sprocket 132, it is only necessary to increase the pressure within the cylinder 234 to a level greater than one-half that in the portion 198a of the cylindrical member. This will urge the spool 200 to the right and thereby unblock the return line 194. In this condition of the apparatus, counterclockwise torque pulsations in the camshaft 126 will pump fluid out of the portion of the recess 132a and allow the lobe 162a of vane 160 to move into the portion of the recess which has been emptied of hydraulic fluid. However, reverse movement of the vane will not occur as the torque pulsations in the camshaft become oppositely directed unless and until the spool 200 moves to the left, because of the blockage of fluid flow through the return line 196 by the land 200b of the spool 200. While illustrated as a separate closed passage in FIG. 19, the periphery of the vane 160 has an open oil passage slot, element 160c in FIGS. 10, 11, 15, 16 and 17, which permits the passage of oil between the portion of the recess 132a on the right side of the lobe 160a and the portion of the recess 132b on the right side of the lobe 160b, which are the non-active sides of the lobes 160a, 160b, thus, counterclockwise movement of the vane 160 relative to the sprocket 132 will occur when flow is permitted through return line 194 and clockwise movement will occur when flow is permitted through return line 196.

Further, the passage 182 is provided with an extension 182a to the non-active side of one of the lobes 160a, 160b, shown as the lobe 160b, to permit a continuous supply of make-up oil to the non-active sides of the lobes 160a, 160b for better rotational balance, improved damping of vane motion, and improved lubrication of the bearing surfaces of the vane 160. It is to be noted that the supply of make-up oil in this manner avoids the need to route the make-up oil through the solenoid 206. Thus, the flow of make-up oil does not affect, and is not affected by, the operation of the solenoid 206. Specifi-

5,172,659

9

sally make-up oil will continue to be provided to the lobes 160a, 160b in the event of a failure of the solenoid 206, and it reduces the oil flow rates that need to be handled by the solenoid 206.

The elements of the structure of FIGS. 10-18 which correspond to the elements of FIG. 19, as described above, are identified in FIGS. 10-18 by the reference numerals which were used in FIG. 19, it being noted that the check valves 184 and 186 are disc-type check valves in FIGS. 10-18 as opposed to the ball type check valves of FIG. 19. While disc-type check valves are preferred for the embodiment of FIGS. 10-18, it is to be understood that other types of check valves can also be used.

FIG. 20 illustrates a modification of the embodiment of FIGS. 10-18. The elements of FIG. 20 which correspond in structure and function to the elements of FIGS. 10-18 are identified by a 300 series or a 400 series numeral, the last two digits of which correspond to the last two digits of the embodiment of FIGS. 10-18. In the embodiment of FIG. 20, the piston 434a is not aligned with the spool 400 and is incapable of bearing against its exposed free end 400a. Rather, the piston 434a acts an end 440a of a lever arm 440, an opposite end 440b of which bears on the free end 400a of the spool. The lever arm 440 is pivoted at a location 440c between its ends, for example at a location on the engine block or on a housing attached thereto, to function as a first class lever. The embodiment of FIG. 20, thus, is somewhat shorter in axial length, along the axis of the associated engine, and this is an advantage in adapting the variable camshaft timing system of the present invention to some vehicle/engine configurations.

FIG. 21 schematically illustrates a modification of the arrangement of FIG. 19. The elements of FIG. 21 which correspond in structure and function to the elements of FIG. 19 are identified by a 500 series numeral or a 600 series numeral, the last two digits of which correspond to the last two digits of the embodiment of FIG. 19.

In the embodiment of FIG. 21 there is provided a spool valve 592 which is actually an extension of a camshaft 526. In this way all applicable hydraulic fluids are kept within the camshaft 526. This arrangement minimizes the required external dimensional requirements relative to those of other embodiments of the invention, and this is especially important in engine and vehicle configurations wherein space within an engine compartment longitudinally of the camshaft is particularly limited. Thus, in the embodiment of FIG. 21, the spool valve 592 is made up of a cylindrical portion 598 of the camshaft 526 and a spool 600 which is slidable to and fro within the portion 598. The spool 600 has cylindrical lands 600a and 600b on opposed ends thereof, and the lands 600a and 600b, which fit snugly within the portion 598, are positioned so that the land 600b which is slidable to and fro within the portion 598. The spool 600 has cylindrical lands 600a and 600b on opposed ends thereof, and the lands 600a and 600b, which fit snugly within the portion 598, are positioned so that the land 600b will block the exit of hydraulic fluid from the return line 596, on the land 600a will block the exit of hydraulic fluid from the return line 594, or the lands 600a and 600b will block the exit of hydraulic fluid from both the return lines 594 and 596, as is shown in FIG. 21, where the camshaft 526 is being maintained in a selected intermediate position relative to the crankshaft of the associated engine.

10

The position of the spool 600 within the member 598 is influenced by an opposed pair of springs 602, 604 which act on the ends of the lands 600a, 600b, respectively. Thus, the spring 602 resiliently urges the spool 600 to the left, in the orientation illustrated in FIG. 21, and the spring 604 resiliently urges the spool 600 to the right in such orientation. The position of the spool 600 within the portion 598 is further influenced by a supply of pressurized hydraulic fluid within a subportion 598a of the portion 598, on the outside of the land 600a, which urges the spool 600 to the left. The subportion 598a of the portion 598 receives its pressurized fluid (engine oil) directly from the main oil gallery ("MOG") 630 of the engine by way of a conduit 230a, and this oil is also used to lubricate a bearing 632 in which the camshaft 526 of the engine rotates.

The hydraulic fluid within the subportion 598a, which is at full system pressure, acts on the end of the land 600a of the spool 600 to urge the spool 600 to the left, in the configuration illustrated in FIG. 21. However, the hydraulic fluid within the subportion 598a is permitted to bleed into an otherwise closed, interior portion 526e of the camshaft 526 where it acts on a surface 600c of a transversely extending portion 600f of an extension 600g of the spool 600. Since the exposed surface area of the surface 600c is greater than the exposed surface area of the end of the land 600a, the net effect of the hydraulic fluid entering the subportion 598a from the main oil gallery 630 is to urge the spool 600 to the right in the FIG. 21 configuration.

In the illustrated position of the spool 600 in FIG. 21, the hydraulic forces which urge the spool 600 to the right, as explained above, are balanced by hydraulic forces within another portion 526e of the camshaft 526 which act on an opposed surface 600h of the extension 600g of the spool 600. Since the surface area of the surface 600h is greater than that of the surface 600c, nominally twice as great, the spool 600 will be centered in its null position by the springs 602, 604 when the hydraulic pressure within the portion 526e is less than the hydraulic pressure within the portion 526c. The hydraulic pressure within the portion 526e is controlled by a solenoid 606, preferably of the pulse width modulated type (PWM), in response to a control signal from an electronic engine control unit (ECU) 608, shown schematically, which may be of conventional construction. With the spool 600 in its null position when the pressure in the portion 526e is equal to some predetermined ratio of the pressure in the portion 526d, the on-off pulses of the solenoid 606 will be of equal duration; by increasing or decreasing the on duration relative to the off duration, the pressure in the portion 526e will be increased or decreased relative to such predetermined ratio, thereby moving the spool 600 to the left or to the right, respectively. The solenoid 606 receives engine oil from the engine oil gallery 630 through an inlet line 612 and selectively delivers engine oil from such sources to the portion 526e through a supply line 238. Excess oil from the solenoid 606 is drained to a sump 636 by way of a line 610.

The embodiment of FIG. 21 is also especially well suited for use in a belt driven variable camshaft timing system, because it is usually highly desirable that the belts and pulleys and other belt contacting elements in such a system be operated in a dry, unlubricated condition. This is relatively easy to accomplish with the embodiment of FIG. 21 because all hydraulic fluids are maintained within the interior of the camshaft 526,

BW 002225

5,172,659

11

thereby eliminating the need for complex sealing arrangements at an end thereof.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. In an internal combustion engine having a rotatable crankshaft and a rotatable camshaft, the camshaft being position variable in a circumferential direction relative to the crankshaft, means for varying the position of the camshaft relative to the crankshaft, said means for varying comprising a source of hydraulic fluid under pressure, a first hydraulic operator connected to said crankshaft and to said camshaft, the operation of said first hydraulic operator being effective to vary the position of the camshaft relative to the crankshaft in a given circumferential direction, first conduit means for delivering hydraulic fluid from the source to the first hydraulic operator to operate the first hydraulic operator, a second hydraulic operator connected to said crankshaft and to said camshaft, the operation of said second hydraulic operator being effective to vary the position of the camshaft relative to the crankshaft in an opposed circumferential direction, second conduit means for exhausting hydraulic fluid from the first hydraulic operator, third conduit means for delivering hydraulic fluid from the source to the second hydraulic operator to operate the second hydraulic operator, fourth conduit means for exhausting hydraulic fluid from the second hydraulic operator and control means for controlling the exhausting of hydraulic fluid from the first hydraulic operator and the second hydraulic operator to selectively permit hydraulic fluid from the source to operate one or another of said first hydraulic operator and said second hydraulic operator, said control means comprising:

a spool valve in communication with second conduit means and said fourth conduit means, said spool valve comprising a housing and a valve member, said valve member being reciprocable within said housing and comprising first and second opposed ends and first and second spaced apart lands between said opposed ends, said first land being capable of blocking flow through said second conduit means in first and third positions of said valve member and permitting flow through said second conduit means in a second position of said valve member, said second land being capable of blocking flow through said fourth conduit means in said first and second positions of said valve member and permitting flow through said second conduit means in said third position of said valve member;

fifth conduit means for transmitting hydraulic pressure from the source to act on a first surface of said valve member at substantially the pressure of the source to urge the valve member in a given direction;

force imposing means for imposing a load on said valve member to urge said valve member in an opposed direction, said force imposing means having a second surface with an area that is substantially greater than the area of said first surface;

12

sixth conduit means for transmitting hydraulic pressure from the source to the force imposing means to act on said second surface of said force imposing means, said sixth conduit means comprising a control member therein to controllably reduce the pressure of the source that acts on said second surface of said force imposing means; and

centering means for centering said valve member in a substantially fixed position relative to said housing when the hydraulic forces acting on said valve member are in balance.

2. An internal combustion engine according to claim 1 wherein said force imposing means comprises an hydraulic piston, wherein one of said first surface and said second surface is an end of said valve member, and wherein the other of said first surface and said second surface is a surface of said hydraulic piston.

3. An internal combustion engine according to claim 2 wherein said hydraulic piston is positioned in alignment with said other of the opposed ends of said valve operator.

4. An internal combustion engine according to claim 2 wherein said hydraulic piston is positioned out of alignment with said other of the opposed ends of said valve operator, and further comprising first class lever means for transmitting a load from said hydraulic piston to said other of the opposed ends of said valve operator.

5. An internal combustion engine according to claim 1 wherein said control member comprises a pulse width modulated solenoid.

6. An internal combustion engine according to claim 2 wherein said control member comprises a pulse width modulated solenoid.

7. An internal combustion engine according to claim 6 wherein the area of said surface of said hydraulic piston is substantially equal to a multiple of 2.0 of the surface area of said one of the ends of said valve operator, and wherein said valve member remains in said first position when said pulse width modulated solenoid operates on a 50% duty cycle to reduce the pressure from the source that acts on the area of said surface to substantially 50% of the pressure of the source.

8. An internal combustion engine according to claim 7 wherein said centering means comprises first and second compression spring members acting, respectively, on said first and second opposed ends of said valve member, said first and second compression spring members imposing oppositely directed loads on said first and second opposed ends, said oppositely directed loads being substantially equal in magnitude when said valve member is in said first position.

9. An internal combustion engine according to claim 2 wherein said valve member further comprises a portion between said first and second lands, said portion defining an hydraulic fluid flow passage with said housing of said spool valve; wherein said control means further comprises seventh conduit means in communication with said hydraulic fluid flow passage in each of said first, second and third positions of said valve member, and with said first conduit means and said third conduit means, said seventh conduit means permitting the flow of hydraulic fluid from said hydraulic fluid flow passage to said first hydraulic operator and said second hydraulic operator, whereby hydraulic fluid being exhausted from one of said first hydraulic operator and said second hydraulic operator will be returned to the other of said first hydraulic operator and said

BW 002226

**5,172,659**

13

14

second hydraulic operator without returning to the source of hydraulic fluid.

10. An internal combustion engine according to claim 9 and further comprising check valve means for preventing flow of hydraulic fluid from said first hydraulic operator and said second hydraulic operator through said first conduit means and said third conduit means into said seventh conduit means.

11. An internal combustion engine according to claim 9 wherein said valve member has an internal passage for permitting flow of hydraulic fluid from the source of hydraulic fluid through said valve member from said one of the opposed ends to said hydraulic fluid flow passage, said internal passage having internal passage check valve means for preventing flow from said hydraulic fluid flow passage back through said internal passage.

12. An internal combustion engine according to claim 1 wherein the hydraulic fluid under pressure is engine lubricating oil.

13. An internal combustion engine according to claim 5 wherein the camshaft is subject to torque reversals driving the operation thereof and wherein the exhaust of hydraulic fluid from the first and second hydraulic operators occurs selectively in reaction to the direction of torque in the camshaft.

14. An internal combustion engine according to claim 6 and further comprising:

an engine control unit responsive to at least one engine operating condition for controlling the operation of the pulse width modulated solenoid to selectively increase or decrease the hydraulic pressure acting on said surface of said hydraulic piston; and thereby change the position of the valve member within the housing of the spool valve.

15. An internal combustion engine according to claim 1 wherein said valve member further comprises an extension extending beyond one of the ends thereof, and wherein one of said first surface and said second surface is a surface on said extension and extends generally parallel to said one of the ends.

* * * * *

25

30

35

40

45

50

55

60

65

BW 002227

BW 002228

# United States Patent [19]

Strauber et al.

[11] Patent Number: 5,012,774

[45] Date of Patent: May 7, 1991

[54] DEVICE FOR THE RELATIVE ANGULAR ADJUSTMENT OF A CAMSHAFT

[75] Inventors: Hans-Jürgen Strauber, Stuttgart; Robert Niklas; Rolf Ohlendorf, both of Weinstadt; Wolfgang Speier, Tübingen, all of Fed. Rep. of Germany

[73] Assignee: Daimler-Benz AG, Fed. Rep. of Germany

[21] Appl. No.: 486,933

[22] Filed: Mar. 1, 1990

[30] Foreign Application Priority Data

Mar. 4, 1989 [DE] Fed. Rep. of Germany ...... 3907077

[51] Int. Cl.⁵ ............................ F01L 1/34; F01L 1/46

[52] U.S. Cl. ............................ 123/90.17; 123/90.31

[58] Field of Search ............... 123/90.31, 90.12, 90.15, 123/90.17, 90.31

[56] References Cited

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,978,829 | 9/1976 | Takahashi et al. | 123/90.15 |
| 4,231,330 | 11/1980 | Garcea | 123/90.15 |
| 4,494,496 | 1/1985 | Nakamura et al. | 123/90.15 |
| 4,811,698 | 3/1989 | Akazaka et al. | 123/90.17 |
| 4,841,924 | 6/1989 | Hampton et al. | 123/90.15 |
| 4,889,086 | 12/1989 | Scapecchi et al. | 123/90.31 |
| 4,895,113 | 1/1990 | Speier et al. | 123/90.17 |
| 4,903,650 | 2/1990 | Ohlendorf et al. | 123/90.17 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3316162 | 11/1983 | Fed. Rep. of Germany . | |
| 3347916 | 6/1984 | Fed. Rep. of Germany . | |
| 0017214 | 1/1985 | Japan | 123/90.17 |
| 0204012 | 3/1989 | Japan | 123/90.17 |

Primary Examiner—David A. Okonsky
Assistant Examiner—Weilon Lo
Attorney, Agent, or Firm—Evenson, Wands, Edwards, Lenahan & McKeown

[57] ABSTRACT

The invention relates to a device for angularly adjusting an internal combustion engine camshaft in relation to a crankshaft and comprises an adjusting bushing connected to the camshaft, with an input sleeve surrounding said bushing, and with an actuator displaceably arranged there between. An input sleeve, the actuator, and the adjusting bushing are each provided with helical gear teeth to translate axial shifting of the actuator into relative rotation between the camshaft and crankshaft. In order to prevent rattling noises in the gear teeth that are caused by changing moments in the drive of the camshaft, the actuator is guided in stop-free fashion. A stop, which is effective between the input sleeve and camshaft, limits the angular adjustment so that the actuator is stressed between the input sleeve and camshaft to avoid backlash during rattling.

6 Claims, 1 Drawing Sheet



U.S. Patent    May 7, 1991    5,012,774

*Fig. 1*



*Fig.2*

BW 002230



5,012,774

1

# DEVICE FOR THE RELATIVE ANGULAR ADJUSTMENT OF A CAMSHAFT

## BACKGROUND AND SUMMARY OF THE INVENTION

The invention relates to a device for the relative angular adjustment of an internal combustion engine camshaft in relation to its crankshaft wherein an adjusting bushing is rotationally fixed on the input end of the camshaft and has external gear teeth. An input sleeve with internal gear teeth surrounds the adjusting bushing and is connected to an input gear. An actuator is displaceably arranged between the input sleeve and adjusting bushing and has double gear teeth, one in engagement with the internal gear teeth of the input sleeve and the other in engagement with the external gear teeth of the adjusting bushing and wherein at least one gear teeth pair is designed with helical teeth. A spring holds the actuator in an initial position and rotational movement of the camshaft is limited by a stop.

A device of this general construction is known from DE-OS 3,316,162. In this device, an actuation path of the actuator arranged between input sleeve and adjusting bushing is limited by stops. Here, the stops are effective between the actuator and adjusting components of the device. Due to this arrangement of the stops, stressing of the gear teeth between input sleeve and adjusting bush is not possible. This has the disadvantage that in the end positions of the actuator, rattling noises can occur in the gear teeth due to backlash arising from production tolerances.

An object on which the invention is based is to create a device for relative angular adjustment of a camshaft and crankshaft in which stressing is achieved in the gear teeth between an input sleeve and adjusting bushing in at least an end position of the actuator.

This object is achieved by virtue of having the stop mechanism act between the input sleeve and the adjusting bushing.

By shifting of the stop away from the actuator, the actuator can move in the gear teeth in a stop-free fashion in at least one adjustment direction. Limiting the adjusting movement in one end position is achieved by having the stop act between the input sleeve and camshaft. As a result, the actuator is pressed into the gear teeth of the input sleeve and camshaft, which are blocked with respect to one another by the stop when the actuator is moved into an end position under the pressure of a spring or some other control means, e.g. under the pressure of the lubricating oil from the lubricating oil circuit.

The backlash is bridged by virtue of the resulting stressing in the gear teeth and the occurrence of rattling noises is avoided in an advantageous manner.

It has been found that the rattling noises are strongest in the starting and idling phase of the internal combustion engine. In these operating phases, the adjusting device is in a so-called initial position, (i.e. the angular adjustment between input sleeve and camshaft is equal to zero and the camshaft is set to "retard") and the actuator is in an end position. To eliminate rattling noises in this initial position of the device, it is sufficient if the stop is effective between the input sleeve and camshaft. The actuator is stop-free in its corresponding other end position.

An embodiment of the stop which is space-saving as regards construction and favorable in terms of produc-

2

tion is obtained by having the stop formed by at least one driving tooth arranged on the input sleeve to engage in a corresponding recess on a part of the camshaft, or vice versa. A clearance is provided between flanks of the driving tooth and contact faces of the recess. The angular clearance distance substantially corresponds to the angular adjustment of the camshaft. The adjusting bushing has a disc-shaped flange which is bolted to a corresponding counter-flange on the input end of the camshaft. The input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange. The collar projects radially from the outer surface and the driving tooth engages (as an axial prolongation of the input sleeve) into an open edge of the recess provided on the collar.

Other objects, advantages and novel features of the present invention will become apparent from the following detailed description of the invention when considered in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the device for the angular adjustment of the camshaft in a longitudinal section.

FIG. 2 shows the arrangement and design of the stop between input sleeve and camshaft, in a section II—II from FIG. 1.

## DETAILED DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a device for the angular adjustment of a camshaft in relation to a crankshaft driving the latter. An input gear 1 is driven via a chain (not shown) from a crankshaft (not shown) and is seated on an input sleeve 3 provided with internal gear teeth 2. An annular actuator 6 is connected internally to the input sleeve 3 via corresponding external gear teeth 4 and is arranged so as to be axially displaceable and rotatable with respect to the input sleeve 3. On its inside, the actuator 6 has gear teeth 7 which are positively engaged with external gear teeth 8 on an adjusting bushing 9 so as to be axially displaceable and rotatable with respect to the busing. This adjusting bushing 9 has a flange 12 which is attached to a counter-flange of a camshaft 11 via a screwed connection 10. The input sleeve 3 is rotatably supported on a radial outward edge 43 of the flange 12, arranged at the camshaft end of the adjusting bushing 9, and on a cover 14 facing a crankcase part 13. Together, the cover 14, input sleeve 3, adjusting bushing 9 and camshaft 11 form an annular chamber, which is divided by longitudinally displaceable annular actuator 6 into two working chambers 15 and 16.

In order to achieve an angular displacement of the camshaft 11 with respect to the crankshaft, an axial displacement of the actuator 6 is necessary and is obtained by having at least one gear teeth pair 2,4 or 7,8 being designed with helical gear teeth. In the present example, both gear teeth pairs are provided with opposing helical gear teeth.

The division of the one necessary helical gear teeth set into the two helical gear teeth sets 2,4 and 7,8 shown, permits a reduction in the helix angle of each of the individual helical gear teeth sets necessary to obtain an identical longitudinal adjustment path. In this way it is possible to achieve a large range for the angular adjustment with a simultaneously short axial adjustment

BW 002231

3

4

· path. This allows for a short space-saving embodiment of the adjustment device.

A control piston 17 is inserted into the hollow adjusting bushing 9 and is rotatable and displaceable in the direction of its longitudinal axis. The piston has a circumferential oil groove 18 and is spring biased into an initial position toward the camshaft 11 by a spring 20 supported on one end 19 of the adjusting bushing 9 to bear against the piston 17. An armature 21 of an electromagnet 22 (fixed to the engine) is connected via a screwed connection 23 to the side of the control piston which faces away from the camshaft 11. The electromagnet 22 is designed as an annular magnet into which the armature 21 is inserted with freedom to rotate. The electromagnet is connected electrically to a control device (not shown) via a terminal 24. Upon application of an electric voltage to the electromagnet 22 by the control device, the rotating armature 21 is caused to move toward the electromagnet 22 and to carry the control piston 17, connected firmly to it and counter to the force of the spring 20, out of its initial position into a working position, in which the control piston 17 rests against a face 25 of the adjusting bushing 9. Face 25 of the adjusting bushing 9 is situated opposite its camshaft 11 end. The position ─f this face 25 is chosen so that the axial adjustment path of the control piston 17 is limited, so that in its working position, the armature 21 will not come into contact with a housing part of the electromagnet 22. In this way no friction occurs between the rotating armature 21 and the stationary housing 13 of the crankcase. The control piston 17 remains in this working position for as long as voltage is applied to the electromagnetic 22 and only returns to its initial position towards the camshaft 11 through force of the spring 20 once this voltage has been switched off.

