# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 2, 2006

The Honorable Sue L. Robinson                    VIA ELECTRONIC FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

   Re:   *Hitachi, Ltd. v. BorgWarner, Inc.*,
         C.A. No. 05-048-SLR

Dear Chief Judge Robinson:

   I am writing on behalf of plaintiff ("Hitachi") in the above action, in which briefing on defendants' motion for leave to file a surreply claim construction brief (D.I. 298) is now completed. Pursuant to Local Rule 7.1.4, Hitachi hereby respectfully requests that the Court schedule oral argument on defendants' motion.

                                                 Respectfully,

                                                 */s/ Steven J. Balick*

                                                 Steven J. Balick

SJB/dmf
175255.1

cc:   Richard K. Herrmann, Esquire (via electronic mail)
      Hugh A. Abrams, Esquire (via electronic mail)
      Kenneth E. Krosin, Esquire (via electronic mail)
      William J. Robinson, Esquire (via electronic mail)