**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br>       Plaintiffs, <br><br>       v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br>       Defendants. | Civil Action No. 05-048-SLR |
| BORGWARNER INC., <br><br>       Counterclaimant, <br><br>       v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>       Counterdefendants. | |

**NOTICE OF DEPOSITION OF WILLIAM RIBBENS**

PLEASE TAKE NOTICE that Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc. will take the deposition upon oral examination of William Ribbens on December 7, 2006, at the law offices of Foley & Lardner LLP, 321 North Clark, Suite 2800, Chicago, IL 60610, beginning at 8:00 am.  The deposition will be taken for the purposes of discovery, for use at trial or hearings, and for any other purpose allowed under the orders of the presiding Court and the Federal Rules of Civil Procedure, and will be taken before an officer, notary public or other person authorized to administer oaths.  Some or all of the deposition testimony may be recorded by stenographic, audio, audio visual, and/or real-time computer means.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs Hitachi, Ltd. and
Hitachi Automotive Products (USA), Inc.*

*Of Counsel*:

Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
C. Edward Polk
Mary M. Calkins
Liane M. Peterson
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300

William J. Robinson
Foley & Lardner LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
(310) 277-2223

Dated:  December 4, 2006
175695.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2006, the attached **NOTICE OF**

**DEPOSITION OF WILLIAM RIBBENS** was served upon the following counsel of record in

the manner indicated:


Richard K. Herrmann, Esquire                                    HAND DELIVERY
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801


Hugh A. Abrams, Esquire                                    VIA FEDERAL EXPRESS
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603



*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

154486.1