IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI LTD. and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 05-048-SLR ) |
| BORGWARNER INC. and BORGWARNER MORSE TEC INC., | ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 7th day of December, 2006, having recently so ordered the parties' stipulation to amend the scheduling order (D.I. 297);

IT IS ORDERED that:

1. Oral argument on summary judgment motions originally scheduled for January 5, 2007 is rescheduled to **Friday, March 9, 2007**, at 1:30 p.m. in courtroom 6B on the 6th Floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side will be given two (2) hours to present their argument.

2. The pretrial conference scheduled for February 27, 2007 is hereby cancelled.

_____
United States District Judge