IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-048-SLR |
| | ) | |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |
| | ) | |
| BORGWARNER INC., | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) | |
| | ) | |
| Counterdefendants. | ) | |

## PLAINTIFFS' DAUBERT MOTION TO LIMIT
## TESTIMONY OF DEFENDANTS' EXPERT WILLIAM B. RIBBENS

Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc. (collectively,

"Hitachi") move, pursuant to *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), to limit

the testimony of defendants' expert William B. Ribbens.

The grounds for this motion are fully set forth in Hitachi's accompanying opening brief.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc.*

*Of Counsel:*

Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
C. Edward Polk
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007–5109
(202) 672–5300

William J. Robinson
Foley & Lardner LLP
2029 Century Park East Blvd., Ste. 3500
Los Angeles, CA 90067-3021
(310) 277-2223

Dated: December 14, 2006
176101.1

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and<br>HITACHI AUTOMOTIVE PRODUCTS (USA), INC. | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No. 05-048-SLR |
| v. | )<br>)<br>) | |
| BORGWARNER INC., and<br>BORGWARNER MORSE TEC INC. | )<br>)<br>) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2006, Plaintiffs, Hitachi, Ltd. and Hitachi

Automotive Products (USA), Inc., having moved to limit the testimony of defendants' expert

William B. Ribbens, after considering the motion and accompanying papers, having concluded

that good grounds exist for the requested relief, now therefore,

IT IS HEREBY ORDERED that Plaintiffs' motion is granted.


_____
Chief Judge