IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. <br><br>――――――――――――――――――――― <br><br> BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | Civil Action No. 05-048-SLR |

### DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF LESLIE J. KASPER AND ROGER L. MAY REGARDING PLAINTIFFS' RELIANCE ON AN OPINION OF COUNSEL TO REBUT DEFENDANTS' WILLFUL INFRINGEMENT CLAIM

Defendants BorgWarner Morse TEC Inc. and Defendant/Counterclaimant BorgWarner Inc. (collectively, "BorgWarner"), submit this *Daubert* motion to exclude the testimony of Hitachi's expert witnesses Leslie J. Kasper and Roger L. May with respect to the issue of willfulness, and more specifically, to exclude any expert testimony regarding whether Hitachi relied on the April 20, 1999 opinion of counsel prepared by Alan Kasper of the

Sughrue Mion firm, whether that opinion was competent, and whether any such reliance was reasonable.

Dated: December 14, 2006

/s/ Mary Matterer
Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES
500 Delaware Ave., Ste. 1500
Wilmington, Delaware 19801
(302) 888-6800

Hugh A. Abrams (*pro hac vice*)
Thomas D. Rein (*pro hac vice*)
Lisa A. Schneider (*pro hac vice*)
Paul E. Veith (*pro hac vice*)
Marc A. Cavan (*pro hac vice*)
Stephanie P. Koh (*pro hac vice*)
Lara Hirshfeld (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. <br><br> BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | Civil Action No. 05-048-SLR |

### [PROPOSED] ORDER

At Wilmington this _____ day of _____, 2007,

IT IS HEREBY ORDERED THAT:

Defendants' *Daubert* Motion to Exclude Expert Testimony of Leslie J. Kasper and Roger L. May Regarding Plaintiffs' Reliance on an Opinion of Counsel to Rebut Defendants' Willful Infringement Claim is granted.

Dated: _____    _____
Honorable Sue L. Robinson
Chief United States District Court Judge
District of Delaware