IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>  Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 05-048-SLR ) ) ) ) ) ) |
| BORGWARNER INC., <br><br>  Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>  Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS'** ***DAUBERT*** **MOTION TO EXCLUDE EXPERT TESTIMONY OF LESLIE J. KASPER AND ROGER L. MAY ON ISSUE OF DAMAGES**

Defendants BorgWarner Morse TEC Inc. and Defendant/Counterclaimant BorgWarner Inc. (collectively, "BorgWarner"), submit this *Daubert* motion to exclude the testimony of Hitachi's expert witnesses Leslie J. Kasper and Roger L. May with respect to the issue of damages, and more specifically, their proffered testimony concerning the royalty rate and royalty base that should be used in calculating an award of damages in this case. In addition, BorgWarner seeks to exclude the testimony of Hitachi's expert witness John C. Jarosz to the

extent it is founded on any of the excluded testimony of Mr. May or Mr. Kasper, and/or on facts provided to Mr. Jarosz solely through Hitachi's counsel.

Dated: December 14, 2006

*/s/ Mary Matterer*

Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, Delaware 19801
(302) 888-6800

Hugh A. Abrams (*pro hac vice*)
Thomas D. Rein (*pro hac vice*)
Lisa A. Schneider (*pro hac vice*)
Paul E. Veith (*pro hac vice*)
Marc A. Cavan (*pro hac vice*)
Stephanie P. Koh (*pro hac vice*)
Lara Hirshfeld (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 05-048-SLR ) ) ) ) ) ) |
| BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

## [PROPOSED] ORDER

At Wilmington this _____ day of _____, 2007,

IT IS HEREBY ORDERED THAT:

Defendants' *Daubert* Motion to Exclude Expert Testimony of Leslie J. Kasper and Roger L. May on Issue of Damages is granted.

Dated: _____    _____
Honorable Sue L. Robinson
Chief United States District Court Judge
District of Delaware