IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., </br></br>　　　　Plaintiffs, </br></br>　　　v. </br></br>BORGWARNER INC., and </br>BORGWARNER MORSE TEC INC., </br></br>　　　　Defendants. </br>_____ </br></br>BORGWARNER INC., </br></br>　　　　Counterclaimant, </br></br>　　　v. </br></br>HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., </br></br>　　　　Counterdefendants. | Civil Action No. 05-048-SLR |

**STIPULATION AND ORDER TO AMEND SCHEDULE**

WHEREAS Hitachi's counsel, Ashby & Geddes, is moving its offices on December 15, 2006, the current deadline for filing summary judgment reply briefs; and

WHEREAS BorgWarner's counsel is scheduled to participate in a *Markman* hearing (tutorial) in a case pending before the Honorable Jeffrey White in the Northern District of California on the afternoon of March 7, 2007, and a follow-up *Markman* hearing in the same court in San Francisco on the afternoon of March 14, 2007, and counsel would have great difficulty traveling from San Francisco to Wilmington in time for the *Markman* hearing in this Court on March 9, 2007, the day this Court has now scheduled argument;

WHEREAS Hitachi's counsel is scheduled to participate in a trial during the weeks of March 19th and March 26th and will therefore be unavailable for oral argument during those weeks;

WHEREAS the parties would like to clarify that argument on both summary judgment, claim construction, and *Daubert* issues will be heard on the date oral argument is scheduled; and

WHEREAS the responses to the *Daubert* motions are presently due on January 2, 2007, and therefore the parties have agreed to postpone the deadline for filing responses to *Daubert* motions two weeks;

The parties, by and through their undersigned counsel, do hereby stipulate and agree, subject to the approval of the Court, to further amend the most recent Scheduling Order dated December 7, 2006 as follows:

1. The deadline to reply to summary judgment briefs is extended to December 19, 2006.

2. The deadline to respond to *Daubert* briefs is extended to January 16, 2007.

3. The parties request an alternate date for summary judgment, claim construction, and *Daubert* arguments during the week of February 26-March 2 if possible.

| ASHBY & GEDDES | MORRIS JAMES LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Richard K. Herrmann* |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | mmatterer@morrisjames.com |
| sbalick@ashby-geddes.com | |
| | |
| *Of Counsel:* | *Of Counsel:* |
| William J. Robinson | Hugh A. Abrams |
| Kenneth E. Krosin | Thomas D. Rein |
| Michael D. Kaminski | Lisa A. Schneider |
| Pavan K. Agarwal | Marc A. Cavan |
| Liane M. Peterson | Lara V. Hirshfeld |
| C. Edward Polk | One South Dearborn Street |
| FOLEY & LARDNER LLP | Chicago, Illinois 60603 |
| Washington Harbour | (312) 853-7000 |
| 3000 K Street, N.W., Suite 500 | *Attorneys for BorgWarner Inc. and* |
| Washington, D.C. 20007-5143 | *BorgWarner Morse TEC Inc.* |
| (202) 672-5300 | |
| *Attorneys for Hitachi, Ltd. and* | |
| *Hitachi Automotive Products (USA), Inc.* | |

**SO ORDERED** this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson