# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HITACHI, LTD. and HITACHI )
AUTOMOTIVE PRODUCTS (USA), INC., )
      Plaintiffs, )
  )
  ) Civil Action No. 05–048–SLR
  v. )
  ) **REDACTED**
BORGWARNER INC. and BORGWARNER ) **PUBLIC VERSION**
MORSE TEC INC., )
      Defendants. )
  )
  )
_____)
BORGWARNER INC., )
      Counterclaimant, )
  )
  v. )
  )
HITACHI, LTD. and HITACHI )
AUTOMOTIVE PRODUCTS (USA), INC., )
      Counterdefendants. )
  )
  )
_____)

## OPENING MEMORANDUM IN SUPPORT OF PLAINTIFFS' DAUBERT MOTION TO LIMIT TESTIMONY OF DEFENDANTS' EXPERT WILLIAM B. RIBBENS

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654–1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc.*

*Of Counsel:*

Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
C. Edward Polk
Mary M. Calkins
Liane M. Peterson
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300

William J. Robinson
Foley & Lardner LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
(310) 277-2223

Dated: December 14, 2006

## TABLE OF CONTENTS

Page

I.    INTRODUCTION ................................................................................... 1

II.   BACKGROUND ..................................................................................... 1

III.  DISCUSSION ......................................................................................... 3

      A.    Dr. Ribbens's Proffered Testimony Should Be Excluded Because
            It Fails To Satisfy The Legal Standards Governing Admissibility
            Of Expert Evidence ................................................................... 3

      B.    Dr. Ribbens' Is Not Qualified To Opine Regarding The
            Mechanical Aspects Of VCT Systems ....................................... 4

      C.    The Court Must Exclude Dr. Ribbens' Expert Testimony
            Regarding The Mechanical Aspects of VCTs Because It Is
            Unreliable ................................................................................... 7

IV.   CONCLUSION ....................................................................................... 8

# TABLE OF AUTHORITIES

**Page(s)**

**FEDERAL CASES**

*Burton v. Danek Medical, Inc.*, 1999 WL 118020
(E.D. Pa. March 1, 1999) .................................................................................. 6

*Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 590 (1993) ...................................... 3-4, 7

*DePaepe v. Gen. Motors Corp.*, 141 F.3d 715 (7th Cir. 1998) ...................................... 7

*Gen. Elec. Co. v. Joiner*, 522 U.S. 135 (1997) .................................................... 7

*In re Diet* Drugs, 2000 WL 962545 (E.D. Pa. June 28, 2000) ...................................... 4

*Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999) ............................................... 3

*Otis Elevator Co. v. Western Elec. Co.*, 596 F.2d 84 (3d Cir. 1979) .............................. 6

*Paoli RR. Yard PCB Litigation*, 35 F.3d 717 (3d Cir. 1994) ...................................... 3-4, 7

*Smith v. Rasmussen*, 57 F. Supp.2d 736 (N.D. Iowa 1999) ......................................... 4

*Surace v. Caterpillar, Inc.*, 111 F.3d 1039 (3d Cir. 1997) ...................................... 7

**FEDERAL: STATUTES, RULES, REGULATIONS, CONSTITUTIONAL PROVISIONS**

FED. R. EVID. 702 .................................................................................. 3-4, 8

## I.    INTRODUCTION

BorgWarner's '738 patent (Ex. 1) essentially can be broken down into two fairly distinct technologies:  mechanical and electrical.  Plaintiffs Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc. ("Hitachi") have proffered two separate experts, one with mechanical engineering expertise and a second with electrical engineering expertise to address these two separate areas of technological expertise.  Defendants BorgWarner, Inc. and BorgWarner Morse Tec, Inc. ("BorgWarner"), however, have proffered only a single expert, William B. Ribbens, whose general field of expertise is automotive electronics.

Hitachi does not question the expertise of Dr. Ribbens in his field of automotive electronics.  Hitachi does, however, seek to limit Dr. Ribbens' expert testimony solely to this field.  In his expert report, however, Dr. Ribbens opines not only regarding areas within his expertise, but he also opines regarding the *purely mechanical* operation of camshaft timing systems (*e.g.*, effects of the oil flow for the VCTs), which is outside his expertise.  Based on Dr. Ribbens' background, he is not qualified to provide opinions beyond the field of automotive electronics.

## II.    BACKGROUND

As has been pointed out before during the course of this litigation, VCT systems adjust the rotational phase angle of the camshaft relative to the crankshaft.  A VCT system makes this adjustment by either advancing or retarding the angular position of the camshaft relative to the crankshaft using a mechanical structure.  There are basically two types of VCT systems.  While both use oil flowing to vane lobes or pistons in a housing at the end of a camshaft, the systems differ radically in the energy source used to pressurize the oil and thus in the controlled oil flow path to generate the phase change.

OPA systems use an "external" energy source such as the engine oil pump to pressurize the oil to make the phase change. CTA systems, in contrast, use "internal" energy from camshaft torque pulsations (sometimes referred to as camshaft torque reversals) to pressurize the oil between the vane lobes to make the phase change occur. Because the energy source is fundamentally different in each approach, they use very different oil flow principles to effect the phase change. BorgWarner's technology, as reflected in the '738 patent specification and prosecution history, use the CTA internal energy and oil flow approach.

Each system uses a solenoid valve to position a spool through which the pressurized oil flows. A solenoid in the solenoid valve receives electrical signals from an engine control unit ("ECU"), which is a microcomputer that controls an enormous number of engine functions based on various operating inputs. In the '738 patent, the ECU provides an electrical current signal to operate the solenoid, while with Hitachi's VCT, the ECU provides a pulse-width modulated ("PWM") voltage signal to operate the solenoid.

The '738 patent is directed to both mechanical components (*e.g.*, the vane/piston structure and associated fluid lines) and electrical components (*e.g.*, the ECU control). While there may be people with expertise in both aspects of these systems, it is more typical for experts to have knowledge and experience in either the mechanical aspects or the electrical aspects, but not both. For this reason, as mentioned above, Hitachi has a pair of experts, one for the mechanical aspects and one for the electrical aspects, and each is duly qualified in his respective field. BorgWarner, on the other hand, has put forth

only Dr. Ribbens, whose expertise only covers automotive electronics. Accordingly, Hitachi seeks to limit his expert testimony solely to the field of automotive electronics.

## III.    DISCUSSION

### A.    Dr. Ribbens' Proffered Testimony Should Be Excluded Because It Fails To Satisfy The Legal Standards Governing Admissibility Of Expert Evidence

Both the Federal Rules of Evidence and the Supreme Court's decisions in *Daubert* and *Kumho Tire* provide guidance to the district court in assessing the admissibility of expert testimony. *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 590 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999). Rule 702 of the Federal Rules of Evidence provides that "[i]f scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise." FED. R. EVID. 702. In *Daubert*, the Supreme Court held that district courts applying Rule 702 must act as gatekeepers, ensuring that "any and all scientific testimony or evidence admitted is *not only relevant, but reliable.*" *Daubert*, 509 U.S. at 590 (emphasis added). In *Kumho Tire*, the Court confirmed that the *Daubert* analysis must be applied to all expert testimony. *Kumho Tire Co.*, 526 U.S. at 140.

Based upon the principles laid down in *Daubert*, the Third Circuit essentially has devised a three prong test for judging the admissibility of expert opinions: (1) qualification, (2) reliability, and (3) fit. *Paoli RR. Yard PCB Litigation*, 35 F.3d 717, 741-42 (3d Cir. 1994). Mr. Ribbens lacks the qualifications to testify regarding the mechanical aspects of VCTs (in essence, the topics covered by Mr. Kuhn in his expert

reports) and the reliability to offer opinions on these topics. *Id.* (citing *Daubert* and noting that one of eight reliability factors is "the qualifications of the expert witness").

Hitachi further notes that the party proffering the expert--here BorgWarner--bears the burden of proving that these requirements have been met. *Daubert*, 509 U.S. at 592 n.10. As detailed below, BorgWarner cannot meet that burden with respect to Dr. Ribbens' proffered testimony due to his lack of qualifications beyond the field of automotive electronics.

### B.    Dr. Ribbens Is Not Qualified To Opine Regarding The Mechanical Aspects Of VCT Systems

Sprinkled throughout Dr. Ribbens' original and rebuttal reports are opinions on the mechanical operation of vehicle systems, a topic well outside automotive electronics, his area of expertise. The plain language of Rule 702 requires that an expert limit his or her testimony to those areas where he or she is "qualified as an expert by knowledge, skill, experience, training, or education." FED. R. EVID. 702. Additionally, although an expert may be qualified in one area, he "may be precluded from offering opinions beyond that area of expertise." *In re Diet* Drugs, 2000 WL 962545 (E.D. Pa. June 28, 2000) (quoting *Smith v. Rasmussen*, 57 F.Supp.2d 736, 766 (N.D. Iowa 1999)).

Dr. Ribbens offers opinions regarding: (1) variation of the camshaft phase angle in response to fluid movement; (2) regulation of the flow of hydraulic fluid from a source to a means for transmitting rotary movement from the crankshaft to a housing; (3) movement of fluid to and from the spool valve; (4) rotary motion of the camshaft sprocket; and (5) other general mechanical aspects of the subject VCTs. In addition to these topics, Dr. Ribbens specifically opines on claim terms outside of his field of

4

expertise, including "spool," "spool valve body," "housing," "supplying hydraulic fluid," "means for transmitting rotary movement," "selectively allowing and blocking," *etc*.

Dr. Ribbens lacks expertise to opine on any of these subjects or claim terms, as they clearly relate to the mechanical aspects of the subject VCTs, as opposed to the electrical control aspects. While the mechanical and electrical components interface with one another, Dr. Ribbens is not qualified to testify or opine on the purely mechanical components because he does not have the requisite education, training or experience.

Dr. Ribbens' curriculum vitae (Ex. 2) **REDACTED** **REDACTED** make clear that most of his work relates to automotive electronics. (Ex. 2; **REDACTED** ) He holds a Bachelors' Degree, a Masters' Degree, and a Ph.D., all in electrical engineering, but he has absolutely no educational background or training that would qualify him to offer an expert opinion on the mechanical operation of VCTs. (*See* Ex. 2.) Nor has Dr. Ribbens published or taught on any subjects other than automotive electronics, with the exception of a single course in aerodynamics. (*See* Ex. 2; **REDACTED** .) In fact, Dr. Ribbens has published over sixty articles and symposium presentations in his career

**REDACTED**

Finally, even though Hitachi does

not challenge Dr. Ribbens' qualifications with respect to the electronic control aspects of VCTs, ]

**REDACTED**

Ribbens, unlike Hitachi's experts, has no hands-on experience whatsoever with VCTs.

In contrast to BorgWarner's flawed approach, Hitachi has presented two experts to opine regarding the '738 patent and the accused devices. Robert Kuhn has extensive education and experience that qualify him to testify regarding the mechanical aspects of the accused VCT devices and similar mechanically related claim language from the '738 patent. Dr. Thomas Livernois has similar credentials to Dr. Ribbens, but limits his opinions solely to the electrical aspects of VCTs. Combined, these two experts are qualified to discuss every aspect of the claimed method of the patent at issue. In essence, BorgWarner has proffered an expert with credentials sufficient to challenge Dr. Livernois, but who has no proper qualifications to rebut the opinions of Mr. Kuhn. Because Dr. Ribbens attempts to opine outside his field of expertise, his testimony and opinions are unreliable and thus should be excluded.

