## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-048-SLR |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) | |
| Defendants. | ) ) | |
| BORGWARNER INC., | ) ) | **PUBLIC VERSION** |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) ) | |
| Counterdefendants. | ) | |

## COMBINED DECLARATION OF MARY B. MATTERER
## IN SUPPORT OF BORGWARNER'S *DAUBERT* MOTIONS

*OF COUNSEL:*

SIDLEY AUSTIN BROWN & WOOD, LLP
Hugh A. Abrams
Thomas D. Rein
Lisa Schneider
Marc A. Cavan
Lara V. Hirshfeld
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Date:  December 14, 2006
Redacted Version:  December 21, 2006

Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for BorgWarner Inc. and
BorgWarner Morse TEC Inc.*

I, Mary B. Matterer, do hereby declare and say as follows:

1.     I am a member in good standing of the Bar of the State of Delaware and a partner at the law firm of Morris, James, Hitchens & Williams LLP, counsel to Defendant BorgWarner Morse TEC Inc. and Defendant/Counterclaimant BorgWarner Inc. (collectively "BorgWarner") in the above action.

2.     I submit this declaration in support of BorgWarner's Daubert Motions:

      i.     Memorandum In Support of Defendants' *Daubert* Motion to Exclude Expert Testimony of Leslie J. Kasper and Roger L. May Regarding Plaintiffs' Reliance on an Opinion Of Counsel to Rebut Defendants' Willful Infringement Claim; and

     ii.     Defendants' *Daubert* Motion to Exclude Expert Testimony of Leslie J. Kasper and Roger L. May on Issue of Damages.

3.     Attached hereto as Exhibit 1, submitted under seal, is a true and correct copy of the Expert Report of Leslie J. Kasper[1].

4.     Attached hereto as Exhibit 2, submitted under seal, is a true and correct copy of the Expert Report of Roger L. May.

5.     Attached hereto as Exhibit 3, submitted under seal, is a true and correct copy of the November 7, 2006 deposition transcript of Roger L. May.

6.     Attached hereto as Exhibit 4, submitted under seal, is a true and correct copy of the November 15, 2006 deposition transcript of Leslie J. Kasper.

7.     Attached hereto as Exhibit 5, submitted under seal, is a true and correct copy of the cited pages of the January 19, 2006 deposition of Toshihiro Inuzuka.

---

[1]  Please note that the exhibits accompanying the expert reports have not been attached, but will be made available upon request.

8.      Attached hereto as Exhibit 6, submitted under seal, is a true and correct copy of the cited pages of the January 19, 2006 deposition of Taro Kashima.

9.      Attached hereto as Exhibit 7, submitted under seal, is a true and correct copy of the Expert Report of Cate M. Elsten.

10.     Attached hereto as Exhibit 8, submitted under seal, is a true and correct copy of the Expert Report of John C. Jarosz.

11.     Attached hereto as Exhibit 9, submitted under seal, is a true and correct copy of the cited pages of the November 21, 2006 deposition of John C. Jarosz.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  December 14, 2006

Mary B. Matterer

3

# EXHIBIT 1

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 3

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 4

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 5

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 6

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 7

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 8

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 9

# EXHIBIT REDACTED IN ITS ENTIRETY