# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HITACHI, LTD. and HITACHI AUTOMOTIVE )
PRODUCTS (USA), INC., )
)
        Plaintiffs, )
)
)
        v. )
)
BORGWARNER INC. and BORGWARNER )
MORSE TEC INC., )
)
        Defendants. )
_____)
BORGWARNER INC., )
)
        Counterclaimant, )
)
        v. )
)
HITACHI, LTD. and HITACHI AUTOMOTIVE )
PRODUCTS (USA), INC., )
)
        Counterdefendants. )
_____)

**REDACTED**
**PUBLIC VERSION**

C.A. No. 05–048–SLR

---

## COMBINED APPENDIX IN SUPPORT OF HITACHI, LTD.'S AND HITACHI AUTOMOTIVE PRODUCTS (USA), INC.'S SUMMARY JUDGMENT REPLIES

*Of Counsel:*

Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
C. Edward Polk
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300

William J. Robinson
Foley & Lardner LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
(310) 277-2223

Dated: December 19, 2006

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. # 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs Hitachi, Ltd. and
Hitachi Automotive Products (USA), Inc.*

# TABLE OF CONTENTS

27.

28.

**REDACTED**

29.

30.

31.    8/23/95 Interview Summary (BW 002362)

32.

**REDACTED**

33.

34.    1/4/94 Interview Summary (BW 002148)

35.    '738 Application (BW 002081-2109)

36.

37.

38.

39.

40.

41.

**REDACTED**

42.

43.

44.

45.

46.

47.

48.

# EXHIBIT 27

**REDACTED**

# EXHIBIT 28

# REDACTED

# EXHIBIT 29

**REDACTED**

# EXHIBIT 30

# REDACTED

# EXHIBIT 31





**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/056,635 | 05/03/93 | SIEMON | 34M1/0823 |

| | | E | SZMUC |
|---|---|---|---|
| | | LO,W | |
| | | ART UNIT | PAPER NUMBER |
| | | 3402 | 20 |

DATE MAILED:

BORG-WARNER AUTOMOTIVE, INC.
PATENT DOCKET ADMINISTRATOR
6700 18-1/2 MILE ROAD
P. O. BOX 8022
STERLING HEIGHTS, MI 48311-8022

**EXAMINER INTERVIEW SUMMARY RECORD**

All participants (applicant, applicant's representative, PTO personnel):                    08/23/95

(1) Mr. David Spenard                    (3) _____

(2) Ex. Weihua Lo                    (4) _____

Date of interview: 8/14/95

Type: ☒ Telephonic  ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☒ No. If yes, brief description: _____

Agreement ☒ was reached with respect to some or all of the claims in question. ☐ was not reached.

Claims discussed: 1, 7, 8, 9, and 11

Identification of prior art discussed: Art of record

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: Agreement was reached that "variable force solenoid" is allowable and claim 1 would be more clearly defined by including such limitation which is in claim 7 (will be canceled) and dependencies of claims 8 and 9 will be changed from 7 to 1.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☒ It is not necessary for applicant to provide a separate record of the substance of the interview.

☒ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Examiner's Signature

PTOL-413 (REV. 1-84)

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

BW 002362

# EXHIBIT 32

**REDACTED**

# EXHIBIT 33

**REDACTED**

# EXHIBIT 34



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/056,625 | 05/03/93 | SIEMON E | 92007 |

LO,W

34M1/0104

BORG-WARNER AUTOMOTIVE, INC.
PATENT DOCKET ADMINISTRATOR
6700 18-1/2 MILE ROAD
P. O. BOX 8022
STERLING HEIGHTS, MI 48311-8022

| | EXAMINER |
|---|---|
| LO,W | |
| ART UNIT | PAPER NUMBER |
| 2402 | 11 |

DATE MAILED: 01/04/94

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) Mr. David Spenard

(2) Ex. Nelson Lo

(3) _____

(4) _____

Date of Interview: 12/22/93

Type: ☑ Telephonic ☐ Personal (copy given to ☐ applicant ☐ applicant's representative)

Exhibit shown or demonstration conducted: ☐ Yes ☑ No.    If yes, brief description: _____

Agreement ☐ was reached with respect to some or all of the claims in question. ☑ was not reached.

Claims discussed: all

Identification of prior art discussed: Art of record

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: Upon further review, claims are not patentable. Agreement could not be reached and an office action will be issued.

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☑ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachment) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Examiner's Signature

PTOL-413 (REV. 1-84)

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

BW 002148

# EXHIBIT 35

08 056635

PATENT APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PT13158 05/20/93 08056635          02-3182  140  101      754.00CH  92007

PTO-1556
(5/87)

BW 002081

92007                    -28-                    08/056635

## ABSTRACT OF THE DISCLOSURE

A camshaft (126) has a vane (160) secured to an end
thereof for non-oscillating rotation therewith.  The
camshaft also carries a sprocket (132) which can rotate
with the camshaft but which is also oscillatable with the
camshaft.  The vane has opposed lobes (160a, 160b) which
are received in opposed recesses (132a, 132b),
respectively, of the sprocket.  The recesses have greater
circumferential extent than the lobes to permit the vane
and sprocket to oscillate with respect to one another, and
thereby permit the camshaft to change in phase relative to
a crankshaft whose phase relative to the sprocket is fixed
by virtue of a chain drive extending therebetween.  The
camshaft tends to change in reaction to pulses which it
experiences during its normal operation, and it is
permitted to change only in a given direction, either to
advance or retard, by selectively blocking or permitting
the flow of hydraulic fluid, preferably engine oil, through
the return lines (194, 196) from the recesses by
controlling the position of a vented spool (200) within a
valve body (198) of a control valve (192) in response to a
signal indicative of an engine operating condition from an
engine control unit (208) via cable (238).  The vented
spool is selectively positioned within the valve body by a
electromechanical actuator (201) which is controlled by the
engine control unit. The spool is centered when an optimum
phase angle between crankshaft and camshaft is achieved.

