## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Civil Action No. 05-048-SLR |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) |
| Defendants. | ) ) |
| BORGWARNER INC., | ) **PUBLIC VERSION** |
| Counterclaimant, | ) ) ) |
| v. | ) ) ) |
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) ) |
| Counterdefendants. | ) ) |

**SUPPLEMENTAL DECLARATION OF LISA A. SCHNEIDER IN SUPPORT OF
BORGWARNER'S MOTION FOR SUMMARY JUDGMENT THAT
THE BUTTERFIELD PAPER SUBMITTED TO IMECHE
DOES NOT CONSTITUTE PRIOR ART UNDER 35 U.S.C. §§ 102(a) OR 102(b)**

*OF COUNSEL:*

SIDLEY AUSTIN LLP
Hugh A. Abrams
Thomas D. Rein
Lisa Schneider
Marc A. Cavan
Lara V. Hirshfeld
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Date:  December 19, 2006
Redacted Dated:  December 28, 2006

Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for BorgWarner Inc. and
BorgWarner Morse TEC Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HITACHI, LTD. and HITACHI AUTOMOTIVE        )
PRODUCTS (USA), INC.,                       )
                                            )
        Plaintiffs,                  )
                                            )
    v.                               )
                                            )  Civil Action No. 05-048-SLR
BORGWARNER INC.                             )
and BORGWARNER MORSE TEC INC.,              )
                                            )
        Defendants.                  )
_____ )
                                            )
BORGWARNER INC.,                            )
                                            )
        Counterclaimant,             )
                                            )
    v.                               )
                                            )
HITACHI, LTD. and HITACHI AUTOMOTIVE        )
PRODUCTS (USA), INC.,                       )
                                            )
        Counterdefendants.           )

### SUPPLEMENTAL DECLARATION OF LISA A. SCHNEIDER IN SUPPORT OF BORGWARNER'S MOTION FOR SUMMARY JUDGMENT THAT THE BUTTERFIELD PAPER SUBMITTED TO IMECHE DOES NOT CONSTITUTE PRIOR ART UNDER 35 U.S.C. §§ 102(a) OR 102(b)

Lisa A. Schneider, under penalty of perjury declares as follows:

    1.    I am a member in good standing of the Bar of the State of Illinois and a partner at the law firm of Sidley Austin LLP, counsel to defendant BorgWarner in the above action.

2.    I submit this declaration in further support of defendant BorgWarner's Motion for Summary Judgment That The Butterfield Paper Submitted to IMechE Does Not Constitute Prior Art Under 35 U.S.C. §§ 102(a) Or 102(b).

3.    Attached hereto as Exhibit 11 is a true and correct copy of attachment 16 to exhibit 3 to the deposition of Ms. Rogers.  This document bears Bates label HIT0445543-72.  I have no personal knowledge regarding the authenticity or accuracy of this document.

4.    Attached hereto as Exhibit 12 is a true and correct copy of Attached hereto as Exhibit 3 is a true and correct copy of the cited pages of the January 20, 2006 deposition of Philip Mott.

5.    Attached hereto as Exhibit 13 is a true and correct copy of Plaintiffs' Hitachi, Ltd.'s and Unisia North America, Inc.'s Fifth Supplemental Responses to Defendants' First Interrogatories.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated:  December 13, 2006       By:  _____
                                      Lisa A. Schneider

# EXHIBIT 11

(16)

## List of IMechE seminars from 1991

Seminar

Title   Acceptance testing and monitoring of steam plant
Names   Steam Power Committee            (Organiser)
        IMechE Power Industries Division    (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Acceptance testing and monitoring of steam pla
Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10107  | Cen Lib Off |       | ReferenceAvailable | |
| 23624   | Cen Lib Off | Loan | Available | |

Seminar

Title   Advanced powder metallurgy automotive components - Autotech 91
Names   IMechE Automobile Division        (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Advanced powder metallurgy automotive components
Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11132  | Cen Lib Off |       | ReferenceAvailable | |
| B11132  | Cen Lib Off | Loan | Available | |

Seminar

Title   Aerodynamic update - Autotech 91
Names   IMechE Automobile Division        (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Aerodynamic update - Autotech 91 (12-15 Nov : Bi
Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11023  | Cen Lib Off |       | ReferenceAvailable | |
| B11023  | Cen Lib Off | Loan | Available | |

Seminar

Title   Automation for JIT
Names   Engineering Manufacturing Industries Division
        Institution of Mechanical Engineers  (Corp. Auth.)
        Automation for JIT (19-Mar)        (Conference)

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10111  | Cen Lib Off |       | ReferenceAvailable | |
| B10111  | Cen Lib Off | Loan | Available | |

HIT0445543

Seminar

Title   Automobile recycling - a new dimension for the engineer (2) - Autotech
     91
Names   IMechE Automobile Division          (Organiser)
       Institution of Mechanical Engineers   (Corp. Auth.)
       Automobile recycling - a new dimension for the e
Pages/Sizes
Publication Mechanical Engineering Publications, 1991
Barcode    Location                    Category Status  Return date
A11135    Cen Lib Off                  ReferenceAvailable
B11135    Cen Lib Off                  Loan    Available


Seminar

Title   Automobile recycling - a new dimension for the engineer - Autotech 91
Names   IMechE Automobile Division          (Organiser)
       Institution of Mechanical Engineers   (Corp. Auth.)
       Automobile recycling - a new dimension for the e

