IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br>     Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC., <br><br>     Defendants. <br><br> BORGWARNER INC., <br><br>     Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>     Counterdefendants. | Civil Action No. 05-048-SLR |

## **STIPULATED ORDER**

WHEREAS, on December 20, 2006, the parties to this action entered into a memorandum of understanding of basic terms to settle their disputes, which requires the parties to enter into a formal settlement agreement no later than eight weeks after December 20, 2006, or no later than February 20, 2007;

WHEREAS, no trial date is currently scheduled; and

WHEREAS, the parties are currently devoting their attention and resources to preparing the necessary formal settlement agreement documentation and fully expect to complete the final agreement by the agreed date of February 20, 2007; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all currently scheduled dates and deadlines in this action are extended by 30 days. On or shortly after February 21, 2007, counsel shall submit a report to the Court setting forth: (i) the status of the parties' efforts to finalize their settlement; and (ii) counsels' views as to whether a further extension of dates would be productive. The parties currently have pending a request to move the March 9, 2007, Markman hearing/summary judgment motion hearing date. The parties therefore ask that the Court move that hearing date by 30 days, or to a date in April 2007 that is convenient to the Court.

| ASHBY & GEDDES | MORRIS JAMES LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Richard K. Herrmann* |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 500 Delaware Ave., 8th Floor | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1150 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 888-6800 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED, this _____ day of _____, 2007.

_____
Chief Judge

176613.1