IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br>     Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC., <br><br>     Defendants. <br><br> BORGWARNER INC., <br><br>     Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>     Counterdefendants. | Civil Action No. 05-048-SLR |

## STIPULATED ORDER

WHEREAS, on December 20, 2006, the parties to this action entered into a memorandum of understanding of basic terms to settle their disputes;

WHEREAS, on January 8, 2007, the Court entered a Stipulated Order (D.I. 354) extending by 30 days all currently scheduled dates and deadlines in this action, and requiring the parties to report on their progress in completing the necessary formal settlement agreement documentation on or shortly after February 21, 2007; and

WHEREAS, the parties believe an additional two week extension of certain deadlines would facilitate their efforts toward completing the formal settlement agreement documentation;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that: (i) the due date for responses to *Daubert* motions is extended to March 1, 2007; (ii) the date for the parties' exchange of lists of rebuttal fact witness to be called at trial is extended to March 7, 2007; and (iii) the deadline to depose any witness who was identified during discovery and included on either party's list of fact witnesses or rebuttal fact witnesses to be called at trial, but who was not previously deposed, is extended to April 7, 2007.

| ASHBY & GEDDES | MORRIS JAMES LLP |
|---|---|
| /s/ *John G. Day* | /s/ *Mary B. Matterer* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Ave., 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 | Richard K. Herrmann (I.D. #405)<br>Lewis H. Lazarus (I.D. #2374)<br>Mary B. Matterer (I.D. #2696)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED, this _____ day of _____, 2007.

_____
Chief Judge

177506.1