IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br>     Plaintiffs, <br><br>     v. <br><br> BORGWARNER INC., and <br> BORGWARNER MORSE TEC INC., <br><br>     Defendants. <br><br> BORGWARNER INC., <br><br>     Counterclaimant, <br><br>     v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br>     Counterdefendants. | Civil Action No. 05-048-SLR |

**JOINT STATUS REPORT AND STIPULATED ORDER
EXTENDING STAY OF DEADLINES TO COMPLETE SETTLEMENT**

WHEREAS on December 20, 2006, the parties to this action entered into a memorandum of understanding of basic terms to settle their disputes;

WHEREAS on January 8, 2007, the Court entered a Stipulated Order (D.I. 354) extending by 30 days all currently scheduled dates and deadlines in this action, and requiring the parties to report on their progress in completing the necessary formal settlement agreement documentation on or shortly after February 21, 2007;

WHEREAS on February 9, 2007, the Court entered a Stipulated Order (D.I. 355) extending by an additional two weeks certain imminent deadlines; and

WHEREAS counsel for the parties are pleased to report that they have made significant progress toward finalizing the necessary formal settlement documentation and believe that a further extension of all currently scheduled dates and deadlines will allow the parties to complete such formal settlement agreement documentation;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all currently scheduled dates and deadlines in this action are extended for an additional 30 days. On or shortly after March 23, 2007, the parties shall submit a report to the Court setting forth: (i) the status of the parties' efforts to finalize the settlement agreement terms, and (ii) counsel's views as to whether a further extension would be productive.

| ASHBY & GEDDES | MORRIS JAMES LLP |
|---|---|
| /s/ John G. Day | /s/ Richard K. Herrmann |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 500 Delaware Ave., 8th Floor | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1150 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 888-6800 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED, this _____ day of _____, 2007.

_____
Chief Judge

177506.1