IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Defendants. <br><br> ──────────────────────────── <br><br> BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | Civil Action No. 05-048-SLR |

## JOINT STATUS REPORT AND STIPULATED ORDER

WHEREAS on December 20, 2006, the parties to this action entered into a memorandum of understanding of basic terms to settle their disputes;

WHEREAS the Court has entered certain Stipulated Orders (D.I. 354, D.I. 355, D.I. 356) extending all scheduled dates and deadlines in this action, and requiring the parties to report on their progress in completing the necessary formal settlement agreement documentation; and

WHEREAS the parties are pleased to report that they have now executed a final settlement agreement and are completing necessary requirements under the settlement agreement in anticipation of filing a stipulation of dismissal within about the next two weeks;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all currently scheduled dates and deadlines in this action are extended for an additional 30 days in anticipation of the expected stipulation of dismissal with the Court. Should the parties not file a stipulated dismissal by April 12, 2007, then the parties shall so inform the Court and a new schedule will be set.

| ASHBY & GEDDES | MORRIS JAMES LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Mary B. Matterer* |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 500 Delaware Ave., 8th Floor | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1150 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 654-1888 | (302) 888-6800 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED, this _____ day of _____, 2007.

_____
Chief Judge

179199.1