**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

|  |  |  |
|---|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE | ) | |
| PRODUCTS (USA), INCORPORATED | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-048-SLR |
| | ) | |
| BORGWARNER INC., and | ) | |
| BORGWARNER MORSE TEC INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BORGWARNER INC., | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HITACHI, LTD., and HITACHI AUTOMOTIVE | ) | |
| PRODUCTS (USA), INCORPORATED | ) | |
| | ) | |
| Counterdefendants. | ) | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), the parties Hitachi, Ltd., Hitachi Automotive Products

(USA), Inc., BorgWarner Inc., and BorgWarner Morse Tec Inc., by and through their

undersigned counsel, do hereby stipulate and agree, subject to the approval of the Court, as

follows:

1.    All claims and counterclaims asserted in this action are dismissed with prejudice.

2.    Each party shall bear its own costs and attorneys fees with respect to the matters

dismissed hereby.

| ASHBY & GEDDES | MORRIS JAMES LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Richard K. Herrmann* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (#405) |
| John G. Day (I.D. #2403) | Mary B. Matterer (#2696) |
| Tiffany Geyer Lydon (#3950) | 500 Delaware Avenue |
| 500 Delaware Avenue, 8th Floor | Suite 1500 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 654-1888 | (302) 888-6800 |
| | |
| *Attorneys for Plaintiffs Hitachi, Ltd. and* | *Attorneys for Defendants BorgWarner Inc.* |
| *Hitachi Automotive Products (USA), Inc.* | *and BorgWarner Morse Tec Inc.* |

SO ORDERED, this _____ day of _____, 2007.


_____
Chief Judge

179325.1