In the de-energized condition of the electromagnet 22, the control piston 17 is held by the force of the spring 20 in its initial position. Lubricating oil passes under pressure from the engine oil circuit into the circumferential oil groove 18 of the control piston 17 via a longitudinal oil bore 26 in the camshaft 11, a connecting bore 27 and an oil bore 28, having a circumferential annular groove 29 in the flanged shaft. This adjusting bushing 9 has a radial oil feed bore 30 which leads to the first working chamber 16 and when the piston 17 is in its right-most position, the bore 30 is connected to the oil groove 18. The oil discharge bore 31 of the working chamber 16 is simultaneously closed by virtue of the position of the control piston 17. This results in the actuator 6 being brought by the oil-pressure into its initial position, located away from the camshaft 11. Oil in the second working chamber 15 is unpressurized in this position, since the second oil feed bore 32 is closed by the control piston 17. The oil in chamber 15 can pass out of the working chamber 15, via the gear teeth set 2,4, the oil bore 5 in the actuator 6, the second gear teeth set 7,8 and a second, radial oil discharge bore 33 in the adjusting bushing 9 and into a longitudinal bore 36 of the control 17 via radial bores 35 and then through a channel 37, arranged in the camshaft 11, from whence it flows back to the engine oil circuit.

The adjustment of the device into the working position is initiated by the control device that actuates the electromagnet 22 to attract the armature 21 and the control piston 17 (counter to the force of the spring 20) until said control piston comes to rest with its shoulder against a face 25 of the adjusting bushing 9. Pressurized oil from the engine oil circuit passes out of the longitu-

dinal oil bore 26 of the camshaft 11 and into the circumferential oil groove 18 of the control piston 17. Due to the changed position of the control piston 17, the oil feed bore 30 leading to the working chamber 16 is closed but oil discharge bore 31 is open. During the adjustment movement of the actuator 6, oil in working chamber 16 can be forced out via this bore 31 and a control piston chamber 36 on the camshaft side into the channel 37 and be passed back to the engine oil circuit. Also the drain of oil from the second working chamber 15 via the longitudinal bore 36, the radial bores 35 and the control piston 17 is rendered impossible by the position of the control piston 17. The pressurized oil passes out of the circumferential oil groove 18, via the open second oil feed bore 32 leading to the oil bore 5 of the actuator 6 and into working chamber 15. During this procedure, the actuator 6 is displaced axially towards the camshaft 11 and, as described above, forces oil out of working chamber 16. Due to the helical gear teeth sets 2,4 and 7,8 the bushing 19 and camshaft 11, connected thereto, undergo a relative rotation in relation to the driven input gear 1 during the longitudinal displacement of the actuator 6. However, this working position of the actuator 6 is only retained for as long as the electromagnet 22 is supplied with voltage via the control device. When the electromagnet 22 is switched off, the control piston 17 is pushed into its initial position according to FIG. 1 by the spring 20 and the rotation of the camshaft 11 is reversed so as to be moved into its initial position by the renewed longitudinal displacement of the actuator 6 and the consequent rotation of the bushing 9.

The cover 14 has a recess 38 on its side-facing the actuator 6. This provides a gap 39 between the end of the gear teeth sets 2,4 or 7,8 and the cover 14, by virtue of which the actuator 6 can be moved in stop-free fashion when moved out of the working position (illustrated) into the initial position drawn in chain-dotted lines. In the initial position, the angular adjustment between input gear 1 and camshaft 11 is equal to zero. This position between input gear 1 and camshaft 11 is blocked by a stop 40, which is effective between the adjusting bushing 9 and the input sleeve 3. The stop 40 simultaneously prevents a further movement of the actuator 6 in the direction of the cover 14 and the rotation of the gear teeth. However by virtue of the gap 39, the actuator 6 can (in the initial position) be pressed into the gear teeth by the control medium in working chamber 16 until any backlash present is bridged and stressing between the tooth flanks is achieve. Thus occurrence of rattling noises is thereby excluded.

In the starting and idling phase, the device is in the initial position shown in FIG. 1. In the starting phase, the control pressure in working chamber 16 is still not sufficiently high to be able to force the actuator 6 into the gear teeth. To compensate for this lack of control pressure, a compression spring 41 is arranged in working chamber 16 to bias the rotor 6 to the left. Spring 41 is supported on the adjusting bushing 9 and on the actuator 6 to press the actuator 6 into the gear teeth. Thus it is ensured that rattling of the device is avoided even in the starting phase. Since according to the embodiment in FIG. 1, the actuator 6 is displaced into the initial and working position by means of the control medium, the spring 41 is designed in such a way that its thrust is just sufficient to hold the actuator 6 in the initial position.

The input sleeve 3, rotatably supported on a cylindrical outer surface 42 of the flange 12 of the adjusting bushing 9, is guided in the axial direction between the cover 14 and a collar 43 projecting radially from the outer surface 42 of the flange 12.

According to FIG. 2, the stop 40 comprises a recess 44 in the collar 43 of the flange 12. The recess 44 is open at a radial edge and a driving tooth 45 on the input sleeve 3 engages thereinto. The driving tooth 45 is designed in simple manner as an axial extension of the input sleeve and has two end stop flanks 46 and 47. Stop flank 46 rests against a contact face 48 of the recess 44 in the initial position of the device. The width of the recess is of such a length that there is still a space corresponding to the angle of adjustment of the camshaft 11 between stop flank 47 and an opposite contact face 49 of the recess 44. As a result, the actuator 6 is fixed by the stop 40 even in the working position and can thus be held in stop-free fashion even in this position. By means of this stop 40, it is possible to prevent rattling noises which occur in the initial and working position.

To prevent the noises, it is sufficient, within the context of the invention, if the actuator 6 is only held in stop-free fashion in the initial position and if the stop 40 in the arrangement according to the invention is then designed in such a way that the input sleeve 3 and the camshaft are only blocked in the initial position.

Although the present invention has been described and illustrated in detail, it is to be clearly understood that the same is by way of illustration and example only, and is not to be taken by way of limitation. The spirit and scope of the present invention are to be limited only by the terms of the appended claims.

What is claimed:

1. A device for adjusting an angular position of an internal combustion engine camshaft in relation to the engine crankshaft comprising:
   an adjusting bushing which is rotationally fixed on an input end of the camshaft and has external gear teeth;
   an input sleeve connected to an input gear;
   said input sleeve surrounding the adjusting bushing and having internal gear teeth;
   an actuator displaceably arranged between the input sleeve and the adjusting bushing to be displaced from an initial position to a working position;
   said actuator having two sets of gear teeth, one set in engagement with the internal gear teeth of the input sleeve and the other set in engagement with the external gear teeth of the adjusting bushing;
   wherein at least one of said engaging gear teeth is designed as helical teeth;
   a spring means for holding the actuator in its initial position;
   wherein the rotational adjustment of the camshaft is limited by a stop means; and
   wherein the stop means acts between the input sleeve and the adjusting bushing.

2. Device according to claim 1 wherein the stop is formed by at least one driving tooth arranged on the input sleeve to engage in a corresponding recess on a part of the adjusting bushing;
   wherein the driving tooth has two flanks;
   wherein there is a clearance provided between the flanks and contact faces of the recess;
   and wherein said clearance is of an angular distance substantially corresponding to the angular adjustment of the camshaft.

3. Device according to claim 1 wherein the stop is formed by at least one driving tooth arranged on the adjusting bushing to engage in a corresponding recess on a part of the input sleeve;
   wherein the driving tooth has two flanks;
   wherein there is a clearance provided between the flanks and contact faces of the recess; and
   wherein said clearance is of an angular distance substantially corresponding to the angular adjustment of the camshaft.

4. Device according to claim 1, wherein the rotational fixing of the adjusting bushing to the camshaft is provided by a disc-shaped flange formed by the adjustable bushing which is bolted to a corresponding counter-flange on the input end of the camshaft;
   wherein the input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange;
   wherein said collar projects radially from the outer surface;
   wherein the stop means is a driving tooth formed by an axial prolongation of the input sleeve to engage into the recess provided on the collar; and
   wherein said recess is open at an edge to allow for engagement of the driving tooth.

5. Device according to claim 2, wherein the rotational fixing of the adjusting bushing to the camshaft is provided by a disc-shaped flange formed by the adjustable bushing which is bolted to a corresponding counter-flange on the input end of the camshaft;
   wherein the input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange;
   wherein said collar projects radially from the outer surface;
   wherein the driving tooth is formed by an axial prolongation of the input sleeve to engage into the recess provided on the collar; and
   wherein said recess is open at an edge to allow for engagement of the driving tooth.

6. Device according to claim 3, wherein the rotational fixing of the adjustment bushing to the camshaft is provided by a disc-shaped flange portion of the adjustable bushing which is bolted to a corresponding counter-flange on the input end of the camshaft;
   wherein the input sleeve is rotatably supported on an outer cylindrical surface of the flange and rests against a collar of the flange;
   wherein said collar projects radially from the outer surface;
   wherein the driving tooth is formed by an axial prolongation of the adjusting bushing to engage into the recess provided on the input sleeve; and
   wherein said recess is open at an edge to allow for engagement of the driving tooth.

* * * * *

3

BW 002234

# United States Patent [19]

Linder et al.

[11] Patent Number: 5,056,477

[45] Date of Patent: Oct. 15, 1991

[54] APPARATUS FOR ADJUSTING A ROTATIONAL ANGULAR RELATIONSHIP BETWEEN A CAMSHAFT AND ITS DRIVE ELEMENT

[75] Inventors: Ernst Linder, Muehlacker; Helmut Rembold, Stuttgart, both of Fed. Rep. of Germany

[73] Assignee: Robert Bosch GmbH, Stuttgart, Fed. Rep. of Germany

[21] Appl. No.: 549,034

[22] Filed: Jul. 6, 1990

[30]     Foreign Application Priority Data

Sep. 9, 1989 [DE] Fed. Rep. of Germany ...... 3930157

[51] Int. Cl.⁵ ............................................ F01L 1/34
[52] U.S. Cl. .............................. 123/90.17; 123/90.31
[58] Field of Search ............ 123/90.15, 90.17, 90.31

[56]     References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,627,825 | 12/1986 | Bruss et al. | 123/90.17 |
| 4,762,097 | 8/1988 | Baker | 123/90.17 |
| 4,858,572 | 8/1989 | Shirai et al. | 123/90.15 |
| 4,903,650 | 2/1990 | Ohlendorf et al. | 123/90.17 |
| 5,002,023 | 3/1991 | Butterfield et al. | 123/90.17 |

Primary Examiner—E. Rollins Cross
Assistant Examiner—Weilun Lo
Attorney, Agent, or Firm—Edwin E. Greigg; Ronald E. Greigg

[57]     ABSTRACT

An apparatus for adjusting an angular rotational relationship of a camshaft, serving in particular to actuate gas exchange valves of an internal combustion engine, with respect to its drive element, which apparatus has two control motors acting counter to one another, the mutually corresponding movable walls of which are coupled to one another, wherein to reduce an expense for furnishing control fluid and generating pressure in this control fluid the work chambers of the control motors are on the one hand both connected via a respective check valve, to a control fluid pressure source and on the other hand can be made to communicate selectively with one another directly via a control valve or can be disconnected from one another via this valve, so that torque fluctuations of the camshaft are exploited for generating pressure in one of the work chambers at a time and the resultant pressure is exploited purposefully at certain times for adjustment with subsequent relocking of the work chambers.

24 Claims, 4 Drawing Sheets





**U.S. Patent**          Oct. 15, 1991          Sheet 1 of 4          5,056,477

FIG. 1



FIG. 2a



$M_m$

FIG. 2b

$P_M$

FIG. 2c

$P_M$

BW 002236

FIG. 4



FIG. 3



BW 002237






U.S. Patent          Oct. 15, 1991          Sheet    of 4          5,056,477



FIG.7

BW 002239

5,056,477

**1**

APPARATUS FOR ADJUSTING A ROTATIONAL
ANGULAR RELATIONSHIP BETWEEN A
CAMSHAFT AND ITS DRIVE ELEMENT

BACKGROUND OF THE INVENTION

The invention is based on an apparatus for adjusting
a rotational angular relationship of a camshaft, as defined hereinafter. In an apparatus of this kind known
from European Patent Document A 0 163 046, two
hydraulic control motors, disposed on a diameter of a
part connected to the camshaft and each having an
adjusting piston that acts via a roller on a ramp, are
provided, the rollers are disposed on a drive gear radially surrounding the part connected to the camshaft.
The ramps associated with each control motor are inclined oppositely, so that upon an adjustment of the
adjusting piston of one control motor, the camshaft is
adjusted relative to the drive gear via the ramps such
that the opposite ramp forces the adjusting piston of the
other control motor backward. The control motors are
triggered by valves or a slide valve such that pressure is
exerted upon the piston of one control motor, which has
been moved outward, while the work chamber of the
other control motor opposite to it is relieved, enabling the
piston of that control motor to deflect along the ramp.
This apparatus is relatively expensive because a separate
pressure source must be furnished, along with two magnetic valves or one three-position valve for triggering
the control motors. Although an existing oil pressure
source in an internal combustion engine could be used
as the pressure source, it runs at relatively low pressure.
If this pressure source is needed to adjust the camshaft
as well, then the pressure pump for bringing this pressure to bear must be larger than usual, because given the
manner of triggering of the hydraulic control motors, a
relatively large quantity of pressure oil is used. At the
relatively low pressure, either the known apparatus
operates only quite slowly or else very large control
motors must be installed, which in turn use up a large
quantity of pressure fluid and occupy a disadvantageously large amount of space. A separate high-pressure pump, on the other hand, is very expensive and
consumes a large amount of energy.

OBJECT AND SUMMARY OF THE INVENTION

The apparatus according to the invention for adjusting the rotational angle relationship between a camshaft
and its drive element, has an advantage of minimum
pressure fluid consumption, because the pressure fluid
structure specially designed for the apparatus, or even a
separate high-pressure fluid source for the apparatus, is
unnecessary. The apparatus also operates very fast and
can be made quite small. Because the work chambers of
the control motors are disconnected from the pressure
fluid source via check valves, fluctuations in camshaft
torque cause the buildup of pressure peaks in the work
chambers, and these peaks each act opposite to the
control direction in the work chambers. By means of
the control valve, these pressure peaks can be exploited
directly and intentionally as a pressure fluid source for
adjustment purposes, by keeping the control valve
opened or closed. Depending on which of the work
chambers exhibits a pressure increase, a forward or
backward adjustment of the relationship between the
camshaft and the drive element can be performed.

Other advantageous features of the invention are
disclosed. With a prestressing spring, the pressure is

**2**

advantageously equalized in accordance with the mean
drive torque of the camshaft. By disposing the work
chambers diametrically opposite one another, a particularly space-saving embodiment with high torque is obtained. By triggering the control valve, various operating parameters of an internal combustion engine, in
which the apparatus is for example used, can advantageously be taken into account. An advantageous embodiment of the apparatus with a space-saving disposition can be made very compact.

The invention will be better understood and further
objects and advantages thereof will become more apparent from the ensuing detailed description of preferred embodiments taken in conjunction with the
drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an illustration of the principle of the apparatus according to the invention, with diametrically opposed work chambers of the control motors;

FIG. 2a shows the course of torque in a camshaft,
which serves to drive gas exchange valves in an internal
combustion engine at high and low rpm;

FIG. 2b shows the pressure courses associated with
FIG. 2a over time in one of the work chambers of the
control motors;

FIG. 2c shows the corresponding pressure course in
the other of the work chambers of the two control
motors;

FIG. 3 shows a first exemplary embodiment of the
invention on the principle of FIG. 1;

FIG. 4 is a section taken along the line IV—IV of
FIG. 3;

FIG. 5 shows a second exemplary embodiment of the
invention with a modified control valve;

FIG. 6 shows a third exemplary embodiment in a
section taken in the radial plane to the camshaft; and

FIG. 7 is a control diagram for triggering the control
valve.

DESCRIPTION OF THE PREFERRED
EMBODIMENTS

In the diagram of FIG. 1, a first control motor 1 and
a second control motor 2 are shown, the center axis 4 of
which extends in the form of an orbit about the axis 5 of
a camshaft 6, which is shown schematically and in interrupted portions. Each of the control motors has a work
chamber 7 or 8, respectively, which is defined on one
end of its length in the direction of the center axis or
orbit by respective first movable walls 10 and 11, each
of which is connected fixedly to the camshaft, opposite
second movable walls 12 and 13, respectively, each of
which is firmly connected to a drive element 15 of the
camshaft. A prestressing spring 16 is operatively connected between the first movable walls 10 or 11 and the
second movable walls 12 or 13 and is designed to urge
the first movable wall 10 away from the second movable wall 12, in the direction of an enlargement of the
work chamber 7 of the first control motor 1. A control
pressure fluid line 18 also leads from the first work
chamber 7 of the first control motor 1, via a one-way
check valve 19 that opens in the direction of the work
chamber, to a control pressure fluid pressure source, not
shown. Analogously, a control pressure fluid line 20
also extends from the second control motor 2, from its
second work chamber 8, via a one-way check valve 21,
to the control pressure fluid pressure source. A connecti-

BW 002240

5,056,477

3

ing line 22 is connected between the control-pressure lines 18 and 20, which connection is between the check valves 19 and 21 and the work chambers 7 and 8, respectively. A control valve 24, embodied as a 2/2-way magnetic valve, is inserted in the connecting line 22 and either makes or breaks the communication between the first work chamber 7 and the second work chamber 8. In the latter case, the volumes are locked within the work chambers; in the first case, pressure fluid can escape from the first work chamber 7, for instance, and overflow to the second work chamber 8. Given the rigid connection that the first movable walls 10 and 11 have with one another and that the second movable walls 12 and 13 have with one another, the volume of the first work chamber 7 is reduced by the amount by which the volume of the second work chamber 8 is increased. In this case, in the example shown, the drive element moves counterclockwise relative to the camshaft 6. If the control valve is closed and if the drive is effected on the part of the drive element 15, then the camshafts are driven in phase via the volumes, trapped in the work chambers 7 and 8, of the first control motor 1 and control motor 2, respectively. If the control valve is opened, however, then the phase relationship between the camshaft 6 and the drive element 15 can be varied by means of a relative motion. Such variations in the phase position of the camshaft, which serve to drive gas exchange valves, are required in order to enable changing control times of the gas exchange valves. Upon variation of the valve control times as a function of the rpm, the torque in an internal combustion engine in the lower rpm range can be increased up to 15%, because the combustion chambers are better filled. The smoothness of engine operation and exhaust emissions are also favorably affected. The improvement in emissions is effected by means of control of the internal exhaust gas recirculation, in which a partial quantity of exhaust gas, which can be controlled by the valve control times, is recirculated in the combustion chamber directly via the outlet valve and then the inlet valve. To vary the phase relationship of the camshaft to its drive element, typically a drive gear, which is driven by the crankshaft of the associated engine, an intentional buildup of pressure in at least one of the control motors is necessary. In the apparatus according to the invention, no special high-pressure source for a control-pressure medium is needed for this. The control pressure-fluid-lines 18 and 20 serve primarily to fill the work chambers 7 and 8 are not used for imposing pressure on one end of them. This imposition of pressure is a product of the load on the camshaft by drive moments. As can be seen from FIG. 2a, the camshaft, as a result of the drive of the various gas exchange valves, is exposed to various resistances in rotation, so that different drive moments build up as a load. These drive moments are shown over time in FIG. 2a; the solid line represents the course of torque at high rpm, and the dashed line represents the course of torque at low rpm. The result is a mean drive moment $M_m$, which is virtually independent of the rpm. This varying load, which is also propagated to the drive element 15, now makes itself felt in the control motors 1 and 2, in such a way that pressure courses as shown in FIG. 2b arise in the first work chamber 7, for instance, of the first control motor 1. The prestressing spring is designed such that it transmits the mean drive moment in such a way that symmetrical conditions with respect to pressure fluctuations prevail in the respective work chambers 7 and 8. For example,

4

with a camshaft rotating counterclockwise, the volume in the first work chamber 7 is compressed via the drive wheel at relatively high camshaft resistance, as is represented in FIG. 2b by the first pressure increase. In the second work chamber 8, contrarily, no pressure increase occurs, as can be seen from the curve in FIG. 2c. Here, with the control valve 24 blocked, pressure fluid can at most be withdrawn from the pressure source via the line 20 and the check valve 21, so that here the mean pressure $P_M$ of the pressure source is established. In the next phase of camshaft rotation, a pressure does then build up in the second work chamber 8 as a consequence of contrary resistances, while in the first work chamber 7, analogously to the process described above, the pressure then remains constant, as represented by the curve of FIG. 2b. Once again, the minimum pressure is limited to the value $P_M$. The result is alternating pressure increases in the work chambers 7 and 8.

As long as these work chambers are separated from one another by the control valve 24, slightly oscillating relative motions between the drive element 16 and the camshaft 6 can occur, at most to the extent of the compressibility of the control pressure fluid, but no definitive change in the phase relationship occurs. Only once the control valve 24 is opened, at an instant at which a pressure rise is occurring for instance in the first work chamber 7, can pressure fluid overflow from the first work chamber 7 into the second work chamber 8 and thus initiate a relative motion of the camshaft with respect to the drive wheel. Depending on the triggering, the pressure buildup will be exploited for such adjustments in the positive or the negative rotational direction, in accordance with the moment course shown in FIG. 2a; the control valve 24 is opened purposefully in these ranges of the pressure rise. By means of angle encoders on both parts, that is, the drive element 15 and the camshaft 6, the purposeful variation in the phase relationship can be measured and fed to a control device 25, which compares the phase relationship signal with a set-point value suitably predetermined and opens the control valve 24 at the desired times, in order to attain the set-point value.

FIGS. 3 and 4 show a more detailed version of the apparatus according to the invention, analogously to the operating principle of FIG. 1. FIG. 3 is a section through the end of the camshaft 6, in which an axial pressure fluid line 28 is provided, through which for example originates in the pressure oil supply device of the associated engine and terminates at the face-end region of an end flange 29 of the camshaft 6. A holder part 30 is secured with screws 31 on the face end of the end flange 29 and on the side toward the camshaft and by means of a collar 32 dips partway into a corresponding recess 33 on the face end of the camshaft and is centered. The holder part 30 is cylindrical and has an annular closure element 34 on its circumference that comes into contact with the end flange. Adjoining it are two opposed split rings in the form of a first and second circular segment shell 35 and 36, mounted firmly on the jacket face of the holder part, and they in turn, extending axially, are laterally defined by a second annular closure element 37. This element is mounted on a stub 38 of reduced diameter of the holder part 30 and is pressed axially onto the holder part by the screws 31 and in this way retained on it. The first annular closure element 34, the first and the second circular segment 35 and 36, and the second annular closure element 34 seal-

BW 002241

5,056,477

5

ingly surround the inner jacket face 39 of the sleevelike drive element 15, which on its outer circumference has a gear ring 40. The drive element protrudes axially past the second annular closure element 37 and with the outer circumference of the stub 38 forms an annular recess 41, in which a spiral spring 42 is disposed, one end of which is firmly connected to the stub and the other end of which is connected to the drive element 15, so that it prestresses the drive element 15 relative to the holder part 30. As can be seen in further detail in FIG. 4, the first circular segment 35 and the second circular segment 36 enclose the first and second work chambers 7 and 8, respectively, which here are approximately diametrically opposite one another and are tightly enclosed laterally by the closure elements 34 and 37 and radially by the holder 30 and the drive element 15. The first circular segment is firmly connected via a pin 43 to the holder part 30, and the second circular segment 36 is firmly connected to the drive element 15 via a pin 44. Upon clockwise rotation of the drive element 15, the volume of the first work chamber 7 thus increases, and the volume of the second work chamber 8 decreases by the amount of the enlargement of the first work chamber volume. This is on the condition that the connecting line, which extends diametrically through the holder part from one work chamber to the other, is opened by the control valve 24 incorporated into this line. This is shown only symbolically in FIG. 4 but is shown in detail in FIG. 3. To realize the control valve, the holder part 30 has an axial stepped bore 45, 46; the stepped bore portion 45 oriented toward the camshaft has the larger diameter and the adjoining stepped bore portion 46 has the smaller diameter. The two portions of the stepped bore are separated from one another by a notch 47, on the transition region on which the valve seat 48 is also embodied. From the notch, a connecting line portion 22c leads to the first work chamber 7. In the stepped bore portion 45 having the large diameter, a valve closing element 50 of a magnetic valve 52 is tightly displaceably disposed, and is moved from the side of the camshaft by a restoring spring 53 toward the valve seat 48, on which it comes to rest with a conical sealing face at the transition to an adjoining piston guide portion 53, which is guided in the stepped bore portion 46 having the smaller diameter. Immediately adjacent to the sealing face, the piston guide portion 53 has an annular groove 56, in the vicinity of which the portion 22b of the connecting line that leads to the second work chamber 8 discharges into the stepped bore portion 46 having the smaller diameter.