Although the determination of expert qualification has been interpreted liberally, such that "imposing rigorous requirements of expertise" has been eschewed in favor of "more generalized qualifications," even under this standard it is clear the Dr. Ribbens does not have the proper experience to qualify as an expert on the mechanical operation of VCT systems. For example, in *Otis Elevator Co. v. Western Elec. Co.*, 596 F.2d 84, 87 (3d Cir. 1979), the Third Circuit ruled that an engineer with a background in chemistry and safety, including machine guarding, toxicology and industrial hygiene, was

qualified to testify about the safety of unguarded control buttons but was not qualified to testify about elevators and elevator design. In *Burton v. Danek Medical, Inc.*, 1999 WL 118020 (E.D. Pa. March 1, 1999), a doctor was deemed unqualified to testify about spinal surgery because, while being a neurologist, he had never been trained in, performed, or even observed a spinal surgery. In *Surace v. Caterpillar, Inc.*, 111 F.3d 1039, 1055-56 (3d Cir. 1997), an expert with extensive career experience in both mechanical and electrical engineering and a member of the Human Factors Society was not allowed to testify regarding the plaintiff's liability theory of "habituation" because he did not have relevant experience in designing equipment from a human safety standpoint.

While it is clear that an expert may have impeccable qualifications in one area of expertise, it is imperative that the expert be duly qualified in all areas of expertise on which he or she opines. In the present case, as with the above-referenced examples, Dr. Ribbens is duly qualified as an expert in automotive electronics, but does not have the proper training or experience to qualify him as an expert in the mechanical aspects of VCTs. Accordingly, Dr. Ribbens' testimony should be limited solely to his area of expertise—automotive electronics.

### C.   The Court Must Exclude Dr. Ribbens' Expert Testimony Regarding The Mechanical Aspects of VCTs Because It Is Unreliable

The whole point of the *Daubert* standard is "that experts can't 'speculate.'" *DePaepe v. Gen. Motors Corp.*, 141 F.3d 715, 720 (7th Cir. 1998); *see also Gen. Elec. Co. v. Joiner*, 522 U.S. 135, 146 (1997). But this is precisely what Dr. Ribbens opinions amount to because of his lack of expertise beyond automotive electronics. His testimony therefore is unreliable and should be excluded. To determine reliability under the first prong of the *Daubert* analysis, this Court must consider, among other things, the expert's

credentials as they relate to the subject of his or her testimony and "the level of expertise may affect the reliability of the expert's opinion." *Paoli*, 35 F.3d at 741. The opinion must be based upon the expert's special skills, and expert testimony is admissible under Rule 702 only when the expert testifies to "scientific or other specialized knowledge [that] will assist the trier of fact."

Here, as noted above, Dr. Ribbens' testimony regarding the mechanical operation of VCTs is not based upon such scientific or specialized knowledge because he lacks the proper expertise to testify outside the field of automotive electronics. All of the opinions in Dr. Ribbens' original and rebuttal expert reports, as well as many of his critiques of Hitachi's expert witnesses, other than the electrical aspects of VCTs, should be excluded because they are not within his area of expertise and thus are not reliable.

## IV.   CONCLUSION

For the foregoing reasons, Hitachi respectfully requests that the Court exclude the testimony of Dr. Ribbens beyond his expertise in automotive electronics, namely the mechanical aspects of VCTs, because he is not qualified to give such testimony. His lack of proper expertise also renders such testimony unreliable, thus requiring its exclusion from trial.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff Hitachi, Ltd. and
Hitachi Automotive Products (USA), Inc.*

*Of Counsel:*

Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
C. Edward Polk
Mary M. Calkins
Brett C. Martin
Liane M. Peterson
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300

William J. Robinson
FOLEY & LARDNER LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
(310) 277-2223

Dated:  December 14, 2006
176102.1

# EXHIBIT 1

US005497738A

# United States Patent [19]

## Siemon et al.

[11] Patent Number: 5,497,738

[45] Date of Patent: * Mar. 12, 1996

[54] **VCT CONTROL WITH A DIRECT ELECTROMECHANICAL ACTUATOR**

[75] Inventors: **Edward C. Siemon; Stanley B. Quinn, Jr.,** both of Ithaca, N.Y.

[73] Assignee: **Borg-Warner Automotive, Inc.,** Sterling Heights, Mich.

[*] Notice: The portion of the term of this patent subsequent to Jun. 15, 2010, has been disclaimed.

[21] Appl. No.: **56,635**

[22] Filed: **May 3, 1993**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 940,273, Sep. 3, 1992, Pat. No. 5,218,935.

[51] Int. Cl.⁶ .................................................. **F01L 1/34**

[52] U.S. Cl. ...................... **123/90.17;** 123/90.31; 137/312

[58] Field of Search ...................... 123/90.15, 90.17, 123/90.31; 74/568 R; 137/312, 625.65; 464/1, 2, 160

### [56]            References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,762,141 | 8/1988 | Karpis | 137/312 |
| 4,856,465 | 8/1989 | Denz et al. | 123/90.17 |
| 4,858,572 | 8/1989 | Shirai et al. | 123/90.12 |
| 5,000,420 | 3/1991 | Hendrixon | 137/625.65 |
| 5,012,774 | 5/1991 | Strauber et al. | 123/90.17 |
| 5,056,477 | 10/1991 | Linder et al. | 123/90.17 |
| 5,088,456 | 2/1992 | Suga | 123/90.17 |
| 5,150,671 | 9/1992 | Suga | 123/90.17 |
| 5,172,659 | 12/1992 | Butterfield et al. | 123/90.17 |
| 5,201,289 | 4/1993 | Imai | 123/90.17 |
| 5,218,935 | 6/1993 | Quinn, Jr. et al. | 123/90.17 |
| 5,271,360 | 12/1993 | Kano et al. | 123/90.17 |

Primary Examiner—Weilun Lo
Attorney, Agent, or Firm—Willian Brinks Hofer et al.; Greg Dziegielewski

[57]            **ABSTRACT**

A camshaft (126) has a vane (160) secured to an end thereof for non-oscillating rotation therewith. The camshaft also carries a sprocket (132) which can rotate with the camshaft but which is also oscillatable with the camshaft. The vane has opposed lobes (160a, 160b) which are received in opposed recesses (132a, 132b), respectively, of the sprocket. The recesses have greater circumferential extent than the lobes to permit the vane and sprocket to oscillate with respect to one another, and thereby permit the camshaft to change in phase relative to a crankshaft whose phase relative to the sprocket is fixed by virtue of a chain drive extending therebetween. The camshaft tends to change in reaction to pulses which it experiences during its normal operation, and it is permitted to change only in a given direction, either to advance or retard, by selectively blocking or permitting the flow of hydraulic fluid, preferably engine oil, through the return lines (194, 196) from the recesses by controlling the position of a vented spool (200) within a valve body (198) of a control valve (192) in response to a signal indicative of an engine operating condition from an engine control unit (208) via cable (238). The vented spool is selectively positioned within the valve body by a electromechanical actuator (201) which is controlled by the engine control unit. The spool is centered when an optimum phase angle between crankshaft and camshaft is achieved.

**13 Claims, 13 Drawing Sheets**



FIG. I



FIG. 2



FIG. 6



FIG. 3

FIG. 5



FIG. 4

FIG. 9



FIG. 7



FIG. 8



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 15                    FIG. 16



FIG. 14

Case 1:05-cv-00048-SLR    Document 334    Filed 12/19/2006    Page 26 of 49



FIG. 17



FIG. 18





FIG. 19



FIG. 20

5,497,738

# 1

## VCT CONTROL WITH A DIRECT ELECTROMECHANICAL ACTUATOR

### CROSS REFERENCE TO APPLICATION

This application is a continuation-in-part of application Ser. No. 940,273 which was filed Sep. 3, 1992, now U.S. Pat. No. 5,218,935, granted Jun. 15, 1993.

### FIELD OF THE INVENTION

This invention relates to an hydraulic control system for controlling the operation of a variable camshaft timing (VCT) system of the type in which the position of the camshaft is circumferentially varied relative to the position of a crankshaft in reaction to torque reversals experienced by the camshaft during its normal operation. In such a VCT system, an electromechanical/hydraulic system is provided to effect the repositioning of the camshaft in reaction to such torque reversals, and a control system is provided to selectively permit or prevent the hydraulic system from effecting such repositioning.

More specifically, the present invention relates to a control system which utilizes a variable force solenoid to directly control the position of a fully vented spool valve which is an useful part of the hydraulic system.

### BACKGROUND OF THE INVENTION

Consideration of information disclosed by the following U.S. Patents, which are all hereby incorporated by reference, is useful when exploring the background of the present invention.

U.S. Pat. No. 5,002,023 describes a VCT system within the field of the invention in which the system hydraulics includes a pair of oppositely acting hydraulic cylinders with appropriate hydraulic flow elements to selectively transfer hydraulic fluid from one of the cylinders to the other, or vice versa, to thereby advance or retard the circumferential position on of a camshaft relative to a crankshaft. The control system utilizes a control valve in which the exhaustion of hydraulic fluid from one or another of the oppositely acting cylinders is permitted by moving a spool within the valve one way or another from its centered or null position. The movement of the spool occurs in response to an increase or decrease in control hydraulic pressure, $P_c$, on one end of the spool and the relationship between the hydraulic force on such end and an oppositely direct mechanical force on the other end which results from a compression spring that acts thereon.

U.S. Pat. No. 5,107,804 describes an alternate type of VCT system within the field of the invention in which the system hydraulics include a vane having lobes within an enclosed housing which replace the oppositely acting cylinders disclosed by the aforementioned U.S. Pat. No. 5,002,023. The vane is oscillatable with respect to the housing, with appropriate hydraulic flow elements to transfer hydraulic fluid within the housing from one side of a lobe to the other, or vice versa, to thereby oscillate the vane with respect to the housing in one direction or the other, an action which is effective to advance or retard the position of the camshaft relative to the crankshaft. The control system of this VCT system is identical to that divulged in U.S. Pat. No. 5,002,023, using the same type of spool valve responding to the same type of forces acting thereon.

# 2

U.S. Pat. Nos. 5,172,659 and 5,184,578 both address the problems of the aforementioned types of VCT systems created by the attempt to balance the hydraulic force exerted against one end of the spool and the mechanical force exerted against the other end. The improved control system disclosed in both U.S. Pat. Nos. 5,172,659 and 5,184,578 utilizes hydraulic force on both ends of the spool. The hydraulic force on one end results from the directly applied hydraulic fluid from the engine oil gallery at full hydraulic pressure, $P_g$. The hydraulic force on the other end of the spool results from an hydraulic cylinder or other force multiplier which acts thereon in response to system hydraulic fluid at reduced pressure, $P_c$, from a PWM solenoid. Because the force at each of the opposed ends of the spool is hydraulic in origin, based on the same hydraulic fluid, changes in pressure or viscosity of the hydraulic fluid will be self-negating, and will not affect the centered or null position of the spool. There are, however, several disadvantages inherent in the inventions disclosed in the '659 and '578 patents.