BW 002082

DB 056635

IB 7517747769 US

—1—

## VCT CONTROL WITH A DIRECT ELECTROMECHANICAL ACTUATOR

### FIELD OF THE INVENTION

5      This invention relates to an hydraulic control system
for controlling the operation of a variable camshaft timing
(VCT) system of the type in which the position of the
camshaft is circumferentially varied relative to the
position of a crankshaft in reaction to torque reversals
10     experienced by the camshaft during its normal operation.
In such a VCT system, an electromechanical/hydraulic system
is provided to effect the repositioning of the camshaft in
reaction to such torque reversals, and a control system is
15     provided to selectively permit or prevent the hydraulic
system from effecting such repositioning.
        More specifically, the present invention relates to a
control system which utilizes a variable force solenoid to
directly control the position of a fully vented spool valve
20     which is an useful part of the hydraulic system.

### BACKGROUND OF THE INVENTION

        Consideration of information disclosed by the
following U.S. Patents, which are all hereby incorporated
25     by reference, is useful when exploring the background of
the present invention.
        U.S. Patent 5,002,023 describes a VCT system within
the field of the invention in which the system hydraulics
includes a pair of oppositely acting hydraulic cylinders
30     with appropriate hydraulic flow elements to selectively
transfer hydraulic fluid from one of the cylinders to the
other, or vice versa, to thereby advance or retard the
circumferential position of a camshaft relative to a
crankshaft. The control system utilizes a control valve in
35     which the exhaustion of hydraulic fluid from one or another
of the oppositely acting cylinders is permitted by moving a

BW 002083

92007                    -2-

spool within the valve one way or another from its centered
or null position.  The movement of the spool occurs in
response to an increase or decrease in control hydraulic
pressure, $P_c$, on one end of the spool and the relationship
5    between the hydraulic force on such end and an oppositely
direct mechanical force on the other end which results from
a compression spring that acts thereon.

U.S. Patent 5,107,804 describes an alternate type of
VCT system within the field of the invention in which the
10    system hydraulics include a vane having lobes within an
enclosed housing which replace the oppositely acting
cylinders disclosed by the aforementioned U.S. Patent
5,002,023.  The vane is oscillatable with respect to the
housing, with appropriate hydraulic flow elements to
15    transfer hydraulic fluid within the housing from one side
of a lobe to the other, or vice versa, to thereby oscillate
the vane with respect to the housing in one direction or
the other, an action which is effective to advance or
retard the position of the camshaft relative to the
20    crankshaft.  The control system of this VCT system is
identical to that divulged in U.S. Patent 5,002,023, using
the same type of spool valve responding to the same type of
forces acting thereon.

U.S Patents 5,172,659 and 5,184,578 both address the
25    problems of the aforementioned types of VCT systems created
by the attempt to balance the hydraulic force exerted
against one end of the spool and the mechanical force
exerted against the other end.  The improved control system
disclosed in both U.S Patents 5,172,659 and 5,184,578
30    utilizes hydraulic force on both ends of the spool.  The
hydraulic force on one end results from the directly
applied hydraulic fluid from the engine oil gallery at full
hydraulic pressure, $P_s$.  The hydraulic force on the other
end of the spool results from an hydraulic cylinder or
35    other force multiplier which acts thereon in response to

92007                    -3-

system hydraulic fluid at reduced pressure, $P_c$, from a PWM
solenoid. Because the force at each of the opposed ends of
the spool is hydraulic in origin, based on the same
hydraulic fluid, changes in pressure or viscosity of the
5   hydraulic fluid will be self-negating, and will not affect
the centered or null position of the spool. There are,
however, several disadvantages inherent in the inventions
disclosed in the '659 and '578 patents.

One disadvantage is the inability of this differential
10  pressure control system ("DPCS") to properly control the
position of the spool during the initial start-up phase of
the engine. When the engine first starts, it takes several
seconds for oil pressure to develop. During that time, the
position of the spool valve is unknown. Because the system
15  logic has no known quantity with which to perform the
necessary calculations, the DPCS is prevented from
effectively controlling the spool valve position until the
engine reaches normal operating speed.

Another problem with existing VCT systems is sluggish
20  dynamic response. Even after the engine stabilizes at
normal operating speed, individual characteristics vary
substantially from engine to engine. A new engine at high
speed and low temperature can have a drastically different
oil pressure than a worn engine at hot idle. Current
25  methods employed to allow operation over such a wide
spectrum of engine characteristics (such as increased
cross-sectional area of the hydraulic piston and the
undersizing of springs) result in a slow response time,
requiring relatively low closed-loop controller gains to
30  maintain stability.

The low closed-loop controller gains render the system
more sensitive to component tolerances and operating
environment. The net effects (such as a change in the PWM
duty cycle required to achieve a null position of the

4

BW 002085

92007                                    -4-

spool) cause degradation of overall closed-loop system
performance.

    Finally, the moving parts of the PWM solenoid
typically used in a conventional DPCS create unwanted noise
5   in the system. During operation, the solenoid cycles
through its full stroke with every PWM pulse. The rapid
cycling results in armature and poppet "chatter", i.e.,
high frequency collisions, thus introducing the unwanted
noise.

10

SUMMARY OF THE INVENTION

    The present invention provides an improved method and
apparatus for controlling the position of a vented spool in
a hydraulic control valve. Specifically, the present
15   invention provides an improved method and apparatus for
controlling the position of a vented spool in a hydraulic
control valve in a VCT system, for example, a hydraulic
control valve similar to the one used in an oppositely-
acting hydraulic cylinder VCT timing system of the type
20   disclosed in U.S. Patent 5,002,023, or a hydraulic control
valve similar to the one used in a vane-type VCT timing
system of the type disclosed in U.S. Patent 5,107,804.