Pages/Sizes
PublicationMechanical Engineering Publications, 1991
Barcode    Location                    Category Status  Return date
A11109    Cen Lib Off                  ReferenceAvailable
B11109    Cen Lib Off                  Loan    Available


Seminar

Title   Automotive composites - property and appearance improvement - Autotech
     91
Names   IMechE Automobile Division          (Organiser)
       Institution of Mechanical Engineers   (Corp. Auth.)
       Automotive composites - property and appearance
Pages/Sizes
PublicationMechanical Engineering Publications, 1991
Barcode    Location                    Category Status  Return date
A11120    Cen Lib Off                  ReferenceAvailable
B11120    Cen Lib Off                  Loan    Available


Seminar

Title   Automotive software and its validation - Autotech 91
Names   IMechE Automobile Division          (Organiser)
       Institution of Mechanical Engineers   (Corp. Auth.)
       Automotive software and its validation - Autotec

Pages/Sizes
Publication Mechanical Engineering Publications, 1991
Barcode    Location                    Category Status  Return date
A11104    Cen Lib Off                  ReferenceAvailable
B11104    Cen Lib Off                  Loan    Available

HIT0445544

Seminar

Title   Bulk materials in small containers
Names   IMechE Process Industries Division    (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Bulk materials in small containers (12-Sep : Ins
Pages/Sizes

Publication 1991
| Barcode | Location    | Category | Status    | Return date |
|---------|-------------|----------|-----------|-------------|
| A10116  | Cen Lib Off |          | Reference | Available   |
| B10116  | Cen Lib Off |          | Loan      | Available   |

Title Search (1)

Seminar

Title   Camshaft drives: a European seminar
Names   Solid Mechanics and Machine Systems Group
        Institution of Mechanical Engineers   (Corp. Auth.)
        Camshaft drives: a European seminar (24-Sep : In

Pages/Sizes
Publication 1991

| Barcode | Location    | Category | Status    | Return date |
|---------|-------------|----------|-----------|-------------|
| A10124  | Cen Lib Off |          | Reference | Available   |
| B10124  | Cen Lib Off |          | Loan      | Available   |

Seminar

Title   Centrifugal pump low flow protection
Names   IMechE Fluid Machinery Group       (Organiser)
        IMechE Power Industries Division    (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Centrifugal pump low flow protection (03-Dec :

Pages/Sizes
Publication Mechanical Engineering Publications, 1991
| Barcode | Location    | Category | Status    | Return date |
|---------|-------------|----------|-----------|-------------|
| A10128  | Cen Lib Off |          | Reference | Available   |
| B10128  | Cen Lib Off |          | Loan      | Available   |

Seminar

Title   CIM-OSA Computer integrated manufacturing open systems architecture
Names   Computing and Data Communications Group
        Institution of Mechanical Engineers   (Corp. Auth.)
        CIM-OSA Computer integrated manufacturing open s

Pages/Sizes

**HIT0445545**

Publication 1991

| Barcode | Location | | Category | Status | Return date |
|---------|----------|---|----------|--------|-------------|
| A10149 | Cen Lib Off | | Reference | Available | |
| B10149 | Cen Lib Off | | Loan | Available | |

*Seminar*

Title   Computational fluid dynamics for the environmental and building services
    engineer - tool or toy?
Names   Environmental Engineering Group       (Organiser)
    Institution of Mechanical Engineers   (Corp. Auth.)
    Computational fluid dynamics for the environment

Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | | Category | Status | Return date |
|---------|----------|---|----------|--------|-------------|
| A10140 | Cen Lib Off | | Reference | Available | |
| B10140 | Cen Lib Off | | Loan | Available | |

*Seminar*

Title   Computational fluid dynamics: validating codes against experiment
Names   IMechE Energy and Thermofluid Mechanics Group
    Institution of Mechanical Engineers   (Corp. Auth.)
    Computational fluid dynamics: validating codes a

Pages/Sizes
Publication 1991

| Barcode | Location | | Category | Status | Return date |
|---------|----------|---|----------|--------|-------------|
| A10591 | Cen Lib Off | | Reference | Available | |
| B10591 | Cen Lib Off | | Loan | Available | |

*Seminar*

Title   Computational fluid dynamics: validating codes against experiment: test
    case and submissions
Names   IMechE Energy and Thermofluid Mechanics Group
    Institution of Mechanical Engineers   (Corp. Auth.)
    Computational fluid dynamics: validating codes a

Pages/Sizes
Publication 1991

| Barcode | Location | | Category | Status | Return date |
|---------|----------|---|----------|--------|-------------|
| A10597 | Cen Lib Off | | Reference | Available | |
| B10597 | Cen Lib Off | | Loan | Available | |

*Seminar*

Title   Computational fluid dynamics: validating codes against experiment: test
    cases and submissions
Names   IMechE Energy and Thermofluid Mechanics Group
    Institution of Mechanical Engineers   (Corp. Auth.)