The piston guide portion 53 protrudes from the face end of the stepped bore portion 46 of the holder part 30 and there has an armature plate 57 that cooperates with an electro-magnet 59 inserted on the face end into the holder part 30. To supply the electro-magnet 59 with current, the electro-magnet is connected to slip rings 60, 61, which are seated on a slip ring holder 62 inserted into the stub 38. The slip ring holder closes off the magnetic valve 51 from the outside, but can also have a relief bore 63, which communicates via a longitudinal bore 64 in the valve closing element 50 with the chamber in the stepped bore portion 45 receiving the restoring spring 52. This portion of the stepped bore is closed off by a plate 66 from the recess 33, which bore is filled with pressure fluid. Communication between the recess 33 and each of the connecting line portions 22a and 22b is effected by a one-way valve 65, only one of which is shown, that opens toward the work chamber.

6

As an alternative to the embodiment of FIG. 3, a variant is shown in FIG. 4 in which instead of the spiral spring 42 for prestressing the drive element relative to the holder part, a compression spring 67 is provided, which is disposed in a recess, beginning at the inner jacket face 39 of the drive element 15, and is fastened in between the lateral limitations of the recess and the pin joined to the holder element 30. The drive element can now be rotated relative to the holder element 30 or to the camshaft 6 along the length, in the circumferential direction of the recess 68. This embodiment is even more space-saving than that of FIG. 3.

The exemplary embodiment of FIG. 3 functions in the same manner as does that the principle of which is shown in FIG. 1. With the magnet valve 51 embodied with the valve closing element 50, the work chambers 7 and 8 can communicate with one another, and when one work chamber is acted upon by pressure, a relative adjustment is initiated by means of the camshaft torque, as long as the control valve 24 is opened. Via the check valves 65, the work chambers are filled with pressure fluid and decoupled with respect to the pressure fluid source, so that a locking of the relative position can be attained by closure of the control valve 24.

FIG. 5 in a second exemplary embodiment, shows a modified control valve, the apparatus otherwise being the same as in the first embodiment. The control valve here is embodied as an electromagnetic valve 70, in the form of a slide valve having a slide 71 that is displaceable inside an axial bore 72 of the holder element 30. The slide has an annular groove 73, which in its end position communicates with the mouth of the connecting line 22c, and the portion of the slide pointing toward the face end of the holder part 30 closes off the mouth of the connecting line 22b into the axial bore 72. In this position, the slide 71 is prestressed by a restoring spring 74, in the direction of the face end of the holder part 30, an actuating bolt 75 of the slide 71 protrudes to the outside, and there carries an armature plate 76, which is now located opposite an electromagnet 77 and is adjustable by it counter to the force of the restoring spring such that the slide brings the mouth of the connecting line 22b into communication with the annular groove 73, which continues to communicate with the connecting line 22c. The electromagnet 77 is disposed in a manner fixed against relative rotation in a cap part 78 through which the power supply 79 of the electromagnet 77 is extended to the outside.

In a supplement to the embodiment of FIG. 3, the location of angle encoders to ascertain the rotational position or rotational angle position of the drive element 15 relative to the camshaft 6 is also shown by way of example here. For this purpose, the end flange 29 has a spur gear 80 on one end, and is inserted into the housing 83 opposite a stationary part 81 of a first angle encoder 82. As a second angle encoder 83, a set of teeth 85 can be provided on the face end of the drive element, and the stationary part 86 is disposed opposite these teeth in the cap 78. Both angle encoders are connected to the control device 25, which in turn triggers the electromagnet 77 via the power supply 79. These times at which a communication between the work chambers is possible, because of a buildup of pressure in the work chambers, can be determined with the aid of the first angle encoder 82 as well.

A third exemplary embodiment is shown in FIG. 6 as a modification of the embodiments of FIGS. 3 and 5. Here one circular segment shell has been reduced to a

5,056,477

7

feather key 88, which is inserted radially into the holder part 130. On the opposite end of the feather key 88, this key rests on the inner jacket face 39 of the drive element 15, thus dividing the work chambers 7 and 8 immediately adjoining the lateral/ends of the key from one another. The other circular segment 89, which is pinned firmly to the drive element 15 and thus is equivalent to the second circular segment shell 36 of FIG. 3, spans virtually over the entire circumference of the holder part 130, except for the work chambers 7 and 8. Both work chambers can be made to communicate with a transverse bore 91 in the feather key 88, and this transverse bore communicates in a manner not shown in further detail here with the pressure fluid source, via a radial bore 92 and a pressure fluid line 93 leading onward in the holder part 130. At the outlet of the transverse bore 91 into each of the work chambers, a respective spring tongue check valve 96 and 97 are provided on the face end 94 and 95 of the work chambers, which performs the function of the check valves 19 and 21 of FIG. 1. Once again not shown here, there is a direct communication between the work chambers via a control valve. This embodiment is especially space-saving and simple to achieve, and it produces a very small oil volume within the actuation circuit and thus results in increased drive rigidity.

In FIG. 7, the closed-loop control circuit that controls the phase relationship between the camshaft and the drive element is shown. This control circuit has a performance graph 99, in which the phase displacement between the drive element and the camshaft, $\Delta\text{phi}$ = $N_{act}$ is stored in memory as a function of rpm. Depending on the rpm or other possible parameters, the set-point value of the phase displacement is then obtained, which is then compared with the actual phase position 35 in a comparator 100. A regulator 101 is controlled as a function of the result of comparison and, taking into account the oil temperature $T_{öl}$, the engine rpm $n_{M}$ and the location of a reference mark $BZ_{KW}$ which provides information on the operative drive phase position of the camshaft, triggers a final control element 102, which in the exemplary embodiments is the control valve 24 or the magnet valve 31, 70. The outcome of control by the final control element is ascertained with the aid of an evaluation circuit 103, which takes into account the control values of the first angle encoder 82 and second angle-encoder 83, and is fed back to the comparator 100 as a feedback value. In this way, a desired phase relationship of the camshaft to the drive element can be furnished quickly and without major expense, and thus a control of the gas exchange valve opening time needed for desired results can be obtained. Such apparatuses can also be used to control other devices driven by camshafts, such as injection pumps. In that case, the instant of injection of the various injection events can be controlled in this way.

The foregoing relates to preferred exemplary embodiments of the invention, it being understood that other variants and embodiments thereof are possible within the spirit and scope of the invention, the latter being defined by the appended claims.

What is claimed and desired to be secured by Letters Patent of the United States is:

1. An apparatus for adjusting a rotational angular relationship of a camshaft (6), serving in particular to actuate gas exchange valves of an internal combustion engine, to its drive element (15), having two control motors (1, 2) actuated by a control pressure medium

8

with said control motors located opposite one another in an adjusting direction for rotation of the camshaft relative to the drive element, each control motor having two first walls (10, 11), movable relative to one another in the adjusting direction, and second walls (12, 13) which are each coupled to one another in such a way that upon adjustment in the adjusting direction, the first or second walls are adjusted in the same direction, and in this process the volume enclosed in a work chamber, defined by one first and one second wall each, increases whenever the volume in the other work chamber decreases, and these first and second work chambers (7, 8) defined by the first and second walls can be made to communicate via a valve with a control pressure fluid source, characterized in that the volumes enclosed in the work chambers (7, 8) upon an adjustment are increased and decreased by equal amounts, and the work chambers are made to communicate with the control pressure fluid source via a respective check valve (19, 21) which opens toward the work chamber, and can be made to communicate with one another directly via a control valve (24) controlled by a control device (25).

2. An apparatus as defined by claim 1, which includes a pretensing spring (16) disposed between said camshaft (6) and said drive element (15) which has the first movable walls (10, 11) and the second movable walls (12, 13).

3. An apparatus as defined by claim 1, in which said work chambers (7, 8) are located diametrically opposite one another in a common plane radial to the camshaft axis (5).

4. An apparatus as defined by claim 1, in which said work chambers (7, 8) are located diametrically opposite one another in a common plane radial to the camshaft axis (5).

5. An apparatus as defined by claim 1, in which the control valve (24) is opened by the control device (25) selectively at a time of low to minimum, or high to maximum, camshaft torques in the course of camshaft torque fluctuations.

6. An apparatus as defined by claim 2, in which the control valve (24) is opened by the control device (25) selectively at a time of low to minimum, or high to maximum, camshaft torques in the course of camshaft torque fluctuations.

7. An apparatus as defined by claim 3, in which the control valve (24) is opened by the control device (25) selectively at a time of low to minimum, or high to maximum, camshaft torques in the course of camshaft torque fluctuations.

8. An apparatus as defined by claim 5, in which said control device (25) communicates with a set-point value indicator and with an angle encoder (82) on the camshaft (6) and an angle encoder (84) on the drive element (15), and via a closed control loop controls the camshaft rotational angle position relative to the drive element rotational angle position as a function of operating parameters, by means of a selective triggering of the control valve 24.

9. An apparatus as defined by claim 1, in which said first movable walls (10, 11) are formed by end faces of a first circular segment shell (35), which is disposed resting slidably against a portion of a circumference of a portion of the camshaft, or of a holder part (30) connected to that portion of the camshaft in the circumferential direction, and the second movable walls (12, 13) are likewise the end faces of a second circular segment shell (36, 89), which is disposed opposite the first circu-

BW 002244

# United States Patent [19]

## Hendrixon et al.

[11] Patent Number: 5,000,420

[45] Date of Patent: * Mar. 19, 1991

[54] ELECTROMAGNETIC SOLENOID VALVE WITH VARIABLE FORCE MOTOR

[75] Inventors: John L. Hendrixon, Shelby; David J. Domaschuk, Grand Haven; Allen F. Pearson, Muskegon, all of Mich.

[73] Assignee: SPX Corporation, Muskegon, Mich.

[ * ] Notice: The portion of the term of this patent subsequent to Sep. 5, 2006 has been disclaimed.

[21] Appl. No.: 324,312

[22] Filed: Mar. 16, 1989

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 188,363, Apr. 29, 1988, Pat. No. 4,863,142.

[51] Int. Cl.⁵ ............................................ F16K 31/06
[52] U.S. Cl. ............................ 251/129.08; 137/625.65; 251/129.18; 251/129.15
[58] Field of Search ............ 251/129.18, 129.15, 251/129.08; 335/280; 137/625.65

[56] References Cited

#### U.S. PATENT DOCUMENTS

4,423,841  1/1984  Palma ............................ 251/129.15
4,595,035  6/1986  Warrick ..................... 251/129.14 X

4,597,558  7/1986  Hafner et al. ................. 251/129.15 X

Primary Examiner—Arnold Rosenthal
Attorney, Agent, or Firm—Barnes, Kisselle, Raisch, Choate, Whittemore & Hulbert

[57]                ABSTRACT

A solenoid valve which includes a valve body having a central bore from which fluid passages radially extend. A valve spool is axially slidably captured within the valve body bore in control passage of fluid among the valve body passages. An electromagnetic variable force motor is mounted on the valve body and includes a housing of ferromagnetic construction with a pole piece of ferromagnetic construction coaxial with the valve spool and surrounded by an electrical coil. An armature comprising a ball of ferromagnetic construction is positioned coaxially with the pole piece in abutting engagement with the valve spool. A coil spring is positioned to engage the ball-armature and to urge the same axially away from the pole piece. The characteristic of magnetic attraction between the ball-armature and the opposing face of the pole piece as a function of separation therebetween is substantially identical with spring rate, both preferably being a linear function of ball-armature displacement.

20 Claims, 3 Drawing Sheets



**U.S. Patent**       Mar. 19, 1991       Sheet 1 of 3       **5,000,420**



FIG.1

FIG.2

FIG.3

BW 002246

U.S. Patent    Mar. 19, 1991    Sheet ⁓ of 3    5,000,420



FIG.4

FIG.5

BW 002247

 

U.S. Patent     Mar. 19, 1991     Sheet ~ of 3     5,000,420

FIG.6



FIG. 7





5,000,420

**1**

## ELECTROMAGNETIC SOLENOID VALVE WITH VARIABLE FORCE MOTOR

This application is a continuation-in-part of application Ser. No. 188,363 filed Apr. 29, 1988, U.S. Pat. No. 863,142, of Sept. 5, 1988.

The present invention is directed to electromagnetic variable force motors, and more particularly to a solenoid valve embodying such a motor for variably controlling pressure and/or flow of fluid.

### BACKGROUND AND OBJECTS OF THE INVENTION

Electromagnetic variable force motors of the subject type include a pole piece having a central structure surrounded by a coil, an armature positioned for motion toward and away from the pole piece, and a spring for urging the armature away from the pole. The pole piece and armature are of ferromagnetic construction so that current in the coil establishes a magnetic field in the pole piece, attracting the armature toward the pole against the force of the spring. Sliding friction between the armature and surrounding structure, only partially reduced by armature guide and bushing structures, results in energy loss and position hysteresis between the armature and pole piece. Furthermore, armature and pole piece structures contoured to obtain a desired force characteristic relative to coil current are often complex and expensive to manufacture. One exemplary solenoid valve embodying a linear force motor of the described character is disclosed in U.S. Pat. No. 4,577,143.

U.S. Pat. Nos. 4,570,904 and 4,595,033, both assigned to the assignee hereof, disclose solenoid-operated modulating valves in which a ball of ferromagnetic construction serves as both the solenoid armature and the on/off valve element. A coil spring is captured within a central cavity in the pole piece and has an end line which extends through a passage in the pole face to engage the ball and position the ball in normally-closing engagement with an opposing fluid passage valve seat spaced from the pole piece. The face of the pole tapers narrowingly in the direction of the ball for enhanced magnetic coupling therebetween. Fluid flow through the valve is controlled by pulse width modulation of the coil drive signal. Although the modulating valves so disclosed have enjoyed substantial acceptance and success, they often cannot substitute or satisfy requirements for variable force motor type solenoid valves.

It is an object of the present invention to provide an electromagnetic variable force motor which exhibits reduced friction between the armature and surrounding pole piece and housing structures, and thereby obtains both reduced energy loss and reduced hysteresis in armature movement.

Another object of the present invention is to provide a solenoid valve which embodies an electromagnetic variable force motor of the described character for enhanced precision control of fluids, such as hydraulic fluids in electronically controlled fluid transmissions.

A further object of the invention is to provide a solenoid valve of the described character which exhibits reduced size and complexity, and which is thus more economical to manufacture than are variable force motor solenoid valves of the prior art.

A further object of the invention is to provide a solenoid valve wherein the air gap can be readily adjusted so that the magnetic force rate matches the force rate of

**2**

the spring and wherein the valve can be easily calibrated.

### SUMMARY OF THE INVENTION

In accordance with one aspect of the present invention, an electromagnetic variable force motor comprises a pole piece of ferromagnetic construction and an electrical coil coaxially surrounding the pole. The motor armature comprises a ball of ferromagnetic construction positioned coaxially with the pole. The ball-armature and pole have a preselected characteristic (typically empirically preselected) of magnetic attractive force between the armature and pole that is a function of ball armature size and armature travel or gap between the ball armature and opposing pole face when current is applied to the coil. Ball size and armature travel are selected in a manner such that the magnetic attractive force is compatible with the desired management characteristic for the flow and pressure requirements. A spring engages the ball-armature and urges the same away from the opposing pole face. The spring has a spring rate which is substantially identical to the magnetic-force/generated between the pole piece and ball-armature. That is, magnetic attractive force caused by a given current in the coil and a corresponding reduction in the armature/pole piece air gap is substantially identically balanced by a change in compression and corresponding force in the spring. Most preferably, such armature/pole piece force characteristic and spring rate are both substantially linear, such that displacement of the ball-armature with respect to the pole piece against force of the spring varies substantially linearly with current to the coil.

In the preferred embodiments of the invention, a housing encloses the pole piece and armature and has journalling surfaces which surround the ball-armature, guiding axial motion thereof while limiting motion transversely of the pole piece axis. The structure which transmits the spring force to the ball-armature is configured so as to limit contact with the surrounding pole piece and housing. There is thus limited contact and friction between the moving elements of the force motor—i.e., the ball-armature and spring force-transmitting element—and the surrounding housing. As a result, hysteresis in ball-armature position versus current is substantially eliminated.

A solenoid valve in accordance with the present invention comprises a valve body having a bore with a central axis and fluid passages extending radially or transversely therefrom. A valve element is axially slidably captured within the bore and cooperates with the valve body passages for varying flow of fluid therethrough. A housing of ferromagnetic material is mounted on the valve body, and includes a ferromagnetic pole piece coaxially with the bore and an electrical coil circumferentially surrounding the pole piece. A ball-armature is positioned in coaxial opposition to the pole in engagement with the valve element, and a spring is positioned to engage the ball-armature to urge the same away from the opposing face of the pole piece. The valve element, which is preferably constructed separately from the ball-armature, comprises a valve spool in the preferred embodiments of the invention having axially spaced lands which cooperate with the valve body passages extending from the central bore.

The solenoid valve is constructed and arranged so the air gap can be readily adjusted and the calibration can be readily achieved.

5,000,420

3

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention, together with additional objects, features and advantages thereof, will be best understood from the following description, the appended claims and the accompanying drawings in which:

FIG. 1 is a side elevation diametrically bisecting a solenoid valve configured as a pressure control valve in accordance with one presently preferred embodiment of the invention;

FIG. 2 is an end elevational view of the solenoid valve of FIG. 1, FIG. 1 being taken substantially along the line 1—1 in FIG. 2;

FIG. 3 is a sectional view similar to that of FIG. 1 showing a modified solenoid valve in accordance with the present invention configured as a pressure control valve; and

FIGS. 4 and 5 are sectional views of modified embodiments of the invention respectively similar to those of FIGS. 1 and 3 and configured as flow control valves.

FIGS. 6 and 7 are sectional views of modified embodiments of the invention similar to FIGS. 1 and 4 respectively.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

FIGS. 1 and 2 illustrate an electromagnetic variable force motor solenoid valve 10 in accordance with a presently preferred embodiment of the invention comprising an electromagnetic variable force motor 12 mounted on a valve body 14. Force motor 12 includes a pole piece 16 having a base 18 of ferromagnetic construction. A substantially cylindrical pole piece 20 integrally axially extends from base 18 and is circumferentially surrounded by an electrical coil assembly 22, including electrical wire wound on a suitable bobbin 24. A housing 26 of ferromagnetic construction has a side wall 28 which encloses coil assembly 22 and is crimped or otherwise formed over the periphery of base 18. The flat base 30 of housing 26 is parallel to base 18, being axially spaced therefrom by coil assembly 22. The axial length of pole 20 is less than the axial length of coil assembly 22 and sidewall 28, so that pole 20 is separated and spaced from opposing base 30 by an air gap.

An armature 32, preferably consisting of a solid spherical ball of ferromagnetic construction, is slidably captured within a central opening 34 in housing base 30 coaxially with pole piece 20. There is thus formed for magnetic flux generated by coil 22 a closed magnetic path through pole piece 20, pole piece base 18, housing sidewall 28, housing base 30, ball-armature 32 and the air gap between ball-armature 32 and pole piece 20. The axially oriented face 36 of pole 20 tapers narrowingly toward ball 32 to focus the magnetic flux at pole face 37. Preferred angle of taper of outer face 36 is about 45° on a cone of revolution centered on the pole axis. Inner pole face 37 immediately opposite ball-armature 32 is concave at a radius greater than that of the ball-armature to maintain flux distribution as the ball-armature approaches the pole face 37. Ball armature 32 is of a size such that at least half of the ball volume remains within opening 34. Stated differently, axial separation between pole face 37 and housing base 34 is less than one-half of the diameter of ball-armature 32. In this way, the magnetic discontinuity between ball-armature 32 and housing base 30 remains substantially constant throughout motion of the ball-armature, and does not affect linear-

4

ity of such motion as a function of magnetic force and stator current.

A coil spring 38 is captured in compression within a central axially-extending cavity 40 in pole 20 between an adjustment screw 42 threaded into a boss 44 which projects outwardly from pole piece base 18 and a pintle 46 for transmitting force from spring 38 to ball-armature 32. A central boss 48 extends from the base of the pintle body into the coils of spring 38 in close-fitting relationship therewith for maintaining position of the pintle centrally of the spring. A finger 50 extends from the opposing end of pintle 46 through a central passage 52 in pole face 37 into opposed abutting engagement with ball-armature 32 coaxially with pole 20 and ball-armature 32. Preferably, the outside diameter of pintle 46 is less than the inside diameter of cavity 40, and the pintle finger 50 is slidably positioned in passage 52. Pintle 46 is preferably of nonmagnetic construction, but not restricted to nonmagnetic materials.

Valve body 14 is of non-magnetic construction but not restricted to non-magnetic materials and has an outer end flange 56. An encompassing flange 57 on housing 26 is crimped or otherwise formed over the periphery of valve body flange 56 to form the unitary valve assembly 10. A central bore 54 extends through valve body 14 in coaxial alignment with ball-armature 32 and pole 20. A valve spool 58, having a pair of axially spaced integrally connected lands 60,62, is axially slidably positioned within valve body bore 54. An adjustable stop 63 is threadably received into a cavity 64 at the armature-remote end of bore 54 and has a finger 65 extending through cavity 64 for coaxial abutting engagement with spool land 62. Force motor spring 38 and pintle 46 urge ball-armature 32 into abutting engagement with an opposing face of spool land 60, and thereby urges spool 58 toward abutment with stop finger 65. Spool 58 is thus captured within bore 54 between ball-armature 32 and stop 63.

A first passage 66, specifically a circumferential series of four passages 66 at 90° angular spacing, extends from bore 54 to the outer surface of valve body 14 from a position generally radially adjacent to valve spool land 62. A channel connects around bore 54 and interconnects the radially inner ends of passages 66. A second passage 68, specifically a circumferential array of four passages 68 at 90° spacing, extends from bore 54 to the outer surface of valve body 14 from a position generally radially adjacent to spool land 60. A third passage 70, specifically a circumferential array of four passages 70 at 90° spacing, extends from bore 54 to the outer periphery of valve body 14 from a position approximately mid-way between spool lands 60,62. A fourth passage 72 radially extends from cavity 64 to the valve body periphery. Sealing rings 74 are positioned in corresponding grooves in the outer periphery of valve body 14 between axially adjacent valve body passages. The outer ends of each series of valve body passages 66,68,70,72 are connected to corresponding channels in the valve body outer surface.