One disadvantage is the inability of this differential pressure control system ("DPCS") to properly control the position of the spool during the initial start-up phase of the engine. When the engine first starts, it takes several seconds for oil pressure to develop. During that time, the position of the spool valve is unknown. Because the system logic has no known quantity with which to perform the necessary calculations, the DPCS is prevented from effectively controlling the spool valve position until the engine reaches normal operating speed.

Another problem with existing VCT systems is sluggish dynamic response. Even after the engine stabilizes at normal operating speed, individual characteristics vary substantially from engine to engine. A new engine at high speed and low temperature can have a drastically different oil pressure than a worn engine at hot idle. Current methods employed to allow operation over such a wide spectrum of engine characteristics (such as increased cross-sectional area of the hydraulic piston and the undersizing of springs) result in a slow response time, requiring relatively low closed-loop controller gains to maintain stability.

The low closed-loop controller gains render the system more sensitive to component tolerances and operating environment. The net effects (such as a change in the PWM duty cycle required to achieve a null position of the spool) cause degradation of overall closed-loop system performance.

Finally, the moving parts of the PWM solenoid typically used in a conventional DPCS create unwanted noise in the system. During operation, the solenoid cycles through its full stroke with every PWM pulse. The rapid cycling results in armature and poppet "chatter", i.e., high frequency collisions, thus introducing the unwanted noise.

### SUMMARY OF THE INVENTION

The present invention provides an improved method and apparatus for controlling the position of a vented spool in a hydraulic control valve. Specifically, the present invention provides an improved method and apparatus for controlling the position of a vented spool in a hydraulic control valve in a VCT system, for example, a hydraulic control valve similar to the one used in an oppositely-acting hydraulic cylinder VCT timing system of the type disclosed in U.S. Pat. No. 5,002,023, or a hydraulic control valve similar to the one used in a vane-type VCT timing system of the type disclosed in U.S. Pat. No. 5,107,804.

5,497,738

| 3 | 4 |

The control system of the present invention eliminates the hydraulic force on one end of the spool resulting from directly applied hydraulic fluid from the engine oil gallery at full hydraulic pressure, $P_f$, utilized by previous embodiments of the VCT system. The force on the other end of the vented spool results from an electromechanical actuator, preferably of the variable force solenoid type, which acts directly upon the vented spool in response to an electronic signal issued from an engine control unit ("ECU") which monitors various engine parameters. The ECU receives signals from sensors corresponding to camshaft and crankshaft positions and utilizes this information to calculate a relative phase angle. The preferred embodiment employs a closed-loop feedback system, such as the one disclosed in U.S. Pat. No. 5,184,578, which corrects for any phase angle error. The present invention offers an efficient and economical solution to the problems recited above, as well as additional advantages over the conventional DPCS.

When the relationship between spool position and control signal (solenoid current) is independent of engine oil pressure, any problems associated with oil pressure or its fluctuation are eliminated. For example, the lack of normal operating oil pressure during initial engine start-up does not result in start-up error because the signal from the ECU is fed immediately to the solenoid which directly positions the spool.

The use of a variable force solenoid also solves the problem of sluggish dynamic response. Such a device can be designed to be as fast as the mechanical response of the spool valve, and certainly much faster than the conventional (fully hydraulic) DPCS. The faster response allows the use of increased closed-loop gain, making the system less sensitive to component tolerances and operating environment.

Also, a variable force solenoid armature only travels a short distance, as controlled by the current from the ECU, as opposed to the complete cycles which result from the use of a PWM solenoid. Because the travel required rarely results in extremes, the chattering is eliminated, rendering the system virtually noise-free.

Possibly the most important advantage over the conventional DPCS is the improved control of the basic system. The present invention provides a greatly enhanced ability to quickly and accurately follow a command input of VCT phase.

Furthermore, because the preferred embodiment of the present invention is not dependent upon oil pressure, the present invention can be used for applications where an oil-free actuator is desirable, such as with timing belt engines.

In an alternate embodiment, a lever arrangement or equivalent is functionally positioned between the electromechanical actuator and the spool. The lever arrangement effectively acts as a stroke amplifier/force attenuator, allowing either a reduction in the required solenoid current or reduction in the air gap distance without sacrificing valve travel.

Accordingly, it is an object of the present invention to provide an improved method and apparatus for controlling the operation of a hydraulic control valve of the vented spool type. It is a further object of the present invention to provide an improved method and apparatus for controlling the operation of a hydraulic control valve of the vented spool type in an automotive variable camshaft timing system.

For a further understanding of the present invention and the objects thereof, attention is directed to the drawings and the following brief description thereof, to the detailed description of the preferred embodiment, and to the appended claims.

BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a fragmentary view of a dual camshaft internal combustion engine incorporating an embodiment of a variable camshaft timing arrangement according to the present invention, the view being taken on a plane extending transversely through the crankshaft and the camshafts and showing the intake camshaft in a retarded position relative to the crankshaft and the exhaust camshaft;

FIG. 2 is a fragmentary view similar to a portion of FIG. 1 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 3 is a fragmentary view taken on line 3—3 of FIG. 6 with some of the structure being removed for the sake of clarity and being shown in the retarded position of the device;

FIG. 4 is a fragmentary view similar to FIG. 3 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

FIG. 5 is a fragmentary view showing the reverse side of some of the structure illustrated in FIG. 1;

FIG. 6 is a fragmentary view taken on line 6—6 of FIG. 4;

FIG. 7 is a fragmentary view taken on line 7—7 of FIG. 1;

FIG. 8 is a sectional view taken on line 8—8 of FIG. 1;

FIG. 9 is a sectional view taken on line 9—9 of FIG. 1;

FIG. 10 is an end elevational view of a camshaft with an alternative embodiment of a variable camshaft timing system applied thereto;

FIG. 11 is a view similar to FIG. 10 with a portion of the structure thereof removed to more clearly illustrate other portions thereof;

FIG. 12 is a sectional view taken on line 12—12 of FIG. 10;

FIG. 13 is a sectional view taken on line 13—13 of FIG. 10;

FIG. 14 is a sectional view taken on line 14—14 of FIG. 11;

FIG. 15 is an end elevational view of an element of the variable camshaft timing system of FIGS. 10–14;

FIG. 16 is an elevational view of the element of FIG. 15 from the opposite end thereof;

FIG. 17 is a side elevational view of the element of FIGS. 15 and 16;

FIG. 18 is an elevational view of the element of FIG. 17 from the opposite side thereof; and

FIG. 19 is a simplified schematic view of the variable camshaft timing arrangement of FIGS. 10–18; and

FIG. 20 is a simplified schematic view similar to FIG. 19 of an alternative embodiment of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

In the embodiment of FIGS. 1–9, a crankshaft 22 has a sprocket 24 keyed thereto, and rotation of the crankshaft 22 during the operation of the engine in which it is incorporated, otherwise not shown, is transmitted to an exhaust camshaft 26, that is, a camshaft which is used to operate the exhaust valves of the engine, by a chain 28 which is trained

5,497,738

5

around the sprocket 24 and a sprocket 30 which is keyed to the camshaft 26. Although not shown, it is to be understood that suitable chain tighteners will be provided to ensure that the chain 28 is kept tight and relatively free of slack. As shown, the sprocket 30 is twice as large as the sprocket 24. This relationship results in a rotation of the camshaft 26 at a rate of one-half that of the crankshaft 22, which is proper for a 4-cycle engine. It is to be understood that the use of a belt in place of the chain 28 is also contemplated.

The camshaft 26 carries another sprocket, namely sprocket 32, FIG. 3, 4 and 6, journalled thereon to be oscillatable through a limited arc with respect thereto and to be otherwise rotatable with the camshaft 26. Rotation of the camshaft 26 is transmitted to an intake camshaft 34 by a chain 36 which is trained around the sprocket 32 and a sprocket 38 that is keyed to the intake camshaft 34. As shown, the sprockets 32 and 38 are equal in diameter to provide for equivalent rates of rotation between the camshaft 26 and the camshaft 34. The use of a belt in place of the chain 36 is also contemplated.

As is illustrated in FIG. 6, an end of each of the camshafts 26 and 34 is journalled for rotation in bearings 42 and 44, respectively, of the head 50, which is shown fragmentarily and which is bolted to an engine block, otherwise not shown, by bolts 48. The opposite ends of the camshafts 26 and 34, not shown, are similarly journalled for rotation in an opposite end, also not shown, of the head 50. The sprocket 38 is keyed to the camshaft 34 at a location of the camshaft 34 which is outwardly of the head 50. Similarly, the sprockets 32 and 30 are positioned, in series, on the camshaft 26 at locations outwardly of the head 50, the sprocket 32 being transversely aligned with the sprocket 38 and the sprocket 30 being positioned slightly outwardly of the sprocket 32, to be transversely aligned with the sprocket 24.

The sprocket 32 has an arcuate retainer 52 (FIGS. 7 and 8) as an integral part thereof, and the retainer 52 extends outwardly from the sprocket 32 through an arcuate opening 30a in the sprocket 30. The sprocket 30 has an arcuate hydraulic body 46 bolted thereto and the hydraulic body 46, which houses certain of the hydraulic components of the associated hydraulic control system, receives and pivotally supports the body end of each of a pair of oppositely acting, single acting hydraulic cylinders 54 and 56 which are positioned on opposite sides of the longitudinal axis of the camshaft 26. The piston ends of the cylinders 54 and 56 are pivotally attached to an arcuate bracket 58, and the bracket 58 is secured to the sprocket 32 by a plurality of threaded fasteners 60. Thus, by extending one of the cylinders 54 and 56 and by simultaneously retracting the other of the cylinders 54 and 56, the arcuate position of the sprocket 32 will be changed relative to the sprocket 30, either to advance the sprocket 32 if the cylinder 54 is extended and the cylinder 56 is retracted, which is the operating condition illustrated in FIGS. 2 and 4, or to retard the sprocket 32 relative to the sprocket 30 if the cylinder 56 is extended and the cylinder 54 is retracted, which is the operating condition illustrated in FIGS. 1, 3, 7 and 8. In either case, the retarding or advancing of the position of the sprocket 32 relative to the position of the sprocket 30, which is selectively permitted or prevented in reaction to the direction of torque in the camshaft 26, as explained in the aforesaid U.S. Pat. No. 5,002,023, will advance or retard the position of the camshaft 34 relative to the position of the camshaft 26 by virtue of the chain drive connection provided by the chain 36 between the sprocket 32, which is journalled for limited relative arcuate movement on the camshaft 26, and the sprocket 38, which is keyed to the camshaft 34. This relationship can be seen in

6

the drawing by comparing the relative position of a timing mark 30b on the sprocket 30 and a timing mark 38a on the sprocket 38 in the retard position of the camshaft 34, as is shown in FIGS. 1 and 3, to their relative positions in the advanced position of the camshaft 34, as is shown in FIGS. 2 and 4.

FIGS. 10-20 illustrate two embodiments of the present invention in which a housing in the form of a sprocket 132 is oscillatingly journalled on a camshaft 126. The camshaft 126 may be considered to be the only camshaft of a single camshaft engine, either of the overhead camshaft type or the in block camshaft type. Alternatively, the camshaft 126 may be considered to be either the intake valve operating camshaft or the exhaust valve operating camshaft of a dual camshaft engine. In any case, the sprocket 132 and the camshaft 126 are rotatable together, and are caused to rotate by the application of torque to the sprocket 132 by an endless roller chain 136, shown fragmentarily, which is trained around the sprocket 132 and also around a crankshaft, not shown. As will be hereinafter described in greater detail, the sprocket 132 is oscillatingly journalled on the camshaft 126 so that it is oscillatable at least through a limited arc with respect to the camshaft 126 during the rotation of the camshaft, an action which will adjust the phase of the camshaft 126 relative to the crankshaft.