    The control system of the present invention eliminates
the hydraulic force on one end of the spool resulting from
25   directly applied hydraulic fluid from the engine oil
gallery at full hydraulic pressure, $P_s$, utilized by previous
embodiments of the VCT system. The force on the other end
of the vented spool results from an electromechanical
actuator, preferably of the variable force solenoid type,
30   which acts directly upon the vented spool in response to an
electronic signal issued from an engine control unit
("ECU") which monitors various engine parameters. The ECU
receives signals from sensors corresponding to camshaft and
crankshaft positions and utilizes this information to
35   calculate a relative phase angle. The preferred embodiment

BW 002086

92007                    -5-

employs a closed-loop feedback system, such as the one
disclosed in U.S. Patent 5,184,578, which corrects for any
phase angle error.  The present invention offers an
efficient and economical solution to the problems recited
5    above, as well as additional advantages over the
conventional DPCS.

When the relationship between spool position and
control signal (solenoid current) is independent of engine
oil pressure, any problems associated with oil pressure or
10    its fluctuation are eliminated.  For example, the lack of
normal operating oil pressure during initial engine start-
up does not result in start-up error because the signal
from the ECU is fed immediately to the solenoid which
directly positions the spool.

15    The use of a variable force solenoid also solves the
problem of sluggish dynamic response.  Such a device can be
designed to be as fast as the mechanical response of the
spool valve, and certainly much faster than the
conventional (fully hydraulic) DPCS.  The faster response
20    allows the use of increased closed-loop gain, making the
system less sensitive to component tolerances and operating
environment.

Also, a variable force solenoid armature only travels
a short distance, as controlled by the current from the
25    ECU, as opposed to the complete cycles which result from
the use of a PWM solenoid.  Because the travel required
rarely results in extremes, the chattering is eliminated,
rendering the system virtually noise-free.

Possibly the most important advantage over the
30    conventional DPCS is the improved control of the basic
system.  The present invention provides a greatly enhanced
ability to quickly and accurately follow a command input of
VCT phase.

Furthermore, because the preferred embodiment of the
35    present invention is not dependent upon oil pressure, the

BW 002087

92007                                  -6-

present invention can be used for applications where an
oil-free actuator is desirable, such as with timing belt
engines.

    In an alternate embodiment, a lever arrangement or
5   equivalent is functionally positioned between the
electromechanical actuator and the spool. The lever
arrangement effectively acts as a stroke amplifier/force
attenuator, allowing either a reduction in the required
solenoid current or reduction in the air gap distance
10  without sacrificing valve travel.

    Accordingly, it is an object of the present invention
to provide an improved method and apparatus for controlling
the operation of a hydraulic control valve of the vented
spool type. It is a further object of the present
15  invention to provide an improved method and apparatus for
controlling the operation of a hydraulic control valve of
the vented spool type in an automotive variable camshaft
timing system.

    For a further understanding of the present invention
20  and the objects thereof, attention is directed to the
drawings and the following brief description thereof, to
the detailed description of the preferred embodiment, and
to the appended claims.

25  <u>BRIEF DESCRIPTION OF THE DRAWING</u>

    Figure 1 is a fragmentary view of a dual camshaft
internal combustion engine incorporating an embodiment of a
variable camshaft timing arrangement according to the
present invention, the view being taken on a plane
30  extending transversely through the crankshaft and the
camshafts and showing the intake camshaft in a retarded
position relative to the crankshaft and the exhaust
camshaft;

BW 002088

92007                        -7-

Figure 2 is a fragmentary view similar to a portion of Figure 1 showing the intake camshaft in an advanced position relative to the exhaust camshaft;

Figure 3 is a fragmentary view taken on line 3-3 of
5  Figure 6 with some of the structure being removed for the sake of clarity and being shown in the retarded position of the device;

Figure 4 is a fragmentary view similar to Figure 3 showing the intake camshaft in an advanced position
10  relative to the exhaust camshaft;

Figure 5 is a fragmentary view showing the reverse side of some of the structure illustrated in Figure 1;

Figure 6 is a fragmentary view taken on line 6-6 of Figure 4;

15  Figure 7 is a fragmentary view taken on line 7-7 of Figure 1;

Figure 8 is a sectional view taken on line 8-8 of Figure 1;

Figure 9 is a sectional view taken on line 9-9 of
20  Figure 1;

Figure 10 is an end elevational view of a camshaft with an alternative embodiment of a variable camshaft timing system applied thereto;

Figure 11 is a view similar to Figure 10 with a
25  portion of the structure thereof removed to more clearly illustrate other portions thereof;

Figure 12 is a sectional view taken on line 12-12 of Figure 10;

Figure 13 is a sectional view taken on line 13-13 of
30  Figure 10;

Figure 14 is a sectional view taken on line 14-14 of Figure 11;

Figure 15 is an end elevational view of an element of the variable camshaft timing system of Figures 10-14;

92007                    -8-

    Figure 16 is an elevational view of the element of
Figure 15 from the opposite end thereof;
    Figure 17 is a side elevational view of the element of
Figures 15 and 16;
    5    Figure 18 is an elevational view of the element of
Figure 17 from the opposite side thereof; and
    Figure 19 is a simplified schematic view of the
variable camshaft timing arrangement of Figures 10-18; and
    Figure 20 is a simplified schematic view similar to
10    Figure 19 of an alternative embodiment of the present
invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