**HIT0445546**

Computational fluid dynamics: validating codes a

Pages/Sizes
Publication 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10592 | Cen Lib Off | | Reference | Available |
| B10592 | Cen Lib Off | | Loan | Available |

Seminar

Title   Concept vehicles - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Concept vehicles - Autotech 91 (12-15 Nov : Birm

Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11110 | Cen Lib Off | | Reference | Available |
| B11110 | Cen Lib Off | | Loan | Available |

Seminar

Title   The Control of Substances Hazardous to Health regulations (COSHH) - are
        you aware?
Names   The Control of Substances Hazardous to Health re

Pages/Sizes
Publication 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| Barcode | Location | Category | Status | Return date |
| A10159 | Cen Lib Off | | Reference | Available |
| B10159 | Cen Lib Off | | Loan | Available |

Seminar

Title   Design and analysis of vehicle structures (1) - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Design and analysis of vehicle structures (1) -

Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11067 | Cen Lib Off | | Reference | Available |
| B11067 | Cen Lib Off | | Loan | Available |

Seminar

Title   design and analysis of vehicle structures - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        design and analysis of vehicle structures - Auto

HIT0445547

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A11092 | Cen Lib Off | Reference | Available | |
| B11092 | Cen Lib Off | Loan | Available | |

Seminar

Title   Design for manufacture - Autotech 91
Names  IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Design for manufacture - Autotech 91 (12-15 Nov)

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A11140 | Cen Lib Off | Reference | Available | |
| B11140 | Cen Lib Off | Loan | Available | |

Seminar

Title   Design for safety in hydraulic power
Names  Fluid Power Committee          (Organiser)
        Engineering Manufacturing Industries Division
        Institution of Mechanical Engineers  (Corp. Auth.)
        Design for safety in hydraulic power (17-Oct :

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A10165 | Cen Lib Off | Reference | Available | |
| 29760 | Cen Lib Off | Loan | Available | |

Seminar

Title   Designing organisations for high performance
Names   Manufacturing Technology and Design Group
        Institution of Mechanical Engineers   (Corp. Auth.)
        Designing organisations for high performance (26

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A10161 | Cen Lib Off | Reference | Available | |
| B10161 | Cen Lib Off | Loan | Available | |

Seminar

Title   Developments in body electrics and components - Autotech 91
Names  IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)

HIT0445548

Developments in body electrics and components -

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11170 | Cen Lib Off | Reference | Available | |
| B11170 | Cen Lib Off | Loan | Available | |

Seminar

Title   Ecologically acceptable hydraulic fluids
Names   Engineering Manufacturing Industries Division
        Institution of Mechanical Engineers   (Corp. Auth.)
        Ecologically acceptable hydraulic fluids (05-Mar

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10171 | Cen Lib Off | Reference | Available | |
| B10171 | Cen Lib Off | Loan | Available | |

Seminar

Title   Education in the 1990s for the automotive industry - is there an agreed
        diet - autotech 91
Names   IMechE Automobile Division            (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Education in the 1990s for the automotive indust

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11122 | Cen Lib Off | Reference | Available | |
| B11122 | Cen Lib Off | Loan | Available | |

Seminar

Title   Education in the 1990s fort the automotive industry - is there an agreed
        diet - Autotech 91
Names   IMechE Automobile Division            (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Education in the 1990s fort the automotive indus

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11123 | Cen Lib Off | Reference | Available | |
| B11123 | Cen Lib Off | Loan | Available | |

Seminar

Title   Effective maintenance: a route to increased profitability

HIT0445549

Names   Effective maintenance: a route to increased prof

Pages/Sizes
Publication 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10185 | Cen Lib Off | Reference | Available | |
| B10185 | Cen Lib Off | Loan | Available | |

Seminar

Title   Electric vehicle - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Electric vehicle - Autotech 91 (12-15 Nov : Birm

Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11088 | Cen Lib Off | Reference | Available | |
| B11088 | Cen Lib Off | Loan | Available | |

Seminar

Title   Electric vehicles - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Electric vehicles - Autotech 91 (12-15 Nov : Bir

Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11089 | Cen Lib Off | Reference | Available | |
| B11089 | Cen Lib Off | Loan | Available | |

Seminar

Title   Engine cooling system - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Engine cooling system - Autotech 91 (12-15 Nov :

Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11072 | Cen Lib Off | Reference | Available | |
| B11072 | Cen Lib Off | Loan | Available | |

Seminar

Title   Engine cooling systems - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)

HIT0445550

Engine cooling systems - Autotech 91 (12-15 Nov

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A11074 | Cen Lib Off | Reference | Available | |
| B11074 | Cen Lib Off | Loan | Available | |

Seminar

Title   Engineering improvements in noise and vibration - Autotech 91
Names   IMechE Automobile Division        (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Engineering improvements in noise and vibration

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A11157 | Cen Lib Off | Reference | Available | |
| B11157 | Cen Lib Off | Loan | Available | |

Seminar

Title   Engines of the future - Autotech 91
Names   IMechE Automobile Division        (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Engines of the future - Autotech 91 (12-15 Nov :

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A11148 | Cen Lib Off | Reference | Available | |
| B11148 | Cen Lib Off | Loan | Available | |

Seminar

Title   Environmental pressures on manufacturing industry - the need for clean
        technology in product design, process design, manufacture, service,
        disposal, recycling
Names   IMechE Aerospace Division        (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Environmental pressures on manufacturing industr

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A10192 | Cen Lib Off | Reference | Available | |
| B10192 | Cen Lib Off | Loan | Available | |

Seminar

Title   European engineering research and technology transfer congress Eurotech

**HIT0445551**

Direct 91
Names    European engineering research and technology tra

Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A9605 | Cen Lib Off | Reference | Available | |
| B9605 | Cen Lib Off | Loan | Available | |

Seminar

Title   Experimental methods in engine research and development 91
Names   Combustion Engines Group          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Experimental methods in engine research and deve

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A10220 | Cen Lib Off | Reference | Available | |
| B10220 | Cen Lib Off | Loan | Available | |