Valve 10 in the embodiment of FIG. 1 is illustrated as being assembled to a manifold 78. A first passage 80 in manifold 78 couples valve body passages 66 to an hydraulic pump 82. Manifold passage 84, which is connected to valve body passage 70, supplies controlled pressure to an external device. Manifold passage 86, which is interconnected to manifold passage 84, provides control pressure feedback to the face of the spool land 62. Valve body passages 68 are positioned exter-

5,000,420

**5**

nally of manifold 78 and are connected to fluid sump 88. Solenoid. coil 22 is connected to a suitable source 90 of valve control signals. It will be appreciated, of course, that outer surface contour of valve body 14 will depend upon manifold 78, with the contour of FIG. 1 (and FIGS. 3–5) being exemplary only. Likewise, positioning and sizes of passages 66–70 will depend on flow requirements and other considerations not directly germane to the present invention.

Valve 10 is thus configured in the embodiment of FIGS. 1 and 2 as a pressure control valve for applying controlled pressure from pump 82 to an external device (not shown) as a function of current input signals from controller 90 to coil 22. In the fully de-energized condition of valve 10 illustrated in FIG. 1—i.e., with no current applied to coil 22—spool 58 is urged against stop 63 by spring 38, pintle 44 and ball-armature 32. Passages 30,66 are thus opened through bore 54 to passages 70,84, and maximum control pressure is applied from pump 82 to the external device. Such control pressure is returned to cavity 64 by passages 86,72 to as to act against the armature-remote face of spool land 62 urging spool valve 58 and ball-armature 32 against pintle 46. As current is applied by valve control electronics 90 to solenoid coil 22, ball-armature 32 is increasingly attracted to and moves against the force of coil spring 38 toward the opposing face 37 of pole piece 20. As previously noted, force of magnetic attraction between pole 20 and ball-armature 32 as a function of separation or air gap therebetween is coordinated with, and preferably is identical to, spring rate of spring 38, both magnetic and spring forces preferably being linear functions of their respective variables. Displacement of ball-armature 32 against spring 38 toward the opposing face 37 of pole 20 thus varies substantially linearly with current 35 applied to solenoid coil 22. Linear motion or displacement of spool 58 likewise varies linearly with valve control current so as vary (decrease) control pressure to the external device accordingly. As ball-armature 32 moves toward pole face 37, spool land 62 gradually 40 closes passages 66, thus restricting the flow between spool land 62 and passage 66 and, at the same time, reducing the restriction of flow between the spool land 60 and exhaust passage 68 to fluid sump 88. The ball size and armature travel are selected in a manner such that 45 the magnetic attractive force is compatible with the desired management characteristics for the flow and pressure requirements. Typical ball size range is 3/16" to 1" in diameter. Typical ball armature travel range is 0.010" to 0.035", but not necessarily confined to this 50 range.

FIG. 3 illustrates a valve 92 configured for pressure control operation in accordance with a modified embodiment of the invention. In valve 92 of FIG. 3 (and in the valves of FIGS. 4 and 5), elements functionally 55 identical to those hereinabove described in detail in connection with FIGS. 1 and 2 are indicated by correspondingly identical reference numerals, and modified but generally functionally related elements are indicated by correspondingly identical reference numerals 60 and a suitable suffix "a," etc. In valve 92, housing 16a of force-motor 12a is configured such that pole 20a extends axially away from rather than toward valve spool 58a. Ball-armature 32 is slidably journalled within a passage 34a in pole piece 36a crimped or otherwise 65 fastened to housing 16a. Ball-armature biasing spring 38a is positioned within valve body cavity 64 and engages ball-armature 32 through spool 58a and through a

**6**

finger 94 which integrally coaxially projects from spool head 60 through passage 52a in pole 20a into abutting engagement with ball-armature 32. Finger 65 functions primarily as a guide for spring 38a in the embodiment of FIG. 2. The rest position of spool 58a is adjusted by means of a set screw 99 of non-magnetic construction which engages ball-armature 32 within force motor 12a.

In the embodiment of FIG. 3, valve body passages 73,66 are connected (by a manifold not shown) to fluid sump 88, passages 68 are connected to pump 82, and passages 50 are again connected to the device (not shown) to be controlled. A further fluid passage 96 extends axially and then radially within valve body 14a from one controlled-pressure passage 70 to the cavity 98 between spool land 60 and stator base 18a for applying balancing control pressure against the opposing face of spool land 60. In both of the pressure-control implementations of FIGS. 1–3, control feedback pressure is thus balanced against armature-biasing spring 38 and maintains a force balance on the associated valve spool to obtain desired control pressure as supply pressure may vary.

FIG. 4 illustrates a valve 128, 121 which is substantially identical to valve 10 of FIGS. 1–2 but is configured for flow control operation. Specifically, valve body passage 72 is connected to fluid sump 88, and a coil spring 102 is captured within valve body cavity 64 between stop 63 and the opposing face of spool land 62. The force of spring 102 thus replaces the force of control pressure within cavity 64 in the embodiment of FIG. 4 to bias spool 58 into abutting engagement with ball-armature 32. Control feedback pressure is not required in this application.

Likewise, valve 110 illustrated in FIG. 5 is substantially identical to valve 92 hereinabove described in detail in connection with FIG. 3, but with passage 73 connected to fluid sump 88, with passage 96 deleted, with cavity 98 connected to sump 88, and with spring 102a serving the dual purpose of biasing ball-armature 32 against magnetic attraction to pole 20a and maintaining spool 58a in abutting engagement with ball-armature 32 through finger 94.

The modified form of solenoid valve in FIG. 6 is similar to that shown in FIG. 1. In this form, corresponding parts have been designated with the suffix "a". In this form, the adjustable stop 63 has been eliminated and replaced by a disc 120, 121. Passage 72 has been eliminated and replaced by an orifice 72a in the disc plug 120. However, in this form O-rings 74 have been eliminated and may not be required. The cavity 64 now comprises cavity 64a between disc plug 120 and the adjacent spool base of the spool 58a. Furthermore, pole piece 18 and pole piece 20 are no longer one part but comprise a center pole flange 18a and a center pole 18b threaded into the flange 18a. This allows for center pole adjustment in order that the air gap may be selected between the ball 32 and the pole piece face such that the magnetic attractive force is matched to correspond with the force in the spring 40a. The spring adjustment screw 18c is now threaded into the pole 18b and engages the spring 40a to adjust the spring force.

The ball armature stop screw 42a is threaded into the spring adjustment screw 18c for adjustment of the actual armature working travel to provide the minimum pressure control requirements as specified.

The modified form solenoid valve shown in FIG. 7 is similar to that shown in FIG. 4 except for the parts designated with appropriate suffixes as presently de-

BW 002251



5,000,420

7

scribed. In this form, the adjustable stop 63 has been eliminated and replaced by a disc plug 121. Passage 72 has been eliminated and replaced by passage 72c that extends axially through the land 62 and the center of the spool to laterally extending passages to the side of the land 60. Further, spring 102 and cavity 66 now comprise a spring 102c extending between a recess in the land 62 and the disc plug 121. Pole piece space 18 and pole piece 28 no longer comprise a single part but are separated into two relatively threadable and adjustable parts 18d and 4. The spring adjustment screw 42c is threaded into the center pole 18c for spring adjustment as in the form shown in FIG. 6.

Similarly, a ball armature stop screw 42c is threaded into the spring adjustment screw 18f for adjustment of the actual armature working travel to provide the minimum flow control requirements as specified.

Electromagnetic variable force motors 12,12a and solenoid valves 10,92,100,110 hereinabove described in detail thus fully satisfy all of the objects and aims previously set forth. In accordance with a distinguishing feature of the present invention, ball-armature 32 in each such embodiment exhibits minimal friction with the surrounding structure, thus substantially eliminating armature and valve position hysteresis which has been characteristic of the prior art. Ball-armatures of ferromagnetic construction as described are readily and economically available in a variety of sizes, and thus are substantially less expensive than are the complex armature structure characteristic of the prior art. In modified constructions of the embodiments of FIGS. 1 and 4, the ball-armature and valve spool could be formed as an integral structure. However, separate armature and spool constructions are preferred both to reduce cost of the respective elements, and also to reduce criticality of coaxial alignment of armature journal surfaces 34 with the stator pole and spool axes.

It will also be appreciated that the valve structures and corresponding pressure and/or flow characteristics hereinabove described are strictly exemplary of the general principles of the invention in its broader aspects. Other pressure or flow characteristics—e.g., non-linear characteristics—can be readily obtained employing conventional valve design principles. Indeed, an important feature of the force motor of the present invention is that it may be readily employed with valve bodies of or no modification in combination with valve bodies of diverse design, and the valve designer may assume that armature and spool motion will be a preselected function of stator current—e.g., linear—and may design the valve accordingly.

The invention claimed is:

1. A solenoid valve comprising:

a valve body having fluid passages extending therethrough and a valve element variably positionable within said valve body for controlling fluid flow through said passages,

a housing of ferromagnetic construction mounted on said valve body and including a pole of ferromagnetic construction having a central axis and electrical coil means surrounding said pole,

an armature comprising a ball of ferromagnetic construction positioned coaxially with said pole, said ball-armature and said pole having a preselected characteristic of magnetic attractive force between said ball-armature and said pole as a function of separation between said ball-armature and said pole when current is applied to said coil means,

8

means coupling said ball-armature to said valve element, and

spring means positioned to engage said ball-armature and to urge said ball-armature axially away from said pole, said spring means having a spring rate substantially equal to said preselected characteristic.

2. A solenoid valve comprising:

a valve body having a bore with a central axis and fluid passages extending radially from said bore,

a valve element axially slidably captured in said bore, said element cooperating with said passages for varying flow of fluid through said bore to and from said passages,

a housing of ferromagnetic construction mounted on said valve body, said housing including a pole piece of ferromagnetic construction coaxial with said bore and electrical coil means circumferentially surrounding said pole,

an armature comprising a ball of ferromagnetic construction positioned coaxially with said pole and coupled to said valve element, and

spring means coupled to said ball-armature and urging said ball-armature axially away from said pole.

3. The valve set forth in claim 2 wherein said ball-armature is of separate construction from said valve element, said spring means being positioned to urge abutting engagement between said ball-armature and said valve element.

4. The valve set forth in claim 2 wherein said ball-armature and said pole have a preselected characteristic of magnetic attractive force between said ball-armature and said pole as a function of separation between said ball-armature and said pole when current is applied to said coil means, and wherein said spring has a spring rate substantially equal to said preselected characteristic.

5. The valve set forth in claim 4 wherein said preselected characteristic and said spring rate are both substantially linear, such that displacement of said ball-armature toward said pole against said spring means varies substantially linearly with current in said coil means.

6. A solenoid valve comprising:

a valve body having a bore with a central axis and fluid passages extending radially from said bore,

a valve element axially slidably captured in said bore, said element cooperating with said passages for varying flow of fluid through said bore to and from said passages,

a housing of ferromagnetic construction mounted on said valve body, said housing including a pole piece of ferromagnetic construction coaxial with said bore and electrical coil means circumferentially surrounding said pole,

an armature comprising a ball of ferromagnetic construction positioned coaxially with said pole and coupled to said valve element, and

spring means coupled to said ball-armature and urging said ball-armature axially away from said pole, and

a housing enclosing said pole piece and armature, said housing including journal means guiding axial motion of said ball-armature and limiting motion of said ball-armature laterally of said axis.

BW 002252

5,000,420

9

10

7. The valve set forth in claim 6 wherein said housing which includes said journal means is of ferromagnetic construction.

8. A solenoid valve comprising:

a valve body having a bore with a central axis and fluid passages extending radially from said bore,

a valve element axially slidably captured in said bore, said element cooperating with said passages for varying flow of fluid through said bore to and from said passages,

a housing of ferromagnetic construction mounted on said valve body, said housing including a pole piece of ferromagnetic construction coaxial with said bore and electrical coil means circumferentially surrounding said pole,

an armature comprising a ball of ferromagnetic construction positioned coaxially with said pole and coupled to said valve element, and

spring means coupled to said ball-armature and urging said ball-armature axially away from said pole,

said pole having a pole face axially opposed to said ball-armature, said pole face tapering narrowingly in the direction of said ball-armature.

9. The valve set forth in claim 8 wherein said pole is hollow, and wherein said spring means comprises a coil spring captured within said hollow pole, and means extending through said pole face to engage said ball-armature.

10. The valve set forth in claim 9 wherein said pole has a central cylindrical cavity in which said coil spring is disposed, and means extending through said pole face comprising a pintle having a base captured within said coil spring, a finger extending through said pole face to engage said ball-armature, and a body with a diameter less than that of said cylindrical bore.

11. A solenoid valve comprising:

a valve body having a bore with a central axis and fluid passages extending radially from said bore,

a valve element axially slidably captured in said bore, said element cooperating with said passages for varying flow of fluid through said bore to and from said passages,

a housing of ferromagnetic construction mounted on said valve body, said housing including a pole piece of ferromagnetic construction coaxial with said bore and electrical coil means circumferentially surrounding said pole,

an armature comprising a ball of ferromagnetic construction positioned coaxially with said pole and coupled to said valve element, and

spring means coupled to said ball-armature and urging said ball-armature axially away from said pole,

said valve element comprising a valve spool having lands which cooperate with said passages for varying flow of fluid through said passages.

12. The valve set forth in claim 11 wherein said valve body includes means having a cavity opening from an end of said bore remote from said ball-armature.

13. The valve set forth in claim 12 wherein said valve body includes a passage extending radially from said cavity through said valve body.

14. The valve set forth in claim 13 further comprising a coil spring captured within said cavity and urging said spool into engagement with said ball-armature.

15. The valve set forth in claim 14 wherein said coil spring comprises said spring means.

16. A solenoid valve comprising:

a valve body having a bore with a central axis and fluid passages extending radially from said bore,

a valve element axially slidably captured in said bore, said element cooperating with said passages for varying flow of fluid through said bore to and from said passages,

a housing of ferromagnetic construction mounted on said valve body, said housing including a pole piece of ferromagnetic construction coaxial with said bore and electrical coil means circumferentially surrounding said pole,

an armature comprising a ball of ferromagnetic construction positioned coaxially with said pole and coupled to said valve element, and

spring means coupled to said ball-armature and urging said ball-armature axially away from said pole,

said valve element comprising a valve spool structurally separate from said ball-armature having axially spaced first and second lands, said passages including first and second passages axially spaced from each other by a distance corresponding to spacing between said lands, and a third passage radially extending from said bore between said first and second passages.

17. The valve set forth in claim 16 wherein said valve body includes a cavity opening from an end of said bore adjacent to said ball-armature, and means connecting said cavity to said third passage.

18. The valve set forth in claim 2 further comprising means limiting motion of said ball-armature away from said pole.

19. The valve set forth in claim 13 further comprising means for interconnecting said cavity with said bore between said valve spool lands.

20. A solenoid valve comprising:

a valve body having a bore with a central axis and fluid passages extending radially from said bore,

a valve element axially slidably captured in said bore, said element cooperating with said passages for varying flow of fluid through said bore to and from said passages,

a housing of ferromagnetic construction mounted on said valve body, said housing including a pole piece of ferromagnetic construction coaxial with said bore and electrical coil means circumferentially surrounding said pole,

an armature comprising a ball of ferromagnetic construction positioned coaxially with said pole and coupled to said valve element, and

means limiting motion of said ball-armature away from said pole,

said motion-limiting means comprising adjustable means.

*   *   *   *   *

BW 002253

BW 002254



# United States Patent [19]

**Butterfield et al.**

[11] Patent Number: **5,002,023**

[45] Date of Patent: **Mar. 26, 1991**

[54] VARIABLE CAMSHAFT TIMING FOR INTERNAL COMBUSTION ENGINE

[75] Inventors: Roger P. Butterfield, Interlaken; Franklin R. Smith, Slaterville Springs, both of N.Y.

[73] Assignee: Borg-Warner Automotive, Inc., Sterling Heights, Mich.

[21] Appl. No.: 422,353

[22] Filed: Oct. 16, 1989

[51] Int. Cl.⁵ .............................. F01L 1/34
[52] U.S. Cl. ............... 123/90.15; 123/90.17; 123/90.31
[58] Field of Search ........... 123/90.12, 90.13, 90.15, 123/90.17, 90.31; 464/2

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,861,557 | 11/1958 | Stolte | 123/90.15 |
| 3,721,220 | 3/1973 | Garcea | 123/90.15 |
| 4,131,096 | 12/1978 | Mitchel | 123/90.15 |
| 4,305,352 | 12/1981 | Oshima et al. | 123/90.15 |
| 4,494,495 | 1/1985 | Nakamura et al. | 123/90.15 |
| 4,494,496 | 1/1985 | Nakamura et al. | 123/90.15 |
| 4,498,431 | 2/1985 | Nakamura et al. | 123/90.15 |
| 4,545,390 | 12/1985 | Nakamura et al. | 123/90.15 |
| 4,601,266 | 7/1986 | Oldfield et al. | 123/90.15 |
| 4,627,825 | 12/1986 | Bruss et al. | 123/90.15 |
| 4,685,429 | 8/1987 | Oyaku | 123/90.15 |
| 4,708,101 | 11/1987 | Hara et al. | 123/90.17 |
| 4,714,057 | 12/1987 | Wishart | 123/90.15 |
| 4,732,817 | 2/1988 | Frost | 123/90.15 |
| 4,726,331 | 2/1988 | Oyaku | 123/90.15 |
| 4,764,338 | 5/1988 | Sapienza, IV | 123/90.15 |
| 4,747,375 | 5/1988 | Williams | 123/90.15 |
| 4,771,742 | 9/1988 | Nelson et al. | 123/90.15 |
| 4,787,345 | 11/1988 | Thoma | 123/90.15 |
| 4,802,376 | 2/1989 | Stidworthy | 123/90.15 |
| 4,805,566 | 2/1989 | Amplaen | 123/90.15 |
| 4,805,571 | 2/1989 | Humphrey | 123/90.15 |
| 4,895,113 | 1/1990 | Speier et al. | 464/2 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 6134011 | 9/1985 | Japan | 123/90.17 |

**OTHER PUBLICATIONS**

May 1984 Automotive Engineering article entitled, "Variable Valve Timing has Electronic Control". Paper entitled, "System for Automatic Variation of Phase Between Two Camshafts Inserted into a 'Cassette' Module with Sachs-Hurst Chain", believed to have been originally presented in or about 1983.

*Primary Examiner*—David A. Okonsky
*Assistant Examiner*—Weilun Lo
*Attorney, Agent, or Firm*—William Brinks Olds et al.

[57] **ABSTRACT**

A variable camshaft timing arrangement for an internal combustion engine in which a camshaft, for example, an intake valve operating camshaft in a dual camshaft system, is advanced or retarded in its position relative to the crankshaft and to the exhaust valve operating camshaft in reaction to torque pulsations in such intake valve operating camshaft. The other camshaft of the dual camshaft engine has a sprocket oscillatingly mounted thereon. The other camshaft also has a bracket or another sprocket keyed thereto and the bracket or another sprocket is chain driven by the rotation of the crankshaft. A pair of single acting hydraulic cylinders interconnect the oscillating sprocket and the bracket or other sprocket, with the piston ends of the cylinders pivotably attached to the oscillating sprocket and with the body ends of the cylinders pivotably attached to the other sprocket or bracket. The cylinders act in opposite directions and are hydraulically interconnected so that one extends as the other retracts and vice versa. The hydraulic system includes a control valve which is controlled by an engine controller to selectively permit one of the cylinders to extend, and the other to retract, in reaction to torque pulsations in the camshaft which is being advanced or retarded to provide desired engine operating characteristics. The bracket or other sprocket whose position is phase adjustable in this manner is connected by a chain to a sprocket which is keyed to the intake valve operating camshaft. An adaptation of the system to the synchronous phase adjustment of the positions of both camshafts of a dual camshaft engine is also specifically disclosed.

30 Claims, 12 Drawing Sheets



BW 002255

**U.S. Patent**          Mar. 26, 1991          Sheet 1 of 12          **5,002,023**



FIG. IA



FIG. IB



FIG. Ic



FIG. ID

BW 002256



FIG. 2



FIG. 6

BW 002257

U.S. Patent    Mar. 26, 1991    Sheet 3 of 12    5,002,023



FIG. 3

BW 002258

U.S. Patent          Mar. 26, 1991          Sheet 4 of 12          5,002,023



FIG. 4



FIG. 8

BW 002259

U.S. Patent          Mar. 26, 1991          Sheet 5 of 12          5,002,023



FIG. 5

FIG. 7

BW 002260



FIG. 9



FIG. 10

BW 002261

**U.S. Patent**    Mar. 26, 1991    Sheet 7 of 12    **5,002,023**



FIG. 11

BW 002262

U.S. Patent        Mar. 26, 1991        Sheet 8 of 12        5,002,023



FIG. 12

BW 002263



FIG. 13

BW 002264

U.S. Patent    Mar. 26, 1991    Sheet 10 of 14    5,002,023



FIG. 14

BW 002265



FIG. 15

BW 002266

U.S. Patent    Mar. 26, 1991    Sheet 12 of 12    5,002,023



FIG. 16

BW 002267

5,002,023

1

## VARIABLE CAMSHAFT TIMING FOR INTERNAL COMBUSTION ENGINE

### FIELD OF THE INVENTION

This invention relates to an internal combustion engine in which the timing of the camshaft or a single camshaft engine, or the timing of one or both of the camshafts of a dual camshaft engine, relative to the crankshaft is varied to improve one or more of the operating characteristics of the engine.

### BACKGROUND OF THE INVENTION

It is known that the performance of an internal combustion engine can be improved by the use of dual camshafts, one to operate the intake valves of the various cylinders of the engine and the other to operate the exhaust valves. Typically, one of such camshafts is driven by the crankshaft of the engine, through a sprocket and chain drive or a belt drive, and the other of such camshafts is driven by the first, through a second sprocket and chain drive or a second belt drive. Alternatively, both of the camshafts can be driven by a single crankshaft powered chain drive or belt drive. It is also known that engine performance in an engine with dual camshafts can be further improved, in terms of idle quality, fuel economy, reduced emissions or increased torque, by changing the positional relationship of one of the camshafts, usually the camshaft which operates the intake valves of the engine, relative to the other camshaft and relative to the crankshaft, to thereby vary the timing of the engine in terms of the operation of its intake valves relative to its exhaust valves or in terms of the operation of its valves relative to the position of the crankshaft. Heretofore, such changes in engine valve timing have been accomplished by a separate hydraulic motor operated by engine lubricating oil. However, this actuating arrangement consumes significant additional energy and it increases the required size of the engine lubricating pump because of the required rapid response time for proper operation of the camshaft phasing actuator. Further, these arrangements are typically limited to a total of 20° of phase adjustment between crankshaft position and camshaft position, and typically such arrangements are two-position arrangements, that is, on, off, or fully phase adjusted at one position, or off, or no phase adjustment, as a second position. The present invention is designed to overcome these problems associated with prior art variable camshaft timing arrangements by providing a self-actuating, variable camshaft timing arrangement which does not require external energy for the operation thereof, which does not add to the required size of the engine lubricating pump to meet transient hydraulic operation requirements of such variable camshaft timing arrangement, which provides for continuously variable camshaft to crankshaft phase relationship within its operating limits, and which provides substantially more than 20° of phase adjustment between the crankshaft position and the camshaft position.