An annular pumping vane 160 is fixedly positioned on the camshaft 126, the vane 160 having a diametrically opposed pair of radially outwardly projecting lobes 160a, 160b and being attached to an enlarged end portion 126a of the camshaft 126 by bolts 162 which pass through the vane 160 into the end portion 126a. In that regard, the camshaft 126 is also provided with a thrust shoulder 126b to permit the camshaft to be accurately positioned relative to an associated engine block, not shown. The pumping vane 160 is also precisely positioned relative to the end portion 126a by a dowel pin 164 which extends therebetween. The lobes 160a, 160b are received in radially outwardly projecting recesses 132a, 132b, respectively, of the sprocket 132, the circumferential extent of each of the recesses 132a, 132b being somewhat greater than the circumferential extent of the vane lobe 160a, 160b which is received in such recess to permit limited oscillating movement of the sprocket 132 relative to the vane 160. The recesses 132a, 132b are closed around the lobes 160a, 160b, respectively, by spaced apart, transversely extending annular plates 166, 168 which are fixed relative to the vane 160, and, thus, relative to the camshaft 126, by bolts 170 which extend from one to the other through the same lobe, 160a, 160b. Further, the inside diameter 132c of the sprocket 132 is sealed with respect to the outside diameter of the portion 160d of the vane 160 which is between the lobes 160a, 160b, and the tips of the lobes 160a, 160b of the vane 160 are provided with seal receiving slots 160e, 160f, respectively. Thus each of the recesses 132a, 132b of the sprocket 132 is capable of sustaining hydraulic pressure, and within each recess 132a, 132b, the portion on each side of the lobe 160a, 160b, respectively, is capable of sustaining hydraulic pressure.

The functioning of the structure of the embodiment of FIGS. 10-18, as thus far described, may be understood by reference to schematic FIGS. 19 and 20. It also is to be understood, however, that the hydraulic control system of FIGS. 19 and 20 is also applicable to an opposed hydraulic cylinder VCT system corresponding to the embodiment of FIGS. 1-9, as well as to a vane type VCT system corresponding to the embodiment of FIGS. 10-18.

In any case, hydraulic fluid, illustratively in the form of engine lubricating oil, flows into the recesses 132a, 132b by

5,497,738

7

way of common inlet line 182. Inlet line 182 terminates at a juncture between opposed check valves 184 and 186 which are connected to recesses 132a, 132b, respectively, by branch lines 188, 190, respectively. Check valves 184, 186 have annular seats 184a, 186a, respectively, to permit the flow of hydraulic fluid through check valves 184, 186 into recesses 132a, 132b, respectively. The flow of hydraulic fluid through check valves 184, 186 is blocked by floating balls 184b, 186b, respectively, which are resiliently urged against seats 184a, 186a, respectively, by springs 184c, 186c, respectively. Check valves 184, 186, thus, permit the initial filling of recesses 132a, 132b and provide for a continuous supply of make-up hydraulic fluid to compensate for leakage therefrom. Hydraulic fluid enters inlet line 182 by way of spool valve 192, which is incorporated within camshaft 126, and hydraulic fluid is returned to spool valve 192 from recesses 132a, 132b by return lines 194, 196, respectively.

Spool valve 192 is made up of cylindrical member 198 and vented spool 200 which is slidable to and fro within cavity 198a. Vented spool 200 has cylindrical lands 200a and 200b on opposed ends thereof, and lands 200a and 200b, which fit snugly within member 198, are positioned so that land 200b will block the exit of hydraulic fluid from return line 196, or land 200a will block the exit of hydraulic fluid from return line 194, or lands 200a and 200b will block the exit of hydraulic fluid from both return lines 194 and 196, as is schematically shown in FIGS. 19 and 20, where camshaft 126 is being maintained in a selected intermediate position relative to the crankshaft of the associated engine, referred to as the "null" position of spool 200.

In the present invention, the position of vented spool 200 within member 198 is influenced by spring 202 which acts on the end of land 200a. Thus, spring 202 resiliently urges spool 200 to the left, as oriented in FIGS. 19 and 20. Inlet line 182 receives its pressurized fluid (engine oil) directly from main oil gallery ("MOG") 230 of the engine by way of conduit 230a, bypassing vented spool 200. This oil is also used to lubricate bearing 232 in which camshaft 126 of the engine rotates.

The control of the position of spool 200 within member 198 is in direct response to electromechanical actuator 201, preferably a variable force solenoid, as shown in FIG. 19. An electrical current is introduced via cable 236 through solenoid housing 201d into solenoid coil 201a which repels, or "pushes", armature 201b. Armature 201b bears against extension 200c of vented spool 200, thus moving vented spool 200 to the right, as oriented in FIG. 19. If the force of spring 202 is in balance with the force exerted by armature 201b in the opposite direction, spool 200 will remain in its null or centered position. Thus, vented spool 200 can be moved in either direction by increasing or decreasing the current to solenoid coil 201a, as the case may be. Of course, the configuration of solenoid 201 may be reversed, converting the force on spool extension 200c from a "push" to a "pull." This would require the function of spring 202 to be redesigned to counteract the force in the new direction of armature 201b movement. However, there are instances when it is desirable for spool 200 to be forced to the far left, or biased, position. The location of spring 202 in cavity 198c, as shown in FIG. 19, or in cavity 198a, as shown in FIG. 20, ensures the return of spool 200 to its biased position when there is no current applied to solenoid coil 201a, such as periods of power failure or engine shutdown.

The movement of armature 201b is controlled by an electrical current applied to solenoid coil 201a in response to a control signal from electronic engine control unit (ECU)

8

208, shown schematically in FIG. 19, which may be of conventional construction. In previous versions of the VCT system, the force exerted against spool extension 200c must balance with the force of spring 202 plus any system oil pressure in cavity 198a acting on the end of land 200a if a null position of spool 200 was desired. A problem arose when attempting to achieve this balance because the system included a component which could vary significantly, namely oil pressure. The optimum solution is a control system completely independent of variable parameters, i.e., one independent of engine oil pressure.

In the present invention, oil pressure in cavity 198a is relieved, leaving only the force of armature 201b to be balanced against the force of spring 202 to achieve a null position of spool 200. Relieving the pressure in cavity 198a may be accomplished, for example, by providing an engine oil flow path to the vane system which bypasses spool 200, that is, does not utilize a passage internal to spool 200 to supply oil to inlet line 182, as in previous systems. The bypass of spool 200 may be achieved by connecting bypass line 220a directly to inlet line 182 and substituting inlet oil check valve 222a for the check valve previously contained in the passage internal to the spool. In conjunction with providing an alternate flow path, venting spool valve 198 to atmosphere via vent 198d would complete the objective of relieving the pressure in cavity 198a which acted on the end of land 200a in previous VCT systems.

With the oil pressure variable eliminated, the only forces left to consider in controlling the position of vented spool 200 are ones with predictable rates of change. The force of armature 201b corresponds to the electrical current applied to solenoid coil 201a, and the force of spring 202 is also predictable (with respect to spring position). The result is the position of spool 200 being readily ascertainable based on solenoid current alone.

The type of solenoid normally used in the preferred embodiment is the cylindrical armature, or variable area, solenoid shown in FIG. 19. Main air gap 201c extends radially around armature 201b and may contain nonmagnetic bearing material. As armature 201c moves axially, the cylindrical area of main gap 201c increases but the force and distance to the coil remain constant. Because the force is relatively insensitive to axial armature position, an extremely precise distance from solenoid housing 201d to vented spool 200 is not required.

An alternate embodiment of the present invention is shown in FIG. 20. A variable force solenoid of the flat-faced armature, or variable gap, type is used. Force is inversely proportional to the square of air gap 201c. It is thus advantageous to limit air gap 201c to a relatively small value. By using a stroke amplifier in conjunction with a variable gap solenoid, a net gain in force can be achieved. Lever arrangement 201e connects armature 201b with spool extension 200c and provides just such a gain in force. This net gain can be exploited by reducing the physical size of electromechanical actuator 201, thus decreasing the current requirements of solenoid coil 201a without sacrificing valve travel.

By using only imbalances between an electrically-generated force on one end 200a of spool 200 and a spring force on other end 200b for movement in one direction or another (as opposed to using imbalances between hydraulic loads from a common source on both ends), the control systems of FIGS. 19, and 20 are completely independent of hydraulic system pressure. Thus, it is not necessary to design a compromised system to operate within a potentially wide

5,497,738

9

spectrum of oil pressures, such that may be attributed to individual characteristics of particular engines. In that regard, by designing a system which operates within a narrower range of parameters, it is possible to rapidly and accurately position the spool 200 in its null position for enhanced operation of a VCT system.

The vane 160 is alternatingly urged in clockwise and counterclockwise directions by the torque pulsations in the camshaft 126 and these torque pulsations tend to oscillate vane 160, and, thus, camshaft 126, relative to sprocket 132. However, in the spool position shown in FIGS. 19 and 20, such oscillation is prevented by the hydraulic fluid within recesses 132a, 132b of sprocket 132 on opposite sides of lobes 160a, 160b, respectively, of vane 160, because no hydraulic fluid can leave either recesses 132a or 132b. Both return lines 194, 196 are blocked by the position of vented spool 200. If, for example, it is desired to permit camshaft 126 and vane 160 to move in a counterclockwise direction with respect to sprocket 132, it is only necessary to increase the amount of current to solenoid coil 201a. This will "push" armature 201b to the right, urge spool 200 to the right, and thereby unblock return line 194. In this condition of the apparatus, counterclockwise torque pulsations in camshaft 126 will pump fluid out of the portion of recess 132a and allow lobe 160a of vane 160 to move into the other portion of recess 132a which has been emptied of hydraulic fluid. However, reverse movement of vane 160 will not occur as the torque pulsations in camshaft 126 become oppositely directed and until vented spool 200 moves to the left, because of the blockage of fluid flow through return line 196 by land 200b of spool 200. While illustrated as a separate closed passage in FIGS. 19 and 20, the periphery of vane 160 has open oil passage slot 160c shown in FIGS. 10, 11, 15, 16 and 17, which permits the transfer of oil between the portion of recess 132a on the right side of lobe 160a and the portion of recess 132b on the right side of lobe 160b, which are the non-active sides of lobes 160a and 160b; thus, counterclockwise movement of vane 160 relative to sprocket 132 will occur when flow is permitted through return line 194 and clockwise movement will occur when flow is permitted through return line 196.

Further, inlet line 182 is provided with extension 182a to the non-active side of one of lobes 160a or 160b, shown as lobe 160b, to permit a continuous supply of make-up oil to the non-active sides of lobes 160a, 160b for better rotational balance, improved damping of vane motion, and improved lubrication of the bearing surfaces of vane 160. The flow of make-up oil does not affect, and is not affected by, the operation of electromechanical actuator 201. Make-up oil will continue to be provided to lobes 160a and 160b.