    In the embodiment of Figures 1-9, a crankshaft 22 has
15    a sprocket 24 keyed thereto, and rotation of the crankshaft
22 during the operation of the engine in which it is
incorporated, otherwise not shown, is transmitted to an
exhaust camshaft 26, that is, a camshaft which is used to
operate the exhaust valves of the engine, by a chain 28
20    which is trained around the sprocket 24 and a sprocket 30
which is keyed to the camshaft 26. Although not shown, it
is to be understood that suitable chain tighteners will be
provided to ensure that the chain 28 is kept tight and
relatively free of slack. As shown, the sprocket 30 is
25    twice as large as the sprocket 24. This relationship
results in a rotation of the camshaft 26 at a rate of one-
half that of the crankshaft 22, which is proper for a 4-
cycle engine. It is to be understood that the use of a
belt in place of the chain 28 is also contemplated.
30    The camshaft 26 carries another sprocket, namely
sprocket 32, Figure 3, 4 and 6, journalled thereon to be
oscillatable through a limited arc with respect thereto and
to be otherwise rotatable with the camshaft 26. Rotation
of the camshaft 26 is transmitted to an intake camshaft 34
35    by a chain 36 which is trained around the sprocket 32 and a

BW 002090

92007                    -9-

sprocket 38 that is keyed to the intake camshaft 34. As
shown, the sprockets 32 and 38 are equal in diameter to
provide for equivalent rates of rotation between the
camshaft 26 and the camshaft 34. The use of a belt in
5    place of the chain 36 is also contemplated.

      As is illustrated in Figure 6, an end of each of the
camshafts 26 and 34 is journalled for rotation in bearings
42 and 44, respectively, of the head 50, which is shown
fragmentarily and which is bolted to an engine block,
10    otherwise not shown, by bolts 48. The opposite ends of the
camshafts 26 and 34, not shown, are similarly journalled
for rotation in an opposite end, also not shown, of the
head 50. The sprocket 38 is keyed to the camshaft 34 at a
location of the camshaft 34 which is outwardly of the head
15    50. Similarly, the sprockets 32 and 30 are positioned, in
series, on the camshaft 26 at locations outwardly of the
head 50, the sprocket 32 being transversely aligned with
the sprocket 38 and the sprocket 30 being positioned
slightly outwardly of the sprocket 32, to be transversely
20    aligned with the sprocket 24.

      The sprocket 32 has an arcuate retainer 52 (Figures 7
and 8) as an integral part thereof, and the retainer 52
extends outwardly from the sprocket 32 through an arcuate
opening 30a in the sprocket 30. The sprocket 30 has an
25    arcuate hydraulic body 46 bolted thereto and the hydraulic
body 46, which houses certain of the hydraulic components
of the associated hydraulic control system, receives and
pivotally supports the body end of each of a pair of
oppositely acting, single acting hydraulic cylinders 54 and
30    56 which are positioned on opposite sides of the
longitudinal axis of the camshaft 26. The piston ends of
the cylinders 54 and 56 are pivotally attached to an
arcuate bracket 58, and the bracket 58 is secured to the
sprocket 32 by a plurality of threaded fasteners 60. Thus,
35    by extending one of the cylinders 54 and 56 and by

92007                    -10-

simultaneously retracting the other of the cylinders 54 and
56, the arcuate position of the sprocket 32 will be changed
relative to the sprocket 30, either to advance the sprocket
32 if the cylinder 54 is extended and the cylinder 56 is
5      retracted, which is the operating condition illustrated in
Figures 2 and 4, or to retard the sprocket 32 relative to
the sprocket 30 if the cylinder 56 is extended and the
cylinder 54 is retracted, which is the operating condition
illustrated in Figures 1, 3, 7 and 8.  In either case, the
10     retarding or advancing of the position of the sprocket 32
relative to the position of the sprocket 30, which is
selectively permitted or prevented in reaction to the
direction of torque in the camshaft 26, as explained in the
aforesaid U.S. Patent 5,002,023,  will advance or retard
15     the position of the camshaft 34 relative to the position of
the camshaft 26 by virtue of the chain drive connection
provided by the chain 36 between the sprocket 32, which is
journalled for limited relative arcuate movement on the
camshaft 26, and the sprocket 38, which is keyed to the
20     camshaft 34.  This relationship can be seen in the drawing
by comparing the relative position of a timing mark 30b on
the sprocket 30 and a timing mark 38a on the sprocket 38 in
the retard position of the camshaft 34, as is shown in
Figures 1 and 3, to their relative positions in the
25     advanced position of the camshaft 34, as is shown in
Figures 2 and 4.

Figures 10-20 illustrate two embodiments of the
present invention in which a housing in the form of a
sprocket 132 is oscillatingly journalled on a camshaft 126.
30     The camshaft 126 may be considered to be the only camshaft
of a single camshaft engine, either of the overhead
camshaft type or the in block camshaft type.
Alternatively, the camshaft 126 may be considered to be
either the intake valve operating camshaft or the exhaust
35     valve operating camshaft of a dual camshaft engine.  In any

BW 002092

92007                    -11-

case, the sprocket 132 and the camshaft 126 are rotatable together, and are caused to rotate by the application of torque to the sprocket 132 by an endless roller chain 138, shown fragmentarily, which is trained around the sprocket
5    132 and also around a crankshaft, not shown. As will be hereinafter described in greater detail, the sprocket 132 is oscillatingly journalled on the camshaft 126 so that it is oscillatable at least through a limited arc with respect to the camshaft 126 during the rotation of the camshaft, an
10   action which will adjust the phase of the camshaft 126 relative to the crankshaft.