Seminar

Title   Exploiting engineering data
Names   Exploiting engineering data (15-Nov : Institutio

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A10196 | Cen Lib Off | Reference | Available | |
| B10196 | Cen Lib Off | Loan | Available | |

Seminar

Title   Failure of polymeric composite structures - mechanisms and criteria for
        the prediction of performance
Names   Science and Engineering Research Council
        Failure of polymeric composite structures - mech

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A10240 | Cen Lib Off | Reference | Available | |
| B10240 | Cen Lib Off | Loan | Available | |

Seminar

Title   Fault and hazard analysis for nuclear plant
Names   Nuclear Engineering Committee          (Organiser)
        IMechE Power Industries Division     (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)

HIT0445552

Fault and hazard analysis for nuclear plant (0

Pages/Sizes
Publication 1991
Barcode    Location                      Category Status   Return date
A10269    Cen Lib Off                      ReferenceAvailable
B10269    Cen Lib Off                      Loan    Available


Seminar

Title   First Forum on Mechatronics
Names   Mechatronics Forum              (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        First Forum on Mechatronics (10-May : BAe Warton

Pages/Sizes
Publication 1991
Barcode    Location                      Category Status   Return date
A9489     Cen Lib Off                      ReferenceAvailable
B9489     Cen Lib Off                      Loan    Available


Seminar

Title   Flow mapping using laser techniques
Names   IMechE Energy and Thermofluid Mechanics Group
        Institution of Mechanical Engineers   (Corp. Auth.)
        Flow mapping using laser techniques (27-Feb : In

Pages/Sizes
Publication 1991
Barcode    Location                      Category Status   Return date
A10277    Cen Lib Off                      ReferenceAvailable
B10277    Cen Lib Off                      Loan    Available


Seminar

Title   The Ford Zeta engine family - Autotech 91
Names   IMechE Automobile Division         (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        The Ford Zeta engine family - Autotech 91 (12-15

Pages/Sizes
Publication Mechanical Engineering Publications, 1991
Barcode    Location                      Category Status   Return date
A11232    Cen Lib Off                      ReferenceAvailable
B11232    Cen Lib Off                      Loan    Available


Seminar

Title   Fuels, lubricants and the fleet operator
Names   IMechE Automobile Division         (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)

HIT0445553

*Fuels, lubricants and the fleet operator (04-Dec*

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10286 | Cen Lib Off | Reference | Available | |
| B10286 | Cen Lib Off | Loan | Available | |

Seminar

Title  The future of orthopaedic implants: future trends in the design,
       materials and technologies of orthopaedic implants
Names  Engineering in Medicine Group        (Organiser)
       Institution of Mechanical Engineers  (Corp. Auth.)
       The future of orthopaedic implants: future trend

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10294 | Cen Lib Off | Reference | Available | |
| B10294 | Cen Lib Off | Loan | Available | |

Seminar

Title  Gearbox manufacture and quality control
Names  IMechE Automobile Division        (Organiser)
       Institution of Mechanical Engineers  (Corp. Auth.)
       Gearbox manufacture and quality control (31-Oct

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10308 | Cen Lib Off | Reference | Available | |
| B10308 | Cen Lib Off | Loan | Available | |

Seminar

Title  The heart of the matter: diesel combustion - Autotech 91
Names  IMechE Automobile Division        (Organiser)
       Institution of Mechanical Engineers  (Corp. Auth.)
       The heart of the matter: diesel combustion - Aut

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11116 | Cen Lib Off | Reference | Available | |
| B11116 | Cen Lib Off | Loan | Available | |
| 43178 | Cen Lib Off | Loan | Overdue | 21-NOV-2005 |

Seminar

Title  The heart of the matter: gasoline combustion - Autotech 91
Names  IMechE Automobile Division        (Organiser)

HIT0445554

Institution of Mechanical Engineers   (Corp. Auth.)
The heart of the matter: gasoline combustion - A
Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11077 | Cen Lib Off | Reference | Available | |
| B11077 | Cen Lib Off | Loan | Available | |

Seminar

Title   Heat pumps in industry
Names   Environmental Engineering Group       (Organiser)
Institution of Mechanical Engineers   (Corp. Auth.)
Heat pumps in industry (11-Jun : Institution of
Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10313 | Cen Lib Off | Reference | Available | |
| B10313 | Cen Lib Off | Loan | Available | |

Seminar

Title   How to increase the cost effectiveness of existing plant using
simulation
Names   Computers in Manufacture Committee   (Organiser)
Engineering Manufacturing Industries Division
Institution of Mechanical Engineers  (Corp. Auth.)
How to increase the cost effectiveness of exis

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10321 | Cen Lib Off | Reference | Available | |
| B10321 | Cen Lib Off | Loan | Available | |

Seminar

Title   The improvement of metallic materials - performance and processing (1) -
Autotech 91
Names   IMechE Automobile Division       (Organiser)
Institution of Mechanical Engineers   (Corp. Auth.)
The improvement of metallic materials - performa

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11057 | Cen Lib Off | Reference | Available | |
| B11057 | Cen Lib Off | Loan | Available | |

Seminar

Title   The improvement of metallic materials - performance and processing (2) -

HIT0445555

Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        The improvement of metallic materials - performa

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category Status | Return date |
|---------|----------|-----------------|-------------|
| A11081 | Cen Lib Off | ReferenceAvailable | |
| B11081 | Cen Lib Off | Loan    Available | |