### SUMMARY OF THE INVENTION

The present invention provides a phase adjustment arrangement for an internal combustion engine in which the position of the camshaft, or the positions of one or both of the camshafts in a dual camshaft system, is phase adjusted relative to the crankshaft, that is, in which the camshaft is advanced or retarded relative to the crank-

2

shaft by an actuating arrangement which is controlled, for example, by a microprocessor, to control one or more important engine operating characteristics, such as idle quality, fuel economy, emissions, or torque. The actuating arrangement utilizes a pair of oppositely acting hydraulic cylinders to advance or retard the angular position of a camshaft relative to the crankshaft. Hydraulic fluid, in the form of engine oil, is transferred between the oppositely acting cylinders in reaction to changes in torque loads which are experienced by a camshaft as each of its lobes changes its angle of contact with the cam follower of the valve lifter of the engine which is operated thereby. Such flow between the hydraulic cylinders is either blocked or permitted in one direction by a control valve and check valves, and the operation of the control valve is controlled by the engine control microprocessor, to ensure that the advancing or retarding of the position variable camshaft only occurs when desired. Because the flow of hydraulic oil between the cylinders results from changes in torque experienced by one of the camshafts, no separate pump or other actuating device is required. Further, because the camshaft which is advanced or retarded is advanced or retarded by moving hydraulic fluid which is already within one or another of the oppositely acting cylinders to the other, this hydraulic fluid, engine oil in the preferred embodiment, does not have to flow through the main lubricating pump during the short time interval in which the phase adjustment must take place. Thus, the variable camshaft timing arrangement does not require the use of a significantly larger engine oil lubricating pump than would otherwise be required, and the actuation rate of the variable camshaft timing arrangement is not limited by the capacity of the engine oil pump.

Accordingly, it is an object of the present invention to provide an improved variable camshaft timing arrangement for an internal combustion engine. More particularly, it is an object of the present invention to provide a variable camshaft timing arrangement which is self-actuating and which does not add to the peak load pumping requirements of the engine lubricating pump. It is also an object of the present invention to provide a variable camshaft timing arrangement in which the position of a camshaft is continuously variable relative to the position of the crankshaft within its operating limits.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawing and the following brief description thereof, to the detailed description of the preferred embodiment, and to the appended claims.

### BRIEF DESCRIPTION OF THE DRAWING

FIGS. 1A through 1D are schematic views illustrating the contact between a lobe of a camshaft and a cam follower of an engine valve at various times during a complete rotation of the camshaft;

FIG. 2 is a graph which illustrates the changes in torque experienced by a camshaft as a result of changes in the contact between a lobe of the camshaft and a cam follower of an engine valve, of the type illustrated in FIGS. 1A through 1D;

FIG. 3 is a fragmentary view of a dual camshaft internal combustion engine incorporating a preferred embodiment of a variable camshaft timing arrangement according to the present invention, the view being taken on a plane extending transversely through the

BW 002268

5,002,023

3

crankshaft and the camshafts and showing the intake camshaft in a retarded position relative to the crankshaft and the exhaust camshaft;

FIG. 4 is a fragmentary view similar to a portion of FIG. 3 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 5 is a fragmentary view taken on line 5—5 of FIG. 3 with some of the structure being removed for the sake of clarity and being shown in the retarded position of the device;

FIG. 6 is a fragmentary view similar to FIG. 5 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 7 is a fragmentary view showing the reverse side of some of the structure illustrated in FIG. 3;

FIG. 8 is a fragmentary view taken on line 8—8 of FIG. 6;

FIG. 9 is a fragmentary view taken on line 9—9 of FIG. 3;

FIG. 10 is a sectional view taken on line 10—10 of FIG. 3;

FIG. 11 is a sectional view taken on line 11—11 of FIG. 3;

FIG. 12 is a schematic view of the hydraulic equipment of the variable camshaft timing arrangement according to the preferred embodiment and illustrates a condition where the camshaft phase is shifting in the direction of the retarded position of the arrangement which is illustrated in FIG. 3;

FIG. 13 is a schematic view similar to FIG. 12 and illustrates a condition where the camshaft is shifting in the direction of the advanced position of the variable camshaft timing arrangement which is illustrated in FIG. 4;

FIG. 14 is a schematic view similar to FIGS. 12 and 13 and illustrates a condition where the camshaft phase is being maintained in a position between the advanced position and the retarded position of the variable camshaft timing arrangement of the present invention;

FIG. 15 is a fragmentary view of a dual camshaft internal combustion engine incorporating an alternative embodiment of the present invention; and

FIG. 16 is a sectional view taken on line 16—16 of FIG. 15.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIGS. 1A through 1D illustrate the interaction which occurs in an operating internal combustion engine between a camshaft lobe L and a contactor C of a valve V during the rotation of the lobe L, illustratively in a clockwise direction as indicated by the arrow R, as the contactor C is urged against the lobe L by a spring S which is trapped between the contactor C and the engine block B. The lobe L has a semicircular heel portion H and a protruding nose portion N. When the contact between the contactor C and the lobe L occurs at a point P1 on the heel portion H of the lobe L, the force exerted on the lobe L by the contactor C and the spring S which urges it against the lobe L will act along a line through the axis of rotation A of the lobe L and in the direction of movement of the valve V, and will result in no torque load being imposed on the camshaft. This condition is illustrated in FIG. 1A.

As the rotation of the lobe L continues in the clockwise direction from the position illustrated in FIG. 1A, eventually the nose N of the lobe L will contact the contactor C at a point P2 on the nose portion N. The

4

point P2 is offset in a given direction from the line through the axis of rotation A and the direction of movement of the valve V by a distance D1, as is illustrated in FIG. 1B. At this position of the lobe L a torque will be imposed on the camshaft in amount of a force F1 which acts on the contactor C as a result of the spring S multiplied by the distance D1. Eventually, during the further rotation of the lobe L and as is illustrated in FIG. 1D, the nose portion N of the lobe L will contact the contactor C at a point P4 which is one the opposite side of the axis of rotation A from the point P3 and which is spaced from the line through the axis of rotation A and the direction of movement of the valve V by distance D2. At this position of the lobe L a torque will be imposed on the camshaft in the amount of a force F2 which acts on the contactor C multiplied by the distance D2, which will be a negative amount in relation to the distance D1. Thus, the camshaft torque in the FIG. 1D position of the lobe L is oppositely directed with respect to the camshaft torque in the FIG. 1B position. As the lobe L moves from the FIG. 1B position to the FIG. 1D position it will pass through the FIG. 1C position in which there will be zero torque on the camshaft because the nose portion N of the lobe L will contact the contactor at a point P3 which is aligned with the direction of movement of the valve V and the axis of rotation A of the camshaft. The variation in the torque experienced by the camshaft which carries a lobe as it rotates through a complete 360° cycle is illustrated by the curve in FIG. 2 in which the horizontal axis represent the angle of rotation, in degrees, and the vertical axis represent torque. This curve, assuming negligible friction, which is a substantially valid assumption for an engine having roller followers, approximates a sine curve.

The variations in torque which are experienced by a camshaft in turning through each of its 360° cycles, and which are illustrated in FIG. 1A-1D and 2, are utilized as an actuating force to actuate a variable camshaft timing arrangement in the system of FIGS. 3-16. In the arrangement of FIGS. 3-14 a crankshaft 22 has a sprocket 24 keyed thereto, and rotation of the crankshaft 22 during the operation of the engine in which it is incorporated, otherwise not shown, is transmitted to an exhaust camshaft 26, that is a camshaft which is used to operate the exhaust valves of the engine, by a chain 28 which is trained around the sprocket 24 and a sprocket 30 which is keyed to the camshaft 26. Although not shown, it is to be understood that suitable chain tighteners will be provided to ensure that the chain 28 is kept tight and relatively free of slack. As shown, the sprocket 30 is twice as large as the sprocket 24. This relationship results in a rotation of the camshaft 26 at a rate of one-half that of the crankshaft 22, which is proper for a 4-cycle engine. It is to be understood that the use of a belt in place of the chain 28 is also contemplated.

The camshaft 26 carries another sprocket, sprocket 2. FIG. 5 and 6, journalled thereon to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable with the camshaft 26. Rotation of the camshaft 26 is transmitted to an intake camshaft 34 by a chain 36 which is trained around the sprocket 32 and a sprocket 38 that is keyed to the intake camshaft 34. As shown, the sprockets 32 and 38 are equal in diameter to provide for equivalent rates of rotation between the camshaft 26 and the camshaft 34. The use of a belt in place of the chain 36 is also contemplated.

BW 002269

5,002,023

5

As is illustrated in FIG. 8, an end of each of the camshafts 26 and 34 is journalled for rotation in bearings 42 and 44, respectively, of the head 50, which is shown fragmentarily and which is bolted to an engine block, otherwise not shown, by bolts 48. The opposite ends of the camshafts 26 and 34, not shown, are similarly journalled for rotation at an opposite end, also not shown, of the head 50. The sprocket 38 is keyed to the camshaft 34 at a location of the camshaft 34 which is outwardly of the head 50. Similarly, the sprockets 32 and 30 are journalled, in series, on the camshaft 26 at locations outwardly of the head 50, the sprocket 32 being transversely aligned with the sprocket 38 and the sprocket 30 being positioned slightly outwardly of the sprocket 32, to be transversely aligned with the sprocket 24.

The sprocket 32 has an arcuate retainer 82 (FIG. 10) as an integral part thereof, and the retainer 82 extends outwardly from the sprocket 32 through an arcuate opening 30a in the sprocket 30. The sprocket 30 has an arcuate hydraulic body 46 bolted thereto and the hydraulic body 46, which houses certain of the hydraulic components that are illustrated in FIGS. 12–14, receives and pivotably supports the body and of each of a pair of oppositely acting, single acting hydraulic cylinders 54 and 56 which are positioned on opposite sides of the longitudinal axis of the camshaft 26. The piston ends of the cylinders 54 and 56 are pivotably attached to an arcuate bracket 66, and the bracket 38 is secured to the sprocket 32 by a plurality of threaded fasteners 60. Thus, by extending one of the cylinders 54 and 56 and by simultaneously retracting the other of the cylinders 54 and 56, the arcuate position of the sprockets 32 will be changed relative to the sprocket 30, either to advance the sprocket 32 if the cylinder 54 is extended and the cylinder 56 is retracted, which is the operation condition illustrated in FIGS. 4, 6, and 13, or to retard the sprocket 32 relative to the sprocket 30 if the cylinder 56 is extended and the cylinder 54 is retracted, which is the operating condition illustrated in FIGS. 3, 5, 9, 10 and 12. In either case, the retarding or advancing of the position of the sprocket 32 relative to the position of the sprocket 30 will advance or retard the position of the camshaft 26 relative to the position of the camshaft 26 by virtue of the chain drive connection provided by the chain 36 between the sprocket 32, which is journalled for limited relative rotation with respect to the camshaft 26, and the sprocket 38, which is keyed to the camshaft 34. This relationship can be seen in the drawing by comparing the relative position of a timing mark 30b on the sprocket 30 and a timing mark 38a on the sprocket 38 in the retard position of the camshaft 34, as is shown in FIGS. 3 and 5, to their relative positions in the advanced position of the camshaft 34, as is shown in FIGS. 4 and 6.

The flow of hydraulic fluid, which is in the form of engine lubricating oil, into and out of the cylinders 54 and 56 is schematically illustrated in FIGS. 12–14, in which the cylinders 54 and 56 receive fluid by way of a common inlet line 82. The inlet line terminates at a juncture between opposed check valves 84 and 86 which are connected to the cylinders 54 and 56, respectively, by branch lines 88 and 90, respectively. The check valves 84 and 86 have annular seats 84a and 86a to permit the flow of hydraulic fluid through the check valves 84 and 86 into the cylinders 54 and 56, respectively. The flow of hydraulic fluid through the check valves 84 and 86 is blocked by floating balls 84b and 86b, respectively, which are resiliently urged against

6

the seats 84a and 86a, respectively, by springs 84c and 86c, respectively. The check valves 84 and 86, thus, permit the initial filling of the cylinders 54 and 56 and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters the line 82 by way of a spool valve 92, which is incorporated within the camshaft 26 in the embodiment of FIGS. 3–11, and hydraulic fluid is returned to the spool valve 92 from the cylinders 54 and 56 by return lines 94 and 96, respectively.

The spool valve 92 is made up of a cylindrical member 98 and a spool 100 which is slidable to and from within the member 98. The spool 100 has cylindrical lands 100a and 100b on opposed ends thereof, and the lands 100a and 100b, which fit snugly within the member 98, are positioned so that the land 100b will block the exit of hydraulic fluid from the return line 94, as is shown in FIG. 12, where the camshaft 34 is shifting in the direction of its retarded position, or the land 100a will block the exit of hydraulic fluid from the return line 94, as is shown in FIG. 13 where the camshaft 34 is shifting in the direction of its advanced position, or the lands 100a and 100b will block the exit of hydraulic fluid from both the return lines 94 and 96, as is shown in FIG. 14, where the camshaft 34 is being maintained in a selected intermediate position.

The position of the spool 100 within the member 98 is influenced by a spring 102 which acts on the end of the land 100b. Thus, the spring 102 resiliently urges the spool 100 to the right, in the orientation illustrated in FIGS. 12–14. The position of the spool 100 within the member 98 is further influenced by a supply of pressurized hydraulic fluid within a portion 98e of the member 98, on the outside of the land 100a, which urges the spool 100 to the left, the movement of the spool 100 to the right being limited by a sleevelike mechanical stop 98b within the right hand end portion of the cylindrical member 98. The retraction of one or another of the cylinders 54 and 56, with a resulting extension of the other of such cylinders, results from the unblocking of either the return line 94 or the return line 96, as heretofore described, since the hydraulic fluid which passes through such return line will flow into the inlet line 82 by way of an annular space 104 which is defined by the inside of the member 98 and the outside of a reduced diameter portion 100c of the spool 100, which is positioned between the lands 100a and 100b. Thus, the expansion of the expanding cylinder 54 or 56 results from a transfer of hydraulic fluid directly thereto from the contracting cylinder 56 or 54, and does not add to the required size of the engine lubricating oil pump.

The pressure within the portion 98e of the cylindrical member 98 is controlled by a pressure control signal from a controller 106, preferably of the pulse width modulated type (PWM), in response to a control signal from an electronic engine control unit (ECU) 108, shown schematically, which may be of conventional construction. The controller 106 receives engine oil from the main oil gallery of the engine through an inlet line 110 and selectively delivers engine oil from such source to the portion 98e of the cylindrical member 98 through a supply line 112. Spent oil from the controller 106 is returned by way of an outlet line 114 to a low pressure regulator valve 116, which also receives supply oil from inlet line 110, and oil from the low pressure regulator valve 116 is returned to the engine oil sump by way of an outlet line 118. Flow through the outlet line 118 is blocked by a land 116b on a sliding spool 116a of



5,002,023

7

the pressure regulator valve 116 unless the pressure in the line 114 is sufficient to overcome the biasing effect of a spring 136c. Thus, the low pressure regulator valve 116 serves to maintain a minimum oil pressure, for example, 15 p.s.i.g., in the portion 98c of the cylindrical member 98, notwithstanding an electrical or other failure of the controller 106, to thereby maintain a supply of hydraulic fluid to the cylinders 54 and 56 to make-up for leakage losses. Because of this minimum oil pressure, the cylinders 54 and 56 can be designed for a continuing low level of oil leakage therefrom, back to the engine oil compartment, thus eliminating the need for an expensive zero leakage seal design in the cylinders. The makeup oil for the cylinders 54 and 56 to compensate for such continuing oil leakage comes from the portion 98c of the cylindrical member 98 by way of a small, internal passage 120 within the spool 100, from the portion 98c of the cylindrical member 98 to the annular space 104, from which it can flow to the cylinders 54 and 56 by way of the inlet line 82. A check valve 122 is placed in 20 the internal passage 120 to block the flow of oil from the space 104 to the portion 98c of the cylindrical member 98. The elements of the embodiment of FIG. 3–11 which correspond to the elements of the schematic hydraulic diagram of FIGS. 13–14, other than the cylinders 54 and 56, are identified by prime numerals, for example, the inlet line of the embodiment of FIGS. 3–11 which corresponds to the inlet line 82 of FIGS. 12–14 is identified by reference numeral 82'. In that regard, it is noted that the check valves 84' and 86' of the embodiment of FIGS. 3–11 are of the disc type, whereas the check valves 84 and 86 of FIGS. 12–14 are of the ball type, either type being acceptable.

The cylinders 54 and 56 are arranged to resist the positive and negative torque pulses in the camshaft 34 and are alternately pressurized thereby, because every torque pulse is resisted by an equal and oppositely directed reaction force. Such cyclical pressurizing of the cylinders 54 and 56 is converted to hydraulic flow, and to a change in position of the sprocket 32 relative to the sprocket 30, by the controlled positioning of the spool valve 92 100 with the cylindrical member of the spool valve 92 and by the flow direction sensitivity of the check valves 84 and 86.

Referring to FIG. 12, the cylinder 54 is pressurized during positive torque pulses in the camshaft 34 and the cylinder 56 is pressurized during negative torque pulses. The position of the spool 100 allows hydraulic fluid to flow out of the retracting cylinder 54 (during a positive torque pulse), through the passage 88, the passage 94, the cavity 104, the passage 81, the check valve 86 and the passage 90 into the extending cylinder 56. When the torque pulse becomes negative, the cylinder 56 is pressurized, but the fluid is not allowed to flow out of the cylinder 56 because the check valve 86 closes and blocks backflow through the passage 82 and the land 100b blocks fluid flow through the passage 94. Therefore, with the cylinder 54 being allowed to retract and the cylinder 56 only being allowed to extend, the variable camshaft timing mechanism causes the camshaft 34 to move in the retarded timing direction relative to the position of the crankshaft 22.

FIG. 13 illustrates a condition in which the position of the camshaft 34 is advanced relative to the position of the crankshaft 22. The position of the spool 100 allows hydraulic fluid to flow out of the retracting cylinder 56 (during a negative torque pulse), through the passage 90, the passage 96, the cavity 104, the passage 82, the

8

check valve 84 and the passage 88 into the extending cylinder 54. When the torque in the crankshaft 34 becomes positive, the cylinder 54 is pressurized, but the fluid is not allowed to flow out of the cylinder 54 because the check valve 84 closes and blocks backflow through the passage 82 and the land 100a blocks fluid flow through passage 94 Therefore, with the cylinder 56 being allowed to retract and the cylinder 54 only being allowed to extend, the variable camshaft timing mechanism causes the camshaft 34 to move in the advanced timing direction relative to the position of the crankshaft 22.

FIG. 14 illustrates a condition in which the spool 100 is in the neutral position. The land 100b prevents hydraulic fluid from exiting the cylinder 56 by blocking the exit passage 96. The check valve 86 also prevents fluid from leaving the cylinder 56 to compensate for any leakage. Similarly, the land 100a prevents hydraulic fluid from exiting the cylinder 54 by blocking the exit passage 94. The check valve 84 also prevents fluid from leaving the cylinder 54, but allows makeup fluid to flow into the cylinder 54 to compensate for any leakage. Thus, by preventing flow from both cylinders, which prevents the cylinders 54 and 56 from retracting, the camshaft is "locked" in a selected intermediate position of the camshaft 34 relative to the crankshaft 22.

As is illustrated in FIGS. 12 and 13, the spool valve 100 is in the fully open position, allowing the hydraulic fluid to flow at its maximum rate from cylinder to cylinder, thus representing the maximum rate of change of the camshaft timing relative to the crankshaft. If desired, the spool valve 100 can be partially opened, allowing the hydraulic fluid to flow at a reduced rate, limiting the rate of change of camshaft timing. Therefore, camshaft timing position and the rate of change of camshaft timing position are controllable by the spool valve.

FIGS. 15 and 16 illustrate schematically an embodiment of the present invention of FIGS. 3–14 is adapted to the phasing of either or both of the camshafts of a dual camshaft engine relative to one another or relative to the crankshaft. In this embodiment, a chain 228, which is shown fragmentarily and which is driven by a crankshaft, not shown, is trained both around a sprocket 232, which is journalled on an exhaust camshaft 236 to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable therewith, and around a sprocket 324 which is similarly journalled on an intake camshaft 234. The body ends of single acting hydraulic cylinders 254 and 256 are pivotably attached to the sprocket 232, on opposite sides of the camshaft 226, and the piston ends of the cylinders 254 and 256 are pivotably attached to a bracket 230 which is keyed to the camshaft 226. The cylinders 254 and 256 are controllably hydraulically interconnected as in the manner of the cylinders 54 and 56 of the embodiment of FIGS. 3–13. Thus, the extending of one or another of the cylinders 254 and 256, with the concurrent retracting of the other of such cylinders, will advance or retard, as the case may be, the position of the camshaft 226 relative to the crankshaft, not shown, which is driving the chain 228. Likewise, the body ends of single acting hydraulic cylinders 354 and 356 are pivotably attached to the sprocket 324, on opposite sides of the camshaft 234, and the piston ends of the cylinders 354 and 356 are pivotably attached to a bracket 330 which is keyed to the

BW 002271

9

5,002,023

10

camshaft 234. The cylinders 354 and 356 are controllably hydraulically interconnected in the manner of the cylinders 54 and 56 of the embodiment of FIG. 3-14, to operate in unison with, or independently of, the cylinders 254 and 256. Thus, the extending of one or another of the cylinders 354 and 356, with the concurrent retracting of the other of such cylinders, will advance or retard, as the case may be, the position of the camshaft 234 relative to the crankshaft. Depending on the manner of controlling the actuation of the cylinders 254 and 256, on the one hand, and the cylinders 354 and 356, on the other hand, the advancing and retarding of the camshaft 234 will be in unison with, or independent of, the advancing and retarding of the camshaft 236. The hydraulic system for the embodiment of FIGS. 15 and 16 is not shown in such figures, but it is to be understood that it is the same as the hydraulic system of FIGS. 3-14.

It is further to be understood that it is within the contemplation of the inventors that the actuating system for actuating the phasing of a camshaft relative to a crankshaft which has been described herein can be adapted to a variable camshaft timing system of the type disclosed in U.S. Pat. No. 4,862,845 (R. P. Butterfield and F. R. Smith), the disclosure of which is hereby incorporated herein by reference.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. In an internal combustion engine having a crankshaft, at least one camshaft, the at least one camshaft being position variable relative to the crankshaft and being subject to torque reversals during the operation thereof, and means for varying the position of the at least one camshaft relative to the crankshaft, the method comprising:

actuating means for varying the position of the at least one camshaft relative to the crankshaft in reaction to torque reversals in the at least one camshaft.

2. In an internal combustion engine having a crankshaft, at least one camshaft, the at least one camshaft being position variable relative to the crankshaft and being subject to torque reversals, the method comprising:

providing oppositely acting first and second hydraulic means for varying the position of the at least one camshaft;

varying the position of the at least one camshaft relative to the crankshaft by transferring hydraulic fluid from one of the first and second hydraulic means to the other of the first and second hydraulic means; and

actuating the first and second hydraulic means for varying the position of the at least one camshaft relative to the crankshaft in reaction to torque reversals in the at least one camshaft.

3. The method of claim 2 wherein the first and second hydraulic means are first and second oppositely acting hydraulic cylinders, and wherein the transferring of hydraulic fluid from one of the first and second hydraulic means to the others of the first and second hydraulic means to the others of the first and second hydraulic

means is accomplished by providing valve means for selectively permitting flow out of one or another of the first and second hydraulic means into an inlet line leading to the other of the first and second hydraulic means, and further by providing check valve means in the inlet line for permitting hydraulic fluid to flow therethrough only into the other of the first and second hydraulic means.