Although the best mode contemplated by the inventors for carrying out the present invention as of the filing date hereof has been shown and described herein, it will be apparent to those skilled in the art that suitable modifications, variations, and equivalents may be made without departing from the scope of the invention, such scope being limited solely by the terms of the following claims.

What is claimed is:

1. An internal combustion engine, comprising:

a crankshaft, said crankshaft being rotatable about an axis;

a camshaft (126), said camshaft being rotatable about a second axis, said camshaft being subject to torque reversals during rotation thereof;

a vane (160), said vane having first and second circumferentially spaced apart lobes (160a, 160b), said vane being attached to said camshaft, said vane being rotat-

10

able with said camshaft and being non-oscillatable with respect to said camshaft;

a housing (132), said housing being rotatable with said camshaft and being oscillatable with respect to said camshaft, said housing having first and second circumferentially spaced apart recesses (132a, 132b), each of said first and second recesses receiving one of said first and second lobes and permitting oscillating movement of said one of said first and second lobes therein;

means for transmitting rotary movement from said crankshaft to said housing; and,

means for controlling the oscillation of said housing, said control means being reactive to torque reversals in said camshaft for varying the position of said housing relative to said camshaft, said control means comprising:

a spool valve body (198);

a spool (200), said spool being reciprocable within said body and having first and second spaced apart lands (200a, 200b), said spool further having a vent to atmosphere (198d);

a first return line means (194) extending from one of said first recess and said second recess to said spool valve body, one of said first and second lands blocking flow through said first return line means in a first range of positions of said spool within said valve body and permitting flow through said first return line means in a second range of positions of said spool within said valve body;

a second return line means (196) extending from the other of said first recess and said second recess to said valve body, the other of said first and second lands blocking flow through said second return line means in said second range of positions of said spool within said valve body, permitting flow through said second return line means in a first portion of said first range of positions of said spool within said valve body, and blocking flow through said second return line means in a second portion of said first range of positions of said spool within said valve body;

an inlet line means (182) extending from said valve body to each of said first recess and said second recess, said inlet line means permitting hydraulic fluid to flow from said valve body to said each of said first recess and said second recess regardless of the position of said spool, said inlet line means having check valve means (184, 186) for preventing the flow of hydraulic fluid from each of said first recess and said second recess to said valve body;

means for sensing (207a, 207b) the positions of said crankshaft and said camshaft;

an engine control unit (208), said engine control unit for receiving information from said sensing means and for calculating a relative phase angle between said crankshaft and said camshaft using said information;

an electromechanical actuator (201), said electromechanical actuator comprising a variable force solenoid, said variable force solenoid for controlling the position of said spool in response to a signal issued from said engine control unit; and,

means for biasing (202) said spool valve, said biasing means for urging said spool valve to a full advance position during periods when said electromechanical actuator is deenergized.

2. An engine according to claim 1 wherein each of said first and second lobes respectively divides each of said first

5,497,738

11

and second recesses into a first portion and a second portion, each of said one of said first portion and said second portion of said each of said first and second recesses being capable of sustaining hydraulic pressure.

3. An engine according to claim 2 wherein said control means is capable of being reversed to transfer hydraulic fluid out of said one of said first portion and said second portion of said each of said first and second recesses and to transfer hydraulic fluid into said other of said first portion and said second portion of said each of said first and second recesses.

4. An engine according to claim 3 wherein said hydraulic fluid comprises engine lubricating oil, said engine further comprising at least one conduit means (230a) for transferring engine lubricating oil from a pressurized lubricating oil source (230) to said control means and back again in response to said torque reversals of said camshaft.

5. An engine according to claim 4 further comprising means for hydraulically connecting (182a) one of said first portion and said second portion of one of said first recess and said second recess with one of said first portion and said second portion of the other of said first recess and said second recess to permit hydraulic fluid to flow between said one of said first portion and said second portion of said one of said first recess and said second recess and said one of said first portion and said second portion of said other of said first recess and said second recess.

6. An engine according to claim 5 further comprising at least one other conduit means (220a), said other conduit means providing communication for the flow of hydraulic fluid through said valve body to said inlet line means, said other conduit means having second check valve means (222a) for preventing the flow of hydraulic fluid from said inlet line means through said valve body.

7. An engine according to claim 1 wherein said variable force solenoid comprises:

a coil (201a), said solenoid coil for receiving an electrical current from said engine control unit;

an armature (201b), said armature being substantially surrounded by said coil, said armature being connected to said spool, said coil, when energized, for creating a magnetic field sufficient to cause said armature to exert a force upon said spool and induce movement in said spool, said movement corresponding to said signal from said engine control unit;

an air gap, said air gap for separating said coil from said armature; and,

a housing, said housing for providing an enclosure for said coil, said armature, and said air gap.

8. An engine according to claim 1 wherein said electromechanical actuator further comprises a stroke amplifier, said stroke amplifier providing a net gain in force as applied to said vented spool.

9. An engine according to claim 8 wherein said stroke amplifier comprises a lever arrangement (201e).

12

10. In an internal combustion engine having a variable camshaft timing system for varying the phase angle of a camshaft relative to a crankshaft, a method of regulating the flow of hydraulic fluid from a source to a means for transmitting rotary movement from said crankshaft to a housing, comprising the steps of:

sensing the positions of said camshaft and said crankshaft;

calculating a relative phase angle between said camshaft and said crankshaft, said calculating step using an engine control unit for processing information obtained from said sensing step, said engine control unit further issuing a electrical signal corresponding to said phase angle;

controlling the position of a vented spool slidably positioned within a spool valve body, said controlling step being in response to said signal received from said engine control unit, said controlling step utilizing an electromechanical actuator to vary the position of said vented spool, said electromechanical actuator comprising a variable force solenoid;

supplying hydraulic fluid from said source through said spool valve to a means for transmitting rotary movement to said camshaft, said spool valve selectively allowing and blocking flow of hydraulic fluid through an inlet line and through return lines; and,

transmitting rotary movement to said camshaft in such a manner as to vary the phase angle of said camshaft with respect to said crankshaft said rotary movement being transmitted through a housing said housing being mounted on said camshaft, said housing further being rotatable with said camshaft and being oscillatable with respect to said camshaft.

11. The method of claim 10 wherein said variable force solenoid comprises:

a coil, said coil being adapted to receive said electrical signal from said engine control unit;

an armature, said armature being substantially surrounded by said coil, said armature being connected to said spool, said coil, when energized, creating a magnetic field sufficient to cause said armature to exert a force upon said spool and induce movement in said spool, said movement corresponding to said signal from said engine control unit;

an air gap, said air gap separating said coil from said armature; and,

a housing, said housing providing an enclosure for said coil, said armature, and said air gap.

12. The method of claim 10 wherein said electromechanical actuator further comprises a stroke amplifier, said stroke amplifier for providing a net gain in force as applied to said spool.

13. The method of claim 12 wherein said stroke amplifier comprises a lever arrangement.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,497,738

DATED    : March 12, 1996

INVENTOR(S) : Edward C. Siemon and Stanley B. Quinn, Jr.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page

Under [*] Notice: "Jun. 15, 2010" should be --Sept. 3, 2012-- (Because of GATT, the parent's expiration date has been extended.)

Column 1, line 42, delete "on".

Claim 10, line 28, after "crankshaft" insert a --,--;

Claim 10, line 29, after "housing" insert a --,--.

Signed and Sealed this

Seventeenth Day of September, 1996

*Attest:*

BRUCE LEHMAN

*Attesting Officer*          *Commissioner of Patents and Trademarks*

# EXHIBIT 2

**WILLIAM B. RIBBENS**
Born 5/26/37
Grand Rapids, Michigan

**EDUCATION**

The University of Michigan, 1960, B.S., Electrical Engineering
The University of Michigan, 1961, M.S., Electrical Engineering
The University of Michigan, 1963, Ph.D., Electrical Engineering

**PROFESSIONAL HISTORY**

| | |
|---|---|
| 1995-present | *Professor*, Dept. of Aerospace Engineering, U. of Michigan (Prof. Emeritus, 2000-present) |
| 1993-present | *Professor*, Dept. of Elect. Engineering/Comp. Science, U. of Michigan (Prof. Emeritus, 2000-present) |
| 1976-2000 | *Director*, Vehicular Electronics Laboratory, The University of Michigan |
| 1992 | *Member*, Science Advisory Board, Hitachi America, Ltd., Tarrytown, N.Y. |
| 1991 | *Visiting Scientist*, General Motors Tech Center, Warren, Michigan |
| 1984 | *Visiting Professor*, Institut für Fahrzeugtechnik, Technical University of Berlin, Germany |
| 1977 | *Participating Scientist* (January-June), Lawrence Livermore Laboratory, University of California: Development of ultra high speed optical modulator |
| 1975-1976 | *Sr. Research Scientist*, Vehicular Electronics Laboratory, University of Michigan |
| 1972-1993 | *Assoc. Professor*, Department of Electrical Engineering, University of Michigan |
| 1969-1972 | *Assist. Professor*, Department of Electrical Engineering, University of Michigan |
| 1967-1975 | *Research Engineer*, Cooley Electronics Laboratory, University of Michigan |
| 1965-1967 | *Assoc. Research Engineer*, Cooley Electronics Lab, University of Michigan |
| 1962-1965 | *Assist. Research Engineer*, Cooley Electronics Lab, University of Michigan |
| 1961 | *Research Assist.* Electromagnetic Materials Lab, University of Michigan |
| 1960 | *Electrical Engineer*, Lear, Inc., Grand Rapids: Circuit design for aircraft and space vehicle instrumentation |

**TEACHING**

*Graduate Teaching*

My graduate teaching has been grounded in the research carried out in the Vehicular Electronics Lab (VEL). This laboratory has provided RA funding for graduate students at both M.S. and Ph.D. levels. This research facility is second to none at colleges in the United States for basic and applied research on automotive engine/powertrain electronic control modeling and performance measurement. VEL research led to the first practical application of Failure Detection and Isolation (FDI) theory to automotive diagnosis. Additional VEL work has advanced this theory (which originally was suitable only to actuator failure detection) to failure detection and isolation in sensors and to identifying failures or other changes in the dynamic plant under diagnosis. A particularly interesting contribution in the FDI area is a new approach to robust failure detection.

ECE 683-Quantum Optics. This course covers the theory and design principles of lasers and masers. It begins with a review of quantum theory in both Schrodinger and matrix formulation leading to a model for the hydrogen atom. Next, the energy structure for complex atoms in gases and crystalline structure is presented. Study of normal energy level distributions and population inversion follows. Theory and practical techniques for pumping to achieve population inversion are then discussed, including practical methods and pumping sources. The theory of light amplification by stimulated electromagnetic radiation of an optical wave propagating through a medium having an appropriate population inversion is discussed for 3-level and 4-level configurations. Next a discussion of optical resonators is presented in which mode structure and resonant frequencies are determined. The practical influence of mirror reflectivities and coatings are considered at this point. This is followed by a discussion of practical laser configurations including gas lasers, solid state lasers and dye lasers. The course concludes with several design examples.

*Undergraduate teaching (EECS)*

*N139*

EECS 460-Control Theory and Practice. This course teaches the basics of continuous time control theory including such topics as analysis and design of SISO continuous time control systems, stability based upon Routh-Hurwitz and root locus methods, synthesis using frequency domain techniques such as Bode and Nyquist plots.