An annular pumping vane 160 is fixedly positioned on the camshaft 126, the vane 160 having a diametrically opposed pair of radially outwardly projecting lobes 160a,
15   160b and being attached to an enlarged end portion 126a of the camshaft 126 by bolts 162 which pass through the vane 160 into the end portion 126a. In that regard, the camshaft 126 is also provided with a thrust shoulder 126b to permit the camshaft to be accurately positioned relative
20   to an associated engine block, not shown. The pumping vane 160 is also precisely positioned relative to the end portion 126a by a dowel pin 164 which extends therebetween. The lobes 160a, 160b are received in radially outwardly projecting recesses 132a, 132b, respectively, of the
25   sprocket 132, the circumferential extent of each of the recesses 132a, 132b being somewhat greater than the circumferential extent of the vane lobe 160a, 160b which is received in such recess to permit limited oscillating movement of the sprocket 132 relative to the vane 160. The
30   recesses 132a, 132b are closed around the lobes 160a, 160b, respectively, by spaced apart, transversely extending annular plates 166, 168 which are fixed relative to the vane 160, and, thus, relative to the camshaft 126, by bolts 170 which extend from one to the other through the same
35   lobe, 160a, 160b. Further, the inside diameter 132c of the

92007                    -12-

sprocket 132 is sealed with respect to the outside diameter
of the portion 160d of the vane 160 which is between the
lobes 160a, 160b, and the tips of the lobes 160a, 160b of
the vane 160 are provided with seal receiving slots 160e,
5  160f, respectively.  Thus each of the recesses 132a, 132b
of the sprocket 132 is capable of sustaining hydraulic
pressure, and within each recess 132a, 132b, the portion on
each side of the lobe 160a, 160b, respectively, is capable
of sustaining hydraulic pressure.

10     The functioning of the structure of the embodiment of
Figures 10-18, as thus far described, may be understood by
reference to schematic Figures 19 and 20.  It also is to be
understood, however, that the hydraulic control system of
Figures 19 and 20 is also applicable to an opposed
15  hydraulic cylinder VCT system corresponding to the
embodiment of Figures 1-9, as well as to a vane type VCT
system corresponding to the embodiment of Figures 10-18.

     In any case, hydraulic fluid, illustratively in the
form of engine lubricating oil, flows into the recesses
20  132a, 132b by way of common inlet line 182.  Inlet line 182
terminates at a juncture between opposed check valves 184
and 186 which are connected to recesses 132a, 132b,
respectively, by branch lines 188, 190, respectively.
Check valves 184, 186 have annular seats 184a, 186a,
25  respectively, to permit the flow of hydraulic fluid through
check valves 184, 186 into recesses 132a, 132b,
respectively.  The flow of hydraulic fluid through check
valves 184, 186 is blocked by floating balls 184b, 186b,
respectively, which are resiliently urged against seats
30  184a, 186a, respectively, by springs 184c, 186c,
respectively.  Check valves 184, 186, thus, permit the
initial filling of recesses 132a, 132b and provide for a
continuous supply of make-up hydraulic fluid to compensate
for leakage therefrom.  Hydraulic fluid enters inlet line
35  182 by way of spool valve 192, which is incorporated within

13

BW 002094

92007                    -13-

camshaft 126, and hydraulic fluid is returned to spool
valve 192 from recesses 132a, 132b by return lines 194,
196, respectively.

Spool valve 192 is made up of cylindrical member 198
5   and vented spool 200 which is slidable to and fro within
cavity 198a.  Vented spool 200 has cylindrical lands 200a
and 200b on opposed ends thereof, and lands 200a and 200b,
which fit snugly within member 198, are positioned so that
land 200b will block the exit of hydraulic fluid from
10  return line 196, or land 200a will block the exit of
hydraulic fluid from return line 194, or lands 200a and
200b will block the exit of hydraulic fluid from both
return lines 194 and 196, as is schematically shown in
Figures 19 and 20, where camshaft 126 is being maintained
15  in a selected intermediate position relative to the
crankshaft of the associated engine, referred to as the
"null" position of spool 200.

In the present invention, the position of vented spool
200 within member 198 is influenced by spring 202 which
20  acts on the end of land 200a.  Thus, spring 202 resiliently
urges spool 200 to the left, as oriented in Figures 19 and
20.  Inlet line 182 receives its pressurized fluid (engine
oil) directly from main oil gallery ("MOG") 230 of the
engine by way of conduit 230a, bypassing vented spool 200.
25  This oil is also used to lubricate bearing 232 in which
camshaft 126 of the engine rotates.

The control of the position of spool 200 within member
198 is in direct response to electromechanical actuator
201, preferably a variable force solenoid, as shown in
30  Figure 19.  An electrical current is introduced via cable
238 through solenoid housing 201d into solenoid coil 201a
which repels, or "pushes", armature 201b.  Armature 201b
bears against extension 200c of vented spool 200, thus
moving vented spool 200 to the right, as oriented in Fig.
35  19.  If the force of spring 202 is in balance with the

14

92007                    -14-

force exerted by armature 201b in the opposite direction,
spool 200 will remain in its null or centered position.
Thus, vented spool 200 can be moved in either direction by
increasing or decreasing the current to solenoid coil 201a,
5    as the case may be.  Of course, the configuration of
solenoid 201 may be reversed, converting the force on spool
extension 200c from a "push" to a "pull."  This would
require the function of spring 202 to be redesigned to
counteract the force in the new direction of armature 201b
10    movement.  However, there are instances when it is
desirable for spool 200 to be forced to the far left, or
biased, position.  The location of spring 202 in cavity
198c, as shown in Figure 19, or in cavity 198a, as shown in
Figure 20, ensures the return of spool 200 to its biased
15    position when there is no current applied to solenoid coil
201a, such as periods of power failure or engine shutdown.
        The movement of armature 201b is controlled by an
electrical current applied to solenoid coil 201a in
response to a control signal from electronic engine control
20    unit (ECU) 208, shown schematically in Fig. 19, which may
be of conventional construction.  In previous versions of
the VCT system, the force exerted against spool extension
200c must balance with the force of spring 202 plus any
system oil pressure in cavity 198a acting on the end of
25    land 200a if a null position of spool 200 was desired.  A
problem arose when attempting to achieve this balance
because the system included a component which could vary
significantly, namely oil pressure.  The optimum solution
is a control system completely independent of variable
30    parameters, i.e., one independent of engine oil pressure.
        In the present invention, oil pressure in cavity 198a
is relieved, leaving only the force of armature 201b to be
balanced against the force of spring 202 to achieve a null
position of spool 200.  Relieving the pressure in cavity
35    198a may be accomplished, for example, by providing an