Seminar

Title   Improving operating economics of commercial vehicles
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Improving operating economics of commercial vehi

Pages/Sizes
Publication1991

| Barcode | Location | Category Status | Return date |
|---------|----------|-----------------|-------------|
| A10324 | Cen Lib Off | ReferenceAvailable | |
| B10324 | Cen Lib Off | Loan    Available | |

Seminar

Title   Improving quality through documentation management
Names   Computer Applications Committee     (Organiser)
        IMechE Process Industries Division  (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Improving quality through documentation manage
Pages/Sizes
Publication1991

| Barcode | Location | Category Status | Return date |
|---------|----------|-----------------|-------------|
| A10333 | Cen Lib Off | ReferenceAvailable | |
| B10333 | Cen Lib Off | Loan    Available | |

Seminar

Title   Installing world class quality systems - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Installing world class quality systems - Autotec

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category Status | Return date |
|---------|----------|-----------------|-------------|
| A11159 | Cen Lib Off | ReferenceAvailable | |
| B11159 | Cen Lib Off | Loan    Available | |

Seminar

HIT0445556

Title   Load cycling plant transients and off design operation
Names   Steam Power Committee        (Organiser)
        IMechE Power Industries Division    (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Load cycling plant transients and off design o

Pages/Sizes
Publication 1991
| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10337 | Cen Lib Off | Reference | Available | |
| B10337 | Cen Lib Off | Loan | Available | |


Seminar

Title   The M1 Kegworth air accident: engineering and medical aspects of
        survivability
Names   Engineering in Medicine Group        (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        The M1 Kegworth air accident: engineering and me

Pages/Sizes
Publication 1991
| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10345 | Cen Lib Off | Reference | Available | |
| B10345 | Cen Lib Off | Loan | Available | |


Seminar

Title   Maintainability and reliability of hydraulic systems
Names   Manufacturing Division        (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Maintainability and reliability of hydraulic sys

Pages/Sizes
Publication 1991
| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10542 | Cen Lib Off | Reference | Available | |
| B10542 | Cen Lib Off | Loan | Available | |


Seminar

Title   Maintenance - the Japanese way
Names   Engineering Manufacturing Industries Division
        Institution of Mechanical Engineers  (Corp. Auth.)
        Maintenance - the Japanese way (24-Apr : Birming

Pages/Sizes
Publication 1991
| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A9627 | Cen Lib Off | Reference | Available | |
| B9627 | Cen Lib Off | Loan | Available | |

**HIT0445557**

Seminar

Title   Maintenance diagnostics - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Maintenance diagnostics - Autotech 91 (12-15 Nov

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11007  | Cen Lib Off | Reference | Available | |
| B11007  | Cen Lib Off | Loan | Available | |

Seminar

Title   Major changes in the railways
Names   IMechE Railway Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Major changes in the railways (05-Sep : Institut

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10364  | Cen Lib Off | Reference | Available | |
| B10364  | Cen Lib Off | Loan | Available | |

Seminar

Title   The man-machine interface in civil and military aircraft
Names   IMechE Aerospace Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        The man-machine interface in civil and military

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10368  | Cen Lib Off | Reference | Available | |
| B10368  | Cen Lib Off | Loan | Available | |

Seminar

Title   Measuring modern manufacturing performance
Names   Engineering Manufacturing Industries Division
        Institution of Mechanical Engineers   (Corp. Auth.)
        Measuring modern manufacturing performance (20-N
Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10377  | Cen Lib Off | Reference | Available | |
| B10377  | Cen Lib Off | Loan | Available | |

Seminar

HIT0445558

Title   Mechanical components and systems - Autotech 91
Names   IMechE Automobile Division         (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Mechanical components and systems - Autotech 91
Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11003 | Cen Lib Off | Reference | Available | |
| 30886 | Cen Lib Off | Loan | Available | |

Seminar

Title   Mechanical components and testing - Autotech 91
Names   IMechE Automobile Division         (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Mechanical components and testing - Autotech 91

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11100 | Cen Lib Off | Reference | Available | |
| B11100 | Cen Lib Off | Loan | Available | |

Seminar

Title   Mechatronics: today and the future
Names   Manufacturing Industries Division    (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Mechatronics: today and the future (14-Mar : Lou

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11224 | Cen Lib Off | Reference | Available | |
| B11224 | Cen Lib Off | Loan | Available | |

Seminar

Title   Modern technology in pipe laying and its associated works
Names   Offshore Engineering Group          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Modern technology in pipe laying and its associa

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10382 | Cen Lib Off | Reference | Available | |
| B10382 | Cen Lib Off | Loan | Available | |

Seminar

Title   New developments in cryogenic coolers

HIT0445559

Names   IMechE Energy and Thermofluid Mechanics Group
         *Institution of Mechanical Engineers*   (Corp. Auth.)
         New developments in cryogenic coolers (17-Dec :

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10394 | Cen Lib Off | Reference | Available | |
| B10394 | Cen Lib Off | Loan | Available | |

Seminar

Title   New meat processing technology
Names   IMechE Food Engineering Committee   (Organiser)
         IMechE Process Industries Division · (Organiser)
         *Institution of Mechanical Engineers*  (Corp. Auth.)
         New meat processing technology (14-Nov : Insti

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10397 | Cen Lib Off | Reference | Available | |
| B10397 | Cen Lib Off | Loan | Available | |

Seminar

Title   Opportunities for consumer waste recycling
Names   Opportunities for consumer waste recycling (26-S