4. In an internal combustion engine having a crankshaft, at least one camshaft, and an engine control unit for controlling the operation of the engine, the at least one camshaft being position variable relative to the crankshaft and being subject to torque reversals, the method of varying the position of the at least one camshaft relative to the crankshaft comprising:

actuating, in response to a control signal from the engine control unit, the means for varying the position of the at least one camshaft in reaction to torque reversals in the at least one camshaft.

5. The method according to claim 4 wherein the step of actuating is performed by:

providing oppositely acting first and second hydraulic means for varying the position of the at least one camshaft; and

transferring hydraulic fluid from one of the first and second hydraulic means to the other of the first and second hydraulic means when permitted by a control signal from the engine control unit.

6. The method according to claim 5 wherein the first and second hydraulic means are first and second oppositely acting hydraulic cylinders, and wherein the transferring of hydraulic fluid from one of the first and second hydraulic means to the others of the first and second hydraulic means is accomplished by providing a valve for selectively permitting flow out of one or another of the first and second hydraulic means into an inlet line leading to the other of the first and second hydraulic means, and further by providing check valve means in the inlet line for permitting hydraulic fluid to flow therethrough only into the other of the first and second hydraulic means.

7. An internal combustion engine comprising:

a crankshaft;

at least two camshafts, each of said at least two camshafts being rotatable about its longitudinal central axis;

first means mounted on a first of said at least two camshafts, said first means being oscillatable with respect to said first of said at least two camshafts about the longitudinal central axis of said first of said at least two camshafts at least through a limited arc;

second means keyed to said first of said at least two camshafts for rotation therewith;

rotary movement transmitting means interconnecting said crankshaft and one of said first means and said second means for transmitting rotary movement from said crankshaft to said first of said at least two camshafts;

a first hydraulic cylinder having a body and pivotably attached to one of said first means and said second means and a piston end pivotably attached to the other of said first means and said second means;

a second hydraulic cylinder having a body and pivotably attached to said one of said first means and said second means and a piston end pivotably attached to said other of said first means and said second means, said second hydraulic cylinder and

BW 002272

5,002,023

11

said first hydraulic cylinder being disposed to act in opposite directions with respect to the longitudinal central axis of said first of said at least two camshafts and being hydraulically interconnected so that one of said first hydraulic cylinder and said second hydraulic cylinder extends as the other of said first hydraulic cylinder and said second hydraulic cylinder retracts; and

control means for selectively permitting the extending of one of said first hydraulic cylinder and said second hydraulic cylinder and the retracting of the other of said first hydraulic cylinder and said second hydraulic cylinder in reaction to torque pulsations in one of said at least two camshafts to thereby advance or retard the rotational position of said one of said at least two camshafts relative to said crankshaft.

8. An internal combustion engine according to claim 7 wherein one of said first means and said second means is a sprocket, wherein said rotary movement transmitting means is a chain and wherein said sprocket is driven by said chain.

9. An internal combustion engine comprising:

a crankshaft;

at least two camshafts, each of said at least two camshafts being rotatable about its longitudinal central axis;

first means mounted on one of said at least two camshafts, said first means being oscillatable with respect to said one of said at least two camshafts about the longitudinal central axis of said one of said at least two camshafts at least through a limited arc;

second means keyed to said first of said at least two camshafts for rotation therewith;

chain means interconnecting said crankshaft and one of said first means and said second means for transmitting rotary movement from said crankshaft to said first of said at least two camshafts;

a first hydraulic cylinder having a body end pivotally attached to one of said first means and said second means and a piston end pivotally attached to the other of said first means and said second means;

a second hydraulic cylinder having a body end pivotally to said one of said first means and said second means and a piston end pivotally attached to said other of said first and said second means, said first hydraulic cylinder and said second hydraulic cylinder being disposed to act in opposite directions with respect to the longitudinal central axis of said first of said at least two camshafts;

hydraulic means interconnecting said first hydraulic cylinder and said second hydraulic cylinder so that one of said first hydraulic cylinder and said second hydraulic cylinder extends as the other of said first hydraulic cylinder and said second hydraulic cylinder retracts, said hydraulic means including control valve means for permitting one or another of said first hydraulic cylinder and said second hydraulic cylinder to extend and the other of said first hydraulic cylinder and said second hydraulic cylinder to retract in reaction to torque pulsations in one of said at least two camshafts to thereby advance or retard the rotational position of said one of said at least two camshafts relative to said crankshaft; and

control means for controlling the operation of said control valve means.

12

10. An internal combustion engine according to claim 9 wherein one of said first means and said second means is a sprocket.

11. An internal combustion engine according to claim 10 wherein said control valve means comprises spool valve means comprising a cylindrical chamber and a spool member, said spool member being slidable within said chamber and having first and second spaced apart lands for selectively blocking hydraulic flow outwardly from one or another or both of said first hydraulic cylinder and said second hydraulic cylinder, said spool valve means further comprising means for biasing said spool member in a first direction, said control means selectively acting on said spool member to bias it in the opposite direction.

12. An internal combustion engine according to claim 11 wherein said spool member further comprises an annular space between said spaced apart lands, wherein said hydraulic means includes an inlet line leading from said spool valve means to said first hydraulic cylinder and said second hydraulic cylinder, and wherein said annular space is in communication with said inlet line leading to said first hydraulic cylinder and said second hydraulic cylinder.

13. An internal combustion engine according to claim 12 wherein said inlet line leading to said first hydraulic cylinder and said second hydraulic cylinder comprises a first branch leading to said first hydraulic cylinder and a second branch leading to said second hydraulic cylinder, wherein said first branch comprises first check valve means for permitting hydraulic fluid to flow therethrough only into said first hydraulic cylinder, and wherein said second branch comprises second check valve means for permitting hydraulic fluid to flow therethrough only into said second hydraulic cylinder.

14. An internal combustion engine according to claim 13 wherein said control means comprises means for delivering hydraulic fluid at a variable pressure to a portion of said cylindrical chamber, said portion being in communication with an end of said spool to bias it in said opposite direction.

15. An internal combustion engine according to claim 14 wherein said spool member has an internal passage extending from said end to said annular space to provide for a continuing supply of hydraulic fluid to said annular space to make up for leakage from said first hydraulic cylinder or said second hydraulic cylinder.

16. An internal combustion engine according to claim 15 wherein said internal passage comprises an internal passage check valve for permitting hydraulic fluid to flow therethrough only from said portion of said cylindrical chamber to said annular space.

17. An internal combustion engine according to claim 16 wherein said hydraulic means further comprises low pressure regulator valve means for maintaining hydraulic fluid at a minimum pressure in said portion of said cylindrical chamber in the event of a failure of said control means.

18. An internal combustion engine comprising:

a crankshaft;

a first camshaft for operating the inlet valves of said engine; said first camshaft being rotatable about its longitudinal central axis;

a second camshaft for operating the exhaust valves of said engine, said second camshaft being rotatable about its longitudinal central axis;

BW 002273

5,002,023

**13**

a first sprocket mounted on said first second camshaft, said first sprocket being keyed to said second camshaft;

a second sprocket mounted on said second camshaft, said second sprocket being oscillatable with respect to said second camshaft about said longitudinal central axis thereof at least through a limited arc;

a third sprocket mounted on said first camshaft, said third sprocket being keyed to said first camshaft;

a first chain interconnecting said crankshaft and said first sprocket for transmitting rotary movement from said crankshaft to said second camshaft;

a second chain interconnecting said second sprocket and said third sprocket for transmitting rotary movement from said second camshaft to said first camshaft;

a first hydraulic cylinder having a body end pivotably attached to said first sprocket, and a piston end pivotably attached to said second sprocket;

a second hydraulic cylinder having a body end pivotably attached to said first sprocket and a piston end pivotably attached to said second sprocket, said first hydraulic cylinder and said second hydraulic cylinder being disposed in act in opposite directions with respect to said longitudinal central axis of said second camshaft;

hydraulic means interconnecting said first hydraulic cylinder and said second hydraulic cylinder so that one of said first hydraulic cylinder and said second hydraulic cylinder extends as the other of said first hydraulic cylinder and said second hydraulic cylinder retracts, said hydraulic means including control valve means for permitting one or another of said first hydraulic cylinder and said second hydraulic cylinder to extend and the other of said first hydraulic cylinder and said second hydraulic cylinder to retract in reaction to torque pulsations in one of said first camshaft and said second camshaft to thereby advance or retard the rotational position of said one of said first camshaft and said second camshaft relative to said crankshaft; and

control means for controlling the operation of said control valve means.

19. An internal combustion engine according to claim 18 wherein said control valve means comprises spool valve means comprising a cylindrical chamber and a spool member, said spool member being slidable within said chamber and having first and second spaced apart lands for selectively blocking hydraulic flow outwardly from one or another or both of said first hydraulic cylinder and said second hydraulic cylinder, said spool valve means further comprising means for biasing said spool member in a first direction, said control means selectively acting on said spool member to bias it in the opposite direction.

20. An internal combustion engine according to claim 19 wherein said spool member further comprises an annular space between said spaced apart lands, wherein said hydraulic means includes an inlet line leading from said spool valve means to said first hydraulic cylinder and said second hydraulic cylinder, and wherein said annular space is in communication with said inlet line

**14**

leading to said first hydraulic cylinder and said second hydraulic cylinder.

21. An internal combustion engine according to claim 20 wherein said inlet line leading to said first hydraulic cylinder and said second hydraulic cylinder comprises a first branch leading to said first hydraulic cylinder and a second branch leading to said second hydraulic cylinder, wherein said first branch comprises first check valve means for permitting hydraulic fluid to flow therethrough only into said first hydraulic cylinder, and wherein said second branch comprises second check valve means for permitting hydraulic fluid to flow therethrough only into said second hydraulic cylinder.

22. An internal combustion engine according to claim 21 wherein said control means comprises means for delivering hydraulic fluid at a variable pressure to a portion of said cylindrical chamber, said portion being in communication with an end of said spool to bias it in said opposite direction.

23. An internal combustion engine according to claim 22 wherein said spool member has an internal passage extending from said end to said annular space to provide for a continuing supply of hydraulic fluid to said annular space to make up for leakage from said first hydraulic cylinder or said second hydraulic cylinder.

24. An internal combustion engine according to claim 23 wherein said internal passage comprises an internal passage check valve for permitting hydraulic fluid to flow therethrough only from said portion of said cylindrical chamber to said annular space.

25. An internal combustion engine according to claim 24 wherein said hydraulic means further comprises low pressure regulator valve means for maintaining hydraulic fluid at a minimum pressure in said portion of said cylindrical chamber in the event of a failure of said control means.

26. An internal combustion engine according to claim 7 wherein said at least one camshaft and said a camshaft are one and the same.

27. An internal combustion engine according to claim 7 wherein said control means is responsive to torque pulsations in a second of said at least two camshafts, and further comprising:

drive means interconnecting said first means and said second of said at least two camshafts for synchronous rotation of said first means and said second of said at least two camshafts.

28. An internal combustion engine according to claim 7 wherein said control means is responsive to torque pulsations in said first of said at least two camshafts.

29. An internal combustion engine according to claim 7 wherein said control means is responsive to torque pulsations in a second of said at least two camshafts, and further comprising:

drive means interconnecting said first means and said second of said at least two camshafts for synchronous rotation of said first means and said second of said at least two camshafts.

30. An internal combustion engine according to claim 9 wherein said control means is responsive to torque pulsations in said first of said at least two camshafts.

63

BW 002274

BW 002275



# United States Patent [19]

Becker et al.

[11] Patent Number: 5,107,804

[45] Date of Patent: Apr. 28, 1992

[54] VARIABLE CAMSHAFT TIMING FOR INTERNAL COMBUSTION ENGINE

[75] Inventors: Thomas J. Becker, Auburn; Roger P. Butterfield, Interlaken; Stanley K. Dembosky, Ithaca; Franklin R. Smith, Sisterville Springs, all of N.Y.

[73] Assignee: Borg-Warner Automotive Transmission & Engine Components Corporation, Sterling Heights, Mich.

[21] Appl. No.: 713,465

[22] Filed: Jun. 11, 1991

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 584,913, Sep. 19, 1990, Pat. No. 5,046,460, which is a continuation-in-part of Ser. No. 422,353, Oct. 16, 1989, Pat. No. 5,002,033.

[51] Int. Cl.5 ............................................ F01L 1/34
[52] U.S. Cl. ........................ 123/90.17; 123/90.31; 464/2
[58] Field of Search ................ 123/90.12, 90.13, 90.15, 123/90.17, 90.31; 464/2

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,858,572 | 8/1989 | Shirai et al. | 123/90.11 |
| 5,002,033 | 3/1991 | Butterfield et al. | 123/90.13 |
| 5,046,460 | 9/1991 | Butterfield et al. | 123/90.13 |
| 5,056,477 | 10/1991 | Linder et al. | 111/90.17 |
| 5,056,478 | 10/1991 | Ma | 123/90.17 |

Primary Examiner—E. Rollins Cross
Assistant Examiner—Weilun Lo
Attorney, Agent, or Firm—Willian Brinks Olds et al.

[57] **ABSTRACT**

A camshaft (426) has a vane (460) secured to an end thereof for non-oscillating rotation therewith. The camshaft also carries a sprocket (433) which can rotate with the camshaft but which is oscillatable with respect to the camshaft. The vane has opposed lobes (460a, 460b) which are received in opposed recesses (433a, 433b), respectively, of the sprocket. The recesses have greater circumferential extent than the lobes to permit the vane and sprocket to oscillate with respect to one another, and thereby permit the camshaft to change in phase relative to a camshaft whose phase relative to the sprocket is fixed by virtue of a chain drive extending therebetween. The camshaft tends to change in reaction to pulses which it experiences during its normal operation, and it is permitted to change only in a given direction, either to advance or retard, by selectively blocking or permitting the flow of hydraulic fluid, preferably engine oil, through the return lines (494, 496) from the recesses by controlling the position of a spool (900) within a valve body (498) of a control valve in response to a signal indicative of an engine operating condition from an engine control unit (508).

22 Claims, 21 Drawing Sheets



U.S. Patent          Apr. 28, 1992          Sheet 1 of ~~          5,107,804



FIG. IA



FIG. IB



FIG. Ic



FIG. ID

BW 002277



FIG. 2



FIG. 6

U.S. Patent          Apr. 28, 1992      Sheet 3 of 24          5,107,804



FIG. 3

BW 002279



FIG. 4



FIG. 8

BW 002280



FIG. 5

FIG. 7

BW 002281



FIG. 9



FIG. 10

BW 002282

**U.S. Patent**          Apr. 28, 1992          Sheet 7 of          5,107,804



FIG. 11

BW 002283



FIG. 12

BW 002284

 

U.S. Patent          Apr. 28, 1992          Sheet 9 of          5,107,804



FIG. 13

BW 002285

U.S. Patent          Apr. 28, 1992          Sheet 10 of 1          5,107,804



FIG. 14

BW 002286



FIG. 15

BW 002287

**U.S. Patent**     Apr. 28, 1992     Sheet 12 of     5,107,804



FIG. 16

BW 002288

U.S. Patent    Apr. 28, 1992    Sheet 13 of 21    5,107,804



FIG. 17

BW 002289

U.S. Patent          Apr. 28, 1992          Sheet 14 of          5,107,804



FIG. 19

FIG. 18

BW 002290

U.S. Patent        Apr. 28, 1992        Sheet 15 of        5,107,804



FIG. 20

BW 002291

U.S. Patent        Apr. 28, 1992        Sheet 16 of        5,107,804



FIG. 21

 

**U.S. Patent**    Apr. 28, 1992    Sheet 17 of    **5,107,804**



FIG. 22

BW 002293



FIG. 23

BW 002294



FIG. 25          FIG. 26



FIG. 24

BW 002295



FIG. 27



FIG. 28

BW 002296



FIG. 29

5,107,804

1

## VARIABLE CAMSHAFT TIMING FOR INTERNAL COMBUSTION ENGINE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of application Ser. No. 584,913, now U.S. Pat. No. 5,046,460, which, in turn, is a continuation-in-part of co-pending application Ser. No. 432,353, now U.S. Pat. No. 5,002,033, the disclosures of each of which are incorporated by reference herein.

### FIELD OF THE INVENTION

This invention relates to an internal combustion engine in which the timing of the camshaft of a single camshaft engine, or the timing of one or both of the camshafts of a dual camshaft engine, relative to the crankshaft is varied to improve one or more of the operating characteristics of the engine.

### BACKGROUND OF THE INVENTION

It is known that the performance of an internal combustion engine can be improved by the use of dual camshafts, one to operate the intake valves of the various cylinders of the engine and the other to operate the exhaust valves. Typically, one of such camshafts is driven by the crankshaft of the engine, through a sprocket and chain drive or a belt drive, and the other of such camshafts is driven by the first, through a second sprocket and chain drive or a second belt drive. Alternatively, both of the camshafts can be driven by a single crankshaft powered chain drive or belt drive. It is also known that engine performance in an engine with dual camshafts can be further improved, in terms of idle quality, fuel economy, reduced emissions or increased torque, by changing the positional relationship of one of the camshafts, usually the camshaft which operates the intake valves of the engine, relative to the other camshaft and relative to the crankshaft, to thereby vary the timing of the engine in terms of the operation of its intake valves relative to its exhaust valves or in terms of the operation of its valves relative to the position of the crankshaft. Heretofore, such changes in engine valve timing have been accomplished by a separate hydraulic motor operated by engine lubricating oil. However, this actuating arrangement consumes significant additional energy and it increases the required size of the engine lubricating pump because of the required rapid response time for proper operation of the camshaft phasing actuator. Further, these arrangements are typically limited to a total of 20° of phase adjustment between crankshaft position and camshaft position, and typically such arrangements are two-position arrangements, that is, on, or fully phase adjusted as one position, or off, or no phase adjustment, as a second position. The present invention is designed to overcome these problems associated with prior art variable camshaft timing arrangements by providing a self-actuating, variable camshaft timing arrangement which does not require external energy for the operation thereof, which does not add to the required size of the engine lubricating pump to meet transient hydraulic operation requirements of such variable camshaft timing arrangement, which provides for continuously variable camshaft to crankshaft phase relationship within its operating limits, and which provides substantially more than 20° of phase adjustment

2

between the crankshaft position and the camshaft position.

It is also known that the performance of an internal combustion engine having but a single camshaft can be improved by changing the positional relationship of the camshaft relative to the crankshaft. However, the known systems for phase adjusting the camshaft in a single camshaft engine also involve a separate hydraulic pump, or put a heavy demand on the engine oil pump, they are also two-position systems, and/or they are also limited to a maximum of approximately 20° of phase adjustment between crankshaft position and camshaft position.

### SUMMARY OF THE INVENTION

The present invention provides a phase adjustment arrangement for an internal combustion engine in which the position of the camshaft, or the positions of one or both of the camshafts in a dual camshaft system, is phase adjusted relative to the crankshaft, that is, in which the camshaft is advanced or retarded relative to the crankshaft by an actuating arrangement which is controlled, for example, by a microprocessor, to control one or more important engine operating characteristics, such as idle quality, fuel economy, emissions, or torque.

In a first embodiment, the actuating arrangement utilizes a pair of oppositely acting hydraulic cylinders to advance or retard the angular position of a camshaft relative to the crankshaft. Hydraulic fluid, in the form of engine oil, is transferred between the oppositely acting cylinders in reaction to changes in torque loads which are experienced by a camshaft as each of its lobes changes its angle of contact with the cam follower of the valve lifter of the engine which is operated thereby. Such flow between the hydraulic cylinders is either blocked or permitted in one direction by a control valve and check valves, and the operation of the control valve is controlled by the engine control microprocessor to ensure that the advancing or retarding of the position variable camshaft only occurs when desired. Because the flow of hydraulic oil between the cylinders results from changes in torque experienced by one of the camshafts, no separate pump or other actuating device is required. Further, because the camshaft which is advanced or retarded is advanced or retarded by moving hydraulic fluid which is already within one or another of the oppositely acting cylinders to the other, this hydraulic fluid, engine oil in the preferred embodiment, does not have to flow through the main lubricating pump during the short time interval in which the phase adjustment must take place. Thus, the variable camshaft timing arrangement of this invention does not require the use of a significantly larger engine oil lubricating pump than would otherwise be required, and the actuation rate of the variable camshaft timing arrangement is not limited by the capacity of the engine oil pump.

In an alternative embodiment the actuating arrangement uses one or more radially extending vanes which are circumferentially fixed relative to the camshaft and which are received in cavities of a sprocket housing that is oscillatable on the camshaft. Hydraulic fluid is selectively pumped to one side or another of each vane to advance or retard the position of the camshaft relative to the sprocket, and the pumping action occurs in reaction to torque pulsations in the camshaft. When the sprocket is chain or belt or gear connected to the crankshaft, and/or to a second independently adjustable camshaft, the position of the camshaft can be advanced or

BW 002298

5,107,804

| 3 | 4 |

retarded relative to the position of the crankshaft and-/or second camshaft, as the case may be, and such advancing or retarding can be continuously variable over the advance/retard range of motion of the phase adjusted camshaft.