EECS 459-Advanced Instrumentation. This course incorporated for the first time (as far as I have been able to determine) the use of optimal estimation in a formal course in measurements and instrumentation. The course also included signal analysis techniques such as singular value decomposition and orthogonal subspace projection techniques as applied to measurements.

EECS 450-Advanced Instrumentation. This is a continuation of EECS 359. This course extends the concept of optimum instrument design beyond that which is presently covered in ECE 359. It is devoted to modern digital instrumentation in which digital signal processing plays an important role. This course emphasizes applied digital signal processing in which linear filtering of the signals from noisy sensors achieves measurements having the highest possible signal/noise. Computer aided design of digital signal processing appropriate for the design of instruments having noisy analog sensors are a part of this course. In addition, students learn modeling procedures for sensors and display systems that complete the framework for systematic procedures for optimal instrument synthesis. Performance analysis by analytic methods and computer simulation is also taught.

EECS 359-Electronic Instrumentation and Measurement. This course teaches *fundamentals* of the design of an instrument for any given measurement problem. This is in contrast to most measurement and instrumentation courses which teach ad-hoc solutions to selected measurement problems.

EECS 361-Automotive Electronics. This course presents modeling techniques and performance analysis through computer simulation of automotive electronic subsystems to students having a required background only of linear system theory,. In addition, design of electronic controllers for such automotive subsystems as: engine/powertrain, antilock brakes, 4 wheel steering and occupant protection devices is taught.

ECE 474-Electro Optic Systems. This is a course in electro-optics. It includes the representation of optical fields, the interaction of optical fields with materials and a discussion of the variety of electro-optical devices. This course stresses the modeling, performance analysis and design of major electro-optic components including fast electro-optic modulators, temporal and spatial filters, optical detectors/receivers, optical circulators, piezo-electric beam steering devices and gas lasers.

*Undergraduate teaching (Aerospace Engineering)*

Aerospace Engineering 481-Capstone Aircraft Design. The course objective is for students to design STOL aircraft with gross weight under 19,000 lb (part 23 commuter) capable of carrying out disaster relief operations on unpaved (typically rough field) landing strip with mission length of up to 700 nmi. Lecture topics include weight estimation, aerodynamics, initial layout, initial sizing, trade studies/optimization, propulsion, landing gear, performance, stability and control, load and structural analysis.

Aerospace Engineering 490-Ed Lesher Design Alliance. Supervisor and faculty advisor for this course/project which includes 4 semester hours: lecture, lab and shop). The goal of this project is to complete the design of and to build an aircraft intended to set a new world range record in the C1b weight class (500-1,000 kg max take-off weight). This is a multi-disciplinary, multi-year design and construction project involving students from across the University of Michigan College of Engineering. Before passing away, Prof. Lesher completed a wing for this aircraft, but he was not able to pursue the project further. At the present stage preliminary design, layout, and structural design have been completed. Some production drawings have been finished, fixtures have been built and construction of the final design has begun.

Aerospace Engineering 447-Flight Test Engineering. This experimental laboratory course teaches undergraduate aerospace engineering students basic principles of performance flight testing. Topics include review of aircraft performance modeling and analysis, flight test instrumentation, modern data reduction and analysis principles. In the lab section of the course, students collect data in flights in a high performance single engine aircraft.

## *Thesis Committees and Directed Studies*

### Chairman - Ph.D. Committee

2000  Robert Miller: On-Line Detection of Aircraft Icing: An Application of Optical Fault Detection and Isolation
1993  Tim Himmelspach: A Model Based Sensor Fault Detection and Isolation Approach for Smooth Nonlinear Deterministic Systems with Application
1992  Tsunghua Yu: The Design and Implementation of Fault Detection in Electronically Controlled IC Engines
1991  Robert Riggins: Detection and Isolation of Plant Failures in Dynamic Systems
1991  Yiบang Dong: A Misfire Detection System for the IC Engine
1991  Y. Chang Jaehong Park:  A Unified Theory of Fault Detection and Isolation in Dynamic Systems
1987  Paul Min: Detection of Incipient Failures in Dynamic Systems
1986  Giorgio Rizzoni:  A Dynamic Model for the IC Engine

Member - Ph.D. Committees:  I have served on numerous Ph.D. committees during my tenure at the University of Michigan

Chairman - Master Thesis Committee:  There have been dozens of Masters students over the years.  I have only listed those from the past several years.

  Michael Linbalshi:  Model Based Diagnosis of Automotive Engine Sensor Failures
  Bruce Bryant:  Neural Network-Based Cold Test Engine Diagnosis
  Mitra Nasach:  Diesel Engine Diagnosis System
  Giorgio Rizzoni:  High Speed Optical Modulator
  Norm Mansour:  Digital Engine Data Collection System
  Paul Min:  A Surface Roughness Measurement Instrument
  Harry Nichols:  Torque Nonuniformity Measurements
  Cary Wilson:  A Microcomputer Based Scoring System for Contest Scoring

### Directed Study/Individual Student Projects

1995      EECS 497:  Autonomous Unmanned Reconnaissance Vehicle Design
1991      EECS 497/499:  Solar Car Project.  Directed 14 students in directed study Solar Car projects
1989      Supervised student SAE Mathaniel Marathon Design/Contest
1885-1991  EECS 590 & 499:  Directed an average of 9 student projects per year

## RESEARCH

### *Aerospace Engineering Research*

Computer-Aided Diagnosis of Failures in Aircraft Systems.  This research has applied failure detection and isolation (FDI) theory to diagnosing failures or partial failures in flight control systems. Such failures can include calibration changes in sensors or wear induced backlash in control surface actuators for example.  Basically any change in a system that affects the performance and dynamic response of the aircraft to flight control inputs can be detected and uniquely identified relative to other potential failures.  The FDI method involves a computer simulation of the dynamic response of the nominal (unfailed) system to control inputs.  A comparison of the actual (measured) and computed (simulation) response via a specific failure detection filter (FDF) uniquely isolated the failed component.  This research has demonstrated the practical feasibility of diagnosing failures or partial failure of flight control systems, subsystems or components.

Ice Detection.  Ice accumulation on a control surface resulting, for example, to a failed deicing boot on a horizontal stabilizer is equivalent to a partial failure in a pitch control system.  Such ice accumulation has been shown by our research to be diagnosable using FDI methodology (as described above).  We have demonstrated the practical feasibility of detecting ice accumulation on a horizontal stabilizer via actual flight test data.

Aircraft Antilock Brake System.  We have recently developed a high performance aircraft antilock brake system based upon a sliding mode observer (SMO) for estimating braking force.  A controller for optimizing braking drag force that uses the SMO estimate has been developed.  A method of suppressing gear walk (a normal phenomenon in aircraft brakes) has also been demonstrated.

63B

## *Vehicular Electronics Research*

The Vehicular Electronics Laboratory (VEL). Was established to conduct research in electronic systems and devices which are applicable to all vehicles. This research has largely been devoted to the following technical areas:

* Sensor and actuator research for automotive engine control applications
* Development of robust global mathematical model for engine drivetrain system
* Computer assisted diagnostic system for electronically controlled engines
* Incipient failure detection system for electronically controlled engines
* Failure detection and isolation system for automotive engine sensors and actuators
* Misfire detection system for automotive engines
* Signal processing for automotive crash sensing

VEL research has had a variety of industry and governmental sponsors. The work has primarily involved developing instrumentation systems for vehicular control or measurement applications. In particular, VEL research has focused on the important areas of sensor and actuator development for automotive electronic engine and drivetrain control.

VEL has developed a number of non-contacting sensors for measurement of engine torque. In addition, VEL has found a metric for quantitatively representing the nonuniformity in engine torque and has developed relatively inexpensive instrumentation for measurement of this metric. This concept has been successfully tested in actual automotive experimental tests, and has led to 3 patent applications.

VEL has developed a relatively straightforward dynamic model and equivalent circuit for engine drivetrain systems, which is applicable to any arbitrary land vehicle. This model has proved to be highly successful in developing non-contacting instrumentation for low-cost engine performance measuring instrumentation. The application of this research to engine control has led to a patent. In addition, VEL has developed instrumentation for Electro-magnetic interference associated with spark ignited engine ignition systems.

The most important work to date is the application of failure detection and isolation theory to diagnostic problems with automotive electronic systems. Important new contributions to the theory (FDI) have permitted an extension of the method (originally developed at MIT for actuators only) to sensor failures as well as changes in the dynamics of the system being diagnosed. Moreover, VEL made the first actual demonstration of diagnosis via FDI methods in actual experimental tests in vehicles. This work has received widespread Int'l recognition.

From 1989 to the present time VEL has developed and refined a system for detecting misfires in automotive engines that has the potential to meet new stringent government regulations for onboard real time diagnosis of problems with the emission controls system. This work is an outgrowth of engine/powertrain dynamic mathematical models. The method incorporates noncontacting sensor and advanced signal processing to detect misfires with combined error rates in the range of 10%. Several patents have been issued resulting from this work.

## *Surface Metrology Research*

The optical metrology studies which began under ARPA sponsorship have continued to the present under NSFG support. This work has led to numerous methods for measuring the surface roughness of non-transparent materials. Initially the methods were restricted to surfaces whose rms roughness is small compared to the wavelength of the light. The most recent method is applicable for arbitrarily rough surfaces compared to wavelength.

The optical metrology research has also studied contour measurements of certain biological specimens such as the development of a technique for measuring corneal edema using double exposure holographic interferometry. The feasibility of this method has been demonstrated experimentally for simulated measurements of corneal swelling *ex-vivo*. The major contribution here was development of a suitable scale factor which gives a fringe spacing adequate for sampling the corneal edema. The continuation of this investigation is attempting to develop practical methods of implementing the procedure *in-vivo*.

63C

*Optical Signal Detection and Coherence Studies*

This research was intended to develop techniques and instrumentation for detecting partially coherent laser light in a non-coherent background. The most interesting aspect of this problem was the restriction to very low (coherent signal)/(non-coherent noise) and low absolute light levels. In this case, temporal coherence is difficult to detect because a very small number of photons are arriving in any time resolution interval. It is essentially impossible to identify whether an individual photon is coming from a coherent or non-coherent source. On the other hand, an interesting physical effect, which is explained by quantum electrodynamics and which is called photon bunching, enables the study of temporal coherence at low light levels. The theoretical basis of our investigation is the conditional probability density of the arrival of a second photon at a time delay given the arrival of a first photon at time $t$. The shape of the curve of this probability function vs. $t$ provides a means of measuring temporal coherence.

In a related problem we studied the scattering of laser light by atmospheric particles. Specifically we are investigating the small but non-zero off axis scattering which occurs near the axis. The waveform of received light at a location near the axis provides enough information to estimate the location of the basic source by means of parameter estimation theory.

*Optical Metrology and Inspection Research*

The optical metrology work began in 1969 under ARPA sponsorship with a study of nondestructive measurements of defects in materials. This study led to research in surface roughness measurements and to ultrasonic inspection of object defects.

This latter program was entitled Ultrasonic Holography Studies by the sponsor. However, it could more properly be titled Optical Data Processing of Recorded Ultrasonic Signals. The method which was developed employed synthetic aperture techniques in which an ultrasonic transducer was scanned across the object under study. The reflected signals were recorded on film and optically processed. The majority of the research was devoted to finding an optimum recording format and an optimum spatial filter for the processor.