BW 002096

92007                    -15-

engine oil flow path to the vane system which bypasses
spool 200, that is, does not utilize a passage internal to
spool 200 to supply oil to inlet line 182, as in previous
systems.  The bypass of spool 200 may be achieved by
5    connecting bypass line 220a directly to inlet line 182 and
substituting inlet oil check valve 222a for the check valve
previously contained in the passage internal to the spool.
In conjunction with providing an alternate flow path,
venting spool valve 198 to atmosphere via vent 198d would
10   complete the objective of relieving the pressure in cavity
198a which acted on the end of land 200a in previous VCT
systems.

With the oil pressure variable eliminated, the only
forces left to consider in controlling the position of
15   vented spool 200 are ones with predictable rates of change.
The force of armature 201b corresponds to the electrical
current applied to solenoid coil 201a, and the force of
spring 202 is also predictable (with respect to spring
position).  The result is the position of spool 200 being
20   readily ascertainable based on solenoid current alone.

The type of solenoid normally used in the preferred
embodiment is the cylindrical armature, or variable area,
solenoid shown in Figure 19.  Main air gap 201c extends
radially around armature 201b and may contain nonmagnetic
25   bearing material.  As armature 201c moves axially, the
cylindrical area of main gap 201c increases but the force
and distance to the coil remain constant.  Because the
force is relatively insensitive to axial armature position,
an extremely precise distance from solenoid housing 201d to
30   vented spool 200 is not required.

An alternate embodiment of the present invention is
shown in Fig. 20.  A variable force solenoid of the flat-
faced armature, or variable gap, type is used.  Force is
inversely proportional to the square of air gap 201c.  It
35   is thus advantageous to limit air gap 201c to a relatively

BW 002097

92007                         -16-

small value.  By using a stroke amplifier in conjunction
with a variable gap solenoid, a net gain in force can be
achieved.  Lever arrangement 201e connects armature 201b
with spool extension 200c and provides just such a gain in
5       force.  This net gain can be exploited by reducing the
physical size of electromechanical actuator 201, thus
decreasing the current requirements of solenoid coil 201a
without sacrificing valve travel.

By using only imbalances between an electrically-
10      generated  force on one end 200a of spool 200 and a spring
force on other end 200b for movement in one direction or
another (as opposed to using imbalances between hydraulic
loads from a common source on both ends), the control
systems of Figures 19 and 20 are completely independent of
15      hydraulic system pressure.  Thus, it is not necessary to
design a compromised system to operate within a potentially
wide spectrum of oil pressures, such that may be attributed
to individual characteristics of particular engines.  In
that regard, by designing a system which operates within a
20      narrower range of parameters, it is possible to rapidly and
accurately position the spool 200 in its null position for
enhanced operation of a VCT system.

The vane 160 is alternatingly urged in clockwise and
counterclockwise directions by the torque pulsations in the
25      camshaft 126 and these torque pulsations tend to oscillate
vane 160, and, thus, camshaft 126, relative to sprocket
132.  However, in the spool position shown in Figures 19
and 20, such oscillation is prevented by the hydraulic
fluid within recesses 132a, 132b of sprocket 132 on
30      opposite sides of lobes 160a, 160b, respectively, of vane
160, because no hydraulic fluid can leave either  recesses
132a or 132b.  Both return lines 194, 196 are blocked by
the position of vented spool 200.  If, for example, it is
desired to permit camshaft 126 and vane 160 to move in a
35      counterclockwise direction with respect to sprocket 132, it

BW 002098

92007                                    -17-

is only necessary to increase the amount of current to
solenoid coil 201a. This will "push" armature 201b to the
right, urge spool 200 to the right, and thereby unblock
return line 194. In this condition of the apparatus,
5    counterclockwise torque pulsations in camshaft 126 will
pump fluid out of the portion of recess 132a and allow lobe
160a of vane 160 to move into the other portion of recess
132a which has been emptied of hydraulic fluid. However,
reverse movement of vane 160 will not occur as the torque
10   pulsations in camshaft 126 become oppositely directed
unless and until vented spool 200 moves to the left,
because of the blockage of fluid flow through return line
196 by land 200b of spool 200. While illustrated as a
separate closed passage in Figures 19 and 20, the periphery
15   of vane 160 has open oil passage slot 160c shown in Figures
10, 11, 15, 16 and 17, which permits the transfer of oil
between the portion of recess 132a on the right side of
lobe 160a and the portion of recess 132b on the right side
of lobe 160b, which are the non-active sides of lobes 160a
20   and 160b; thus, counterclockwise movement of vane 160
relative to sprocket 132 will occur when flow is permitted
through return line 194 and clockwise movement will occur
when flow is permitted through return line 196.

       Further, inlet line 182 is provided with extension
25   182a to the non-active side of one of lobes 160a or 160b,
shown as lobe 160b, to permit a continuous supply of make-
up oil to the non-active sides of lobes 160a, 160b for
better rotational balance, improved damping of vane motion,
and improved lubrication of the bearing surfaces of vane
30   160. The flow of make-up oil does not affect, and is not
affected by, the operation of electromechanical actuator
201. Make-up oil will continue to be provided to lobes
160a and 160b.