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10409 | Cen Lib Off | Reference | Available | |
| 35257 | Cen Lib Off | Loan | Available | |

Seminar

Title   Paint technology: the future - Autotech 91
Names   IMechE Automobile Division         (Organiser)
         *Institution of Mechanical Engineers*   (Corp. Auth.)
         Paint technology: the future - Autotech 91 (12-1

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11032 | Cen Lib Off | Reference | Available | |
| B11032 | Cen Lib Off | Loan | Available | |

Seminar

Title   Philosophy of warning systems
Names   IMechE Aerospace Division         (Organiser)

HIT0445560

Institution of Mechanical Engineers   (Corp. Auth.)
*Philosophy of warning systems (26-Mar : Institut*

Pages/Sizes
Publication1991
Barcode   Location                Category Status  Return date
A10418    Cen Lib Off             ReferenceAvailable
B10418    Cen Lib Off             Loan    Available


Seminar

Title   *Plant design for seismic conditions*
Names   *Design and Equipment Committee*      (Organiser)
        IMechE Process Industries Division   (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Plant design for seismic conditions (05-Nov :

Pages/Sizes
Publication1991                      :
Barcode   Location            :      Category Status  Return date
A10427    Cen Lib Off                ReferenceAvailable
B10427    Cen Lib Off                Loan    Available


Seminar

Title   Powertrain computer analyis - Autotech 91
Names   IMechE Automobile Division         (Organiser)
        *Institution of Mechanical Engineers   (Corp. Auth.)*
        Powertrain computer analyis - Autotech 91 (12-15

Pages/Sizes
PublicationMechanical Engineering Publications, 1991
Barcode   *Location*              Category Status  Return date
A11028    Cen Lib Off             ReferenceAvailable
B11028    Cen Lib Off             Loan    Available


Seminar

Title   Powertrain computer analysis - Autotech 91
Names   IMechE Automobile Division         (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Powertrain computer analysis - Autotech 91 (12-1

Pages/Sizes
PublicationMechanical Engineering Publications, 1991
Barcode   Location                Category Status  Return date
A11031    Cen Lib Off             ReferenceAvailable
B11031    Cen Lib Off             Loan    Available


Seminar

Title   Practical application of BS 7000: a guide to managing product design

HIT0445561

Names   Manufacturing Technology and Design Group
        Institution of Mechanical Engineers   (Corp. Auth.)
        Practical application of BS 7000: a guide to man

Pages/Sizes
Publication1991

| Barcode | Location | Category Status | Return date |
|---|---|---|---|
| A10614 | Cen Lib Off | ReferenceAvailable | |
| B10614 | Cen Lib Off | Loan    Available | |


Seminar

Title   Predicting the consequences of fire and explosions
Names   IMechE Energy and Thermofluid Mechanics Group
        Institution of Mechanical Engineers   (Corp. Auth.)
        Predicting the consequences of fire and explosio

Pages/Sizes
Publication1991

| Barcode | Location | Category Status | Return date |
|---|---|---|---|
| A10094 | Cen Lib Off | ReferenceAvailable | |
| 34695 | Library | Loan    Available | |


Seminar

Title   Pressure towards Europe: organisation of standards
Names   Pressurised Systems Group        (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Pressure towards Europe: organisation of standar

Pages/Sizes
Publication1991

| Barcode | Location | Category Status | Return date |
|---|---|---|---|
| A10583 | Cen Lib Off | ReferenceAvailable | |
| B10583 | Cen Lib Off | Loan    Available | |


Seminar

Title   Pressure towards Europe: the essential requirements of directives
Names   Pressurised Systems Group        (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Pressure towards Europe: the essential requireme

Pages/Sizes
Publication1991

| Barcode | Location | Category Status | Return date |
|---|---|---|---|
| A10450 | Cen Lib Off | ReferenceAvailable | |
| B10450 | Cen Lib Off | Loan    Available | |


Seminar

Title   Process pumps - the state of the art

HIT0445562

Names  IMechE Fluid Machinery Group      (Organiser)
       IMechE Power Industries Division   (Organiser)
       Institution of Mechanical Engineers  (Corp. Auth.)
       Process pumps - the state of the art (25-Jun :

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10432  | Cen Lib Off | Reference | Available | |
| 24131   | Cen Lib Off | Loan | Available | |

Seminar

Title  Prospects for worldwide road vehicle regulations
Names  IMechE Automobile Division        (Organiser)
       Institution of Mechanical Engineers   (Corp. Auth.)
       Prospects for worldwide road vehicle regulations

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10445  | Cen Lib Off | Reference | Available | |
| B10445  | Cen Lib Off | Loan | Available | |

Seminar

Title  Quality assurance and accreditation of software
Names  Computer Applications Committee      (Organiser)
       IMechE Process Industries Division  (Organiser)
       Institution of Mechanical Engineers  (Corp. Auth.)
       Quality assurance and accreditation of softwar

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11221  | Cen Lib Off | Reference | Available | |
| B11221  | Cen Lib Off | Loan | Available | |

Seminar

Title  Quality effectiveness
Names  IMechE Railway Division         (Organiser)
       Institution of Mechanical Engineers   (Corp. Auth.)
       Quality effectiveness (10-Apr : Institution of M

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10460  | Cen Lib Off | Reference | Available | |
| B10460  | Cen Lib Off | Loan | Available | |

Seminar

HIT0445563

Title   The railway industry in the international market
Names   IMechE Railway Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        The railway industry in the international market