Accordingly, it is an object of the present invention to provide an improved variable camshaft timing arrangement for an internal combustion engine. More particularly, it is an object of the present invention to provide a variable camshaft timing arrangement which is self-actuating and which does not add to the peak load pumping requirements of the engine lubricating pump. It is also an object of the present invention to provide a variable camshaft timing arrangement in which the position of a camshaft is continuously variable relative to the position of the crankshaft within its operating limits. It is also an object of the present invention to provide a hydraulically operated variable camshaft timing arrangement of somewhat simplified mechanical and hydraulic construction relative to an arrangement which uses a pair of oppositely acting, hydraulically interconnected hydraulic cylinders.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawing and the following brief description thereof, to the detailed description of the preferred embodiment, and to the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A through 1D are schematic views illustrating the contact between a lobe of a camshaft and a cam follower of an engine valve at various times during a complete rotation of the camshaft;

FIG. 2 is a graph which illustrates the changes in torque experienced by a camshaft as a result of changes in the contact between a lobe of the camshaft and a cam follower of an engine valve, of the type illustrated in FIGS. 1A through 1D;

FIG. 3 is a fragmentary view of a dual camshaft internal combustion engine incorporating an embodiment of a variable camshaft timing arrangement according to the present invention, the view being taken on a plane extending transversely through the crankshaft and the camshafts and showing the intake camshaft in a retarded position relative to the crankshaft and the exhaust camshaft;

FIG. 4 is a fragmentary view similar to a portion of FIG. 3 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 5 is a fragmentary view taken on line 5—5 of FIG. 4;

FIG. 6 is a fragmentary view similar to FIG. 5 with some of the structure being removed for the sake of clarity and being shown in the retarded position of the device;

FIG. 6 is a fragmentary view similar to FIG. 5 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 7 is a fragmentary view showing the reverse side of some of the structure illustrated in FIG. 5;

FIG. 8 is a fragmentary view taken on line 8—8 of FIG. 6;

FIG. 9 is a fragmentary view taken on line 9—9 of FIG. 5;

FIG. 10 is a sectional view taken on line 10—10 of FIG. 5;

FIG. 11 is a sectional view taken on line 11—11 of FIG. 5;

FIG. 12 is a schematic view of the hydraulic equipment of the variable camshaft timing arrangement ac-

cording to the preferred embodiment and illustrates a condition where the camshaft phase is shifting in the direction of the retarded position of the arrangement which is illustrated in FIG. 3;

FIG. 13 is a schematic view similar to FIG. 12 and illustrates a condition where the camshaft is shifting in the direction of the advanced position of the variable camshaft timing arrangement which is illustrated in FIG. 4;

FIG. 14 is a schematic view similar to FIGS. 12 and 13 and illustrates a condition where the camshaft phase is being maintained in a position between the advanced position and the retarded position of the variable camshaft timing arrangement of the present invention;

FIG. 15 is a fragmentary view of a dual camshaft internal combustion engine incorporating an alternative embodiment of the present invention;

FIG. 16 is a sectional view taken on line 16—16 of FIG. 15;

FIG. 17 is a fragmentary view illustrating the application of the variable camshaft timing system of the present invention to a single camshaft engine;

FIG. 18 is a sectional view taken on line 18—18 of FIG. 17;

FIG. 19 is a sectional view taken on line 19—19 of FIG. 17;

FIG. 20 is an end elevational view of a camshaft with an alternative embodiment of a variable camshaft timing system applied thereto;

FIG. 21 is a view similar to FIG. 20 with a portion of the structure thereof removed to more clearly illustrate other portions thereof;

FIG. 22 is a sectional view taken on line 22I3 22 of FIG. 21;

FIG. 23 is a sectional view taken on line 23—23 of FIG. 21;

FIG. 24 is a sectional view taken on line 24—24 of FIG. 21;

FIG. 25 is an end elevational view of an element of the variable camshaft timing system of FIGS. 20–24;

FIG. 26 is an elevational view of the element of FIG. 25 from the opposite end thereof;

FIG. 27 is a side elevational view of the element of FIGS. 25 and 26;

FIG. 28 is an elevational view of the element of FIG. 27 from the opposite side thereof; and

FIG. 29 is a simplified schematic view of the variable camshaft timing arrangement of FIGS. 20–28.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIGS. 1A through 1D illustrate the interaction which occurs in an operating internal combustion engine between a camshaft lobe L and a contactor C of a valve V during the rotation of the lobe L, illustratively in a clockwise direction as indicated by the arrow R, as the contactor C is urged against the lobe L by a spring S which is trapped between the contact C and the engine block B. The lobe L has a semicircular heel portion H and a protruding nose portion N. When the contact between the contactor C and the lobe L occurs at a point P1 on the heel portion H of the lobe L, the force exerted on the lobe L by the contactor C and the spring S which urges it against the lobe L will act along a line through the axis of rotation A of the lobe L and in the direction of movement of the valve V, and will result in no torque load being imposed on the camshaft. This condition is illustrated in FIG. 1A.

BW 002299

5,107,804

5

As the rotation of the lobe L continues in the clockwise direction from the position illustrated in FIG. 1A, eventually the nose N of the lobe L will contact the contactor C at a point P2 on the nose portion N. The point P2 is offset in a given direction from the line through the axis of rotation A and the direction of movement of the valve V by a distance D1, as is illustrated in FIG. 1B. At this position of the lobe L a torque will be imposed on the camshaft equal to the magnitude of a force F1 which acts on the contactor C as a result of the spring S multiplied by the distance D1. Eventually, during the further rotation of the lobe L and as is illustrated in FIG. 1D, the nose portion N of the lobe L will contact the contactor C at a point P4 which is on the opposite side of the axis of rotation A'from the point P2 and which is spaced from the line through the axis of rotation A in the direction of movement of the valve V by a distance D2. At this position of the lobe L a torque will be imposed on the camshaft equal to the magnitude of a force F3 which acts on the contactor C multiplied by the distance D3, which will be a negative amount in relation to the distance D1. Thus, the camshaft torque in the FIG. 1D position of the lobe L is oppositely directed with respect to the camshaft torque in the FIG. 1B position. As the lobe L moves from the FIG. 1B position to the FIG. 1D position it will pass through the FIG. 1C position in which there will be zero torque on the camshaft because the nose portion N of the lobe L will contact the contactor at a point P3 which is aligned with the direction of movement of the valve V and the axis of rotation A of the camshaft. The variation in the torque experienced by the camshaft which carries a lobe as it rotates through a complete 360° cycle is illustrated by the curve in FIG. 2 in which the horizontal axis represents the angle of rotation, in degrees, and the vertical axis represents torque. This curve, assuming negligible friction, which is a substantially valid assumption for an engine having roller followers, approximates a sine curve.

The variations in torque which are experienced by a camshaft in turning through each of its 360° cycles, and which are illustrated in FIGS. 2A–2D and 2, are utilized as an actuating force to actuate a variable camshaft timing arrangement in the systems of FIGS. 3–29. In the arrangement of FIGS. 3–14, a crankshaft 22 has a sprocket 24 keyed thereto, and rotation of the crankshaft 22 during the operation of the engine in which it is incorporated, otherwise not shown, is transmitted to an exhaust camshaft 26, that is, a camshaft which is used to operate the exhaust valves of the engine, by a chain 28 which is trained around the sprocket 24 and a sprocket 30 which is keyed to the camshaft 26. Although not shown, it is to be understood that suitable chain tighteners will be provided to assure that the chain 28 is kept tight and relatively free of slack. As shown, the sprocket 30 is twice as large as the sprocket 24. This relationship results in a rotation of the camshaft 26 at a rate of one-half that of the crankshaft 22, which is proper for a 4-cycle engine. It is to be understood that the use of a belt in place of the chain 28 is also contemplated.

The camshaft 26 carries another sprocket, namely sprocket 32, FIG. 5 and 6, journalled thereon to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable with the camshaft 26. Rotation of the camshaft 26 is transmitted to an intake camshaft 34 by a chain 36 which is trained around the sprocket 32 and a sprocket 38 that is keyed to the intake

6

camshaft 34. As shown, the sprockets 32 and 38 are equal in diameter to provide for equivalent rates of rotation between the camshaft 26 and the camshaft 34. The use of a belt in place of the chain 36 is also contemplated.

As is illustrated in FIG. 8, an end of each of the camshafts 26 and 34 is journalled for rotation in bearings 42 and 44, respectively, of the head 50, which is shown fragmentarily and which is bolted to an engine block, otherwise not shown, by bolts 48. The opposite ends of the camshafts 26 and 34, not shown, are similarly journalled for rotation in an opposite end, also not shown, of the head 50. The sprocket 38 is keyed to the camshaft 34 at a location of the camshaft 34 which is outwardly of the head 50. Similarly, the sprockets 32 and 38 are positioned, in series, on the camshaft 26 at locations outwardly of the head 50, the sprocket 32 being transversely aligned with the sprocket 38 and the sprocket 30 being positioned slightly outwardly of the sprocket 32, to be transversely aligned with the sprocket 34.

The sprocket 32 has an arcuate retainer 52 (FIG. 10) as an integral part thereof, and the retainer 52 extends outwardly from the sprocket 32 through a arcuate opening 30a in the sprocket 30. The sprocket 30 has an arcuate hydraulic body 46 bolted thereto and the hydraulic body 46, which houses certain of the hydraulic components that are illustrated in FIGS. 12–14, receives and pivotally supports the body and end of each of a pair of oppositely acting, single acting hydraulic cylinders 54 and 56 which are positioned on opposite sides of the longitudinal axis of the camshaft 26. The piston ends of the cylinders 54 and 56 are pivotally attached to an arcuate bracket 58, and the bracket 58 is secured to the sprocket 32 by a plurality of threaded fasteners 60. Thus, by extending one of the cylinders 54 and 56 and by simultaneously retracting the other of the cylinders 54 and 56, the arcuate position of the sprocket 32 will be changed relative to the sprocket 30, either to advance the sprocket 32 if the cylinder 54 is extended and the cylinder 56 is retracted, which is the operating condition illustrated in FIGS. 4, 6, and 13, or to retard the sprocket 32 relative to the sprocket 30 if the cylinder 56 is extended and the cylinder 54 is retracted, which is the operating condition illustrated in FIGS. 3, 5, 9, 10 and 12. In either case, the retarding or advancing of the position of the sprocket 32 relative to the position of the sprocket 30 will advance or retard the position of the camshaft 34 relative to the position of the camshaft 26 by virtue of the chain drive connection provided by the chain 36 between the sprocket 32, which is journalled for limited relative arcuate movement on the camshaft 26, and the sprocket 38, which is keyed to the camshaft 34. This relationship can be seen in the drawing by comparing the relative position of a timing mark 30a on the sprocket 30 and a timing mark 38a on the sprocket 38 in the retard position of the camshaft 34, as is shown in FIGS. 3 and 5, to their relative positions in the advanced position of the camshaft 34, as is shown in FIGS. 4 and 6.

The flow of hydraulic fluid, which is in the form of engine lubricating oil, into and out of the cylinders 54 and 56 is schematically illustrated in FIGS. 12–14, in which the cylinders 54 and 56 receive fluid by way of a common inlet line 82. The inlet line 82 terminates at a juncture between opposed check valves 84 and 86 which are connected to the cylinders 54 and 56, respectively, by branch lines 88 and 90, respectively. The check valves 84 and 86 have annular seats 84a and 86a

BW 002300

7

5,107,804

to permit the flow of hydraulic fluid through the check valves 84 and 86 into the cylinders 54 and 56, respectively. The flow of hydraulic fluid through the check valves 84 and 86 is blocked by floating balls 84b and 86b, respectively, which are resiliently urged against the seats 84a and 86a, respectively, by springs 84c and 86c, respectively. The check valves 84 and 86, thus, permit the initial filling of the cylinders 54 and 56 and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters the line 82 by way of a spool valve 92, which is incorporated within the member 26 in the embodiment of FIGS. 3-11, and hydraulic fluid is returned to the spool valve 92 from the cylinders 54 and 56 by return lines 94 and 96, respectively.

The spool valve 92 is made up of a cylindrical member 98 and a spool 100 which is slidable to and fro within the member 98. The spool 100 has cylindrical lands 100a and 100b on opposed ends thereof, and the lands 100a and 100b, which fit snugly within the member 98, are positioned so that the land 100b will block the exit of hydraulic fluid from the return line 96, as is shown in FIG. 12, where the camshaft 34 is shifting in the direction of its retarded position, or the land 100a will block the exit of hydraulic fluid from the return line 94, as is shown in FIG. 13, where the camshaft 34 is shifting in the direction of its advanced position, or the lands 100a and 100b will block the exit of hydraulic fluid from both the return lines 94 and 96, as is shown in FIG. 14, where the camshaft 34 is being maintained in a selected intermediate position.

The position of the spool 100 within the member 98 is influenced by a spring 102 which acts on the end of the land 100a. Thus, the spring 102 resiliently urges the spool 100 to the right, in the orientation illustrated in FIGS. 12-14. The position of the spool 100 within the member 98 is further influenced by a supply of pressurized hydraulic fluid within a portion 98a of the member 98, on the outside of the land 100a, which urges the spool 100 to the left, the movement of the spool 100 to the right being limited by a sleevelike mechanical stop 98b within the right hand end portion of the cylindrical member 98. The retraction of one or another of the cylinders 54 and 56, with a resulting extension of the other of such cylinders, results from the unblocking of either the return line 94 or the return line 96, as heretofore described, since the hydraulic fluid which passes through such return line will flow into the inlet line 82 by way of an annular space 104 which is defined by the inside of the member 98 and the outside of a reduced diameter portion 100c of the spool 100, which is positioned between the lands 100a and 100b. Thus, the expansion of the expanding cylinder 54 or 56 results from a transfer of hydraulic fluid directly thereto from the contracting cylinder 56 or 54, and does not add to the required size of the engine lubricating oil pump.

The pressure within the portion 98a of the cylindrical member 98 is controlled by a pressure control signal from a controller 106, preferably of the 'pulse width modulated type (PWM), in response to a control signal from an electronic engine control unit (ECU) 108, shown schematically, which may be of conventional construction. The controller 106 receives engine oil from the main oil gallery of the engine through an inlet line 110 and selectively delivers engine oil from such source to the portion 98a of the cylindrical member 98 through a supply line 112. Spent oil from the controller 106 is returned by way of an outlet line 114 to a low

pressure regulator valve 116, which also receives supply oil from the inlet line 110, and oil from the low pressure regulator valve 116 is returned to the engine oil sump by way of an outlet line 318. Flow through the outlet line 318 is blocked by a land 316b on a sliding spool 316a of the pressure regulator valve 116 unless the pressure in the line 114 is sufficient to overcome the biasing effect of a spring 116c. Thus, the low pressure regulator valve 116 serves to maintain a minimum oil pressure, for example, 15 p.s.i.g., in the portion 98a of the cylindrical member 98, notwithstanding an electrical or other failure of the controller 106, to thereby maintain a supply of hydraulic fluid to the cylinders 54 and 56 to make-up for leakage losses. Because of this minimum oil pressure, the cylinders 54 and 56 can be designed for a continuing low level of oil leakage therefrom, back to the engine oil compartment, thus eliminating the need for an expensive zero leakage seal design in the cylinders. The make-up oil for the cylinders 54 and 56 to compensate for such continuing oil leakage comes from the portion 98a of the cylindrical member 98 by way of a small, internal passage 120 within the spool 100, from the portion 98a of the cylindrical member 98 to the annular space 104, from which it can flow to the cylinders 54 and 56 by way of the inlet line 82. A check valve 122 is placed in the internal passage 120 to block the flow of oil from the space 104 to the portion 98a of the cylindrical member 98. The elements of the embodiment of FIGS. 3-11 which correspond to the elements of the schematic hydraulic diagram of FIGS. 12-14, other than the cylinders 54 and 56, are identified by prime numerals, for example, the inlet line of the embodiment of FIGS. 3-11 which corresponds to the inlet line 82 of FIGS. 12-14 is identified by reference numeral 82'. In that regard, it is noted that the check valves 84' and 86' of the embodiment of FIGS. 3-11 are of the disc type, whereas the check valves 84 and 86 of FIGS. 12-14 are of the ball type, either type being acceptable.

The cylinders 54 and 56 are arranged to resist the positive and negative torque pulses in the camshaft 34 and are alternatively pressurized thereby, because every force is resisted by an equal and oppositely directed reaction force. Such cyclical pressurizing of the cylinders 54 and 56 is converted to hydraulic flow, and to a change in position of the sprocket 32 relative to the sprocket 30, by the controlled positioning of the spool 100 within the cylindrical member of the spool valve 92 and by the flow direction sensitivity of the check valves 84 and 86.

Referring to FIG. 12, the cylinder 54 is pressurized during positive torque pulses in the camshaft 34 and the cylinder 56 is pressurized during negative torque pulses. The position of the spool 100 allows hydraulic fluid to flow out of the retracting cylinder 54 (during a positive torque pulse), through the passage 88, the passage 94, and the cavity 104, the passage 82, the check valve 86 and the passage 90 into the extending cylinder 56. When the torque pulse becomes negative, the cylinder 56 is pressurized, but the fluid is not allowed to flow out of the cylinder 56 because the check valve 86 closes and blocks backflow through the passage 82 and the land 100b blocks fluid flow through the passage 96. Therefore, with the cylinder 54 being allowed to retract and the cylinder 56 only being allowed to extend, the variable camshaft timing mechanism causes the camshaft 34 to move in the retarded timing direction relative to the position of the crankshaft 22.

BW 002301

5,107,804

9

FIGS. 13 illustrates a condition in which the position of the camshaft 34 is advanced relative to the position of the crankshaft 22. The position of the spool 100 allows hydraulic fluid to flow out of the retracting cylinder 56 (during a negative torque pulse), through the passage 90; the passage 96, the cavity 104, the passage 82, the check valve 86 and the passage 88 into the extending cylinder 54. When the torque in the crankshaft 34 becomes positive, the cylinder 54 is pressurized, but the fluid is not allowed to flow out of the cylinder 54 because the check valve 84 is closed and blocks backflow through the passage 82 and the land 100c blocks fluid flow through passage 94. Therefore, with the cylinder 56 being allowed to retract and the cylinder 54 only being allowed to extend, the variable camshaft timing mechanism causes the camshaft 34 to move in the advanced timing direction relative to the position of the crankshaft 22.

FIG. 14 illustrates a condition in which the spool 100 is in the neutral position. The land 100b prevents hydraulic fluid from exiting the cylinder 56 by blocking the exit passage 94. The check valve 86 also prevents fluid from leaving the cylinder 56, but allows makeup fluid to flow into the cylinder 56 to compensate for any leakage. Similarly, the land 100a prevents hydraulic fluid from exiting the cylinder 54 by blocking the exit passage 94. The check valve 84 also prevents fluid from leaving the cylinder 54, but allows makeup fluid to flow into the cylinder 54 to compensate for any leakage. Thus, by preventing flow from both cylinders, which prevents the cylinders 54 and 56 from retracting, the camshaft is "locked" in a selected intermediate position of the camshaft 34 relative to the crankshaft 22.

As is illustrated in FIGS. 13 and 13, the spool valve 100 is in the fully open position, allowing the hydraulic fluid to flow at the maximum rate of change of the camshaft timing relative to the crankshaft. If desired, the spool valve 100 can be partially opened, allowing the hydraulic fluid to flow at a reduced rate, limiting the rate of change of camshaft timing. Therefore, both timing position and the rate of change of camshaft timing position are controllable by the same valve.

FIGS. 15 and 16 illustrate schematically an embodiment of the present invention in which the principle of the embodiment of FIGS. 3-14 is adapted to the phasing of either or both of the camshafts of a dual camshaft engine relative to one another or relative to the crankshaft. In this embodiment a chain 228, which is shown fragmentarily and which is driven by a crankshaft, not shown, is trained both around a sprocket 232, which is journalled on an exhaust camshaft 226 to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable therewith, and around a sprocket 334 which is similarly journalled on an intake camshaft 234. The body ends of single acting hydraulic cylinders 254 and 256 are pivotally attached to the sprocket 232, on opposite sides of the camshaft 226, and the piston ends of the cylinders 254 and 256 are controllably hydraulically interconnected as in the manner of the cylinders 54 and 56 of the embodiment of FIGS. 3-14. Thus, the extending of one or another of the cylinders 254 and 256, with the concurrent retracting of the other such cylinders, will advance or retard, as the case may be, the position of the camshaft 226 relative to the crankshaft, not shown, which is driving the chain 228. Likewise, the body ends of single acting hydraulic cylinders 354 and 356 are pivotally attached to the sprocket 334, on opposite sides of the camshaft 234, and the piston

10

ends of the cylinders 354 and 356 are pivotally attached to a bracket 330 which is keyed to the camshaft 234. The cylinders 354 and 356 are controllably hydraulically interconnected in the manner of the cylinders 54 and 56 of the embodiment of FIGS. 3-14, to operate in unison with, or independently of, the cylinders 254 and 256. Thus, the extending of one or another of the cylinders 354 and 356, with the concurrent retracting of the other of such cylinders, will advance or retard, as the case may be, the position of the camshaft 234 relative to the crankshaft. Depending on the manner of controlling the actuation of the cylinders 254 and 256, on the one hand, and the cylinders 354 and 356, on the other hand, the advancing and retarding of the camshaft 234 will be in unison with, or independent of, the advancing and retarding of the camshaft 226. The hydraulic system for the embodiment of FIGS. 15 and 16 is not shown in such figures, but it is to be understood it is the same as the hydraulic system of FIGS. 3-14.

FIGS. 17-19 illustrate schematically an embodiment of the present invention in which the principle of the embodiments of FIGS. 3-14 and FIGS. 15-16 is adapted to the phasing of a single camshaft of an engine relative to the crankshaft of the engine. While FIGS. 17-19 illustrate an engine of the overhead camshaft type, it is to be understood that the principle of FIGS. 17-19 is also applicable to a single camshaft engine of the in block camshaft type.

In the embodiment of FIGS. 17-19, an endless chain 338, only the centerline of which is shown, is driven by a crankshaft, not shown, and is trained around a sprocket 333. The sprocket 332 is journalled on a camshaft 326 and is oscillatable through a limited arc with respect to the camshaft 326 and is rotatable therewith. The body ends of single acting hydraulic cylinders 454 and 456 are pivotally attached to a hydraulic body 334, which is keyed to the camshaft 326, and the piston ends of the cylinders 454 and 456 are pivotally attached to the bracket 336 which is attached to the sprocket 332. The hydraulic body 334 has internal, hydraulic fluid flow passages therein, similar to the hydraulic body 334 of the embodiment of FIGS. 3-14, and is covered by a cover plate 380 which is bolted to the hydraulic body 334 by bolts 352. The hydraulic system for the embodiment of FIGS. 17-19 is the same as the hydraulic system of FIGS. 3-14, and the elements of the embodiment of FIGS. 17-19 which correspond to the elements of the schematic hydraulic diagram, other than the cylinders 454 and 456, are identified by double prime numerals. For example, the inlet line of the embodiment of FIGS. 18 and 19 is identified by reference numeral 82".

In the operation of the embodiment of FIGS. 17-19, torque pulsations in the camshaft 326 are experienced by the hydraulic body 334 by virtue of its keyed attachment to the camshaft, and these torque pulsations tend to advance or retard the circumferential position of the body 334 relative to the sprocket 332 which is insulated from the effect of the torque pulsations by virtue of being oscillatingly mounted on the camshaft 326. The actual advancing or retarding of the circumferential position of the hydraulic body 334 relative to the sprocket 332 in reaction to the torque pulsations in the camshaft 326, as heretofore explained, and, therefore, the advancing or retarding of the circumferential position of the camshaft 326 relative to that of the crankshaft, is permitted or prevented by the hydraulic system for the cylinders 454 and 456. At any given time, the control system, which is acting in response to a signal

BW 002302

5,107,804

11

from an engine control unit, will permit flow from one of the cylinders 454 and 456, and it will prevent flow from the other of the cylinders 454 and 456, or it can prevent flow from both of the cylinders 454 and 456 to hold a given circumferential position of the hydraulic body 334.

FIGS. 20-31 illustrate an embodiment of the present invention in which a housing in the form of a sprocket 432 is oscillatingly journalled on camshaft 426. The camshaft 426 may be considered to be the only camshaft of a single camshaft engine, either of the overhead camshaft type or the block camshaft type. Alternatively, the camshaft 426 may be considered to be either the intake valve operating camshaft or the exhaust valve operating camshaft of a dual camshaft engine. In any case, the sprocket 432 and the camshaft 426 are rotatable together, and are caused to rotate by the application of torque to the sprocket 432 by an endless roller chain 458, shown fragmentarily, which is trained around the sprocket 432 and also around a crankshaft, not shown. As will be hereinafter described in greater detail, the sprocket 432 is oscillatingly journalled on the camshaft 426 so that it is oscillatable at least through a limited arc with respect to the rotation of the camshaft, an action which will adjust the phase of the camshaft 426 relative to the crankshaft.