*Electro-Optics Research*

Research in electro-optics began in 1967 under sponsorship of USAECOM. The study was intended to develop a special purpose secure optics communication system. Two way communication over a single optical beam using a single laser beam was achieved. Among the contributions of this study was the development of the first reported optical circulator and isolator.

## GRANTS AND CONTRACTS

The following is a representative listing of research grants/contracts

| Title | Source | Year | Funding |
|---|---|---|---|
| Computer Based Diagnosis of Ultra-low Emission SI Engine | Ford | 1995-1997 | $ 90,000 |
| Misfire Detection System Evaluation | USCAR | 1994-1995 | $104,509 |

This project evaluated the performance of the VEL misfire detection system on a large US made car with a V8 engine and automatic transmission. A decision algorithm was developed that is a function of operating conditions. The performance of this system is as good as any that have been developed in the world.

| Study of Electromagnetic Interference in Automobiles | Hyundai-N. Amer. | 1994-1997 | $196,741 |

This project conducted a thorough review of the entire electrical system of the Hyundai S coupe model. The analysis was based upon the circuit topology and was implemented using SPICE software. Major problems were identified and new circuit configurations have been recommended to the sponsor.

| Design of a New Displacement Sensor for Surface Metrology | Precision Devices | 1994 | $ 39,875 |

This project has developed an entirely new sensor configuration for use in surface roughness measuring instrumentation. The sensor and associated signal conditioning circuitry were developed through a laboratory prototype stage.

| Misfire Detection in Hyundai Cars | Hyundai N. Amer. | 1993-1994 | $ 78,440 |

This project is similar in scope and study to the Volvo project described below except that the powertrain configuration is for a 4 cylinder engine with a 5 speed manual transmission.

**Misfire Detection in Volvo Automotive Engines**      Volvo Motor Co.    1992-1994    $168,947

This project has evaluated the performance of the VEL developed misfire detection system in Volvo cars equipped with both manual and automatic transmissions. The system originally developed at VEL was modified to adapt to the Volvo powertrain and incorporated a neural network as part of the decision algorithm.

**Misfire Detection in Cars Equipped with Automatic Transmission**    Volvo Cars    1992-1993    $ 93,569

The goal of this project is to assess the feasibility of new signal processing/analysis techniques to misfire detection. The use of singular value decomposition and orthogonal subspace projection are some of the techniques which computer simulation has shown extends the envelope of engine operation for which our failure detection method is applicable.

**Crash Signature Detection**      Auto.Sys.Lab.    1991-1992    $132,561

The goal of this project is the assessment of the feasibility of detecting automotive crashes using neural networks. The neural network is configured to recognize the pattern of a signal from a sensor mounted in an automobile due to a crash of sufficient intensity to require deployment of an airbag. Moreover, it must discriminate such crashes from low level crashes and from noncrash events having very similar signatures.

**Misfire Detection in Manual Transmission Cars**    Peugeot SA    1991-1992    $ 60,000

The purpose of this project is to study the ability of VEL developed instrumentation and procedures for detecting misfires in cars equipped with manual transmission. The VEL methods have already been shown to be capable of detecting misfires in cars with automatic transmission and, in fact, is the recommend method for misfire detection by the government agencies mandating such equipment (i.e., EPA and California Air Resources Board). This method is covered in 3 patents that have been issued by W.B. Ribbens and G. Rizzoni.

**Neural Network Application to Engine Cold Test**    Ford Motor Co.    1990-1991    $ 59,800

This project has successfully demonstrated the ability of neural networks to detail and isolate defects in engines at the end of assembly. The test engine is instrumented to make a set of measurements which provide data to the neural network. In this project, 25 separate manufacturing defects have been shown to be readily and inexpensively detectable.

**Center for Highway Truck**      DOT Subcontract    1990-1991    $ 25,000

VEL has been funded as a subcontract of a project funded by DOT as part of a center which has been established in the general area of diagnosis of problems in heavy trucks. This project has led to the first practical implementation of failure detection and isolation (FDI) theory for diagnosis of truck engine/drivetrain problems. Custom integrated circuits have been developed having optimal architecture for diagnosis by FDI methods.

**Failure Detection in Suspension Systems**    Ford Motor Co.    1989-1990    $ 60,000
**Diesel Engine Diagnosis**      DOT Subcontract    1989-1990    $ 25,000
**Misfire Detection**      Hitachi    1989-1990    $ 30,000
**Engine Diagnosis System**      IBM    1989-199    $130,000

This project has implemented mathematical model based diagnosis methods developed at VEL in a PC computer. This study led to the first published report of successful diagnosis via advanced signal processing and model based diagnostics of failures or problems in IC engines. PC based diagnostic work stations are now coming into widespread use in automotive maintenance facilities. This project supported three graduate students.

**Truck Diagnostics (See description above)**    DOT Subcontract    1988-1989    $ 25,000
**Failure Detection of Automobile Subsystems**    Ford Motor Co.    1987-1988    $ 40,000

This project has successfully demonstrated that mathematical model based diagnosis of automotive engine problems (as well as problems in other dynamic systems) are practical. In this study, a major extension of failure detection and isolation theory (FDI) to failures in sensors was made. This important theoretical contribution was supported and fully validated by actual experimental diagnosis of heretofore undetectable failures in various automotive sensors. This project funded one graduate student.

**Expert System Development**      United Tec. Auto.    1986    $ 29,192
**Fault Detection and Isolation**      CPC Div. GM    1986    $ 69,000
**Engine Diagnostics**      General Motors    1985-1986    $ 80,000
**Computer Aided Diagnosis of Engine Problems**    BOC of GM    1985-1986    $ 97,124
**Detection of Driveline Defects**      UMTA    1985-1986    $ 33,000
**Knock Detection in IC Engines**      Borg Warner Corp.    1985-1986    $ 30,000
**Engine Torque Measurement System**      Ford Motor Co.    1982-1984    $ 21,000

| | | | |
|---|---|---|---|
| Noncontacting Measurement of I-C Engine | Borg Warner Corp. | 1981-1984 | $133,890 |

This project developed an inexpensive, noncontacting method and instrument for measuring the torque of an engine. A sophisticated model for the engine/drivetrain combined with a crankshaft speed measurement were key elements in the success of this study.

| | | | |
|---|---|---|---|
| Magnetostrictive Torque Sensor | Aisin Laboratories | 1982 | $ 10,500 |
| Engine Torque Sensor | General Motors | 1978-1980 | $ 70,000 |
| Electromagnetic Interference Due to Automotive Ignition | MVMA | 1978 | Unavailable |
| Oxygen Mass Flow Sensor | Bendix Research | 1978 | Unavailable |
| Electronic Ignition System Development | Bendix Research | 1977 | Unavailable |
| Electronic Fuel Injection System Development | Bendix Research | 1976 | Unavailable |
| Exhaust Gas Sensor Development | General Motors | 1976 | Unavailable |
| Study of Electronic Sensor for Electronic Ignition System | Prestolite | 1975 | $ 27,000 |

## PUBLICATIONS

Articles in refereed journals, transactions or archives

Ribbens,W.B. Detection of Ice on Aircraft Tail Surfaces. To be presented at FAA In-Flight Icing/Ground De-Icing Int'l Conference, Chicago, Illinois, June 13-11, 2003. In Press.

Ribbens,W.B. and R. Fredericks. Sliding mode observer-based ABS for aircraft and land vehicles. SAE Int'l Congress and Exposition, Detroit, MI, 2003. In Press.

Ribbens,W.B., Riggins, R.N. Designed inputs for detection and isolation of failures in the state transition matrices of dynamic systems. IEEE Trans. on Control Syst. Tech., Vol. 5, No. 2, March, 1997.

Ribbens,W.B., J.Park and G.Rizzoni. On the representation of sensor faults in fault detection filters. Automatica 30 (11)1793-1795, Nov 1994.

Ribbens,W.B. and P. Min. A vector space solution to incipient sensor failure detection with application to automotive environ. IEEE Trans. on Vehicular Technology, 38 (3), 1990.

Ribbens,W.B., M.Linbaldo, G.Rizzoni and K.Marko. Failure detection algorithms applied to control system design for improved diagnostics and reliability. SAE Trans. Int'l Congress, Detroit, No.880726,1988.

Ribbens,W.B. and P.Min. Detection of incipient Sensor failures in internal combustion engines. Proc. 18th Int't Symp. on Automotive Technology and Automation, Florence, Italy, 1988.

Ribbens,W.B. Torque nonuniformity measurements in gasoline fueled passenger cars equipped with automatic transmission: Theory and experimental results. SAE Trans. Int'l Congress, No.860414, 1986.

Ribbens,W.B. Experimental road test of noncontacting method of measuring I-C engine torque nonuniformity. SAE Trans.Int'l Congress, No.850454,1985.

Ribbens,W.B. Measurement of electromagnetic radiation from automotive ignition systems. Trans. EMC, 1982.

Ribbens,W.B. A model for assessing the impact of an impulsive noise process on land mobile communication. IEEE Trans., EMC-23 (1)13-19,1981.

Ribbens,W.B. and E.Marrone. Dual index of refraction holographic contour mapping over a large range of contour spacing. App. Optics, 1975.

Ribbens,W.B. Surface roughness measurement by holographic interferometry. App. Optics, 11:807-811, 1972.

Ribbens,W.B. Surface roughness measurements by two wavelength holographic interferometry. App.Optics, 1974.

Ribbens,W.B. Interferometric surface roughness measurement. App. Optics, 1969.

Ribbens,W.B. Use of coherent optics for surface roughness studies. Proc.IEEE, 1037-1038, 1968.

Ribbens,W.B. An electronically tunable filter. Audio Eng. Soc.J., 1968.

Ribbens,W.B. An optical circulator using quarter wave plates. App. Optics, 1967.

Ribbens,W.B. Author's reply to comment on optical circulators. App. Optics, 1967.

Ribbens,W.B. A tunable band-pass filter. IEEE Trans. on Magnetics, Mag-2 (3), 1966.

Ribbens,W.B. An optical circulator. App.Optics, 4:77, 1965.

Ribbens,W.B. Technique for broad-band harmonic generation. Proc. IEEE, 52 (8), 1964.

Ribbens,W.B. Note on the size independence of magnetostatic modes. Proc. IRE, 1963.

Ribbens,W.B. A quasi cascaded parametric amplifier. J. Appl. Phys., 33 :757-758, 1962.

Ribbens,W.B. Spectral response of nonlinear devices. Proc. IRE, 49 :1700, 1961

Refereed conference or symposium presentations

Ribbens, W.B. and R.H. Miller. Detection of the Loss of Elevator Effectiveness Due to Icing. No. 99-0637, 37th Aerospace Sciences Mtg., AIAA, Jan. 1999, Reno, Nevada.

Ribbens, W.B. and R.H. Miller. The Effects of Icing on the Longitudinal Dynamics of an Icing Research Aircraft. No. 990636, 37th Aerospace Sciences Mtg., AIAA, Jan. 1999, Reno, Nevada.

Ribbens, W.B. and R.H. Miller. Detection of Icing and Related Loss of Control Effectiveness in Regional and Corp. Aircraft. General, Corp, and Regional Aircraft Mtg. And Expo, SAE, Wichita, Kansas, April, 1999.