       Although the best mode contemplated by the inventors
35   for carrying out the present invention as of the filing

18

92007                              -18-

date hereof has been shown and described herein, it will be
apparent to those skilled in the art that suitable
modifications, variations, and equivalents may be made
without departing from the scope of the invention, such

5    scope being limited solely by the terms of the following
claims.

BW 002100

92007                    -19-

## WHAT IS CLAIMED IS:

1.    An internal combustion engine, comprising:

a crankshaft, said crankshaft being rotatable about an axis;

a camshaft (126), said camshaft being rotatable about a second axis, said camshaft being subject to torque reversals during rotation thereof;

a vane (160), said vane having first and second circumferentially spaced apart lobes (160a, 160b), said vane being attached to said camshaft, said vane being rotatable with said camshaft and being non-oscillatable with respect to said camshaft;

a housing (132), said housing being rotatable with said camshaft and being oscillatable with respect to said camshaft, said housing having first and second circumferentially spaced apart recesses (132a, 132b), each of said first and second recesses receiving one of said first and second lobes and permitting oscillating movement of said one of said first and second lobes therein;

means for transmitting rotary movement from said crankshaft to said housing; and,

means for controlling the oscillation of said housing, said control means being reactive to torque reversals in said camshaft for varying the position of said housing relative to said camshaft, said control means comprising:

a spool valve body (198);

a spool (200), said spool being reciprocable within said body and having first and second spaced apart lands (200a, 200b), said spool further having a vent to atmosphere (198d);

a first return line means (194) extending from one of said first recess and said second recess to said spool valve body, one of said first and second lands

92007                    -20-

blocking flow through said first return line means in a
first range of positions of said spool within said valve
body and permitting flow through said first return line
means in a second range of positions of said spool within
5     said valve body;

a second return line means (196) extending from
the other of said first recess and said second recess to
said valve body, the other of said first and second lands
blocking flow through said second return line means in said
10     second range of positions of said spool within said valve
body, permitting flow through said second return line means
in a first portion of said first range of positions of said
spool within said valve body, and blocking flow through
said second return line means in a second portion of said
15     first range of positions of said spool within said valve
body;

an inlet line means (182) extending from said
valve body to each of said first recess and said second
recess, said inlet line means permitting hydraulic fluid to
20     flow from said valve body to said each of said first recess
and said second recess regardless of the position of said
spool, said inlet line means having check valve means (184,
186) for preventing the flow of hydraulic fluid from each
of said first recess and said second recess to said valve
25     body;

means for sensing (207a, 207b) the positions of
said crankshaft and said camshaft;

an engine control unit (208), said engine control
unit for receiving information from said sensing means and
30     for calculating a relative phase angle between said
crankshaft and said camshaft using said information;

an electromechanical actuator (201), said
electromechanical actuator for controlling the position of
said spool in response to a signal issued from said engine
35     control unit; and,

BW 002102

92007                    -21-

means for biasing (202) said spool valve, said biasing
means for urging said spool valve to a full advance
position during periods when said electromechanical
actuator is deenergized.

5

2.    An engine according to Claim 1 wherein each of
said first and second lobes respectively divides each of
said first and second recesses into a first portion and a
10    second portion, each of said one of said first portion and
said second portion of said each of said first and second
recesses being capable of sustaining hydraulic pressure.

3.    An engine according to Claim 2 wherein said
15    control means is capable of being reversed to transfer
hydraulic fluid out of said one of said first portion and
said second portion of said each of said first and second
recesses and to transfer hydraulic fluid into said other of
said first portion and said second portion of said each of
20    said first and second recesses.

4.    An engine according to Claim 3 wherein said
hydraulic fluid comprises engine lubricating oil, said
engine further comprising at least one conduit means (230a)
25    for transferring engine lubricating oil from a pressurized
lubricating oil source (230) to said control means and back
again in response to said torque reversals of said
camshaft.

30    5.    An engine according to Claim 4 further comprising
means for hydraulically connecting (182a) one of said first
portion and said second portion of one of said first recess
and said second recess with one of said first portion and
said second portion of the other of said second recess to
35    permit hydraulic fluid to flow between said one of said

92007                    -22-

first portion and said second portion of said one of said
first recess and said second recess and said one of said
first portion and said second portion of said other of said
first recess and said second recess.

5

    6.    An engine according to Claim 5 further comprising
at least one other conduit means (220a), said other conduit
means providing communication for the flow of hydraulic
fluid through said valve body to said inlet line means,
10  said other conduit means having second check valve means
(222a) for preventing the flow of hydraulic fluid from said
inlet line means through said valve body.

    7.    An engine according to Claim 6 wherein said
15  electromechanical actuator comprises a variable force
solenoid.

    8.    An engine according to Claim 7 wherein said
variable force solenoid comprises:
20      a coil (201a), said solenoid coil for receiving
an electrical current from said engine control unit;
        an armature (201b), said armature being
substantially surrounded by said coil, said armature being
connected to said spool, said coil, when energized, for
25  creating a magnetic field sufficient to cause said armature
to exert a force upon said spool and induce movement in
said spool, said movement corresponding to said signal from
said engine control unit;
        an air gap, said air gap for separating said coil
30  from said armature; and,
        a housing, said housing for providing an
enclosure for said coil, said armature, and said air gap.

    9.    An engine according to Claim 8 wherein said
35  electromechanical actuator further comprises a stroke

BW 002104

92007                    -23-

amplifier, said stroke amplifier providing a net gain in
force as applied to said vented spool.

9
10. An engine according to Claim 8 wherein said
5   stroke amplifier comprises a lever arrangement (201e).