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10465  | Cen Lib Off | Reference | Available | |
| B10465  | Cen Lib Off | Loan | Available | |

Seminar

Title   Railways - consideration of the environment
Names   IMechE Railway Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Railways - consideration of the environment (24-

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10525  | Cen Lib Off | Reference | Available | |
| B10525  | Cen Lib Off | Loan | Available | |

Seminar

Title   Reliability, the risk of management
Names   IMechE Mechanical Reliability Committee
        IMechE Process Industries Division   (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Reliability, the risk of management (18-Apr :

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10664  | Cen Lib Off | Reference | Available | |
| 42951   | Cen Lib Off | Loan | On Loan | 02-DEC-2005 |

Seminar

Title   Road wear: the interaction between vehicle suspensions and the road
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Road wear: the interaction between vehicle suspe

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10540  | Cen Lib Off | Reference | Available | |
| B10540  | Cen Lib Off | Loan | Available | |

HIT0445564

Seminar

Title  Rolling stock doors - to meet business needs
Names  IMechE Railway Division          (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Rolling stock doors - to meet business needs (27

Pages/Sizes
Publication1991
| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| 37568 | Cen Lib Off | Reference | Available | |
| 37567 | Cen Lib Off | Loan | Available | |

Seminar

Title  Safety and impact - legislation liability and lessons - Autotech 91
Names  IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Safety and impact - legislation liability and le

Pages/Sizes
PublicationMechanical Engineering Publications, 1991
| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11016 | Cen Lib Off | Reference | Available | |
| B11016 | Cen Lib Off | Loan | Available | |

Seminar

Title  Safety and impact: interaction with the human victim - Autotech 91
Names  IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Safety and impact: interaction with the human vi

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11043 | Cen Lib Off | Reference | Available | |
| B11043 | Cen Lib Off | Loan | Available | |

Seminar

Title  Safety in aircraft engineering
Names  IMechE Aerospace Division          (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Safety in aircraft engineering (11-Dec : Kingsto

Pages/Sizes
Publication1991
| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11174 | Cen Lib Off | Reference | Available | |
| B11174 | Cen Lib Off | Loan | Available | |

HIT0445565

Seminar

Title   The sampling of bulk materials
Names   Bulk Materials Handling Committee   (Organiser)
        IMechE Process Industries Division   (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        The sampling of bulk materials (21-May : Insti

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11178 | Cen Lib Off | Reference | Available | |
| B11178 | Cen Lib Off | Loan | Available | |

Seminar

Title   Schools seminar - Autotech 91
Names   IMechE Automobile Division        (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Schools seminar - Autotech 91 (12-15 Nov : Birmi

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10998 | Cen Lib Off | Reference | Available | |
| B10998 | Cen Lib Off | Loan | Available | |

Seminar

Title   Simulation of vehicle dynamics - Autotech 91
Names   IMechE Automobile Division        (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Simulation of vehicle dynamics - Autotech 91 (12

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11068 | Cen Lib Off | Reference | Available | |
| B11068 | Cen Lib Off | Loan | Available | |

Seminar

Title   Simulation techniques in engine analysis - Autotech 91
Names   IMechE Automobile Division        (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Simulation techniques in engine analysis - Autot

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11125 | Cen Lib Off | Reference | Available | |
| B11125 | Cen Lib Off | Loan | Available | |

HIT0445566

Seminar

Title   Simultaneous engineering simulation and database models - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Simultaneous engineering simulation and database

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11094 | Cen Lib Off | Reference | Available | |
| B11094 | Cen Lib Off | Loan | Available | |

Seminar

Title   Simultaneous engineering: tools and achievements
Names   Computers in Manufacturing Committee (Organiser)
        Engineering Manufacturing Industries Division
        Institution of Mechanical Engineers  (Corp. Auth.)
        Simultaneous engineering: tools and achievemen

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11186 | Cen Lib Off | Reference | Available | |
| B11186 | Cen Lib Off | Loan | Available | |

Seminar

Title   Solids pumping
Names   IMechE Fluid Machinery Group       (Organiser)
        IMechE Power Industries Division    (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Solids pumping (22-Oct : Institution of Mechan

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11194 | Cen Lib Off | Reference | Available | |
| B11194 | Cen Lib Off | Loan | Available | |

Seminar

Title   Some advances in laboratory testing - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Some advances in laboratory testing - Autotech 9

Pages/Sizes

Publication Mechanical Engineering Publications, 1991

HIT0445567

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A11019 | Cen Lib Off | Reference | Available | |
| B11019 | Cen Lib Off | Loan | Available | |

Seminar

Title   Space structures, design, deployment and stability
Names   IMechE Aerospace Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Space structures, design, deployment and stabili

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A11201 | Cen Lib Off | Reference | Available | |
| B11201 | Cen Lib Off | Loan | Available | |

Seminar

Title   Standardisation - the way to affordable light rail vehicles
Names   IMechE Railway Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Standardisation - the way to affordable light ra

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A11212 | Cen Lib Off | Reference | Available | |
| B11212 | Cen Lib Off | Loan | Available | |

Seminar

Title   Structural composites and decorative textiles - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Structural composites and decorative textiles -

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---|---|---|---|---|
| A11041 | Cen Lib Off | Reference | Available | |
| B11041 | Cen Lib Off | Loan | Available | |

Seminar

Title   Survival and success - the key role to manufacturing
Names   Engineering Manufacturing Industries Division
        Institution of Mechanical Engineers   (Corp. Auth.)
        Survival and success - the key role to manufactu