An annular pumping vane 460 is fixedly positioned on the camshaft 426, the vane 460 having a diametrically opposed pair of radially outwardly projecting lobes 460a, 460b and being attached to an enlarged end portion 426a of the camshaft by bolts 462 which pass through the vane 460 into the end portion 426a. In that regard, the camshaft 426 is also provided with a thrust shoulder 426b to permit the camshaft to be accurately positioned relative to an associated engine block, not shown. The pumping vane 460 is also precisely positioned relative to the end portion 426a by a dowel pin 464 which extend therebetween. The lobes 460a, 460b are received in radially outwardly projecting recesses 432a, 432b, respectively, of the sprocket 432, the circumferential extent of each of the recesses 432a, 432b being somewhat greater than the circumferential extent of the vane lobe 460a, 460b which is received in such recess to permit limited oscillating movement of the sprocket 432 relative to the vane 460. The recesses 432a, 432b are closed around the lobes 460a, 460b, respectively, by spaced apart, transversely extending annular plates 466, 468 which are fixed relative to the vane 460, and, thus, relative to the camshaft 460, by bolts 470 which extend from one to the other through the vane 460, lobe, 460a or 460b. Further, the inside diameter 432c of the sprocket 432 is sealed with respect to the outside diameter of the portion 460d of the vane 460 which is between the lobes 460a, 460b, and the tips of the lobes 460a, 460b of the vane 460 are provided with seal receiving slots 460e, 460f, respectively. Thus each of the recesses 432a, 432b of the sprocket 432 is capable of sustaining hydraulic pressure, and within each recess 432a, 432b, the portion on each side of the lobe 460a, 460b, respectively, is capable of sustaining hydraulic pressure.

The functioning of the structure of the embodiment of FIGS. 20-28, as thus far described, may be understood by reference to FIG. 29. Hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 432a, 432b by way of a common inlet line 482. The inlet line 482 terminates at a juncture between opposed check valves 484 and 486 which are connected

to the recesses 432a, 432b, respectively, by branch lines 488, 490, respectively. The check valves 484, 486 have annular seats 484a, 486a, respectively, to permit the flow of hydraulic fluid through the check valves 484, 486 into the recesses 432a, 432b, respectively. The flow of hydraulic fluid through the check valves 484, 486, is blocked by floating balls 484b, 486b, respectively, which are resiliently urged against the seats 484a, 486a, respectively, by springs 484c, 486c respectively. The check valves 484, 486, thus, permit the initial filling of the recesses 432a, 432b and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters the line 482 by way of a spool valve 492, which is incorporated within the camshaft 426, and hydraulic fluid is returned to the spool valve 492 from the recesses 432a, 432b by return lines 494, 496, respectively.

The spool valve 492 is made up of a cylindrical member 498 and a spool 500 which is slidable to and fro within the member 498. The spool 500 has cylindrical lands 500a and 500b on opposed ends thereof, and the lands 500a and 500b, which fit snugly within the member 498, are positioned so that the land 500b will block the exit of hydraulic fluid from the return line 496, or the land 500a will block the exit of hydraulic fluid from the return line 494, or the return line 494, or the lands 500a and 500b will block the exit of hydraulic fluid from both the return lines 494 and 496, as is shown in FIG. 29, where the camshaft 426 is being maintained in a selected intermediate position relative to the crankshaft of the associated engine.

The position of the spool 500 within the member 498 is influenced by an opposed pair of springs 502, 504 which act on the ends of the lands 500a, 500b, respectively. Thus, the spring 502 resiliently urges the spool 500 to the left, in the orientation illustrated in FIG. 29, and the spring 504 resiliently urges the spool 500 to the right in such orientation. The position of the spool 500 within the member 498 is further influenced by a supply of pressurized hydraulic fluid within a portion 498a of the member 498, on the outside of the land 500a, which urges the spool 500 to the left. The portion 498a of the member 498 receives its pressurized fluid (engine oil) directly from the main oil gallery ("MOG") 530 of the engine, and this oil is also used to lubricate a bearing 532 in which the camshaft 426 of the engine rotates.

The control of the position of the spool 500 within the member 498 is, in response to hydraulic pressure within a control pressure cylinder 534 whose piston 534a bears against an extension 500c of the spool 500. The surface area of the piston 534a is greater than the surface area of the end of the spool 500 which is exposed to hydraulic pressure within the portion 498, and is preferably twice as great. Thus, the hydraulic pressures which act in opposite directions on the spool 500 will be in balance when the pressure within the cylinder 534 is one-half that of the pressure within the portion 498a. This facilitates the control of the position of the spool 500 in that, if the springs 502 and 504 are balanced, the spool 500 will remain in its null or centered position, as illustrated in FIG. 29, with less than full engine oil pressure in the cylinder 534, thus allowing the spool 500 to be moved in either direction by increasing or decreasing the pressure in the cylinder 534, as the case may be.

The pressure within the cylinder 534 is controlled by a solenoid 506, preferably of the pulse width modulated type (PWM), in response to a control signal from an electronic engine control unit (ECU) 508, shown schematically, which may be of conventional construction.

BW 002303

5,107,804

13

With the spool 500 in its null position when the pressure in the cylinder 534 is equal to one-half the pressure in the portion 498a, as heretofore described, the on-off pulses of the solenoid 506 will be of equal duration; by increasing or decreasing the on duration relative to the off duration, the pressure in the cylinder 534 will be increased or decreased relative to such one-half level, respectively. The solenoid 506 receives engine oil from the engine oil gallery 530 through an inlet line 504 and selectively delivers engine oil from such source to the cylinder 534 through a supply line 538. As is shown in FIGS. 23 and 23, the cylinder 534 may be mounted at an exposed end of the cylindrical member 426 so that the piston 534a bears against an exposed free end 500c of the spool 500. In this case, the solenoid 508 is preferably mounted in a housing 534b which also houses the cylinder 534c.

Make-up oil for the recesses 432a, 432b of the sprocket 432 to compensate for leakage therefrom is provided by way of a small, internal passage 520 within the spool 500, from the passage 498a to an annular space 498b of the cylindrical member 498, from which it can flow into the inlet line 482. A check valve 522 is positioned within the passage 520 to block the flow of oil from the annular space 498b to the portion 498a of the cylindrical member 498.

The vane 460 is alternatingly urged in clockwise and counterclockwise directions by the torque pulsations in the camshaft 426 and these torque pulsations tend to oscillate the vane 460, and, thus, the camshaft 426, relative to the sprocket 432. However, in the FIG. 29 position of the spool 500 within the cylindrical member 498, such

oscillation is prevented by the hydraulic fluid within the recesses 432a–432b of the sprocket 432 on opposite sides of the lobes 460a, 460b, respectively, of the vane 460, because no hydraulic fluid can leave either of the recesses 432a, 432b, since both return lines 494, 496 are blocked by the position of the spool 500, in the FIG. 29 condition of the system. If, for example, it is desired to permit the camshaft 426 and vane 460 to move in a counterclockwise direction with respect to the sprocket 432, it is only necessary to increase the pressure within the cylinder 534 to a level greater than one-half that in the portion 498a of the cylindrical member. This will urge the spool 500 to the right and thereby unblock the return line 494. In this condition of the apparatus, counterclockwise torque pulsations in the camshaft 426 will pump fluid out of the portion of the recess 432a and allow the lobe 460a of vane 460 to move into the portion of the recess which has been emptied of hydraulic fluid. However, reverse movement of the vane will not occur as the torque pulsations in the camshaft become oppositely directed unless and until the spool 500 moves to the left, because of the blockage of fluid flow through 55 the return line 496 by the land 500b of the spool 500. While illustrated as a separate closed passage in FIG. 29, the periphery of the vane 460 has an open coil passage slot, element 460c in FIGS. 20, 21, 25, 26 and 27, which permits the transfer of oil between the portion of the recess 432a on the right side of the lobe 460a and the portion of the recess 432b on the right side of the lobe 460b, which are the non-active sides of the lobes 460a, 460b; thus, counterclockwise movement of the vane 460 relative to the sprocket 432 will occur when flow is permitted through return line 494 and clockwise movement will occur when flow is permitted through return line 496.

14

Further, the passage 482 is provided with an extension 482a to the non-active side of one of the lobes 460a, 460b, shown as the lobe 460b, to permit a continuous supply of make-up oil to the non-active sides of the lobes 460a, 460b for better rotational balance, improved damping of vane motion, and improved lubrication of the bearing surfaces of the vane 460.

The elements of the structure of FIGS. 20–28 which correspond to the elements of FIG. 29, as described above, are identified in FIGS. 20–28 by the reference numerals which were used in FIG. 29, it being noted that the check valves 484 and 486 are disc-type check valves in FIGS. 20–28 as opposed to the ball type check valves of FIG. 29. While disc-type check valves are preferred for the embodiment of FIGS. 20–28, it is to be understood that other types of check valves can also be used.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. In an internal combustion engine having a rotatable crankshaft and a rotatable camshaft, the camshaft being position variable relative to the crankshaft, being subject to torque reversals during the rotation thereof, having a vane with at least one lobe secured to the camshaft for rotation therewith, and having a housing mounted on the camshaft for rotation with the camshaft and for oscillation with respect to the camshaft, the housing having at least one recess receiving the at least one lobe of the vane and permitting oscillation of the at least one lobe within the at least one recess as the housing oscillates with respect to the camshaft, the engine further having means for transmitting rotational movement from the crankshaft to the housing and means for varying the position of the housing relative to the camshaft, the method comprising:

actuating the means for varying the position of the housing relative to the camshaft in reaction to torque reversals in the camshaft.

2. In an internal combustion engine having a rotatable crankshaft and a rotatable camshaft, the camshaft being position variable relative to the crankshaft and being subject to torque reversals during the operation thereof, the method comprising:

providing the camshaft with a vane having at least one lobe, the vane being rotatable with the camshaft and being non-oscillatable with respect to the camshaft;

providing the camshaft with a housing having at least one recess, the housing being rotatable with the camshaft and being oscillatable with respect to the camshaft, the at least one recess receiving the at least one lobe of the vane and permitting oscillation of the at least one lobe within the at least one recess as the housing oscillates with respect to the camshaft;

providing means for transmitting rotary movement from the crankshaft to the housing;

providing means for varying the position of the housing relative to the camshaft; and

BW 002304

5,107,804

15

actuating the means for varying the position of the housing relative to the camshaft in reaction to torque reversals in the at least one camshaft.

3. The method according to claim 2 wherein the means for varying the position of the housing relative to the camshaft comprises means for permitting the position of the housing to move in a first direction relative to the camshaft in reaction to a torque pulse in the camshaft in a first direction, means for preventing the position of the housing from moving relative to the camshaft in a second direction in reaction to a torque pulse in the camshaft in a second direction, and means for selectively reversing the first and second directions of the movement of the housing relative to the camshaft with respect to the first and second directions of torque pulses in the camshaft.

4. The method according to claim 3 wherein the at least one recess is capable of sustaining hydraulic pressure, wherein the at least one lobe divides the at least one recess into a first portion and a second portion, and wherein the varying of the position of the housing relative to the camshaft comprises:

transferring hydraulic fluid into one of the first portion and the second portion of the recess.

5. The method according to claim 4 wherein the varying of the position of the housing relative to the camshaft further comprises:

simultaneously transferring hydraulic fluid out of the other of the first portion and the second portion of the recess.

6. The method according to claim 4 wherein the hydraulic fluid is engine lubricating oil from a main oil gallery of the engine.

7. An internal combustion engine comprising:

a crankshaft, said crankshaft being rotatable about an axis;

a camshaft, said camshaft being rotatable about a second axis, said second axis being parallel to said axis, said camshaft being subject to torque reversals during the rotation thereof;

a vane having at least one lobe, said vane being attached to said camshaft, being rotatable with said camshaft and being non-oscillatable with respect to said camshaft;

a housing, said housing being rotatable with said camshaft and being oscillatable with respect to said camshaft, said housing having at least one recess, said at least one recess receiving said at least one lobe, said at least one lobe being oscillatable within said at least one recess;

rotary movement transmitting means for transmitting rotary movement from the crankshaft to the housing; and

means reactive to torque reversals in the camshaft for varying the position of the housing relative to the camshaft.

8. An engine according to claim 7 wherein said means reactive to torque reversals comprises control means for permitting the housing to move in a first direction relative to the camshaft in reaction to a torque pulse in the camshaft in a first direction and for preventing the housing from moving in a second direction relative to the camshaft in reaction to a torque pulse in the camshaft in a second direction.

9. An engine according to claim 8 wherein said at least one lobe divides said at least one recess into a first portion and a second portion, and wherein said control means comprises means for transferring hydraulic fluid

16

into one of said first portion and said second portion, said one of said first portion and said second portion of said at least one recess being capable of sustaining hydraulic pressure.

10. An engine according to claim 9 wherein said control means further comprises means for simultaneously transferring hydraulic fluid out of the other of said first portion and said second portion.

11. An engine according to claim 10 wherein each of said first portion and said second portion of said at least one recess is capable of sustaining hydraulic pressure, and wherein said control means is capable of being reversed to transfer hydraulic fluid out of said one of said first portion and said second portion and to transfer hydraulic fluid into said other of said first portion and said second portion, said engine further comprising:

an engine control unit responsive to at least one engine operating condition for selectively reversing the operation of said control means.

12. An engine according to claim 11 wherein said hydraulic fluid comprises engine lubricating oil, and further comprising:

conduit means for transferring engine lubricating oil from a portion of said engine to said control means; and

second conduit means for transferring engine lubricating oil from said control means to said portion of said engine.

13. An internal combustion engine comprising:

a crankshaft, said crankshaft being rotatable about an axis;

a camshaft, said camshaft being rotatable about a second axis, said second axis is being parallel to said axis, said camshaft being subject to torque reversals during the rotation thereof;

a vane having first and second circumferentially spaced apart lobes, said vane being attached to said camshaft, being rotatable with said camshaft and being non-oscillatable with respect to said camshaft;

a housing, said housing being rotatable with said camshaft and being oscillatable with respect to said camshaft, said housing having first and second circumferentially spaced apart recesses, each of said first and second recesses receiving one of said first and second lobes and permitting oscillating movement of said one of said first and second lobes therein;

rotary movement transmitting means for transmitting rotary movement from the crankshaft to the housing; and

means reactive to torque reversals in the camshaft for varying the position of the housing relative to the camshaft.

14. An engine according to claim 13 wherein said means reactive to torque reversals comprises control means for permitting the housing to move in a first direction relative to the camshaft in reaction to a torque pulse in the camshaft in a first direction and for preventing the housing from moving in a second direction relative to the camshaft in reaction to a torque pulse in the camshaft in a second direction.

15. An engine according to claim 14 wherein each of said first and second lobes respectively divides each of said first and second recesses into a first portion and a second portion, and wherein said control means comprises means for transferring hydraulic fluid into one of said first portion and said second portion of each of said

BW 002305

5,107,804

17

first and second recesses, each of said one of said first portion and said second portion of said each of said first and second recesses being capable of sustaining hydraulic pressure.

16. An engine according to claim 15 wherein said control means comprises means for simultaneously transferring hydraulic fluid out of the other of said first portion and second portion of said each of said first and second recesses.

17. An engine according to claim 16 wherein each of said first portion and said second portion of each of said first and second recesses is capable of sustaining hydraulic pressure, and wherein said control means is capable of being reversed to transfer hydraulic fluid out of said one of said first portion and said second portion of said each of said first and second recesses and to transfer hydraulic fluid into said other of said first portion and said second portion of said each of said first and second recesses, said engine further comprising:

an engine control unit responsive to at least one engine operating condition for selectively reversing the operation of said control means.

18. An engine according to claim 17 wherein said hydraulic fluid comprises engine lubricating oil, and further comprising:

conduit means for transferring engine lubricating oil from a portion of said engine to said control means; and

second conduit means for transferring oil from said control means to said portion of said engine.

19. An engine according to claim 17 and further comprising:

passage means connecting one of said first portion and said second portion of one of said first recess and said second recess with one of said first portion and said second portion of the other of said second recess to permit hydraulic fluid to flow between said one of said first portion and said second portion of said one of said first recess and said second recess and said one of said first portion and said second portion of said other of said first recess and said second recess.

20. An engine according to claim 19 wherein said control means further comprises:

a spool valve body;

18

a spool, said spool being reciprocable within said body and having first and second spaced apart lands;

first return line means extending from one of said first recess and said second recess to said valve body, one of said first and second lands blocking flow through said first return line in a first range of positions of said spool within said valve body and permitting flow through said first line in a second range of positions of said spool within said valve body;

second return line means extending from the other of said first recess and said second recess to said valve body, the other of said first and second lands blocking flow through said second return line in said second range of positions of said spool within said valve body, permitting flow through said second return line in a first portion of said first range of positions of said spool within said valve body, and blocking flow through said second return line in a second portion of said first range of positions of said spool within said valve body; and

inlet line means extending from said valve body to each of said first recess and said second recess, said inlet line means being positioned between said first land and said second land in each of said first range of positions and said second range of positions of said spool and permitting hydraulic fluid to flow from said valve body to said each of said first recess and said second recess regardless of the position of said spool, said inlet line means having check valve means for preventing the flow of hydraulic fluid from each of said first recess and said second recess to said valve body.

21. An engine according to claim 20 wherein at least one of said first and second lands of said spool has a passage extending therethrough, said passage providing communication for the flow of hydraulic fluid through said spool to said inlet line means, said passage having second check valve means for preventing the flow of hydraulic fluid from said inlet line means through said spool.

22. An engine according to claim 20 wherein said engine control means comprises means for reciprocating said spool within said valve body.

* * * * *

50

55

60

65

BW 002306



BW 002307



US005184578A

## United States Patent [19]

Quinn, Jr. et al.

[11] Patent Number: 5,184,578

[45] Date of Patent: Feb. 9, 1993

[54] VCT SYSTEM HAVING ROBUST CLOSED LOOP CONTROL EMPLOYING DUAL LOOP APPROACH HAVING HYDRAULIC PILOT STAGE WITH A PWM SOLENOID

[75] Inventors: Stanley B. Quinn, Jr.; Alan L. Miller; Edward C. Sisman, all of Ithaca, N.Y.

[73] Assignee: Borg-Warner Automotive Transmission & Engine Components Corporation, Sterling Heights, Mich.

[21] Appl. No.: 847,377

[22] Filed: Mar. 5, 1992

[51] Int. Cl.⁵ .................................... F01L 1/34
[52] U.S. Cl. ............................ 123/90.17; 123/90.15; 123/90.11
[58] Field of Search ............ 123/90.17, 90.15, 90.16, 123/90.18, 90.11, 90.12; 364/424.01, 161, 157; 464/1

[56]                   References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,313,165 | 1/1982 | Clelford et al. | 364/424 |
| 4,675,804 | 6/1987 | Wiener | 364/161 |
| 4,771,742 | 9/1988 | Nelson et al. | 123/90.17 |
| 4,787,345 | 11/1988 | Thoma | 123/90.17 |
| 4,802,376 | 2/1989 | Stidworthy | 73/394 |
| 4,813,339 | 3/1989 | Uno et al. | 91/439 |
| 4,841,924 | 6/1989 | Hampton et al. | 123/90.15 |
| 4,854,273 | 8/1989 | Deutgi et al. | 123/90.17 |
| 4,856,465 | 8/1989 | Denz et al. | 123/90.17 |
| 4,858,572 | 8/1989 | Shirai et al. | 123/90.12 |
| 4,862,845 | 9/1989 | Butterfield et al. | 123/90.15 |
| 4,872,426 | 10/1989 | Sapienza, IV | 123/90.15 |
| 4,878,461 | 11/1989 | Sapienza, IV et al. | 123/90.15 |
| 4,890,589 | 1/1990 | Miyaw | 123/90.15 |
| 4,907,493 | 3/1990 | Bellanger et al. | 91/361 |
| 4,909,194 | 3/1990 | Bauer | 123/90.15 |
| 4,914,365 | 4/1990 | Marakami et al. | 318/609 |
| 4,928,640 | 5/1990 | van Vuuren et al. | 123/90.17 |
| 4,942,854 | 6/1990 | Shirai et al. | 123/90.17 |
| 4,967,701 | 11/1990 | Inegel et al. | 123/90.17 |
| 4,976,239 | 12/1990 | Charles | 123/90.17 |
| 4,993,370 | 2/1991 | Hashiyama et al. | 123/90.17 |
| 4,995,351 | 2/1991 | Okrzebo et al. | 123/90.11 |
| 4,996,954 | 3/1991 | Seki et al. | 123/90.16 |
| 5,002,023 | 3/1991 | Butterfield et al. | 123/90.15 |
| 5,003,937 | 4/1991 | Matsumoto et al. | 123/90.12 |
| 5,009,203 | 4/1991 | Seki | 123/90.16 |
| 5,012,773 | 5/1991 | Akasaka et al. | 123/90.17 |
| 5,020,487 | 6/1991 | Kruger | 123/90.15 |
| 5,022,357 | 6/1991 | Kawamura | 123/90.11 |
| 5,033,335 | 8/1991 | Miller et al. | 318/599 |
| 5,027,753 | 7/1991 | Hamazaki et al. | 123/91 MB |
| 5,031,583 | 7/1991 | Koeno | 123/90.16 |
| 5,040,499 | 8/1991 | Akasaka et al. | 123/90.17 |
| 5,046,440 | 9/1991 | Butterfield et al. | 123/90.15 |
| 5,063,895 | 11/1991 | Mraunpferer | 123/90.15 |
| 5,067,450 | 11/1991 | Kane et al. | 123/90.17 |
| 5,078,647 | 1/1992 | Hampton | 464/1 |
| 5,080,052 | 1/1992 | Hoffa et al. | 123/90.17 |
| 5,090,365 | 2/1992 | Hoffa et al. | 123/90.17 |
| 5,113,814 | 5/1992 | Sega et al. | 123/90.17 |
| 5,117,785 | 6/1992 | Sega et al. | 123/90.17 |
| 5,121,717 | 6/1992 | Simko et al. | 123/90.17 |
| 5,138,985 | 8/1992 | Szodfridt et al. | 123/90.17 |

Primary Examiner—Raymond A. Nelli
Attorney, Agent, or Firm—William Brinks Olds

[57]                     ABSTRACT

A camshaft (26) has a vane (68) secured to an end thereof for non-oscillating rotation therewith. The camshaft also carries a sprocket (32) which can rotate with the camshaft but which is oscillatable with the camshaft. The vane has opposed lobes (60a, 60b) which are received in opposed recesses (32a, 32b), respectively, of the sprocket. The recesses have greater circumferential extent than the lobes to permit the vane and sprocket to oscillate with respect to one another, and thereby permit the camshaft to change in phase relative to a crankshaft whose phase relative to the sprocket is fixed by virtue of a chain drive extending therebetween. The camshaft tends to change in reaction to pulses which it experiences during its normal operation, and it is permitted to change only in a given direction, either to advance or retard, by selectively blocking or permitting the flow of hydraulic fluid, preferably engine oil, through the return lines (94, 96) from the recesses by controlling the position of a spool (100) within a valve body (98) of a control valve in response to a signal indicative of an engine operating condition determined from a closed loop feedback system.

26 Claims, 11 Drawing Sheets





FIG. 1a

BW 002309



FIG. 1b

FIG. 1c

BW 002310



FIG. 1e

BW 002311



FIG. Id



FIG. If

BW 002312

U.S. Patent        Feb. 9, 1993        Sheet 5 of 11        5,184,578



FIG. 2

BW 002313



FIG. 3

BW 002314

U.S. Patent    Feb. 9, 1993    Sheet 7 of 11    5,184,578



FIG. 4

BW 002315

U.S. Patent        Feb. 9, 1993        Sheet 8 of 11        5,184,578



FIG. 5

BW 002316

U.S. Patent          Feb. 9, 1993          Sheet 9 of 11          5,184,578



FIG. 7                    FIG. 8



FIG. 6

BW 002317

U.S. Patent          Feb. 9, 1993          Sheet 10 of 11          5,184,578



FIG. 9

FIG. 10

BW 002318