Ribbens, W.B., P.P.Khargonekar and D.Shim. Engine Idle Speed Control. Proc.of Amer. Control Conf., Seattle, WA, June 21-23,1995.

Ribbens, W.B. and S.Bieser. Advanced Signal Processing for Misfire in Automotive Engines. Proc.of 1995 IEEE Int'l Conf. on Acoustics, Speech and Signal Processing, Detroit, MI, May 9-12, 1995.

Ribbens, W.B. Use of Modern Instrumentation and Digital Signal Processing in the Teaching of Performance Flight Testing, 33rd Aerospace Sciences Meeting and Exhibit, Reno, NV, AIAA 95-0461, Jan. 9-12, 1995.

Ribbens, W.B., J.Park and D.Kim. Application of neural networks to detecting misfire in automotive engines. Proc. of 1994 IEEE Int'l Conf. on Acoustics,Speech and Signal Processing, Part 2, Adelaide, Aust. 419-422.

Ribbens, W.B. and J.Park. Application of advanced signal processing techniques to misfire detection in automotive engines. Proc.of 1994 Int'l Mech.Eng.Congress and Exposition, Chicago, IL, 1106-1111.

Ribbens, W.B. and D.Lee. Detection of partial misfire in I-C engines using a measurement of crankshaft angular velocity. Proc.of 1994 Int'l Mech.Eng.Congress and Exposition, Chicago, IL, 19941106-19941111.

Ribbens, W.B., J.Park and G.Rizzoni. On the representation of sensor faults in fault detection filters. Proc.of 32nd IEEE Conf. on Decision and Control, Part 2(of 4), San Antonio, TX, 19931215-19931217.

Ribbens, W.B. Distinguishing changes in plant dynamics from actuator or sensor failures for failure detection in nonlinear plants. Winter Annual Meeting of the Amer.Soc.of Mech.Engineers, Anaheim, CA, 1106-1113.

Ribbens, W.B. and G.Rizzoni. An integrated circuit engine analyzer for I-C engine on-board diagnostics. Proc. FISITA Int'l Cong, London, 1992.

Ribbens, W.B. and R.R.Riggins. Detection and isolation of plant failures in dynamic systems. Proc.Amer.Control Conf., Boston, 1991.

Ribbens, W.B. Distinction of actuator failures from plant dynamic changes. Trans. IFAC Conf. on Fault Detection and Safety, Baden-Baden, Germany, 1991.

Ribbens, W.B. Onboard diagnosis of engine misfires. Trans. SAE Passenger Car Exposition, Dearborn, 1990.

Ribbens, W.B. The application of failure detection and isolation theory to automotive diagnosis. Int'l Conf. on Advanced Mechatronics, Tokyo, Japan, 1990.

Ribbens, W.B. and G.Rizzoni. Crankshaft position measurement for engine testing. Control & Diagnostics, 39th IEEE Vehicular Technical Conference, San Francisco, 1989.

Ribbens, W.B. Failure detection in 4 wheel steering systems. Proc. 19th Int'l Symp.on Automotive Technology and Automation. Florence, Italy, 1989.

Ribbens, W.B. Failure diagnosis for automotive engines. Proc. 18th Int'l Symp.on Automotive Technology and Automation. Florence, Italy, 1988.

Ribbens, W.B., Ybing Dong and G.Rizzoni. Fault tolerant crankshaft position measurement with applications to ignition timing diagnostics and performance measurements. SAE Trans.Passenger Car Exposition, Dearborn, No.871914, 1987.

Ribbens, W.B. and M.Nasseh. Incipient failure detection in bus engine components. SAE Trans. Truck and Bus Exposition, Dearborn, No.872269, 1987.

Ribbens, W.B. A new metric for torque nonuniformity. SAE Trans.Int'l Congress, No.830425, 1983.

Ribbens, W.B. A noncontacting torque sensor for the internal combustion engine. SAE Trans.Int'l Congress, No.810155, 1981.

Ribbens, W.B. Electromagnetic interference in automobiles. Proc.Convergence, 1976.


Other conference or symposium presentations

Ribbens, W.B. and Badalament, M. Idle speed control via individual cylinder spark control. SAE Int'l Cong & Expos, Cobo Hall, Detroit, MI, Feb. 27-Mar. 1, 1997.

Ribbens, W.B. and S.Dukcum. Misfire Detection in Automotive Engines with Computationally Efficient Algorithms, SAE Int'l Congress and Exposition, Detroit, MI, Feb. 27-Mar. 2, 1995.

Ribbens, W.B. Application of Neural Networks to Detecting Misfire in Automotive Engines, SAE Int'l Congress and Exposition, Detroit, MI, Feb. 23 - Mar. 1, 1994.

Ribbens, W.B. Mathematical model based method for diagnosing failures in automotive electronic systems. Int'lCongress and Exposition, Detroit, MI, 19910225-19910301.

Ribbens,W.B. and G.Rizzoni. Onboard diagnosis of engine misfires. Passenger Car Meeting and Exposition, Dearborn, MI, 19900917-19900920.

Ribbens,W.B. A mathematical model based method for diagnosing failures in automotive electronic systems. Trans. SAE Int'l Congress, Detroit, No.910069, 1991.

Ribbens,W.B. Failure detection in electronically controlled 4-wheel steering systems. ISATA Conference, Florence, Italy, 1990.

Ribbens,W.B. New trends in electronic technology in the N. Amer. automotive market- Electronic Delphi, Keynote address to Plenary Session. Equipauto Session Technique, Paris, France, 1989.

Ribbens,W.B. and G.Rizzoni. Applications of precise crankshaft position measurement for engine testing control and diagnosis. SAE Int'l Congress. No.890885, 1989.

Ribbens,W.B. New trends in electronic technology in the N. Amer. Market. Invited keynote address for Int'l Congress of Societe Ingenieurs de L'automobile (French Soc. of Automotive Engineers), Paris, 1989.

Ribbens,W.B. Torque nonuniformity measurements in gasoline fueled passenger cars equipped with automatic transmission - Theory and experimental results. SAE Int'l Congress, Detroit, 1986.

Ribbens,W.B. Experimental road test of noncontacting method of measuring I-C engine torque nonuniformity. SAE Trans., 1985.

Ribbens,W.B. A new metric for torque nonuniformity. SAE Int'l Congress, Detroit, 1983.

Ribbens,W.B. A non-contacting torque sensor for the internal combustion engine. SAE Int'l Congress, Detroit, 1981.

Ribbens,W.B. A torque sensor for internal combustion engines. ISATA, Stockholm, Sweden, 1981.

Ribbens,W.B. A non-contacting IC engine torque sensor under steady state conditions. Int'l Symp. on Automotive Technology and Automation, Graz, Austria, 1979.

Ribbens,W.B. Measurement of atmospheric particle density by transient backscatter. Optical Soc.Am., Anaheim, California, 1976.

Ribbens,W.B. Observations of the use of a project assignment in undergraduate engineering education. Proc.ASEE, 1973.

Ribbens,W.B. A new laboratory curriculum for instrumentation. Proc.ASEE, 1973.

Ribbens,W.B. A tunable band-pass filter. Intermag. Conf. Dig., 1965.


Books

Ribbens,WB *Understanding Automotive Electronics* , 5th Ed. (English, Italian and Spanish), Newnes Pub., 1998.

Ribbens,WB *Understanding Automotive Electronics* , 4th Ed. (English and Italian), MacMillan Pub., 1992.

Ribbens,WB Electronic engine control. Chapter in: *Automotive Fuel Economy Handbook* , Pergamon Press, 1983.

Ribbens,WB and N.Mansour. *Understanding Automotive Electronics*. Eds. 1-3, TI, Dallas, Texas, 1982.

Ribbens,WB *Fundamentals of Electronic Instrumentation for Measurements*. Campus Pub., Ann Arbor, MI 1973.


Government, University or Industrial Reports

1990   Applications of failure detection and isolation theory to electronically controlled diesel engines, USDT.

1988   Failure detection in sensors and actuators on Ford Taurus, Ford Motor engineering staff.

1987   Incipient failure detection in bus engines, DOT.

1987   Engine diagnostics studies, General Motors.

1987   Noncontacting measurements of IC engine torque, Borg Warner.

1986   Failure detection and isolation. General Motors.

1978   Effects of automotive electromagnetic radiation on land mobile communication systems, MVMA.

## SERVICE

1987-present   Member, SAE Committee on Computer Based Diagnostics.

1990-1991   Organizer and Chair of session on Sensors and Actuators at ISATA Conference,    Florence, Italy.

1990-1991   Chair, Electronic Diagnostic Aids for SAE.

1990-1991   Reviewer, IEEE Transaction of Vehicle Technology.

1989-1991   SAE Faculty Advisor - named outstanding chapter in N. Amer.

1988-1989   Coordinating Committee & Session Organizer, SAE Int'l Symp. on Auto. Tech. & Automation

1986-1987   Assistant Chairman, Electronic Engine Control and Driveline Management Session, IEEE/SAE.

## ADDENDUM

### ADDRESS

4889 Greenook Ct., Ann Arbor, MI 48103

### CONSULTING (CURRENT AND/OR WITHIN LAST FOUR YEARS)

Crane Aerospace – aircraft antilock brake control system
Smiths Aerospace – confidential aircraft-related project
Trans/Air Mfg. (Dallastown, PA) – analysis of circuit protection for bus air conditioning system

### PUBLICATIONS (WITHIN LAST FIVE YEARS)

"A Sliding Mode Observer Based ABS for Aircraft and Land Vehicles" with Ron Fredericks,
SAE Int'l Congress and Exposition, Detroit, MI, Mar. 3-6, 2003, SAE paper # 2003-01-0252
"Detection of Ice on Aircraft Tail Surfaces," Joint SAE-FAA Int'l Conference on Aircraft Icing/
Ground De-icing, Chicago, IL, June 2003

### OTHER CASES AS EXPERT OR CONSULTANT (WITHIN PAST FOUR YEARS)

Automotive Technologies v. BMW of N. America et al, 01-CV-71700-07, E.D. Michigan
(Southern Division) [consulted for Automotive Technologies, who was represented by
Baniak, Pine & Gannon]

Gordon Howard Assoc. Inc. & Pacific Insight Electronics Corp. v. Payment Protection Systems,
Inc., 02-CV-D-0517 (MJW), D. Colo. [consulted for Payment Protection Systems, Inc.,
who was represented by Burns, Doane, Swecker & Mathis]

Arctic Cat Inc. v. Injection Research Specialists Inc. & Pacer Industries Inc., 01-CV-543
(MJD/RLE), D. Minn. [consulted for Injection Research Specialists Inc., who was
represented by McDermott, Will & Emery]

# EXHIBIT 3

**REDACTED**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of December, 2006, the attached **OPENING**

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' DAUBERT MOTION TO LIMIT**

**TESTIMONY OF DEFENDANTS' EXPERT WILLIAM B. RIBBENS: REDACTED**

**PUBLIC VERSION** was served upon the following counsel of record in the manner indicated:


Richard K. Herrmann, Esquire                                   <u>VIA ELECTRONIC MAIL</u>
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801


Hugh A. Abrams, Esquire                                        <u>VIA ELECTRONIC MAIL</u>
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603




                                        */s/ Tiffany Geyer Lydon*
                                        _____
                                        Tiffany Geyer Lydon

154486.1