11. In an internal combustion engine having a
variable camshaft timing system, a method of regulating the
flow of hydraulic fluid, comprising the steps of:
        sensing the positions of a crankshaft and a
camshaft;
        calculating a relative phase angle between said
crankshaft and said camshaft, said calculating step using
an engine control unit to process information obtained from
15  said sensing step, said engine control unit for issuing a
electrical signal corresponding to said phase angle; and,
        controlling the position of a vented spool
slidably situated within a spool valve body, said control
being in response to said signal received from said engine
20  control unit, said controlling step utilizing an
electromechanical actuator to vary the position of said
vented spool whereby allowing or preventing flow of
hydraulic fluid through said valve body.

25  12. The method of Claim 11 wherein said
electromechanical actuator comprises a variable force
solenoid.

13. The method of Claim 12 wherein said variable
30  force solenoid comprises:
        a coil, said coil for receiving said electrical
signal from said engine control unit;
        an armature, said armature being substantially
surrounded by said coil, said armature being connected to
35  said spool, said coil, when energized, creating a magnetic

BW 002105

92007                         -24-

field sufficient to cause said armature to exert a force
upon said spool and induce movement in said spool, said
movement corresponding to said signal from said engine
control unit;

5          an air gap, said air gap for separating said coil
from said armature; and,

          a housing, said housing for providing an
enclosure for said coil, said armature, and said air gap.

10    14.  The method of Claim 13 wherein said
electromechanical actuator further comprises a stroke
amplifier, said stroke amplifier for providing a net gain
in force as applied to said spool.

15    15.  The method of Claim 16 wherein said stroke
amplifier comprises a lever arrangement.

16.  In a hydraulic system comprising a source of
hydraulic fluid under pressure (230), a first hydraulic
20  operator (160a), first conduit means (188) for delivering
hydraulic fluid from said source to said first hydraulic
operator, second conduit means (194) for exhausting
hydraulic fluid from said first hydraulic operator, a
second hydraulic operator (160b), third conduit means (190)
25  for delivering hydraulic fluid from said source to said
second hydraulic operator, fourth conduit means (196) for
exhausting hydraulic fluid from said second hydraulic
operator, and means for controlling the exhausting of
hydraulic fluid from said first hydraulic operator and said
30  second hydraulic operator, said control means comprising:
          a spool valve (192), said spool valve being in
communication with said second conduit means and said
fourth conduit means, said spool valve comprising a valve
body (198) and a vented spool (200), said spool being
35  reciprocable within said valve body and comprising first

BW 002106

92007                                    -25-

and second opposed ends and first and second spaced apart
lands (200a, 200b) between said opposed ends, said first
land being capable of blocking flow through said second
conduit means in first and third positions of said spool
and permitting flow through said second conduit means in a
second position of said spool, said second land being
capable of blocking flow through said fourth conduit means
in said first and second positions of said spool and
permitting flow through said second conduit means in said
third position of said spool;

    fifth conduit means (230a), said fifth conduit
means for transmitting hydraulic fluid from said source to
said valve body;

    sixth conduit means (182), said sixth conduit
means for transmitting hydraulic fluid from said valve body
to said first and said third conduit means; and,

    means for positioning said spool within said
valve body whereby controlling the flow of hydraulic fluid
to said first and said second hydraulic operators, said
positioning means comprising an electromechanical actuator.


    17.  A hydraulic system according to Claim 16 wherein
said control means further comprises a seventh conduit
means in communication with said sixth conduit means in
each of said first, second and third positions of said
spool and with said first conduit means and said third
conduit means, said seventh conduit means permitting the
flow of hydraulic fluid from said valve body to said first
hydraulic operator and said second hydraulic operator,
whereby hydraulic fluid being exhausted from one of said
first hydraulic operator and said second hydraulic operator
will be returned to the other of said first hydraulic
operator and said second hydraulic operator without
returning to the source of hydraulic fluid.

BW 002107

92007                    -26-

18.  A hydraulic system according to Claim 17 further
comprising check valve means for preventing flow of
hydraulic fluid from said first hydraulic operator and said
second hydraulic operator through said first conduit means
5    and said third conduit means into said seventh conduit
means.

19.  A hydraulic system according to Claim 18 wherein
said positioning means further comprises:

10          means for sensing (207a, 207b) the positions of
said crankshaft and said camshaft;

an engine control unit (208), said engine control
unit for receiving information from said sensing means and
for calculating a relative phase angle between said
15   crankshaft and said camshaft using said information, said
engine control unit further for issuing an electrical
signal to said electromechanical actuator, said signal
corresponding to said relative phase angle; and,

means for biasing said vented spool, said biasing
20   means for urging said vented spool within said valve body
in a direction opposite to the direction of the force
applied to said vented spool by said electromechanical
actuator.

25   20.  A hydraulic system according to Claim 19 wherein
said electromechanical actuator comprises a variable force
solenoid.

21.  A hydraulic system according to Claim 20 further
30   comprising a stroke amplifier functionally positioned
between said electromechanical actuator and said vented
spool, said stroke amplifier for providing a net gain in
force as applied to said vented spool.

BW 002108

92007    -27-

22.  A hydraulic system of Claim 21 wherein said
stroke amplifier comprises a lever arrangement.

BW 002109

# EXHIBIT 36

# REDACTED

# EXHIBIT 37

**REDACTED**

# EXHIBIT 38

**REDACTED**

# EXHIBIT 39

# REDACTED

# EXHIBIT 40

**REDACTED**

# EXHIBIT 41

**REDACTED**

# EXHIBIT 42

**REDACTED**

# EXHIBIT 43

**REDACTED**

# EXHIBIT 44

**REDACTED**

# EXHIBIT 45

**REDACTED**

# EXHIBIT 46

**REDACTED**

# EXHIBIT 47

**REDACTED**

# EXHIBIT 48

# REDACTED