Pages/Sizes
PublicationPrentice Hall, 1991

HIT0445568

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A9618 | Cen Lib Off | Reference | Available | |
| B9618 | Cen Lib Off | Loan | Available | |

Seminar

23

HIT0445569

*Title Search* (1)

Title   Technology of inertial sensors and systems
Names   Solid Mechanics and Machine Systems Group
        Institution of Mechanical Engineers  (Corp. Auth.)
        Technology of inertial sensors and systems (17-A

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10646  | Cen Lib Off | Reference | Available | |
| 36262   | Cen Lib Off | Loan | Available | |

Seminar

Title   Tooling control at work
Names   Engineering Manufacturing Industries Division
        Institution of Mechanical Engineers  (Corp. Auth.)
        Tooling control at work (15-Oct : Birmingham)

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10610  | Cen Lib Off | Reference | Available | |
| B10610  | Cen Lib Off | Loan | Available | |

Seminar

Title   Total productive maintenance
Names   Engineering Manufacturing Industries Division
        Institution of Mechanical Engineers  (Corp. Auth.)
        Total productive maintenance (18-Nov : Instituti

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10653  | Cen Lib Off | Reference | Available | |
| B10653  | Cen Lib Off | Loan | Available | |

Seminar

Title   Transmission engineering - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Transmission engineering - Autotech 91 (12-15 No

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11149  | Cen Lib Off | Reference | Available | |
| B11149  | Cen Lib Off | Loan | Available | |

HIT0445570

Seminar

Title   Understanding brake noise - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Understanding brake noise - Autotech 91 (12-15 N

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11049 | Cen Lib Off | Reference | Available | |
| 25873 | Cen Lib Off | Loan | Available | |

Seminar

Title   Variable geometry engines
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Variable geometry engines (27-Jun : Institution

Pages/Sizes
Publication1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A10660 | Cen Lib Off | Reference | Available | |
| 23821 | Cen Lib Off | Loan | Available | |

Seminar

Title   Vehicle electric power supply - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Vehicle electric power supply - Autotech 91 (12-

Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11061 | Cen Lib Off | Reference | Available | |
| B11061 | Cen Lib Off | Loan | Available | |

Seminar

Title   Vehicles for disabled people - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Vehicles for disabled people - Autotech 91 (12-1

Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | Category | Status | Return date |
|---------|----------|----------|--------|-------------|
| A11163 | Cen Lib Off | Reference | Available | |

HIT0445571

B11163    Cen Lib Off                Loan    Available


Seminar

Title   Vehicles for dissbled people - Autotech 91
Names   IMechE Automobile Division          (Organiser)
        Institution of Mechanical Engineers   (Corp. Auth.)
        Vehicles for dissbled people - Autotech 91 (12-1

Pages/Sizes
Publication Mechanical Engineering Publications, 1991
Barcode    Location                 Category Status   Return date
A11165     Cen Lib Off              ReferenceAvailable
B11165     Cen Lib Off              Loan    Available


Seminar

Title   The viability of combined cycle power generation
Names   Steam Power Committee              (Organiser)
        IMechE Power Industries Division    (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        The viability of combined cycle power generati

Pages/Sizes
Publication1991
Barcode    Location                 Category Status   Return date
A10633     Cen Lib Off              ReferenceAvailable
B10633     Cen Lib Off              Loan    Available


Seminar

Title   Vision systems at work
Names   Manufacturing and Technology Department
        Institution of Mechanical Engineers   (Corp. Auth.)
        Vision systems at work (13-Jun : Institution of

Pages/Sizes
Publication1991
Barcode    Location                 Category Status   Return date
A10599     Cen Lib Off              ReferenceAvailable
B10599     Cen Lib Off              Loan    Available


Seminar

Title   Wave energy
Names   Energy Committee              (Organiser)
        Power/Process Industries Division   (Organiser)
        Institution of Mechanical Engineers  (Corp. Auth.)
        Wave energy (28-Nov : Institution of Mechanica

Pages/Sizes
PublicationMechanical Engineering Publications, 1991

**HIT0445572**

| Barcode | Location | | Category | Status | Return date |
|---|---|---|---|---|---|
| A10632 | Cen Lib Off | | Reference | Available | |
| 26139 | Cen Lib Off | | Loan | Available | |

Seminar

Title   The way forward - diesel exhaust emissions - Autotech 91
Names   IMechE Automobile Division          (Organiser)
          Institution of Mechanical Engineers   (Corp. Auth.)
          The way forward - diesel exhaust emissions - Aut

Pages/Sizes
Publication Mechanical Engineering Publications, 1991

| Barcode | Location | | Category | Status | Return date |
|---|---|---|---|---|---|
| A11143 | Cen Lib Off | | Reference | Available | |
| B11143 | Cen Lib Off | | Loan | Available | |

Seminar

Title   The way forward - gasoline exhaust emissions - Autotech 91
Names   IMechE Automobile Division          (Organiser)
          Institution of Mechanical Engineers   (Corp. Auth.)
          The way forward - gasoline exhaust emissions - A

Publication Mechanical Engineering Publications, 1991

| Barcode | Location | | Category | Status | Return date |
|---|---|---|---|---|---|
| A11053 | Cen Lib Off | | Reference | Available | |
| B11053 | Cen Lib Off | | Loan | Available | |

HIT0445573

# EXHIBIT 12

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT 13

# EXHIBIT REDACTED IN ITS ENTIRETY